JS 44C/SDNY
REV. 06/01/17

**CIVIL COVER SHEET**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Democratic National Committee | See Attachment 1 |

| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER | ATTORNEYS (IF KNOWN) |
|---|---|
| See Attachment 1 | |

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

See Attachment 1

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [x] Yes ☐    Judge Previously Assigned

If yes, was this case Vol. ☐ Invol. ☐ Dismissed. No ☐ Yes ☐ If yes, give date _____ & Case No. _____

Is this an international arbitration case?     No [x]     Yes ☐

*(PLACE AN [x] IN ONE BOX ONLY)*          NATURE OF SUIT

**TORTS**

| CONTRACT | PERSONAL INJURY | PERSONAL INJURY | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 INSURANCE | [ ] 310 AIRPLANE | [ ] 367 HEALTHCARE/ PHARMACEUTICAL PERSONAL INJURY/PRODUCT LIABILITY | [ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881 | [ ] 422 APPEAL 28 USC 158 | [ ] 375 FALSE CLA MS |
| [ ] 120 MAR NE | [ ] 315 AIRPLANE PRODUCT LIAB LITY | | | [ ] 423 WITHDRAWAL 28 USC 157 | [ ] 376 QUI TAM |
| [ ] 130 MILLER ACT | [ ] 320 ASSAULT, LIBEL & SLANDER | [ ] 365 PERSONAL INJURY PRODUCT LIABILITY | [ ] 690 OTHER | | [ ] 400 STATE REAPPORTIONMENT |
| [ ] 140 NEGOTIABLE INSTRUMENT | [ ] 330 FEDERAL EMPLOYERS' LIAB LITY | [ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIAB LITY | **PROPERTY RIGHTS** | | [ ] 410 ANTITRUST |
| [ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT | [ ] 340 MARINE | | [ ] 820 COPYRIGHTS | | [ ] 430 BANKS & BANKING |
| | [ ] 345 MARINE PRODUCT LIAB LITY | **PERSONAL PROPERTY** | [ ] 830 PATENT | | [ ] 450 COMMERCE |
| [ ] 151 MEDICARE ACT | [ ] 350 MOTOR VEHICLE | [ ] 370 OTHER FRAUD | [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION | | [ ] 460 DEPORTATION |
| [ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS) | [ ] 355 MOTOR VEHICLE PRODUCT LIABILITY | [ ] 371 TRUTH IN LENDING | [ ] 840 TRADEMARK | | [x] 470 RACKETEER INFLU- ENCED & CORRUPT ORGANIZATION ACT (RICO) |
| [ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS | [ ] 360 OTHER PERSONAL INJURY | [ ] 380 OTHER PERSONAL PROPERTY DAMAGE | **SOCIAL SECURITY** | | [ ] 480 CONSUMER CREDIT |
| | [ ] 362 PERSONAL INJURY - MED MALPRACTICE | [ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY | **LABOR** | [ ] 861 HIA (1395ff) | [ ] 490 CABLE/SATELLITE TV |
| [ ] 160 STOCKHOLDERS SUITS | | | [ ] 710 FA R LABOR STANDARDS ACT | [ ] 862 BLACK LUNG (923) | [ ] 850 SECURITIES/ COMMODIT ES/ EXCHANGE |
| [ ] 190 OTHER CONTRACT | | **PRISONER PETITIONS** | [ ] 720 LABOR/MGMT RELATIONS | [ ] 863 DIWC/DIWW (405(g)) | |
| [ ] 195 CONTRACT PRODUCT LIABILITY | **ACTIONS UNDER STATUTES** | [ ] 463 AL EN DETAINEE | [ ] 740 RAILWAY LABOR ACT | [ ] 864 SSID TITLE XVI | [ ] 890 OTHER STATUTORY ACTIONS |
| [ ] 196 FRANCHISE | **CIVIL RIGHTS** | [ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255 | [ ] 751 FAMILY MEDICAL LEAVE ACT (FMLA) | [ ] 865 RSI (405(g)) | [ ] 891 AGRICULTURAL ACTS |
| | [ ] 440 OTHER CIVIL RIGHTS (Non-Prisoner) | [ ] 530 HABEAS CORPUS | [ ] 790 OTHER LABOR LITIGATION | **FEDERAL TAX SUITS** | [ ] 893 ENVIRONMENTAL MATTERS |
| | [ ] 441 VOTING | [ ] 535 DEATH PENALTY | [ ] 791 EMPL RET NC SECURITY ACT (ERISA) | [ ] 870 TAXES (U.S. Plaintiff or Defendant) | [ ] 895 FREEDOM OF INFORMATION ACT |
| **REAL PROPERTY** | [ ] 442 EMPLOYMENT | [ ] 540 MANDAMUS & OTHER | | [ ] 871 IRS-THIRD PARTY 26 USC 7609 | [ ] 896 ARBITRATION |
| [ ] 210 LAND CONDEMNATION | [ ] 443 HOUSING/ ACCOMMODATIONS | | **IMMIGRATION** | | [ ] 899 ADMINISTRATIVE PROCEDURE ACT/REVIEW OR APPEAL OF AGENCY DECISION |
| [ ] 220 FORECLOSURE | [ ] 445 AMERICANS WITH DISAB LITIES - EMPLOYMENT | **PRISONER CIVIL RIGHTS** | [ ] 462 NATURALIZATION APPLICATION | | [ ] 950 CONSTITUTIONALITY OF STATE STATUTES |
| [ ] 230 RENT LEASE & EJECTMENT | | [ ] 550 CIV L RIGHTS | [ ] 465 OTHER MMIGRATION ACTIONS | | |
| [ ] 240 TORTS TO LAND | [ ] 446 AMERICANS WITH DISAB LITIES -OTHER | [ ] 555 PRISON CONDITION | | | |
| [ ] 245 TORT PRODUCT LIABILITY | [ ] 448 EDUCATION | [ ] 560 CIV L DETAINEE CONDITIONS OF CONFINEMENT | | | |
| [ ] 290 ALL OTHER REAL PROPERTY | | | | | |

