# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Democratic National Committee | Plaintiff, |
| -v- | Case No. _____ |
| The Russian Federation, et al. | **Rule 7.1 Statement** |
| | Defendant. |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ____Democratic National Committee____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Plaintiff DNC, registered with the Federal Election Commission as DNC Services Corp./Dem. Nat'l Committee, has no corporate parents, subsidiaries, or affiliates that have any outstanding securities in the hands of the public.

**Date:** April 20, 2018

/s/ Michael Eisenkraft
**Signature of Attorney**

**Attorney Bar Code:** ME6974

Form Rule7_1.pdf   SDNY Web 10/2007