UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

DEMOCRATIC NATIONAL COMMITTEE,

    Plaintiff,

  -against-

THE RUSSIAN FEDERATION, et al;

    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X

Civil Action No. 1:18-cv-03501

**MOTION FOR ADMISSION**
*PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Joseph M. Sellers, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff in the above-captioned action.

I am in good standing of the bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied readmission by any court. Pursuant to Local Rule 1.3, I have attached a certificate of good standing from the bar of the District of Columbia as Exhibit A, my affidavit as Exhibit B, and a proposed order for admission as Exhibit C.

Dated: April 20, 2018
New York, NY

Respectfully submitted,

/s/ Joseph M. Sellers

Joseph M. Sellers
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW
Suite 500, West Tower Washington, DC 20005
Telephone: (202) 408-4600

jsellers@cohenmilstein.com

*Attorney for Plaintiff*



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Joseph M Sellers*

was duly qualified and admitted on **June 16, 1980** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 16, 2018.

*Julio A. Castillo*
JULIO A. CASTILLO
Clerk of the Court

Issued By: *Emily E. Two*
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ X

DEMOCRATIC NATIONAL COMMITTEE,

        Plaintiff,

-against-

THE RUSSIAN FEDERATION, et al.,

        Defendants.

------------------------------------------ X

Civil Action No. 18-cv-03501

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY JOSEPH M. SELLERS**

I, Joseph M. Sellers, being duly sworn in, do hereby depose and state that:

1. I write this affidavit in support of my Motion for Admission *Pro Hac Vice* in the above-captioned action.

2. I am an attorney for Plaintiff, DEMOCRATIC NATIONAL COMMITTEE.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. There are no disciplinary proceedings pending presently against me.

Sworn to this 20th day of April, 2018.

_____
Joseph M. Sellers

Subscribed and sworn to before me
This 20th day of April, 2018.

_____
Notary Public
My Commission expires: 1/1/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
DEMOCRATIC NATIONAL COMMITTEE,

        Plaintiffs,

  -against-

THE RUSSIAN FEDERATION, et al.,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Civil Action No. 1:18-cv-03501

**ORDER FOR ADMISSION *PRO HAC VICE***

    The motion of Joseph M. Sellers for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

    Applicant has declared that he is a member in good standing of the bars of the District of Columbia; and that his contact information is as follows:

    Applicant's Name: **Joseph M. Sellers**

    Firm Name: **Cohen Milstein Sellers & Toll, PLLC**

    Address: **1100 New York Ave., Suite 500, West Tower**

    City / State / Zip: **Washington / DC / 20005**

    Telephone / Fax: **(202) 408-4600 / (202) 408-4604**

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiffs in the above-entitled action;

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____  _____

United States District / Magistrate Judge