```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/20/18
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------X
DEMOCRATIC NATIONAL COMMITTEE,

      Plaintiffs,

  -against-

THE RUSSIAN FEDERATION, et al.,

      Defendants.
------------------------------------X

Civil Action No. 1:18-cv-03501

**ORDER FOR ADMISSION *PRO HAC VICE***

    The motion of Joseph M. Sellers for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

    Applicant has declared that he is a member in good standing of the bars of the District of Columbia; and that his contact information is as follows:

    Applicant's Name: **Joseph M. Sellers**

    Firm Name: **Cohen Milstein Sellers & Toll, PLLC**

    Address: **1100 New York Ave., Suite 500, West Tower**

    City / State / Zip: **Washington / DC / 20005**

    Telephone / Fax: **(202) 408-4600 / (202) 408-4604**

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiffs in the above-entitled action;

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

**SO ORDERED:**

4/20/18

_____
**U.S.D.J.**