UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson        Civil Action No. 1:18-cv-03501

DEMOCRATIC NATIONAL COMMITTEE,      Racketeer Influenced and
                                               Corrupt Organization Act (RICO)

Plaintiff,



v.

RUSSIAN FEDERATION, et al;
Defendants.

Motion for Leave to File:

Motion to Intervene and Motion to Join

Please review attached pleading that was docketed by the 5th Circuit Court of Appeals in the BP Oil Spill Class Action Complaint, Deepwater Horizon v. BP Exploration & Production (16-30918). Attachment 1.

Please review the Motion to Intervene in the Manafort v. United States (1:18-cv-00011) United States District Court for the District of Columbia. Attachment 2.

Duplicate pleadings have been filed in all of the following cases:

1. United States v. Boucher (1-18:cr-00004)
2. United States v. Manafort (1:18-cr-00083)
3. Manafort v. United States (1:18-cv-00011)
4. United States v. Flynn (1:17-cr-00232)
5. United States v. Papadopoulos (1:17-cr-00182)
6. United States v. Manafort (1:17-cr-00201)
7. United States v. Internet Research Agency LLC (1:18-cr-00032)
8. United States v. Van Der Zwann (1:18-cr-00031)
9. Deepwater Horizon v. BP Exploration & Production (16-30918)

Precedent Cases (A small sample)

Press Enterprise v. Superior Court: **Access to Criminal Proceedings, First Amendment and Common Law guarantee the public's right of access to criminal judicial proceedings.**
Nixon v. Warner Communications: **The courts recognize the public's right to inspect and copy judicial records.**
Washington Post v. Robinson: **The public has an unquestionable right to information regarding alleged prosecutor misconduct. The term is "alleged". There is no doubt the Federal prosecutors have committed criminal acts.**
Leucadia v. Applied Extrusions Technologies: **Access**
Belo Broadcasting v. Clark: **Access**

Globe Newspaper v. Superior: **The right of the public to monitor the government by having access**.
Richmond Newspaper v. Virginia: **Without publicity, all other checks are insufficient**.
Valley Broadcasting v. United States District Court: **Federal Whistleblowers, Military Officers, Journalists, etc. play an indispensable role in gathering and disseminating information to the public**.
Landmark Communications v. Virginia: **To guard against the miscarriage of justice. To stop prosecutor misconduct before, during and after.**
Cox Broadcasting v. Cohn: **My pleadings will guarantee a fair trial**.
Pansy v. Stroudsburg: **Third parties have a right to intervene**.
In re Associated Press 162 F.3d 503, 507 7th Circuit 1998, Grove Fresh Distributors v. EverFresh Juice, Beef Industry Antitrust Litigation 589 F.2d 786, 789 5th Circuit, United States v. Andreas, United States v. Corbitt, United States v. Chaagra, United States v. Lohman, Marcus v. St. Tammany Parish School Board, United States v. Cleveland, United States v. Davis, United States v. Carolllo and Ford Motor Bronco II MDL

The Danziger Civil Rights Case in New Orleans after Hurricane Katrina. The Department of Justice had an electronic recording of what took place on the Danziger Bridge that day. The agreement between the defendants and prosecution was that the electronic recording would not be used and in exchange there would be no death penalty. The DOJ wanted a coverup conviction and not a murder conviction. They were hoping that the policemen would get 6 – 8 years for the cover-up and not the 65-year prison sentences that they got. God worked in a very mysterious way and gave the DOJ a World Series Winning Grand Slam. FBI Director Robert Mueller hedged his bet and assigned a two-year, non-investigator, to the case. The agent was convincing and became more convincing when he lied on the witness stand. This becomes exponentially more complicated because of the following: the US Navy was at the Danziger Bridge conducting illegal operational missions within the United States. American Sniper Chris Kyle actually bragged about murdering Americans in New Orleans. SEAL Team 22 from the Stennis Space Center, north of New Orleans on the Pearl River, committed genocide against our fellow Americans in violation of the Constitution and the Posse Act. It was Mueller's agents that were instrumental in covering up the murders.

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on April 20th, 2018 filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

# Attachment 1

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

Movant David Andrew Christenson

Paul J. Manafort Jr.
Plaintiff

v.

United States Department of Justice
Acting Attorney General Rod J. Rosenstein
Special Counsel Robert S. Mueller

Civ. No. 1:18-cv-00011

COMPLAINT FOR DECLARATORY AND
INJUNCTIVE RELIEF

**RECEIVED**

**JAN 26 2018**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Supplemental Motion to Intervene and Join

Please incorporate the Motion to Intervene filed by Freedom Watch/Larry Klayman on January 23rd, 2018: Case 1:18-cv-00011-ABJ Document 9 Filed 01/23/18 Page 1 of 6. It would be discriminatory, prejudicial and arbitrary to deny me my Constitutional Right to file my original Motion to Intervene and Join and this Supplemental Motion to Intervene and Join. The court has allowed Freedom Watch/Larry Klayman to publicly docket their Motion because Klayman is an attorney. The court is picking and choosing who has Constitutional Rights in a discriminatory, prejudicial and arbitrary process. The Constitution, Federal Law and the Rules of Civil Procedure clearly allow me the right to file these Motions. I have standing and cause. Federal Rules of Civil Procedure (FRCP) Rule 24 governs intervention by additional parties in existing litigation in the federal courts. Refusing to publicly docket my Motions is Tantamount to Treason.

Here is what is most grotesque. Freedom Watch/Larry Klayman's Motion is politically motivated. My Motions are motivated by the oath that I took to protect the Constitution and the American People. Why does the devil get his day in court and me and the American People do not?

The Supreme Court has been censoring me and in turn the American People for years. We are talking about the Genocide of Mankind. I have filed Amicus Briefs with the Supreme Court but the Court refuses to docket them. Please review just the first two pages of an Amicus Brief that I filed in 2012. The Preamble is critical. I beg you to take a moment to read the Preamble as it is very enlightening because it applies to all Federal Judges and all Americans. Censorship has destroyed our country.

This court has started that there are other forums but in fact there are not. Here is a perfect example. Not one media outlet has reported that the United States has an influenza and pneumonia epidemic. The epidemic is 15.5% above the level that is set by the CDC. How many Americans will die from this preventable disease/malady before the Federal Judiciary wakes up? This epidemic was reported by the CDC on January 19th, 2018 for the period that ended December 30th, 2017. Google influenza and pneumonia epidemic and see that there are no news stories.

https://www.cdc.gov/flu/weekly/index.htm
Pneumonia and Influenza (P&I) Mortality Surveillance:

Based on National Center for Health Statistics (NCHS) mortality surveillance data available on January 18, 2018, 8.2% of the deaths occurring during the week ending December 30, 2017 (week 52) were due to P&I. This percentage is above the epidemic threshold of 7.1% for week 52.

Background: Weekly mortality surveillance data include a combination of machine coded and manually coded causes of death collected from death certificates.  Percentages of deaths due to P&I are higher among manually coded records than more rapidly available machine coded records. Due to the additional time needed for manual coding, the initially reported P&I percentages may be lower than percentages calculated from final data.  Previous longer backlogs in manual coding have been resolved and death records are now coded within 10 days from receipt of a death record by NCHS.

Region and state-specific data are available at http://gis.cdc.gov/grasp/fluview/mortality.html.

I have also attached a copy of the letters that I sent to the Eastern District of Virginia and District of Columbia Special Grand Juries that have been convened by Special Prosecutor Robert Mueller.

Attached is the original Motion to Intervene and Join that I filed on January 6th, 2018.

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on January 24th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

No. 11-1200 ac

———————————————————

I N  T H E

# Supreme Court of the United States
———————

Tash Hepting, et. al., Petitioners,

v.

AT&T Corporation, et. al.

*Respondent.*
———————

**On Writ of Certiorari to the United States Court of Appeals for the Ninth Circuit**
———————

***AMICUS CURIAE*** **BRIEF OF DAVID ANDREW CHRISTENSON AND DAVID ANDREW CHRISTENSON ON BEHALF OF THE SUPREME COURT OF THE UNITED STATES OF AMERICA (AS AN INSTITUTION AND THIRD BRANCH OF THE FEDERAL GOVERNMENT), THE FEDERAL JUDICARY, EMPLOYEES AND FAMILY MEMBERS OF THE FEDERAL JUDICARY AND ALL AMERICAN CITIZENS.**
———————

David Andrew Christenson

*Pro Se*

Box 9063

9815 US Highway 98 West

BC 156

Miramar Beach, Florida 32550

504-715-3086

davidandrewchristenson@hotmail.com

"THE RELUCTANT PATRIOT"

*Classified as a terrorist by the Department of Justice*

———————————————————

1

## PREAMBLE

THE SUPREME COURT MUST ISSUE AN ALL ENCOMPASSING LANDMARK DECISION (9-0). This will serve the Supreme Court, the Justices and all Americans. The landmark decision must be punitive so as to prohibit current and future criminal activity by the Executive Branch.

There is an all-out ideological and criminal war being conducted by the Executive Branch against the Judicial and Legislative branches of our Federal Government as well all Americans. How can and does the Supreme Court's Marshal Service protect the Justices and the Court from these ideological and criminal attacks? Every aspect of the life of a Supreme Court Justice is under attack. There is no escape.

The criminal activity in this case was perpetrated against the Supreme Court, the Justices and all Americans. This is the tip of the iceberg. Since the filing of the original lawsuit, immunity has been granted to those that participated in the willful and intentional criminal activity. Would the Justices really consider approving of immunity for those people that harmed the Supreme Court?

The Supreme Court must regains its' position as the protector of the Constitution and all Americans.

The Executive Branch has isolated the Supreme Court and the end result is that the Court has become a non-entity and irrelevant in judicial matters concerning criminal law, terrorism and war. The Executive Branch uses the pretense of Patriotism as a means to sway the court.

STATEMENT OF FACT: The Supreme Court, the Justices, employees of the Supreme Court and the Federal Judiciary and all of their family members are all under surveillance by the Executive Branch. The United States Congress is under surveillance as well. Agencies within the Executive Branch are spying on each other.

Civil Disobedience is now classified as terrorism.

## PREMISE

This is an Amicus Brief (ac) that supports neither party.

The Amicus Brief is drafted by a Federal Whistleblower who happens to be an officer in the United Sates Air Force. (A "regular' commission places Constitutional Responsibility on an officer weather he is on active duty or not.)

All Americans would and could be a party to this writ. This includes all Supreme Court Justices, employees and families as well as all members of the Federal Judiciary and their family members.

2

(Special) Grand Jury being used by Special Counsel Robert Mueller          January 16th, 2018
United States District Court for the District of Columbia
United States District Court for the Eastern District of Virginia

Jury Members,

The evidence, Genocide, of criminal conduct by Special Counsel Robert Mueller and his team of
prosecutors that you are about to review is unbelievable and yet it is factual, documented and
verifiable. You are Mankind's last hope.

The Federal Judiciary, including the Supreme Court, are active participants in the criminal enterprise that
will result in the Genocide of Mankind.

My name is David Andrew Christenson (Federal Whistleblower and Military Officer) and I have filed, in
accordance with the Constitution and specifically the last sentence of the First Amendment, "and to
petition the Government for a redress of grievances" multiple Motions to Intervene in this court as well
as other courts on behalf of the American People and that includes you and your family.

Mankind will cease to exist by October 12th, 2050. This is not a prophecy or prediction but a
mathematical certainty.

Special Counsel Robert Mueller currently has three criminal cases filed and has one civil case filed
against him. The court refuses to publicly docket my Motions and more importantly they have refused
to publicly docket my Notices of Appeal. I am fighting to save my country and Mankind and the court has
censored me. The Constitution, Federal Law and precedent grant me the right to publicly file such
Motions, Notices and Grievances.

Please review the docket for each of the cases.

The prosecutors that are presenting evidence to you are some of the evilest people on this planet. They
make Hitler look like a Saint. Your loved ones will pay the ultimate price for the cover up that is taking
place. I beg you to save your family, your country and Mankind.

Godspeed.
Sincerely,
David Andrew Christenson
P.O. Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

Movant David Andrew Christenson

Civ. No. 1:18-cv-00011 Plaintiff

Paul J. Manafort Jr.
Plaintiff

COMPLAINT FOR DECLARATORY AND
INJUNCTIVE RELIEF

v.

United States Department of Justice
Acting Attorney General Rod J. Rosenstein
Special Counsel Robert S. Mueller

Motion to Intervene and Join

Movant David Andrew Christenson incorporates Plaintiff Paul J. Manafort's Complaint for Declaratory and Injunctive Relief. Case 1:18-cv-00011 Document 1 Filed 01/03/18 Page 1 of 17

In the interest of Justice and to save judicial resources Movant moves the court to grant his Motion. David Andrew Christenson was preparing a complaint to be filed with the court and has stayed that process until the court rules on this Motion. It seems prudent that only one complaint of this sort be filed.

Movant has standing and cause as well as Constitutional Authority to file this Complaint.

The overriding precedent is that the American People have a Constitutional Right to this incriminating information.

The United States Court of Appeals for the Fifth Circuit docketed the attached pleading/motion which I am incorporating into this Motion (5th Circuit Case: 17-30831 Document: 00514268351 Page: 1 Date Filed: 12/11/2017). Within the pleading are Motions to Intervene that the District Court for the District of Columbia refused to docket. There is now an official court record. Both the DC District Court and the DC Appellate Court refused to docket my Notices of Appeal.

The Constitution, First Amendment, last sentence of the First Amendment ("and to petition the government for a redress of grievances."), Federal Law, Federal Case Law, Precedent, etc. grant me to the right to file this pleading and to **have it entered into the public court record**.

Special Counsel Robert Mueller is poisonous fruit and anything he prosecutes is defective. Robert Mueller has continually abused his authority throughout his career as a US Prosecutor, FBI Director and now as Special Counsel. I have provided to the court factual, documented and verifiable proof of Robert Mueller's criminal conduct as well as that of the Department of Justice.

There is no legal authority to deny the public docketing of this pleading. It would be truly criminal to deny the American people access to this information.

Precedent Cases (A small sample)

Press Enterprise v. Superior Court: **Access to Criminal Proceedings, First Amendment and Common Law guarantee the public's right of access to criminal judicial proceedings**.

Nixon v. Warner Communications: **The courts recognize the public's right to inspect and copy judicial records.**

Washington Post v. Robinson: **The public has an unquestionable right to information regarding alleged prosecutor misconduct. The term is "alleged". There is no doubt the Federal prosecutors have committed criminal acts.**

Leucadia v. Applied Extrusions Technologies: **Access**

Belo Broadcasting v. Clark: **Access**

Globe Newspaper v. Superior: **The right of the public to monitor the government by having access**.

Richmond Newspaper v. Virginia: **Without publicity, all other checks are insufficient**.

Valley Broadcasting v. United States District Court: **Federal Whistleblowers, Military Officers, Journalists, etc. play an indispensable role in gathering and disseminating information to the public.**

Landmark Communications v. Virginia: **To guard against the miscarriage of justice. To stop prosecutor misconduct before, during and after.**

Cox Broadcasting v. Cohn: **My pleadings will guarantee a fair trial**.

Pansy v. Stroudsburg: **Third parties have a right to intervene**.

In re Associated Press 162 F.3d 503, 507 7th Circuit 1998, Grove Fresh Distributors v. EverFresh Juice, Beef Industry Antitrust Litigation 589 F.2d 786, 789 5th Circuit, United States v. Andreas, United States v. Corbitt, United States v. Chaagra, United States v. Lohman, Marcus v. St. Tammany Parish School Board, United States v. Cleveland, United States v. Davis, United States v. Carollo and Ford Motor Bronco II MDL

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on January 6th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

Case 1:18-cv-03501-JGK  Document 25  Filed 04/24/18  Page 11 of 113
Case 1:18-cv-00011-ABJ  Document 15  Filed 01/26/18  Page 8 of 89
Case: 17-30831     Document: 00514268351     Page: 1     Date Filed: 12/11/2017

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

*U.S. COURT OF APPEALS*
*RECEIVED*
*DEC 1 1 2017*
*FIFTH CIRCUIT*

Appellant (Movant) Mr. David Andrew Christenson
Adrian Caliste v. Harry Cantrell
USDC No. 2:17-CV-6197

17-30831
Complaint-Class Action

Motion for Reconsideration
Of Dismissal

The court dismissed my appeal on December 4th, 2017.

There was never a hearing therefore there was no transcript to order.

I Move the Court to Reinstate the Appeal.

It is imperative that this appeal be allowed to proceed. This appeal is connected to the General Michael Flynn, Paul Manafort, Richard Gates and George Papadopoulos criminal cases that are being prosecuted by Special Prosecutor Robert Mueller. I have attached two very important documents.

Attachment 1: The District Court for the District of Columbia reassigned the General Michael Flynn case to Judge Emmet G. Sullivan from Judge Rudolph Contreras. The court stated that it was random but in fact it was not. All that was left in the case was the sentencing. This is very important because it was Judge Emmet G. Sullivan that presided over the Senator Ted Stevens criminal case that was vacated because of criminal prosecutor misconduct.

Attachment 2: This is my Motion to Intervene in the General Michael Flynn criminal case.

Attachment 3: This is my Supplemental Motion to Intervene in the General Michael Flynn criminal case.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
dchristenson6@hotmail.com
504-715-3086

I certify that all parties and then some were noticed by email. December 8th, 2017.

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 12 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 9 of 89
Case: 17-30831      Document: 00514268351      Page: 2    Date Filed: 12/11/2017
Case 1:17-cr-00232-EGS   Document 9   Filed 12/07/17   Page 1 of 1

Rev: 1/2017

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.                                    Criminal No.        17-232      (EGS)

MICHAEL T. FLYNN                       Category    A

Defendant(s)

# REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on _____12/7/17_____ from _Judge Rudolph Contreras_____

to _Judge Emmet G. Sullivan_____ by direction of the Calendar Committee.

(Randomly Reassigned)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:    Judge Rudolph Contreras_____ & Courtroom Deputy

       Judge Emmet G. Sullivan_____ & Courtroom Deputy

       U.S. Attorney's Office – Judiciary Square Building, Room 5133

       Statistical Clerk

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 13 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 10 of 89
Case: 17-30831     Document: 00514268351     Page: 3     Date Filed: 12/11/2017





UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

United States of America                              Criminal Docket No. 1:17-cr-232

      v.                                      Judge Rudolph Contreras

Michael T. Flynn
Defendant

Motion to Intervene/Friend of the Court Brief/Amicus Brief

> **We are talking about the impeachment and criminal prosecution (Fruit from a Poisonous Tree) of a sitting President and his family.**

I can file this Motion because I am a victim of Robert Mueller's criminal misconduct.

> **This Motion to Intervene becomes moot if you docket it in accordance with the Constitution, First Amendment and the last sentence to the First Amendment: "and to petition the government for a redress of grievances." I want nothing else from this court except the Constitutional Right to be heard. The American People have a Constitutional Right to hear what I am saying in this court and for the record.**

I want irreversible justice in accordance with Constitution and on behalf of the American People. Look at the number of criminal cases in New Orleans that were reversed on Appeal because of criminal prosecutor misconduct. Danziger and Glover were two of the biggest Civil Rights cases from the last thirty years. Many of the defendants were ultimately found not guilty or had major reductions in their sentences. Glover ended up with just one conviction. (A plea deal was entered into before trial that excluded evidence. I will elaborate on this latter.)

The greatest political and legal transgression of my life was when President Ford pardoned President Nixon. Nixon resigned before being impeached and was pardoned before he was indicted. This catastrophic event denied all Americans the truth (Their Constitutional Rights) and had ripple (tsunami) effects that are felt today.

> **The tree that President Ford planted that day was as poisonous as they come.**

What if Trump starts to pardon individuals? He could pardon Flynn and Papadopoulos today as well as Manafort and Gates because the precedent was set by Ford. Would Flynn and Papadopoulos have to cooperate and testify? Remember that the DOJ dropped the case against Fred Heebe/River Birch Landfill New Orleans before he was ever indicted because of criminal prosecutor misconduct. Nixon was never called to testify.)

In my book the first few words are: "An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government." I believe this more today then when I wrote the book five years ago.

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 15 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 12 of 89
Case: 17-30831      Document: 00514268351      Page: 5      Date Filed: 12/11/2017

> **Please accept my apology for filing this Motion. "I am sorry." Case law and precedent for granting this Motion are listed at the end of the pleading.**

This narrative may be a little incoherent and disjointed but please give it a chance.

First Amendment, Fourth Amendment, Fifth Amendment, Fourteenth Amendment, Exclusionary Rule and Fruit from a Poisonous Tree.

Has Criminal Prosecutor Misconduct taken place? Papadopoulos and Flynn have entered into plea deals. What evidence, legal or illegal, did Special Prosecutor Robert Mueller have to entice or intimidate them into pleading guilty and how was that evidence obtained? Any information or testimony provided by Flynn and Papadopoulos will be Poisoned Fruit that can never be used again in any criminal trial. Trump could never be prosecuted. All defense attorneys have a right to this information and so do the American People.

If Mueller obtained the guilty pleas with Poisoned Fruit then all prosecutions and convictions will be tainted and thus thrown out.

Mueller has a history of prosecutorial misconduct. The indictment, plea agreement and statement of offense are all riddled with poisoned fruit. Mueller's arrogance is unbelievable. Simple common sense tells you that something is very, very wrong.

Lt. General Michal Flynn is having a private conversation with the Russian Ambassador. Here is the Constitutional Question. Did Flynn have a presumption of privacy? How did Mueller come by the evidence that he needed to force Flynn to accept the plea deal? Was it the FBI, NSA, etc. who provided the electronic recording? The Ambassador has diplomatic immunity and in essence is not governed by our laws. What kind of investigation was he under. There was no way he could ever be prosecuted so why was his conversation with Flynn being recorded? Mueller admits that he did not know at the time of Flynn's interview that Flynn lied. How do you suppose he developed that information? Anything besides an electronic recording would be hearsay and an electronic recording without a warrant would be illegal. This could be considered entrapment. It reminds me of the Scooter Libby case, even the commuting of his sentence. Libby did nothing wrong.

