UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
DEMOCRATIC NATIONAL COMMITTEE,

       Plaintiff,

  -against-

THE RUSSIAN FEDERATION, et al;

       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Civil Action No. 1:18-cv-03501

**MOTION FOR ADMISSION**
***PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Geoffrey Graber, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff in the above-captioned action.

I am in good standing of the bars of the state of California and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied readmission by any court. Pursuant to Local Rule 1.3, I have attached certificates of good standing from the bar of the District of Columbia and the Supreme Court of California as Exhibits A and B, respectively, my affidavit as Exhibit C, and a proposed order for admission.

Dated: April 26, 2018 New York, NY

Respectfully submitted,

*/s/ Geoffrey Graber*

Geoffrey Graber
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
ggraber@cohenmilstein.com

*Attorney for Plaintiff*

# Exhibit A



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Geoffrey Aaron Graber*

was duly qualified and admitted on **March 13, 2015** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on April 24, 2018.

*Julio A. Castillo*
JULIO A. CASTILLO
Clerk of the Court

Issued By: *Emily E. Taro*
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# Exhibit B



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer*

CERTIFICATE OF THE CLERK OF THE SUPREME COURT

OF THE

STATE OF CALIFORNIA

## GEOFFREY AARON GRABER

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that GEOFFREY AARON GRABER, #211547, was on the 4th day of December 2000, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 25th day of April 2018.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
*C. Wong, Senior Deputy Clerk*

# Exhibit C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

DEMOCRATIC NATIONAL COMMITTEE,

        Plaintiff,

  -against-

THE RUSSIAN FEDERATION, et al.,

        Defendants.

------------------------------------- X

Civil Action No. 1:18-cv-03501

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY GEOFFREY GRABER**

I, Geoffrey Graber, being duly sworn in, do hereby depose and state that:

1. I write this affidavit in support of my Motion for Admission *Pro Hac Vice* in the above-captioned action.

2. I am an attorney for Plaintiff, DEMOCRATIC NATIONAL COMMITTEE.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. There are no disciplinary proceedings pending presently against me.

Sworn to this 20 day of April, 2018.

_____
Geoffrey Graber

Subscribed and sworn to before me
This 20th day of April, 2018.

_____
Notary Public
My Commission expires: 1/1/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

DEMOCRATIC NATIONAL COMMITTEE,

      Plaintiff,                           Civil Action No. 1:18-cv-03501

   -against-

THE RUSSIAN FEDERATION, et al.,          **ORDER FOR ADMISSION**
                                                                      *PRO HAC VICE*

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

      The motion of Geoffrey Graber for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

      Applicant has declared that he is a member in good standing of the bars of the state of California and the District of Columbia; and that his contact information is as follows:

      Applicant's Name: **Geoffrey Graber**

      Firm Name: **Cohen Milstein Sellers & Toll, PLLC**

      Address: **1100 New York Ave., Suite 500, West Tower**

      City / State / Zip: **Washington / DC / 20005**

      Telephone / Fax: **(202) 408-4600 / (202) 408-3688**

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs in the above-entitled action;

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____          _____

                                                    United States District / Magistrate Judge