UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
DEMOCRATIC NATIONAL COMMITTEE,
                Plaintiff(s),

**NOTICE OF COURT CONFERENCE**

-against-

THE RUSSIAN FEDERATION,            18 civ 3501 (JGK)
                Defendant(s).
---------------------------------------------------------X

To All Parties,

    You are directed to appear for a pretrial conference, to be held on **Thursday, July 5, 2018,** in Courtroom 14A, at 10:30am, in front of the Honorable John G. Koeltl.

**All requests for adjournments must be made in writing to the Court.**

    For any further information, please contact the Court at (212) 805-0107.

                                                 **Don Fletcher**
                                      **Courtroom Case Manager**

Dated: New York, New York
         April 26, 2018

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/2018