```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED:  4-27-18
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- X

DEMOCRATIC NATIONAL COMMITTEE,

    Plaintiff,

  -against-

THE RUSSIAN FEDERATION, et al.,

    Defendants.

------------------------------------- X

Civil Action No. 1:18-cv-03501

**ORDER FOR ADMISSION**
*PRO HAC VICE*

    The motion of Geoffrey Graber for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

    Applicant has declared that he is a member in good standing of the bars of the state of California and the District of Columbia; and that his contact information is as follows:

    Applicant's Name: **Geoffrey Graber**

    Firm Name: **Cohen Milstein Sellers & Toll, PLLC**

    Address: **1100 New York Ave., Suite 500, West Tower**

    City / State / Zip: **Washington / DC / 20005**

    Telephone / Fax: **(202) 408-4600 / (202) 408-3688**

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs in the above-entitled action;

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

**SO ORDERED:**

_/s/ [signature]_
U.S.D.J.  4/26/18

Dated: _____          _____

United States District / Magistrate Judge