UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEMOCRATIC NATIONAL COMMITTEE,                18-cv-3501 (JGK)

        PLAINTIFF,                                    ORDER

- AGAINST -

THE RUSSIAN FEDERATION ET AL.,

        DEFENDANTS.

---

JOHN G. KOELTL, District Judge:

The motion to intervene (Dkt. No. 25) is **denied** because the movant has failed to show any basis for intervention, whether as of right or otherwise.

SO ORDERED.

Dated:    New York, New York
           April 28, 2018

                                            John G. Koeltl
                                      United States District Judge