UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| (Movant) David Andrew Christenson<br>Plaintiff | Civil Action No. 1:18-cv-03501 |
| v. | Racketeer Influenced and<br>Corrupt Organization Act (RICO) |
| Democratic Nation Committee and<br>Russian Federation, et al; | Judge John G. Koeltl |

Notice that David Andrew Christenson Intends to file a Racketeer Influenced and Corrupt Organization
Act (RICO) Complaint, etc. and Counter Complaint in this case
Against all Plaintiffs and Defendants

Duplicate pleadings have been filed in all of the following cases:

1. United States v. Boucher (1-18:cr-00004)
2. United States v. Manafort (1:18-cr-00083)
3. Manafort v. United States (1:18-cv-00011)
4. United States v. Flynn (1:17-cr-00232)
5. United States v. Papadopoulos (1:17-cr-00182)
6. United States v. Manafort (1:17-cr-00201)
7. United States v. Internet Research Agency LLC (1:18-cr-00032)
8. United States v. Van Der Zwann (1:18-cr-00031)
9. Deepwater Horizon v. BP Exploration & Production (16-30918)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-27-18

Godspeed.

Sincerely,

*/s/ David Andrew Christenson*

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on April 25th, 2018 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson








USPS TRACKING NUMBER
Expected Delivery Day: 04/27/2018
9505 5134 4387 8115 2766 53

**FROM:** Chris Stevenson
Box 9063
Miramar Beach, FL
32550

**TO:** Clerk
US District Court
S.D. New York
500 Pearl Street
New York, NY
10007-1312

RECEIVED 2018 APR 27 PM 3:19 CLERK'S OFFICE S.D.N.Y.

USMP3 SDNY

U.S. POSTAGE PAID
MIRAMAR BEACH, FL 32550
APR 25 '18
AMOUNT
$6.70
R2305K135379-13

PRESS FIRMLY TO SEAL

PS00001000014
EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE