UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson                  Civil Action No. 1:18-cv-03501

DEMOCRATIC NATIONAL COMMITTEE,             Racketeer Influenced and
                                                                                  Corrupt Organization Act (RICO)

Plaintiff,

v.

RUSSIAN FEDERATION, et al;
Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-27-18

Emergency Motion to Intervene and Emergency Motion to Join

Standing and Cause is granted to me by law because Thomas Perez is the Chairman of the Democratic Nation Committee. Democratic Party Chairman Thomas Perez was instrumental in tampering with the U.S. 2016 National Election. His actions were intentional, egregious, malicious and criminal. He criminally violated the Constitutional Rights of all Americans.

Before going further review the attached letter that I sent to DCDC Judges Jackson, Sullivan, Moss and Friedrich – EVDC Judge Ellis – 5th Circuit Judges – Stewart and Higginbotham – EDLA Judge Berrigan – Attorney Roberts and 5th Circuit Clerk Cayce. This is what your fellow Judge had to say about Perez. Here are some of the highlights from the letter. Quotes by EDLA Judge Kurt Engelhardt about Deputy Attorney General for Civil Rights Thomas Perez.

<u>"Using liars lying to convict liars is no way to pursue justice."</u>

*For example, he took aim at Assistant U.S. Attorney General Thomas Perez, head of the Justice Department's Civil Rights Division, writing that Perez <u>"glibly responded"</u> to some of Engelhardt's criticisms after the sentencing by saying <u>prosecutors can't pick witnesses at a "witness store."</u>*

*Chief Judge Kurt (EDLA) Engelhardt added in the footnote that the cooperating defendants were <u>"purchased, bought and paid for"</u> with more lenient sentences. <u>"Mr. Perez's comment misses the point,"</u> Engelhardt concluded.*

Deputy Attorney General for Civil Rights Thomas Perez was instrumental in having me classified as a terrorist, falsely arrested, placed into isolation and medicated against my will for 11 days in 2011. His reward was to become 14th in line to be President of the United States as Secretary of Labor. Perez's next reward was to be on the short list as Hillary Clinton's Vice President.

Perez also was active in swaying the opinions of Federal Judges when it came to me. He slandered and defamed me. To censor me he appointed a US Attorney by the name of Billy Gibbens to represent me. Gibbens gave away all of my Constitutional and Civil Rights.

By censoring me Perez censored all Americans. The censorship of life saving information is a Crime Against Humanity.

My book, The Reluctant Patriot, has a Library of Congress Control Number (LCCN) and was placed into the Library of Congress. The book has been removed from the Library of Congress and all reference to it and me have been sanitized and censored.

The Danziger Civil Rights Case in New Orleans after Hurricane Katrina. The Department of Justice had an electronic recording of what took place on the Danziger Bridge that day. The agreement between the defendants and prosecution was that the electronic recording would not be used and in exchange there would be no death penalty. The DOJ wanted a coverup conviction and not a murder conviction. They were hoping that the policemen would get 6 – 8 years for the cover-up and not the 65-year prison sentences that they got. God worked in a very mysterious way and gave the DOJ a World Series Winning Grand Slam. FBI Director Robert Mueller hedged his bet and assigned a two-year, non-investigator, to the case. The agent was convincing and became more convincing when he lied on the witness stand. This becomes exponentially more complicated because of the following: the US Navy was at the Danziger Bridge conducting illegal operational missions within the United States. American Sniper Chris Kyle actually bragged about murdering Americans in New Orleans. SEAL Team 22 from the Stennis Space Center, north of New Orleans on the Pearl River, committed genocide against our fellow Americans in violation of the Constitution and the Posse Act. It was Mueller's agents that were instrumental in covering up the murders.

