USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/30/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson

Civil Action No. 1:18-cv-03501

DEMOCRATIC NATIONAL COMMITTEE,

Plaintiff,

v.

RUSSIAN FEDERATION, et al;
Defendants.

Racketeer Influenced and
Corrupt Organization Act (RICO)

Judge John G. Koeltl

RECEIVED APR 30 2018 CHAMBERS OF JOHN G KOELTL U.S.D.J.

## Addendum Twelve to Writ of Mandamus and Prohibition
### The housing of the Katrina Virus and its escape

You and the American People have a Constitutional Right to know what escaped from the World Trade Centers during 911 and what escaped from the Strategic National Stockpile during Hurricane Katrina. The facilities that are talked about in the following article are only part of the system. The DOD and CIA have their own facilities and laboratories. The entire system was compromised during 911 and again during Hurricane Katrina.

We are reaping the catastrophic consequences of what accidentally escaped from the World Trade Centers and what negligently escaped from those facilities in New Orleans during Hurricane Katrina.

We are reaping the Genocide of Mankind. In the blink of an eye it will be too late to save us.

Hurricane Katrina was the perfect incubator with high temperatures, high humidity and high solids and hence the birth of the Katrina Virus. The Katrina Virus is a compilation term.

Inside the secret U.S. stockpile meant to save us all in a bioterror attack
The Washington Post Lena Sun
https://www.msn.com/en-us/news/us/inside-the-secret-us-stockpile-meant-to-save-us-all-in-a-bioterror-attack/ar-AAwgvtv?ocid=spartandhp
his is quite a different kind of warehouse. It and several others across the country are part of the $7 billion Strategic National Stockpile, a government repository of drugs and supplies ready for deployment in a bioterrorism or nuclear attack, or against an infectious disease outbreak — of either a known pathogen or some unknown threat with pandemic potential, which global health officials dub "Disease X" — or other major public health emergency. There are antibiotics, including the powerful medication Ciprofloxacin, vaccines for smallpox and anthrax, and antivirals for a deadly influenza pandemic.

**_[Think about this. What the following paragraph from the article talks about is nothing compared to what our government does to us. The biggest enemy of the American people is the Federal Government. President Abraham Lincoln made it clear that America will fall from within.]_**

**_[Just take a moment and look around. I could not invent this. The Democratic National Committee has filed a Racketeer Influenced and Corrupt Organization Act (RICO) complaint against Aras Iskenerovich_**

*This should be filed along with the previous filings. So ordered. /s/ JGK USDJ 4/30/18*

*<u>Agalarov, Emin Araz Agalarov, Julian Assange, Donald J. Trump For President, Inc., GRU Operative Using the Pseudonym "Guccifer2.0", Richard W. Gates, III, General Staff of the Armed Forces of the Russian Federation, John Does 1-10, Jared C. Kushner, Paul J. Manafort, Jr, Joseph Mifsud, George Papadopoulos, Roger J. Stone, Jr, The Russian Federation, Donald J. Trump, Jr, WikiLeaks. Document filed by Democratic National Committee.]</u>*

*<u>Can we really allow this world to get crazier? Am I the only one that thinks this is crazy?</u>*

The need for biodefense has become more clear in the wake of outbreaks of Ebola in West Africa, Zika in the Americas, devastating wildfires and hurricanes, and the poisonings of the North Korean leader's half brother in Malaysia and former Russian spies in England with nerve and radiological agents. Last year, the federal government added three new chemicals to its list of high-priority threats, including chlorine and blister agents, such as mustard gas, that have been used in deadly chemical weapons attacks in Syria. On Monday, officials announced plans to add more anthrax antitoxin.

## I beg you to allow me to be heard on behalf of the American People and Mankind.

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on April 24th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

The United States Supreme Court and The Katrina Virus
A Prelude/Reference Book/Appendix
Book 7
By David Andrew Christenson
ISBN 978-0-9846893-8-5 Hardback SCKV
ISBN 978-0-9846893-9-2 EBook SCKV
LCCN 2012933074
Copyright 1-724163643
Persimmon Publishing
Box 6374
Miramar Beach, Florida 32550
www.persimmonpublishingus.com
www.thereluctantpatriot.com

An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.