UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

(Movant) David Andrew Christenson
Plaintiff

Civil Action No. 1:18-cv-03501

v.

Racketeer Influenced and
Corrupt Organization Act (RICO)

Democratic Nation Committee and
Russian Federation, et al;

Judge John G. Koeltl

Motion for Continuance/Extension

As of today, the court has my Motion to Intervene and Join. If the court grants my two Motions I will file a Supplemental Complaint against the Russian Federation, et al; and a Counter Complaint against the Democratic National Committee. What I am doing is very complex and without precedent. I am asking the court for a countenance/extension until September 1st, 2018. No harm will come to any of the parties by granting this continuance/extension.

I am asking the court to grant this continuance/extension in the interest of Justice and on behalf of the American People.

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on April 25th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

(Movant) David Andrew Christenson
Plaintiff

v.

Democratic Nation Committee and
Russian Federation, et al;

Civil Action No. 1:18-cv-03501

Racketeer Influenced and
Corrupt Organization Act (RICO)

Judge John G. Koeltl

Order

The court grants Movant David Andrew Christenson a continuance/extension until September 1st, 2018 to file a Complaint and Counter Complaint.

_____
Judge John G. Koeltl
Date: _____

