UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/7/18
```

DEMOCRATIC NATIONAL COMMITTEE,

PLAINTIFF,

- AGAINST -

THE RUSSIAN FEDERATION ET AL.,

DEFENDANTS.

18-cv-3501 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The motion for a continuance and/or extension (Dkt. No. 48) is **denied** as moot based on the Court's denial of the petitioner's previous motion to intervene.

SO ORDERED.

Dated:   New York, New York
         May 5, 2018

/s/ John G. Koeltl
John G. Koeltl
United States District Judge