UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Movant David Andrew Christenson | Civil Action No. 1:18-cv-03501 |
| DEMOCRATIC NATIONAL COMMITTEE, | Racketeer Influenced and Corrupt Organization Act (RICO) |
| Plaintiff, | |
| v. | Judge John G. Koeltl |
| RUSSIAN FEDERATION, et al; Defendants. | |

Motion to Dismiss the Democratic National Committee's Complaint

The Democratic National Committee (DNC) is using this Honorable Court for political and monetary gain as well as power. The DNC does not give a damn about the American People. This complaint is about criminally manipulating the First Amendment by controlling and spinning information in a criminally fraudulent way. It is about manipulating the for-profit press. The for-profit press does not mind because they are prostitutes who only care about money. Please pardon my language. I truly believe that the press has destroyed this country. Remember how they overlooked Bush's two criminally fraudulent reasons for entering Iraqi for a second time. Al Qaeda and Weapons of Mass Destruction did not exist and Bush knew and so did the press.

The DNC is using this court to tamper with the next National Election. Just the way that is was filed proves my point. The DNC should have filed the Complaint as a Class Action on behalf of the American People.

Here are the members of the Democratic National Committee and who the complaint is filed on behalf of. It is not filed on Judge Koeltl's behalf or any other Democrat or American. Why?

- Chair: Tom Perez, former U.S. Secretary of Labor under Barack Obama
- Deputy Chair: Keith Ellison, U.S. Representative from Minnesota's 5th congressional district
- Vice Chair of Civic Engagement and Voter Participation: Karen Carter Peterson

Vice Chairs:
- Michael Blake, New York Assemblyman
- Jaime Harrison, Associate Chair and former South Carolina Democratic Party Chairman
- Maria Elena Durazo, Executive Secretary–Treasurer of the AFL-CIO
- Ken Martin, Chair of the Minnesota Democratic-Farmer-Labor Party
- Grace Meng, U.S. Representative from New York's 6th congressional district
- Treasurer: William "Bill" Derrough
- Secretary: Jason Rae
- Finance Chair: Henry Muñoz III

In addition, a National Advisory Board exists for purposes of fundraising and advising the executive. The present chair is Elizabeth Frawley Bagley, former U.S. Ambassador to Portugal.

The committee members do not have standing or cause to bring this type of complaint.

The following is taken from DNC website. Their goal is to get their people elected. They promote their platform which means they do not have standing or cause. Remember what they did to Presidential Candidate Bernie Sanders. The DNC is biased and thus inherently criminal and evil.
https://www.democrats.org/organization/the-democratic-national-committee
The Democratic National Committee, or DNC, was created during the Democratic National Convention of 1848. For 167 years, it's been responsible for governing the Democratic Party and is the oldest continuing party committee in the United States.

The Committee, which plans the Party's presidential nominating convention and promotes the Democratic Platform, the statement of core principles at the heart of our Party, is governed by its Charter and Bylaws.

The DNC also raises money, hires staff, and coordinates strategy to support candidates throughout the country for local, state, and national office.

Additionally, the Committee works with various constituencies to respond to the needs and views of Democrats across the nation.

Under the leadership of Chair Tom Perez, the DNC is composed of the chairs and vice-chairs of each state Democratic Party Committee and over 200 members elected by Democrats in all 50 states and the territories.

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on May 1st, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

Clerk
US District Court SD New York
500 Pearl Street
New York, NY 10007-1312

Pro Se
sm

RECEIVED
2018 MAY -8 PM 12:15
CLERK'S OFFICE
S.D.N.Y.

PENSACOLA FL 325
01 MAY 2018 PM 1 L

USM P3
SDNY