UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Movant David Andrew Christenson | Civil Action No. 1:18-cv-03501 |
| DEMOCRATIC NATIONAL COMMITTEE, | Racketeer Influenced and Corrupt Organization Act (RICO) |
| Plaintiff, | |
| v. | Judge John G. Koeltl |
| RUSSIAN FEDERATION, et al; Defendants. | |

Response and Motion to Judge Koeltl's Order denying my Motion to Join, etc.

Please accept my apology. I failed to include the following statement: Please incorporate the Democratic Committee's (DNC) Complaint into my Motion to Join. Substitute the term "American People" for the Democratic National Committee (DNC). We are a country with basically two parties. The DNC in simple form is representing 50% of the American People. There is a question if the DNC truly has cause and standing in the complaint that they filed. The complaint is political and a marketing tool. The DNC does not give a damn about the American People but the DNC does care about power and money.

If Democratic National Committee Chairman Thomas Perez and the Members of the Democratic National Committee (A Non-Profit) cared about the American People then they would have filed a Class Action Complaint on behalf of all Americans. It is and was the American People that were harmed and thus have standing and cause. This is about tampering with our Freedoms.

Americans and I would have a Constitutional Right to file this complaint or join this complaint because of the last sentence of the First Amendment: *"and to petition the Government for a redress of grievances."* I can think of no greater grievance than tampering with our National Election and thus our Freedoms. This was a total assault on the Constitution of the United States by all parties.

One simple note. I would have cause and sanding because the DNC harmed Presidential Candidate Bernie Sanders and thus denied me and the American People are Conditional Right to a fair election.

My intentions are honorable. The American People deserve representation. The American People deserve representation even if it's from me. I took an Oath to protect the American People and I intend to honor that Oath.

All parties lied. All parties lied and benefited financially. All parties committed fraud.

Can you yell "fire, fire, fire" in a crowded theater without repercussions?

In reality you should consider this complaint frivolous because of how it was titled and filed. Democratic National Committee Chairman Thomas Perez and the Members of the Democratic National Committee are using this Honorable Court for political and financial gain, not to mention publicity.

**THIS IS ABOUT TAMPERING WITH THE NEXT NATIONAL ELECTION. THE COURT IS BEING USED.**

**PLEASE GRANT MY MOTION TO JOIN. WITH MY BEING A PARTY THE COURT HAS THE ABILITY TO CONTROL THE NARRATIVE AND TO TRULY BRING JUSTICE TO THE AMERICAN PEOPLE.**

Pardon me for being crude but this reminds me of two pigs fighting over a dead pigeon.

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on May 1st, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

PENSACOLA FL 325
01 MAY 2018 PM 2 L

2018 MAY -8 PM 12:15
RECEIVED
CLERK'S OFFICE
S.D.N.Y.

Pro se
SM

Clerk
US District Court SD New York
500 Pearl Street
New York, NY 10007-1312

10007-131608


