USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/9/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson

Civil Action No. 1:18-cv-03501

DEMOCRATIC NATIONAL COMMITTEE,

Plaintiff,

v.

RUSSIAN FEDERATION, et al;
Defendants.

Racketeer Influenced and
Corrupt Organization Act (RICO)

Judge John G. Koeltl

RECEIVED MAY 08 2018 CHAMBERS OF JOHN G KOELTL USDJ

Response and Motion to Judge Koeltl's Order denying my Motion to Join, etc.

Please accept my apology. I failed to include the following statement: Please incorporate the Democratic Committee's (DNC) Complaint into my Motion to Join. Substitute the term "American People" for the Democratic National Committee (DNC). We are a country with basically two parties. The DNC in simple form is representing 50% of the American People. There is a question if the DNC truly has cause and standing in the complaint that they filed. The complaint is political and a marketing tool. The DNC does not give a damn about the American People but the DNC does care about power and money.

If Democratic National Committee Chairman Thomas Perez and the Members of the Democratic National Committee (A Non-Profit) cared about the American People then they would have filed a Class Action Complaint on behalf of all Americans. It is and was the American People that were harmed and thus have standing and cause. This is about tampering with our Freedoms.

Americans and I would have a Constitutional Right to file this complaint or join this complaint because of the last sentence of the First Amendment: *"and to petition the Government for a redress of grievances."* I can think of no greater grievance than tampering with our National Election and thus our Freedoms. This was a total assault on the Constitution of the United States by all parties.

One simple note. I would have cause and sanding because the DNC harmed Presidential Candidate Bernie Sanders and thus denied me and the American People are Conditional Right to a fair election.

My intentions are honorable. The American People deserve representation. The American People deserve representation even if it's from me. I took an Oath to protect the American People and I intend to honor that Oath.

All parties lied. All parties lied and benefited financially. All parties committed fraud.

Can you yell "fire, fire, fire" in a crowded theater without repercussions?

In reality you should consider this complaint frivolous because of how it was titled and filed. Democratic National Committee Chairman Thomas Perez and the Members of the Democratic National Committee are using this Honorable Court for political and financial gain, not to mention publicity.

*This paper should be filed. To the extent it requests any relief, it is denied because there is no showing of any relief that the [movant] requests [to which he] is entitled. So ordered.* /s/ JGK/Koeltl U.S.D.J. 5/8/18