UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEMOCRATIC NATIONAL COMMITTEE,          18-cv-3501 (JGK)

       PLAINTIFF,          ORDER

- AGAINST -

THE RUSSIAN FEDERATION ET AL.,

       DEFENDANTS.

---

JOHN G. KOELTL, District Judge:

The emergency motion to intervene and join (Dkt. No. 46) is **denied** for the same reasons stated in the Court's Order of **April 28, 2018** (Dkt. No. 44).


SO ORDERED.

Dated:   New York, New York
        May 9, 2018

                                          John G. Koeltl
                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/10/18