UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson

DEMOCRATIC NATIONAL COMMITTEE,

Plaintiff,

v.

RUSSIAN FEDERATION, et al;
Defendants.

Civil Action No. 1:18-cv-03501

Racketeer Influenced and
Corrupt Organization Act (RICO)

Judge John G. Koeltl

Addendum Fourteen to Writ of Mandamus and Prohibition
"Unfettered Power"

U.S. District Judge T.S. Ellis III talked about Special Counsel/FBI Director Robert Mueller having "Unfettered Power".

"Unfettered Power" is when a Federal Judges denies an American his Constitutional Right to file a grievance against the government. (Just to file the grievance) My position in life is that of a lesser human being and thus not entitled to my Constitutional Rights. If the New York Times files a Motion to Intervene it will be properly and publicly docketed and the New York Times will be listed as the "Movant". This has not happened with my pleadings.

I am trying to be heard on behalf of all Americans, not just myself.

"Unfettered Power" is when a Federal Judge acts and represents the Department of Justice (DOJ) and does their work. The Federal Judiciary has a Constitutional Obligation to order the DOJ to respond. By definition this is what the First Amendment (Free Speech) is all about.

Why are we so blind to what is taking place in this country? Why are we protecting that which is destroying us?

"Unfettered Power" has denied me and all Americans our day in Court where Lady Justice is supposed to be blind. I hope all of you reconsider your position on me. Nobody is truly representing America.

Robert Mueller exists because every Federal District Court, Appellate Court and the Supreme Court protected him and the DOJ. Federal Judges gave Robert Mueller "Unfettered Power", make no mistake about it. The genie has been let out of the bottle and there is no putting him back in.

President Lincoln was right. America will fall from within.

Time and math will prove me correct. There is a point of no return and I don't know when that is. I know that when Mankind hits a 3% negative growth rate it is all over. There will be no recovery.

I am not a religious person but the Bible talks about evil destroying evil. The problem is we get destroyed too.

One last story. Ten years ago, Obama was the junior Senator from Illinois who served two years and then announced his candidacy for President. How could a black political novice beat the Clinton machine and win the Presidency? Alaskan Senator Ted Stevens was indicted, convicted and then after he lost the election his conviction was vacated because of prosecutor misconduct. This two-vote swing in the Senate gave us Obama Care. Arizona Senator John McCain picked Alaskan Governor Sarah Palin as his Vice-Presidential running mate. Could McCain have picked a worse candidate? If McCain had chosen Connecticut Senator Joseph Lieberman as his running mate he would have won the election easily. McCain was already the Republican nominee when he chose Palin.

I am telling you this story because Robert Mueller was a key player in all of it. The entire story has its roots in the aftermath of Hurricane Katrina. The epic cover-up. The 2008 Presidential Election was the greatest tampering job ever. Not only was there tampering but McCain intentionally threw the Election. Americans were denied their Constitutional Rights to a Democracy with a fair election.

The continuing cover-up of what happened in New Orleans will ensure the Genocide of Mankind.

McCain has made it clear that President Trump is not invited to his pending funeral. Why? McCain threw the election to protect the cover-up and because he knew that he could not pass a health care bill. McCain is a sunarcissist. McCain expects Trump to continue the cover-up. Trump is a text book sunarcissist. Trump will protect himself to the end. "A sunarcissist is a narcissist who chooses suicide over honor."

Are you following this? Evil destroys Evil while Mankind perishes.

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on May 7th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

The United States Supreme Court and The Katrina Virus
A Prelude/Reference Book/Appendix
Book 7
By David Andrew Christenson
ISBN 978-0-9846893-8-5 Hardback SCKV
ISBN 978-0-9846893-9-2 EBook SCKV
LCCN 2012933074
Copyright 1-724163643
Persimmon Publishing
Box 6374
Miramar Beach, Florida 32550
www.persimmonpublishingus.com
www.thereluctantpatriot.com

An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.

PENSACOLA FL 325

2018 MAY 11 AM 3:22

USPS P3
SDNY

Ro Sen

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

RECEIVED
2018 MAY 10 PM 3:34
CLERK'S OFFICE
S.D.N.Y.

Clerk
US District Court SD New York
500 Pearl Street
New York, NY 10007-1312

10007-131608