UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Movant David Andrew Christenson | Civil Action No. 1:18-cv-03501 |
| DEMOCRATIC NATIONAL COMMITTEE, | Racketeer Influenced and Corrupt Organization Act (RICO) |
| Plaintiff, | |
| v. | Judge John G. Koeltl |
| RUSSIAN FEDERATION, et al; Defendants. | |

Addendum Sixteen to Writ of Mandamus and Prohibition
Who is Nathan Foreman?

Nathan Foreman is a young black man serving a life sentence without parole and the son of the one person that has stood by me. Nathan's conviction was won because of criminal prosecutor misconduct by Orleans Parish District Attorney Leon Cannazarro. (Was Nathan maliciously prosecuted because of me?) (Young black men in New Orleans don't stand a chance.)

Nathan's Mom is Udell Murphy, a proud woman who loves her son. Udell is an uneducated black woman from Woodville Mississippi that cleans toilets for a living. She is a single mother that raised her son on her own, purchased a home and sent him to private school. Udell did everything she could to protect Nathan but in New Orleans that is a herculean task for a black mother and most mothers fail.

An uneducated black woman, who cleans toilets for a living, stood by me while no one else did. I promised her that I would help to free Nathan and I intend on keeping that promise. Every single person in this world is important to me. (Udell was afraid of swimming so she took swimming lessons.)

I have attached the court docket for my false arrest and a Memorandum that discusses Cannazarro's criminal conduct. This is just a drop in the bucket. I was never charged with a crime. Look carefully at the docket.

The attached eleven Addendum Sixteen to Writ of Mandamus and Prohibition were filed in the following cases:

1. United States v. Boucher (1-18:cr-00004)
   Judge Marianne O. Battani

2. United States v. Manafort (1:18-cr-00083)
   Senior Judge T.S. Ellis, III

3. Manafort v. United States (1:18-cv-00011)

Judge Amy Berman Jackson

4. United States v. Flynn (1:17-cr-00232)
   Judge Emmet G. Sullivan

5. United States v. Papadopoulos (1:17-cr-00182)
   Judge Randolph Daniel Moss

6. United States v. Manafort (1:17-cr-00201)
   Judge Amy Berman Jackson

7. United States v. Internet Research Agency LLC (1:18-cr-00032)
   Judge Dabney L. Friedrich

8. United States v. Van Der Zwann (1:18-cr-00031)
   Judge Amy Berman Jackson

9. Deepwater Horizon v. BP Exploration & Production (16-30918)
   Judge Carl Barbier

10. Democratic National Committee v. Russian Federation, et al (1:18-cv-5301)
    Judge John G. Koeltl

11. State of Louisiana v. Nathan Foreman (Section H Case 459100)
    Judge Camille Buras

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on May 8th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

State of Louisiana                                                          Orleans Parish Criminal Court
Vs.
David Christenson                                                           Magistrate No. 522-477

Memorandum

Index (A drop in the bucket) of documents that show the criminal enterprise of Louis (Lee) Madere and the criminal participation of District Attorney Leon Cannazarro.

Leon Cannazarro protected Lee Madere because of the Federal Cover-Up of the Danziger Bridge Execution. Madere was the Louisiana Grand Jury Forman.

Madere died or entered the Federal Witness Protection program during the weekend of October 15th, 2010. Rayes first contacted and threatened me on October 14th, 2010. I received notice from three sources that he died on three different days. Agent Rayes called me on Monday, October 18th, 2010 and told me that the Ochsner General Counsel notified him that Madere died on Sunday. Very odd. Since when does a General Counsel notify an individual FBI Agent? The head of HR for Ochsner, Major Bill Ramsey USMC, provided me with information that cast's doubt on Madere's death. It is also my understanding that Madere consumed no pharmaceutical products. Not one aspirin. Madere defaulted on all loans and taxes. The loss totals more than $4,000,000.00. All of it because of fraud.

1. E-mail from Alex Pecot. This is where it started. Madere loaned Pecot money at the closing table. This loan was illegal and is mortgage fraud. Madere was broke and needed the money. Pecot got 100% financing with a first and second and never made a mortgage payment or condominium fee payment. The condominium went through foreclosure and sold for $60,000.00 less that the original purchase price. Our condominium lost $60,000.00 is value as well. Pages 1 – 4.
2. Copy of the peace bond that Madere violated. Page 5.
3. Motion asking the court to charge Madere with a felony. Cannazarro protected Madere and said "No". The case was dismissed. Pages 6 – 9.
4. More crimes by Madere and more protection by Cannazarro. Page 10.
5. Collateral Mortgages at 20 and 25% interest. There are seven total. The interest is more than the principle. The collateral is the Les Carillons Condominium Association property, the whole property. The mortgages predate and postdate our purchase. Pages 11 – 21.
6. American Express lawsuit. Pages 22 – 24.
7. Collateral mortgage from Gulf Coast. It is my understanding that Whitney has the mortgage. Madere property is in foreclosure and his wife has walked away. Page 25.
8. I wrote this when letter Starbucks was in town and sent it to many people. Mayor Ray Nagin did nothing because of the protection that Madere was receiving. I have worked out with Nagin at the Hilton Health club since Katrina. Page 26.

