

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson

DEMOCRATIC NATIONAL COMMITTEE,

Plaintiff,

v.

RUSSIAN FEDERATION, et al;
Defendants.

Civil Action No. 1:18-cv-03501

Racketeer Influenced and
Corrupt Organization Act (RICO)

Judge John G. Koeltl

Addendum Eighteen to Writ of Mandamus and Prohibition

This is about the draconian measures that the Federal Government took to silence me at the grassroots level. The DOJ/FBI used the State of Louisiana to do their dirty work. It is those people that they used in Louisiana that will pay the ultimate price. They will die at the hands of the Federal Government that was covering up what every American had a Constitutional Right to know. The people in Louisiana did it voluntarily and yet they knew that what they were doing was criminal but they did not know that their criminal activities carried the death penalty for them and their families. Attachment 1.

One Louisiana Chief Supreme Court Justice and his son, two Louisiana State Judges (one was a DA as well), three US Attorneys (one was a DA as well), four District Attorneys, five Attorneys/Officers of the Court, one Clerk of Court, one Mayor who is now a falsely convicted Federal prisoner, one mother and a falsely convicted Louisiana State prisoner. Evil breeds evil.

Your names will be added to this story. "The Genocide of Mankind and those that are Responsible". This is not a Christmas or Birthday present that you can return.

The attached eleven Addendum Eighteen to Writ of Mandamus and Prohibition were filed in the following cases:

1. United States v. Boucher (1-18:cr-00004)
   Judge Marianne O. Battani

2. United States v. Manafort (1:18-cr-00083)
   Senior Judge T.S. Ellis, III

3. Manafort v. United States (1:18-cv-00011)
   Judge Amy Berman Jackson

4. United States v. Flynn (1:17-cr-00232)
   Judge Emmet G. Sullivan

5. United States v. Papadopoulos (1:17-cr-00182)
   Judge Randolph Daniel Moss

6. United States v. Manafort (1:17-cr-00201)
   Judge Amy Berman Jackson

7. United States v. Internet Research Agency LLC (1:18-cr-00032)
   Judge Dabney L. Friedrich

8. United States v. Van Der Zwann (1:18-cr-00031)
   Judge Amy Berman Jackson

9. Deepwater Horizon v. BP Exploration & Production (16-30918)
   Judge Carl Barbier

10. Democratic National Committee v. Russian Federation, et al (1:18-cv-5301)
    Judge John G. Koeltl

11. State of Louisiana v. Nathan Foreman (Section H Case 459100)
    Judge Camille Buras

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on May 11th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

State of Louisiana
Vs.
Nathan Foreman

Orleans Parish Criminal Court
Judge Camille Buras
Section H Case: 459100

## Second Memorandum
## Criminal Malpractice

Everyone on the Service List is directly connected to me.

You know you all are criminally connected to Special Counsel/FBI Director Robert Mueller, Secretary of Labor/Assistant Attorney General for Civil Rights/Chairman Democratic National Committee Thomas Perez and Attorney General/Presidential Candidate Eric Holder. See the attachment.

- Each of Nathan Foreman's attorneys committed criminal malpractice: Robert Jenkins, Martin Regan, Nisha Sandhu, etc. This is just the start. They all stole money from Nathan's mom.
- Put Nisha Sandhu under oath and ask her about the criminal malpractice. Ask her about what an unscrupulous (criminal) Martin Regan is. (I have a direct connection with both)
- Ask Mayor Ray Nagin about Robert Jenkins. I could have got Nagin off. (I have a direct connection with Nagin)
- Ask Chief Judge/District Attorney Keva Landrum-Johnson about Lee Madere, Danziger and me. (I have a direct connection with all and so does she.) Lee Madere was the Louisiana Danziger Grand Jury Foreman.
- District Attorney Robert Freeman is directly connected to me, my wife, Danziger and Madere. Freeman and my wife grew up together. He intentional harmed me and my wife who he repeatedly started was her friend. This sick individual has no conscious.
- District Attorney Eddie Jordan is directly connected to me, Madere and Danziger. Put him under oath and ask him about what really took place on the Danziger Bridge.
- US Attorney James Letten knows it all. He is truly connected to everyone. The responsibility for the coverup rests with him. He is the one that provided protection to everyone involved in this criminal enterprise. This guy is truly the bastard of bastards.
- Ask Clerk Morrell about why my arrest file in his office has been tampered with and why pleadings have been removed. (I have a direct connection with him.)
- Ask Louisiana Supreme Court Chief Justice Pascal Calogero about me and the Writs and Appeals that I filed. (I have a direct connection to him.) I reached out to him because of what his son did to me. Ask him about the bribe that was solicited from me.
- Put Louisiana Supreme Court Chief Justice Pascal Calogero's son, Thomas Calogero, under oath and ask him about the criminal prosecutor misconduct that he committed against me while he was Martin Regan's partner. (I am directly connected to him)
- Last but not least is Aris Cox. Cox is criminal connected to everyone on this list. Put him under oath. The guy is a walking criminal enterprise who is so drugged up he doesn't know who is. (I am directly connected to him)

Service List

- Nathan Foreman ID: 534939

Louisiana State Penitentiary
17544 Tunica Trace
Angola, LA 70712

- Udell B. Murphy

4358 Duplessis St.
New Orleans, La. 70122

- Chief Judge Keva Landrum-Johnson

Section E
2700 Tulane Ave
New Orleans, LA 70119

- Judge Camille Buras

Section H
2700 Tulane Ave
New Orleans, LA 70119

- District Attorney Leon A. Cannizzaro

619 South White Street
New Orleans, La. 70119

- Judicial Administrator Robert Kazik

2700 Tulane Ave
New Orleans, LA 70119

- Clerk Arthur A. Morrell

2700 Tulane Ave
New Orleans, LA 70119

- Duane A. Evans, U.S. Attorney

650 Poydras Street
Suite 1600
New Orleans, Louisiana 70130

- C RAY NAGIN 32751-034

FCI Texarkana
P.O. BOX 7000
TEXARKANA, TX 75505

- Nisha Sandhu

639 Loyola Ave Ste 1820
New Orleans LA, 70113

- Martin Regan

2125 Saint Charles Ave
New Orleans LA, 70130-5320

- Robert Jenkins

631 Saint Charles Ave
New Orleans LA, 70130
- Pascal Calogero

1100 Poydras St Ste 1500
New Orleans LA, 70163-1500
- Thomas Calogero

2955 Ridgelake Dr Ste 114
Metairie LA, 70002
- Aris Cox

631 Saint Charles Ave
New Orleans LA, 70130
- Robert L Freeman

619 S White St
New Orleans LA, 70119
- District Attorney Eddie J Jordan

303 S Broad St Fl 3
New Orleans LA, 70119
- James B Letten

201 Saint Charles Ave Ste 2700
New Orleans LA, 70170-2700

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on May 10th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

Pro Se

2018 MAY 15 AM 4:02

Clerk
US District Court SDNY
500 Pearl Street
New York, NY 10007-1312

PENSACOLA FL 325
11 MAY 2018 PM 2 L

RECEIVED
MAY 15 2018
CLERK'S OFFICE
S.D.N.Y.

10007-131608