UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson

DEMOCRATIC NATIONAL COMMITTEE,

Plaintiff,

v.

RUSSIAN FEDERATION, et al;
Defendants.

Civil Action No. 1:18-cv-03501

Racketeer Influenced and
Corrupt Organization Act (RICO)

Judge John G. Koeltl

Addendum Seventeen to Writ of Mandamus and Prohibition

Could a Judge be held accountable under U.S. Code › Title 18 › Part I › Chapter 1 › § 2? (Principals)

Could a Judge be held accountable under U.S. Code › Title 18 › Part I › Chapter 1 › § 4? (Misprision)

Could a Judge be held accountable under U.S. Code › Title 18 › Part I › Chapter 96? (RICO)

There is no doubt that Attorney General Eric Holder, Deputy Attorney General for Civil Rights Thomas Perez and Special Counsel/FBI Director Robert Mueller are guilty under Title 18.

The Federal Judiciary is guilty as well.

Time and math will ensure that the truth comes out. The coverup will end.

**How the coverup ends is up to this Court. I beg you to accept your Constitutional Mandate and protect the American People before it is too late.**

18 U.S. Code § 2 – Principals

(a) Whoever commits an offense against the United States or aids, abets, counsels, commands, induces or procures its commission, is punishable as a principal.

(b) Whoever willfully causes an act to be done which if directly performed by him or another would be an offense against the United States, is punishable as a principal.

The crimes that occurred in New Orleans happened at a specific time (finite) before any judge was involved.

The Executive Branch/President covered up what in essence or the conclusion is the Genocide of Mankind. The Department of Justice acting under color deprived all Americans of their Civil Rights (18 USC 242).

Can the Government (Executive, Legislative and Judiciary) commit crimes against the United States? Can the Government aid, abets, counsels, commands, induces or procures its commissions, is punishable as a principle? The answer is absolutely "Yes". The ongoing coverup is "willfully causing an act to be done which if directly performed by him or another would be an offense against the United States, is punishable as a principal.

18 U.S. Code § 4 - Misprision of felony

Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.

18 U.S. Code Chapter 96 - RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS

The Racketeer Influenced and Corrupt Organizations Act is an act of Congress signed into law by President Richard Nixon, which extends criminal penalties and creates civil penalties for illegal actions committed by an individual as part of a corrupt organization.

Is the Federal Government a corrupt organization? "Yes".

Section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant).

The attached eleven Addendum Seventeen to Writ of Mandamus and Prohibition were filed in the following cases:

1. United States v. Boucher (1-18:cr-00004)
   Judge Marianne O. Battani

2. United States v. Manafort (1:18-cr-00083)
   Senior Judge T.S. Ellis, III

3. Manafort v. United States (1:18-cv-00011)
   Judge Amy Berman Jackson

4. United States v. Flynn (1:17-cr-00232)
   Judge Emmet G. Sullivan

5. United States v. Papadopoulos (1:17-cr-00182)
   Judge Randolph Daniel Moss

6. United States v. Manafort (1:17-cr-00201)
   Judge Amy Berman Jackson

7. United States v. Internet Research Agency LLC (1:18-cr-00032)
   Judge Dabney L. Friedrich

8. United States v. Van Der Zwann (1:18-cr-00031)
   Judge Amy Berman Jackson

9. Deepwater Horizon v. BP Exploration & Production (16-30918)
   Judge Carl Barbier

10. Democratic National Committee v. Russian Federation, et al (1:18-cv-5301)
    Judge John G. Koeltl

11. State of Louisiana v. Nathan Foreman (Section H Case 459100)
    Judge Camille Buras

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on May 9th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

# The Supreme Court Murdered Mankind

# Writ 14-10077

# The Katrina Virus

# By David Andrew Christenson

November 8th, 2015

The United States developed the perfect military weapon. This weapon was organic, easy to disperse, dissipated in five days and the result was the opposing army committing suicide. This weapon contained a derivative of the Katrina Virus and was negligently released during Hurricane Katrina.

The Supreme Court has covered up the release and the impending Genocide of Mankind.

They classified me as a terrorist for trying to inform you.

October 12th, 2050 is Mankind's final day. Cause of death will be suicide related to the Katrina Virus (A compilation term).

Mankind's immune system(s) is being destroyed.

The number one cause of death will be related to the respiratory system, i.e. flu, pneumonia, etc.

Suicides will surpass births between now and then.

The world will not be able to support the financial (medical) costs associated with the destruction of Mankind's immune system(s).

The Supreme Court Murdered Mankind
Writ 14-10077
The Katrina Virus
By David Andrew Christenson

Index

This is DOCUMENTATION for the Genocide and the Crimes Against Humanity that was and is being committed by the Supreme Court against Mankind.

Original documentation received from the Supreme Court is included in the second book: "The Supreme Court Murdered Mankind Original Documentation from the Supreme Court" and will be identified as ODSC Book 2 (ODSC Book 2)

Do not doubt what you are about to read as all of it is factual and verifiable.

Please do not judge me as the messenger. Please judge the message, incoherent and disjointed as it may be. I am a Federal Whistleblower who never received any training or education on how to prevail. I did the best I could, considering I was fighting a corrupt system that had no use for the Constitution and the fact that I had no money and no support from anyone and that includes those people that had an ethical, moral and legal obligation to help me and mankind. I reached out to over 100 law firms and law schools as well as Whistleblower non-profits.

The original Writ 14-10077 Extraordinary Writ with Writ of Prohibition and Writ of Mandamus was stolen from my home after it was docketed by the Supreme Court. I believe the FBI is responsible for the theft as it was the only item taken. I have tried to duplicate the original Writ as best I could. Duplication of the Writ became even more complicated when Microsoft closed my primary email account on behalf of the Department of Justice. I used davidandrewchristenson(at)hotmail.com for all of my legal notices and for storage. The FBI destroyed three of my computers and all of my backups. I thought the "Cloud" would be safe. The Supreme Court refused to provide me with a copy of the original Writ. Clerks Jeffrey Atkins 202-479-3263, Chris Vasil 202-479-3027 and Scott Harris 202-479-3000, etc. refused to provide me with a copy after repeated written and verbal requests. (All attachments have not been included because of space and financial limitations.)

Please reference United States Court of Appeals for the District of Columbia Circuit: 14-5207 Larry Elliot Klayman v. Barack Hussein Obama and 14-5212 Rand Paul v. Barack Hussein Obama. There is substantial documentation, over 100 unanswered pleadings, in the two appeals that are available on line and via Pacer. The critical omission from the dockets, even when the court ordered, is that the Department of Justice never filed any response, objection, pleading, memorandum, motion, etc. and yet the appeals were dismissed. I filed for Summary Judgement. I filed a motion to join/intervene in both class action complaints that were filed on behalf of the American People because I had cause and standing. The two original class action complaints were filed in the District of Columbia District Court.

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

RECEIVED
2018 MAY 14  PM 4: 46
CLERK'S OFFICE
S.D.N.Y.

Pro Se

Clerk
US District Court SD New York
500 Pearl Street
New York, NY 10007-1312

PENSACOLA FL 325
09 MAY 2018 PM 1 L

USPS
SDNY