UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson

DEMOCRATIC NATIONAL COMMITTEE,

Plaintiff,

v.

RUSSIAN FEDERATION, et al;
Defendants.

Civil Action No. 1:18-cv-03501

Racketeer Influenced and
Corrupt Organization Act (RICO)

Judge John G. Koeltl

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-15-18

Motion for Extension to file a Motion for Reconsideration

Your court has given me a voice and for that I "thank you".

As you know I am Pro Se and indigent (according to the 5th Circuit and the Eastern District of Louisiana). I make mistakes.

I am asking for an extension in the interest of justice until after all parties have entered their appearances, filed their responses and counter complaints and the July 5th hearing that you have scheduled. I am asking for an extension of 14 days after the hearing or the rescheduled hearing.

I believe that you are going to see some amazing legal pleadings. The voice you gave me is going to have a huge impact on what the parties file. This is a wait and see but if I had an impact I would like the opportunity to respond and have you reconsider my Motion to Join and Motion to Intervene.

Please do not hold my mistakes against me. I do not have the resources to fight this battle. My excusable neglect is due to my lack of resources. I feel the pleadings that are to be filed (mine and theirs) will contain new evidence that will allow you to grant my Motion to Join and My Motion to Intervene. I also believe that you are going to see fraud committed in their pleadings. If I am a factor in any of this please allow me to be heard.

*Each justice or judge of the United States shall take the following oath or affirmation before performing the duties of his office: "I, ___ ___, do solemnly swear (or affirm) that I will administer justice without respect to persons, **and do equal right to the poor** and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as ___ under the Constitution and laws of the United States. So help me God."*

I failed to include the following statement but I will incorporate it in my Motion for Reconsideration: Please incorporate the Democratic Committee's (DNC) Complaint into my Motion to Intervene and my Motion to Join. Substitute the term "American People" for the Democratic National Committee (DNC). We are a country with basically two parties. The DNC in simple form is representing 50% of the

American People. There is a question if the DNC truly has cause and standing in the complaint that they filed. The complaint is political and a marketing tool. The DNC does not give a damn about the American People but the DNC does care about power and money. I represent 100% of Americans.

No harm will come to the parties. I have served all parties and defendants with my pleadings.

I will continue to send you informative pleadings. I will title those pleadings as Writ of Mandamus and Prohibition. I want the government to stop lying and to start telling the truth.

The American people deserve a voice. They also deserve knowledge so that they can make educated decisions.

I pray you grant me the extension.

This case is a miracle. You have the opportunity to do some real good for this country.

My being a part of this case gives you power over the direction it takes and the outcome. **This is a Judge's dream case.**

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on May 11th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

PENSACOLA FL 325
11 MAY 2018 PM 1 L

USM-P3
SDNY

2018 MAY 15  AM 4:01

Clerk
US District Court SD New York
500 Pearl Street
New York, NY 10007-1312

10007-131608

RECEIVED
MAY 15 2018
CLERK'S OFFICE
S.D.N.Y.