UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson                    Civil Action No. 1:18-cv-03501

DEMOCRATIC NATIONAL COMMITTEE,                     Racketeer Influenced and
                                                   Corrupt Organization Act (RICO)
Plaintiff,

v.                                                 Judge John G. Koeltl

RUSSIAN FEDERATION, et al;
Defendants.

Open Letter

Concord Management and Consulting LLC entered a not guilty plea on Wednesday.

This is a Tsunami event that will destroy the Federal Judiciary. Consider it a chess match and in 58 moves it will be check mate. The Federal Judiciary has maybe two moves before the match results in a check mate. A few people understand that the tsunami has already come ashore because it was traveling at the undetected speed of sound. The destructive waves will follow in the next few months. I can't sound the alarm anymore that I already have.

Russia will humiliate the United States of America and prove what hypocrites we are. They will prove that Constitution is a joke that does even apply to Americans.

The "Rule of Law" officially died on May 9th, 2018. It was a suicide.

What is most tragic is that the Russians believed me but not my own country.

**TIME, MATH AND THE RUSSIANS WILL PROVE THAT I AM RIGHT.**

The attached eleven Open Letters to the judges were filed in the following cases:



1. United States v. Boucher (1-18:cr-00004)
   Judge Marianne O. Battani

2. United States v. Manafort (1:18-cr-00083)
   Senior Judge T.S. Ellis, III

3. Manafort v. United States (1:18-cv-00011)
   Judge Amy Berman Jackson

4. United States v. Flynn (1:17-cr-00232)

Judge Emmet G. Sullivan

5. United States v. Papadopoulos (1:17-cr-00182)
   Judge Randolph Daniel Moss

6. United States v. Manafort (1:17-cr-00201)
   Judge Amy Berman Jackson

7. United States v. Internet Research Agency LLC (1:18-cr-00032)
   Judge Dabney L. Friedrich

8. United States v. Van Der Zwann (1:18-cr-00031)
   Judge Amy Berman Jackson

9. Deepwater Horizon v. BP Exploration & Production (16-30918)
   Judge Carl Barbier

10. Democratic National Committee v. Russian Federation, et al (1:18-cv-5301)
    Judge John G. Koeltl

11. State of Louisiana v. Nathan Foreman (Section H Case 459100)
    Judge Camille Buras

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on May 12th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

