**ФЕДЕРАЛЬНЫЙ ОКРУЖНОЙ СУД ЮЖНОГО ОКРУГА НЬЮ-ЙОРКА, СОЕДИНЕННЫЕ ШТАТЫ АМЕРИКИ,**

НАЦИОНАЛЬНЫЙ КОМИТЕТ ДЕМОКРАТИЧЕСКОЙ ПАРТИИ,

Истец,

против

РОССИЙСКАЯ ФЕДЕРАЦИЯ;
ГЕНЕРАЛЬНЫЙ ШТАБ ВООРУЖЕННЫХ СИЛ РОССИЙСКОЙ ФЕДЕРАЦИИ («ГРУ»);
АГЕНТ ГРУ ПОД ПСЕВДОНИМОМ «ГУЧЧИФЕР 2.0» (“GUCCIFER 2.0”);
АРАС ИСКЕНДЕРОВИЧ АГАЛАРОВ
ЭМИН АРАС АГАЛАРОВ;
ДЖОЗЕФ МИФСУД;
ВИКИЛИКС (WIKILEAKS);
ДЖУЛИАН АССАНЖ;
ДОНАЛЬДА ДЖ. ТРАМПА В ПРЕЗИДЕНТЫ, ИНК. (DONALD J. TRUMP FOR PRESIDENT, INC.);
ДОНАЛЬД ДЖ. ТРАМП-МЛАДШИЙ;
ПОЛ ДЖ. МАНАФОРТ-МЛАДШИЙ;
РОДЖЕР ДЖ. СТОУН-МЛАДШИЙ;
ДЖАРЕД Ч. КУШНЕР;
ДЖОРДЖ ПАПАДОПУЛОС;
РИЧАРД В. ГЕЙТС III;
ДЖОН ДОУ 1-10,

Ответчики.

Гражданский иск № __________

**ПИСЬМЕННОЕ ХОДАТАЙСТВО О РАССМОТРЕНИИ ДЕЛА СУДОМ ПРИСЯЖНЫХ**

**ИСК**

ЗАКОН О КОМПЬЮТЕРНОМ МОШЕННИЧЕСТВЕ И ЗЛОУПОТРЕБЛЕНИИ (РАЗДЕЛ 18 СВОДА ЗАКОНОВ США, § 1030(a))

ЗАКОН ОБ ОРГАНИЗАЦИЯХ, СВЯЗАННЫХ С РЭКЕТОМ И КОРРУПЦИЕЙ (RICO) (РАЗДЕЛ 18 СВОДА ЗАКОНОВ США, § 1962(c))

ПРЕСТУПНЫЙ СГОВОР ПО ЗАКОНУ RICO (РАЗДЕЛ 18 СВОДА ЗАКОНОВ США, § 1962(d))

ЗАКОН О НАКАЗАНИЯХ ЗА НЕСАНКЦИОНИРОВАННОЕ ПОДКЛЮЧЕНИЕ К ЛИНИЯМ СВЯЗИ (РАЗДЕЛ 18 СВОДА ЗАКОНОВ США, §§ 2510-22)

ЗАКОН О СОХРАНЕННЫХ СООБЩЕНИЯХ (РАЗДЕЛ 18 СВОДА ЗАКОНОВ США, §§ 2701-12)

В ЦИФРОВУЮ ЭПОХУ

ЗАКОН ОБ АВТОРСКОМ ПРАВЕ (РАЗДЕЛ 17 СВОДА ЗАКОНОВ США § 1201 *и далее*.)

НЕЗАКОННОЕ ЗАВЛАДЕНИЕ КОММЕРЧЕСКОЙ ТАЙНОЙ

ЗАКОН О КОММЕРЧЕСКОЙ ТАЙНЕ (РАЗДЕЛ 18 СВОДА ЗАКОНОВ США, § 1836 *и далее*.)

ЕДИНООБРАЗНЫЙ ЗАКОН О ТОРГОВЫХ СЕКРЕТАХ, ВАШИНГТОН, ОКРУГ КОЛУМБИЯ (Аннотированный свод законов округа Колумбия, §§ 36-401 – 46-410)

ПОСЯГАТЕЛЬСТВО (Общее право округа Колумбия)

ПОСЯГАТЕЛЬСТВО НА ДВИЖИМОЕ ИМУЩЕСТВО (Общее право шт. Вирджиния)

ПРЕСТУПНЫЙ СГОВОР С ЦЕЛЬЮ ПОСЯГАТЕЛЬСТВА НА ДВИЖИМОЕ ИМУЩЕСТВО (Общее право шт. Вирджиния)

ЗАКОН ВИРДЖИНИИ О КОМПЬЮТЕРНЫХ ПРЕСТУПЛЕНИЯХ (Аннотированный свод законов шт. Вирджиния, § 18.2-152.5 *и далее*.)

# СОДЕРЖАНИЕ

Страница

СУТЬ ИСКА ........ 5

I. ВВЕДЕНИЕ ........ 5

II. ПРЕСТУПНАЯ ГРУППИРОВКА ........ 6

III. УЩЕРБ ДЛЯ НКДП ........ 10

ПОДВЕДОМСТВЕННОСТЬ И МЕСТО РАССМОТРЕНИЯ ........ 11

СТОРОНЫ ........ 12

ОБЩИЕ ОБВИНЕНИЯ ........ 17

I. РАНЕЕ СУЩЕСТВОВАВШАЯ СВЯЗЬ ТРАМПА И ЕГО СОЮЗНИКОВ С РОССИЕЙ И РОССИЙСКИМИ ОЛИГАРХАМИ ПОСЛУЖИЛА ПЛОДОРОДНОЙ ПОЧВОЙ ДЛЯ ОРГАНИЗАЦИИ ПРЕСТУПНОГО СГОВОРА МЕЖДУ РОССИЕЙ И ТРАМПОМ ........ 17

II. ОДНА ЦЕЛЬ: ПОДДЕРЖКА ТРАМПА И ОПОРОЧИВАНИЕ КАНДИДАТА ОТ ДЕМОКРАТИЧЕСКОЙ ПАРТИИ ........ 19

III. СГОВОР С ЦЕЛЬЮ РАСПРОСТРАНЕНИЯ УКРАДЕННЫХ ДАННЫХ НКДП ДЛЯ ПОМОЩИ ТРАМПУ ........ 21

A. Трамп объявляет о выдвижении себя в качестве кандидата в президенты, а Россия начинает атаку на компьютерные системы НКДП ........ 22

B. Европейские союзники передавали «сигнал тревоги» разведке США в отношении связи россиян с помощниками Трампа ........ 22

C. Во время президентской кампании Трамп подписывает письмо о намерении построить Trump Tower в Москве ........ 22

D. Кампания Трампа углубляет связи с Россией и агентами российской разведки ........ 23

E. Россия крадет огромное количество документов у НКДП в то время, как сотрудник Трампа хвастается украденными документами ........ 25

F. НКДП обнаруживает взлом и нанимает компанию CrowdStrike ........ 26

G. Результаты экспертизы подтверждают атаку России на сеть НКДП ........ 27

H. Русские предлагают помощь Трампу — и сотрудники Трампа принимают предложение ........ 28

I. После встречи в Трамп-тауэр Россия запускает массовое публичное распространение украденных документов НКДП ........ 30

J. Кампания Трампа блокирует добавление в программу республиканской партии США текста, направленного против России ........ 31

## СОДЕРЖАНИЕ

Страница

K. После того, как кампания Трампа блокирует антироссийский текст в программе республиканской партии, WikiLeaks начинает распространять украденные документы НКДП ..... 31

L. Сотрудники Трампа тайно общаются с русскими агентами и WikiLeaks по мере стратегического разглашения украденных документов НКДП ..... 32

M. Трамп публично хвалит незаконное распространение украденных документов НКДП..... 34

N. Трамп — и Россия — выиграли. ..... 36

IV. НЕОДНОКРАТНЫЕ УСИЛИЯ ОТВЕТЧИКОВ СКРЫТЬ СВЯЗИ С РУССКИМИ ДОКАЗЫВАЮТ ИХ ОСОЗНАНИЕ СВОЕЙ ВИНЫ ..... 36

V. ЗНАЧИТЕЛЬНЫЙ УЩЕРБ, НАНЕСЕННЫЙ ИСТЦУ ..... 38

ОСНОВАНИЕ ДЛЯ ИСКА ..... 40

ПУНКТ I ..... 40

АКТ О КОМПЬЮТЕРНОМ МОШЕННИЧЕСТВЕ И ЗЛОУПОТРЕБЛЕНИИ (18 раздел Свода законов США, статья 1030(А)) (ПРОТИВ РОССИИ, ГРУ И АГЕНТА ГРУ #1) ..... 40

ПУНКТ II ..... 42

ФЕДЕРАЛЬНЫЙ ЗАКОН О ПРОТИВОДЕЙСТВИИ РЭКЕТУ И КОРРУПЦИИ (18 РАЗДЕЛ СВОД ЗАКОНОВ США, СТАТЬЯ 1962(С)) (ПРОТИВ ВСЕХ ОТВЕТЧИКОВ) ..... 42

A. Кампания Трампа являла собой Предприятие, деятельность которого осуществлялась с применением методов организационной преступности ..... 42

B. Альтернативно, и, как минимум, кампания Трампа была частью, фактически связанной с таким Предприятием ..... 43

C. ФЕДЕРАЛЬНЫЙ ЗАКОН О ПРОТИВОДЕЙСТВИИ РЭКЕТУ И КОРРУПЦИИ ОСНОВНЫЕ ДЕЙСТВИЯ ..... 43

D. Ущерб, причиненный вследствие нарушения закона США «О коррумпированных и находящихся под влиянием рэкетиров организациях» (РИКО) ..... 46

ПУНКТ ОБВИНЕНИЯ III ..... 46

ПРЕСТУПНЫЙ СГОВОР С ЦЕЛЬЮ НАРУШЕНИЯ ЗАКОНА РИКО (18 раздел Свода законов США, § 1962(D)) (ПРОТИВ ВСЕХ ОБВИНЯЕМЫХ) ..... 46

ПУНКТ ОБВИНЕНИЯ IV ..... 47

ЗАКОН «О НАКАЗАНИЯХ ЗА НЕСАНКЦИОНИРОВАННОЕ ПОДКЛЮЧЕНИЕ К ЛИНИЯМ СВЯЗИ» (18 раздел Свода законов США, §§ 2510-22) (ПРОТИВ АГЕНТА ГРУ №1, WIKILEAKS, АССАНЖА, TRUMP CAMPAIGN И СООБЩНИКОВ ТРАМПА) ..... 47

ПУНКТ ОБВИНЕНИЯ V ..... 48

ЗАКОН «О ДОСТУПЕ К ХРАНИМЫМ ДАННЫМ ПРОВОДНОЙ И ЭЛЕКТРОННОЙ СВЯЗИ И ДЕЛОВОЙ ДОКУМЕНТАЦИИ» (18 раздел Свода законов США, §§ 2701-12) (ПРОТИВ РОССИИ, ГРУ И АГЕНТА ГРУ №1) ..... 48

ПУНКТ ОБВИНЕНИЯ VI ..... 49

ЗАКОН «О ЗАЩИТЕ АВТОРСКИХ ПРАВ В ЦИФРОВУЮ ЭПОХУ» (17 раздел Свода законов США, § 1201 *И ДАЛЕЕ*.) (ПРОТИВ РОССИИ, ГРУ И АГЕНТА ГРУ №1) ..... 49

Дело 1:18-cv-03501 Документ 1 Дата составления 04/20/18 Страница 4 из 66

# СОДЕРЖАНИЕ

Страница

ПУНКТ ОБВИНЕНИЯ VII .......... 50

НЕПРАВОМЕРНОЕ ЗАВЛАДЕНИЕ КОММЕРЧЕСКОЙ ТАЙНОЙ В НАРУШЕНИЕ ЗАКОНА «О ЗАЩИТЕ КОММЕРЧЕСКОЙ ТАЙНЫ» (18 раздел Свода законов США, § 1836, *И ДАЛЕЕ*.) (ПРОТИВ РОССИИ, ГРУ, АГЕНТА ГРУ №1, WIKILEAKS И АССАНЖА) .......... 50

ПУНКТ ОБВИНЕНИЯ VIII .......... 51

ДИНЫЙ ЗАКОН «О КОММЕРЧЕСКОЙ ТАЙНЕ» Г. ВАШИНГТОН, ФЕДЕРАЛЬНЫЙ ОКРУГ КОЛУМБИЯ (Свод законов федерального округа Колумбия анн., §§ 36-401 – 46-410) (ПРОТИВ ВСЕХ ОБВИНЯЕМЫХ) .......... 51

ПУНКТ ОБВИНЕНИЯ IX .......... 52

ПРОТИВОЗАКОННОЕ НАРУШЕНИЕ ПРАВА ВЛАДЕНИЯ С ПРИЧИНЕНИЕМ ВРЕДА (ОБЩЕЕ ПРАВО ФЕДЕРАЛЬНОГО ОКРУГА КОЛУМБИЯ) (ПРОТИВ РОССИИ, ГРУ И АГЕНТА ГРУ №1) 52

ПУНКТ ОБВИНЕНИЯ X .......... 53

ПОСЯГАТЕЛЬСТВО НА ДВИЖИМОЕ ИМУЩЕСТВО (ОБЩЕЕ ПРАВО ВИРДЖИНИИ) (ПРОТИВ РОССИИ, ГРУ И ОПЕРАТИВНОГО ОТДЕЛА ГРУ №1) .......... 53

ПУНКТ ОБВИНЕНИЯ XI .......... 54

ПРЕДВАРИТЕЛЬНЫЙ СГОВОР С ЦЕЛЬЮ СОВЕРШЕНИЯ ПОСЯГАТЕЛЬСТВА НА ДВИЖИМОЕ ИМУЩЕСТВО (ОБЩЕЕ ПРАВО ВИРДЖИНИИ) (ПРОТИВ ВСЕХ ОТВЕТЧИКОВ) 54

ПУНКТ ОБВИНЕНИЯ XII .......... 55

НАРУШЕНИЕ ЗАКОНА ВИРДЖИНИИ О ПРЕСТУПЛЕНИИ В СФЕРЕ КОМПЬЮТЕРНОЙ ИНФОРМАЦИИ (СВОД ЗАКОНОВ ВИРДЖИНИИ С КОММЕНТАРИЯМИ § 18.2-152.5 И ДАЛЕЕ) (ПРОТИВ ВСЕХ ОТВЕТЧИКОВ) .......... 55

ИСКОВОЕ ТРЕБОВАНИЕ .......... 56

ТРЕБОВАНИЕ СУДА ПРИСЯЖНЫХ .......... 58

Истец, Национальный комитет демократической партии («НКДП»), подает данный Иск против Российской Федерации («Россия»), Генерального штаба вооруженных сил Российской Федерации («ГРУ»), агента ГРУ под псевдонимом «Гуччифер 2.0» («Guccifer 2.0») («Агент ГРУ №1»), Араса Искендеровича Агаларова («Арас Агаларов»); Эмина Араса Агаларова («Эмин Агаларов»); Джозефа Мифсуда («Мифсуд»); Викиликс (WikiLeaks), Джулиана Ассанжа («Ассанж»), Дональда Дж. Трампа в Президенты, Инк. (Donald J. Trump for President, Inc.) («Избирательная кампания Трампа»), Дональда Дж. Трампа-младшего («Трамп-младший»), Пола Дж. Манафорта-младшего («Манафорт»), Роджера Дж. Стоуна-младшего («Стоун»), Джареда Ч. Кушнера («Кушнер»), Джорджа Пападопулоса («Пападопулос»), Ричарда В. Гейтса III («Гейтс»), Джона Доу 1-10, который заключается в следующем:

## СУТЬ ИСКА

## I. ВВЕДЕНИЕ

1. Никто не выше закона. При подготовке к выборам 2016 г. Россия организовала наглое нападение на американскую демократию. Вначале была проведена кибератака на НКДП на американской территории. В 2015 и 2016 гг. российские спецслужбы проникли в компьютеры НКДП и телефонные системы, похитив десятки тысяч документов и электронных писем. Затем Россия использовала похищенную информацию в своих интересах: в целях дестабилизации политической обстановки в США, очернения кандидата в президенты от демократов и поддержки кампании Дональда Дж. Трампа («Трамп»), чья политика выгодна Кремлю.

2. В лице Трампа Россия нашла сговорчивого и активного партнера. В 2016 г. источники, близкие к Кремлю, уведомили Трампа о намерении России вмешаться в нашу демократию. Получив большое количество информации о встречах, электронные письма и прочие сведения, данные русские агенты поняли, что их правительство поддерживало Трампа и было готово воспользоваться похищенными электронными письмами и другой информацией для нанесения вреда оппоненту и Демократической партии.

3. Вместо того, чтобы сообщить об этих повторяющихся сообщениях о намерениях России вмешаться в выборы в США, Трамп и его агенты с радостью приняли помощь России. Фактически, Трамп добивался незаконной поддержки России и вел секретные переговоры с лицами, близкими к российскому правительству, включая одну из спецслужб, ответственных за атаку на НКДП.

4. В результате данных переговоров Трамп, его ближайшие советники и русские агенты составили соглашение о продвижении кандидатуры Дональда Трампа незаконными методами. Русские агенты проникли в компьютерную сеть НКДП в Соединенных Штатах, а также в учетные записи электронной почты, и завладели коммерческой тайной и другими конфиденциальными данными, которые затем передали ответчику, ресурсу WikiLeaks, основатель которого Ассанж преследовал схожие цели с ответчиками по уничтожению Демократической партии перед выборами. Через офицера(ов) военной разведки (ГРУ) под псевдонимом «Гуччифер 2.0» («Guccifer 2.0») (здесь и далее «Агент ГРУ №1») и сервис WikiLeaks Россия распространила информацию в самый подходящий для компании Трампа момент.

5. Информация, похищенная у НКДП, была умышленно обнародована, затем кандидат Трамп открыто выразил благодарность за незаконное распространение информации и стимулировал Россию к дальнейшим нарушениям законодательства США, которые состояли в продолжающихся компьютерных атаках на Демократическую партию.

## II. ПРЕСТУПНАЯ ГРУППИРОВКА

6. Кибератака против НКДП со стороны России началась всего через несколько недель после того, как Трамп заявил о том, что выдвигает свою кандидатуру на пост Президента Соединенных Штатов в июне 2015 г. В течение нескольких месяцев дружественные европейские спецслужбы начали сообщать своим американским партнерам о подозрительных переговорах между окружением Трампа и российскими агентами.

7. В конце 2015 г., во время проведения предвыборной кампании, Трамп собственноручно подписал соглашение о намерении принять участие в новом строительстве в Москве — приблизившись к

реализации своей давней мечты. Данный проект должен был финансироваться через российский банк, на который США наложили санкции. Посредником в сделке выступал Феликс Сатер, осужденный за преступление российский эмигрант, который долгое время был деловым партнером Трампа. В разговоре о сделке с Майклом Коэном, адвокатом Трампа, Сатер предложил добиться того, чтобы Президент России Владимир Владимирович Путин («Путин») поддержал проект, чтобы повысить шансы Трампа на выборах: «Я привлеку к программе Путина, и мы добьемся того, чтобы Дональда избрали . . . . Я знаю, как это сделать, и у нас получится. Приятель, наш человек может стать Президентом США, и мы это организуем. Я задействую всю команду Путина, я это сделаю».