*Check if demanded in complaint:*

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y. AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13? IF SO, STATE:

DEMAND $_____ OTHER _____    JUDGE _____ DOCKET NUMBER _____

*Check YES only if demanded in complaint*

JURY DEMAND: [x] YES ☐ NO       NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

(PLACE AN  x  IN ONE BOX ONLY)                                                    **ORIGIN**

[x] 1 Original      [ ] 2 Removed from    [ ] 3 Remanded    [ ] 4 Reinstated or    [ ] 5 Transferred from    [ ] 6 Multidistrict      [ ] 7 Appeal to District
     Proceeding         State Court         from         Reopened        (Specify District)       Litigation          Judge from
                   [ ] a. all parties represented         Appellate                                    (Transferred)       Magistrate Judge
                                           Court
                   [ ] b. At least one party                                          [ ] 8 Multidistrict Litigation (Direct File)
                          is pro se.

(PLACE AN  x  IN ONE BOX ONLY)                  **BASIS OF JURISDICTION**            **IF DIVERSITY, INDICATE**
[ ] 1 U.S. PLAINTIFF    [ ] 2 U.S. DEFENDANT    [x] 3 FEDERAL QUESTION    [ ] 4 DIVERSITY            **CITIZENSHIP BELOW.**
                                    (U.S. NOT A PARTY)

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF DEF |  | PTF DEF |  | PTF DEF |
|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 [ ] 4 | FOREIGN NATION | [ ] 6 [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)
**Democratic National Committee**
**430 South Capitol St SE #3**
**Washington, DC 20003**

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)
See Attachment 1

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN
THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:
GRU Operative Using the Pseudonym "Guccifer 2.0"
John Does 1-10

**COURTHOUSE ASSIGNMENT**
I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:      [ ] WHITE PLAINS      [x] MANHATTAN

DATE 4/20/2018         SIGNATURE OF ATTORNEY OF RECORD             ADMITTED TO PRACTICE IN THIS DISTRICT

RECEIPT #                                           [ ] NO
                                          [x] YES (DATE ADMITTED Mo. MAY Yr. 2005 )
                                          Attorney Bar Code #
                                                ME 6974

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>THE RUSSIAN FEDERATION; )<br>GENERAL STAFF OF THE ARMED )<br>  FORCES OF THE RUSSIAN )<br>  FEDERATION ("GRU"); )<br>GRU OPERATIVE USING )<br>  PSEUDONYM "GUCCIFER 2.0"; )<br>ARAS ISKENEROVICH AGALAROV; )<br>EMIN ARAZ AGALAROV; )<br>JOSEPH MIFSUD; )<br>WIKILEAKS; )<br>JULIAN ASSANGE; )<br>DONALD J. TRUMP FOR PRESIDENT, INC.; )<br>DONALD J. TRUMP, JR.; )<br>PAUL J. MANAFORT, JR.; )<br>ROGER J. STONE, JR.; )<br>JARED C. KUSHNER; )<br>GEORGE PAPADOPOULOS; )<br>RICHARD W. GATES, III; )<br>JOHN DOES 1-10, )<br>  )<br>Defendants. )<br>  )<br>  )<br>  )<br>  )<br>  ) | Civil Action No. _____<br><br>**ATTACHMENT 1**<br>**TO CIVIL COVER SHEET** |