Why was President Elect Trump not informed of the Russian investigation? The transgressions of Flynn and Papadopoulos happened after the election. This is a major Constitutional issue which needs to be addressed.

A President Elect starts to call world leaders the day he is elected. Do you see the problem?

During the campaign both parties held talks with other world leaders. I believe both travel abroad.

<center>Precedent Cases (A small sample)</center>

Press Enterprise v. Superior Court: **Access to Criminal Proceedings. First Amendment and Common Law guarantee the public's right of access to criminal judicial proceedings.**
Nixon v. Warner Communications: **The courts recognize the public's right to inspect and copy judicial records.**

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 16 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 13 of 89

Case: 17-30831      Document: 00514268351      Page: 6      Date Filed: 12/11/2017

Washington Post v. Robinson: The public has an unquestionable right to information regarding alleged prosecutor misconduct. The term is "alleged". There is no doubt the Federal prosecutors have committed criminal acts.

Leucadia v. Applied Extrusions Technologies: Access

Belo Broadcasting v. Clark: Access

Globe Newspaper v. Superior: The right of the public to monitor the government by having access.

Richmond Newspaper v. Virginia: Without publicity, all other checks are insufficient.

Valley Broadcasting v. United States District Court: Federal Whistleblowers, Military Officers, Journalists, etc. play an indispensable role in gathering and disseminating information to the public.

Landmark Communications v. Virginia: To guard against the miscarriage of justice. To stop prosecutor misconduct before, during and after.

Cox Broadcasting v. Cohn: My pleadings will guarantee a fair trial.

Pansy v. Stroudsburg: Third parties have a right to intervene.

In re Associated Press 162 F.3d 503, 507 7th Circuit 1998, Grove Fresh Distributors v. EverFresh Juice, Beef Industry Antitrust Litigation 589 F.2d 786, 789 5th Circuit, United States v. Andreas, United States v. Corbitt, United States v. Chaagra, United States v. Lohman, Marcus v. St. Tammany Parish School Board, United States v. Cleveland, United States v. Davis, United States v. Carollo and Ford Motor Bronco II MDL

The Danziger Civil Rights Case in New Orleans after Hurricane Katrina. The Department of Justice had an electronic recording of what took place on the Danziger Bridge that day. The agreement between the defendants and prosecution was that the electronic recording would not be used and in exchange there would be no death penalty. The DOJ wanted a coverup conviction and not a murder conviction. They were hoping that the policemen would get 6 – 8 years for the cover-up and not the 65-year prison sentences that they got. God worked in a very mysterious way and gave the DOJ a World Series Winning Grand Slam. FBI Director Robert Mueller hedged his bet and assigned a two-year, non-investigator, to the case. The agent was convincing and became more convincing when he lied on the witness stand. This becomes exponentially more complicated because of the following: the US Navy was at the Danziger Bridge conducting illegal operational missions within the United States. American Sniper Chris Kyle actually bragged about murdering Americans in New Orleans. SEAL Team 22 from the Stennis Space Center, north of New Orleans on the Pearl River, committed genocide against our fellow Americans in violation of the Constitution and the Posse Act. It was Mueller's agents that were instrumental in covering up the murders.

Attachment 1: DC District Court Judge Amy B. Jackson denied my Notice of Appeal that I filed with the United States Court of Appeals for the District of Columbia. How can a District Court Judge deny an Appellate Court Pleading? How did Judge Jackson even get the Notice of Appeal?

Attachment 2: DC District Court Judge Amy B. Jackson denied my Notice of Appeal.

Reference Attachment 3: Judge Jackson states: "he must seek it from the Court of Appeals by filing an appeal of those rulings. Signed by Judge Amy Berman Jackson on 11/29/17. (DMK) (Entered: 11/29/2017)" How can I seek relief if she denies my Constitutional Right to Appeal?

Filed in the Manafort/Gates case. Listed in reverse order. Other Federal District Court and Appeal Courts have docketed these pleadings.

Attachment 3: Docket Correction in the Interest of Justice.

Attachment 4: Friend of the Court Brief/Amicus Brief/Appeal/Memorandum in Support of Motion to Intervene.

Attachment 5: Notice of Appeal

Attachment 6: Motion for Reconsideration

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 17 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 14 of 89
Case: 17-30831      Document: 00514268351      Page: 7      Date Filed: 12/11/2017

Attachment 7: Motion to Intervene

Godspeed

Sincerely

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on December 1st, 2017 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

Case 1:17-cr-00201-ABJ   Document 53 (Court only)   Filed 11/20/17   Page 1 of 7

**Attachment 1**

NOV 13

United States Court of Appeals
Dist. of ... ... Circuit

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

David Andrew Christenson, Movant                           USCOADCC: 17-XXXXX
                                                           (Please assign)

United States of America                                   DCDC Criminal Docket No. 1:17-cr-201
                                                           (ABJ/DAR)
              v.                                           Judge Amy Berman Jackson

Paul J. Manafort and Richard W.
Gates III                                   *Leave to file DENIED*  11/20/17
Defendants
                                            Amy B. Jackson            Date
                                            United States District Judge
                   Notice of Appeal
                   November 7th, 2017        *Mr. Christenson the movant*
                                             *is not a party to this case.*

Please reference the attached letter to District of Columbia District Court Judges concerning the criminal
violation of my, and all Americans, Constitutional Rights to be Heard.

Special Counsel Robert Mueller criminally violated my Constitutional Rights and thus criminally violated
all American's Constitutional Rights.

Mueller is a pathological criminal who is hell bent on destroying America. His cover up of what took
place in New Orleans signals the end of our country. He is the trigger man that murdered Mankind.

Sincerely filed,
In Proper Person and Pro Se,

David Andrew Christenson

m

**CERTIFICATE OF SERVICE**
I hereby certify that on November 7th, 2017 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by email and first-class mail.

David Andrew Christenson

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 19 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 16 of 89

Case: 17-30831     Document: 00514268351     Page: 9     Date Filed: 12/11/2017

Case 1:17-cr-00201-ABJ   Document 51 (Court only)   Filed 11/16/17   Page 1 of 9

# Attachment 2

**UNITED STATES DISTRICT COURT**
**THE DISTRICT OF COLUMBIA**

United States of America                    Criminal Docket No. 1:17-cr-201
                                            (ABJ/DAR)
         v.                                 Judge Amy Berman Jackson

Paul J. Manafort and Richard W.
Gates III
Defendants

**Notice of Appeal**
**November 7th, 2017**

Please reference the attached letter to District of Columbia District Court Judges concerning the criminal violation of my, and all Americans, Constitutional Rights to be Heard.

Special Counsel Robert Mueller criminally violated my Constitutional Rights and thus criminally violated all American's Constitutional Rights.

Mueller is a pathological criminal who is hell bent on destroying America. His cover up of what took place in New Orleans signals the end of our country. He is the trigger man that murdered Mankind.

Sincerely filed,
In Proper Person and Pro Se,

David Andrew Christenson

Leave to file DENIED   11/16/17

Amy B. Jackson          Date
United States District Judge

*Pleading submitted by someone who
is neither a party to
nor counsel in this case.*

**CERTIFICATE OF SERVICE**
I hereby certify that on November 7th, 2017 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

NOV 13 2017

Case 1:18-cv-03501-JGK  Document 25  Filed 04/24/18  Page 20 of 113
Case 1:18-cv-00011-ABJ  Document 15  Filed 01/26/18  Page 17 of 89

Case: 17-30831      Document: 00514268351      Page: 11      Date Filed: 12/11/2017

# Attachment 3

My Motion to Intervene would have become moot as soon as it was publicly docketed. In the interest of justice and to protect the Constitution and Constitutional Rights of the defendants, Mueller should have had to respond. All Judge Jackson had to do was publicly docket the motion. There is a saying that locks keep honest people honest. Access and knowledge will keep prosecutors honest and the courts have ruled that to be true and the law.

Everything that Special Counsel Robert Mueller is connected to is tainted. (Mueller failed in the Anthrax investigation, that he directly oversaw, but not before he destroyed Steven Hatfill's life. Hatfill was a virologist at the U.S. Army's laboratories at Fort Detrick, Md. and a victim of Mueller's criminal conduct and repeated violations of the Constitution. The government paid him 5.8 million dollars to settle with him)

Two Famous Quotes by EDLA Judge Kurt Engelhardt in the Danziger Civil Rights case.
The "Horn Report" was prepared in this case because of criminal prosecutor misconduct.

Engelhardt wrote that he actually said: "Using liars lying to convict liars is no way to pursue justice."

Engelhardt added in the footnote that the cooperating defendants were "purchased, bought and paid for" with more lenient sentences. "Mr. Perez's comment misses the point," Engelhardt concluded.

The two quotes were directed at Attorney General Eric Holder, Civil Rights Assistant Attorney General Thomas Perez and FBI Director Robert Mueller. Perez is morally bankrupt and yet he is running the Democratic party. The cancer is systemic. The Court must honor their Constitutional Mandate and allow me to be heard.

Over 100 grants of immunity and or reduces sentences were given in exchange for false evidence and false/perjured testimony. There were only six convictions via trial. Mueller's FBI Agents lied on the witness stand. This is fact. Study the Free Heebe criminal case.

Judge Jackson refused to docket my Notice of Appeal and my Appeals and yet she acknowledges their existence. She wrote this: "and if the movant seeks relief from this Court's rulings, he must seek it from the Court of Appeals by filing an appeal of those rulings. Signed by Judge Amy Berman Jackson on 11/29/17. Judge Jackson and the court have denied me the right to file an appeal. My Notice of Appeal must be publicly docketed. How will Americans know what I am appealing if there is no public record?

Judge Jackson states that: "noting that the Federal Rules of Criminal Procedure do not provide for intervention in a criminal case." This is simply not true.

Precedent Cases (A small sample)

Press Enterprise v. Superior Court: Access to Criminal Proceedings, First Amendment and Common Law guarantee the public's right of access to criminal judicial proceedings.
Nixon v. Warner Communications: The courts recognize the public's right to inspect and copy judicial records.
Washington Post v. Robinson: The public has an unquestionable right to information regarding alleged prosecutor misconduct. The term is "alleged". There is no doubt the Federal prosecutors have committed criminal acts.
Leucadia v. Applied Extrusions Technologies: Access

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 21 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 18 of 89
Case: 17-30831      Document: 00514268351      Page: 12      Date Filed: 12/11/2017

# Attachment 3

Belo Broadcasting v. Clark: <u>Access</u>
Globe Newspaper v. Superior: <u>The right of the public to monitor the government by having access.</u>
Richmond Newspaper v. Virginia: <u>Without publicity, all other checks are insufficient.</u>
Valley Broadcasting v. United States District Court: <u>Federal Whistleblowers, Military Officers, journalists, etc. play an indispensable role in gathering and disseminating information to the public.</u>
Landmark Communications v. Virginia: <u>To guard against the miscarriage of justice. To stop prosecutor misconduct before, during and after.</u>
Cox Broadcasting v. Cohn: <u>My pleadings will guarantee a fair trial.</u>
Pansy v. Stroudsburg: <u>Third parties have a right to intervene.</u>
In re Associated Press 162 F.3d 503, 507 7th Circuit 1998, Grove Fresh Distributors v. EverFresh Juice, Beef Industry Antitrust Litigation 589 F.2d 786, 789 5th Circuit, United States v. Andreas, United States v. Corbitt, United States v. Chaagra, United States v. Lohman, Marcus v. St. Tammany Parish School Board, United States v. Cleveland, United States v. Davis, United States v. Carollo and Ford Motor Bronco II MDL

Judge Jackson made the following statement; "The Court recognizes that the movant sincerely believes that he has information to share that bears on this case, and that, understandably, he wishes to be heard. There are many places and means available for a private citizen to express his views about matters of public interest, but the fact is, the Court's docket is not one of them." I completely disagree with this statement and I believe that it is contradictory to the Constitution, First Amendment and specifically the last sentence of the First Amendment (and to petition the government for a redress of grievances.). The courts have made it impossible to seek justice. Knowledge ensures that there is justice. Knowledge keeps people honest. We can't keep the sins of our government in the closet. We must expose those sins. Americans are being raped by their own government and the Federal Judges are protecting the rapists.

Were should I be heard? Fox news, The New York Times, etc. President George W. Bush lied to the world about his reasoning for entering the second Iraq war. He fraudulently told the world that Iraq had weapons of mass destruction and that Al Qaeda was operating there. Both were lies and the media knew it. The for-profit media wanted a war. (I wonder where Judge Jackson gets her news?)

Judge Jackson states: "the Court's docket is not one of them. It is the record of official proceedings related to criminal charges brought by the United States against two individuals who are presumed to be innocent, <u>and for the benefit of all parties concerned and the public</u>". My information is crucial to the defendants receiving a fair trial and to protect the Constitutional Rights of all Americans. We as a nation cannot continue to allow criminal prosecutor misconduct.

Attached is My Non-Domestic Stay Away Order for a false arrest for a non-domestic, non-violent, non-drug misdemeanor for which I was never charged with a crime.

This is how far Muller will go to harass and intimidate Federal Whistleblowers. Mueller intimated my family, my friends, co-workers, etc. Mueller slandered and defamed me so that I would be noncredible. If he did this to me think about what he is doing to Manafort and Gates. Here is the proof about Muller's criminal conduct and the egregious violation of my Constitutional Rights. By denying me my Constitutional Rights you have denied all Americans their Constitutional Rights. There has to be transparency and accountability. I would not have filed the motion if someone else was the special counsel. Mueller directly harmed me so that I would be silenced, thereby depriving Americans of their Constitutional Rights. He did it to deprive the Danziger and Glover defendants of their Constitutional Rights and their right to a fair trial. How many witnesses has Mueller intimidated so far? How many has he purchased?

# Attachment 3

More than a third of those listed on the order were Federal Court Clerks and yet not one Federal Judge was listed. My Bishop in New Orleans was Aymond. Senators Vitter and Landrieu. My Federal Public Defenders/Attorneys: Gary Schwabe and Virginia Schlueter. FBI Director Robert Mueller. Fellow Federal Whistleblower Nancy Swan. The Ozanam Inn, which is a homeless shelter where my wife and I volunteered. I could not go home because the Ozanam was within 100 feet of my home. This was sadistic. General Russel Honore. Impeached Federal Judge Thomas Porteous. Activist Tracie Washington. Many of those listed were friends.

Mueller had me arrested on a Louisiana Warrant, not a Federal, placed in isolation for 11 days and medicated against my will. When I was finally released on bond I was ordered to leave the state of Louisiana so that I could not be present for the Danziger Civil Rights trial.

Nobody will receive a fair trial if Robert Mueller is allowed to prosecute. This is a direct and malicious violation of the Constitution and directly impacts all Americans.

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on November 30th, 2017 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 23 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 20 of 89

Case: 17-30831      Document: 00514268351      Page: 14      Date Filed: 12/11/2017

# Attachment 3

CAT B

## U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: 1:17-cr-00201-ABJ All Defendants

Case title: USA v. MANAFORT et al          Date Filed: 10/27/2017

| Date Filed | # | Docket Text |
|---|---|---|
| 11/29/2017 | | MINUTE ORDER granting 62 Motion to Modify Conditions of Release as to RICHARD W. GATES III. Defendant may travel to the District of Columbia and stay overnight for the purpose of meeting with counsel on the conditions that: defendant Gates remains subject to GPS monitoring (which is a condition of his release in any event); he travels only to his attorney's office and the hotel; he provides pre–trial services with his itinerary, including when he is traveling, where the meetings will be held, and the name and address of the hotel, at least one business day in advance of the trip; and he travels directly from and to his residence with no stops other than at gas stations and rest stops. SO ORDERED. Signed by Judge Amy Berman Jackson on 11/29/2017. (lcabj2) (Entered: 11/29/2017) |
| 11/29/2017 | | MINUTE ORDER. On November 8, 2017, this Court denied a private individual who is neither a party to this case nor counsel of record for any party leave to file a Motion to Intervene in the proceedings, noting that the Federal Rules of Criminal Procedure do not provide for intervention in a criminal case. See Dkt. 39. The would–be intervenor has also attempted to file a Motion to Dismiss Indictment for Insufficient Evidence and Lack of Jurisdiction/Defense Sentencing Memorandum, two notices of appeal, and a motion for reconsideration, see Dkts. 40, 51, 53, and 58, and he has submitted a letter regarding his motion to intervene. Dkt. 59. The Court denied leave to file them all, and the movant appears to be frustrated and disappointed by this decision. The Court recognizes that the movant sincerely believes that he has information to share that bears on this case, and that, understandably, he wishes to be heard. There are many places and means available for a private citizen to express his views about matters of public interest, but the fact is, the Court's docket is not one of them. It is the record of official proceedings related to criminal charges brought by the United States against two individuals who are presumed to be innocent, and for the benefit of all parties concerned and the public, it must be maintained in an orderly fashion and in accordance with court rules. The movant is correct in his assertion that under different circumstances, in civil cases, "friends of the court" may seek permission to file briefs, see Local Civil Rule 7(o), but those circumstances do not pertain here. The movant is also correct in pointing out that in some cases, non–parties submit letters for the Court's consideration at the time of sentencing. It is this Court's practice to docket sentencing materials if and when they are received in any case, but this case is in its early stages, and that practice would not justify granting leave to file the material that has been submitted to date. In sum, the Clerk will be directed not to docket additional pleadings submitted by the would–be intervenor, and if the movant seeks relief from this Court's rulings, he must seek it from the Court of Appeals by filing an appeal of those rulings. Signed by Judge Amy Berman Jackson on 11/29/17. (DMK) (Entered: 11/29/2017) |

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 24 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 21 of 89
Case: 17-30831       Document: 00514268351       Page: 15       Date Filed: 12/11/2017

# Attachment 3

STATE OF LOUISIANA

VERSUS

*David A. Christenson*
*aka David Christman*

CRIMINAL DISTRICT COURT

PARISH OF ORLEANS

MAG. NO. *522-477*

## NON-DOMESTIC STAY AWAY ORDER

    NOW INTO COURT comes the State of Louisiana, through the undersigned Assistant District Attorney for the Parish of Orleans, respectfully moves the Court to issue a Non-Domestic Stay Away Order and Notice to Appear. This Order prohibits the defendant *David A. Christenson aka Christman* date of birth *02-21-58* from communicating, directly or indirectly, with the victim, *as listed in cap* date of birth _____ or the victim's family. Additionally, during the pendency of this Stay Away Order the defendant cannot own or possess a firearm. If the defendant violates this Stay Away Order or any of its provisions, the defendant may be arrested, bond may be revoked, a new bond required, and will be held in contempt of court, facing additional charges. If the Court requires the defendant to make a personal appearance concerning this Order, the defendant will do so promptly. If the defendant does not appear, an Order for Arrest will be issued.

    This Stay Away Order remains in effect during the pendency of this case or unless and until lifted by the Judge and a minute entry indicating any such action.

### BY ORDER OF THE COURT

    IT IS HEREBY ORDERED that the defendant immediately cease any and all communication with the victim and the victim's family during the pendency of this action and abide by all other terms of this Non-Domestic Stay Away Order.

_____
MAGISTRATE COMMISSIONER

NEW ORLEANS, LOUISIANA, THIS _15_ DAY OF _March_, 20_11_.

### DEFENDANT'S ACKNOWLEDGEMENT OF ORDER AND TERMS

    UPON MY RELEASE from the Orleans Parish Criminal Sheriff's Office, I *David Christenson aka Christman* do hereby agree to the terms of this Non-Domestic Stay Away Order. I understand that if I fail to abide by the terms of this order, a warrant will be issued for my arrest. I have read and understand the above agreement and terms of my release.

_____
DEFENDANT

NEW ORLEANS, LOUISIANA, THIS _15_ DAY OF _March_, 20_11_.

NAME: _____

ADDRESS: _____

CITY, STATE, ZIP: _____

CELL PHONE: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NO. _____

# Attachment 3

| | |
|---|---|
| STATE OF LOUISIANA | CRIMINAL DISTRICT COURT |
| VERSUS | PARISH OF ORLEANS |
| DAVID CHRISTIAN, Aka DAVID CHRISTENSON | MAG. NO. _____ |

## ORDER

IT IS ORDERED that the defendant stay away from the protected persons listed below until all charges in this matter are concluded by refusal, plea of guilty, trial or dismissal.