Duplicate pleadings have been filed in all of the following cases:

1. United States v. Boucher (1-18:cr-00004)
2. United States v. Manafort (1:18-cr-00083)
3. Manafort v. United States (1:18-cv-00011)
4. United States v. Flynn (1:17-cr-00232)
5. United States v. Papadopoulos (1:17-cr-00182)
6. United States v. Manafort (1:17-cr-00201)
7. United States v. Internet Research Agency LLC (1:18-cr-00032)
8. United States v. Van Der Zwann (1:18-cr-00031)
9. Deepwater Horizon v. BP Exploration & Production (16-30918)

Godspeed.
Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on April 25th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

Judge A. Jackson,                                                        March 13th, 2018
DCDC Judges: A. Jackson, E. Sullivan, R. Moss and D. Friedrich
EVDC: Judge: T.S. Ellis III
5th Judges and Clerk: C. Stewart, P. Higginbotham and Clerk L. Cayce
EDLA: Judge G. Berrigan and Attorney Jane Roberts

This letter was mailed and emailed to the following US Attorneys that are working for Special Counsel Robert Mueller: Jeff Sessions, Rod J. Rosenstein, Michael Dreeben, Andrew Weissmann, Jeannie Rhee, James Quarles, Aaron Zebley, Greg Andres, Zainab Ahmad, Aaron Zelinsky, Kyle Freeny, Andrew Goldstein, Elizabeth Prelogar, Brandon Van Grack, Adam Jed, Rush Atkinson, Ryan K. Dickey, Aaron S. J. Zelinsky, Scott Meisler and Brian Richardson.

I start with words from your fellow Federal Judge: Kurt Engelhardt EDLA

Read the Horn Report (Much of the information in the Horn Report is still under Seal.)
(Why? The American People have a Constitutional Right to know the truth and the ramifications of what took place in New Orleans.)
https://www.justice.gov/opr/file/884691/download
DEPARTMENT OF JUSTICE
OFFICE OF
PROFESSIONAL RESPONSIBILITY
REPORT
Investigation of Allegations of Professional Misconduct
Against Former Assistant United States Attorneys Salvador
Perricone and Jan Mann, United States Attorney's Office
for the Eastern District of Louisiana
DECEMBER 20, 2013
NOTE: THIS REPORT CONTAINS INFORMATION FILED UNDER SEAL
IN UNITED STATES V. BOWEN, ET AL., CR. NO. 10-204 (E.D. LA.), AS
WELL AS SENSITIVE AND CONFIDENTIAL INFORMATION. DO NOT
DISTRIBUTE THE REPORT OR ITS CONTENTS WITHOUT THE PRIOR
APPROVAL OF THE OFFICE OF PROFESSIONAL RESPONSIBILITY.

Judge Kurt Engelhardt's Order and Reasons (129 pages) that granted a new trial in the Danziger Civil Rights Case
Case 2:10-cr-00204-KDE-SS Document 1137 Filed 09/17/13 Page 1 of 129 EDLA

The following are quotes from Chief Judge Kurt Engelhardt who presided over the Danziger criminal case. Danziger was the biggest Civil Rights case of the last 30 years. FBI Director Robert Mueller was an integral part of the criminal prosecution misconduct and coverup.

"Using liars lying to convict liars is no way to pursue justice."

The following quote could be from any of the judges that are presiding over the Special Prosecutor cases: **Lying prosecutors** using liars lying to convict liars is no way to pursue justice." The credibility of the Special Prosecutor has to be called into question because of past criminal conduct by Robert Mueller. The credibility of those attorneys and investigators that are working for the Special Prosecutor must be called into question as well. If they honor the oath that they took, they would demand that Mueller resign and be prosecuted.

*For example, he took aim at Assistant U.S. Attorney General Thomas Perez, head of the Justice Department's Civil Rights Division, writing that Perez "glibly responded" to some of Engelhardt's criticisms after the sentencing by saying prosecutors can't pick witnesses at a "witness store."*

*Chief Judge Kurt (EDLA) Engelhardt added in the footnote that the cooperating defendants were "purchased, bought and paid for" with more lenient sentences. "Mr. Perez's comment misses the point," Engelhardt concluded.*

[Here is a very scary point about the world that you have created. Secretary Thomas Perez was 11th in line to be President when he was Secretary of Labor. Is this the world you want to leave your children and grandchildren? Perez is going to run for President. It will be said that President Thomas Perez has no use for the Federal Judiciary. His actions will confirm.]

*Engelhardt delivered an eviscerating critique of the Department of Justice's prosecution and the harsh charges it brought, resulting in high mandatory minimum sentences.*

"the air of mendacity at this trial was not limited to the actions of the defendants."

Each one of the US attorneys is poisoned fruit from a poisoned tree. Special Counsel Robert Mueller should be prosecuted for Crimes Against Humanity, Genocide, Misprision of a Felony, Misprision of Treason, Murder, Conspiracy, etc. Mueller and his team should be turned over to the International Criminal Court in The Hague. (This will happen. The world will demand it.)