Nagin had his blood and DNA taken so that the Federal Government could track him for the Katrina Virus. Did the Federal Government take your blood and DNA? Are you being given preventative medical treatment?

Sincerely Filed Pro Se by,
David Christenson
842 Camp Street
Unit 4
New Orleans, La. 70130
504-715-3086

```
MAG#: 522477              D O C K E T   M A S T E R        DATE: 7/05/2011
                                                           TIME: 15:40:25
                         ORLEANS PARISH MAGISTRATE COURT

DEFENDANT(S):      CNTS CHARGE(S):

CHRISTENSON, DAVID A
                    2  RS 14 40.3
                       CYBERSTALKING                  BOND:    20,000.00

DATE       PROCEEDINGS
```

3/15/2011
  FIRST APPEARANCE HEARING IN MAGISTRATE COURT SECTION M3       FALCONEA *
  BOND SET FOR $300,000.00
  RESULT-RULE TO SHOW CAUSE FOR 4/29/2011 AT 3:00 PM
  SCHEDULED -RULE TO SHOW CAUSE ON 4/29/2011 AT 3:00 PM, SECT M4
  DEFENSE FILED MOTION FOR PROTECTIVE CUSTODY AND
  STATE AND FEDERAL CONST RIGHTS AGAINST UNCOUNSELED INTEROGATION
  NON DOMESTIC STAY AWAY SIGNED AND FILED
  STATE FILED MOTION AND ORDER FOR NON DOMESTIC STAY AWAY
  DEFENDANT IS TO HAVE NO INTERNET ACCESS WHILE IN CUSTODY

3/22/2011
  STATUS HEARING IN MAGISTRATE COURT SECTION M1        DURELD    *
  SCHEDULED -BOND HEARING ON 3/25/2011 AT 3:00 PM, SECT M3
  MOTION FILED BY ATTORNEY SARA A. JOHNSON.
  PLACE DEFENDANT ON JAIL LIST.

3/25/2011
  BOND HEARING IN MAGISTRATE COURT SECTION M3          FALCONEA *
  BOND REDUCED TO $20,000.00
  SCHEDULED -STATUS HEARING ON 3/29/2011 AT 3:00 PM, SECT M3
  JUDGE AND DEFENDANT SIGNED BOND ORDER AND CONDITIONS OF BAIL

3/29/2011
  STATUS HEARING IN MAGISTRATE COURT SECTION M3        FALCONEA *
  SCHEDULED -STATUS HEARING ON 4/05/2011 AT 3:00 PM, SECT M3
  DNOC THRU ATTY
  SEND NOTICES

4/05/2011
  STATUS HEARING IN MAGISTRATE COURT SECTION M3        CUTRERM  *
  DEFENDANT PLACED ON EMP - MUST REPORT BY 4/6/11
  STAY AWAY ORDER MODIFIED - ALLOW DEFENDANT TO RETURN TO HIS HOME
  DEFENDANT STILL PROHIBITED FROM ENTERING OZANAM INN PREMISES

4/06/2011
  STATUS HEARING IN MAGISTRATE COURT SECTION M1        DURELD   *
  COURT GRANTED PERMISSION TO LEAVE JURISDICTION.

4/20/2011
  HEARING ON MOTIONS IN MAGISTRATE COURT SECTION M1    CRUTHIRDS*
  SCHEDULED -HEARING ON MOTIONS ON 4/26/2011 AT 10:00 AM, SECT M1
  SARA JOHNSON, ESQ. FILED A MOTION TO WITHDRAW AS COUNSEL OF
  RECORD.

4/26/2011
  HEARING ON MOTIONS IN MAGISTRATE COURT SECTION M1    DURELO   *
  RESULT-HELD
  SCHEDULED -RULE TO SHOW CAUSE ON 4/29/2011 AT 3:00 PM, SECT M4
  COURT GRANTED MOTION TO WITHDRAW AS ATTORNEY OF RECORD BY SARAH
  JOHNSON, AT THE REQUEST OF THE DEFENDANT.

4/29/2011
  RULE TO SHOW CAUSE IN MAGISTRATE COURT SECTION M4    TAMBORELL*
  SCHEDULED -RULE TO SHOW CAUSE ON 5/15/2011 AT 3:00 PM, SECT M2
  CONTINUED DUE PART OF BAIL RESTRICTIONS, AS PER THE STATE ATTY.
  MARK BURTON.