8. К началу 2016 г. Трамп был на верном пути к тому, чтобы стать фаворитом и выдвинуть свою кандидатуру от Республиканской партии. Чем ближе подбирался Трамп к своему выдвижению, тем прочнее становилась связь между его кампанией и российским правительством.

9. В феврале 2016 г. Генерал-лейтенант в отставке Майкл Т. Флинн стал неофициальным внешнеполитическим советником Трампа. Несколькими месяцами ранее, в декабре 2015 г., пропагандистский рупор российского правительства «Россия сегодня» («RT») заплатил Флинну за участие и выступление на праздновании юбилея в Москве, на котором Флинн сидел за одним столом с Путиным.

10. В марте 2016 г. организатором мероприятий в в рамках своей кампании Трамп назначил Манафорта, который последние десять лет продвигал интересы Кремля. Даже перейдя на работу к Трампу, Манафорт поддерживал связь с лицом, связанным с ГРУ. Манафорт тоже предложил рассказать о кампании одному российскому лицу, близкому к Путину.

11. В апреле 2016 г. еще одна российская разведывательная группа взломала информационную систему НКДП. 22 апреля 2016 г. российская разведка подготовила похищение огромного количества данных с серверов НКДП. Через четыре дня, 26 апреля 2016 г., Пападопулос, советник Трампа по вопросам внешней политики, встретился с кремлевским агентом, который сообщил Пападопулосу о том, что у русских «есть компромат» на кандидата в Президенты от Демократической

партии в виде «тысяч электронных писем». Пападопулос не передал эту информацию американским правоохранительным органам. Вместо этого он доложил своему начальству из штаба Трампа о «любопытных сообщениях, которые придут из Москвы в нужный момент».

12. К июню 2016 г. Россия похитила тысячи документов и электронных писем у НКДП. 3 июня 2016 г. русские, близкие к Кремлю, связались с Дональдом Трампом-младшим и предложили компромат на кандидата в Президенты от Демократической партии «в рамках поддержки Мистера Трампа со стороны России и ее правительства». Трамп-младший не предпринял никаких шагов, чтобы предупредить американские правоохранительные органы. Напротив, он воспользовался этим незаконным планом, ответив: «Они мне пригодятся в конце лета».

13. 9 июня 2016 г. Трамп-младший, Манафорт и Кушнер встретились с представителями России в Башне Трампа (Трамп Тауэр). Через несколько дней, 15 июня 2016 г., агент ГРУ №1 обнародовал похищенные ценные документы, заявив что это материалы НКДП.

14. В июле 2016 г. республиканцы провели национальный съезд партии. На этом съезде Трамп вмешался, чтобы предотвратить использование другими республиканцами антироссийских высказываний в отношении Украины в рамках политической платформы Республиканской партии. Через несколько дней, 22 июля 2016 г., накануне национального съезда Демократической партии, ресурс WikiLeaks тоже распространил похищенные документы НКДП, включая электронные письма и другие секретные служебные документы.

15. На протяжении всего лета и осени 2016 г., в разгар президентской кампании, союзники Трампа продолжали тайно поддерживать связь с росийскими агентами и WikiLeaks, пока те умышленно распространяли похищенную у демократов информацию. С августа 2016 г. Стоун начал тайно общаться с агентом ГРУ №1 и продолжал хвастаться своими связями с Ассанжем. Кроме того, на протяжении всего этого времени Гейтс, заместитель главы предвыборного штаба Трампа, а позднее контактное лицо по

связям с Национальным комитетом Республиканской партии, провел тайные переговоры с лицом, которое, насколько было известно Гейтсу, было связано с ГРУ.

16.     Летом и осенью 2016 г. Стоун раскрыл информацию, которую он мог получить только от WikiLeaks или агентов русской разведки, о хакерских атаках в Соединенных Штатах Америки. В августе 2016 г. общественности не было известно, что Россия похитила электронные письма Джона Подесты, Главы предвыборного штаба Хиллари Клинтон. Тем не менее, 21 августа 2016 г. Стоун предупредил о раскрытии компромата на Подесту, написав в твиттере: «Подесте скоро [придет] конец». Через несколько недель ресурс WikiLeaks начал публиковать серии электронных писем Подесты практически ежедневно вплоть до дня выборов, как и предсказывал Стоун. Аналогично, в середине сентября 2016 г. Стоун сказал, что «очень скоро Джулиан Ассанж и WikiLeaks будут еженедельно выкладывать новые полезные документы по Хиллари [Клинтон]». И с 7 октября 2016 г. ресурс WikiLeaks начал практически ежедневно публиковать похищенные электронные письма, как и говорил Стоун.

17.     Трамп-младший тоже тайно общался с WikiLeaks. Однажды Трампу-младшему предложили пароль от сайта анти-Трамп. WikiLeaks попросили Трампа-младшего, чтобы его отец опубликовал в твиттере ссылку на WikiLeaks с похищенными электронными письмами. Через пятнадцать минут Трамп написал в твиттере сообщение о недостаточном внимании СМИ к электронным письмам, опубликованным WikiLeaks.

18.     В течение осени 2016 г. Трамп поощрял незаконное распространение документов НКДП и других документов Демократической партии, делая это центральной темой многих своих выступлений и митингов. Фактически, Трамп несколько раз восторженно отзывался о незаконном распространении информации, восклицая что-то наподобие «Обожаю Wikileaks!»

19. 8 ноября 2016 г. Трамп стал Президентом Соединенных Штатов Америки. Реакцией России было ликование, а член российского Парламента объявил своим коллегам: «Я поздравляю с этим всех вас».

20. Преступная группировка совершила беспрецедентный предательский поступок: кампания кандидата на пост Президента от крупнейшей партии в сговоре с враждебным иностранным государством с целью повысить свои шансы на победу в президентских выборах. Осуществляя данные попытки, Ответчики вступили в сговор для распространения документов, похищенных у НКДП, в нарушение законов Соединенных Штатов Америки, а также законов штата Вирджиния и округа Колумбия. По нашему закону Россия и ее сообщники должны ответить за содеянное.

**III. УЩЕРБ ДЛЯ НКДП**

21. Преступный сговор нанес существенный ущерб НКДП. Ответчики подорвали и извратили возможность НКДП донести цели и точку зрения партии до американских граждан; посеяли раздор внутри Демократической партии в тот момент, когда единство было так важно для успеха в выборах; и серьезно скомпрометировали внутреннюю и внешнюю информационную систему НКДП.

22. Кроме того, действия Ответчиков привели к драматическому снижению пожертвований в пользу НКДП. Распространение похищенной информации заставило жертвователей в пользу политической партии забеспокоиться об утечке конфиденциальной информации в результате пожертвований.

23. НКДП потратил более миллиона долларов на ремонт и восстановление электронного оборудования, а также привлечение специалистов и консультантов для устранения последствий нарушения кибербезопасности в результате взлома систем и распространения данных.

24. Наконец, из-за утечки персональных и секретных данных о персонале НКДП некоторые сотрудники НКДП подверглись агрессии и угрозам физической расправы. В одном из таких электронных писем говорилось: «Надеюсь, всех ваших детей изнасилуют и убьют. Надеюсь, вашей семье суждены

только страдания, мучения и смерть». По вполне понятным причинам такая враждебность повлияла на способность сотрудников эффективно выполнять свои обязанности на работе.

25. Хотя никакой иск не компенсирует вред, причиненный незаконными действиями Ответчиков, НКДП все же хочет возбудить дело против них, чтобы добиться справедливости в соответствии с законами Соединенных Штатов Америки.

26. Поэтому Истец подает данный иск с целью разобраться в индивидуальных и коллективных действиях Ответчиков на основании указанных здесь нормативных актов и общего права. Истец вправе требовать восстановление справедливости в отношении всех участников схемы.

**ПОДВЕДОМСТВЕННОСТЬ И МЕСТО РАССМОТРЕНИЯ**

27. Данный Суд наделен юрисдикцией в отношении федеральных вопросов согласно разделу 28 Свода законов США, § 1331, данный иск связан с разделом 18 Свода законов США § 1030 (Закон о компьютерном мошенничестве и злоупотреблении); 18 Свода законов США, §§ 1961- 68 (Закон об организациях, связанных с рэкетом и коррупцией); 18 Свода законов США, §§ 2701-11 (Закон о сохраненных сообщениях); 28 Свода законов США, §§ 2510-22 (совместно именуются «Федеральный закон о наказаниях за несанкционированное подключение к линиям связи»); Пуб. L. No. 114-152, 130 Закон 376 (Закон о коммерческой тайне, разнесенный по разделам 18 Свода законов США и 28 Свода законов США); и раздел 17 Свода законов США, § 1201 *и далее.* (Закон об авторском праве в цифровую эпоху). Данный Суд обладает дополнительной юрисдикцией в отношении требований Истца на основании законов штата согласно разделу 28 Свода законов США, §1367(b).

28. Данный Суд обладает юрисдикцией в отношении требований против России и ГРУ согласно разделу 28 Свода законов США, § 1330, так как Россия является иностранным государством, *см.* раздел 28 Свода законов США, § 1603(a), а ГРУ является «агентством или органом правительства» данного государства, раздел 28 Свода законов США, § 1603(b).

29. У России нет суверенного иммунитета, так как требования НКДП связаны с посягательством России на частные серверы НКДП — гражданское правонарушение, совершенное в Соединенных Штатах Америки. *См. раздел* 28 Свода законов США, § 1605(a)(5). Кроме того, Россия совершила данное посягательство с целью хищения коммерческой тайны и экономического шпионажа,

две формы коммерческой деятельности на территории Соединенных Штатов Америки, повлекшие прямые последствия для Соединенных Штатов Америки. *См. там же* § 1605(a) (2).

30. В качестве места рассмотрения подходит данный Суд согласно разделу 28 Свода законов США, § 1391(b) (2), так как большая часть событий, повлекших за собой возникновение требований, произошла в городе Нью-Йорк, штат Нью-Йорк. Штаб-квартира Ответчика «Избирательная кампания Трампа, Инк.» находится по адресу: 725 Пятая авеню, город Нью-Йорк, NY 10022; Ответчик Дональд Дж. Трамп-младший проживает в городе Нью-Йорк, штат Нью-Йорк; большинство встреч и контактов, служащих целям указанной преступной группировки, происходили в городе Нью-Йорк, штат Нью-Йорк.

31. Место подходит для рассмотрения требований, подпадающих под Закон об организациях, связанных с рэкетом и коррупцией (RICO), согласно разделу 18 Свода законов США, § 1965(a), так как Ответчики проживают, находятся, нанимают агентов и ведут дела в городе Нью-Йорк, штат Нью-Йорк.

**СТОРОНЫ**

32. Истец НКДП зарегистрирован Федеральной избирательной комиссией как НКДП Сервисиз Корп./Дем. (DNC Services Corp./Dem.) Согласно определению и использованию данного термина в разделе 52 Свода законов США, § 30101, Нац. комитет – это национальный комитет, который занимается отбором кандидатов от Демократической партии на посты в местные органы управления, органы управления штатов и государственные органы управления, включая кандидатов на пост Президента. Для выполнения своих задач НКДП, помимо всего прочего, тесно сотрудничает с государственными представителями-демократами и помогает партии и кандидатам в различных штатах путем денежного финансирования, оплаты их расходов и оказания активной поддержки посредством разработки полезных программ для кандидатов от демократов. Кроме того, НКДП составляет планы съездов по выдвижению кандидатов в президенты от Демократической партии и продвигает платформу Демократической партии. В своей деятельности НКДП активно пользуется электронной почтой на базе безопасных серверов. На базе своих серверов НКДП регулярно создает и ведет материалы, на которые распространяется закон об авторском праве, а также конфиденциальные служебные документы, связанные с кампаниями, привлечением финансов и стратегиями, составляющими коммерческую тайну НКДП.

33. Ответчик Россия является иностранным государством по определению данному законодательством Соединенных Штатов Америки.

34.     Ответчик ГРУ – это служба военной разведки России. По имеющимся сведениям и убеждениям ГРУ создало сетевой псевдоним «Гуччифер 2.0» («Guccifer 2.0») для распространения похищенных документов и информации.

35.     Ответчик Агент ГРУ №1 – это агент(ы) российской разведки, распространяющий(ие) похищенные документы и информацию под псевдонимом «Гуччифер 2.0» («Guccifer 2.0»). По имеющимся сведениям и убеждениям Агент ГРУ №1 – это агент(ы) ГРУ, работающий(е) за пределами штаба ГРУ, который находится на улице Гризодубовой в Москве, Россия.

36.     Ответчики Джон Доу 1-10 – это другие агенты или агентства российской разведки, участвовавшие в преступном сговоре с целью взлома компьютеров Истца и распространения похищенных документов и информации.

37.     Ответчик Арас Агаларов – это российский олигарх, родившийся в Азербайджане, который является близким соратником Путина. Трамп взаимодействовал с Арасом Агаларовым, который был посредником между Трампом и Путиным, чтобы привезти в Москву Конкурс красоты «Мисс Вселенная» в 2013 г., за что Арас Агаларов заплатил Трампу несколько миллионов долларов. В ходе визита Трампа в Россию в ноябре 2013 г. он, как сообщается, договорился с Арасом Агаларовым еще об одной сделке: о совместном строительстве недвижимости в России. Как сообщается, у Араса Агаларова в России есть земля, зарезервированная под строительство недвижимости под брендом Трампа.

38.     Ответчик Эмин Агаларов – это сын Араса Агаларова. Эмин Агаларов – исполнитель поп-музыки и исполнительный директор семейной строительной компании. Он установил тесное сотрудничество с Трампами во время партнерства в рамках Конкурса красоты «Мисс Вселенная-2013». Как и его отец, Эмин Агаларов поддерживал отношения с Трампом и Трампом-младшим после 2013 г. и во время кампании 2016 г. Агаларовы сыграли заметную роль в июньской встрече в 2016 г. в Башне Трампа (см. ниже).

39.     Ответчик Джозеф Мифсуд – это ученый, который, по имеющимся сведениям и убеждениям, работал на различных должностях в правительстве Мальты. По всей видимости, у Мифсуда были связи в различных образовательных организациях и учреждениях в Великобритании и на Мальте. По имеющимся сведениям и убеждениям Мифсуд тесно связан с российским правительством и фактически действовал как агент российского правительства при взаимодействии с Пападопулосом в 2016 г.

40.     Ответчик Ассанж – это основатель и редактор ресурса WikiLeaks. Он является гражданином Австралии, проживает в посольстве Эквадора в Лондоне, Англия. Ассанж оказывал поддержку российскому правительству и организовал ток-шоу для «России сегодня» («RT»), телевизионного пропагандистского рупора российского правительства.

41.     Ответчик WikiLeaks – это организация с неизвестной структурой, которая управляет сайтом WikiLeaks.org, на котором публикует информацию, полученную по каналам утечки, или похищенную конфиденциальную и засекреченную информацию. Адрес регистрации: P.O. Box 701, Сан-Матео, CA 94401.

42.     Ответчик «Избирательная кампания Трампа» - это американская некоммерческая корпорация, организованная и зарегистрированная в Вирджинии 17 июня 2015 г. в поддержку кандидатуры Трампа на пост Президента Соединенных Штатов Америки. Избирательная кампания Трампа зарегистрирована в соответствии с законами штата Вирджиния. Текущий или бывший адрес регистрации: 675 Н. Вашингтон Ст., Александрия, VA 22314. Основное место ведения деятельности – Башня Трампа (Трамп Тауэр, 725 Пятая авеню, город Нью-Йорк, NY 10022). С июня 2015 г. по июнь 2016 г. Руководителем избирательной кампании Трампа была Кори Левандовски. С марта 2016 г. по май 2016 г. Организатором мероприятий в поддержку избирательной кампании Трампа на съезде партии был Манафорт, а с мая 2016 г. по август 2016 г. он был главой избирательного штаба Трампа. С июня 2016 г. по август 2016 г. помощником главы избирательного штаба был Гейтс, а с августа 2016 г. по ноябрь 2016 г. он был посредником между избирательным штабом и Национальным комитетом Республиканской партии. По сообщениям многие руководители Избирательной кампании Трампа имели долгосрочные

связи с Россией и участвовали в регулярных переговорах с лицами, связанными с российским правительством в ходе кампании 2016 года.

43. Ответчик Трамп-младший – старший сын Президента Соединенных Штатов Дональда Дж. Трампа. С 16 июня 2015 г. по 8 ноября 2016 г., когда Дональд Дж. Трамп был кандидатом в Президенты от республиканцев, Трамп-младший часто подменял теперь уже Президента Трампа, и его характеризовали как «близкого политического советника отца» и называли «ключевым игроком в борьбе [его] отца за Белый Дом». Сейчас Трамп-младший работает на посту Исполнительного вице-президента «Организации Трампа» (the Trump Organization), предпринимательской структуры, которой Трамп управлял еще до его инаугурации в качестве Президента Соединенных Штатов Америки. Трамп-младший проживает в городе Нью-Йорк, штат Нью-Йорк.

44. Ответчик Манафорт – это давний республиканский политтехнолог, который был Организатором мероприятий в поддержку избирательной кампании Трампа на съезде партии с марта 2016 г. по май 2016 г., а с мая 2016 г. по август 2016 г. был главой избирательного штаба Трампа, затем он подал в отставку в связи с появлением сообщений о его сотрудничестве с бывшим пророссийским правительством на Украине. С 27 октября 2017 г. Манафорт обвинялся по десяткам пунктов, включая легализацию доходов, полученных преступным путем, и дачу ложных показаний в связи с его работой на пророссийское правительство на Украине. Манафорт проживает в штате Вирджиния.

45. Ответчик Стоун – это давнее доверенное лицо Трампа. «[М]ало кто имеет такую же долгую историю взаимоотношений, [как] Трамп [и] Стоун», и Стоун «лелеял мечту о президентской гонке [Трампа]. . . в течение 30 лет». У Стоуна также долгая история знакомства с Манафортом: Манафорт помогал Стоуну вести кампанию за место председателя национального комитета Юных республиканцев в 1977 г. В 1980-х гг. они совместно основали консалтинговую компанию «Блэк, Манафорт, Стоун и Келли». По имеющимся сведениям и убеждениям Стоун был неофициальным советником Трампа и поддерживал с ним связь во время выборов 2016 года. Стоун проживает в штате Флорида.

46. Ответчик Кушнер – зять Трампа. Он был старшим советником и одним из ключевых лиц, принимающих решения, в Избирательной кампании Трампа. В июне 2016 г. Кушнер «взял на себя всю работу по управлению данными» кампании, организовав «компанию по концентрации и обработке данных» в составе 100 человек в Сан-Антонио, штат Техас, а также наняв Cambridge Analytica, аналитическую компанию по работе с соцсетями, чтобы помочь тестю в его избирательной кампании. Кушнер проживает в Вашингтоне, округ Колумбия.

47. Ответчик Пападопулос был одним из первых советников кампании Трампа по вопросам внешней политики. Он стал советником кампании Трампа по вопросам внешней политики в марте 2016 г. Пападопулос часто общался с высшим руководством избирательной кампании Трампа летом и осенью 2016 г. Он проживает в Чикаго, штат Иллинойс. 5 октября 2017 г. Пападопулос признал свою вину в одном эпизоде дачи ложных показаний агенту федеральной службы.