---

## <u>DEFENDANTS</u>

The Russian Federation
General Staff of the Armed Forces of the Russian Federation ("GRU")
GRU Operative Using the Pseudonym "Guccifer 2.0"
Aras Iskenerovich Agalarov
Emin Araz Agalarov
Joseph Mifsud
WikiLeaks
Julian Assange
Donald J. Trump for President, Inc.
Donald J. Trump, Jr.
Paul J. Manafort, Jr.
Roger J. Stone, Jr.
Jared C. Kushner
George Papadapoulos
Richard W. Gates, III
John Does 1-10

## <u>ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)</u> <u>FOR PLAINTIFFS</u>

Michael Eisenkraft
Cohen Milstein Sellers & Toll PLLC
88 Pine St., 14th Floor
New York, NY 10005
(212) 838-7797
meisenkraft@cohenmilstein.com

Joseph M. Sellers
Geoffrey A. Graber
Julia A. Horwitz
Alison S. Deich
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
(202) 408-4600
jsellers@cohenmilstein.com
ggraber@cohenmilstein.com
jhorwitz@cohenmilstein.com
adeich@cohenmilstein.com

## CAUSES OF ACTION

Computer Fraud and Abuse Act - 18 U.S.C. § 1030(a)
RICO - 18 U.S.C. § 1962(c)
RICO Conspiracy - 18 U.S.C. § 1962(d)
Wiretap Act - 18 U.S.C. §§ 2510-22
Stored Communications Act - 18 U.S.C. §§ 2701-12
Digital Millennium Copyright Act - 17 U.S.C. § 1201 *et seq.*
Misappropriation of Trade Secrets Under the Defend Trade Secrets Act - 18 U.S.C. § 1836 *et seq.*
Washington D.C. Uniform Trade Secrets Act - D.C. Code Ann. §§ 36-401 – 46-410
Trespass - D.C. Common Law
Trespass to Chattels - Virginia Common Law
Conspiracy to Commit Trespass to Chattels - Virginia Common Law
Virginia Computer Crimes Act - Va. Code Ann. § 18.2-152.5 *et seq.*

## DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

The Russian Federation
c/o The Ministry of Justice of the Russian Federation
ul.Zhitnaya, 14
Moscow, 119991,
Russian Federation

General Staff of the Armed Forces of the Russian Federation ("GRU")
76 Khoroshyovskoe shosse,
Khodinka, Moscow
Russian Federation

Aras Iskenerovich Agalarov
7064 Fisher Island Dr.
Miami Beach, FL 33109
(Miami-Dade County, FL)

Emin Araz Agalarov
98 Anderson Avenue
Demarest, NJ 07627
(Bergen County, NJ)

Joseph Mifsud
c/o University of Stirling,
Stirling, FK9 4LA,
United Kingdom

2

WikiLeaks
Box 4080,
University of Melbourne,
Victoria 3052,
Australia

Julian Assange
c/o The Ecuadorian Embassy in London
Flat 3b, 3 Hans Crescent,
London SW1X 0LS
United Kingdom

Donald J. Trump for President, Inc.
c/o CT Corporation System
4701 Cox Road, STE 285
Glen Allen, VA 23060
(Henrico County, VA)

Donald J. Trump, Jr.
425 E 58th St., Apt. 12CD
New York, NY 10022
(New York County, NY)

Paul J. Manafort, Jr.
10 St. James Drive
Palm Beach Gardens, FL 33418
(Palm Beach County, FL)

Roger J. Stone, Jr.
265 North Shore Dr.
Miami Beach, FL 33141
(Miami-Dade County, FL)

Jared C. Kushner
502 Park Avenue, Apt. 28
New York, NY 10022
(New York County, NY)

George Papadopoulos
4926 N. Fairfield Avenue
Chicago, IL 60625
(Cook County, IL)

Richard W. Gates, III
206 Virginia Avenue
Richmond, VA 23226

3