Specifically, the defendant is ordered:

- NOT to abuse, harass, stalk, follow or threaten the protected persons listed below,

- NOT to contact the protected persons personally, electronically, by phone, in writing, by email, by text message or through a third party or go within 100 feet of the protected persons,

- NOT to contact the protected persons' families personally, electronically, by phone, in writing, by email, by text message or through a third party,

- NOT to go to the residence or household of the protected persons, the protected persons' schools or the protected persons' place of employment,

Protected Persons:

| | |
|---|---|
| Amanda J Ballay | amanda_ballay@laed.uscourts.gov |
| Andrew Chow | andrew_chow@laed.uscourts.gov |
| Ann Virgadamo | ann_virgadamo@laeb.uscourts.gov |
| Anna Christman | usdoj |
| Archbishop Aymond | Catholic 2, Catholic 1 |
| Bobbi Bernstein | Main DOJ |
| Brad Chauvin | |
| Brad Humphrey | brad_humphrey@laed.uscourts.gov |
| Brian Fair (USMS) | |
| Danielle Moore | danielle_moore@laed.uscourts.gov |
| David Vitter | david_vitter@vitter.senate.gov |
| David W Welker | david.welker@ic.fbi.gov |
| Dewayne J Horner | |
| Diana Surprenant | diana_surprenant@laed.uscourts.gov |
| Erin Arnold | erin_arnold@laeb.uscourts.gov |
| Forrest Christian | |
| Gail Chauvin | gail_chauvin@laed.uscourts.gov |
| Gary Schwabe | gary_schwabe@fd.org |
| Genny May | genny.may@usdoj.gov |

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 36 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 23 of 89
Case: 17-30831      Document: 00514268351      Page: 17      Date Filed: 12/11/2017

# Attachment 3

| Geraldine Williams | geraldine_williams@laed.uscourts.gov |
|---|---|
| Glenda Hassan | glenda_hassan@ca5.uscourts.gov |
| Glenn Williams | williamsg@adr.org |
| Gwen Hunter | gwen_hunter@laed.uscourts.gov |
| Joel Ghosting | jghostling@kreolespeakers.com |
| Jadon Biglow | |
| James Crull | james_crull@laed.uscourts.gov |
| James Letten | james.letten@usdoj.gov |
| Jan Mann | jan.mann@usdoj.gov |
| Jason Biglow | |
| Jennifer Rogers | jennifer_rogers@laed.uscourts.gov |
| John Clark | john.clark@usdoj.gov |
| Jonathan Zweig | jonathan_zweig@laed.uscourts.gov |
| Joseph Downing | |
| Joseph Escandon | joseph_escandon@laed.uscourts.gov |
| Joseph Lavigne | |
| Julia Evans | USALAE |
| Kelly Bryson | |
| Kelly Sweeney | kelly_sweeney@cob.uscourts.gov |
| Mary Landrieu | senator@landrieu.senate.gov |
| Lexy Butler | lexy_butler@laed.uscourts.gov |
| Linda Kimes | linda_kimes@cob.uscourts.gov |
| Maria Soriano | sorianom@adr.org |
| Marilyn Shraberg | mshraberg@archdiocese-no.org |
| Marvin Opotowsky | marvin.opotowsky@usdoj.gov |
| Michael Milby | michael_milby@ca5.uscourts.gov |
| Nancy Swan | nswan342@gmail.com |
| Neil Hurley | OPR |
| Ozeem Ina | inao@bellsouth.net |
| Pam Radosta | pam_radosta@laed.uscourts.gov |
| Pamela Angelotin | pamela_angelotin@laed.uscourts.gov |
| Pat Scherer | pat_scherer@laed.uscourts.gov |
| Pat Vance | pvance@joneswalker.com |
| Paula F McCants | |
| Ramsey Prather | ramsey_prather@laed.uscourts.gov |
| Rick Windhorst | rick_windhorst@laed.uscourts.gov |
| Robby Walsh | |
| Robert Bergeron | bob@crescentsite.com |
| Robert Lantz | robert_lantz@cob.uscourts.gov |
| Robert S Mueller III | robert.mueller@ic.fbi.gov |
| Gen. Russel Honore | russel.honore@gmail.com |
| Ruth Leard | ruth_leard@laed.uscourts.gov |
| Shelia Ashabranoc | shelia_ashabranoc@ca5.uscourts.gov |
| Steve Woodring | steve.woodring@dps.la.gov |
| Steven Hartmann | steven.hartmann@usdoj.gov |
| Steven P Reyes | sreyes@leo.gov |
| Susan Adams | susan_adams@laed.uscourts.gov |
| Thomas Porteous | |
| Traci Mueater | traci_mueater@laed.uscourts.gov |
| Tracie L Washington | tlwasn@cox.net |
| Victorian Wu | victorian_wu@laed.uscourts.gov |

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 27 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 24 of 89

Case: 17-30831     Document: 00514268351     Page: 18     Date Filed: 12/11/2017

# Attachment 3

Virginia Schluster
Walter Martin
William Alford          alford@law.harvard.edu
Scott Johnson

NEW ORLEANS, LOUISIANA, this the ___ day of _____, 20 __.

Commissioner Harry Connell
Criminal District Court, Sec. "M-3"
Parish of Orleans

Page 6 of 6

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 28 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 25 of 89
Case: 17-30831      Document: 00514268351   Page: 19   Date Filed: 12/11/2017

# Attachment 3

Clerk Mark Langer                                     November 30th, 2017
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington D.C. 20001

One day you will have to get into this war and not be standing on the sidelines watching the demise of Mankind.

Godspeed
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

# Attachment 3

Judge Beryl A. Howell                                    November 30th, 2017
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001


One day you will have to get into this war and not be standing on the sidelines watching the demise of
Mankind.


Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 30 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 27 of 89
Case: 17-30831   Document: 00514268351   Page: 21   Date Filed: 12/11/2017

# Attachment 3

Clerk Angela D. Caesar                                              November 30th, 2017
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

One day you will have to get into this war and not be standing on the sidelines watching the demise of Mankind.

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 31 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 28 of 89

Case: 17-30831      Document: 00514268351      Page: 22      Date Filed: 12/11/2017

# Attachment 3

Judge Merrick B. Garland                                    November 30th, 2017
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington D.C. 20001

One day you will have to get into this war and not be standing on the sidelines watching the demise of Mankind.


Godspeed
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 32 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 29 of 89
Case: 17-30831      Document: 00514268351   Page: 23   Date Filed: 12/11/2017

# Attachment 4

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

United States of America

v.

Paul J. Manafort and Richard W.
Gates III
Defendants

Criminal Docket No. 1:17-cr-201
(ABJ/DAR)
Judge Amy Berman Jackson

(Please use the title that will get this docketed into the public record)
Friend of the Court Brief
Amicus Brief
Appeal
Memorandum in Support of Motion to Intervene.

Attachment 1: A letter to Judge Jackson.
Attachment 2: The DOJ/OPR report concerning criminal prosecutor misconduct in the Senator Ted Stevens case. We have Obamacare because of the conviction. The conviction resulted in a two-vote swing in the Senate. Criminal prosecutor misconduct played a major role in our Democracy.
Attachment 3: Special Counsel report to the court about the prosecutor misconduct in the Senator Ted Stevens case.
Attachment 4: My Memorandum 60 filed with the DC Appeal Court concerning the Senator Ted Steven case.
Attachment 5: The DOJ/OPR report concerning the criminal prosecutor misconduct in the Eastern District of Louisiana District Court. Fred Heebe was never indicted because of this report. Americans were truly harmed. Heebe's partner, Dominick Fazzio, had an indictment, a second indictment and a third indictment and all were dismissed with prejudice. The biggest civil rights cases were overturned on appeal. Mueller was a part of all of this.
Attachment 5: Judge Engelhardt's Order and Reason why a new trial was order in the Danziger case. This is about criminal prosecutor misconduct.
Attachment 6: My Motion to intervene in this case was docketed by the 5th Circuit.
Attachment 7: My Motion to intervene in this case was docketed by the Eastern District of Louisiana District Court.

## Precedent Cases (A small sample)

Press Enterprise v. Superior Court: Access to Criminal Proceedings, First Amendment and Common Law guarantee the public's right of access to criminal judicial proceedings.
Nixon v. Warner Communications: The courts recognize the public's right to inspect and copy judicial records.
Washington Post v. Robinson: The public has an unquestionable right to information regarding alleged prosecutor misconduct. The term is "alleged". There is no doubt the Federal prosecutors have committed criminal acts.
Leucadia v. Applied Extrusions Technologies: Access
Belo Broadcasting v. Clark: Access
Globe Newspaper v. Superior: The right of the public to monitor the government by having access.

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 33 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 30 of 89
Case: 17-30831      Document: 00514268351      Page: 24      Date Filed: 12/11/2017

# Attachment 4

Richmond Newspaper v. Virginia: Without publicity, all other checks are insufficient.

Valley Broadcasting v. United States District Court: Federal Whistleblowers, Military Officers, Journalists, etc. play an indispensable role in gathering and disseminating information to the public.

Landmark Communications v. Virginia: To guard against the miscarriage of justice. To stop prosecutor misconduct before, during and after.

Cox Broadcasting v. Cohn: My pleadings will guarantee a fair trial.

Pansy v. Stroudsburg: Third parties have a right to intervene.

In re Associated Press 162 F.3d 503, 507 7th Circuit 1998, Grove Fresh Distributors v. EverFresh Juice, Beef Industry Antitrust Litigation 589 F.2d 786, 789 5th Circuit, United States v. Andreas, United States v. Corbitt, United States v. Chaagra, United States v. Lohman, Marcus v. St. Tammany Parish School Board, United States v. Cleveland, United States v. Davis, United States v. Carolilo and Ford Motor Bronco II MDL

Godspeed.

Sincerely filed,
In Proper Person and Pro Se,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on November 22nd, 2017 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 34 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 31 of 89
Case: 17-30831      Document: 00514268351      Page: 25      Date Filed: 12/11/2017

# Attachment 4

Judge Amy Berman Jackson                                    November 22nd, 2017
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

By censoring me you are denying all Americans their Constitutional Rights. Our greatest Constitutional Right is to be heard and to file a grievance against the government.

Amendment I
Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, **and to petition the government for a redress of grievances**.

I am a Federal Whistleblower, published author and journalist, military officer and an American. I took an oath to protect the Constitution. The Federal Government removed me from the internet. I had a website, Facebook account, Twitter account, YouTube channel with over 750 videos, etc. and all have been removed. My two books that were placed into the Library of Congress with Library of Congress Control Numbers (LCCN) have been removed and so has all references to the two books.

All I asked was for the court to put my Motion to Intervene into the public court record. I am directly connected to Special Counsel Robert Mueller and more importantly I am a victim of his criminal activities and his criminal activities against me personally. I provided the court with documented, factual records that could be confirmed. You and your family are victims of Mueller's criminal activities but you don't know that because I have been censored. You have harmed the people you love.

You played a part in censoring me. There is precedent in criminal cases for me to intervene. You went one step further and denied me the right to appeal. You have caused catastrophic harm to your fellow Americans, your family and yourself. Why was it so important to silence me? Why did you participate? I beg you on behalf of my fellow Americans to publicly docket the attached pleading. Americans deserve to know the truth.

If you won't docket the pleading than please allow me the Constitutional Right to Appeal.

Godspeed
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 35 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 32 of 89
Case: 17-30831      Document: 00514268351      Page: 26    Date Filed: 12/11/2017

## Attachment 4

---

## DEPARTMENT OF JUSTICE



## OFFICE OF
## PROFESSIONAL RESPONSIBILITY

## REPORT

Investigation of allegations of prosecutorial misconduct in
*United States v. Theodore F. Stevens, Crim. No. 08-231*
*(D.D.C. 2009) (EGS)*

August 15, 2011

NOTE: THIS REPORT CONTAINS SENSITIVE AND CONFIDENTIAL
INFORMATION. DO NOT DISTRIBUTE THE REPORT OR ITS
CONTENTS WITHOUT THE PRIOR APPROVAL OF THE OFFICE OF
PROFESSIONAL RESPONSIBILITY.

---

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 36 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 33 of 89
Case: 17-30831      Document: 00514268351      Page: 27      Date Filed: 12/11/2017

# Attachment 4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE SPECIAL PROCEEDINGS | )<br>)<br>)    Misc. No. 09-0198 (EGS)<br>)<br>) |

### NOTICE OF FILING OF REPORT TO HON. EMMET G. SULLIVAN

Pursuant to the Court's Order, dated February 8, 2012, the undersigned hereby files the Report to Hon. Emmet G. Sullivan of Investigation Conducted Pursuant to the Court's Order, dated April 7, 2009, and an Addendum containing comments and objections to the Report which were provided to the undersigned by the subjects of the investigation, Joseph W. Bottini, James A. Goeke, Nicholas A. Marsh, Brenda K. Morris, Edward P. Sullivan and William W. Welch III, on March 8, 2012.

Respectfully submitted,

Henry F. Schuelke III (D.C. Bar no. 91579)
Special Counsel

William Shields (D.C. Bar no. 451036)
Janis, Schuelke & Wechsler

Washington, D.C.
Dated: March 15, 2012

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 37 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 34 of 89
Case: 17-30831      Document: 00514268351      Page: 28      Date Filed: 12/11/2017

# Attachment 4

## DEPARTMENT OF JUSTICE



## OFFICE OF
## PROFESSIONAL RESPONSIBILITY

## REPORT

**Investigation of Allegations of Professional Misconduct Against Former Assistant United States Attorneys Salvador Perricone and Jan Mann, United States Attorney's Office for the Eastern District of Louisiana**

### DECEMBER 20, 2013

NOTE: THIS REPORT CONTAINS INFORMATION FILED UNDER SEAL IN *UNITED STATES V. BOWEN, ET AL.*, CR. NO. 10-204 (E.D. LA.), AS WELL AS SENSITIVE AND CONFIDENTIAL INFORMATION. DO NOT DISTRIBUTE THE REPORT OR ITS CONTENTS WITHOUT THE PRIOR APPROVAL OF THE OFFICE OF PROFESSIONAL RESPONSIBILITY.

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 38 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 35 of 89

Case: 17-30831      Document: 00514268351      Page: 29   Date Filed: 12/11/2017

**Attachment 4**

USCA Case #14-5212

FEB -6 2015

United States Court of Appeals
District of Columbia Circuit

Document #1536553      Filed: 02/06/2015      Page 1 of 9

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED   FEB -6 2015

CLERK

David Andrew Christenson
RAND PAUL & FREEDOMWORKS, INC., ET AL.,

Plaintiff – Appellant

v.

UNITED STATES OF AMERICA
PRESIDENT BARACK OBAMA, ET AL.,

DEFENDATS – Appellee

Case 14-5212

Memorandum 60

ObamaCare is the direct result of Federal Criminal Prosecutor Misconduct in the Senator Ted Stevens (criminally false) vacated conviction. Senator Ted Stevens lost the election and the result was a two vote swing in the US Senate in favor of ObamaCare. Criminal Conduct by the Department of Justice dictated America's National Policy. No criminal charges were filed against anyone in the Executive Branch. The two US Attorneys received less than a slap on the wrist. One received a 40 day suspension and the other a 15 day suspension (See attachment 1, page 5). The criminal conduct by the Department of Justice caused a major Constitutional Conflict and yet no one cared and no one was held accountable.

What is most amazing to me is that the Department of Justice wants you to believe that the Attorney General had no knowledge of how the prosecution of a sitting US Senator was going.

The Office of Professional Responsibility is a criminal organization that is task with protecting the Department of Justice by covering up criminal conduct.

How can an average citizen receive justice? Memorandum 61 is about my effort to receive justice form the Office of Professional Responsibility.

The Federal Judiciary did not demand Justice. Why?

Statement of Fact: The Federal Judiciary continually allows Federal Criminal Prosecutor Misconduct. The direct result is the criminal violation of the Constitutional/Constitution Rights of all Americans.

Congress did not take any action as well and this causes me great concern. Why did Congress not protect the American People? If Federal Criminal Prosecutor Misconduct happened to one of their own then it happens to all Americans. I am living proof of that and fellow Federal Whistleblower Coast Guard Commander William Goetzee is dead.

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 39 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 36 of 89
Case: 17-30831      Document: 00514268351      Page: 30     Date Filed: 12/11/2017

**Attachment 4**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS

KENNETH BOWEN                               NO. 10-204
ROBERT GISEVIUS
ROBERT FAULCON
ANTHONY VILLAVASO
ARTHUR KAUFMAN
GERARD DUGUE                                SECTION "N" (1)

## ORDER AND REASONS

Before the Court is the Motion for New Trial (Rec. Doc. 963) originally urged by defendant

Arthur Kaufman, and joined in by the other defendants in this matter who were tried and convicted

in 2011 (hereinafter referred to as "Defendants" or "the defendants").[1] The government opposes this

motion. (Rec. Doc. 1007.) The Court heard oral argument on the defendants' motion on June 13,

2012 (Rec. Doc. 1020). A detailed recounting of subsequent events is set forth in this Court's Order

and Reasons dated November 26, 2012 (Rec. Doc. 1070). As an expected result of that Order, the

---

[1]      Kenneth Bowen, Robert Gisevius, Robert Faulcon and Anthony Villavaso, all former officers
with the New Orleans Police Department ("NOPD"), along with Kaufman. (Defendant Gerard Dugue filed
a similarly-based Motion to Dismiss (Rec. Doc. 1079), arguing many of the same grounds for the dismissal
of the pending charges against him. The Court does not rule on Dugue's motion herein.)

1

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 40 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 37 of 89
Case: 17-30831      Document: 00514268351      Page: 31    Date Filed: 12/11/2017
Case: 16-30918      Document: 00514243513      Page: 5    Date Filed: 11/17/2017

# Attachment 4

United States of America

v.

Paul J. Manafort and Richard W.
Gates III
Defendants

Criminal Docket No. 1:17-cr-201
(ABJ/DAR)

Judge Amy Berman Jackson

Motion to Intervene
November 1st, 2017

It is imperative that the court entertain this Motion to Intervene. Special Counsel Robert S. Mueller III is a criminal that uses whatever means possible, illegal and legal, to win a case. Mueller has no credibility and it is very important that the court know that. Everything that I am presenting or stating is documented, factual and it can easily be confirmed. 99% of what I am presenting can be confirmed though court records. Mueller uses every means possible to intimidate witnesses and that includes incarcerating them. Mueller had an FBI Agent put a loaded gun, with the safety off and hammer cocked, to my head. The agent informed me that he could kill me and that nothing would happen to him. He told me to stop with my investigations or he would kill me.

In 2010 FBI Director Robert S. Mueller III had me classified as a terrorist. This criminal action was done so that he could invoke the Patriot Act for surveillance purposes. On March 15th, 2011 he had me arrested for cyber stalking an FBI Agent. I WAS NEVER CHARGED WITH A CRIME. MUELLER HAD TO SILENCE ME. ALL OF THE CRIMINAL CASES THAT I FILED MOTIONS TO JOIN IN, WERE OVERTURNED ON APPEAL. Mueller was directly responsible for the murder of Federal Whistleblower Coast Guard Commander William Goetzee. Mueller had him arrested in the same fashion that he used against me. During his court appearance he was strapped to a wheelchair and tased every time he tried to talk. Mueller publicly stated that Goetzee died by stuffing toilet paper down his throat. Four months before I was held in the same cell and there was no toilet or toilet paper. (EDLA Case 2:12-cv-01910-SSV-JCW)

I am a Federal Whistleblower who is extremely credible. I am an Air Force Academy grad with a Master's degree from the University of Arkansas that served his country with distinction as an Air Force Officer. My classmate from the Air Force Academy is the Secretary of the Air Force. The Vice Chairman of the Joint Chiefs of Staff was my classmate as well. The Chief of Staff of the Air Force was a year behind me. The Admiral in charge of the Navy SEALS is an Air Force Academy grad who was a year behind me. My cousin is Vice Admiral John Christenson and he is currently the Military Attaché to NATO. My roommate from the Air Force Academy is married to the Director of Finance and Accounting Services for the Department of Defense. I was in Black Ops and flew an assortment of Airplanes. I flew classified missions as well as support missions for the President, the White House, Secret Service, etc.

Attachment 1: This is the first press release after my arrest. All of my communications were done thought court filings and though official government email addresses.

5

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 41 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 38 of 89

Case: 17-30831      Document: 00514268351      Page: 32      Date Filed: 12/11/2017

# Attachment 4

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

United States of America

v.

Paul J. Manafort and Richard W.
Gates III
Defendants

Criminal Docket No. 1:17-cr-201
(ABJ/DAR)

Judge Amy Berman Jackson

Motion to Intervene
November 1st, 2017

It is imperative that the court entertain this Motion to Intervene. Special Counsel Robert S. Mueller III is a criminal that uses whatever means possible, illegal and legal, to win a case. Mueller has no credibility and it is very important that the court know that. Everything that I am presenting or stating is documented, factual and it can easily be confirmed. 99% of what I am presenting can be confirmed though court records. Mueller uses every means possible to intimidate witnesses and that includes incarcerating them. Mueller had an FBI Agent put a loaded gun, with the safety off and hammer cocked, to my head. The agent informed me that he could kill me and that nothing would happen to him. He told me to stop with my investigations or he would kill me.

In 2010 FBI Director Robert S. Mueller III had me classified as a terrorist. This criminal action was done so that he could invoke the Patriot Act for surveillance purposes. On March 15th, 2011 he had me arrested for cyber stalking an FBI Agent. I WAS NEVER CHARGED WITH A CRIME. MUELLER HAD TO SILENCE ME. ALL OF THE CRIMINAL CASES THAT I FILED MOTIONS TO JOIN IN. WERE OVERTURNED ON APPEAL. Mueller was directly responsible for the murder of Federal Whistleblower Coast Guard Commander William Goetzee. Mueller had him arrested in the same fashion that he used against me. During his court appearance he was strapped to a wheelchair and taped every time he tried to talk. Mueller publicly stated that Goetzee died by stuffing toilet paper down his throat. Four months before I was held in the same cell and there was no toilet or toilet paper. (EDLA Case 2:12-cv-01910-SSV-JCW)

I am a Federal Whistleblower who is extremely credible. I am an Air Force Academy grad with a Master's degree from the University of Arkansas that served his country with distinction as an Air Force Officer. My classmate from the Air Force Academy is the Secretary of the Air Force. The Vice Chairman of the Joint Chiefs of Staff was my classmate as well. The Chief of Staff of the Air Force was a year behind me. The Admiral in charge of the Navy SEALS is an Air Force Academy grad who was a year behind me. My cousin is Vice Admiral John Christenson and he is currently the Military Attaché to NATO. My roommate from the Air Force Academy is married to the Director of Finance and Accounting Services for the Department of Defense. I was in Black Ops and flew an assortment of Airplanes. I flew classified missions as well as support missions for the President, the White House, Secret Service, etc.

Attachment 1: This is the first press release after my arrest. All of my communications were done thought court filings and though official government email addresses.
Attachment 2: I was arrested on a Louisiana Warrant and not a Federal Warrant. They originally asked for a $500,000.00 bond. Look at items 3 and 9. Neither is a recommendation or condition of bond. In order to be released I had to leave the state and receive treatment for an unknown illness.

TENDERED FOR FILING

NOV 8 6 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 42 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 39 of 89
Case: 17-30831      Document: 00514268351      Page: 33      Date Filed: 12/11/2017

# Attachment 5

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

David Andrew Christenson, Movant

United States of America

v.