This is the oath that US Attorneys swear to:
"I, name, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God."

18 U.S. Code § 4 - Misprision of felony
Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.
(June 25, 1948, ch. 645, 62 Stat. 684; Pub. L. 103–322, title XXXIII, § 330016(1)(G), Sept. 13, 1994, 108 Stat. 2147.)

18 U.S. Code § 2382 - <u>Misprision of treason</u>
Whoever, owing allegiance to the United States and having knowledge of the commission of any treason against them, conceals and does not, as soon as may be, disclose and make known the same to the President or to some judge of the United States, or to the governor or to some judge or justice of a particular State, is guilty of misprision of treason and shall be fined under this title or imprisoned not more than seven years, or both.
(June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103–322, title XXXIII, § 330016(1)(H), Sept. 13, 1994, 108 Stat. 2147.)


Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

Updated 10/31/2011 DAC 05:32

An Unedited Synopsis.

Please Google all names.

THE RELUCTANT PATRIOT
By Captain David Andrew Christenson
(*Book Nine in a nine part series.*)
*Library of Congress LCCN 2011940256*
*ISBN 978-0-9846893-0-9 Hardback*
*ISBN 978-0-9846893-1-6 EBook*

Factual, documented and verifiable account of what happened to (The Author) Captain David Andrew Christenson, United States Air Force, on March 15th, 2011.

On the morning of March 15th, 2011 the FBI brought a 30 man SWAT team, with shoot to kill orders, to arrest Captain David Andrew Christenson for a non-violent, non-domestic, non-drug misdemeanor charge (Equivalent of a DUI or DWI.) of cyber stalking FBI Agent Steven Rayes. This was done under the authority of FBI Director Robert Mueller. Misinformation was provided to the press. Six months earlier on October 14th, 2010 (This is a very important date, see below) FBI Agent Steven Rayes contacted Captain David Andrew Christenson. Why did Agent Rayes contact Captain Christenson? Agent Rayes was a member of the uniformed Violent Crimes Task Force and he was not a true investigative type FBI Agent. Captain Christenson had been communicating with FBI Director Robert Mueller, Agents David Welker, Dewayne Horner, Joseph Downing, Kelly Bryson and Paula McCants. Agent Rayes was selected by Director Mueller to be the enforcer. Agent Rayes was an ex-enlisted Marine and street cop with no conscious and was someone who would blindly follow orders understanding the illegal mission. Agent Rayes was zealous and sadistic in carrying out his orders. Agent Rayes ordered Captain Christenson to email him at his official FBI email addresses. Agent Rayes commenced to harass, stalk, threaten, intimidate and assault Captain Christenson. On November 10th, 2010 Agent Rayes assaulted Captain Christenson at the Hilton Hotel in New Orleans. There was a DVD of the assault. The FBI used a Louisiana State arrest warrant and a Louisiana State search and seizure warrant. **The FBI did not use Federal Warrants. This needs to be said again. The FBI did not use Federal warrants. Captain David Andrew Christenson has never been charged with a crime.** The FBI claimed that two out of more than 500 emails sent to at least 10 different FBI Agents, including FBI Director Robert Mueller, by Captain Christenson were threatening. The emails were not threating and were consistent with previous informative and political emails. Captain Christenson never received an arraignment, a show cause hearing or a preliminary examination as is required by law. Orleans Parish District Attorney Leon Cannizzaro asked for a $500,000.00 bond. The Orleans Parish Criminal Court gave Captain Christenson a record bond of $300,000.00. Captain Christenson should have been released on his own recognizance or a $10,000.00 bond. (An armed carjacker received a $75,000.00 bond.) Captain Christenson was held for

11 days in the Orleans Parish Prison without being charged with a crime. After day three Captain Christenson was placed in isolation on the psychiatric floor of the house of detention (HOD) where he was medicated without his knowledge or consent. Attorney General Eric Holder directed Assistant US Attorney Billy Gibbens to represent Captain Christenson, which he did. Criminal defendants are not represented by US Attorneys. Billy Gibben's mission was to discredit Captain Christenson and to keep him in prison. The court record confirms this. Captain Christenson was to be permanently detained in a psychiatric hospital, medicated and discredited. The Louisiana State search and seizure warrant was used to steal evidence, legal files, the DVD of FBI Agent Rayes assaulting Captain Christenson, the DVD of the Danziger Bridge murders, etc. from Captain Christenson. United States Supreme Court files and communications and evidence of "The Katrina Virus" and pending Genocide were stolen as well.