5/03/2011
  STATUS HEARING IN MAGISTRATE COURT SECTION M3        FALCONEA *
  SCHEDULED -STATUS HEARING ON 5/10/2011 AT 3:00 PM, SECT M3
  SEND NOTICES TO DEFENDANT, TO STATE, AND DEFENSE COUNSEL

5/10/2011
  STATUS HEARING IN MAGISTRATE COURT SECTION M3        FALCONEA *
                    CONTINUED

```
MAG#: 522477                D O C K E T   M A S T E R              DATE: 7/05/2011
                            ==============================          TIME: 15:40:25
                            ORLEANS PARISH MAGISTRATE COURT
================================================================================
DEFENDANT(S):            CNTS CHARGE(S):
================================================================================
```

5/10/2011
    SCHEDULED -STATUS HEARING ON 5/24/2011 AT  3:00 PM, SECT M3      FALCONEA *
    DEFENDANT WAS ADVISED TO HIRE COUNSEL
    STATH RESET 2 WEEKS

5/15/2011
    RULE TO SHOW CAUSE IN MAGISTRATE COURT SECTION M2              CUTRERM *
    SCHEDULED -RULE TO SHOW CAUSE ON 3/15/2012 AT  3:00 PM, SECT M5
    CONTINUED PURSUANT TO CONDITIONS OF BAIL IN RECORD

5/23/2011
    HEARING ON MOTIONS IN MAGISTRATE COURT SECTION M1              CRUTHIRDS*
    SCHEDULED -HEARING ON MOTIONS ON 5/24/2011 AT  3:00 PM, SECT M3
    THE DEFENDANT, PRO SE, FILED A MOTION TO RECUSE COMMISSIONER
    CANTRELL.  THE DEFENDANT ALSO FILED VARIOUS MEMORANDUM.

5/24/2011
    STATUS HEARING IN MAGISTRATE COURT SECTION M3                  FALCONEA *
    SCHEDULED -STATUS HEARING ON 5/31/2011 AT  3:00 PM, SECT M3
    DNOC
    HEARING TO DETERMINE COURT SECTION

5/26/2011
    MOTIONS FILED IN MAGISTRATE COURT SECTION M1                   CRUTHIRDS*
    SCHEDULED -MOTIONS FILED ON 5/26/2011 AT 10:00 AM, SECT M1
    THE DEFENDANT, DAVID CHRISTENSON, FILED A MEMORANDUM WITH THE
    COURT.

5/31/2011
    STATUS HEARING IN MAGISTRATE COURT SECTION M3                  CUTRERM *
    RESULT-RESET
    SCHEDULED -STATUS HEARING ON 6/07/2011 AT  3:00 PM, SECT M3
    DEFENDANT APPEARED
    HEARING ON MOTION TO RECUSE CONTINUED FOR DEFENDANT TO SHOW CAUSE
    DEFENDANT WAS ADVISED TO HIRE A LAWYER
    DNOC
    STATUS HEARING IN MAGISTRATE COURT SECTION M3
    SCHEDULED -STATUS HEARING ON 6/07/2011 AT  3:00 PM, SECT M3

6/07/2011
    STATUS HEARING IN MAGISTRATE COURT SECTION M3                  FALCONEA *
    SCHEDULED -STATUS HEARING ON 7/05/2011 AT  3:00 PM, SECT M3
    JUDGE DID NOT FIND ANY REASON FOR RECUSAL
    DEFENDANT TO REPORT BACK ON 7/05/2011
    DNOC

6/14/2011
    FILING(S) IN OPEN COURT IN MAGISTRATE COURT SECTION M3         FALCONEA *
    SCHEDULED -STATUS HEARING ON 7/05/2011 AT  3:00 PM, SECT M3
    SCHEDULED -HEARING ON 7/05/2011 AT  3:00 PM, SECT M3
    DEFENDANT FILED:
    EMERGENCY MOTION FOR CONTRADICTORY HEARING
    EMERGENCY MOTION FOR BOND REDUCTION HEARING
    EMERGENCY MOTION TO ALLOW DEFENDANT TO RETURN TO FL FOR TREATMENT
    EMERGENCY MOTION FOR REMOVAL OF MONITORING DEVICE
    EMERGENCY MOTION TO APPOINT A PUBLIC DEFENDER
    THREE MEMORANDUMS
    AND ONE MOTION

6/21/2011
    FILING(S) IN OPEN COURT IN MAGISTRATE COURT SECTION M3         FALCONEA *
    SCHEDULED -HEARING ON 7/05/2011 AT  3:00 PM, SECT M3
    DEFENDANT MAILED IN:MEMOS

7/05/2011
    HEARING IN MAGISTRATE COURT SECTION M3                         FALCONEA *
    RESULT-DA TO REFUSE CHARGE(S)
    DA REFUSED BOTH CHARGES
    ELECTRONIC MONITORING DEVICE TO BE REMOVED

================================================================================
                              END OF DOCKET MASTER
================================================================================