48. Ответчик Гейтс давно работает у Манафорта и является его деловым партнером. С 2006 по 2015 гг. Гейтс принимал активное участие в работе Манафорта на бывший пророссийский режим в Украине и политическую партию, ставшую преемницей данного режима. С 27 октября 2017 г. по 23 февраля 2018 г. Гейтс обвинялся по десяткам пунктов, включая легализацию доходов, полученных преступным путем, и дачу ложных показаний в связи с его работой с Манафортом на пророссийское правительство на Украине. 23 февраля 2018 г. Гейтс признал свою вину в участии в заговоре против Соединенных Штатов Америки и в даче ложных показаний агенту федеральной службы. Гейтс проживает в Ричмонде, штат Вирджиния.

Дело 1:18-cv-03501 Документ 1 Дата составления 04/20/18 Страница 17 из 66

## ОБЩИЕ ОБВИНЕНИЯ

### I. РАНЕЕ СУЩЕСТВОВАВШАЯ СВЯЗЬ ТРАМПА И ЕГО СОЮЗНИКОВ С РОССИЕЙ И РОССИЙСКИМИ ОЛИГАРХАМИ ПОСЛУЖИЛА ПЛОДОРОДНОЙ ПОЧВОЙ ДЛЯ ОРГАНИЗАЦИИ ПРЕСТУПНОГО СГОВОРА МЕЖДУ РОССИЕЙ И ТРАМПОМ

49. Долгосрочные личные, профессиональные и финансовые связи Трампа и нескольких его союзников с Россией и многочисленными лицами, тесно связанными с российским правительством, послужили основанием для организации преступного сговора между Ответчиками с целью вмешательства в выборы 2016 года.

50. ***Деловые связи Трампа с Россией:*** Еще в 1980-х гг. Советский Союз оплатил Трампу поездку в Москву для обсуждения проекта строительства, который затянулся и захватил 1990-е и 2000-е гг.[1] В середине 1990-х гг. Трамп обсудил с российскими представителями власти возможность строительства недвижимости в Москве.[2] Начиная с 2003 г. Трамп заключил множество сделок с недвижимостью с Бейрок Групп (Bayrock Group), фирмой, основанной советскими эмигрантами, которые, как сообщается, были тесно связаны с правительством России и российской организованной преступностью.[3] В 2004 г. Трамп обсудил возможности строительства недвижимости с Заместителем мэра Москвы.[4] В середине 2000-х гг. Трамп сотрудничал с состоятельным российско-канадским бизнесменом в рамках строительства недвижимости в Торонто.[5] А в 2006 г. Трамп заключил контракт с корпорацией «Русский стандарт», московской компанией, которая проводит конкурсы красоты «Мисс Россия», об участии победительницы российского конкурса в организуемом Трампом конкурсе красоты «Мисс Вселенная», чего не происходило уже с 2002 г.[6] В 2008 г. Трамп продал особняк в Палм-Бич, штат Флорида, российскому олигарху, получив выгоду $54 миллиона.[7] В 2013 г. Трамп договорился с российским олигархом Арасом Агаларовым, близким соратником Путина, о проведении конкурса красоты «Мисс Вселенная» в России. Также они обсудили проект строительства недвижимости под брендом Трампа в Москве.[8] Попытки Трампа договориться о строительстве недвижимости в России продолжались вплоть до первых месяцев президентской кампании 2016 года.[9] На протяжении всей 30-летней истории Трамп подыскивал в России состоятельных покупателей на свои многоэтажные дома в Соединенных Штатах Америки и за их пределами.[10]

Дело 1:18-cv-03501 Документ 1 Дата составления 04/20/18 Страница 18 из 66

51. Как объяснял Трамп мл., организация Trump Organization «у[видела], что из России идет вливание огромных средств» и «россияне имеют довольно непропорциональную долю в наших активах».[11] Также сообщается, что сын Трампа, Эрик Трамп, заявлял, что значительная часть инвестиций в поля для гольфа Трампа имеет российское происхождение.[12]

52. ***Связи Манафорта и Гейтса с Украиной***: Манафорт был советником бывшего президента Украины Виктора Януковича («Янукович») и его Партии регионов, связанной с Кремлем, а также ее преемника, Оппозиционного блока, с 2004 года и по меньшей мере до 2015 года.[13] В 2012 году Манафорт якобы помог украинской стороне тайно провести платежи двум известным лоббистским фирмам в Вашингтоне на сумму не менее 2,2 млн долл. США. [14] Связи Манафорта с Януковичем и Украиной настолько глубоки, что его собственная дочь заявила, что «наши деньги — это деньги, заработанные на крови».[15] После неоднократного отрицания того, что он никогда не работал на правительство Украины, 27 июня 2017 года Манафорт ретроактивно зарегистрировался как иностранный агент и задекларировал платежи от Януковича на сумму 17,1 млн долл. США в период с 2012 по 2014 год.[16] Начиная с 27 октября 2017 года, Манафорту были предъявлены обвинения по десяткам пунктов, включая отмывание денег и ложные заявления, связанные с его работой на пророссийское правительство Украины.[17] Дополнительные финансовые отчеты показывают, что до присоединения к кампании Трампа, Манафорт имел долг перед связанным с Путиным олигархом — Олегом Дерипаской («Дерипаска»), в размере 17 миллионов долларов.[18]

53. В качестве своего ближайшего помощника Манафорт также нанял Константина Килимника («Килимник»). Килимник — бывший российский военный переводчик, который, как полагают, является агентом ГРУ и который, по мнению ФБР, поддерживал связь с российской разведкой в ходе президентской кампании в 2016 году. [19] Килимник взаимодействовал как с Манафортом, так и с Гейтсом, пока они занимали две самые высокие должности в кампании Трампа, и выступал в качестве посредника между ними и Дерипаской.[20]

54. Гейтс непосредственно контактировал с Килимником в качестве высокопоставленного должностного лица кампании Трампа в 2016 году и знал, что Килимник связан с ГРУ.[21]

## II. ОДНА ЦЕЛЬ: ПОДДЕРЖКА ТРАМПА И ОПОРОЧИВАНИЕ КАНДИДАТА ОТ ДЕМОКРАТИЧЕСКОЙ ПАРТИИ

55. Общая цель сговора между Россией и помощниками Трампа заключалась в том, чтобы поддержать Трампа в качестве кандидата в президенты, нанести ущерб Национальному комитету Демократической партии США и снизить шансы Демократической партии на успех на президентских выборах 2016 года. Эта общая цель всплыла после анализа нескольких хорошо задокументированных причин.

56. В декабре 2011 года в России начались массовые протесты в ответ на обвинения в фальсификации результатов парламентских выборов в России. В рамках одного из крупнейших протестов в России со времен падения СССР на улицы вышли тысячи россиян в знак протеста против победы политической партии тогдашнего премьер-министра Путина.[22]

57. Путин, обеспокоенный сохранением власти и усилением контроля, обвинил в организации протестов тогдашнего госсекретаря Хиллари Клинтон. Путин утверждал, что секретарь Клинтон «задала тон некоторым нашим деятелям внутри страны, дала сигнал». Он также обвинил ее в том, что она активизировала оппозиционное движение: «Они этот сигнал услышали и при поддержке Госдепа США начали активную работу». [23]

58. В то же время Трамп не сомневался в своих взглядах относительно России. До начала кампании в 2016 году он почти десять лет поддерживал пророссийские и пропутинские взгляды, восхваляя Путина за «большую работу по восстановлению имиджа России» (2007);[24] заявлял, что ему «действительно нравитс[я] Владимир Путин, [и] он уважае[т] его. Он хорошо делает свою работу. Гораздо лучше, чем наш Буш» (2008);[25] характеризовал незаконную аннексию Крыма Путиным как «очень умный ход. . . . И он [Путин] действительно идет шаг за шагом, и вы должны дать ему большой кредит доверия» (2014).[26]

Дело 1:18-cv-03501 Документ 1 Дата составления 04/20/18 Страница 20 из 66

59. Несмотря на очевидные политические риски связи с иностранным деспотом, Трамп продолжал делать хвалебные заявления о Путине в течение значительной части президентский кампании. Он сказал, что у него будут «отличные отношения с Путиным»;[27] что это всегда «большая честь слышать столь комплиментарные высказывания от человека [Путина, который очень] уважаемый в своей стране и за ее пределами».[28]

60. Кроме того, заявления Трампа, а также его пророссийское окружение, не оставляли сомнений в том, что если он будет избран президентом, он будет проводить политику, которая будет благоприятствовать России и Путину, даже если эта политика будет противоречить установившейся внешней политике и наилучшим интересам Соединенных Штатов. Трамп назвал НАТО «устаревшим» и пригрозил отказаться от обязательств по договорам США;[29] он утверждал, что США не должны противодействовать попыткам России стать глобальной державой; поддержал выход Великобритании из Европейского Союза, отметив, что это, «вероятно», принесет пользу Путину;[30] выступал против санкций США в отношении России за аннексию Крыма, заявив, что «народ Крыма, как я слышал, предпочел бы быть с Россией, нежели там, где он был раньше».[31]

61. Таким образом, кампания Трампа, помощники Трампа и Россия имели общую цель — противодействие кандидату Клинтон, НКДП и Демократической партии, а также продвижение Трампа, чье президентство, как ожидалось, принесет пользу политическим и финансовым интересам России и, в свою очередь, принесет пользу финансовым интересам Трампа.

62. Ассанж и WikiLeaks также имели цель — противодействие Клинтон и продвижение Трампа. У Ассанжа были давние конфликты с секретарем Клинтон. Он публично заявлял, что его политические разногласия с Клинтон сделают ее президентство более проблематичным, чем президентство Трампа.[32]

## III.   СГОВОР С ЦЕЛЬЮ РАСПРОСТРАНЕНИЯ УКРАДЕННЫХ ДАННЫХ НКДП ДЛЯ ПОМОЩИ ТРАМПУ

63.     В отчете за январь 2017 года («Отчет СС») спецслужбы США пришли к такому выводу: «В 2016 году Президент России Владимир Путин поручил провести кампанию по оказанию влияния в рамках президентских выборов в США. Целями этой кампании были подрыв общественной веры в демократические процессы США, очернение госсекретаря Клинтон и нанесение ущерба ее «избираемости и потенциальному президентству».[33] Кроме того, в отчете СС говорится такое: «В июле 2015 года российская разведка получила доступ к сети Национального комитета Демократической партии (НКДП) и имела его по крайней мере до июня 2016 года»; «к маю ГРУ извлекло большие объемы данных из сети НКДП»; «ГРУ передало полученные из сети НКДП и от высокопоставленных представителей материалы в организацию WikiLeaks».

64.     Эта операция по взлому серверов НКДП и распространению украденных материалов НКДП была проведена в Соединенных Штатах: агенты российской разведки проникли в компьютерные серверы, расположенные в Вирджинии и Вашингтоне, округ Колумбия, и украли хранящуюся на этих серверах информацию. Она также проводилась совместно с Ассанжем и WikiLeaks, а также при активной поддержке и одобрении кампании Трампа и его помощников.

65.     Чтобы достичь своей цели, участники сговора действовали сообща. Российские разведывательные службы незаконно взломали компьютерные системы и учетные записи электронной почты НКДП, чтобы украсть и опубликовать коммерческие тайны, в том числе конфиденциальные, секретные документы, связанные с кампаниями, сбором средств и стратегией кампании. Затем российские разведывательные службы распространяли похищенные конфиденциальные материалы с помощью агента № 1 ГРУ, а также WikiLeaks и Ассанжа, которые активно поддерживались кампанией Трампа и его помощниками, поскольку они публиковали и раскрывали эту информацию для американской общественности одновременно и в порядке, который помогал достичь их общих целей. Раскрытие информации американским избирателям было предпринято именно с этой целью и привело к созданию раздора в Демократической партии, отвлечению внимания средств массовой информации от критики Трампа и в целом способствовало повышению рейтинга кандидата в президенты Трампа.

**A. Трамп объявляет о выдвижении себя в качестве кандидата в президенты, а Россия начинает атаку на компьютерные системы НКДП**

66. 16 июня 2015 года в холле Trump Tower Трамп объявил о выдвижении себя в качестве кандидата на пост президента Соединенных Штатов. В следующем месяце Россия совершила кибератаку на НКДП.[34] Хакерские атаки со стороны российской разведки были направлены на системы в Вирджинии и Вашингтоне, округ Колумбия, которые содержали конфиденциальные стратегические и оперативные данные НКДП. Позже раскрытие этих конфиденциальных данных не только значительно нарушило избирательную стратегию НКДП, но также напрямую повлияло на способность НКДП эффективно взаимодействовать и убеждать избирателей и привлекать очень важные средства для организации и поддержки кампании Демократической партии.

**B. Европейские союзники передавали «сигнал тревоги» разведке США в отношении связи россиян с помощниками Трампа**

67. Начиная с конца 2015 года, европейские спецслужбы начали сообщать властям США о подозрительных связях между лицами, связанными с кампанией Трампа, и российскими агентами, включая подозреваемых агентов разведки. В течение следующих шести месяцев, а также летом 2016 года европейские разведывательные агентства сообщали о продолжении контактов между помощниками Трампа и российскими агентами.

**C. Во время президентской кампании Трамп подписывает письмо о намерении построить Trump Tower в Москве**

68. Осенью 2015 года, когда Трамп проводил свою президентскую кампанию, члены Trump Organization активно вели переговоры с россиянами касательно строительства в Москве объекта недвижимости под брендом Trump (давняя цель Трампа).[35] В октябре 2015 года Trump Organization получила письмо о намерении получить разрешение на строительство в Москве объекта под именем Trump.[36] Трамп подписал письмо о намерениях.[37]

Дело 1:18-cv-03501 Документ 1 Дата составления 04/20/18 Страница 23 из 66

69. Посредником в сделке выступал Феликс Сатер, российский эмигрант, осужденный за преступление, и давний деловой партнер Trump Organization.[38] Финансирование проекта должен был осуществлять «Внешторгбанк» или «ВТБ» — российский банк, против которого Министерство финансов Соединенных Штатов ввело санкции.[39]

70. 3 ноября 2015 года в электронном письме Коэну Сатер объяснил, как этот проект будет способствовать стремлению Трампа стать президентом:

> Я и Майкл договорились, что Иванка посидит [как в оригинале] в кресле за столом Путина в его кабинете в Кремле. Я привлеку Путина к этой программе, и мы добьемся избрания Дональда. Мы оба знаем, что никто другой не знает, как успешно сделать это без глупости или жадности. Я знаю правила этой игры, поэтому мы сделаем это. Дружище, наш приятель может стать президентом США, мы можем это провернуть. Я привлеку всю команду Путина [как в оригинале] к этому проекту и буду контролировать процесс.[40]

**D. Кампания Трампа углубляет связи с Россией и агентами российской разведки**

71. С весны 2016 года до президентских выборов 2016 года высокопоставленные и другие советники кампании Трампа, в том числе Манафорт, Гейтс, Кушнер, Пападопулос и другие, часто контактировали с людьми, связанными с российской разведкой и российским правительством.[41]

72. В марте 2016 года Пападопулос был уведомлен о том, что он станет советником по внешней политике в рамках кампании Трампа и что основным направлением внешней политики кампании Трампа будет улучшение отношений с Россией.[42] 21 марта 2016 года Трамп заявил, что Пападопулос будет одним из главных членов команды Трампа по внешней политике.[43]

73. Впоследствии Пападопулос часто общался с профессором Джозефом Мифсудом из Лондона. В своем заявлении о признании вины Пападопулос засвидетельствовал, что он «понимал, что профессор имел связи с высокопоставленными чиновниками из правительства России». Кроме того,

Дело 1:18-cv-03501 Документ 1 Дата составления 04/20/18 Страница 24 из 66

Пападопулос признался, что «неоднократно пытался использовать российские связи профессора, чтобы организовать встречу между кампанией и должностными лицами из правительства России».[44]

74. Согласно формулировке обвинения Пападопулоса, Мифсуд изначально был «не заинтересован» в Пападопулосе, однако «проявил большой интерес», когда Пападопулос был публично назван членом команды Трампа по внешней политике. В результате:

(a) 14 марта 2016 года Мифсуд встретился с Пападопулосом в Италии.

(b) 24 марта 2016 года Мифсуд снова встретился с Пападопулосом и на этот раз привез с собой гражданина России, который был представлен как родственник Путина.

(c) 18 апреля 2016 года Мифсуд представил Пападопулоса человеку, который, по его словам, имел связи с Министерством иностранных дел России. Пападопулос имел несколько разговоров по Skype с этим человеком, в ходе которых они обсудили встречу российских официальных лиц с кампанией Трампа.

(d) 26 апреля 2016 года Мифсуд снова встретился с Пападопулосом в Лондоне. На этой встрече Мифсуд сказал Пападопулосу, что у россиян есть «тысячи писем», которые могут нанести ущерб президентской кампании Хиллари Клинтон.[45] Пападопулос понял, что Мифсуд «недавно» встречался с российскими официальными лицами в Москве, чтобы передать эту информацию. [46]

75. В ноябре 2017 года в интервью итальянской газете Мифсуд признал связи с Пападопулосом и заявил, что встречался с ним «три или четыре раза» и свел его с «официальными и неофициальными источниками».

76. Кампания Трампа знала об этих встречах и поощряла их. После встречи с Мифсудом и российским гражданином 24 марта 2016 года, Пападопулос сообщил кампании Трампа, что целью его разговора было «организовать встречу между нами и российским руководством для обсуждения американо-российских отношений при президенте Трампе».[47] Узнав о данной встрече, Национальный сопредседатель Сэм Кловис ответил, что он «проработает это через кампанию» и добавил: «Отличная работа».[48]

Дело 1:18-cv-03501 Документ 1 Дата составления 04/20/18 Страница 25 из 66

### E. Россия крадет огромное количество документов у НКДП в то время, как сотрудник Трампа хвастается украденными документами

77. 18 апреля 2016 года Россия инициировала вторую фазу кибератаки на сервера НКДП, расположенные в штате Виргиния и городе Вашингтон округа Колумбия. Данная атака была осуществлена агентами ГРУ и была нацелена на исследовательский отдел, хранилища документов, отдел информационных технологий и другие отделы НКДП. По имеющимся сведениям и убеждениям, высокопоставленные российские должностные лица приказали агентам ГРУ проникнуть на сервера НКДП, и агенты были обязаны выполнить этот приказ.

78. 22 апреля 2016 года ГРУ подготовили несколько гигабайт данных НКДП, расположенных на серверах НКДП, для несанкционированного и тайного просачивания — или, как это чаще называется, кражи.