Paul J. Manafort and Richard W.
Gates III
Defendants

USCOADCC: 17-XXXXX
(Please assign)
DCDC Criminal Docket No. 1:17-cr-201
(ABJ/DAR)
Judge Amy Berman Jackson

Notice of Appeal
November 7th, 2017

Please reference the attached letter to District of Columbia District Court Judges concerning the criminal violation of my, and all Americans, Constitutional Rights to be Heard.

Special Counsel Robert Mueller criminally violated my Constitutional Rights and thus criminally violated all American's Constitutional Rights.

Mueller is a pathological criminal who is hell bent on destroying America. His cover up of what took place in New Orleans signals the end of our country. He is the trigger man that murdered Mankind.

Sincerely filed,
In Proper Person and Pro Se,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com

CERTIFICATE OF SERVICE
I hereby certify that on November 7th, 2017 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 43 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 40 of 89
Case: 17-30831   Document: 00514268351   Page: 34   Date Filed: 12/11/2017

# Attachment 5

**Chief Judge Beryl A. Howell**
**District Judge Emmet G. Sullivan**
**District Judge Colleen Kollar-Kotelly**
**District Judge James E. Boasberg**
**District Judge Amy Berman Jackson**
**District Judge Rudolph Contreras**
**District Judge Ketanji Brown Jackson**
**District Judge Christopher R. Cooper**
**District Judge Tanya S. Chutkan**
**District Judge Randolph D. Moss**
**District Judge Amit P. Mehta**

I will file Motions to Intervene in every case that Special Counsel Robert Mueller files. All I am asking is that the Motion to Intervene be docketed and reviewed. The Constitution, the First Amendment and specifically the last sentence of the First Amendment gives me that **RIGHT**. Failure to docket my Motion to Intervene is censorship that harms all Americans. I will also appeal if I am not heard. The American People deserve to know the truth.

Time and statistics are on my side. The truth will come out.

Trump will not allow Mueller to win. I feel as if Mueller was intentionally chosen because of his criminal activities in New Orleans. A sick way of saying it is that Trump holds all the Trump cards.

We are talking the Genocide of Mankind. This is not a prediction or prophecy but a mathematical certainty.

https://academyadmissions.academia.edu/DavidAndrewChristenson
https://www.academia.edu/

Godspeed.
Sincerely,
**David Andrew Christenson**
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com

## COPY FOR THE JUDGE TO REFERENCE
### UNITED STATES DISTRICT COURT
### THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America | Criminal Docket No. 1:17-cr-201 (ABJ/DAR) |
| v. | Judge Amy Berman Jackson |
| Paul J. Manafort and Richard W. Gates III | |

Case 1:18-cv-03501-JGK Document 25 Filed 04/24/18 Page 44 of 113
Case 1:18-cv-00011-ABJ Document 15 Filed 01/26/18 Page 41 of 89
Case: 17-30831 Document: 00514268351 Page: 35 Date Filed: 12/11/2017

# Attachment 5

Defendants

<div align="center">

Motion to Intervene
November 1st, 2017

</div>

It is imperative that the court entertain this Motion to Intervene. **Special Counsel Robert S. Mueller III is a criminal that uses whatever means possible, illegal and legal, to win a case.** Mueller has no credibility and it is very important that the court know that. Everything that I am presenting or stating is documented, factual and it can easily be confirmed. 99% of what I am presenting can be confirmed though court records. Mueller uses every means possible to intimidate witnesses and that includes incarcerating them. Mueller had an FBI Agent put a loaded gun, with the safety off and hammer cocked, to my head. The agent informed me that he could kill me and that nothing would happen to him. He told me to stop with my investigations or he would kill me.

In 2010 FBI Director Robert S. Mueller III had me classified as a terrorist. This criminal action was done so that he could invoke the Patriot Act for surveillance purposes. On March 15th, 2011 he had me arrested for cyber stalking an FBI Agent. **I WAS NEVER CHARGED WITH A CRIME. MUELLER HAD TO SILENCE ME. ALL OF THE CRIMINAL CASES THAT I FILED MOTIONS TO JOIN IN, WERE OVERTURNED ON APPEAL.** Mueller was directly responsible for the murder of Federal Whistleblower Coast Guard Commander William Goetzee. Mueller had him arrested in the same fashion that he used against me. During his court appearance he was strapped to a wheelchair and tased every time he tried to talk. Mueller publicly stated that Goetzee died by stuffing toilet paper down his throat. Four months before I was held in the same cell and there was no toilet or toilet paper. (EDLA Case 2:12-cv-01910-SSV-JCW)

I am a Federal Whistleblower who is extremely credible. I am an Air Force Academy grad with a Master's degree from the University of Arkansas that served his country with distinction as an Air Force Officer. My classmate from the Air Force Academy is the Secretary of the Air Force. The Vice Chairman of the Joint Chiefs of Staff was my classmate as well. The Chief of Staff of the Air Force was a year behind me. The Admiral in charge of the Navy SEALS is an Air Force Academy grad who was a year behind me. My cousin is Vice Admiral John Christenson and he is currently the Military Attaché to NATO. My roommate from the Air Force Academy is married to the Director of Finance and Accounting Services for the Department of Defense. I was in Black Ops and flew an assortment of Airplanes. I flew classified missions as well as support missions for the President, the White House, Secret Service, etc.

Attachment 1: This is the first press release after my arrest. All of my communications were done thought court filings and though official government email addresses.
Attachment 2: I was arrested on a Louisiana Warrant and not a Federal Warrant. They originally asked for a $500,000.00 bond. Look at items 3 and 9. Neither is a recommendation or condition of bond. In order to be released I had to leave the state and receive treatment for an unknown illness.
Attachment 3: Look very carefully at the names on the Non-Domestic Stay Away Order. I did not know 66 of the 74. One third were court clerks. Only two out of the 74 knew that they were included in the order, none of the others did and that included two US Senators. Mueller is on the list.
Attachment 4: I was represented, against my will, by a US Attorney who gave away all of my rights.
Attachment 5: A pleading that was docketed this week with the 5th Circuit. There is critical evidence in this pleading as to Mueller's criminal conduct.

# Attachment 5

The United States Supreme Court and The Katrina Virus
A Prelude/Reference Book/Appendix
Book 7
By David Andrew Christenson

ISBN 978-0-9846893-8-5 Hardback SCKV
ISBN 978-0-9846893-9-2 EBook SCKV
LCCN 2012933074
Copyright 1-724163643
Persimmon Publishing
Box 6374
Miramar Beach, Florida 32550
www.persimmonpublishingus.com
www.thereluctantpatriot.com

An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 46 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 43 of 89
Case: 17-30831      Document: 00514268351      Page: 37      Date Filed: 12/11/2017

# Attachment 5

Supreme Court Docket

https://www.supremecourt.gov/docket/docket.aspx?Search=&type=Docket

Docket for 16A896

Title: In Re David Andrew Christenson, Applicant v.

In Re *David Andrew Christenson*, Applicant Application (16A896) for an extension of time within which to comply with the order of November 28, 2016, submitted to Justice Thomas.

Docket for 16A612

Title: In Re David Andrew Christenson, Applicant v.

In Re *David Andrew Christenson*, Applicant Application (16A612) for an extension of time within which to comply with the order of December 5, 2016, submitted to The Chief Justice.

Docket for 16-6345

Title: In Re David Andrew Christenson, Petitioner v.

In Re *David Andrew Christenson*, Petitioner Petition for a writ of mandamus and/or prohibition and motion for leave to proceed in forma pauperis filed. (Response due November 7, 2016)

Docket for 16-6278

Title: In Re David Andrew Christenson, Petitioner v.

In Re *David Andrew Christenson*, Petitioner Petition for a writ of mandamus and/or prohibition and motion for leave to proceed in forma pauperis filed. (Response due November 3, 2016)

Docket for 16-5869

Title: David Andrew Christenson, Petitioner v. United States

*David Andrew Christenson*, Petitioner United States Court of Appeals for the Fifth Circuit Petition for a writ of certiorari and motion for leave to proceed in forma Party name: *David Andrew Christenson*

Docket for 14-10077

Title: In Re David Andrew Christenson, Petitioner v.

In Re *David Andrew Christenson*, Petitioner Petition for a writ of mandamus and/or prohibition and motion for leave to proceed in forma pauperis filed. (Response due July 6, 2015)

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 47 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 44 of 89
Case: 17-30831     Document: 00514268351     Page: 38     Date Filed: 12/11/2017

# Attachment 5



**PACER Case Locator**
Case Locator

PACER Case Locator – View

Browse Aloud

All Court Types Party Search
Sun Oct 18 15:15:21 2018
71 records found

User: chddavis1902
Client:
Search: All Court Types Party Search Name Christenson, David Andrew All Courts Page: 1

## Bankruptcy Results

| Party Name ▼ | Court | Case | Ch | Date Filed | Date Closed | Disposition |
|---|---|---|---|---|---|---|
| 1 Christenson, David Andrew (db) | laebke | 2:04-bk-18809 | 7 | 11/23/2004 | 01/29/2007 | Discharge Not Applicable 04/04/2005 |

## Civil Results

| Party Name ▼ | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 2 CHRISTENSON, DAVID ANDREW (mov) | dcdce | 1:2013-cv-00851 | 440 | 06/11/2013 | |
| 3 CHRISTENSON, DAVID ANDREW (mov) | dcdce | 1:2013-cv-00851 | 440 | 06/06/2013 | |
| 4 CHRISTENSON, DAVID ANDREW (mov) | dcdce | 1:2014-cv-00282 | 440 | 02/18/2014 | |
| 5 CHRISTENSON, DAVID ANDREW (mov) | dcdce | 1:2014-cv-01844 | 895 | 11/19/2014 | 09/07/2015 |
| 6 CHRISTENSON, DAVID ANDREW (mov) | dcdce | 1:2014-cv-00282 | 440 | 01/23/2014 | |
| 7 CHRISTENSON, DAVID ANDREW (dft) | dcdce | 1:1986-cv-00805 | 140 | 03/25/1986 | 03/04/1987 |

## Criminal Results

| Party Name ▼ | Court | Case | Date Filed | Date Closed |
|---|---|---|---|---|
| 8 Christenson, David Andrew (mov) | laedce | 2:2010-cr-00204 | 07/12/2010 | 10/12/2016 |
| 9 Christenson, David Andrew (mov) | laedce | 2:2012-cr-00001 | 01/05/2012 | 10/12/2016 |
| 10 Christenson, David Andrew (mov) | laedce | 2:2010-cr-00204 | 07/12/2010 | 04/20/2016 |
| 11 Christenson, David Andrew (mov) | laedce | 2:2012-cr-00001 | 01/05/2012 | 10/12/2016 |
| 12 Christenson, David Andrew (mov) | laedce | 2:2010-cr-00204 | 07/12/2010 | 04/20/2016 |
| 13 Christenson, David Andrew (mov) | laedce | 2:2012-cr-00001 | 01/05/2012 | 10/12/2016 |
| 14 Christenson, David Andrew (mov) | laedce | 2:2012-cr-00001 | 01/08/2012 | |
| 15 Christenson, David Andrew (mov) | laedce | 2:2010-cr-00154 | 06/11/2010 | 12/09/2010 |
| 16 Christenson, David Andrew (mov) | laedce | 2:2012-cr-00001 | 01/05/2012 | 10/12/2016 |
| 17 Christenson, David Andrew (mov) | laedce | 2:2010-cr-00204 | 07/12/2010 | 04/20/2016 |
| 18 Christenson, David Andrew (mov) | laedce | 2:2012-cr-00001 | 01/05/2012 | 10/12/2016 |
| 19 Christenson, David Andrew (mov) | laedce | 2:2012-cr-00001 | 01/05/2012 | |
| 20 Christenson, David Andrew (mov) | laedce | 2:2010-cr-00154 | 06/11/2010 | 03/31/2011 |
| 21 Christenson, David Andrew (mov) | laedce | 2:2012-cr-00001 | 01/05/2012 | 10/12/2016 |
| 22 Christenson, David Andrew (mov) | laedce | 2:2009-cr-00374 | 11/06/2009 | 11/21/2011 |
| 23 Christenson, David Andrew (mov) | laedce | 2:2012-cr-00001 | 01/05/2012 | |
| 24 Christenson, David Andrew (mov) | laedce | 2:2010-cr-00154 | 06/11/2010 | 02/06/2014 |
| 25 Christenson, David Andrew (mov) | laedce | 2:2012-cr-00001 | 01/05/2012 | 10/12/2016 |
| 26 Christenson, David Andrew (mov) | laedce | 2:2010-cr-00154 | 06/11/2010 | 12/09/2010 |
| 27 Christenson, David Andrew (mov) | laedce | 2:2013-cr-00062 | 04/08/2013 | |
| 28 Christenson, David Andrew (mov) | laedce | 2:2008-cr-00140 | 06/04/2008 | 05/23/2012 |
| 29 Christenson, David Andrew (mov) | laedce | 2:2011-cr-00296 | 12/02/2011 | 02/25/2013 |
| 30 Christenson, David Andrew (mov) | laedce | 2:2013-cr-00211 | 01/18/2013 | 07/09/2014 |
| 31 Christenson, David Andrew (mov) | laedce | 2:2010-cr-00154 | 06/11/2010 | 12/11/2013 |
| 32 Christenson, David Andrew (mov) | laedce | 2:2012-cr-00001 | 01/05/2012 | |
| 33 Christenson, David Andrew (mov) | laedce | 2:2010-cr-00204 | 07/12/2010 | 04/20/2016 |
| 34 Christenson, David Andrew (mov) | laedce | 2:2012-cr-00001 | 01/05/2012 | 10/12/2016 |
| 35 Christenson, David Andrew (mov) | laedce | 2:2008-cr-00140 | 06/04/2008 | 05/18/2012 |
| 36 Christenson, David Andrew (mov) | laedce | 2:2011-cr-00296 | 12/02/2011 | 02/25/2013 |
| 37 Christenson, David Andrew (mov) | laedce | 2:2013-cr-00062 | 07/29/2013 | 11/07/2013 |
| 38 Christenson, David Andrew (mov) | laedce | 2:2008-cr-00140 | 06/04/2008 | 09/12/2011 |
| 39 Christenson, David Andrew (mov) | laedce | 2:2011-cr-00157 | 08/24/2011 | 03/12/2013 |
| 40 Christenson, David Andrew (mov) | laedce | 2:2012-cr-00001 | 01/05/2012 | 10/12/2016 |
| 41 Christenson, David Andrew (mov) | laedce | 2:2008-cr-00140 | 06/04/2008 | 11/02/2011 |
| 42 Christenson, David Andrew (mov) | laedce | 2:2011-cr-00296 | 12/02/2011 | 02/25/2013 |
| 43 Christenson, David Andrew (mov) | laedce | 2:2013-cr-00249 | 11/07/2013 | 02/06/2015 |
| 44 Christenson, David Andrew (mov) | laedce | 2:2009-cr-00374 | 11/06/2009 | 09/01/2011 |
| 45 Christenson, David Andrew (mov) | laedce | 2:2011-cr-00157 | 08/24/2011 | 03/12/2013 |
| 46 Christenson, David Andrew (mov) | laedce | 2:2009-cr-00374 | 11/06/2009 | 09/04/2014 |
| 47 Christenson, David Andrew (mov) | laedce | 2:2012-cr-00001 | 01/05/2012 | 07/18/2014 |

## Appellate Results

| Party Name ▼ | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 48 Christenson, David Andrew (pty) | 05cae | 13-31192 | 1 | 11/15/2013 | 12/11/2013 |
| 49 Christenson, David Andrew (pty) | 05cae | 13-31200 | 1 | 11/19/2013 | 02/13/2014 |
| 50 Christenson, David Andrew (pty) | 05cae | 13-31203 | 1 | 11/19/2013 | 04/15/2014 |
| 51 Christenson, David Andrew (pty) | 05cae | 13-31208 | 1 | 11/20/2013 | 04/16/2014 |
| 52 Christenson, David Andrew (pty) | 05cae | 13-31213 | 1 | 11/21/2013 | 04/15/2014 |
| 53 Christenson, David Andrew (pty) | 05cae | 13-31290 | 1 | 12/20/2013 | 04/15/2014 |
| 54 Christenson, David Andrew (pty) | 05cae | 13-31297 | 1 | 12/23/2013 | 04/15/2014 |

Receipt 10/18/2018 15:15:21 2368326663

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 48 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 45 of 89
Case: 17-30831   Document: 00514268351   Page: 39   Date Filed: 12/11/2017

# Attachment 5

## UNITED STATES DISTRICT COURT
## THE DISTRICT OF COLUMBIA

United States of America

v.

Paul J. Manafort and Richard W.
Gates III
Defendants

Criminal Docket No. 1:17-cr-201
(ABJ/DAR)
Judge Amy Berman Jackson

### Notice of Appeal
### November 7th, 2017

Please reference the attached letter to District of Columbia District Court Judges concerning the criminal violation of my, and all Americans, Constitutional Rights to be Heard.

Special Counsel Robert Mueller criminally violated my Constitutional Rights and thus criminally violated all American's Constitutional Rights.

Mueller is a pathological criminal who is hell bent on destroying America. His cover up of what took place in New Orleans signals the end of our country. He is the trigger man that murdered Mankind.

Sincerely filed
In Proper Person and Pro Se

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com

### CERTIFICATE OF SERVICE
I hereby certify that on November 7th, 2017 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 49 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 46 of 89
Case: 17-30831      Document: 00514268351      Page: 40   Date Filed: 12/11/2017

# Attachment 6

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

United States of America

v.

Paul J. Manafort and Richard W.
Gates III
Defendants

Criminal Docket No. 1:17-cr-201
(ABJ/DAR)
Judge Amy Berman Jackson

### Motion for Reconsideration

Please reference the attachments. Multiple courts have and will receive and docket the Motion to Intervene that I filed in this case. You can see the date time stamps.

The Constitution is very clear on my right to file a grievance. Your opinion about there being nothing in the criminal code that allows a third party to intervene is absolutely wrong and besides the Constitution is the law. Media organizations do it all the time. There are friends of court briefs and amicus briefs. During sentencing third parties file letters and recommendation. The First Amendment is the foundation for a fair and impartial judiciary. All I wanted was to be publicly heard so that the American People knew the truth about Robert Mueller. You censored me and thus all Americans. All you had to do was docket the pleading. I am directly connected to the Special Counsel and his criminal activities. I am also a contributing factor for all of the criminal cases that were connected to me in New Orleans of being overturned on appeal. What a waste of judicial resources, time and money. All you had to do was make the pleading public so that America could know the truth. You did not need to deny my motion because once it was publicly documented then I was through. I am asking you to reconsider because the pleading has and will be publicly docketed in other courts. Did you ever read the Horn report? You should.

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

### CERTIFICATE OF SERVICE
I hereby certify that on November 16th, 2017 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 50 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 47 of 85
Case: 17-30831     Document: 00514268351     Page: 41     Date Filed: 12/11/2017

# Attachment 6

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

United States of America                    Criminal Docket No. 1:17-cr-201
                                            (ABJ/DAR)
            v.                              Judge Amy Berman Jackson

Paul J. Manafort and Richard W.
Gates III
Defendants

Motion to Intervene
November 1st, 2017

It is imperative that the court entertain this Motion to Intervene. **Special Counsel Robert S. Mueller III is a criminal that uses whatever means possible, illegal and legal, to win a case.** Mueller has no credibility and it is very important that the court know that. Everything that I am presenting or stating is documented, factual and it can easily be confirmed. 99% of what I am presenting can be confirmed though court records. Mueller uses every means possible to intimidate witnesses and that includes incarcerating them. Mueller had an FBI Agent put a loaded gun, with the safety off and hammer cocked, to my head. The agent informed me that he could kill me and that nothing would happen to him. He told me to stop with my investigations or he would kill me.

In 2010 FBI Director Robert S. Mueller III had me classified as a terrorist. This criminal action was done so that he could invoke the Patriot Act for surveillance purposes. On March 15th, 2011 he had me arrested for cyber stalking an FBI Agent. **I WAS NEVER CHARGED WITH A CRIME. MUELLER HAD TO SILENCE ME. ALL OF THE CRIMINAL CASES THAT I FILED MOTIONS TO JOIN IN, WERE OVERTURNED ON APPEAL.** Mueller was directly responsible for the murder of Federal Whistleblower Coast Guard Commander William Goetzee. Mueller had him arrested in the same fashion that he used against me. During his court appearance he was strapped to a wheelchair and taxed every time he tried to talk. Mueller publicly stated that Goetzee died by stuffing toilet paper down his throat. Four months before I was held in the same cell and there was no toilet or toilet paper. (EDLA Case 2:12-cv-01910-SSV-JCW)

I am a Federal Whistleblower who is extremely credible. I am an Air Force Academy grad with a Master's degree from the University of Arkansas that served his country with distinction as an Air Force Officer. My classmate from the Air Force Academy is the Secretary of the Air Force. The Vice Chairman of the Joint Chiefs of Staff was my classmate as well. The Chief of Staff of the Air Force was a year behind me. The Admiral in charge of the Navy SEALS is an Air Force Academy grad who was a year behind me. My cousin is Vice Admiral John Christenson and he is currently the Military Attaché to NATO. My roommate from the Air Force Academy is married to the Director of Finance and Accounting Services for the Department of Defense. I was in Black Ops and flew an assortment of Airplanes. I flew classified missions as well as support missions for the President, the White House, Secret Service, etc.

Attachment 1: This is the first press release after my arrest. All of my communications were done thought court filings and though official government email addresses.
Attachment 2: I was arrested on a Louisiana Warrant and not a Federal Warrant. They originally asked for a $500,000.00 bond. Look at items 3 and 9. Neither is a recommendation or condition of bond. In order to be released I had to leave the state and receive treatment for an unknown illness.