## The Department of Justice classified Captain David Andrew Christenson as a terrorist.
This was done to bypass Federal Law and the Federal Judiciary. It was relayed to Captain Christenson that if he did not stop his research and quest for justice that he would be assassinated as a terrorist.

The FBI attempted to murder/assassinate Captain David Andrew Christenson while he was being held in isolation in the Orleans Parish Prison. Coast Guard Commander William Wesley Goetzee was not so lucky. He was murdered in the Orleans Parish Prison on August 7th, 2011. The FBI failed with Captain Christenson but succeeded with Commander Goetzee.

What was so important that the United States Government had to classify Captain David Andrew Christenson as a terrorist and then attempt to murder/assassinate him?

Chemical warfare ingredients, "THE KATRINA VIRUS", were released during Hurricane Katrina. The end result will be GENOCIDE for the residents of New Orleans. ("The Katrina Virus" represents all of the contaminants that were released from government research/laboratory, manufacturing and storage facilities. These facilities were controlled directly and indirectly by the Department of Defense and the Central Intelligence Agency and included public institutions such as local hospitals and medical schools. The Harvard University Medical School has been tasked with studying and tracking the long term health/medical issues and "The Katrina Virus".

The United States Military killed, executed and murdered Americans during Hurricane Katrina and after.
A side note. Secretary of Defense Donald Rumsfeld had a very public disagreement with President George Bush concerning the use of the military. Captain Christenson does not recall there ever being a public disagreement between the President and the Secretary. What is strange is that the press never picked up on the disagreement. Secretary Rumsfeld already knew about what the military had done and was concerned about the liabilities. President Bush had to order Secretary Rumsfeld to send in the troops. General Russel Honore and the troops arrived five days after Hurricane Katrina. General Honore confirmed to me that he was only responsible for what the military did after he arrived and not before. He was adamant about that. Both he and Coast Guard Admiral Mary Landry lost promotions, their next

star and were forced to retire. Why the five day delay when plans and procedures require the securing of an urban area within 72 hours after a catastrophe. There were several reasons for the delay. "The Katrina Virus" would disperse. The DOD and the CIA, in connection with the United States Navy, could clean up the mess without having the press around. It was brilliant the way the Federal Government kept the press occupied with the rescue missions, the superdome and the convention center. Louisiana Governor Kathleen Blanco was intentionally manipulated by the Federal Government and made into a scapegoat. FEMA Director Michael Brown was manipulated as well.

The BP oil spill. To be Written.

The Danziger Bridge. To be written.

Books Seven and Eight will start in September, 2005. The US Military arrives in New Orleans in the days preceding Hurricane Katrina. The units were issued millions of dollars in cash in satchels. Confirmed by Teresa McKay, Director of Department of Defense Finance and Accounting Service (DFAS). Teresa's husband, Jeffery McKay, and I attended the Air Force Academy together and were roommates in flight school. JK works in the Pentagon and is also one of my sources. In the days following Hurricane Katrina President Bush and Air Force One did a flyover of New Orleans but did not land. The White House issued a press release stating that security was not in place and that the President's landing would detract from the rescue missions. As an Air Force Pilot I flew support missions for the President, Air Force One and the Secret Service. I am intimately familiar with their procedures and protocols. President Bush and Air Force One did not land because <u>The White House did not want to infect the President and his staff with "The Katrina Virus" as was confirmed by Ambassador Donald Ensenat</u>. Security was in place and Belle Chase Naval Air Station was operational and secure. The senior leadership in New Orleans gave blood and DNA samples. This as well as other connections to "The Katrina Virus" were confirmed by Mayor Ray Nagin. After the Hurricane, USAA Insurance (A military insurance company run by Generals and Admirals with strong ties to the Pentagon.) informed us that they would be paying our claim because of the long term health issues that we would face. What did USAA know? In February, 2006 we purchased a condominium, under fraudulent circumstances, from Louis (Lee) Madere. He was the Louisiana State Grand Jury Foreman for the Danziger Bridge Murders. (*I cannot invent the truth*) The Catholic Church had filed a class action video voyeurism lawsuit against him. Madere entered the Federal Witness Protection Program on October 15th, 2010 (The important date from above.). Secretary of HUD, Mayor and Judge Moon Landrieu, the father of Senator Mary Landrieu and Mayor Mitch Landrieu, was a major source of information.