79. Через четыре дня, 26 апреля 2016 года, Пападополус снова встретился с российским агентом Мифсудом. Во время встречи Мифсуд сообщил Пападополусу, что у русских «есть грязь на [Хиллари Клинтон]» в виде «тысячей электронных писем».[49] В своем заявлении о признании вины Пападополус подтвердил, что он понял, что у Мифсуда были «значительные связи с высокопоставленными государственными служащами» и что он «встретился с некоторыми из этих служащих в Москве незадолго до того, как рассказал [Пападополусу] о «тысячах электронных писем»».[50] Вместо того, чтобы сообщить подобную информацию каким-либо властям или приостановить коммуникацию с Мифсудом, Пападополус в восторге послал электронное письмо должностному лицу кампании Трампа 27 апреля 2016 году, в котором говорилось: «Очень интересные сообщения приходят из Москвы относительно поездки в подходящий момент». Он также отправил электронное письмо менеджеру кампании Трампа Кори Левандовски, вновь заявляя о заинтересованности России принять Трампа. А в мае 2016 года Пападополус по секрету сообщил австралийскому дипломату, что у России имеется политический компромат на Секретаря Клинтон. Австралийский дипломат сообщил это властям США.[51] Этот разговор между Пападополусом и австралийским дипломатом побудил ФБР начать контрразведывательное расследование связей между Россией и кампанией Трампа.[52]

Дело 1:18-cv-03501 Документ 1 Дата составления 04/20/18 Страница 26 из 66

80. В ходе кампании, по крайней мере, до середины августа 2016 года, Пападополус продолжал общаться с российскими гражданами и сообщать информацию об этих связях должностным лицам кампании Трампа, которые призывали его организовать неофициальную встречу с российскими властями от имени кампании.[53] В октябре 2017 года Пападополус признал свою вину в том, что лгал относительно этих связей с российскими гражданами.[54]

81. После получения первоначального доступа, на протяжении месяцев, российские спецслужбы поддерживали несанкционированное присутствие на серверах НКДП, расположенных в Соединенных Штатах. К маю 2016 года Россия украла большое количество конфиденциальных данных у НКДП, включая информацию о спонсорах, исследовательские сведения о политической оппозиции, информацию относительно запланированной политической деятельности и тысячи частных конфиденциальных электронных писем.

**F. НКДП обнаруживает взлом и нанимает компанию CrowdStrike**

82. 28 апреля 2016 года персонал отдела ИТ НКДП обнаружил и, в конечном счете, подтвердил доступ к сети НКДП неуполномоченных пользователей.

83. После обнаружения вторжения, НКДП связался с CrowdStrike Services, Inc. («CrowdStrike»), фирмой, предоставляющей технологии кибербезопасности, в целях расследования атаки, оценки вреда, нанесенного компьютерам и серверам НКДП, и помощи НКДП с мероприятиями по ликвидации последствий.

84. CrowdStrike провел экспертный анализ компьютерной сети и серверов НКДП. CrowdStrike также установил систему для наблюдения за текущей атакой на компьютерную систему истцов и оповещения НКДП о будущих атаках.

85. В результате устойчивости финансируемого Россией проникновения в систему, чтобы удалить несанкционированных пользователей из своей сети, НКДП потребовалось вывести из эксплуатации более 140 серверов, удалить и переустановить все программное обеспечение, включая операционные системы, на более 180 компьютерах и перестроить, по меньшей мере, 11 серверов.

**G. Результаты экспертизы подтверждают атаку России на сеть НКДП**

86. Как экспертный анализ компании CrowdStrike, так и правительство США пришли к выводу, что компьютерные системы НКДП были взломаны двумя независимыми, изощренными, финансируемыми Россией противниками, оба связанными со спецслужбами России.[55] Эксперты-аналитики отследили хакерскую деятельность этих противник, присвоив им кодовые названия: «Уютный медведь» (Cozy Bear) и «Модный медведь» (Fancy Bear), которые соотносятся с более широко известными названиями Продвинутая постоянная угроза 29 (ППУ 29) и Продвинутая постоянная угроза 28 (ППУ 28), соответственно.[56] В докладе разведывательного сообщества делается вывод, что «Уютный медведь» действовал в качестве агента ГРУ.

87. Экспертный анализ обнаружил доказательство тому, что «Уютный медведь» проник и оставался в сети НКДП с, по крайней мере, 27 июля 2015 года. В докладе разведывательного сообщества также делается вывод о том, что российская разведка впервые получила доступ к сети НКДП в июле 2015 года. CrowdStrike также определил, что «Уютный медведь» использовал украденные данные учетных записей пользователей, чтобы получить доступ к компьютерным системам НКДП.

88. CrowdStrike определил, что целью «Уютного медведя» было получить доступ и собрать информацию из систем НКДП, которые, по большей части, использовались для коммуникаций. Анализ выявил вредоносное программное обеспечение «Уютного медведя» в системах НКДП, предоставляющих электронную почту, поддержку электронной почты, резервные сервера, голосовой интернет протокол и чат.

89. Правительство США пришло к выводу, что «Уютный медведь» был оперативным сотрудником или был связан с российской разведывательной службой.[57]

90. НКДП впервые обнаружил проникновение ГРУ, или «Уютного медведя», в свою сеть 28 апреля 2016 года.

91. CrowdStrike установил, что целью ГРУ было собрать информацию о политической и исследовательской деятельности НКДП.

92. 22 апреля 2016 года ГРУ подготовил несколько гигабайтов данных, включающих исследовательскую информацию о политическом оппоненте Дональде Трампе, к просачиванию.

93. По имеющимся сведениям и убеждениям, ГРУ несанкционированно переместил документы НКДП, а оперативный сотрудник ГРУ № 1 опубликовал эти документы публично онлайн.

94. Согласно анализу метаданных других документов, документы, изначально располагавшиеся на серверах НКДП, были опубликованы без разрешения на вебсайте по адресу www.guccifer2.wordpress.com оперативным сотрудником № 1 ГРУ.

95. Экспертный анализ демонстрирует, что и «Уютный медведь» и «Модный медведь» использовали украденную информацию учетных записей пользователей, чтобы получить доступ к компьютерным системам НКДП. [58]

96. Более того, экспертный анализ показал, что хакеры получили доступ к передачи голосовой связи по интернет-протоколу («VOIP») НКДП, что позволило им прослушивать голосовые коммуникации такие, как телефонные звонки и голосовую почту.

97. По имеющимся сведениям и убеждениям, хакеры перехватили или попытались перехватить электронные письма и голосовые сообщения во время их нахождения на серверах НКДП.

**H. Русские предлагают помощь Трампу — и сотрудники Трампа принимают предложение**

98. Трамп закрепил за собой место кандидата на должность президента от республиканской партии 26 мая 2016 года. Через неделю был запущен план распространить информацию, компрометирующую демократическую партию и НКДП.

99. 3 июня 2016 года Арас и Эмин Агаларовы выступили с предложением о помощи от российского правительства кампании Трампа, о чем свидетельствует следующее сообщение:

> Доброе утро.
>
> Эмин [Ответчик Эмин Агаларов] только что позвонил и попросил меня связаться с вами относительно очень интересной информации.
>
> Государственный прокурор России встретился с его отцом Арасом [Ответчик Арас Агаларов] сегодня утром и во время встречи предложил предоставить

кампании Трампа некоторые официальные документы и информацию, которая бы инкриминировала Хиллари и ее сделки с Россией и была бы очень полезна твоему отцу.

*Это, безусловно, очень конфиденциальная информация высокого уровня, но она является частью поддержки России и ее правительства г-ну Трампу – при содействии Араса и Эмина.*

. . .

(Выделение наше.)[59]

100. Через семнадцать минут Трамп младший ответил:

Спасибо Роб, я это ценю. В настоящий момент я нахожусь в дороге, но, возможно, я сначала поговорю только с Эмином. Кажется, у нас есть немного времени, и *если это то, что ты говоришь, мне это нравится, особенно, позже летом*.

(Выделение наше.)[60]

101. 7 июня 2016 года вскоре после того, как встреча между русскими и сотрудниками Трампа была назначена, Трамп младший написал в электронном сообщении: «Замечательно. Скорее всего на встрече будут присутствовать Пол Манафорт (руководитель кампании), мой зять и я, 725 Fifth Ave 25-ый этаж».[61] В этот вечер Трамп объявил, что он выступит с «важной речью... во время которой обсудит все, что произошло с Клинтонами».[62]

102. Через два дня, 9 июня 2016 года, произошла встреча между русскими и сотрудниками Трампа. Кампанию Трампа представлял ближний круг Трампа: Трамп младший, Кушнер и Манафорт. Интересы России представляли публицист Агаларова Роб Голдстоун, российский адвокат Наталья Весельницкая, имеющая связи с Кремлином, деловой партнер Агаларова Ираклий Кавеладзе, лоббист Ринат Ахметшин и переводчик. [63]

103. Трамп и Трамп младший позже приложат большие усилия, чтобы скрыть информацию об этой встрече и ее содержании. На протяжении месяцев Трамп младший и другие лица, которые знали о встрече в июне 2016 года, отрицали какие-либо связи с русскими во время кампании. Например, в марте 2017 года, когда его спросили, были ли у него какие-либо встречи с русскими относительно президентской кампании, Трамп младший ложно заявил: «Безусловно, не было, где я бы представлял

Дело 1:18-cv-03501 Документ 1 Дата составления 04/20/18 Страница 30 из 66

кампанию в какой бы то ни было форме». Спустя несколько месяцев, в июле 2017 года, столкнувшись с ограниченной информацией о встрече в июне 2016 года, Трамп младший опубликовал ряд ложных заявлений, которые превратно истолковывали и опускали основные факты об июньской встрече 2016 года, а также об электронной переписке, которая привела к этой встрече, включая предложение русских предоставить компрометирующую информацию о кандидате демократической партии на должность президента, и тот факт, что в электронной переписке Трампа младшего явно информировали о том, что российское правительство желает помочь кампании Трампа. Согласно новостным сообщениям Трамп помог написать первое из этих ложных заявлений после отказа от первоначальной попытки полностью разгласить характер встречи в июне 2016 года.

**I. После встречи в Трамп-тауэр Россия запускает массовое публичное распространение украденных документов НКДП**

104. Первое публичное разглашение того, что русские вмешивались в выборы 2016 года, произошло 14 июня 2016 года, когда НКДП публично заявило о том, что их системы были взломаны российскими разведывательными агентствами. [64]

105. На следующий день, 15 июня 2016 года, оперативный сотрудник ГРУ № 1 взял на себя ответственность за взлом НКДП и просочил исследовательский доклад НКДП о противнике Трампе от декабря 2015 года.[65] Оперативный сотрудник ГРУ № 1 также разгласил, что он предоставил документы НКДП WikiLeaks. [66]

106. Стратегическое распространение документов НКДП ГРУ продолжалось, без остановки, до, по крайней мере, июня и начала июля 2016 года, включая:

(a) 21 июня 2016 года оперативный сотрудник ГРУ № 1 разгласил украденные документы НКДП о госсекретаре Клинтоне, через день после увольнения Трампом Кори Левандовски 20 июня. [67]

(b) 30 июня 2016 года оперативный сотрудник ГРУ № 1 разгласил публике украденные документы НКДП, включая исследования республиканских кандидатов и госсекретаря Клинтона.[68]

(c) 6 июля 2016 года оперативный сотрудник ГРУ № 1 разгласил украденные документы НКДП, включая стратегические документы НКДП, связанные со «встречным съездом» НКДП съезду НКРП. [69] Это произошло через день после того, как директор ФБР Джеймс Коми объявил, что Госсекретарю Клинтон не будет предъявлено каких-либо уголовных обвинений за поддержание частного сервера электронной почты во время ее работы в Государственном департаменте. [70]

### J. Кампания Трампа блокирует добавление в программу республиканской партии США текста, направленного против России

107. 18 июля 2016 года во время Национального съезда республиканской партии члены кампании Трампа вмешались, чтобы предотвратить внесение поправок Комитетом по вопросам внешней политики Национального комитета республиканской партии в проект программы, связанных с призывом к Соединенным Штатам предоставить летальное оружие Украине в целях защиты от России. Кампания Трампа преуспела в этих усилиях, смягчив предложенную поправку, чтобы поддержать только «надлежащую помощь» Украине.

108. За несколько дней до того, как кампания Трампа смягчила формулировку программы, председатель кампании Трампа написал электронное письмо Константину Килимнику, его давнему помощнику, имеющему связи с ГРУ, предлагая частные брифинги о президентской кампании российскому олигарху и союзнику Путина Олегу Дерипаска. После съезда, сообщается, что Килимник заявил окружающим, что он сыграл роль в успехе кампании Трампа по смягчению поправки, касающейся Украины.

### K. После того, как кампания Трампа блокирует антироссийский текст в программе республиканской партии, WikiLeaks начинает распространять украденные документы НКДП

109. 22 июля 2016 года, всего за три дня до Национального съезда демократической партии, WikiLeaks опубликовал первую крупную часть электронных писем и документов НКДП, украденных российскими спецслужбами. Эти электронные письма содержали имена, адреса, номера телефонов, даты рождения, номера социального страхования, номера паспортов и другую идентифицирующую информацию лиц, связывавшихся или сделавших пожертвование НКДП. В разглашение также вошли десятки частных голосовых сообщений сотрудникам НКДП.[71]

110. В разгаре Съезда демократической партии Трамп и кампания Трампа открыто праздновали эту утечку, и Трамп сам призывал Россию продолжать хакерскую кампанию. Во время пресс-конференции, всего через пять дней, подробно комментируя материалы, украденные с серверов НКДП, Трамп призвал русских продолжать их взлом: «Россия, если вы слушаете, я надеюсь, что вы

сможете найти 30000 потерянных электронных писем». Затем он предсказал, что Россию ждут великие награды, если это произойдет, заявив: «Я думаю, что, вероятно, вы будете чрезвычайно в почете у нашей прессы. Давайте посмотрим, если это произойдет».[72]

**L. Сотрудники Трампа тайно общаются с русскими агентами и WikiLeaks по мере стратегического разглашения украденных документов НКДП**

111. Несанкционированное разглашение документов с серверов НКДП Россией посредством WikiLeaks и оперативным сотрудником ГРУ № 1 посредством онлайн персоны «Guccifer 2.0» продолжалось до ноября 2016 года с критическим увеличением объема и наносимого ущерба этих разглашений, когда начались всеобщие выборы.

112. С июня 2016 года по октябрь 2016 года ГРУ и оперативный сотрудник ГРУ № 1 посредством онлайн персоны «Guccifer 2.0» систематически разглашали украденные у НКДП документы на регулярной основе. [73] Многие из разглашений были спланированы таким образом, чтобы отвлечь внимание от негативного освещения кампании Трампа, а также завуалировать положительные новости о кампании Клинтон и деятельности НКДП – что служило общим интересам сотрудникам Трампа, России и WikiLeaks.

113. Начиная с весны 2016 года, давний друг и политический советник Трампа Роджер Стоун неоднократно заявлял, что он связывался с Ассанжем и WikiLeaks, а также с оперативным сотрудником ГРУ № 1 относительно имеющейся у них информации, которая нанесла бы ущерб кампании Клинтон, высокопоставленным членам демократической партии и председателю кампании Клинтон Джону Подеста. [74] Многие из этих заявлений от Стоуна были сделаны задолго до того, как стало публично известно, что компьютерные системы НКДП и электронная почта Подесты были взломаны теми же русскими разведывательными службами. [75]

114. 8 августа 2016 года, выступая перед местной группой республиканской партии во Флориде, Стоун предсказал будущие разглашения украденных материалов: «Я разговаривал с Ассанжем.

Дело 1:18-cv-03501 Документ 1 Дата составления 04/20/18 Страница 33 из 66

Я думаю, что следующая часть его документов связана с Фондом Клинтонов, но пока еще нельзя сказать, каким будет октябрьский сюрприз».[76]

115. 12 августа 2016 года Стоун сказал, что он считает, что у Ассанжа есть электронные письма, принадлежащие госсекретарю Клинтон.[77] В этот же день оперативный сотрудник ГРУ № 1 распространил еще одну серию украденных документов – в этот раз содержащих личную информацию о кандидатах демократической партии.[78] Чуть позже, 12 августа, оперативный сотрудник ГРУ № 1 опубликовал твит, адресованный Стоуну: «Спасибо, что вы верите в реального #Guccifer2».[79]

116. Также 12 августа 2016 года оперативный сотрудник ГРУ № 1 разгласил документы, украденные у других организаций демократической партии, включая стратегические меморандумы пяти избирательных кампаний в палату представителей США во Флориде.[80] Эти документы были разглашены всего лишь за несколько дней до законодательных предварительных выборов в ключевом колеблющемся штате Флорида.[81]

117. Начиная с 14 августа 2016 года, Стоун начал тайно общаться с оперативным сотрудником ГРУ № 1.[82] 17 августа 2016 года оперативный сотрудник ГРУ № 1 опубликовал твит, адресованный Стоуну: «пожалуйста, скажи мне, если я могу тебе чем-нибудь помочь. мне было бы это очень приятно».[83]

118. 21 августа 2016 года во время коммуникаций с Ассанжом и русской разведкой, Стоун пророчествовал о будущем распространении электронных писем Подесты, опубликовав в Твиттере: «Поверьте мне, скоро придет время Подесты оказаться в плохой ситуации». [84] В то время еще не было публичного разглашения, что электронная почта Подесты была взломана.

119. В середине сентября 2016 года Стоун точно предсказал по радио Бостон Херальд, что он ожидает, что «Джулиан Ассанж и сотрудники WikiLeaks будут еженедельно разглашать огромное количество новых документов о Хиллари довольно скоро». [85]

120. К 20 сентябрю 2016 года Трамп младший также тайно общался с WikiLeaks. В ходе обмена сообщениями WikiLeaks предоставил Трампу младшему пароль к антитрампскому вебсайту PAC и попросил Трампа младшего, чтобы его отец ретвитнул ссылку на вебсайт WikiLeaks, содержащий

Дело 1:18-cv-03501 Документ 1 Дата составления 04/20/18 Страница 34 из 66

украденные документы демократической партии. [86] Через пятнадцать минут после того, как WikiLeaks отправил этот запрос, Трамп, на самом деле, опубликовал в Твиттере: «Слишком мало освещается нечестными СМИ поразительная информация, предоставленная WikiLeaks. Настолько нечестные! Коррумпированная система!»[87]

121. 2 октября 2016 года Стоун заявил в Твиттере: «В среду @ХиллариКлинтон конец. #WikiLeaks».[88] А 3 октября 2016 года Стоун повторил, что он был уверен, что WikiLeaks продолжит распространять украденные материалы: «Я совершенно уверен, что @wikileaks и мой герой Джулиан Ассанж скоро просветит американский народ».[89]

122. Через четыре дня, 7 октября 2016 года — и только через час после разглашения скандально известной записи Hollywood Access, в которой Трамп признавался в сексуальном домогательстве женщин — WikiLeaks разгласил 2000 электронных писем, украденных у Подесты.[90] WikiLeaks продолжил разглашать документы, украденные у Подесты практически ежедневно до 9 ноября 2017 года – как и предсказал Стоун.[91]

**M. Трамп публично хвалит незаконное распространение украденных документов НКДП**

123. Трамп неоднократно приветствовал разглашение документов, украденных русскими, и призывал СМИ и избирателей уделять больше внимания утечкам.