TENDERED FOR FILING

NOV 06 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 51 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 48 of 89
Case: 17-30831     Document: 00514268351     Page: 42     Date Filed: 12/11/2017

Case 2:17-cv-10721-JTM-JVM   Document 24-1   Filed 11/06/17   Page 2 of 30

# Attachment 6

Attachment 3: Look very carefully at the names on the Non-Domestic Stay Away Order. I did not know 66 of the 74. One third were court clerks. Only two out of the 74 knew that they were included in the order, none of the others did and that included two US Senators. Mueller is on the list.

Attachment 4: I was represented, against my will, by a US Attorney who gave away all of my rights.

Attachment 5: A pleading that was docketed this week with the 5th Circuit. There is critical evidence in this pleading as to Mueller's criminal conduct.

Sincerely filed,
In Proper Person and Pro Se.

David Andrew Christenson
Box 9063
Miramar Beach, FL 32550
504-715-3086
davidandrewchristenson@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on November 1st, 2017 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 52 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 49 of 89
Case: 17-30831   Document: 00514268351   Page: 43   Date Filed: 12/11/2017

# Attachment 6

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

Renata Singleton, Marc Mitchell,
individually and on behalf of all others similarly situated,
Plaintiffs,

v.

Leon Cannizzaro, in his official
capacity as District Attorney of Orleans
Parish and in his individual capacity;
David Pipes, etc.
in their individual capacities;
Defendants.

Case No. 2:17-cv-10721-JTM-JVM

Complaint-Class Action with
Jury Demand



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   NOV 06 2017

WILLIAM W. BLEVINS
CLERK

### Notice of Appeal
### November 3rd, 2017

The attached evidence (copies) of my Motion to Intervene (filed with the District Court for the District of
Columbia) and my Amended Motion to Accept Record Excerpts As is and Without Change (filed with the
5th Circuit) are critical to my appeal and to the saving of Mankind from himself. The corruption has to
stop and the Constitution needs to be strictly adhered too. Leon Cannizzaro flagrantly violates the
Constitution on a daily basis. There is no accountability and the conclusion is the Genocide of Mankind.

Surely you can see the condition of the country. You read the same news as I do. Think about how many
things are done in secret. Our government could not even release the JFK files on time after a 50-year
notice.

What about the people you love? The Constitution was supposed to protect them. If there was justice
Cannizzaro would be tried for Genocide and Crimes Against Humanity for what he did to your family and
all Americans.

The cover up goes all the way to the top of our government and no one will stand up and fight them.
Read the Declaration of Independence again.

I will continue the good fight for you and your family.

Here is one question for you, your children and grandchildren. Does this year's flu vaccine have: a. live
viruses, b. dead viruses, c. both dead and live virus, or d. no viruses?

They call me crazy but at least I am not letting Donald Trump vaccinate my grandchildren like you are?

<del>They are the one that is risking their lives.</del>

TENDERED FOR FILING

NOV 06 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee_____
___ Process____
X__ Dktd_____
___ CtRmDep____
___ Doc. No.____

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 53 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 50 of 89
Case: 17-30831      Document: 00514268351      Page: 44   Date Filed: 12/11/2017

# Attachment 6

"On June 22nd, 2016 I mailed a priority box of documents, pleadings, rejected Supreme Court Writs, my two books that were removed from the Library of Congress (see attachments), letters and documents sent to Theodore John "Ted" Kaczynski (The Unabomber) that were censored and returned to me by the Bureau of Prisons, etc. The box was mailed to Jane Sullivan Roberts at her law firm: Major Lindsey & Africa. The box was received and opened. After being opened the box was sealed and wrapped in a brown grocery bag. The package was addressed to me with no return address. The box was mailed back to me from the Supreme Court Post Office which is confirmed by the postage sticker. (20543 is the Supreme Court's Zip Code.)  Why was the box not returned by the Major Lindsey & Africa Law Firm? Justice Roberts had to mail the package or Jane Roberts had to make a special trip to the Supreme Court Post Office. It seems that the Chief Justice and his wife held a discussion about what to do. They decided against God and Mankind. My guess is that they are hoping for a miracle but why hope for a miracle when you are the miracle?"


Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 54 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 51 of 89
Case: 17-30831      Document: 00514268351      Page: 45      Date Filed: 12/11/2017

# Attachment 7

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America | Criminal Docket No. 1:17-cr-201 (ABJ/DAR) |
| v. | Judge Amy Berman Jackson |

Paul J. Manafort and Richard W.
Gates III
Defendants

Motion to Intervene
November 1st, 2017

It is imperative that the court entertain this Motion to Intervene. **Special Counsel Robert S. Mueller III is a criminal that uses whatever means possible, illegal and legal, to win a case.** Mueller has no credibility and it is very important that the court know that. Everything that I am presenting or stating is documented, factual and it can easily be confirmed. 99% of what I am presenting can be confirmed though court records. Mueller uses every means possible to intimidate witnesses and that includes incarcerating them. Mueller had an FBI Agent put a loaded gun, with the safety off and hammer cocked, to my head. The agent informed me that he could kill me and that nothing would happen to him. He told me to stop with my investigations or he would kill me.

In 2010 FBI Director Robert S. Mueller III had me classified as a terrorist. This criminal action was done so that he could invoke the Patriot Act for surveillance purposes. On March 15th, 2011 he had me arrested for cyber stalking an FBI Agent. **I WAS NEVER CHARGED WITH A CRIME. MUELLER HAD TO SILENCE ME. ALL OF THE CRIMINAL CASES THAT I FILED MOTIONS TO JOIN IN, WERE OVERTURNED ON APPEAL.** Mueller was directly responsible for the murder of Federal Whistleblower Coast Guard Commander William Goetzee. Mueller had him arrested in the same fashion that he used against me. During his court appearance he was strapped to a wheelchair and tased every time he tried to talk. Mueller publicly stated that Goetzee died by stuffing toilet paper down his throat. Four months before I was held in the same cell and there was no toilet or toilet paper. (EDLA Case 2:12-cv-01910-SSV-JCW)

I am a Federal Whistleblower who is extremely credible. I am an Air Force Academy grad with a Master's degree from the University of Arkansas that served his country with distinction as an Air Force Officer. My classmate from the Air Force Academy is the Secretary of the Air Force. The Vice Chairman of the Joint Chiefs of Staff was my classmate as well. The Chief of Staff of the Air Force was a year behind me. The Admiral in charge of the Navy SEALS is an Air Force Academy grad who was a year behind me. My cousin is Vice Admiral John Christenson and he is currently the Military Attaché to NATO. My roommate from the Air Force Academy is married to the Director of Finance and Accounting Services for the Department of Defense. I was in Black Ops and flew an assortment of Airplanes. I flew classified missions as well as support missions for the President, the White House, Secret Service, etc.

Attachment 1: This is the first press release after my arrest. All of my communications were done thought court filings and though official government email addresses.
Attachment 2: I was arrested on a Louisiana Warrant and not a Federal Warrant. They originally asked for a $500,000.00 bond. Look at items 3 and 9. Neither is a recommendation or condition of bond. In order to be released I had to leave the state and receive treatment for an unknown illness.

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 55 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 52 of 89
Case: 17-30831      Document: 00514268351      Page: 46   Date Filed: 12/11/2017

# Attachment 7

Attachment 3: Look very carefully at the names on the Non-Domestic Stay Away Order. I did not know 66 of the 74. One third were court clerks. Only two out of the 74 knew that they were included in the order, none of the others did and that included two US Senators. Mueller is on the list.

Attachment 4: I was represented, against my will, by a US Attorney who gave away all of my rights.

Attachment 5: A pleading that was docketed this week with the 5th Circuit. There is critical evidence in this pleading as to Mueller's criminal conduct.

Sincerely filed,
In Proper Person and Pro Se

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on November 1st, 2017 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 56 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 53 of 89

Case: 17-30831     Document: 00514268351     Page: 47     Date Filed: 12/11/2017

# Attachment 7

New Orleans man booked on two counts of cyberstalking, TV station reports

Page 1 of 1



Everything New Orleans

## New Orleans man booked on two counts of cyberstalking, TV station reports

**Times-Picayune Staff By Times-Picayune Staff**

**Follow on Twitter**

on March 17, 2011 at 8:26 AM, updated March 17, 2011 at 10:28 AM

A New Orleans man is in jail, booked on two charges of cyberstalking after he allegedly sent threatening e-mails to an FBI agent, **WDSU-TV reports**.



David Christenson, 53, was arrested Tuesday and remains jailed on a $300,000 bond, court records show.

Christenson allegedly sent the e-mails after an FBI agent interviewed him last month about "inappropriate" e-mails Christenson sent to judges and their employees, the station reports.

© 2013 NOLA.com. All rights reserved.

Orleans Parish
Sheriff's Office

David Christenson

Just what are inappropriate emails sent to official email addresses? Are inappropriate emails illegal? The 1st Amendment clearly states that an American has the right to petition the Government. NO CHARGES WERE EVER FILED AGAINST DAVID ANDREW CHRISTENSON. THE EMAILS WRRE NEVER SUBMITTED INTO THE COURT RECORD. THIS PRESS RLEASE WAS A MISTAKE BY THE DOJ AND JIM LETTEN.

http://blog.nola.com/crime_impact/print.html?entry=/2011/03/new_orleans_man_booked_...   9/16/2013

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 57 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 54 of 89
Case: 17-30831     Document: 00514268351     Page: 48     Date Filed: 12/11/2017

# Attachment 7

STATE OF LOUISIANA                    ORLEANS PARISH CRIMINAL COURT

VS                                    MAGISTRATE NO 522-477

DAVID CHRISTENSON

### BOND ORDER AND CONDITIONS OF BAIL

This matter came upon hearing this date, before this Honorable Court, for a Bond Reduction Hearing. After hearing arguments and evidence the Court hereby orders bond to be reduced to _____*$20,000.00*_____ , and that the Defendant, David Christenson is hereby ordered to, and Defendant, David Christenson, hereby agrees and accepts the following Additional Conditions of Release:

1. Defendant is hereby ordered and hereby agrees to follow the orders of the Non-Domestic Stay Away Order signed by this Court and acknowledged and agreed to by Defendant on March 15, 2011 (a Copy of which is attached hereto);

2. Defendant is hereby ordered and hereby agrees to present himself to an in-patient facility for evaluation, and treatment as recommended by said facility on or before March 29, 2011;

3. Defendant is hereby ordered to not have access to the Internet;

4. Defendant is hereby ordered to cause the treatment facility to report Defendant's status and progress to the Court and the District Attorney every two (2) weeks and upon release of Defendant;

5. The Defendant is hereby ordered to cause the treatment facility to immediately report to the Court and the District Attorney should Defendant leave the facility;

6. The Defendant is hereby ordered to cause the treatment facility to give 48 hour advance notice of the release of the Defendant to the Court and the District Attorney;

7. The Defendant is hereby ordered to appear in this Court on the first Tuesday after his release from the treatment facility;

8. Defendant hereby agrees that should a capias or arrest warrant be issued for Defendant, David Christenson, hereby waives extradition to the State of Louisiana from any jurisdiction in or outside of the United States where he may be found.

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 58 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 55 of 89

Case: 17-30831     Document: 00514268351     Page: 49     Date Filed: 12/11/2017

# Attachment 7

9. Defendant hereby agrees to waive and does waive the time delays as stated in Louisiana Code of Criminal Procedure (La.CCrP) Article 701, Section B. regarding bond obligations and time limits for institution of prosecution until March 15, 2012.

IT IS FURTHER ORDERED THAT should Defendant meet the obligations of the Bond Order as to amount and sign the Conditions of Bail; he shall be released no earlier than Saturday, March 26, 2011, at a time no later than 12 NOON.

SIGNED IN OPEN COURT ON THIS 25th DAY OF MARCH, 2011 IN NEW ORLEANS, LOUISIANA.

MAGISTRATE, M - 3

UPON MY RELEASE by the Orleans Parish Sheriff, I, DAVID CHRISTENSON, do hereby agree to the terms of the Conditions of Bail as stated above, including the Non-Domestic Stay Away Order previously issued on March 15, 2011. I understand that if I fail to abide by the terms of this order, a warrant will be issued for my arrest. I have read and understand the above agreement and terms of my release.

Signed on March 25, 2011 in New Orleans, Louisiana.

David Christenson

# Attachment 7

| | |
|---|---|
| STATE OF LOUISIANA | CRIMINAL DISTRICT COURT |
| VERSUS | PARISH OF ORLEANS |
| DAVID CHRISTIAN,<br>Aka DAVID CHRISTENSON | MAG. NO. _____ |

## ORDER

IT IS ORDERED that the defendant stay away from the protected persons listed below until all charges in this matter are concluded by refusal, plea of guilty, trial or dismissal.

Specifically, the defendant is ordered:

* NOT to abuse, harass, stalk, follow or threaten the protected persons listed below,

* NOT to contact the protected persons personally, electronically, by phone, in writing, by email, by text message or through a third party or go within 100 feet of the protected persons,

* NOT to contact the protected persons' families personally, electronically, by phone, in writing, by email, by text message or through a third party,

* NOT to go to the residence or household of the protected persons, the protected persons' schools or the protected persons' place of employment,

Protected Persons:

| | |
|---|---|
| Amanda J Bailey | amanda_bailey@laed.uscourts.gov |
| Andrew Chow | andrew_chow@laed.uscourts.gov |
| Ann Virgadamo | ann_virgadamo@lach.uscourts.gov |
| Anna Christman | usales |
| Archbishop Aymond | Catholic 2, Catholic i |
| Bobbi Bernstein | Main DOJ |
| Brad Chauvin | |
| Brad Humphreys | brad_humphreys@laed.uscourts.gov |
| Brian Fair (USMS) | |
| Danielle Moore | danielle_moore@laed.uscourts.gov |
| David Vitter | david_vitter@vitter.senate.gov |
| David W Welker | david.welker@ic.fbi.gov |
| Dewayne J Horner | |
| Diana Surprenant | diana_surprenant@laed.uscourts.gov |
| Erin Arnold | erin_arnold@lach.uscourts.gov |
| Forrest Christian | |
| Gail Chauvin | gail_chauvin@laed.uscourts.gov |
| Gary Schwabe | gary_schwabe@fd.org |
| Genny May | genny.may@usdoj.gov |



# Attachment 7

| Geraldine Williams | geraldine_williams@laed.uscourts.gov |
| Glenda Hassan | glenda_hassan@txs.uscourts.gov |
| Glenn Williams | williamsgl@adr.org |
| Gwen Hunter | gwen_hunter@laed.uscourts.gov |
| Joel Gheesling | jgheesling@keonlerspeakers.com |
| Jadon Bigelow | |
| James Crull | james_crull@laed.uscourts.gov |
| James Letten | james.letten@usdoj.gov |
| Jan Mann | jan.mann@usdoj.gov |
| Jason Bigelow | |
| Jennifer Rogers | jennifer_rogers@laed.uscourts.gov |
| John Clark | john.clark@usdoj.gov |
| Jonathan Zweig | jonathan_zweig@laed.uscourts.gov |
| Joseph Downing | |
| Joseph Escandon | joseph_escandon@laed.uscourts.gov |
| Joseph Lavigne | |
| Julia Evans | USALAE |
| Kelly Bryson | |
| Kelly Sweeney | kelly_sweeney@cob.uscourts.gov |
| Mary Landrieu | senator@landrieu.senate.gov |
| Lexy Butler | lexy_butler@laed.uscourts.gov |
| Linda Kimes | linda_kimes@cob.uscourts.gov |
| Maria Soriano | soriaonom@adr.org |
| Marilyn Shraberg | mshraberg@archdiocese-no.org |
| Marvin Opotowsky | marvin.opotowsky@usdoj.gov |
| Michael Milby | michael_milby@tx.uscourts.gov |
| Nancy Swan | nswan342@gmail.com |
| Neil Hurley | OPR |
| Ozanam Inn | inno@bellsouth.net |
| Pam Radosta | pam_radosta@laed.uscourts.gov |
| Pamela Angelette | pamela_angelette@laed.uscourts.gov |
| Pat Scherer | pat_scherer@laed.uscourts.gov |
| Pat Vance | pvance@joneswalker.com |
| Paula F McCants | |
| Ramsey Prather | ramsey_prather@laed.uscourts.gov |
| Rick Windhorst | rick_windhorst@laed.uscourts.gov |
| Robby Walsh | |
| Robert Bergeron | bob@crescentitle.com |
| Robert Lantz | robert_lantz@laed.uscourts.gov |
| Robert S Mueller III | robert.mueller@ic.fbi.gov |
| Gen. Russel Honore | russel.honore@gmail.com |
| Ruth Leard | ruth_leard@laed.uscourts.gov |
| Shelia Aslabranne | shelia_aslabranne@txs.uscourts.gov |
| Steve Woodring | steve.woodring@idea.la.gov |
| Steven Hartmann | steven.hartmann@usdoj.gov |
| Steven P Rayes | srayes@leo.gov |
| Susan Adams | susan_adams@laed.uscourts.gov |
| Thomas Porteous | |
| Traci Munster | traci_munster@laed.uscourts.gov |
| Tracie L Washington | tlwash@cox.net |
| Victorian Wu | victorian_wu@laed.uscourts.gov |

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 61 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 58 of 89

Case: 17-30831     Document: 00514268351     Page: 52     Date Filed: 12/11/2017

# Attachment 7

Virginia Schlueter
Walter Martin
William Alford          alford@law.harvard.edu
Scott Johnson

NEW ORLEANS, LOUISIANA, this the ___ day of _____ 20 __.

Commissioner Harry Cantrell
Criminal District Court, Sec. "M-3"
Parish of Orleans

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 62 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 59 of 89
Case: 17-30831      Document: 00514268351      Page: 53      Date Filed: 12/11/2017

# Attachment 7

STATE OF LOUISIANA                                    CRIMINAL DISTRICT COURT

VERSUS                                               PARISH OF ORLEANS

*David A. Christenson*                               MAG. NO. *372-444*
*aka David Christman*

## NON-DOMESTIC STAY AWAY ORDER

     NOW INTO COURT comes the State of Louisiana, through the undersigned Assistant District Attorney for the Parish of Orleans, respectfully moves the Court to issue a Non-Domestic Stay Away Order and Notice to Appear. This Order prohibits the defendant *David A Christenson*, date of birth *02-21-58* from communicating, directly or indirectly, with the victim, *As listed in OCL* date of birth _____ or the victim's family. Additionally, during the pendency of this Stay Away Order the defendant cannot own or possess a firearm. If the defendant violates this Stay Away Order or any of its provisions, the defendant may be arrested, bond may be revoked, a new bond required, and will be held in contempt of court, facing additional charges. If the Court requires the defendant to make a personal appearance concerning this Order, the defendant will do so promptly. If the defendant does not appear, an Order for Arrest will be issued.

     This Stay Away Order remains in effect during the pendency of this case or unless and until lifted by the Judge and a minute entry indicating any such action.

## BY ORDER OF THE COURT

     IT IS HEREBY ORDERED that the defendant immediately cease any and all communication with the victim and the victim's family during the pendency of this action and abide by all other terms of this Non-Domestic Stay Away Order.

_____
MAGISTRATE/COMMISSIONER

NEW ORLEANS, LOUISIANA, THIS _15_ DAY OF _March_, 20_11_.

## DEFENDANT'S ACKNOWLEDGEMENT OF ORDER AND TERMS

     UPON MY RELEASE from the Orleans Parish Criminal Sheriff's Office, I *David Christenson* *aka Christman* do hereby agree to the terms of this Non-Domestic Stay Away Order. I understand that if I fail to abide by the terms of this order, a warrant will be issued for my arrest. I have read and understand the above agreement and terms of my release.

_____
DEFENDANT

NEW ORLEANS, LOUISIANA, THIS _16_ DAY OF _March_, 20_11_.

NAME: _____

ADDRESS: _____

CITY, STATE, ZIP: _____

CELL PHONE: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NO. _____

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 63 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 60 of 89

Case: 17-30831      Document: 00514268351      Page: 54    Date Filed: 12/11/2017

# Attachment 7

State of Louisiana                                   Orleans Parish Criminal Court
Vs.
David Christenson                                    Magistrate No. 522-477

Memorandum
Reference: Billy Gibbens, Sara Johnson and Schonekas Evans McGoey and McEachin, LLC.

Question directed to Billy Gibbens on March 19th, 2011 by David Christenson, defendant. **Billy, are you working for the Department of Justice?** Silence, dead silence. No response. The meeting ended. David Christenson never retained Billy Gibbens, Sara Johnson or the Schonekas Evans McGoey and McEachin Law firm (Now known as "The Rogue Attorneys"). There was never a verbal, written or implied agreement. The actions of "The Rogue Attorneys" were criminal. Irreparable, devastating and irreversible harm was caused to David Christenson. Billy Gibbens did everything he could to scare and intimate the defendant's wife, 76 year old father from Iowa (he paid the retainer) and brother.

"The Rogue Attorneys" acted without authority. See attachment 1 (A bill), page 1, line 03/18/2011. (Arrested 03/15/2011) David Christenson never authorized this sadistic course of action. There was no "bond reduction hearing" (Judge Marullo). David Christenson spoke with Billy Gibbens for less than 30 seconds that day. This was their first meeting. David Christenson informed Billy Gibbens that he did not have the authority to act on his behalf. The Department of Justice wanted the "psychiatric treatment" so that David Christenson would be discredited. Billy Gibbens was representing the Department of Justice. No sane person would ever authorize such an incrementing and sadistic plan. The $300,000.00 bond was a record for the Orleans Parish Criminal Court for a non-violent, non-domestic and non-drug misdemeanor for which the defendant had not and has not been charged. The bond should have been $10,000.00 or "own recognizance". "The Rogue Attorneys" put a plan in motion without ever meeting with David Christenson, which is confirmed by the bills.

Why was there a "motion to withdraw" hearing? David Christenson had not retained "The Rogue Attorneys". There was no "motion to withdraw" hearing for Meredith Angelo, the public defender. The case was not at issue since no charges had been filed. Why was the hearing held in front of Magistrate Hansen? This seems very odd since Commissioner Cantrell was the presiding court official.