State Farm Insurance and the murder of prominent Los Angeles attorney James Robie of the Robie Matthai Law Firm. To be written. Please review your homeowner's policy. The medical liability provision of the homeowner's policy is substantial larger than the property loss provision. A $100,000.00 home could have a $5,000,000.00 medical liability provision. The loss to the insurance companies would be trillions of dollars if it was shown that "The Katrina Virus" was released.

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

United States of America                                   Criminal Docket No. 1:17-cr-182 (539)

v.                                                         Judge Randolph Daniel Moss

George Papadopoulos
Defendant

Supplemental Motion to Intervene/Friend of the Court Brief/Amicus Brief

I have been warning you about this for years. The criminal activity by the Department of Justice in New Orleans during and after Hurricane Katrina has spread.

**MUELLER IS POISONOUS FRUIT FROM A POISONOUS TREE. (FBI Agent William Bezak was trained by Mueller and look at what he did. Mueller was in direct control of the Danziger and Glover investigations.)**

**THE AMERICAN PEOPLE DESERVE BETTER. They deserve the truth and justice.**

Math and time will expose the truth, the crimes and the Genocide of Mankind. There is no escape. Trump is a rabid dog and he will do whatever it takes to save himself.

The Federal Judiciary has failed to protect the Constitution and thus the American People.

Where there is smoke there is fire.
The spotlight is constantly being moved away from the truth.
The cover-up accelerates, exponentially, in its growth.

House intel committee threatens DOJ, FBI with contempt in Russia election meddling probe
By Andrea Noble - The Washington Times - Sunday, December 3, 2017
https://www.washingtontimes.com/news/2017/dec/3/house-intel-committee-threatens-doj-fbi-with-conte/
House Republicans could draft a resolution to hold Deputy Attorney General Rod Rosenstein and FBI Director Christopher Wray in contempt of Congress as soon as Monday for failure to turn over documents sought as part of an intelligence committee investigation.
The move comes after what House Permanent Select Committee on Intelligence Chairman Devin Nunes describes as months of stonewalling on the part of the Justice Department and the FBI as his panel sought access to records related to federal investigators' use of the salacious Trump dossier compiled by British ex-spy Christopher Steele.
Mr. Nunes said the agencies suddenly became more forthcoming with some information when it was reported over the weekend that special counsel Robert Mueller had removed one of the FBI's top Russian counterintelligence investigators from his team after an internal probe found the agent had sent messages that showed possible bias for Hillary Clinton and against President Trump.
According to the special counsel's office, Peter Strzok, who led the investigation of Mrs. Clinton's email server in 2016, left the special counsel's team last summer. He sent the text messages to Lisa Page, an FBI lawyer who also left the Mueller investigation this past summer.

**Do you really believe that Mueller removed a top aid over a text message? NOT A CHANCE IN HELL. THE DOJ DID NOT REMOVE THE US ATTORNEYS THAT POSTED COMMENTS ON THE WORLD WIDE WEB AND INTERNET THAT SWAYED PUBLIC OPINION AND FEDERAL JUDGES!!! Aske Judge Kurt Engelhardt.**

Mueller Removed Top Agent in Russia Inquiry Over Possible Anti-Trump Texts
By MICHAEL S. SCHMIDT, MATT APUZZO and ADAM GOLDMANDEC. 2, 2017
https://www.nytimes.com/2017/12/02/us/politics/mueller-removed-top-fbi-agent-over-possible-anti-trump-texts.html
WASHINGTON — The special counsel, Robert S. Mueller III, removed a top F.B.I. agent this summer from his investigation into Russian election meddling after the Justice Department's inspector general began examining whether the agent had sent text messages that expressed anti-Trump political views, according to three people briefed on the matter.
The agent, Peter Strzok, is considered one of the most experienced and trusted F.B.I. counterintelligence investigators. He helped lead the investigation into whether Hillary Clinton had mishandled classified information on her private email account, and then played a major role in the investigation into links between President Trump's campaign and Russia.
But Mr. Strzok was reassigned this summer from Mr. Mueller's investigation to the F.B.I.'s human resources department, where he has been stationed since. The people briefed on the case said the transfer followed the discovery of text messages in which Mr. Strzok and a colleague reacted to news events, like presidential debates, in ways that could appear critical of Mr. Trump.