124. 24 июля 2016 года Трамп опубликовал в Твиттере: «Демократы находятся в полном развале, в то время как пристрастные СМИ говорят, что у них все замечательно! Эмейлы подтверждают, что коррумпированная система здравствует и поныне!»[92]

125. 24 июля 2016 года Трамп опубликовал в Твиттере: «Если бы республиканский съезд взорвался электронными письмами, отставкой босса и подавлением крупного игрока. (Берни), СМИ бы вышло из себя[.]»[93]

126. 25 июля 2016 года Трамп опубликовал в Твиттере: «В городе новая шутка, что Россия просочила ужасные электронные письма НКДП, которые никогда не должны были быть написаны (глупые), потому что я нравлюсь Путину».[94]

127. 12 октября 2016 года Трамп опубликовал в Твиттере: «Слишком мало освещается нечестными СМИ поразительная информация, предоставленная WikiLeaks. Настолько нечестные! Коррумпированная система!»[95]

128. Подобным образом, 14 октября 2016 года, Трамп младший опубликовал в Твиттере: «Для тех, у кого есть время прочитать о всей коррупции и лицемерии, все @wikileaks электронные письма здесь: http://wlsearch.tk/».[96] Ссылка в твите от 14 октября 2016 года была предоставлена Трампу младшему WikiLeaks через частный твит на учетную запись Твиттера Трампа младшего.[97]

129. На своих митингах Трамп неоднократно обсуждал разглашение документов на WikiLeaks, с энтузиазмом направляя внимание на эти украденные документы, что отражают нижеуказанные заявления:

(a) 10 октября 2016 года: Трамп сказал: «Я люблю WikiLeaks.. .»[98]

(b) 31 октября 2016 года: Трамп сказал, что «WikiLeaks подобно сокровищнице» и «Вы видели, где в Wikileaks было объявлено, что они платили протестующим быть агрессивными 1500 долларов».[99]

(c) 2 ноября 2016 года: Трамп сказал: «WikiLeaks только что опубликовал новую серию» и «[WikiLeaks] только что продемонстрировал, что [это] коррумпированная система с большим сговором, возможно, незаконным, между Министерством юстиции, кампанией Клинтон и Госдепартаментом».[100]

(d) 4 ноября 2016 года: Трамп сказал: «Ох, как я люблю читать эти WikiLeaks».[101]

(e) 6 ноября 2016 года: Трамп процитировал Wikileaks, заявив о том, что «Клинтон отправляла сведения, представляющие государственную тайну, через свою горничную». [102]

(f) 7 ноября 2016 года: Трамп: «У них все есть, у WikiLeaks. WikiLeaks».[103]

130. В итоге, 6 ноября 2016 года — всего за два дня до выборов и в критическое время для непринявших решение избирателей — WikiLeaks разгласил дополнительные украденные электронные письма НКДП, которые они назвали «Утечка НКДП 2».[104] Электронные письма включали, помимо прочего, внутренние обсуждения относительно стратегии и коммуникационных усилий НКДП. [105]

Дело 1:18-cv-03501 Документ 1 Дата составления 04/20/18 Страница 36 из 66

**N. Трамп — и Россия — выиграли.**

131. 8 ноября 2016 года Трамп победил в выборах на должность президента Соединенных Штатов.

132. В Москве реакцией было торжество. Когда в Думе (российском парламенте) узнали о победе Трампа, законодатели стали рьяно аплодировать, а объявление Вячеслава Никонова, члена Комитета по иностранным делам, почти заглушили аплодисментами и приветствиями.[106] Никонов заявил: «Три минуты назад Хиллари Клинтон подтвердила свое поражение на президентских выборах США и всего пару секунд назад Трамп начал выступать с речью избранного президента. Я поздравляю вас всех с этим».[107] Общая цель ответчиков была достигнута.

## IV. НЕОДНОКРАТНЫЕ УСИЛИЯ ОТВЕТЧИКОВ СКРЫТЬ СВЯЗИ С РУССКИМИ ДОКАЗЫВАЮТ ИХ ОСОЗНАНИЕ СВОЕЙ ВИНЫ

133. Советчики Трампа неоднократно отрицали, что члены кампании Трампа имели контакты с русскими или российскими должностными лицами, а при столкновении с опровергающими доказательствами, делали ложные и вводящие в заблуждение заявления относительно характера этих контактов. Например:

(a) 24 июля 2016 года Трампа младшего спросили о предположении, что разглашение украденных электронных писем НКДП от 22 июля 2016 года было частью российского заговора «помочь Дональду Трампу и нанести вред Хиллари Клинтон». Несмотря на то, что неделями ранее его проинформировали по эмейлу о существовании такого замысла, Трамп младший ответил: «Это лишь доказывает их нравственные ориентиры. Они скажут что угодно, лишь бы выиграть. Это повторяется снова и снова, ложь за ложью... Это отвратительно; это так фальшиво».

(b) 24 июля 2016 года, всего лишь через несколько недель после его участия в июньской встрече 2016 года, Пола Манафорта спросили, были ли какие-либо «связи у г-на Трампа, вас и вашей кампании с Путиным и его режимом». Манафорт ответил: «Нет, не было. Это абсурд. И вы знаете, что для этого нет никаких оснований».

(c) 11 ноября 2016 года пресс-секретарь кампании Трампа Хоуп Хикс сделала заявление *Associated Press*, в котором она отрицала, что у кампании Трампа были какие-либо связи с какой-либо «иностранной организацией» во время кампании: «Этого никогда не было. В ходе кампании не было никаких связей между кампанией и какой-либо иностранной организацией».

(d) 18 декабря 2016 года менеджера кампании Трампа Келлиэнн Конуэй спросили, были ли у кого-либо в кампании Трампа «какие-либо связи с русскими, которые вмешивались в выборы?» Конуэй ответила: «Совершенно не было. И я это обсуждала с избранным президентом только вчера вечером. Таких разговоров никогда не было. Я слышу, как люди обсуждают это, как о факте на телевидении. Это не только неточно и ложно, но и опасно».

(e) В марте 2017 года Трамп младший ложно заявил: «Встречался ли я с русскими людьми? Я уверен, я уверен, что встречался. Но ни одна из встреч не была организованной. Ни одна, из тех, что я могу подумать в настоящий момент. И, безусловно, ни одна, во время которой я бы хоть каким бы то ни было образом представлял кампанию».

(f) 8 июля 2017 года Трамп младший сделал крайне дезориентирующее заявление об июньской встрече 2016 года, которое, как сообщается, было подготовлено его отцом: «Это была короткая вводная встреча. Я попросил Джареда [Кушнера] и Пола [Манафорта] ненадолго остановиться. Мы, в основном, обсуждали программу усыновления русских детей, которая действовала и была популярной среди американских семей несколько лет назад и с тех пор была прекращена российским правительством, но это не входило в интересующие вопросы кампании и не было никаких последующих действий...»

(g) 9 июля 2017 года Трамп младший сделал еще одно крайне дезориентирующее заявление об июньской встрече 2016 года, которое продолжало опускать тот факт, что ему сообщили, что российское правительство пытается помочь его отцу: «Женщина сообщила, что у нее была информация, что лица, связанные с Россией, финансировали Национальный комитет демократической партии и поддерживали г-жу Клинтон. Ее заявления были неопределенными, неоднозначными и не имели никакого смысла. Не было не только не предоставлено, но и не предложено никаких деталей или поддерживающей информации. Очень быстро стало ясно, что у нее не было никакой значимой информации. Она затем сменила тему и начала обсуждать усыновление русских детей и отметила закон Магнитского. Мне стало ясно, что все это время это была реальная тема встречи, а заявления о потенциально полезной информации были предлогом для встречи».

(h) 5 октября 2017 года Пападополус признал свою вину в том, что он лгал относительно связей с Мифсудом и другими русскими в ходе опроса ФБР. Пападополус также удалил свою учетную запись в Facebook, очистил другие учетные записи в социальных сетях и изменил свой номер мобильного телефона в попытке скрыть эти контакты.

134. Российское правительство также неоднократно отрицало свою ответственность за вмешательство в выборы 2016 года, включая кибератаки на НКДП. Подобным образом, WikiLeaks и Ассанж неоднократно отрицали, что украденные материалы НКДП, распространенные ими, были предоставлены им Россией, и поставили под сомнение то, что Россия несет ответственность за кибератаки на НКДП.

## V. ЗНАЧИТЕЛЬНЫЙ УЩЕРБ, НАНЕСЕННЫЙ ИСТЦУ

135. Незаконный сговор нанес огромный ущерб НКДП. Выбор времени и избирательное разглашение украденных материалов не позволяли НКДП общаться с американским электоратом на своих условиях. Эти выборочные разглашения похищенного материала достигают пика непосредственно перед Национальным съездом демократической партии и продолжаются на всеобщих выборах.

136. Сроки и выборочная публикация украденных материалов были задуманы для внесения разобщающего фактора между Национальным комитетом Демократической партии США и сторонниками Демократической партии. Выпуск украденных материалов также подорвал способность Национального комитета оказывать поддержку кандидатам от Демократической партии на всеобщих выборах.

137. Публикация украденных материалов Национального комитета имела разрушительное действие на Национальный комитет, подорвав способность партии достичь единства и сплотить своих членов вокруг общих интересов. Эта публикация бросила тень на деятельность комитета, подрывая способность партии донести свое видение до электората.

138. Публикация обозначенного украденного материала не позволила Национальному комитету обеспечить эффективное общение своих сотрудников с членами партии и широкой публикой. Сотрудники Национального комитета в результате подвергались постоянным угрозам по телефону и электронной почте, которые были неизбежны ввиду того, что сотрудники не могли изменить свои контактные данные во время работы конвенции.

139. Кроме того, в критические последние месяцы президентской кампании политическая деятельность и деятельность по сбору средств Национальным комитетом была в значительной степени приостановлена и дестабилизирована по всей территории Соединенных Штатов. В частности, обнародование личной, а иногда и компрометирующей, информации о донорах Национального комитета негативно сказалось на поступлениях благотворительных взносов в адрес Национального комитета, что привело к существенной потере в доходах Национального комитета и сокращению общих сумм средств, которые комитет мог выделить на поддержку кандидатов от демократов по всей стране.

140. Помимо прочего, поскольку в публикациях разглашалась личная, а в некоторых случаях и засекреченная информация о сотрудниках Национального комитета, сотрудники комитета подверглись преследованиям, которые носили весьма серьезный, а иногда и опасный, характер. Естественно, что такие преследования ослабили способность сотрудников эффективно выполнять свои обязанности.

141. 22 июля 2016 года, в день, когда WikiLeaks опубликовали первые украденные письма, один из сотрудников Национального комитета получил голосовое сообщение от неизвестного абонента, в котором говорилось, что этот сотрудник должен быть «казнен» и выразил свою надежду на то, что этот сотрудник «окажется в тюрьме, будет предан суду и казнен за предательство».

142. 23 июля 2016 года несколько сотрудников Национального комитета получили электронные письма, в которых говорилось: «Я надеюсь, что ваши дети будут изнасилованы и убиты, а вашу семью постигнут страдания, пытки и смерть».

143. 24 июля 2016 года один из сотрудников получил голосовое сообщение, в котором сообщалось, что он «является мишенью», и что ему лучше «внимательно смотреть по сторонам, [ругательство]. . .»: «Ты [ругательство]. Умрешь, умрешь, умрешь. Ненавижу тебя [ругательство], ты [ругательство]. Я целюсь тебе в спину. Снайперы следуют за тобой. Ты [ругательство].»

144. Еще один сотрудник получил сообщение, полное ненормативной лексики и предупреждающее его, что «за [ним] придут». Эти угрозы, и многие другие, начались после 22 июля, когда WikiLeaks опубликовали более 20 000 писем, украденных у Национального комитета и содержащих имена, адреса электронной почты и номера телефонов сотрудников комитета.

145. Кроме того, поведение Ответчиков нанесло большой ущерб компьютерным системам комитета, создав необходимость: (a) ремонта и замены компьютерного оборудования, программного обеспечения, телефонной связи и телефонных систем, а также системы резервного копирования из-за ущерба, нанесенного взломом и последующей публикацией этой информации; (b) удержания сотрудников

и консультантов для проведения расследования взлома; и (с) удержание персонала и консультантов для устранения ущерба, понесенного в результате взлома.

## ОСНОВАНИЕ ДЛЯ ИСКА

### ПУНКТ I
### АКТ О КОМПЬЮТЕРНОМ МОШЕННИЧЕСТВЕ И ЗЛОУПОТРЕБЛЕНИИ
### (18 раздел Свода законов США, статья 1030(А)) (ПРОТИВ РОССИИ, ГРУ И АГЕНТА ГРУ #1)

146. Истец повторно подтверждает и включает все предыдущие параграфы этого Искового заявления и параграфы в пунктах ниже, как если бы они были полностью изложены здесь.

147. Компьютеры Национального комитета Демократической партии вовлечены в торговлю и коммуникации между штатами и внешнюю торговлю и коммуникации и являются защищенными в соответствии с 18 разделом Свода законов США, статьей 1030(е)(2).

148. По нашей информации и убеждениям, Россия, ГРУ и агент ГРУ #1 сознательно и преднамеренно осуществляли доступ к компьютерам Национального комитета неправомочно или превышая полномочия и в результате этого получали и использовали ценную информацию, содержащуюся на этих компьютерах, нарушая при этом 18 раздел Свода законов США, статью 1030(а)(2)(С). Такая информация включала в себя, помимо прочего: частную, важную в политическом отношении переписку между Национальным комитетом Демократической партии и заинтересованными лицами и кандидатами со стороны демократов; конфиденциальные данные доноров; конфиденциальную информацию относительно планов по стратегии кампании; анализ оппозиции и политических инициатив; и документы, касающиеся запланированных политических событий, в том числе кампаний по сбору средств и митингов. Эта информация была использована с целью очернить кандидата в президенты от Демократической партии и саму Демократическую партию (о которой здесь говорится) и тем самым оказать поддержку кандидатуре Трампа, опубликовав конфиденциальную информацию для публичного доступа в интернете, в том числе на WikiLeaks.

149. По имеющимся сведениям и убеждениям, Россия, ГРУ и агент ГРУ #1 умышленно вызвали передачу программы, информации, кода или сигнала, и в результате умышленно несанкционированно причинив вред защищенному компьютеру, нарушив при этом 18 раздел Свода

законов США, статью 1030(a)(5)(A). Такая передача включала в себя, помимо прочего, использование вредоносных программ в отношении систем Национального комитета.

150. По имеющимся сведениям и убеждениям, России, ГРУ и агент ГРУ #1 умышленно получили доступ к защищенному компьютеру или компьютерам неправомочно, и в результате такого поведения, причинили ущерб, нарушив 18 раздел Свода законов США, статью 1030(a)(5)(C), или причинили ущерб по неосторожности, нарушив 18 раздел Свода законов США, статью 1030(a)(5)(B).

151. По имеющимся сведениям и убеждениям, Россия, ГРУ и агент ГРУ #1 умышленно и с намерением обманным способом завладеть паролями и аналогичной информацией из систем Национального комитета, повлияли на торговлю между штатами или с иностранными государствами, нарушив 18 раздел Свода законов США, статью 1030(a)(6)(A).

152. Россия, ГРУ и агент ГРУ #1 причинили ущерб одному или нескольким лицам в течение одного года, который совокупно оценивается в более чем 5 000 долларов США, а также нанесли ущерб десяти или более защищенным компьютерам в течение одного года.

153. Национальный комитет Демократической партии претерпел убытки вследствие действий России, ГРУ и агента ГРУ #1, в их числе, помимо прочего, расходы на расследования и реагирование на несанкционированный доступ к компьютерным сетям, проведение оценки ущерба, восстановление и замена компьютеров и данных, программ, систем или информации, потеря стоимости коммерческих секретов Национального комитета, и вреда коммерческой деятельности комитета в порядке, описанном выше. Национальный комитет обращается за компенсационными и иными средствами правовой защиты по праву справедливости согласно 18 разделу Свода законов США, статье 1030(g).

**ПУНКТ II**

**ФЕДЕРАЛЬНЫЙ ЗАКОН О ПРОТИВОДЕЙСТВИИ РЭКЕТУ И КОРРУПЦИИ (18 РАЗДЕЛ СВОД ЗАКОНОВ США, СТАТЬЯ 1962(C)) (ПРОТИВ ВСЕХ ОТВЕТЧИКОВ)**

154. Истец повторно подтверждает и включает все предыдущие параграфы этого Искового заявления и параграфы в пунктах ниже, как если бы они были полностью изложены здесь.

155. Ответчиками являются все «лица» в значении, определенном 18 разделом Свода законов США, статьей 1961(3). Во все соответствующие периоды времени Ответчики в нарушение 18 раздела Свода законов США, статьи 1962(c) вели дела Предприятия, которое затронуло торговлю между штатами и внешнюю торговлю, пользуясь методами деятельность организованной преступности.

**A. Кампания Трампа являла собой Предприятие, деятельность которого осуществлялась с применением методов организационной преступности**

156. Кампания Трампа была Предприятием, деятельность которого осуществлялась с применением методов организационной преступности, в том значении, в котором этот термин используется в 18 разделе Свода законов США, статье 1961(4). Предприятие было образовано к июню 2015 года.

157. Кампания Трампа имела постоянную организационную структуру для претворения в жизнь своих целей.

158. Как указывалось выше, каждый Ответчик участвовал в деятельности или управлении этим Предприятием.

159. Поскольку кампания Трампа потратила миллионы долларов на президентскую гонку 2016 года, это оказало влияние на торговлю между штатами и с другими государствами.

160. Каждый Ответчик занимался и/или участвовал в делах Предприятия, осуществляя преступные действия, подлежащие преследованию в соответствии с 18 разделом Свода законов США, статьей 1831 (экономический шпионаж) и 18 разделом Свода законов США, статьей 1832 (хищение коммерческой тайны). Помощники Трампа, WikiLeaks и Ассанж направляли, вовлекали, призывали и/или поощряли такие действия России и ГРУ, в том числе и предоставление WikiLeaks и Ассанжу коммерческих тайн Национального комитета Демократической партии с расчетом на то, что WikiLeaks и Ассанж станут распространять эти секреты, что, в свою очередь, увеличит шансы Трампа победить на выборах.

**B.   Альтернативно, и, как минимум, кампания Трампа была частью, фактически связанной с таким Предприятием**

161.   Альтернативно, и, как минимум, кампания Трампа была частью, фактически связанной с таким Предприятием, в состав которого входила Россия, ГРУ, агент ГРУ #1, WikiLeaks, Ассанж, кампании Трампа, Арас и Эмин Агаларовы, Мисфуд, помощники Трампа, их сотрудники и агенты, а также дополнительные юридические и физические лица, известные и неизвестные. Фактически связанное Предприятие было образовано не позднее июня 2016 года. С этого времени и до 8 ноября 2016 года члены фактически связанного Предприятия работали вместе для продвижения своих взаимных целей улучшения предвыборных перспектив Трампа и нанесения ущерба Национальному комитету Демократической партии.

162.   Фактически связанное Предприятие имело постоянную организационную основу, необходимую для достижения своих целей. Фактически связанное Предприятие не могло бы выполнить свою сложную задачу публикации конфиденциальной информацией в то время, когда это было наиболее выгодно для кампании Трампа, если бы у него не было определенной структуры для принятия и коммуникации решений группы.

163.   Как указывалось выше, каждый Ответчик участвовал в функционировании или управлении фактически связанным Предприятием и получал финансовую выгоду от этого Предприятия.