Billy Gibbens and Sara Johnson never asked about what happened. This needs to be repeated: Billy Gibbens and Sara Johnson never asked about the case or the background. In fact they intentionally stayed away from it. A review of their bills will confirm this fact. Their only goal was to have David Christenson committed for a year. They actually put this is writing in a letter to David Christenson. See the bond as well. **David Christenson did not commit a crime!** Why would "The Rogue Attorneys" not care about this fact? Simple, they represented the Department of Justice. Please review the bond and the non-domestic stay away order. "The Rogue Attorneys" gave away all of David Christenson's Constitutional and Civil Rights. 74 people are listed on the non-domestic stay away order. None of them have filed affidavits as is required by law. David Christenson does not know 66 of them. Senators Vitter and Landrieu are listed. Why? Why no internet? This is a First Amendment Privilege. The DOJ wanted David Christenson to stop his investigation of the Katrina Virus and the resulting Genocide and Murder as well the Federal Cover-Up of the Danziger Bridge Executions.

Sincerely Filed Pro-SE by
David Christenson
842 Camp Street
Unit 4
New Orleans, La. 70130
504-715-3086

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 64 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 61 of 89

Case: 17-30831      Document: 00514268351      Page: 55      Date Filed: 12/11/2017

# Attachment 7

SCHONEKAS, EVANS, McGOEY & McEACHIN, L.L.C.
850 Poydras Street, Suite 2105
New Orleans, LA 70130
Telephone: 504/680-6050
Telecopier: 504/680-6051
Tax ID No. 72-1436549

Page: 1
04/08/2011

David Christenson
842 Camp Street
New Orleans  LA  70130

OUR FILE NO:     1013-19719M
Statement No:          1

State of Louisiana v. Christenson

FEES

|  |  | HOURS |  |
|---|---|---|---|
| **03/17/2011** | | | |
| WPG | telephone conference with Mr. Washington; telephone conference with Mr. Andrew Christenson; research regarding case status; review articles; meet with Mr. Andrew Christenson and Mr. Chris Christenson; meet with Mrs. Christenson; | 3.00 | 720.00 |
| **03/18/2011** | | | |
| WPG | meet with Mr. Andrew Christenson, Mr. Chris Christenson and Mrs. Christenson; attend hearing at Criminal District Court; conference with Ms. Mills regarding obtaining psychiatric treatment; travel to Orleans Parish Prison to meet with Mr. David Christenson; locate Mr. David Christenson in court; attend bond reduction hearing; meet with Mr. David Christenson; telephone conference with Mr. Chris Christenson; meet with Mr. Andrew Christenson, Mr. Chris Christenson and Mrs. Christenson; | 5.00 | 1,200.00 |
| SAJ | locate Mr. Christenson; telephone conference with District Attorney's office; leave message for Assistant District Attorney Bourgeois; | 0.50 | 80.00 |
| ECM | conference with Mr. Gibbens; locate in-patient treatment center; telephone conference with West Jefferson representative; telephone conference with Ochsner; telephone conference with Ocean Specialty Hospital; telephone conference with River Oaks; telephone conference with Palmetto; telephone conference with Twelve Oaks; further telephone conference with Ms. | | |

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 65 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 62 of 89
Case: 17-30831   Document: 00514268351   Page: 56   Date Filed: 12/11/2017
Case: 16-30918   Document 00514216429   Page: 1   Date Filed: 10/30/2017

# Attachment 7

## UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

### Amended Motion to Accept Record Excerpts As Is and Without Change
### October 28th, 2017

Appeal from the United States District Court, Eastern District of Louisiana Case
2:10-md-02179-CJB-SS

Case No. 16-30918

IN RE: DEEPWATER HORIZON

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; ET AL.,

Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA
PRODUCTION COMPANY; BP, P.L.C.,

Defendants – Appellees

v.

DAVID ANDREW CHRISTENSON,

Movant – Appellant

Godspeed.

Sincerely

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com
504-715-3086

1

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 66 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 63 of 89

Case: 17-30831      Document: 00514268351      Page: 57      Date Filed: 12/11/2017

Case: 16-30918      Document: 00514216429      Page: 2      Date Filed: 10/30/2017

# Attachment 7

The Supreme Court, 5th Circuit, EDLA District Court and all other Federal Courts keep secret and sealed dockets which are kept from the public. This is the most heinous violation of the First Amendment that I know of. This is true censorship and it harms all Americans. The Federal Courts were designed and enacted to protect the Constitution, not to destroy it.

I don't have access to the secret and sealed dockets.

Please see the attached pleading titled: *"Order (33) January 10th, 2017"*. This clearly shows that I asked the EDLA District Court for help. Attachment 1.

I put *"Please do not seal this pleading"* in the titles of my pleadings along with the date. The EDLA District Court proactively entered my pleadings differently than all other pleadings. The Court intentionally disguised and sealed my pleadings which is a criminal violation of the First Amendment. Attachment 2 is an example.

Reference Attachment 3. EDLA Case 2:10-md-02179-CJB-JCW Document 22555 Filed 04/03/17 Page 1 of 276 The EDLA District Court combine some of my pleadings in the public docket with this 276-page filing. I filed a cover pleading(s) with the following: *"The 5th Circuit has directed me to file the attached Appellate Pleading with the District Court."* Review the docket entry. Each pleading should have received its own docket entry. Please review and you will see what I am talking about. The pleadings were clearly differentiated.

The following pleading was mailed to the EDLA District Court on August 18th, 2016. The date is listed in the title.

*Motion to Reopen the Settlement and to increase the Settlement to 20 Trillion Dollars*
*Motion to Create a 20 Trillion Dollar Medical Settlement*
*Motion for Punitive (Treble) Damages (120 Trillion Dollars)*
*Motion to add the United States of America and the United Kingdom (Britain) as Defendants*
*The American People deserve to know the truth so please do not Seal this pleading.*
*August 18th, 2016*

2

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 67 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 64 of 89

Case: 17-30831   Document: 00514268351   Page: 58   Date Filed: 12/11/2017

Case: 16-30918   Document: 00514216429   Page: 3   Date Filed: 10/30/2017

# Attachment 7

The pleading can also be found in the following dockets as an individual pleading or as part of a package of pleadings.

EDLA Case 2:10-md-02179-CJB-JCW Document 22555 Filed 04/03/17 Page 1 of 276 (This pleading and combination of pleadings clearly demonstrates the herculean effort that I made to seek justice for myself, the other plaintiffs and all Americans. Each one of the pleadings was properly served/mailed via first class USPS mail to the EDLA District Court.)

EDLA Case 2:10-md-02179-CJB-JCW Document 22555 Filed 04/03/17 Page 14 of 276

EDLA Case 2:10-md-02179-CJB-JCW Document 22555 Filed 04/03/17 Page 115 of 276

5th Circuit Case 16-30918 Document 00513737661 Page: 2 Filed: 10/27/2016

5th Circuit Case: 16-30918 Document: 00513662029 Page: 2 Date Filed: 09/01/2016

**MEMORANDUM CONCERNING THE NON- RESPONDENT/DEFENDANT
BP EXPLORATION & PRODUCTION INCORPORATED,
BP AMERICAN PRODUCTION COMPANY INCORPORATED
AND BP P.L.C.
WAIVER FILED IN WRIT OF CERTIORARI 16-5869
(WAIVER FILED BY JEFFERY BOSSERT CLARK OF THE KIRKLAND &
ELLIS LAW FIRM)
(EXTRAORDINARY WRIT WITH WRIT OF MANDAMUS AND WRIT OF
PROHIBITION.)**

EDLA Case 2:10-md-02179-CJB-JCW Document 22555 Filed 04/03/17 Page 106 of 276

5th Circuit Case 16-30918 Document 00513737661Page: 4 Filed: 10/27/2016

5th Circuit Case: 16-30918 Document: 00513859562 Page: 1 Date Filed: 01/25/2017

Attachment 4 is a letter to Chief Justice John Roberts. I could not invent what the Chief Justice did. Both he and the Supreme Court criminally violated the Constitutional Rights of all Americans. It was intentionally done in an unprofessional and childish manner.

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 68 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 65 of 89

Case: 17-30831     Document: 00514268351     Page: 59     Date Filed: 12/11/2017

Case: 16-30918     Document: 00514216429     Page: 4     Date Filed: 10/30/2017

# Attachment 7

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

4

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 69 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 66 of 89

Case: 17-30831   Document: 00514268351   Page: 60   Date Filed: 12/11/2017

Case: 16-30918   Document: 00514216429   Page: 5   Date Filed: 10/30/2017

# Attachment 7
# Attachment 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                                      MDL No. 2179
"Deepwater Horizon" in the Gulf                                     SECTION: J
of Mexico, on April 20, 2010                                        JUDGE BARBIER
Case 2:10-md-02179-CJB-SS                                           MAGISTRATE SHUSHAN

Order (33)
January 10th, 2017

The 5th Circuit has ordered the designation of the record for my appeal. Please order the clerk to provide
me a copy of all my pleadings and an affidavit stating that the opposing parties never filed a response,
any response. Please order this in the interest of Justice so that I may proceed with an accurate record.
The court has sealed all my pleadings and never provided any notification. I am unable to file
electronically which is prejudicial, censorship and it denies my First Amendment Rights.

This was cut and pasted from the 5th Circuit Pacer notification:
(cmecf_caseprocessing@ca5.uscourts.gov)
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys
of record and parties in a case (including pro se litigants) to receive one free electronic copy of all
documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees
apply to all other users. To avoid later charges, download a copy of each document during this first
viewing.

Due to harassment by the Department of Justice please provide the electronic record to the following
two email addresses and resend the information a second time. The 5th Circuit provides this service
because of the problems that I have had.
davidandrewchristenson@gmail.com
davidandrewchristenson@hotmail.com

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
504-715-3086

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 70 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 67 of 89

Case: 17-30831   Document: 00514268351   Page: 61   Date Filed: 12/11/2017

Case: 16-30918   Document: 00514216429   Page: 6   Date Filed: 10/30/2017

# Attachment 2

Case: 17-30831      Document: 00514268351      Page: 62      Date Filed: 12/11/2017

Case: 16-30918      Document: 00514216429      Page: 7      Date Filed: 10/30/2017

# Attachment 2

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 72 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 69 of 89

Case: 17-30831   Document: 00514268351   Page: 63   Date Filed: 12/11/2017

Case: 16-30918   Document: 00514216429   Page: 8   Date Filed: 10/30/2017

# Attachment 7

Case 2:10-md-02179-CJB-JCW   Document 22555   Filed 04/03/17   Page 1 of 276

# Attachment 3



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   APR 03 2017

WILLIAM W. BLEVINS
CLERK

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

MDL No. 2179
SECTION: J
JUDGE BARBIER
MAGISTRATE SHUSHAN

Memorandum 2
March 31st, 2017

The 5th Circuit has directed me to file the attached Appellate Pleading with the District Court.

Godspeed,
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, FL 32550
davidandrewchristenson@gmail.com
504-715-3086

I certify that all parties and those some were noticed by email on March 31st, 2017.

Fee _____
Process _____
X_ Dkd _____
CtRmDep _____
Doc. No. _____

TENDERED FOR FILING

APR 0 3 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 73 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 70 of 89

Case: 17-30831   Document: 00514268351   Page: 64   Date Filed: 12/11/2017

Case: 16-30918   Document: 00514216429   Page: 9   Date Filed: 10/30/2017

# Attachment 7
# Attachment 4

Chief Justice John Roberts                                     July 28th, 2016
Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

Jane Sullivan Roberts
Major, Lindsey & Africa
600 Thirteenth Street, N.W.
Suite 750
Washington, D.C. 20005
(202) 292-1840 Office
Email: jroberts@mlaglobal.com
USPS Reference Priority: 9505513443386174002634

Justice Roberts and Mrs. Roberts,

My job/penance here on earth was to recruit the two of you to help save Mankind on behalf of God. The two of you were my biggest failure. How hard could it be to recruit people who profess to being on God's team? The denial of God was absolute and unanimous by everyone that I attempted to recruit. Nobody's position on earth will protect them from God's wrath.

For your records this is a synopsis of just one of our interactions and it is the most important and telling of how Mankind lost. The two of you have intentionally harmed Mankind. History and God will judge you. I always thought of myself as a messenger but in fact I am a historian and recruiter whose job it is to document the "why and how" of the Genocide of Mankind. If you truly believe in God, then you have a lot to fear. There will be no defense to your defenseless position.

On June 22nd, 2016 I mailed a priority box of documents, pleadings, rejected Supreme Court Writs, my two books that were removed from the Library of Congress (see attachments), letters and documents sent to Theodore John "Ted" Kaczynski (The Unabomber) that were censored and returned to me by the Bureau of Prisons, etc. The box was mailed to Jane Sullivan Roberts at her law firm: Major Lindsey & Africa. The box was received and opened. After being opened the box was sealed and wrapped in a brown grocery bag. The package was addressed to me with no return address. The box was mailed back to me from the Supreme Court Post Office which is confirmed by the postage sticker. (20543 is the Supreme Court's Zip Code.) Why was the box not returned by the Major Lindsey & Africa Law Firm? Justice Roberts had to mail the package or Jane Roberts had to make a special trip to the Supreme Court Post Office. It seems that the Chief Justice and his wife held a discussion about what to do. They decided against God and Mankind. My guess is that they are hoping for a miracle but why hope for a miracle when you are the miracle?

History will write that Mankind voluntarily committed suicide without cause all while praying for a miracle. The tragedy is that Mankind is the miracle. Mankind was praying to continue with their destructive manner that was accepted by society.

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 74 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 71 of 89

Case: 17-30831      Document: 00514268351     Page: 65     Date Filed: 12/11/2017

Case: 16-30918      Document: 00514216429     Page: 10     Date Filed: 10/30/2017

# Attachment 7
# Attachment 4

This is a quote that I attribute to Chief Justice John Roberts: "Let us live by murdering ourselves".

Thank you.
Godspeed
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, FL 32550
504-715-3086
davidandrewchristenson@gmail.com

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 75 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 72 of 89

Case: 17-30831   Document: 00514268351   Page: 66   Date Filed: 12/11/2017

Case: 16-30918   Document: 00514216429   Page: 11   Date Filed: 10/30/2017

# Attachment 7

## Attachment 4

USPS.com® – USPS Tracking®

Register / Sign In

### 🚚USPS.COM®

## USPS Tracking®



**Customer Service ›**
Have questions? We're here to help.

**Get Easy Tracking Updates ›**
Sign up for My USPS.

Tracking Number: 9205513443989174682634

Expected Delivery Day: Friday, June 24, 2016

### Product & Tracking Information

| Postal Product: | Features: | |
|---|---|---|
| Priority Mail 2-Day™ | Insured | USPS Tracking® |

| | | |
|---|---|---|
| June 24, 2016 , 2:16 pm | Delivered, Infull Mailbox | WASHINGTON, DC 20005 |
| June 24, 2016 , 8:25 am | Arrived at Post Office | WASHINGTON, DC 20018 |
| June 24, 2016 , 12:27 am | Arrived at USPS Destination Facility | WASHINGTON, DC 20066 |
| June 23, 2016 , 7:05 pm | Arrived at USPS Origin Facility | PENSACOLA, FL 32529 |
| June 22, 2016 , 4:33 pm | Departed Post Office | MIRAMAR BEACH, FL 32550 |
| June 22, 2016 , 11:28 am | Acceptance | MIRAMAR BEACH, FL 32550 |

### Available Actions

Text Updates

Email Updates

### Track Another Package

Tracking (or receipt) number

Track It

### Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›



Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 76 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 73 of 89

Case: 17-30831      Document: 00514268351     Page: 67    Date Filed: 12/11/2017

Case: 16-30918     Document: 00514216429     Page: 12    Date Filed: 10/30/2017

# Attachment 7
## Attachment 4



Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 77 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 74 of 89

Case: 17-30831     Document: 00514268351     Page: 68   Date Filed: 12/11/2017

Case: 16-30918     Document: 00514216429     Page: 13   Date Filed: 10/30/2017

# Attachment 7

## Attachment 4

US POSTAGE PAID
$13.45

PRIORITY MAIL

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 78 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 75 of 89

Case: 17-30831   Document: 00514268351   Page: 69   Date Filed: 12/11/2017

Case: 16-30918   Document: 00514216429   Page: 14   Date Filed: 10/30/2017

# Attachment 7
# Attachment 4

i spoke with Jane Roberts this morning (07/08/16)

from: David Andrew Christenson <davidandrewchristenson@gmail.com>
to: jroberts@mlaglobal.com
date: Fri, Jul 8, 2016 at 6:17 AM
subject: Thank you for talking to me this morning.
mailed-by: gmail.com

Thank you for talking to me this morning.

Jane,

I was surprised that you answered your office phone at 6:00 AM. It was my intention to leave you a
voice mail asking you to read this NY Times article: Suicide Rate Among Veterans Has Risen Sharply Since
2001
By DAVE PHILIPPSJULY 7, 2016
http://www.nytimes.com/2016/07/08/us/suicide-rate-among-veterans-has-risen-sharply-since-
2001.html?emc=edit_th_20160708&nl=todaysheadlines&nlid=65460936&_r=0
The suicide rate among veterans has surged 35 percent since 2001, driven in part by sharp increases
among those who have served since 2001, according to the largest study of such suicides. Of particular
concern is the suicide rate among women, which has increased 85 percent in that time.

It has been a tough 48 hours for America with the Clinton hearing, the deaths of two black men, the six
police officers that were murdered in Dallas and now the confirmation of what I have been talking about
with the suicides of our veterans.

I reached out to you because it says on your public webpage that you are one of the 50 most powerful
women lawyers in Washington. I am asking for your help in saving mankind.

My heart bleeds for my fellow veterans. Please accept my apology. It is hard for me not to do everything
possible for my fellow man.

Godspeed.
David Andrew Christenson
504-715-3086

July 8th, 2016 6:02 AM 1:15

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 79 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 76 of 89

Case: 17-30831   Document: 00514268351   Page: 70   Date Filed: 12/11/2017

Case: 16-30918   Document: 00514216429   Page: 15   Date Filed: 10/30/2017

# Attachment 7
# Attachment 4

Jane Sullivan Roberts                                    June 22th, 2016
Major, Lindsey & Africa
600 Thirteenth Street, N.W.
Suite 750
Washington, D.C. 20005
(202) 292-1840 Office
Email: jroberts@mlaglobal.com
USPS Reference Priority: 9505513443866174002634

Jane,

Please return if you decide that you cannot help. I am asking you for help because you are an American,
attorney, mom, mom with adopted children, Christian, Catholic, activist, you believe in "The Right to
Life", etc. My two books that were removed from the Library of Congress are enclosed. I signed both
books for you.

As an attorney you could get my Writ docketed and set for conference. Please let me know one way or
another. I am asking on behalf of your children and future grandchildren.

The 5th Circuit denied my En Banc hearing petition.


Godspeed.

Sincerely,


David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@hotmail.com

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 80 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 77 of 89

Case: 17-30831    Document: 00514268351    Page: 71    Date Filed: 12/11/2017

Case: 16-30918    Document: 00514216429    Page: 16    Date Filed: 10/30/2017

# Attachment 7
# Attachment 4

The United States Supreme Court and The Katrina Virus

A Prelude/Reference Book/Appendix

Book 7

By David Andrew Christenson

ISBN 978-0-9846893-8-5 Hardback SCKV

ISBN 978-0-9846893-9-2 EBook SCKV

LCCN 2012933074

Copyright 1-724163643

Persimmon Publishing

Box 6374

Miramar Beach, Florida 32550

www.persimmonpublishingus.com

www.thereluctantpatriot.com

An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 81 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 78 of 89

Case: 17-30831   Document: 00514268351   Page: 72   Date Filed: 12/11/2017

Case: 16-30918   Document: 00514216429   Page: 17   Date Filed: 10/30/2017

# Attachment 7
# Attachment 4

An American Born Terrorist's Emails
To The Department of Justice
*A Prelude/Reference Book/Appendix*
Book 8
By
**David Andrew Christenson**
ISBN 978-0-9846893-2-3 Hardback
ISBN 978-0-9846893-3-0 EBook
LCCN 201194112
Copyright 2011 1-674739499
Persimmon Publishing
Box 6374
Miramar Beach, Florida 32550
www.persimmonpublishingus.com
persimmonpublishing@gmail.com
www.thereluctantpatriot.com
thereluctantpatriot@gmail.com

A quest for justice. What started as simple fraud perpetrated against Captain David Andrew Christenson turned into a National and Worldwide Criminal Conspiracy. Captain Christenson unintentionally and unwittingly became a crusader for justice. His attempts to uncover the truth and to bring those truths to light got him classified as a terrorist by the Department of Justice. At a minimum the cover-up involves the Federal Government, the President, the Supreme Court, Congress, the Department of Defense, the Central Intelligence Agency, the Catholic Church, the Pope, BP, etc.

Read the email paper trial. This book contains emails sent by Captain Christenson starting on October 14th, 2010 and ending on March 14th, 2011 when he was arrested. Captain Christenson was arrested on a Louisiana Warrant for Cyber Stalking FBI Special Agent Steven Rayes. It must be noted that Captain Christenson was never charged with a crime. Agent Rayes came to Captain Christenson on October 14th, 2010 the day the emails started.

There was no easy way to present this story in a coherent manner. I decided to present the emails as is. I hope that you can use them as a point of reference. My next book is titled "The Reluctant Patriot". The story starts March 15th, 2011 with my arrest. Please consider this book to be a prelude, appendix and or a reference book.

You may see previews of my other eight books at www.persimmonpublishingus.com and www.thereluctantpatriot.com.