New Orleans is at the center of a key federal pursuit
Updated on August 8, 2011 at 11:34 AM Posted on August 8, 2011 at 11:00 AM
By Brendan McCarthy, The Times-Picayune
http://www.nola.com/crime/index.ssf/2011/08/new_orleans_is_at_the_center_o.html
In January 2009, Bernstein teamed with agents from the local FBI office. They held a voluntary interview with NOPD Sgt. Arthur Kaufman, who had handled the police investigation. He offered a narrative of events that seemed to clash with the facts, raising red flags with William Bezak, a young FBI agent who had been named lead investigator.
Bezak was a mechanical engineer by trade who before joining the FBI had helped test and fine-tune military helicopters. The New Jersey native's first posting out of the academy in summer 2006 was New Orleans. He was chosen for the Danziger case because he was young, energetic and highly organized, his boss, Welker recalled. And, perhaps most important, Bezak had no allegiances to anyone in local law enforcement; he knew no NOPD officers. He had only a "very vague" understanding of the shooting when he began.

RULE OF LAW
Trump Court Nominee Upheld Rights of Police Against Holder DOJ Misconduct
BY J. CHRISTIAN ADAMS SEPTEMBER 29, 2017
https://pjmedia.com/jchristianadams/2017/09/29/trump-court-nominee-defended-rights-police-holder-doj-misconduct/
President Trump has nominated a slate of solid picks for the federal bench, including a new list of nominees this week. Among them is Kurt D. Engelhardt. Trump nominated Engelhardt to the Fifth Circuit Court of Appeals, a district that covers the area from Alabama to the Rio Grande. Engelhardt already serves as a United States District Court judge in New Orleans. Engelhardt will be familiar to PJ Media readers. He is the judge who wrote a scathing 129-page order blistering the misconduct of lawyers at the Justice Department's Civil Rights Division and the local New Orleans U.S. Attorney's Office in a prosecution

of New Orleans police officers. His order offers a look behind the curtain of some of the worst ideological misconduct that occurred at the Obama DOJ. Misconduct may be an inadequate word to describe the behavior of DOJ lawyers, and Engelhardt saw it all up close. See PJ Media's "Justice Dept. Lawyer Karla Dobinski's Misconduct Sends Cops to Prison," or Hans von Spakovsky writing at National Review: "Grotesque DOJ Misconduct". Engelhardt reserved some of his strongest language to criticize what he called "shockingly coercive tactics" of Bezak in approaching a potential defense witness, officer Heather Gore. Citing Bezak's testimony, Engelhardt recounted how the FBI agent first looked for Gore at her home, and found her later at a police station. There, Bezak told Gore that she had a nice house, asked about Gore's triplet daughters and "advised she would be deprived of them as a result of her lying."

Engelhardt then challenged Bezek's strong-arm tactics, noting that Gore has not been charged with any crime. The judge also said at least three witnesses defendants called at trial "refused to appear under threats from (the Department of Justice) that they would be prosecuted for perjury as a result of their earlier grand jury testimony." The judge said "twenty-six months later, not one of these three defense witnesses has been charged with any crime whatsoever." Mosca said all these assertions, and the established record of prosecutorial misconduct, could prompt defense attorneys to depose all these witnesses to see if their testimony, or alternatively their decisions not to testify, was a result of government coercion. Danziger Bridge Trial news leaves residents questioning the justice system Yesterday, U.S. District Judge Kurt Engelhardt granted a new trial for five former New Orleans Police Department officers convicted in the Danziger Bridge shooting and the subsequent cover-up. Many residents are feeling deprived of justice after hearing the news. "They can also call those defense witnesses back and they can request immunity for them so they would not be afraid to testify this time," Mosca said. Clarke noted that Engelhardt also criticized what he perceived to be lenient deals government witnesses got. That's part of the criminal justice system, he said, which gives prosecutors "tremendous power" to offer such deals. "But there's a danger in this type of system, that people -- on their own volition or through coercion -- offer false testimony to help themselves. Prosecutors always have to be skeptical of what they're told by people looking for a deal," Clarke said. "Certainly the defense is going to try to use what's written (in the order) to try to get evidence thrown out. They'll argue testimony is tainted."