164.   Поскольку деятельность фактически связанного Предприятия повлияла на расходы избирателей на выборы в 2016 году, а также на реакцию СМИ в отношении президентской гонки 2016 года, это оказало воздействие на торговлю между штатами и внешнюю торговлю.

**C.   ФЕДЕРАЛЬНЫЙ ЗАКОН О ПРОТИВОДЕЙСТВИИ РЭКЕТУ И КОРРУПЦИИ ОСНОВНЫЕ ДЕЙСТВИЯ**

165.   Каждый Ответчик занимался и/или участвовал в делах кампании Трампа и фактически связанного Предприятия, осуществляя организованную преступную деятельность, в том числе действия, подлежащие преследованию в соответствии с 18 разделом Свода законов США, статьей 1831 (экономический шпионаж) и 18 разделом Свода законов США, статьей 1832 (хищение коммерческой

тайны). Кампания Трампа, помощники Трампа, WikiLeaks и Ассанж направляли, вовлекали, призывали и/или поощряли такие действия России и ГРУ, в том числе и предоставление WikiLeaks и Ассанжу коммерческих тайн Национального комитета с расчетом на то, что WikiLeaks и Ассанж станут распространять эти секреты, что, в свою очередь, увеличит шансы Трампа победить на выборах.

166. Начиная с или до 27 июля 2015 года, Россия, ГРУ и агент ГРУ #1 завладевали коммерческими тайнами Национального комитета неправомочно, намереваясь или зная, что это принесет пользу России, российским структурам или агентам.

167. Россия, ГРУ и агент ГРУ #1 также копировали, дублировали, загружали, изменяли, уничтожали, тиражировали, передавали, доставляли, отправляли, сообщали или переводили коммерческие тайны Истца, намереваясь или зная, что это пойдет на пользу российскому правительству, российским структурам или агентам в связи с реализацией этой незаконной схемы. Россия, действуя через агента ГРУ #1, неправомочно раскрыла и передала коммерческие тайны Национального комитета 15 июня, 20 июня, 21 июня, 30 июня, 6 июля, 13 сентября и 18 октября 2016 года. Каждое такое раскрытие представляет собой отдельный акт экономического шпионажа.

168. Начиная с или до 27 июля 2015 года, Россия, ГРУ и агент ГРУ #1 получили, купили или завладели коммерческими тайнами Национального комитета, зная, что они были украдены или присвоены, получены или обращены в собственность неправомочно, и зная, что это принесет пользу российскому правительству, российским структурам или агентам.

169. WikiLeaks и Ассанж также копировали, дублировали, загружали, изменяли, уничтожали, тиражировали, передавали, доставляли, отправляли, сообщали или переводили коммерческие тайны Истца, намереваясь или зная, что это пойдет на пользу российскому правительству, российским структурам или агентам в связи с реализацией этой незаконной схемы.

170.    WikiLeaks и Ассанж неправомочно раскрыли и передали коммерческие тайны Национального комитета, в том числе конфиденциальные документы, связанные с кампаниями, сбором средств и стратегией кампании, 22 июля и 6 ноября 2016 года. Каждое такое раскрытие представляет собой отдельный акт экономического шпионажа.

171.    Начиная с или до 22 июля 2016 года ежедневно до ноября 2016 года, WikiLeaks и Ассанж получали, покупали или завладевали коммерческими тайнами Истца, зная, что они были украдены или присвоены, получены или обращены в собственность неправомочно, и зная, что это принесет пользу российскому правительству, российским структурам или агентам.

172.    Россия, ГРУ и агент ГРУ #1 также совершили описанные выше действия с намерением использовать коммерческую тайну Истца, относящуюся к продукту или услуге, используемым или предназначенным для использования в торговле между штатами или другими государствами, с экономической выгодой для других лиц. Каждый такое несанкционированное раскрытие представляет собой отдельный акт хищения коммерческой тайны.

173.    WikiLeaks и Ассанж также совершили описанные выше действия с намерением использовать коммерческую тайну Истца, относящуюся к продукту или услуге, используемым или предназначенным для использования в торговле между штатами или другими государствами, с экономической выгодой для других лиц. Каждый такое несанкционированное раскрытие представляет собой отдельный акт хищения коммерческой тайны.

174.    Трамп, организация Trump Campaign и Сообщники Трампа способствовали достижению общих целей Организации, условившись о том, что Россия, ГРУ и Агент ГРУ №1, WikiLeaks и Ассанж будут совершать предикатные преступные деяния и далее осуществлять данный сговор, поддерживая непрерывную связь с должностными лицами российской разведки и давая рекомендации, инструктируя и предоставляя остальным Обвиняемым разведывательные данные, относящиеся к согласованию по времени несанкционированного разглашения сведений, поощряя непрерывные противозаконные несанкционированные попытки доступа и неправомочное раскрытие похищенной информации

Демократической партии, активно используя противоправное раскрытие информации для содействия Трампу и активно работая над маскировкой и сокрытием данного сговора с помощью лживых заявлений.

**D. Ущерб, причиненный вследствие нарушения закона США «О коррумпированных и находящихся под влиянием рэкетиров организациях» (РИКО)**

175. Бизнесу и имуществу Истца причинен ущерб вследствие нарушения Обвиняемыми Свода законов США 18 U.S.C. § 1962(c). Бизнесу и собственности Истца был нанесен ущерб вследствие нарушения Обвиняемыми 18 раздела Свода законов США § 1962(c). Обвиняемые причинили огромный вред бизнесу Истца, как было указано выше, а также компьютерам и серверам Истца. Все эти нарушения прав и имущественный ущерб имели место на территории Соединенных Штатов.

**ПУНКТ ОБВИНЕНИЯ III**

**ПРЕСТУПНЫЙ СГОВОР С ЦЕЛЬЮ НАРУШЕНИЯ ЗАКОНА РИКО (18 раздел Свода законов США, § 1962(D)) (ПРОТИВ ВСЕХ ОБВИНЯЕМЫХ)**

176. Истец повторно утверждает и включает в свое заявление посредством отсылки все предшествующие параграфы настоящего Искового заявления, а также параграфы нижеприведенных пунктов обвинения, как если бы они были полностью изложены в данном разделе.

177. Обвиняемые вступили между собой в сговор с целью нарушения 18 раздела Свода законов США, § 1962(c). Defendants knowingly agreed, combined, and conspired to conduct the affairs of the Enterprise or the Association-In-Fact Enterprise through a cyber-espionage operation. Обвиняемые сознательно согласились, объединили свои усилия и вступили в сговор с целью ведения дел Организации или Организации в виде устойчивого объединения лиц путем осуществления кибершпионажа. Все Обвиняемые согласились с тем, что эта деятельность будет включать в себя многократное нарушение 18 раздела Свода законов США, § 1831 (экономический шпионаж); и 18 раздела Свода законов США, § 1832 (хищение коммерческих тайн).

178. Преступный сговор Обвиняемых с целью нарушения 18 раздела Свода законов США, § 1962(c), является нарушением § 1962(d).

179. Бизнесу или собственности Истца был нанесен ущерб вследствие нарушения Обвиняемыми 18 раздела Свода законов США, § 1962(d). Бизнесу и собственности Истца был нанесен ущерб вследствие нарушения Обвиняемыми 18 раздела Свода законов США § 1962(c). Обвиняемые причинили огромный вред бизнесу Истца, как было указано выше, а также компьютерам и серверам Истца. Все эти нарушения прав и имущественный ущерб имели место на территории Соединенных Штатов.

**ПУНКТ ОБВИНЕНИЯ IV**

**ЗАКОН «О НАКАЗАНИЯХ ЗА НЕСАНКЦИОНИРОВАННОЕ ПОДКЛЮЧЕНИЕ К ЛИНИЯМ СВЯЗИ» (18 раздел Свода законов США, §§ 2510-22) (ПРОТИВ АГЕНТА ГРУ №1, WIKILEAKS, АССАНЖА, TRUMP CAMPAIGN И СООБЩНИКОВ ТРАМПА)**

180.     Истец повторно утверждает и включает в свое заявление посредством отсылки все предшествующие параграфы настоящего Искового заявления, а также параграфы нижеприведенных пунктов обвинения, как если бы они были полностью изложены в данном разделе.

181.     Все Обвиняемые являются «лицами» в значении, установленном 18 разделом Свода законов США, §§ 2510, 2511.

182.     В нарушение 18 раздела Свода законов США § 2511(l)(a) Агент ГРУ №1 умышленно и преднамеренно перехватывал или пытался перехватывать обмен данными Истца, осуществляемый средствами проводной связи, в устной или электронной форме, путем несанкционированных попыток доступа к компьютерным системам, голосовой связи по IP-протоколу и (или) учетным записям электронной почты с извлечением частных конфиденциальных документов и файлов Истца.

183.     В нарушение 18 раздела Свода законов США, §2511(l)(c), Агент ГРУ №1, WikiLeaks и Ассанж умышленно и преднамеренно разглашали содержание обмена данными Истца, осуществляемого средствами проводной связи, в устной или электронной форме, зная или имея основание полагать, что эта информация была получена путем перехвата данных, передаваемых средствами проводной связи, в устной или электронной форме, в нарушение 18 раздела Свода законов США, § 2511.

184.     В нарушение 18 раздела Свода законов США, § 251 l(l)(d), Агент ГРУ №1, WikiLeaks, Ассанж, Сообщники Трампа и организация Trump Campaign умышленно и преднамеренно использовали содержание данных, передаваемых средствами проводной связи, в устной или электронной форме, зная или имея основание полагать, что эта информация была получена путем перехвата данных, передаваемых средствами проводной связи, в устной или электронной форме, в нарушение 18 раздела Свода законов США, §2511.

185.     Истец обоснованно рассчитывал на то, что данные, передаваемые средствами проводной связи, в устной или электронной форме, не подлежали перехвату.

186.     Истец является «лицом», чей обмен данными, осуществляемый средствами проводной связи, в устной или электронной форме, перехватывался в значении, установленном 18 разделом Свода законов США, § 2520.

187.     Прямым следствием действий Агента ГРУ №1, WikiLeaks, Ассанжа, Сообщников Трампа и организации Trump Campaign явилось то, что бизнесу и собственности Истца был нанесен непоправимый вред, и Истец имеет право на присуждение ему возмещения наибольшего реального ущерба или компенсации ущерба, предусмотренной законодательными актами, и правовой защиты в виде судебного запрета во исполнение 18 раздела Свода законов США, § 2520(c). Причиненный вред включает в себя, помимо прочего, вред, нанесенный компьютерам и серверам Национального комитета Демократической партии, вред репутации Национального комитета Демократической партии, падение стоимости коммерческой тайны и деловой информации, а также вышеописанный ущерб бизнесу.

188.     В свете вопиющего характера нарушений, совершенных Агентом ГРУ №1, WikiLeaks, Ассанжем, Сообщниками Трампа и организацией Trump Campaign, Истец имеет право на штрафную компенсацию (убытки) и возмещение обоснованного гонорара поверенных за юридические услуги и судебных издержек во исполнение 18 раздела Свода законов США, §§ 2520(b)(2) и (3).

**ПУНКТ ОБВИНЕНИЯ V**

**ЗАКОН «О ДОСТУПЕ К ХРАНИМЫМ ДАННЫМ ПРОВОДНОЙ И ЭЛЕКТРОННОЙ СВЯЗИ И ДЕЛОВОЙ ДОКУМЕНТАЦИИ» (18 раздел Свода законов США, §§ 2701-12) (ПРОТИВ РОССИИ, ГРУ И АГЕНТА ГРУ №1)**

189.     Истец повторно утверждает и включает в свое заявление посредством отсылки все предшествующие параграфы настоящего Искового заявления, а также параграфы нижеприведенных пунктов обвинения, как если бы они были полностью изложены в данном разделе.

190.     Истец является «лицом» в значении, установленном 18 разделом Свода законов США, §§ 2510(6) и 2707(a).

191.     Россия, ГРУ и Агент ГРУ №1 умышленно и преднамеренно осуществляли несанкционированный доступ к оборудованию, с помощью которого предоставляются услуги электронный связи, а именно, к компьютерным системам Национального комитета Демократической партии, в том числе к серверам электронной почты, получив таким образом доступ к проводной и электронной связи, данные которых хранились в названных системах, в нарушение 18 раздела Свода законов США, § 2701(a).

192.     В результате таковых умышленных преднамеренных действий Истцу был причинен ущерб, и он, в порядке, предусмотренном 18 разделом Свода законов США, § 2707, требует присуждения компенсации наибольшего понесенного реального ущерба или компенсации ущерба, предусмотренной законодательными актами, штрафной компенсации (убытков), возмещения гонорара поверенных за юридические услуги и иных судебных издержек в связи с данным судопроизводством, а также надлежащих средств судебной защиты по праву справедливости.

**ПУНКТ ОБВИНЕНИЯ VI**

**ЗАКОН «О ЗАЩИТЕ АВТОРСКИХ ПРАВ В ЦИФРОВУЮ ЭПОХУ» (17 раздел Свода законов США, § 1201 *И ДАЛЕЕ*.) (ПРОТИВ РОССИИ, ГРУ И АГЕНТА ГРУ №1)**

193. Истец повторно утверждает и включает в свое заявление посредством отсылки все предшествующие параграфы настоящего Искового заявления, а также параграфы нижеприведенных пунктов обвинения, как если бы они были полностью изложены в данном разделе.

194. В компьютерных сетях и файлах Истца содержалась информация, подлежащая защите в соответствии с законодательством Соединенных Штатов о защите авторских прав, в том числе документация по стратегии избирательной кампании, а также исследования по соперникам, и к этой информации получили несанкционированный доступ Россия и ГРУ.

195. Доступ к защищенной авторскими правами информации, хранящейся в компьютерных сетях Истца, и к электронной почте регулировался техническими средствами, включая меры по ограничению удаленного доступа, межсетевые экраны, а также меры по ограничению доступа и его предоставление только пользователям с юридически действительными регистрационными данными и паролями.

196. В нарушение 17 раздела Свода законов США, § 1201(a), Россия, ГРУ и Агент ГРУ №1 преодолевали названные технические меры защиты путем кражи регистрационных данных авторизованных пользователей, проводя извлечение паролей из дампов памяти для противоправного получения паролей к системе, контролирующей доступ к домену Национального комитета Демократической партии, и установки вредоносных программ на компьютерную систему Истца.

197. Поведение России, ГРУ и Агента ГРУ №1 нанесло Истцу значительный ущерб. Причиненный ущерб включает в себя, помимо прочего, ущерб, вытекающий из вреда, нанесенного компьютерам и серверам Национального комитета Демократической партии, падения стоимости коммерческой тайны и деловой информации, а также вышеописанного ущерба бизнесу. Истец имеет право на возмещение наибольшего реального ущерба или на компенсацию ущерба, предусмотренную законодательными актами в соответствии с 17 разделом Свода законов США, § 1203, в сумме, которая должна быть определена в ходе слушания дела.

198. Истец имеет право на присуждение ему возмещения гонорара поверенных за юридические услуги и судебных издержек в соответствии с 17 разделом Свода законов США, § 1203.

Дело 1:18-cv-03501 Документ 1 Дата составления 04/20/18 Страница 50 из 66

**ПУНКТ ОБВИНЕНИЯ VII**

**НЕПРАВОМЕРНОЕ ЗАВЛАДЕНИЕ КОММЕРЧЕСКОЙ ТАЙНОЙ В НАРУШЕНИЕ ЗАКОНА «О ЗАЩИТЕ КОММЕРЧЕСКОЙ ТАЙНЫ» (18 раздел Свода законов США, § 1836, *И ДАЛЕЕ*.) (ПРОТИВ РОССИИ, ГРУ, АГЕНТА ГРУ №1, WIKILEAKS И АССАНЖА)**

199. Истец повторно утверждает и включает в свое заявление посредством отсылки все предшествующие параграфы настоящего Искового заявления, а также параграфы нижеприведенных пунктов обвинения, как если бы они были полностью изложены в данном разделе.

200. В документах, похищенных Россией, ГРУ и Агентом ГРУ №1 из компьютерных систем Национального комитета Демократической партии, содержались коммерческие тайны в значении, установленном 18 разделом Свода законов США, § 1839.

201. В частности, Национальный комитет Демократической партии занимается проведением политических кампаний Демократической партии, а в похищенных документах содержались сведения о донорах Демократической партии, данные исследований оппозиции, а также стратегическая информация о планируемой политической деятельности, позволяющие ему эффективно выполнять свою миссию.

202. Национальный комитет Демократической партии принимает и ранее принимал разумные меры предосторожности для обеспечения сохранения секретности такой информации. В частности, Национальный комитет Демократической партии хранит и ранее хранил свою информацию на защищенных серверах с доступом по паролю, проводится обучение персонала, сотрудники подписывают соглашение о неразглашении конфиденциальной информации.

203. Коммерческие тайны Истца относились к продуктам или услугам, применяемым или предназначенным для применения в междуштатной или международной коммерческой деятельности.

204. Обвиняемые Россия, ГРУ и Агент ГРУ №1 неправомерное завладели коммерческой тайной Истца. Обвиняемые Россия, ГРУ и Агент ГРУ №1 получили сведения, составляющие коммерческие тайны Истца, зная или имея основание полагать, что эти коммерческие тайны были получены негодными средствами. Обвиняемые Россия, ГРУ, Агент ГРУ №1, WikiLeaks и Ассанж многократно в различные сроки, обсуждаемые в настоящем документе, разглашали коммерческие тайны Истца без его на то согласия, зная или имея основание полагать, что эти коммерческие тайны были получены негодными средствами.

205. Прямым следствием того, что Обвиняемые осуществили неправомерное завладение информацией, явился понесенный Истцом ущерб в виде стоимости материалов, в виде финансовых

потерь в результате утраты репутации и в виде гонорара поверенных за юридические услуги и судебных издержек. Истец также имеет право на штрафную компенсацию (убытки). Причиненный ущерб включает в себя, помимо прочего, ущерб, вытекающий из вреда, нанесенного компьютерам и серверам Национального комитета Демократической партии, падения стоимости коммерческой тайны и деловой информации, а также вышеописанного ущерба бизнесу.

206. Истец также имеет право на предварительный судебный запрет и бессрочный судебный запрет во исполнение 18 раздела Свода законов США, § 1836(b)(3).

**ПУНКТ ОБВИНЕНИЯ VIII**

**ДИНЫЙ ЗАКОН «О КОММЕРЧЕСКОЙ ТАЙНЕ» Г. ВАШИНГТОН, ФЕДЕРАЛЬНЫЙ ОКРУГ КОЛУМБИЯ (Свод законов федерального округа Колумбия анн., §§ 36-401 – 46-410) (ПРОТИВ ВСЕХ ОБВИНЯЕМЫХ)**

207. Истец повторно утверждает и включает в свое заявление посредством отсылки все предшествующие параграфы настоящего Искового заявления, а также параграфы нижеприведенных пунктов обвинения, как если бы они были полностью изложены в данном разделе.

208. Федеральный округ Колумбия в явно выраженной форме управомочивает сторону взыскивать за убытки, причиненные неправомерным завладением коммерческой тайной.