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 82 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 79 of 89

Case: 17-30831     Document: 00514268351     Page: 73     Date Filed: 12/11/2017

Case: 16-30918     Document: 00514216429     Page: 18     Date Filed: 10/30/2017

# Attachment 7
# Attachment 4

**Guidelines and background information for reading my emails.**

I was arrested on March 15th, 2011 by an FBI SWAT Team. I was arrested for two counts of cyber stalking FBI Special Agent Steven Rayes. The FBI illegally used Louisiana Warrants to arrest me, search my home and seize (steal) my property. The FBI did not have Federal warrants as one might expect. I have never been charged with a crime. The arrest was for a non-violent, non-domestic, non-drug misdemeanor. The arrest was for the equivalent of a severe DUI or DWI. The FBI stole my legal files, computers, back-ups, phone, photos, evidence, Supreme Court files, a DVD of Agent Rayes assaulting me, a DVD of the Danziger Bridge, etc. The Federal Government wanted to stop my investigation into the Genocide and murder that took place after Hurricane Katrina.

Agent Rayes came into my life on October 14th, 2010. He ordered me to send emails to his official FBI email address. I complied. I have sent over 500 emails to the FBI and multiple agents. Agent Rayes assaulted me on November 10th, 2010. The FBI desperately needed the DVD of Agent Rayes assaulting me.

I was declared a terrorist by the Department of Justice. I assume that the classification took place at the same time that Agent Rayes came into my life.

The first email in the book is actually the last email that I sent before I was arrested. I copied a package of information that I had faxed and mailed to the United States Supreme Court and sent the email with the attachments to myself. I then go back to October 14th, 2010 and present the emails in a chronological order. From October 14th, 2010 until March 14th, 2011. I have not included all of my emails because of space limitations. A partial list of my contacts is attached.

When reading the emails please look for the following: The headings/subjects. Not all emails have headings/subjects. All original emails are from me. Look at the date and time. Please review the addresses (Very important). The attachments are important. I sometimes scanned my emails and included those as attachments. I also forwarded many emails because I had received responses.

This was my quest for justice. You be the judge. Am I a terrorist or "The Reluctant Patriot"?


Sincerely,
David Andrew Christenson
"The Reluctant Patriot"
www.parklommonpublishinqus.com
www.thereluctantpatriot.com

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 83 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 80 of 89

Case: 17-30831   Document: 00514268351   Page: 74   Date Filed: 12/11/2017

# Attachment 7



Case: 17-30831     Document: 00514268351     Page: 75     Date Filed: 12/11/2017

U.S. COURT OF APPEALS
RECEIVED
DEC 1 1 2017
FIFTH CIRCUIT

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

United States of America                                 Criminal Docket No. 1:17-cr-232

        v.                                               Judge Rudolph Contreras

Michael T. Flynn
Defendant

Supplemental Motion to Intervene/Friend of the Court Brief/Amicus Brief

I have been warning you about this for years. The criminal activity by the Department of Justice in New Orleans during and after Hurricane Katrina has spread.

**MUELLER IS POISONOUS FRUIT FROM A POISONOUS TREE. (FBI Agent William Bezak was trained by Mueller and look at what he did. Mueller was in direct control of the Danziger and Glover investigations.)**

**THE AMERICAN PEOPLE DESERVE BETTER. They deserve the truth and justice.**

Math and time will expose the truth, the crimes and the Genocide of Mankind. There is no escape. Trump is a rabid dog and he will do whatever it takes to save himself.

The Federal Judiciary has failed to protect the Constitution and thus the American People.

Where there is smoke there is fire.
The spotlight is constantly being moved away from the truth.
The cover-up accelerates, exponentially, in its growth.

House Intel committee threatens DOJ, FBI with contempt in Russia election meddling probe
By Andrea Noble - The Washington Times - Sunday, December 3, 2017
https://www.washingtontimes.com/news/2017/dec/3/house-intel-committee-threatens-doj-fbi-with-conte/
House Republicans could draft a resolution to hold Deputy Attorney General Rod Rosenstein and FBI Director Christopher Wray in contempt of Congress as soon as Monday for failure to turn over documents sought as part of an intelligence committee investigation.
The move comes after what House Permanent Select Committee on Intelligence Chairman Devin Nunes describes as months of stonewalling on the part of the Justice Department and the FBI as his panel sought access to records related to federal investigators' use of the salacious Trump dossier compiled by British ex-spy Christopher Steele.
Mr. Nunes said the agencies suddenly became more forthcoming with some information when it was reported over the weekend that special counsel Robert Mueller had removed one of the FBI's top Russian counterintelligence investigators from his team after an internal probe found the agent had sent messages that showed possible bias for Hillary Clinton and against President Trump.
According to the special counsel's office, Peter Strzok, who led the investigation of Mrs. Clinton's email server in 2016, left the special counsel's team last summer. He sent the text messages to Lisa Page, an FBI lawyer who also left the Mueller investigation this past summer.

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 85 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 82 of 89

Case: 17-30831   Document: 00514268351   Page: 76   Date Filed: 12/11/2017

**Do you really believe that Mueller removed a top aid over a text message? NOT A CHANCE IN HELL. THE DOJ DID NOT REMOVE THE US ATTORNEYS THAT POSTED COMMENTS ON THE WORLD WIDE WEB AND INTERNET THAT SWAYED PUBLIC OPINION AND FEDERAL JUDGES!!! Aske Judge Kurt Engelhardt.**

Mueller Removed Top Agent in Russia Inquiry Over Possible Anti-Trump Texts
By MICHAEL S. SCHMIDT, MATT APUZZO and ADAM GOLDMANDEC. 2, 2017
https://www.nytimes.com/2017/12/02/us/politics/mueller-removed-top-fbi-agent-over-possible-anti-trump-texts.html
WASHINGTON — The special counsel, Robert S. Mueller III, removed a top F.B.I. agent this summer from his investigation into Russian election meddling after the Justice Department's inspector general began examining whether the agent had sent text messages that expressed anti-Trump political views, according to three people briefed on the matter.
The agent, Peter Strzok, is considered one of the most experienced and trusted F.B.I. counterintelligence investigators. He helped lead the investigation into whether Hillary Clinton had mishandled classified information on her private email account, and then played a major role in the investigation into links between President Trump's campaign and Russia.
But Mr. Strzok was reassigned this summer from Mr. Mueller's investigation to the F.B.I.'s human resources department, where he has been stationed since. The people briefed on the case said the transfer followed the discovery of text messages in which Mr. Strzok and a colleague reacted to news events, like presidential debates, in ways that could appear critical of Mr. Trump.

New Orleans is at the center of a key federal pursuit
Updated on August 8, 2011 at 11:34 AM Posted on August 8, 2011 at 11:00 AM
By Brendan McCarthy, The Times-Picayune
http://www.nola.com/crime/index.ssf/2011/08/new_orleans_is_at_the_center_o.html
In January 2009, Bernstein teamed with agents from the local FBI office. They held a voluntary interview with NOPD Sgt. Arthur Kaufman, who had handled the police investigation. He offered a narrative of events that seemed to clash with the facts, raising red flags with William Bezak, a young FBI agent who had been named lead investigator.
Bezak was a mechanical engineer by trade who before joining the FBI had helped test and fine-tune military helicopters. The New Jersey native's first posting out of the academy in summer 2006 was New Orleans. He was chosen for the Danziger case because he was young, energetic and highly organized, his boss, Welker, recalled. And, perhaps most important, Bezak had no allegiances to anyone in local law enforcement; he knew no NOPD officers. He had only a "very vague" understanding of the shooting when he began.

RULE OF LAW
Trump Court Nominee Upheld Rights of Police Against Holder DOJ Misconduct
BY J. CHRISTIAN ADAMS SEPTEMBER 29, 2017
https://pjmedia.com/jchristianadams/2017/09/29/trump-court-nominee-defended-rights-police-holder-doj-misconduct/
President Trump has nominated a slate of solid picks for the federal bench, including a new list of nominees this week. Among them is Kurt D. Engelhardt. Trump nominated Engelhardt to the Fifth Circuit Court of Appeals, a district that covers the area from Alabama to the Rio Grande. Engelhardt already serves as a United States District Court judge in New Orleans. Engelhardt will be familiar to PJ Media readers. He is the judge who wrote a scathing 129-page order blistering the misconduct of lawyers at the Justice Department's Civil Rights Division and the local New Orleans U.S. Attorney's Office in a prosecution

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 86 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 83 of 89

Case: 17-30831      Document: 00514268351      Page: 77      Date Filed: 12/11/2017

of New Orleans police officers. His order offers a look behind the curtain of some of the worst ideological misconduct that occurred at the Obama DOJ. Misconduct may be an inadequate word to describe the behavior of DOJ lawyers, and Engelhardt saw it all up close. See PJ Media's "Justice Dept. Lawyer Karla Dobinski's Misconduct Sends Cops to Prison," or Hans von Spakovsky writing at National Review: "Grotesque DOJ Misconduct". Engelhardt reserved some of his strongest language to criticize what he called "shockingly coercive tactics" of Bezak in approaching a potential defense witness, officer Heather Gore. Citing Bezak's testimony, Engelhardt recounted how the FBI agent first looked for Gore at her home, and found her later at a police station. There, Bezak told Gore that she had a nice house, asked about Gore's triplet daughters and "advised she would be deprived of them as a result of her lying."

Engelhardt then challenged Bezak's strong-arm tactics, noting that Gore has not been charged with any crime. The judge also said at least three witnesses defendants called at trial "refused to appear under threats from (the Department of Justice) that they would be prosecuted for perjury as a result of their earlier grand jury testimony." The judge said "twenty-six months later, not one of these three defense witnesses has been charged with any crime whatsoever." Mosca said all these assertions, and the established record of prosecutorial misconduct, could prompt defense attorneys to depose all these witnesses to see if their testimony, or alternatively their decisions not to testify, was a result of government coercion. Danziger Bridge Trial news leaves residents questioning the justice system Yesterday, U.S. District Judge Kurt Engelhardt granted a new trial for five former New Orleans Police Department officers convicted in the Danziger Bridge shooting and the subsequent cover-up. Many residents are feeling deprived of justice after hearing the news. "They can also call those defense witnesses back and they can request immunity for them so they would not be afraid to testify this time," Mosca said. Clarke noted that Engelhardt also criticized what he perceived to be lenient deals government witnesses got. That's part of the criminal justice system, he said, which gives prosecutors "tremendous power" to offer such deals. "But there's a danger in this type of system, that people — on their own volition or through coercion — offer false testimony to help themselves. Prosecutors always have to be skeptical of what they're told by people looking for a deal," Clarke said. "Certainly the defense is going to try to use what's written (in the order) to try to get evidence thrown out. They'll argue testimony is tainted."

Godspeed

Sincerely

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on December 4th, 2017 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

Case 1:18-cv-03501-JGK  Document 25  Filed 04/24/18  Page 87 of 113
Case 1:18-cv-00011-ABJ  Document 15  Filed 01/26/18  Page 84 of 89
Case: 17-30831  Document: 00514268351  Page: 78  Date Filed: 12/11/2017

Clerk Angela D. Caesar                                     December 4ᵗʰ, 2017
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

The clock is ticking. It might be to late for justice to be served.


Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 88 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 85 of 89

Case: 17-30831     Document: 00514268351     Page: 79   Date Filed: 12/11/2017

Judge Merrick B. Garland                                    December 4th, 2017
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington D.C. 20001

The clock is ticking. It might be too late for justice to be served.


Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 89 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 86 of 89

Case: 17-30831      Document: 00514268351      Page: 80      Date Filed: 12/11/2017

Judge Beryl A. Howell                                                December 4th, 2017
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

The clock is ticking. It might be too late for justice to be served.


Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 90 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 87 of 89
Case: 17-30831      Document: 00514268351    Page: 81    Date Filed: 12/11/2017

Judge Amy Berman Jackson                                    December 4th, 2017
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

The clock is ticking. It might be too late for justice to be served.


Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 91 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 88 of 89
Case: 17-30831      Document: 00514268351      Page: 82      Date Filed: 12/11/2017

Clerk Mark Langer                                    December 1st, 2017
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington D.C. 20001

Please review. Look at what Judge Jackson did to my Notices of Appeal and compare that to her docket entry of November 29th, 2017. She acted as an Appeal Judge and a District Court Judge and denied both of my Notices of Appeal. Why does she state in the entry that I can appeal? Why did she lie about the pleadings? I take responsibility for what I do.

One day you will have to get into this war and not be standing on the sidelines watching the demise of Mankind.

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

**FROM:** Christensen
Box 9063
Miramar Beach, FL
32550

**TO:** Clerk
DC Court
333 Constitution Ave NW
Washington, DC
20001

9505 5134 4387 8024 2361 51

**M A I L** ★

DATE OF DELIVERY SPECIFIED*

USPS TRACKING™ INCLUDED*

INSURANCE INCLUDED*

PICKUP AVAILABLE

* Domestic only

JSED INTERNATIONALLY,
STOMS DECLARATION
L MAY BE REQUIRED.

EP14F July 2013
OD: 12.5 x 9.5

0001000014

UNITED STATES
POSTAL SERVICE ®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE




# Attachment 2

# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

## **Motion for Leave to file**
## **Memorandum**
## **April 8th, 2018**

Appeal from the United States District Court, Eastern District of Louisiana Case 2:10-md-02179-CJB-SS

Case No. 16-30918

IN RE: DEEPWATER HORIZON

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; ET AL,

Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

Defendants - Appellees

v.

DAVID ANDREW CHRISTENSON,

Movant – Appellant

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com
504-715-3086

1

# Motion for Leave to file
## Memorandum
### April 8th, 2018

Vindication. I take no satisfaction in being vindicated. I lost everything. I lost my God, my country, my family, my friends and my soul.

You wake up to the same world that I do. Are you doing anything to help? If you don't get into the game there is no doubt that Mankind will cease to exist. You need to do more than just being a judge. You need to be a human being that cares about his fellow man. I know stepping outside your comfort zone and getting your hands dirty is tough, but these are tough times that require extraordinary and heroic actions. I beg you to be part of the solution before it is truly too late.

Vindication. The vindication is twofold. The first is the fact mathematically Mankind will cease to exist by October 12th, 2050. The second is that no one cares. None of us that have an ethical, moral and legal responsibility have done anything to save Mankind. Many that have taken the oath have not only abrogated their responsibilities but they have intentionally harmed Mankind.

Special Counsel/FBI Director Robert Mueller was instrumental in criminally violating my Constitutional Rights. Mueller classified me as a terrorist.

Suicides are up 300% in New Orleans for the 10 years following Hurricane Katrina. Suicides are up 100% – 400%, maybe higher but reporting is corrupt, nationwide since Hurricane Katrina.

Suicides will outnumber births in the next three decades. Do the Math.

1 suicide today will equate to 65,000 in 2050 at current progressions. Therapy and medications will not correct the suicide epidemic. Americans deserve to know the truth.

In simplest terms. The First Amendment is the only antidote. We have to have unfiltered knowledge. We have to have an open and honest dialogue that is nonpolitical, non-religious and non-capitalistic.

The truth will bring us together to save Mankind.

We have to have the "Rule of Law". (It seems that everyone is corrupt)

There is a point of no return but I can't tell you when because I don't have accurate information.

In the history of the universe it will be written that Mankind committed suicide, voluntarily committed suicide.

Please read the (duplicates) pleadings that have been filed in the following 8 cases.

I beg you to care about Mankind.

2

1. United States v. BOUCHER (1-18:cr-00004)

2. United States v. Manafort (1:18-cr-00083)

3. Manafort v. United States (1:18-cv-00011)

4. United States v. Flynn (1:17-cr-00232)

5. United States v. Papadopoulos (1:17-cr-00182)

6. United States v. Manafort (1:17-cr-00201)

7. United States v. Internet Research Agency LLC (1:18-cr-00032)

8. United States v. Van Der Zwann (1:18-cr-00031)

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

## Certificate of Service

I hereby certify that I have served a copy of this document on all counsel of record either in person, Pacer, email or by mailing it postage prepaid on this 11th, day of April, 2018.

_____

Signature David Andrew Christenson

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

United States of America

v.

Paul J. Manafort and Richard W.
Gates III
Defendants

Criminal Docket No. 1:17-cr-201
(ABJ/DAR)
Judge Amy Berman Jackson

**Emergency** Addendum Five to Writ of Mandamus and Prohibition

# I failed my God, my country, my family, my friends.

# My mortal sin is that I failed Mankind.

**Suicides in New Orleans have increased more than 300% since Hurricane Katrina. Mathematically suicides will outnumber births worldwide in the next 32 years at current growth progressions.**

New Orleans was the epicenter for the release of the Katrina Virus. I lived in New Orleans. People that I knew have committed suicide. Soldiers, Veterans and their family members have committed suicide. The events in this one city represent a microcosm for what is going to happen to the world.

The Katrina Virus is the perfect military weapon: organic, easy to disperse and dissipates in five days with the result being the opposing army committing suicide.

I wrote the Rand Corporation (Chairman Paul Kaminski and President Michael Rich) and sent my hardback books on January 16th, 2012, the four letters are attached. This is why they are involved.

This is the criminal cover-up that has been perpetrated on the American People by Special Counsel/FBI Director Robert Mueller. He took an oath and was entrusted to protect us, not murder us.

Here are the highlights from the following article from the New Orleans Times Picayune which is attached.

They blame the suicides on mental illness

# The mental illness is Manmade. We murdered ourselves.

This is another perfect example of Federal Desensitizing Propaganda

They still cover-up the truth that could save us

The truth is much worse than what the article states, remember that

**New Orleans suicides skyrocketed after Katrina. Here's where we are now**
Updated 4:20 PM; Posted 2:14 PM
http://www.nola.com/health/index.ssf/2018/03/new_orleans_suicide_data.html
By Chelsea Brasted cbrasted@nola.com

- ➤ New Orleanians were killing themselves at a rate near triple what it had been before the storm.

- ➤ In a June 2006 story for The New York Times, Orleans Parish Coroner Dr. Jeffrey Rouse said the suicide rate, which is measured per 100,000 residents, had jumped from fewer than 9 before Katrina to more than 26 after it.

- ➤ He and another expert noted the number was likely higher because some deaths remained unclassified or may have been incorrectly termed accidents. (More of the cover-up)

- ➤ A decade later, Rouse teamed up with RAND Corp. to study New Orleans' continued high suicide numbers.

- ➤ Nationally, The Trace reports that between 2013 and 2016, suicide accounts for 61.6 percent of gun deaths.

- ➤ In Louisiana in 2015, researchers reported, about 75 percent of gun deaths were suicides.

- ➤ Still, the most common thread in all the cases researchers examined was chronic mental illness.

We have failed ourselves.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on March 30th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

New Orleans suicides skyrocketed after Katrina. Here's where we are now

Updated 4:20 PM; Posted 2:14 PM

http://www.nola.com/health/index.ssf/2018/03/new_orleans_suicide_data.html

By Chelsea Brastedcbrasted@nola.com,

NOLA.com | The Times-Picayune

As New Orleans reeled in the months after Hurricane Katrina in 2005, mental health experts pointed to one growing number with a particular level of concern: The city's suicide rate.

As was widely reported at the time, New Orleanians were killing themselves at a rate near triple what it had been before the storm. In a June 2006 story for The New York Times, Orleans Parish Coroner Dr. Jeffrey Rouse said the suicide rate, which is measured per 100,000 residents, had jumped from fewer than 9 before Katrina to more than 26 after it. He and another expert noted the number was likely higher because some deaths remained unclassified or may have been incorrectly termed accidents.

A decade later, Rouse teamed up with RAND Corp. to study New Orleans' continued high suicide numbers. The second of two studies that resulted from that partnership was published in January, revealing new details about what the city faces. (The studies can be found here and here, but they are behind a paywall.)

The researchers, led by Dr. Rajeev Ramchand, spoke with family and close friends of 17 of the 60 people who committed suicide between January 2015 and April 2016. (There were 61 deaths during this time classified as suicides, but researchers left one out because it was ruled a suicide-homicide.) For comparison, that's about 30 percent the number of the 204 people killed by homicide in the same stretch of time in New Orleans, according to NOLA.com | The Times-Picayune data.

Ramchand had been interested in undertaking a study of this type by talking to loved ones of those who had committed suicide. When the opportunity came up to do so in New Orleans, against the backdrop presented by Hurricane Katrina, he leapt at it.

"New Orleans did provide some interesting context," he said, not the least of which is the city's violent history and how unsafe some felt in the time immediately following the storm.

"There's a notion that where guns are more present ... there are higher suicide rates," he said. "People buy guns to protect themselves from violence, but in doing so, the unintended consequences are, if you have more guns around, you'll have more accidental deaths and more suicide."

So the researchers started calling.

Over a 16-month stretch of research in New Orleans, guns were used in 53 percent of suicides. A handgun specifically was used in eight of the 17 examined New Orleans cases.

In 2015, 722 suicides were reported across Louisiana, and in 65 percent of those cases, a gun was used. The disparity between New Orleans and statewide data, Ramchand said, could be attributed to the higher rates of gun ownership generally expected in rural areas, though he said the latest state-level gun ownership data was compiled in 2004.

In discussing the results, researchers noted that an "unintended consequence" of reducing crime in New Orleans and creating an environment in which people feel safer could mean fewer gun owners, which in turn could mean diminished access to guns and thusly fewer suicides.

Nationally, The Trace reports that between 2013 and 2016, suicide accounts for 61.6 percent of gun deaths. In Louisiana in 2015, researchers reported, about 75 percent of gun deaths were suicides.

Suicide by asphyxiationor suffocation, was the next most common cause of death in New Orleans during the research period, seen in 25 percent of cases.

Men in New Orleans were more likely to commit suicide than women in those months, comprising 52 of the 60 cases. And those who commit suicide are more likely to be white, according to the researchers' data. Though whites make up 30.7 percent of the city, that part of the population accounted for 67 percent of suicides.

Ramchand and his team also took a look at the circumstances around the deaths, he said, trying to nail down advance indicators. A difficult one to parse, he said, was trauma, which could range from childhood abuse to a recent experience of violence, the death of a loved one or even a natural disaster. "Trauma isn't necessary," he said of suicide deaths. "But it is a sufficient factor. We weren't able to untangle it, but I do think it's an area of interest."