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on December 11th, 2017 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

Movant David Andrew Christenson

United States of America          Criminal Docket No. 1:18-cr-00031 (ABJ)

v.          Judge Amy Berman Jackson

Alex Van Der Zwaan
Defendant

Leave to file GRANTED

_Amy B. Jackson_    3/22/18
Amy B. Jackson      Date
United States District Judge

**Emergency Motion to Intervene filed on behalf of all Americans**

Sent the attached email (via U.S. Mail to Special Counsel Robert Mueller and his staff of US Attorneys. I also sent it to Attorney Jeff Sessions and Deputy Attorney General Rod Rosenstein.

Do you really believe that Paul Manafort will be quiet and spend the rest of his life in jail? Per Judge Ellis.

Do you believe that President Trump will allow his children and son-in-law to go to jail?

Do you believe that President Trump will allow himself to be charged and go to jail?

You can't allow this theatrical production of "Sunarcissist Robert Mueller and the Genocide of Mankind" to play out any longer. You can't allow a criminal and corrupt prosecutor to represent the American People when the stakes are the "End of Mankind". If you let this go any further we will have Americans fighting Americans. We will have blood is the streets. Math and time will bring the truth to light. The longer you abrogate your responsibility the worse it will be.

The truth has to be told and Mueller has to go, today. I guarantee that Mueller will protect himself and not the American People. He will stop the investigation and the prosecutions.

Godspeed
Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com - dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on March 15th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

# Sent to DOJ Attorneys: I will spend the rest of my life trying to put you in jail for the Genocide of Mankind and I will prevail because of time and math and the fact that it is true. Ignorance is no excuse in your job.

Sent: 🔒 **March 14, 2018 3:38 PM**

From: **David Andrew Christenson davidandrewchristenson@protonmail.com**

To: **specialcounselpress@usdoj.gov specialcounselpress@usdoj.gov, Foreign Process (RCJ) foreignprocess.rcj@hmcts.gsi.gov.uk, Supreme/Merit Supreme/Merit meritsbriefs@supremecourt.gov, jroberts@mlaglobal.com jroberts@mlaglobal.com, davidandrewchristenson@gmail.com davidandrewchristenson@gmail.com**

Judge A. Jackson,                                                                                    March 13th, 2018

DCDC Judges: A. Jackson, E. Sullivan, R. Moss and D. Friedrich

EVDC: Judge: T.S. Ellis III

5th Judges and Clerk: C. Stewart, P. Higginbotham and Clerk L. Cayce

EDLA: Judge G. Berrigan and Attorney Jane Roberts


This letter was mailed and emailed to the following US Attorneys that are working for Special Counsel Robert Mueller: Jeff Sessions, Rod J. Rosenstein, Michael Dreeben, Andrew Weissmann, Jeannie Rhee, James Quarles, Aaron Zebley, Greg Andres, Zainab Ahmad, Aaron Zelinsky, Kyle Freeny, Andrew Goldstein, Elizabeth Prelogar, Brandon Van Grack, Adam Jed, Rush Atkinson, Ryan K. Dickey, Aaron S. J. Zelinsky, Scott Meisler and Brian Richardson.


I start with words from your fellow Federal Judge: Kurt Engelhardt EDLA


Read the Horn Report (Much of the information in the Horn Report is still under Seal.)

(Why? The American People have a Constitutional Right to know the truth and the ramifications of what took place in New Orleans.)

https://www.justice.gov/opr/file/884691/download

DEPARTMENT OF JUSTICE

OFFICE OF

PROFESSIONAL RESPONSIBILITY

REPORT

Investigation of Allegations of Professional Misconduct

Against Former Assistant United States Attorneys Salvador

Perricone and Jan Mann, United States Attorney's Office

for the Eastern District of Louisiana

DECEMBER 20, 2013

NOTE: THIS REPORT CONTAINS INFORMATION FILED UNDER SEAL

IN UNITED STATES V. BOWEN, ET AL., CR. NO. 10-204 (E.D. LA.), AS

WELL AS SENSITIVE AND CONFIDENTIAL INFORMATION. DO NOT

DISTRIBUTE THE REPORT OR ITS CONTENTS WITHOUT THE PRIOR

APPROVAL OF THE OFFICE OF PROFESSIONAL RESPONSIBILITY.