209. Документы, скрытно выведенные Россией, ГРУ и Агентом ГРУ №1 из DNC's компьютерных систем Национального комитета Демократической партии, содержат коммерческие тайны, являющиеся таковыми по законодательству федерального округа Колумбия, как обсуждалось выше, и согласно определению коммерческой тайны по законодательству федерального округа Колумбия:

> информация, в т. ч. формула, конкретная комбинация, преобразование программы, программа, устройство, метод, методика или процесс, который: (A) образует действительную или потенциальную самостоятельную экономическую ценность благодаря тому, что они не являются общеизвестными и не могут быть легко выявлены с использованием законных средств посторонними лицами, которые могли бы приобрести экономическую выгоду в результате их раскрытия или использования; (B) является объектом разумных усилий по сохранению секретности.
>
> Свод законов федерального округа Колумбия анн., § 36-401(2).

210. Эта информация образовывала действительную экономическую ценность благодаря тому, что она оставалась конфиденциальной и закрытой и не могла быть легко выявлена посторонними лицами. Истец принимает и ранее принимал разумные меры предосторожности для обеспечения секретности этой информации, как обсуждалось *ранее* в Пункте обвинения VIII.

Дело 1:18-cv-03501 Документ 1 Дата составления 04/20/18 Страница 52 из 66

211. Каждый из Обвиняемых разглашал, получал и использовал такие неправомерно добытые коммерческие тайны без согласия Истца, зная или имея основание полагать, что эти коммерческие тайны были получены негодными средствами.

212. Прямым следствием того, что Обвиняемые осуществили неправомерное завладение информацией, Истец потерпел ущерб в связи с действительными убытками и в результате неправомерного обогащения Обвиняемых. Причиненный ущерб включает в себя, помимо прочего, ущерб, вытекающий из вреда, нанесенного компьютерам и серверам Национального комитета Демократической партии, падения стоимости коммерческой тайны и деловой информации, а также вышеописанного ущерба бизнесу.

213. Обвиняемые совершили неправомерное завладение коммерческими тайнами Истца умышленно и злонамеренно. Соответственно, Истец имеет право на убытки, присуждаемые в порядке наказания, вдвое превосходящие установленный судом размер действительных убытков, а также возмещение гонорара поверенных за юридические услуги и судебных издержек.

**ПУНКТ ОБВИНЕНИЯ IX**

**ПРОТИВОЗАКОННОЕ НАРУШЕНИЕ ПРАВА ВЛАДЕНИЯ С ПРИЧИНЕНИЕМ ВРЕДА (ОБЩЕЕ ПРАВО ФЕДЕРАЛЬНОГО ОКРУГА КОЛУМБИЯ) (ПРОТИВ РОССИИ, ГРУ И АГЕНТА ГРУ №1)**

214. Истец повторно утверждает и включает в свое заявление посредством отсылки все предшествующие параграфы настоящего Искового заявления, а также параграфы нижеприведенных пунктов обвинения, как если бы они были полностью изложены в данном разделе.

215. Национальный комитет Демократической партии владеет и пользуется находящимися в частной собственности компьютерами и частной компьютерной сетью. Эта сеть и хранящаяся в ней информация являются собственностью Истца.

216. 27 июля 2015 г. или около этой даты агенты российской разведки взломали принадлежащие Национальному комитету Демократической партии компьютеры и сеть. 18 апреля 2016 г. или около этой даты Россия, ГРУ и Агент ГРУ №1 раздельно взломали принадлежащие Национальному комитету Демократической партии компьютеры и сеть. Эти эпизоды являются двумя отдельными и самостоятельными противозаконными нарушениями права владения с причинением вреда, совершенными в Соединенных Штатах. Эти взломы обеспечили России, ГРУ и Агенту ГРУ №1 возможность несанкционированного доступа к собственности Истца, хранящейся в его сети.

217. Взломы, совершенные Россией, ГРУ и Агентом ГРУ №1 препятствовали реализации Национальным комитетом Демократической партии его владельческого права на его сеть и на содержащуюся в ней

информацию. Посредством противозаконного нарушения права владения с причинением вреда в отношении компьютерной сети Истца Россия, ГРУ и Агент ГРУ №1 получили и распространяли конфиденциальную и частную информацию, являющуюся собственностью Истца. Обвиняемые не смогли бы разгласить эту информацию, если бы не совершили противозаконного нарушения права владения с причинением вреда. Таким образом, Россия, ГРУ и Агент ГРУ №1 лишили Истца возможности реализовать свое владельческое право на сохранение приватности и конфиденциальности своей собственности. В результате произошло уменьшение стоимости собственности Истца, поэтому Истец имеет право на возмещение ущерба.

**ПУНКТ ОБВИНЕНИЯ X**

**ПОСЯГАТЕЛЬСТВО НА ДВИЖИМОЕ ИМУЩЕСТВО (ОБЩЕЕ ПРАВО ВИРДЖИНИИ) (ПРОТИВ РОССИИ, ГРУ И ОПЕРАТИВНОГО ОТДЕЛА ГРУ №1)**

218. Истец повторно ссылается на и включает все ссылки на предыдущие абзацы настоящей Жалобы и абзацев в пунктах обвинения, изложенных ниже, как если бы они были полностью изложены здесь.

219. Истец, компания DNC, владеет и управляет частной компьютерной сетью с компьютерами и серверами, расположенными в Вашингтоне, округ Колумбия и в Вирджинии. Эта сеть и содержащаяся в ней информация являются собственностью истца.

220. 27 июля 2015 года российские агенты разведки взломали компьютеры и сеть DNC. Примерно 18 апреля 2016 года Россия, ГРУ и оперативный отдел ГРУ № 1 по-отдельности взломали компьютеры и сеть DNC. Это является двумя отдельными и независимыми нарушениями в Соединенных Штатах. Вследствие взломов у России, ГРУ и оперативного отдела ГРУ № 1 появился неавторизованный доступ к собственности истца в его сети. Никто наделенный такими полномочиями не предоставлял Ответчикам разрешение на доступ к сетям истца.

221. Взлом, осуществленный Россией, ГРУ и оперативным отделом ГРУ № 1 затронул владельческое право истца относительно его сети и содержащейся в ней информации. Посредством проникновения в сеть истца Россия, ГРУ и оперативный отдел ГРУ № 1 получили доступ к конфиденциальной и личной информации, являющейся собственностью Истца и распространяли ее.

Дело 1:18-cv-03501 Документ 1 Дата составления 04/20/18 Страница 54 из 66

Ответчики не могли бы раскрыть эту информацию, если бы не это незаконное нарушение. Таким образом, Россия, ГРУ и оперативный отдел ГРУ № 1 лишили истца его владельческого права на сохранение тайны и конфиденциальности его имущества. В результате истец понес убытки в стоимости своего имущества и имеет право на возмещение ущерба.

**ПУНКТ ОБВИНЕНИЯ XI**

**ПРЕДВАРИТЕЛЬНЫЙ СГОВОР С ЦЕЛЬЮ СОВЕРШЕНИЯ ПОСЯГАТЕЛЬСТВА НА ДВИЖИМОЕ ИМУЩЕСТВО (ОБЩЕЕ ПРАВО ВИРДЖИНИИ) (ПРОТИВ ВСЕХ ОТВЕТЧИКОВ)**

222. Истец повторно ссылается на и включает все ссылки на предыдущие абзацы настоящей Жалобы и абзацев в пунктах обвинения, изложенных ниже, как если бы они были полностью изложены здесь.

223. Ответчики были частью общей схемы, в рамках которой они сговорились и объединились, чтобы неправомочно получить доступ к компьютерным системам DNC, украсть конфиденциальную информацию, публично распространять похищенную информацию и использовать эту украденную и публично раскрытую информацию для общей цели очернения госсекретаря Клинтон и Демократической партии и усиления избирательных перспектив Трампа. Эти действия представляют собой противоправное владение компьютерами и компьютерной системой истца, а также частными почтовыми учетными записями.

224. В соответствии с и во исполнение этой общей схемы ответчики сговорились совершить незаконные действия, описанные здесь, включая действия, которые представляют собой нарушение.

225. В соответствии с и во исполнение этой общей схемы каждый Ответчик совершал правонарушения, включая организацию встреч между соучастниками преступной схемы, поощрение осуществления и планирование схемы, взламывание сети DNC, кражу Конфиденциальной информации DNC и публикацию этой информации в открытом доступе. Эти правонарушения нанесли истцу ущерб и убытки, как обсуждалось *выше* .

226. Все названные ответчики помогали и содействовали совершению незаконных действий, описанным здесь, как часть и во исполнение общей схемы, и каждый из этих ответчиков сознательно и

существенно помог выполнению схемы, и, в целом, знал о своей роли в общей схеме. Соответственно, действия ответчиков составляют заговор с целью нарушения.

227. В результате истец понес убытки в стоимости своего имущества и имеет право на возмещение ущерба.

**ПУНКТ ОБВИНЕНИЯ XII**

**НАРУШЕНИЕ ЗАКОНА ВИРДЖИНИИ О ПРЕСТУПЛЕНИИ В СФЕРЕ КОМПЬЮТЕРНОЙ ИНФОРМАЦИИ (СВОД ЗАКОНОВ ВИРДЖИНИИ С КОММЕНТАРИЯМИ § 18.2-152.5 И ДАЛЕЕ) (ПРОТИВ ВСЕХ ОТВЕТЧИКОВ)**

228. Истец повторно ссылается на и включает все ссылки на предыдущие абзацы настоящей Жалобы и абзацев в пунктах обвинения, изложенных ниже, как если бы они были полностью изложены здесь.

229. Россия, ГРУ и оперативный отдел ГРУ № 1 неправомочно использовали компьютеры и компьютерные сети истца, завладели собственностью обманным путем и использовали имущество истца в нарушение Свода Законов Вирджинии с комментариями § 18.2-152.3.

230. Россия, ГРУ и оперативный отдел ГРУ № 1, со злым умыслом:

a. временно или постоянно удалили, остановили или иным образом отключили компьютерные данные, компьютерные программы или компьютерное программное обеспечение из компьютера или компьютерной сети DNC в нарушение Свода Законов Вирджинии с комментариями § 18.2- 152.4(1);

b. вследствие чего компьютеры DNC стали неисправно работать, в нарушение Свода Законов Вирджинии с комментариями § 18.2-152.4(2);

c. изменили, отключили или стерли компьютерные данные, компьютерные программы или компьютерное программное обеспечение, в нарушение Свода Законов Вирджинии с комментариями § 18.2-152.4(3);

d. использовали компьютерную или компьютерную сеть, чтобы несанкционированно скопировать компьютерные данные, компьютерные

программы или программное обеспечение компьютеров , находящихся, передаваемых или создаваемых компьютером или компьютерной сетью, в нарушение Свода Законов Вирджинии с комментариями § 18.2-152.4(6);

e. установили или инициировали установку регистратора нажатия клавиш для сбора информации на компьютерах DNC и, без их разрешения, в нарушение Свода Законов Вирджинии с комментариями § 18.2-152.4(8).

231. Ответчики Россия, ГРУ и оперативный отдел ГРУ № 1 использовали компьютер или компьютерную сеть и умышленно неправомочно изучали информацию о трудоустройстве, кредитную, финансовую или идентифицирующую информацию, относящуюся к другим лицам, в нарушение Свода Законов Вирджинии с комментариями § 18.2-152.5.

232. Каждый ответчик сознательно помогал, подстрекал, поощрял, побуждал, провоцировал, содействовал и помогал нарушению Россией, ГРУ и оперативным отделом ГРУ № 1 Свода Законов Вирджинии с комментариями § 18.2-152.3, § 18.2-152.4, и § 18.2-152.5.

233. Нарушения всех ответчиков вышеуказанных положений привели к ущербу истца. Этот ущерб включает в себя, помимо прочего, ущерб, возникший вследствие вреда компьютерам и серверам DNC, потери ценности коммерческой тайны и деловой информации DNC и вреда для бизнеса, как описано выше. Истец имеет право на возмещение убытков и расходов по иску в соответствии со Сводом Законов Вирджинии с комментариями § 18.2- 152.12.

**ИСКОВОЕ ТРЕБОВАНИЕ**

ВСЛЕДСТВИЕ ЭТОГО истец требует проведения судебного разбирательства против ответчиков по всем пунктам обвинения и добивается такого средства судебной защиты, как указано ниже по всем пунктам обвинения, по которым такое средство судебной защиты предоставляется законом:

a) Вынести решение о возмещении убытков истца, размер которых определяется, включая, помимо прочего, размером всех убытков и потерь, понесенных истцом в результате незаконного взлома, кражи и последующего обнародования конфиденциальных документов истца и/или ответа истца и связанных с этим мер по исправлению;

b) Присуждение возмещения в размере понесённых убытков и в тройном размере, если таковые имеются, в размере, который должен быть доказан в ходе судебного разбирательства;

c) Присуждение истцу финансовой выгоды, полученной ответчиками в результате нарушений, описанных в настоящем документе;

d) Присуждение истцу установленного законом возмещения, если таковое имеется;

e) Присуждение истцу штрафных убытков, если таковые имеются;

f) Предоставление заявления о том, что: Ответчики, согласно доказательству, сговорились и приняли участие в общей схеме для осуществления незаконного и несанкционированного взлома компьютерных систем и/или личных писем истца и распространения конфиденциальной информации; распространили эту краденную информацию среди общественности; и использовали раскрытую краденную информацию, чтобы повлиять на выборы в 2016 году для собственной выгоды;

g) Выдача судебного запрета, запрещающего ответчикам и их должностным лицам, агентам, служащим, сотрудникам, правопреемникам и лицам, которые действовали по уговору или совместно с ними:

   a. доступ к компьютерным сетям и/или персональным электронным письмам истца без разрешения истца;

   b. участие в любой деятельности, которая нарушает, снижает качество, мешает работе или ухудшает функциональность компьютерных сетей истца или личных писем; а также

   c. Продажу, публикацию, распространение или использование любого имущества или информации, полученной из компьютерных сетей истца или личных писем без разрешения истца;

   d. удаление, извлечение или копирование любой информации или данных с компьютеров и личных писем истца без разрешения истца;

h) Присуждение истцу всех расходов и вознаграждений адвокатов в полной мере, разрешенных в соответствии с применимым законодательством;

i) Присуждение истцу всех процентов до и после судебного разбирательства, разрешенных в соответствии с законодательством;

j) Присуждение любого иного средства судебной защиты, которое суд может посчитать справедливым и правильным.

**ТРЕБОВАНИЕ СУДА ПРИСЯЖНЫХ**

В соответствии с Правилом 38 Федеральных правил гражданского судопроизводства истец требует, чтобы было проведено судебное разбирательство со стороны присяжных по всем вопросам, которые подлежат рассмотрению в суде.

20 Апреля 2018 г.
Нью-Йорк, штат Нью-Йорк

С совершенным почтением

*/s/ Майкл Эйзенкрафт (Michael Eisenkraft)*
Майкл Эйзенкрафт (Michael Eisenkraft)
Профессиональное общество с ограниченной ответственностью «Коэн Милштейн Селлерс энд Толл» (Cohen Milstein Sellers & Toll PLLC)
88 Пайн ст., 14й этаж
Нью-Йорк, штат Нью-Йорк 10005
(212) 838-7797

meisenkraft@cohenmilstein.com

Джозеф М. Селлерс (Joseph M. Sellers)
Джеффри А. Грабер (Geoffrey A. Graber)

Юлия А. Хорвиц (Julia A. Horwitz)
Элисон С. Дейч (Alison S. Deich)
Профессиональное общество с ограниченной ответственностью «Коэн Милштейн Селлерс энд Толл» (Cohen Milstein Sellers & Toll PLLC)
1100 Нью-Йорк авеню NW ● пятый этаж
шт. Вашингтон, 20005
(202) 408-4600

jsellers@cohenmilstein.com
ggraber@cohenmilstein.com
jhorwitz@cohenmilstein.com
adeich@cohenmilstein.com

*Адвокаты истца*

**СУДЕБНОЕ ИЗВЕЩЕНИЕ**

Настоящим я подтверждаю, что 20 апреля 2018 года я в электронном виде подал *Жалобу* с

секретарем Суда с использованием ECF, который в свою очередь, отправил уведомление всем адвокатам.


Дата: 20 Апреля 2018 г.

/s/ *Майкл Эйзенкрафт (Michael Eisenkraft)*

Майкл Эйзенкрафт (Michael Eisenkraft)

**КОНЦЕВЫЕ СНОСКИ**

---

[1] Стив Гольдштейн (Steve Goldstein), *Трамп может построить отели в СССР* , Philly.com . Компания Philadelphia Media Network, PBC, (7 июля, 1987), https://articles.philly.com/1987-07-07/news/26200012 1 trump-tower-second-largest-soviet-city-soviet-officials.

[2] Ассошиэйтед пресс (Associated Press), *Сделки с недвижимостью никогда не осуществлялись для Трампа* , Fortune (4 марта, 2017) http://fortune.com/2017/03/04/trump-russian-real-estate/.

[3] Ричард Бехар (Richard Behar) , *Дональд Трамп и фелон: Внутри его деловых сделок с Mob-Connected Hustler* , Forbes Business (3 октября 2016, 7:59), https://www.forbes.com/sites/richardbehar/2016/10/03/donald-trump-and-the-felon-inside-his-business-dealings-with-a-mob-connected-hustler/#5b94d7b52282.

[4] *Помощник мэра г. Москвы говорит, что в Москве будет построено 60 небоскребов* , Агентство экономической информации ПРАЙМ-ТАСС, (19 марта 2004 г.).

[5] Эми Демпси (Amy Dempsey), *Трамп против Трампа: Битва внутри 5-звездной башни Торонто* ,звезда Торонто (17 апреля 2016 года), https://www.thestar.com/news/gta/2016/04/17/trump-vs-trump-inside-torontos-5-star- tower-struggle.html.

[6] Вернон Сильвер (Vernon Silver) и Евгения Письменная, *Две ночи Трампа в Москве: Эхо спустя года* , Bloomberg (13 июля 2017 г.) https://www.bloomberg.com/news/articles/2017-07-13/trump- s-two-nights-of-parties-in-moscow-reverberate-years-later.

[7] Том Хэмбургер (Tom Hamburger) и др. *Финансовые связи Трампа с Россией и его необычное заискивание перед Владимиром Путиным [4 ], Wash. Post (17 июня, 2016), https://www.washingtonpost.com/politics/inside-trumps-financial-ties-to-russia-and-his-unusual-flattery-of-vladimir-putin/2016/06/17/dbdcaac8-31a6-11e6-8ff7-7b6c1998b7a0 story.html?noredirect=on&utm term=.dc2924d0db41*.

[8] Майкл Краули (Michael Crowley), *Когда Дональд Трамп привез Мисс Вселенная в Москву* , Politico (15 мая, 2016, 7:45) https://www.politico.com/story/2016/05/donald-trump-russia-moscow-miss-universe-223173.

[9] Кэрол Д. Леонниг (Carol D. Leonnig) и др., *Бизнес Трампа был заинтересован в постройке Трамп-Тауэр в Москве, когда он баллотировался на пост президента,* Wash. Post (27 августа, 2017), https://www.washingtonpost.com/politics/trumps- business-sought-deal-on-a-trump-tower-in-moscow-while-he-ran-for- president/2017/08/27/d6e95114-8b65-11e7-91d5-ab4e4bb76a3a_story.html.