Of note, Ramchand said, is that a few of the family members researchers spoke with reported that guns had been purchased after Katrina by those who committed suicide. The purchases, he said were a "direct response" to the storm.

Still, the most common thread in all the cases researchers examined was <u>chronic mental illness</u>. Of the 17 cases, 12 were reported to have had a "lifetime history of at least one mental health diagnosis," researchers reported.

Lowering New Orleans' suicide rate, then, could take a variety of solutions, the research implies, like making people feel generally safer. It might be a lofty goal, but, until then, they noted, "investment should also be made to ensure" people have "appropriate resources to grieve."

Note: If you or you're concerned a loved one is having suicidal thoughts, call the National Suicide Prevention Lifeline at 800-273-TALK. You can also text "START" to 741741, the Crisis Text Line. If you suspect someone of needing immediate help, call 911.

01/16/2012

Michael D. Rich
President Rand Corporation
1776 Main Street
Box 2138
Santa Monica, Ca. 90401-3208
310-393-0411 Ext. 6934

Michael,

Here is the book, <u>An American Born Terrorist's Emails To the Department Of Justice</u>, which you requested.

I agree with you that there needs to be a verifiable paper trail. The cover-up is epic.

We are talking about the greatest cover-up of our time and possible in the history of the United States.

Our governments have committed genocide, murder and crimes against humanity.

The US Military conducted operational missions, in violation of Federal Law, in New Orleans after Hurricane Katrina.
The US Military killed and murdered Americans on American soil after Hurricane Katrina. The victims had their Constitutional and Civil rights violated and were not provided "due process". Over 1500 people are unaccounted for.
The Katrina Virus was released from classified DOD and CIA facilities. The end result will be the genocide/murder of those people who lived in New Orleans. The National Institute of Health is tracking over one hundred and fifty thousand people and using the BP oil spill as a cover. Harvard University is tacking the victims as well.

When is our government going to inform the victims that they have been infected?

Please review www.persimmonpublishingus.com

Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
dchristenson6@hotmail.com
www.persimmonpublishingus.com

Michael D. Rich                                                    04/09/2012
President Rand Corporation
1776 Main Street
Box 2138
Santa Monica, Ca. 90401-3208
310-393-0411 Ext. 6934

Michael,

# Part II

Here is my second book: The United States Supreme Court and The Katrina Virus.

The enclosed book and this letter will serve as a documented paper trail. You have participated in the Genocide, Murder and Crimes against Humanity that have taken place in New Orleans since Hurricane Katrina.

I was classified as a terrorist by the Department of Justice for trying to bring your crimes to light.

Please review www.persimmonpublishingus.com

These crimes will come to light in time. Please remember that the National Institute of Health is tracking over one hundred and fifty thousand (150000) people from the New Orleans area. The NIH is using the BP oil spill as a cover. Harvard University is conducting a study as well.

Why was the US Military conducting operational missions on US soil after Katrina?
Why has the public not been notified about the Katrina Virus and the long term effects? Death! The Katrina Virus is a chemical warfare component.
Why did the US Military kill Americans in violation of Federal Law and without providing "due process"?
There are over 1500 missing Americans. How many did the US Military Kill?
**What about the BP oil spill and the contamination?**

# Am I wrong about your involvement and participation?

Sincerely,
David Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
dchristenson6@hotmail.com
www.persimmonpublishingus.com

01/16/2012

Paul Kaminski
Chairman Rand Corporation
1776 Main Street
Box 2138
Santa Monica, Ca. 90401-3208
310-393-0411 Ext. 6934

Paul,

Here is the book, <u>**An American Born Terrorist's Emails To the Department Of Justice**</u>, which you requested.

I agree with you that there needs to be a verifiable paper trail. The cover-up is epic.

We are talking about the greatest cover-up of our time and possible in the history of the United States.

Our governments have committed genocide, murder and crimes against humanity.

The US Military conducted operational missions, in violation of Federal Law, in New Orleans after Hurricane Katrina.
The US Military killed and murdered Americans on American soil after Hurricane Katrina. The victims had their Constitutional and Civil rights violated and were not provided "due process". Over 1500 people are unaccounted for.
The Katrina Virus was released from classified DOD and CIA facilities. The end result will be the genocide/murder of those people who lived in New Orleans. The National Institute of Health is tracking over one hundred and fifty thousand people and using the BP oil spill as a cover. Harvard University is tacking the victims as well.

When is our government going to inform the victims that they have been infected?

Please review www.persimmonpublishingus.com

Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
dchristenson6@hotmail.com
www.persimmonpublishingus.com

Paul Kaminski                                                04/09/2012
Chairman Rand Corporation
1776 Main Street
Box 2138
Santa Monica, Ca. 90401-3208
310-393-0411 Ext. 6934

Paul,

# Part II

Here is my second book: The United States Supreme Court and The Katrina Virus.

The enclosed book and this letter will serve as a documented paper trail. You have participated in the Genocide, Murder and Crimes against Humanity that have taken place in New Orleans since Hurricane Katrina.

I was classified as a terrorist by the Department of Justice for trying to bring your crimes to light.

Please review www.persimmonpublishingus.com

These crimes will come to light in time. Please remember that the National Institute of Health is tracking over one hundred and fifty thousand (150000) people from the New Orleans area. The NIH is using the BP oil spill as a cover. Harvard University is conducting a study as well.

Why was the US Military conducting operational missions on US soil after Katrina?
Why has the public not been notified about the Katrina Virus and the long term effects? Death! The Katrina Virus is a chemical warfare component.
Why did the US Military kill Americans in violation of Federal Law and without providing "due process"?
There are over 1500 missing Americans. How many did the US Military Kill?
<u>What about the BP oil spill and the contamination?</u>

# Am I wrong about your involvement and participation?

Sincerely,
David Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
dchristenson6@hotmail.com
www.persimmonpublishingus.com

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

Movant David Andrew Christenson                    Civ. No. 1:18-cv-00011 (ABJ)


Paul J. Manafort Jr.                               COMPLAINT FOR DECLARATORY AND
Plaintiff                                          INJUNCTIVE RELIEF


v.

United States Department of Justice
Acting Attorney General Rod J. Rosenstein
Special Counsel Robert S. Mueller

Addendum One to Writ of Mandamus and Prohibition

The pen is not mightier than the sword. If it were Americans would know the truth.

The First Amendment is inconsequential

Our firefighters, our heroes who saved lives are dying.

The courts were supposed to protect them.

Factual and verifiable microcosm of how Mankind will end. What took place in New Orleans during Hurricane Katrina is a thousand times worse. Do not deny what you know to be the truth. The American People, and you and your family, have a Constitutional Right to know the truth. New Orleans is the chemical warfare capital of the world. The Katrina Virus is real. Ask Special Counsel/FBI Director Robert Mueller. (The Katrina Virus is a compilation term) The CIA/DOD had hardened facilities and laboratories in the World Trade Centers that would be used if there was a bio/terrorism attack. The secret facilities and laboratories contained viruses, bacteria, fungi, chemical warfare contaminates, etc. No one ever envisioned that a terrorist attack could collapse the World Trade Centers thus releasing everything. The Katrina Virus was released.

Federal Desensitizing Propaganda and Censorship. The following article states that there were 14 categories of cancer. The article should have stated that 60 plus cancers in 14 categories escaped. Just how does a cancer escape? Our government refuses to tell the American People the truth. Our Government allows our heroes to die painful deaths to keep their secrets, their dirty Goddamn secrets. The courts censor people like me. The courts are coconspirators.

US adds cancer to list of illnesses linked to 9/11 terror attacks
By NBC News and wire services September 11, 2012, 6:02 am NBCNews.com
http://usnews.nbcnews.com/_news/2012/09/10/13783417-us-adds-cancer-to-list-of-illnesses-linked-to-911-terror-attacks Updated at 5:15 p.m. ET: The federal government on Monday added 14 categories of cancer to the list of illnesses linked to the 9/11 terror attacks, which brings added coverage to rescue workers and people living near ground zero on Sept. 11, 2001. The National Institute for Occupational Safety and Health approved the additions to the list of illnesses covered in the James Zadroga 9/11

Health and Compensation Act, which were proposed in June. The updated regulations take effect 30 days after the ruling is published in the Federal Register.

Attached is the following article that BBC published: Obituary: The 9/11 rescuers who died a day apart, 17 years on By Roland Hughes BBC News 25 March 2018
http://www.bbc.com/news/world-us-canada-43498200

Here are the Highlights. One important point is that they never talk about suicide or murder(s)-suicide.

- ➢ According to records maintained by the Uniformed Firefighters Association of Greater New York (UFANYC) union, theirs were the 172nd and 173rd deaths of firefighters to have occurred because of 9/11-related illnesses, and the sixth and seventh so far this year.

- ➢ About 400,000 people are believed to have been exposed to toxic contaminants, or suffered injury or trauma in lower Manhattan that day, according to the Center for Disease Control and Prevention (CDC).

- ➢ The president of the UFANYC told the BBC that roughly one in eight firefighters who were at Ground Zero have since come down with cancer.

- ➢ About 400,000 people are believed to have been exposed to toxic contaminants

## THE KATRINA VIRUS INFECTED ONE HUNDRED AND FIFTY-FIVE MILLION AMERICANS AND CANADIANS. THERE IS NO WAY TO CALCULATE HOW MANY WERE INFECTED IN EUROPE AND THE WORLD.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on March 26th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

Obituary: The 9/11 rescuers who died a day apart, 17 years on

By Roland Hughes BBC News 25 March 2018 http://www.bbc.com/news/world-us-canada-43498200

When Thomas Phelan and Keith Young died within a day of each other last week, it was as a result of cancer, from which both had been suffering.

But the underlying cause of the firefighters' deaths was the event which they both witnessed up close 17 years earlier: the 11 September attack on New York.

Phelan and Young's names will not be added to the official tally of 2,977 people killed in the attacks, which also targeted the Pentagon and a plane that crashed in Shanksville, Pennsylvania.

Their deaths were, however, a result of what happened at the World Trade Center that September morning.

According to records maintained by the Uniformed Firefighters Association of Greater New York (UFANYC) union, theirs were the 172nd and 173rd deaths of firefighters to have occurred because of 9/11-related illnesses, and the sixth and seventh so far this year.

Another former New York firefighter, Paul Tokarski, died of what was called a "WTC-related illness" on 10 March.

Inevitability, sadly, their deaths will not be the last.

About 400,000 people are believed to have been exposed to toxic contaminants, or suffered injury or trauma in lower Manhattan that day, according to the Center for Disease Control and Prevention (CDC).

The president of the UFANYC told the BBC that roughly one in eight firefighters who were at Ground Zero have since come down with cancer.

Thomas Phelan was not working for the New York City Fire Department (FDNY) on 9/11, but played a critical role that stood him in good stead for his later career.

At the time, he was working as a pilot for the tourist ferry service running between Manhattan and the Statue of Liberty.

Soon after the attacks on the World Trade Center took place, all transport to and from Manhattan was shut down. Bridges, main roads and tunnels were closed, and people found themselves stranded on Manhattan, with no evacuation plan in place.

9/11 memories from the wreckage

What happened next was a mass evacuation by boat that was larger even than what happened in Dunkirk during World War Two.

About 500,000 people are estimated to have been taken to safety by boat in only nine hours - the largest evacuation in New York City's history.

Over several hours, Phelan carried hundreds of passengers from Manhattan to New Jersey, and transported first responders and supplies close to the ruins of the World Trade Center.

"When everybody was trying to get away, Thomas got that boat in position to help and evacuate," his friend Bryan Lang told ny1.com. "And what's great is that he never talked about it. You would never ever know what Thomas did."

Many of the mariners who took part in the evacuation have since fallen ill - Phelan among them.

He stopped working for the Statue of Liberty ferry in May 2003 and joined the New York City Fire Department (FDNY), eventually making his way back on to the water as a pilot on board a firefighting boat.

Phelan, who was 45, was diagnosed with lung cancer only two months ago, not long after running his best marathon time. He died on Friday 16 March, and hundreds of firefighters lined the streets of the Brooklyn neighbourhood of Sunset Park for his funeral on Tuesday.

Gerard Fitzgerald, the president of the firefighters' union the UFANYC, said Phelan, a friend for more than 25 years, was "a very talented, very nice, good-hearted guy".

Among others to pay tribute was New York Mayor Bill de Blasio, who said Phelan's "heroism saved hundreds of lives".

Keith Young joined the FDNY in 1998 and was stationed in Midwood, Brooklyn on the day of the attacks, when 343 firefighters were killed.

He joined the rescue and recovery efforts at Ground Zero, which went on for nine months afterwards.

While no emergency workers died during the recovery efforts, working in Ground Zero soon took its toll.

The first 9/11-related death of a firefighter registered after the disaster is that of Gary Celentani, who took his own life 14 months after losing many of his close friends.

Many others, like Young, were struck down with cancer attributed to the effects of being at the site.

He first fell ill in December 2015, three years after his wife Beth died of breast cancer aged 47, and underwent surgery to remove a large tumour from his pelvis.

After his treatment, he retired from duty, but died aged 53 on Saturday 17 March.

"He fought so hard and kept believing in miracles," his daughter Kaley wrote on Facebook after his death. "There are so many adjectives we could use to describe my dad: funny, smart, kind. He was just an incredible human."

While working for the FDNY, he became well-known for his skills in the kitchen, and received a degree in culinary studies.

In 2003, he published a book, Cooking With The Firehouse Chef, and he went on to win two titles on the Food Network television show Chopped.

He leaves two daughters and a son, and his funeral took place on Saturday.

According to the CDC, just under 70,000 people who helped during 9/11 have applied for medical aid after the disaster, as have about 14,300 people who were in New York City at the time.

Among the main illnesses treated are chronic coughs, asthma, cancers and depression.

In January 2011, the Zadroga Act - named after a police officer who died of a lung disease - was signed into law, authorising a fund for monitoring, treatment and compensation for 9/11 survivors. So far, close to $3.3bn has been paid out.

New York's Committee for Occupational Safety & Health says that about 6,000 of the 9/11 first responders are now living with cancer, with thousands more suffering breathing problems or mental health issues.

Many, it said, had "suffered severe exposure to numerous WTC-derived contaminants".

Gerard Fitzgerald, of the firefighters' union the UFANYC, told the BBC that of the 10,000 active firefighters and 6,000 retirees who attended Ground Zero on or after 9/11, about 2,000 had gone on to suffer some form of cancer.

He fears the alarming rate of cancer cases among New York firefighters could soon increase substantially. It's feared that 9/11 first responders were exposed to significant amounts of asbestos, but cancers caused by asbestos exposure rarely emerge until 15 years later.

"We are living proof of the 9/11 effects, of that toxic soup we were breathing in," said Mr Fitzgerald, who arrived in Manhattan just after the second tower fell, before staying for 40 more hours.

"Every time, the thought goes through your head - could it be me next? Is it inside me? But you can't live like that."

http://usnews.nbcnews.com/_news/2012/09/10/13783417-us-adds-cancer-to-list-of-illnesses-linked-to-911-terror-attacks

## US adds cancer to list of illnesses linked to 9/11 terror attacks

*By NBC News and wire services*
*September 11, 2012, 6:02 am*

NBCNews.com

Updated at 5:15 p.m. ET: The federal government on Monday added 14 categories of cancer to the list of illnesses linked to the 9/11 terror attacks, which brings added coverage to rescue workers and people living near ground zero on Sept. 11, 2001.

The National Institute for Occupational Safety and Health approved the additions to the list of illnesses covered in the James Zadroga 9/11 Health and Compensation Act, which were proposed in June. The updated regulations take effect 30 days after the ruling is published in the Federal Register.

See more on this story on NBCNewYork.com

The decision "marks an important step in the effort to provide needed treatment and care to 9/11 responders and survivors," said Dr. John Howard, administrator of the World Trade Center Health Program established by the Zadroga law.

The Zadroga Act — named after NYPD Detective James Zadroga, who died at age 34 after working at ground zero — was signed into law nearly two years ago. Despite the hundreds of sick responders, the act did not cover cancer because of a supposed lack of scientific evidence linking cancer to ground zero toxins.

"We are getting sick in record numbers," said Ray Pfeiffer, a first responder who was diagnosed three years ago with kidney cancer. He said it has been a struggle to pay for expensive medications not fully covered by his insurance.

"It's fantastic news," he said of the expanded list of covered illnesses.

About 400 residents and rescue workers have died from cancer since 9/11, according to the New York Post.

With cancer included in the program more victims are likely to seek compensation, which could cause individual awards to be reduced as officials divide up the $2.77 billion fund.

"They're going to add cancers, but are they going to add more money to the fund?" Thomas "T.J." Gilmartin, who suffers from lung disease and sleep apnea, said to the Post. "It's crazy. Every time, we gotta fight. It's two years since Obama signed that bill, and nobody's got 10 cents."

"We fought long and hard to make sure that our 9/11 heroes suffering from cancers obtained from their work at ground zero get the help they deserve," U.S. Senators Kirsten Gillibrand and Charles E. Schumer, both of New York, said in a statement. "Today's announcement is a huge step forward that will provide justice and support to so many who are now suffering from cancer and other illnesses. We will press on - with advocates, the community, and our partners in government - to ensure that all those who suffered harm from 9/11 and its aftermath get the access to the program they so desperately need."

Last week, the New York City Fire Department added nine names to the 55 already etched on a wall honoring members who have died of illnesses related to ground zero rescue and recovery work, Reuters reported.

11/09/2012 07:07 AM

http://usnews.nbcnews.com/_news/2012/09/10/13783417-us-adds-cancer-to-list-of-illnesses-linked-to-911-terror-attacks



*Family photo via NY Daily News / AP File In this undated file photo. New York City Police Det. James Zadroga, left, holds his daughter Tylerann. Fifty cancers will be added to the Zadroga Act, which was named after the detective--who died of respiratory failure in Jan. 2006 after working at ground zero.*

Some estimates put the overall death toll from 9/11-related illness at more than 1,000, according to Reuters. At least 20,000 ground zero workers are being treated across the country and 40,000 are being monitored by the World Trade Center Health Program, Reuters reported.

Tuesday marks the 11th anniversary of the 9/11 terror attacks.

Last fall, the September 11 Memorial at ground zero finally opened in the footprints of the original towers. Since then, more than 4 million people have visited.

Financial, security and design setbacks have delayed the redevelopment of the World Trade Center in the past decade. A recent project audit indicates that overall site redevelopment costs have grown to nearly $15 billion.

One World Trade Center is nearing completion and is expected to open in 2014.

NBCNewYork.com's Brynn Gingras and Reuters contributed to this report.

More content from NBCNews.com:

- Should felons vote? In some states, it's easy; in others, impossible
- FBI arrests Trenton, N.J., mayor, others in corruption probe
- SEAL explains why bin Laden was dangerous when killed
- 'Jew Pond' name officially changed on US maps
- In Arctic oil battle, Shell starts preliminary drilling

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA                    CRIMINAL NO. 1:18 Cr. 83 (TSE)(S-1)
v.
PAUL J. MANAFORT, JR.,                       Senior Judge T.S. Ellis, III
RICHARD W. GATES III,
DEFENDANTS

### Addendum Seven to Writ of Mandamus and Prohibition

### <u>Why do you want a front row seat to the Genocide of Mankind?</u>

### <u>FACT: THE FEDERAL BUDGET DEFICIT WILL HIT 150 TRILLION DOLLARS BY 2050!!! Do the math.</u>

Gross Domestic Product (GDP) is the broadest quantitative measure of a nation's total economic activity.
The GDP for 2017 was roughly 19 Trillion Dollars.
The Federal Budget for 2017 was roughly 4.2 Trillion Dollars.
The Federal Budget <u>Deficit</u> for 2017 was 668 Billion Dollars.
The government payed out over $474.5 billion in interest in fiscal 2017.

> The Military's Budget for 2017 was 625 Billion Dollars. (That number is low because of the classified programs).

> The interest expense associated with the Federal Deficit will exceed what we spend on Defense in the next few years.

> When will people realize that our Nations Budget will be directed towards medical and mental health care? The epidemics in suicides, murder(s)-suicide(s), Alzheimer's, dementia, influenza and pneumonia deaths, asthma, allergies, cancer, insanity, etc. are a product of the Federal Government. The medical and mental maladies will exhaust our Federal Budget. This is a chemical induced suicide.

### <u>FACT: SOMEHOW THE CLOWNS IN CHARGE WILL START A WAR.</u>
### <u>THIS WILL EXACERBATE THE DEMISE OF MANKIND.</u>

When the birthrate (negatively) surpasses minus -3% Mankind will cease to exist. This is the point of no return. Life expectancies are decreasing because of Man's stupid mistakes.

Everything I am talking about will accelerate like a nuclear bomb does and create an explosion that will rip the earth apart. This is the perfect explosion.

# <u>ALL BECAUSE OF CENSORSHIP BY THE FEDERAL JUDICIARY.</u>

What I can't understand is why the Federal Judiciary wants to have a front row seat.

**We have knowingly accepted, without a fight, that which could be changed. Why?**

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on April 10th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson



P S 0 0 0 0 1 0 0 0 0 1 4

EP14F July 2013
OD: 12.5 x 9.5

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

★ **MAIL** ★

**USPS TRACKING NUMBER**

9505 6134 4387 8101 2720 41

**Expected Delivery Day: 04/13/2018**

▦ **DATE OF DELIVERY SPECIFIED***

🛰 **USPS TRACKING™ INCLUDED***

$ **INSURANCE INCLUDED***

📦 **PICKUP AVAILABLE**

* Domestic only

PRESS FIRMLY TO SEAL



U.S. POSTAGE
MIRAMAR BEACH, FL
APR 11
AMOUNT

**$6.70**
R2305K135579-13

1006

70130

FROM: Christensen
DW0906 3
MiRAMAR BEAch, FL
32550

TO:
Clerk
5th Circuit
600 S. maestri Place
New Orleans, LA
70130





**UNITED STATES**
**POSTAL SERVIC**