Judge Kurt Engelhardt's Order and Reasons (129 pages) that granted a new trial in the Danziger Civil Rights Case

Case 2:10-cr-00204-KDE-SS Document 1137 Filed 09/17/13 Page 1 of 129 EDLA

The following are quotes from Chief Judge Kurt Engelhardt who presided over the Danziger criminal case. Danziger was the biggest Civil Rights case of the last 30 years. FBI Director Robert Mueller was an integral part of the criminal prosecution misconduct and coverup.

"Using liars lying to convict liars is no way to pursue justice."

The following quote could be from any of the judges that are presiding over the Special Prosecutor cases: **Lying prosecutors** using liars lying to convict liars is no way to pursue justice." The credibility of the Special Prosecutor has to be called into question because of past criminal conduct by Robert Mueller. The credibility of those attorneys and investigators that are working for the Special Prosecutor must be called into question as well. If they honor the oath that they took, they would demand that Mueller resign and be prosecuted.

*For example, he took aim at Assistant U.S. Attorney General Thomas Perez, head of the Justice Department's Civil Rights Division, writing that Perez "glibly responded" to some of Engelhardt's criticisms after the sentencing by saying prosecutors can't pick witnesses at a "witness store."*

*Chief Judge Kurt (EDLA) Engelhardt added in the footnote that the cooperating defendants were "purchased, bought and paid for" with more lenient sentences. "Mr. Perez's comment misses the point," Engelhardt concluded.*

[Here is a very scary point about the world that you have created. Secretary Thomas Perez was 11th in line to be President when he was Secretary of Labor. Is this the world you want to leave your children and grandchildren? Perez is going to run for President. It will be said that President Thomas Perez has no use for the Federal Judiciary. His actions will confirm.]

*Engelhardt delivered an eviscerating critique of the Department of Justice's prosecution and the harsh charges it brought, resulting in high mandatory minimum sentences.*

<u>"the air of mendacity at this trial was not limited to the actions of the defendants."</u>

Each one of the US attorneys is poisoned fruit from a poisoned tree. Special Counsel Robert Mueller should be prosecuted for Crimes Against Humanity, Genocide, Misprision of a Felony, Misprision of Treason, Murder, Conspiracy, etc. Mueller and his team should be turned over to the International Criminal Court in The Hague. (This will happen. The world will demand it.)

<u>This is the oath that US Attorneys swear to:</u>

"I, name, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God."

18 U.S. Code § 4 - <u>Misprision of felony</u>

Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.

(June 25, 1948, ch. 645, 62 Stat. 684; Pub. L. 103–322, title XXXIII, § 330016(1)(G), Sept. 13, 1994, 108 Stat. 2147.)

18 U.S. Code § 2382 - <u>Misprision of treason</u>

Whoever, owing allegiance to the United States and having knowledge of the commission of any treason against them, conceals and does not, as soon as may be, disclose and make known the same to the President or to some judge of the United States, or to the governor or to some judge or justice of a particular State, is guilty of misprision of treason and shall be fined under this title or imprisoned not more than seven years, or both.

(June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103–322, title XXXIII, § 330016(1)(H), Sept. 13, 1994, 108 Stat. 2147.)

Godspeed

Sincerely,

David Andrew Christenson

Box 9063

Miramar Beach, Florida 32550

504-715-3086

davidandrewchristenson@gmail.com

dchristenson6@hotmail.com

US POSTAGE PAID
$6.70

PRIORITY MAIL 2-Day®

Origin: 32550
Destination: 10007
0 Lb 4.10 Oz
Apr 25, 18
112251095438

1006

Expected Delivery Day: 04/27/2018   C014

USPS TRACKING NUMBER

9505 5134 4386 8115 3398 54

FROM: Christenson
Box 9003
Miramar Beach, FL
32550

TO: US Dist. Court
S.D. New York
500 Pearl Street
New York, NY
10007-1312

USM3 SDNY
Pro Se Clerk

RECEIVED
2018 APR 27 PM 3:20

PRIORITY MAIL POSTAGE REQUIRED

PS00001000014
EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE


UNITED STATES POSTAL SERVICE