[10] Натан Лейн (Nathan Layne) и др. *Российская элита инвестировала почти 100 миллионов долларов в здания Трампа* , Reuters (17 марта 2017 года) https://www.reuters.com/investigates/special-report/usa-trump-property/.

[11] Дэвид Игнатиус (David Ignatius), *История деловых отношений Дональда Трампа в России* , The Washington Post (2 ноября 2017 г.), https://www.washingtonpost.com/opinions/a-history-of-donald-trumps-business-dealings-in-russia/2017/11/02/fb8eed22-ba9e-11e7-be94-fabb0f1e9ffb_story.html?utm_term=.340eff428fe4.

[12] Кейтлин Йилек (Caitlin Yilek), *Автор утверждает, что Эрик Трамп сказал ему, что все финансирование площадки Трампа для игры в гольф происходит из России в 2014 году,* Washington Examiner (7 мая 2017 года),

Дело 1:18-cv-03501 Документ 1 подан 20.04.18 Страница 61 из 66

https://www.washingtonexaminer.com/author-claims-eric-trump-told-him-all-funding-for-trump- golf-courses-comes-from-russia-in-2014.

[13] Эндрю Крамер (Andrew E. Kramer) и др., *В чёрной бухгалтерии Украины: перечисление наличных для руководителя кампании Дональда Трампа* , NY Times (14 августа, 2016), https://www.nytimes.com/2016/08/15/us/politics/paul-manafort-ukraine-donald-trump.html.

[14] *Манафорт (Manafort) помог переправить денежные средства от пропутинской украинской партии лоббистам США, заявляется в отчете* , Fox News (17 августа 2016 года) http://www.foxnews.com/politics/2016/08/17/manafort-helped-funnel-money-to-us-lobbyists-from-pro-putin-ukrainian-party-report-claims.html.

[15] Майкл Краниш (Michael Kranish) и Том Хэмбургер (Tom Hamburger), *«Благородный образ жизни» Пола Манафорта (Paul Manafort) выделен в обвинительном заключении* , Wash. Post (30 октября, 2017) https://www.washingtonpost.com/politics/paul-manaforts-lavish-lifestyle-highlighted-in-indictment/2017/10/30/23615680-bd8f-11e7-8444-a0d4f04b89eb_story.html?utm_term=.bb5d54a2da8e.

[16] Том Хэмбургер (Tom Hamburger) и Розалинд Хелдерман (Rosalind S. Helderman), *Бывший председатель Кампании Трампа Пол Манафорт (Paul Manafort) выступает в качестве иностранного агента для работы в Украине* , Wash. Post (27 июня, 2017), https://www.washingtonpost.com/politics/former-trump-campaign-chairman-paul-manafort-files-as-foreign-agent-for-ukraine-work/2017/06/27/8322b6ac-5b7b-11e7-9fc6-c7ef4bc58d13_story.html?utm_term=.c0c580285583.

[17] Брук Сингман (Brooke Singman), *Пол Манафорт (Paul Manafort), Рик Гейтс (Rick Gates), обвинены федеральным судом присяжных в России,* Fox News (30 октября 2017 года), http://www.foxnews.com/politics/2017/10/30/report-paul-manafort-rick-gates-to-surrender-to-special-counsel.html.

[18] Сонам Шет (Sonam Sheth), *Финансовые проблемы Манафорта (Manafort) поднимают новые вопросы о том, почему он предложил работать добровольцем без оплаты в кампании Трампа* , Business Insider (28 февраля 2018, 14:52), http://www.businessinsider.com/paul-manafort-ukraine-debt-trump-campaign-unpaid-volunteer-2018-2.

[19] Кеннет П. Фогель (Kenneth P. Vogel), *Человек Манафорта (Manafort) в Киеве* , Politico (18 авг. 2016, 21:27), https://www.politico.com/story/2016/08/paul-manafort-ukraine-kiev-russia-konstantin-kilimnik-227181.

[20] Дэвид Converting Вореакос (David Voreacos), *Мюллер (Mueller) проводит линию между работой русского шпиона с Манафортом (Manafort) и Гейтсом (Gates)* , Bloomberg (28 марта 2018 года), https://www.bloomberg.com/news/articles/2018-03-28/mueller-draws-line-to-russian-spy-s-work-with-manafort-and-gates.

[21] Заявление о нарушении, *США против Джорджа Пападопулоса (George Papadopoulos)* , №. 1:17-cr-00182-RDM (окружной суд штата Делавэр 5 октября, 2017).

[22] Ховард Амос (Howard Amos) и Патрик Сойер (Patrick Sawyer), *Российские протесты: 10 декабря, как это случилось* , The Telegraph (10 декабря 2011 года, 16:50), https://web.archive.org/web/20140109114019/http://www.telegraph.co.uk/news/worldnews/europe/russia/8947840/Russian-protests-live.html.

[23] Эван Оснос (Evan Osnos) и др., *Трамп, Путин и новая холодная война* , New Yorker (6 марта 2017 года), https://www.newyorker.com/magazine/2017/03/06/trump-putin-and-the-new-cold-war.

Дело 1:18-cv-03501 Документ 1 подан 20.04.18 Страница 62 из 66

[24] Стивен Пайфер (Steven Pifer), *Трамп и Россия: Ожидайте изменения тона. Но по существу?* , Brookings (4 января 2017 года), https://www.brookings.edu/blog/order-from-chaos/2017/01/04/trump-and-russia-expect-a-change-in-tone-but-in-substance/.

[25] Франклин Фоер (Franklin Foer), *Марионетка Путина* , Slate (4 июля 2016, 20:01), http://www.slate.com/articles/news and politics/cover story/2016/07/vladimir putin has a plan_for_destroying_the_west_and_it_looks_a_lot_like.html.

[26] Эндрю Кацински (Andrew Kaczynski) и др., *Трамп говорил о Путине 80 раз* , CNN Politics (Март 2017), http://www.cnn.com/interactive/2017/03/politics/trump-putin-russia-timeline/.

[27] *Речь кандидата в президенты Дональда Трампа на первичных выборах* , C-SPAN (26 апреля 2016 года), https://www.c-span.org/video/?408719-1/donald-trump-primary-night-speech&start=1889&transcriptQuery=putin.

[28] Джон Сантуччи (John Santucci), *Трамп говорит «Великая честь», получить комплименты от «уважаемого» Путина* , ABC News (17 декабря 2015 г., 18:05), http://abcnews.go.com/Politics/trump-great-honor-compliments-highly-respected-putin/story?id=35829618.

[29] Майкл Р. Гордон (Michael R. Gordon) и Нирадж Чокши (Niraj Chokshi), *Трамп критикует НАТО и надеется на «хорошие сделки» с Россией [4 ], NY Times (15 января, 2017), https://www.nytimes.com/2017/01/15/world/europe/donald-trump-nato.html*.

[30] Эшли Паркер (Ashley Parker), *Дональд Трамп, в Шотландии, называет результат Брэксита «Великим деянием»* , NY Times (24 июня, 2016), https://www.nytimes.com/2016/06/25/us/politics/donald-trump-scotland.html.

[31] Александр Маллин (Alexander Mallin), *Трамп: Население Крыма предпочитают Россию, но если его изберут, Путин «не идет в Украину»* , ABC News (31 июля 2016 года, 15:23), http://abcnews.go.com/ThisWeek/trump-crimeas-people-prefer-russia-elected-putin-ukraine/story?id=41029437.

[32] Чарли Сэвидж (Charlie Savage), *Ассанж (Assange), объявленный враг Клинтон, вовремя опубликованные письма электронной почты для съезда демократической партии* , NY Times (26 июля, 2016), https://www.nytimes.com/2016/07/27/us/politics/assange-timed-wikileaks-release-of-democratic-emails-to-harm-hillary-clinton.html.

[33] Директор Национальной разведки, *Оценка деятельности и намерений России в недавних выборах в США* (2017 год) ), *доступно по* https://www.dni.gov/files/documents/ICA 2017 01.pdf.

[34] *Id.*

[35] Глория Борджер (Gloria Borger) и Маршалл Коэн (Marshall Cohen), *Детали документа о несостоявшейся сделке для Трамп-Тауэр в Москве* , CNN Politics (9 сентября 2017 года, 2:41), https://www.cnn.com/2017/09/08/politics/document-trump-tower-moscow/index.html+&cd=1&hl=en&ct=clnk&gl=us.

[36] *Id.*

[37] *Id.*

[38] *Id.*

[39] приказ президента США 13,662, 79 Федеральный Регистр 16,169 (24 марта, 2014).


[40] [40] Брайан Битлер (Brian Beutler), *Дональд Трамп и плод ядовитого дерева* , Новая Республика (29 августа 2017 года), https://newrepublic.com/article/144596/donald-trump-fruit-poisonous-tree.

[41] Памела Браун (Pamela Brown) и др., *Помощники Трампа были в постоянном контакте с высокопоставленными российскими официальными лицами во время кампании* , CNN Politics(15 февраля 2017, 22:37), https://www.cnn.com/2017/02/14/politics/donald-trump-aides-russians-campaign/index.html.

[42] Шарон ЛаФранниер (Sharon LaFraniere) и др., *Как возник вопрос о России: Помощник кампании, напитки и разговоры о политической грязи* , N.Y. Times (30 декабря, 2017), https://www.nytimes.com/2017/12/30/us/politics/how-fbi-russia-investigation-began-george-papadopoulos.html.

[43] Филипп Бамп (Philip Bump), *Сроки: Как советник Трампа пытался работать с российским правительством, Wash. Post* (30 октября, 2017), https://www.washingtonpost.com/news/politics/wp/2017/10/30/timeline-how-a-trump-adviser-tried-to-work-with-the-russian-government/.

[44] Заявление о нарушении, *ранее* примечание 21.

[45] *Id.*

[46] *Id.*

[47] *Id.*

[48] *Id*.

[49] *Id.*

[50] *Id.*

[51] *Id.*

[52] *Id.*

[53] *Id.*

[54] Шейн Харрис (Shane Harris), *Бывший советник Трампа признан виновным в связи Кампании с российскими официальными лицам* , Wall St J. (30 октября, 2017, 19:31), https://www.wsj.com/articles/former-trump-foreign-policy-adviser-to-plead-guilty-to-lying-to-fbi-1509374354.

[55] Департамент внутренней безопасности и Федеральное бюро расследований, *Кампания «GRIZZLY STEPPE» - Русская злонамеренная кибер-активность* (29 декабря 2016 года), *доступно по* https://www.us-cert.gov/sites/default/files/publications/JAR 16-20296A GRIZZLY%20STEPPE-2016-1229.pdf.

[56] В этом разделе *см.* Дмитрий Альперович (Dmitri Alperovitch), *Медведи в середине: Вторжение в Национальный комитет демократической партии,* CrowdStrike ( 15 июня, 2016), https://www.crowdstrike.com/blog/bears-midst-intrusion-democratic-national-committee/.

[57] Директор национальной разведки, *ранее* примечание 33.

[58] В этом разделе, *see* Дмитрий Альперович (Dmitri Alperovitch), *Медведи в середине: Вторжение в Национальный комитет демократической партии,* CrowdStrike ( 15 июня, 2016), https://www.crowdstrike.com/blog/bears-midst-intrusion-democratic-national-committee/.

[59] Присцилла Альварес (Priscilla Alvarez) и Элейн Годфри (Elaine Godfrey), *Электронная переписка Дональда Трампа с Робом Голдстоуном (Rob Goldstone)* , The Atlantic (11 июля 2017 г.), https://www.theatlantic.com/politics/archive/2017/07/donald- trumps-jrs-email-exchange/533244/.

Дело 1:18-cv-03501 Документ 1 подан 20.04.18 Страница 64 из 66

[60] *Id.*

[61] *Id.*

[62] Райан Тиг Беквит (Ryan Teague Beckwith), *Прочитайте речь о победе Дональда Трампа после победы в Нью-Джерси* , TIME (8 июня 2016 года), http://time.com/4360872/donald-trump-new-jersey-victory-speech-transcript/.

[63] К.К. Ребекка Лай (Rebecca Lai) и Алисия Парлапьяно (Alicia Parlapiano), *Что мы знаем о встрече России с Дональдом Трампом-младшим* , N.Y. Times (18 июля, 2017), https://www.nytimes.com/interactive/2017/07/18/us/politics/donald-trump-jr-russia-meeting.html.

[64] Джеймс Роджерс (James Rogers), *Хакеры, подшефные Российскому правительству, взломали DNC, изучили сведения на Дональда Трампа* , Fox News (14 июня 2016 года), http://www.foxnews.com/tech/2016/06/14/russian-government-affiliated-hackers-breach-dnc-take-research-on-donald-trump.html.

[65] Guccifer2, *Guccifer 2.0 Серверы DNC, взломанные одним хакером* , Wordpress (15 июня, 2016), https://guccifer2.wordpress.com/2016/06/15/dnc/.

[66] *Id.*

[67] Guccifer2, *Досье на Хиллари Клинтон из DNC* , Wordpress (21 июня 2016 г.), https://guccifer2.wordpress.com/2016/06/21/hillary-clinton/.

[68] Guccifer2, *ЧаВо от Guccifer 2.0* , Wordpress (30 июня 2016 г.), https://guccifer2.wordpress.com/2016/06/30/faq/.

[69] Guccifer2, *Trumpocalypse и другие планы DNC на июль* , Wordpress (6 июля 2016 г.), https://guccifer2.wordpress.com/2016/07/06/trumpocalypse/.

[70] *Заявление директора ФБР Джеймса Б. Коми (James B. Comey) о расследовании использования Секретарем Хиллари Клинтон системы личной электронной почты* , ФБР (5 июля 2016 года), https://www.fbi.gov/news/pressrel/press- releases/statement-by-fbi-director-james-b-comey-on-the-investigation-of-secretary-hillary- clinton2019s-use-of-a-personal-e-mail-system.

[71] *Поиск в базе данных электронной почты DNC* , WikiLeaks (22 июля 2016 10:30), https://wikileaks.org/dnc-emails/.

[72] *Что Дональд Трамп сказал о русских хаках и письмах Хиллари Клинтон* , N.Y. Times (27 июля, 2016), https://www.nytimes.com/2016/07/28/us/politics/trump-conference-highlights.html.

[73] *Id.*

[74] *Id.*

[75] *Id.*

[76] *Id.*

[77] Эндрю Кацински (Andrew Kaczynski) и др., *Консультант Трампа Роджер Стоун (Roger Stone) неоднократно утверждал, что знал о предстоящем проникновении WikiLeaks*, CNN (20 марта 2017 г.), https://www.cnn.com/2017/03/20/politics/kfile-roger-stone-wikileaks-claims/index.html.

Дело 1:18-cv-03501 Документ 1 подан 20.04.18 Страница 65 из 66

[78] Эрик Лихтблау (Eric Lichtblau) и Ной Вейланд (Noah Weiland), *Хакер обнародует больше документов Демократической партии* , N.Y. Times (12 августа, 2016), https://www.nytimes.com/2016/08/13/us/politics/democratic-party-documents-hack.html.

[79] *Id*.

[80] Мэтт Диксон (Matt Dixon) и Марк Капуто (Marc Caputo), *Взломанное приложение DCCC docs распространяет слухи о стратегии и скандале для кандидатов в конгресс штата Флорида* , Politico (16 августа 2016 года), https://www.politico.com/states/florida/story/2016/08/dccc-hack-unearths-dirt-on-partys-own-candidates-104744.

[81] *Id*.

[82] Эндрю Блейк (Andrew Blake), *Роджер Стоун (Roger Stone), доверенное лицо Трампа, признает «безобидную» беседу в Twitter с хакерами DNC* , Washington Times (10 марта 2017 года), https://www.washingtontimes.com/news/2017/mar/10/roger-stone-trump-confidant-acknowledges-innocuous/.

[83] Райан Гудман (Ryan Goodman), *Как Роджер Стоун (Roger Stone) взаимодействовал с российскими Guccifer и Wikileaks* , Newsweek (28 сентября 2017), http://www.newsweek.com/how-stone-interacted-russias-guccifer-and-wikileaks-673268.

[84] *Id*.

[85] *Роджер Стоун (Roger Stone) присоединяется к Herald Drive, обсуждая выборы в 2016 году* , Boston Herald Radio (16 сентября 2016 года), https://soundcloud.com/bostonherald/roger-stone-joins-herald-drive-discussing-2016-election-1.

[86] Юлия Иоффе (Julia Ioffe), *Секретная переписка между Дональдом Трампом-младшим и WikiLeaks* , The Atlantic (13 ноября 2017 года, 22:28), https://www.theatlantic.com/politics/archive/2017/11/the-secret-correspondence-between-donald-trump-jr-and-wikileaks/545738/.

[87] Дональд Дж. Трамп (@realDonaldTrump), Twitter (12 октября 2016, 9:46), https://twitter.com/realdonaldtrump/status/786201435486781440.

[88] Кацински (Kaczynski) и др., *ранее* примечание 77.

[89] *Id.*

[90] *Электронная почта Podesta* , WikiLeaks (7 октября 2016 г.), https://wikileaks.org/podesta-emails/.

[91] *Утечки* , WikiLeaks, https://wikileaks.org/-Leaks-.html (последнее посещение 11 апреля 2018 года).

[92] Дональд Дж. Трамп (@realDonaldTrump), Twitter (24 июля 2016, 18:16), https://twitter.com/realdonaldtrump/status/757338816487235584.

[93] Дональд Дж. Трамп (@realDonaldTrump), Twitter (24 июля 2016, 17:53), https://twitter.com/realdonaldtrump/status/757332905047752704.

[94] Дональд Дж. Трамп (@realDonaldTrump), Twitter (25 июля 2016, 7:31), https://twitter.com/realdonaldtrump/status/757538729170964481.

[95] Дональд Дж. Трамп (@realDonaldTrump), Twitter (12 октября 2016, 9:46), https://twitter.com/realdonaldtrump/status/786201435486781440.

[95] Дональд Дж. Трамп (@realDonaldTrump), Twitter (14 октября 2016, 9:34), https://twitter.com/DonaldJTrumpJr/status/786923210512142336.

Дело 1:18-cv-03501 Документ 1 подан 20.04.18 Страница 66 из 66

[97] Иоффе (Ioffe), *ранее* примечание 86.

[98] *Id.*

[99] Чак Тодд (Chuck Todd) и др., *Как Трамп воспользовался русским вмешательством: Усиление Wikileaks* , NBC News (19 февраля 2018, 8:20), https://www.nbcnews.com/politics/first-read/how-trump-took-advantage-russian-interference-amplifying-wikileaks-n849326.

[100] *Id.*

[101] *Id.*

[102] *Id.*

[103] *Id.*

[104] WikiLeaks (@wikileaks), Twitter (6 ноября, 2016, 17:39), https://twitter.com/wikileaks/status/795440430259335168?lang=en.

[105] *Id.*

[106] Питер Уокер (Peter Walker), *Дональд Трамп выигрывает: Услышав результаты, парламент России разразился аплодисментами* , The Independent (9 ноября 2016 года), https://www.independent.co.uk/news/world/americas/us- elections/donald-trump-wins-us-election-russia-putin-result-a7406866.html.

[107] *Id.*