РУБИ ДЖ. КРАЖИК
СЕКРЕТАРЬ СУДА

ФЕДЕРАЛЬНЫЙ ОКРУЖНОЙ СУД
СОЕДИНЕННЫХ ШТАТОВ АМЕРИКИ
ЮЖНЫЙ ОКРУГ НЬЮ-ЙОРКА
500 ПЕРЛ СТРИТ, НЬЮ-ЙОРК, NY 10007
300 КВАРРОПАС СТРИТ, УАЙТ-ПЛЕЙНС, NY 10601

WWW.NYSD.USCOURTS.GOV

# Электронная подача документов
# Правила и инструкции

В редакции от 8 июня 2015 г.
Включает Приложения до 3 января 2018 г.

---

### Важная информация о новых гражданских исках

Новые гражданские иски должны предъявляться через систему суда для электронной подачи документов (ECF).

Возможны исключения.

Подробнее см. раздел 14, Возбуждение гражданского дела.

---

Содержание

Раздел                                                                                                    Страница

Введение .................................................................................................................    3

Новости .................................................................................................................    4

**Часть I. Правила электронной подачи документов**

1.  Предмет электронной подачи документов .........................................................    5
2.  Соответствие критериям, Регистрация, Пароли ................................................    5
3.  Последствия электронной подачи иска .............................................................    6
4.  Вступление в силу решений суда ......................................................................    7
5.  Вложения и приложения ...................................................................................    7
6.  Документы, скрепленные печатью ....................................................................    7
7.  Ограничительные требования ...........................................................................    8
8.  Подписи ...........................................................................................................    8
9.  Электронная доставка документов ....................................................................    8
10. Уведомление ответчику о явке в суд ................................................................    9
11. Технические неполадки ....................................................................................    9
12. Свободный доступ ............................................................................................    9

**Часть II. - Инструкции по электронной подаче иска**

13. Основные принципы электронной подачи исков ...............................................   10
14. Возбуждение гражданского дела ......................................................................   14
15. Внесение изменений в состязательные бумаги и ходатайства ...........................   16
16. Заочные решения суда ......................................................................................   17
17. Апелляции .......................................................................................................   18
18. Неэлектронные документы ...............................................................................   19
19. Вручение документов, поданных в электронной форме .....................................   20
20. Явка адвоката .................................................................................................   21
21. Конфиденциальность и открытый доступ к делам по искам, поданным электронно   22
22. Пароли при электронной подаче документов .....................................................   24
23. Информация о компьютерной системе для электронной подачи документов .....   25
24. Справочная и обучение по электронной подаче документов ...............................   26

ПРАВИЛА И ИНСТРУКЦИИ ПО ЭЛЕКТРОННОЙ ПОДАЧЕ ДОКУМЕНТОВ В ЮЖНОМ ОКРУГЕ НЬЮ-ЙОРКА

## Введение

В декабре 2003 г. Федеральный окружной суд Соединенных Штатов Америки по Южному округу Нью-Йорка внедрил систему организации рассмотрения дел / электронной подачи документов (ECF). В большинстве случаев электронные версии документов в суде вытеснили бумажные документы. С 2 декабря 2003 г. все новые гражданские и уголовные дела в данном суде открываются на основании исков, предъявленных в электронной форме.

Стороны по делу, не пользующиеся услугами адвоката, должны предъявлять состязательные бумаги и ходатайства обычным способом – на бумажном носителе, пока назначенный судья не разрешит электронную подачу документов через систему ECF. Информация, содержащаяся в данном документе, распространяется только на те дела, которые предусмотрены данной системой.

Укажите ссылки на все дополнения к данным Правилам и инструкциям для внесения промежуточных изменений.

При электронной подаче документов нужно соблюдать следующее:

- Федеральный гражданский и уголовный процессуальный кодекс,

- Внутренние правила, суда

- Индивидуальная практика судьи, и

- Правила и инструкции по электронной подаче документов в суд.

Суд готов помочь вам с электронной подачей документов следующим образом:

- Правила и инструкции по электронной подаче документов в Южном округе Нью-Йорка – ваше руководство по электронной подаче документов.

- Обучение по электронной подаче документов (ECF) можно пройти очно в здании суда или удаленно на сайте http://www.nysd.uscourts.gov/ecf_training.php (*Также см. раздел 24 – Справочная и обучение по ECF*).

ПРАВИЛА И ИНСТРУКЦИИ ПО ЭЛЕКТРОННОЙ ПОДАЧЕ ДОКУМЕНТОВ В ЮЖНОМ ОКРУГЕ НЬЮ-ЙОРКА

## Новости

Редакция от 8 июня 2015 г.

Возбуждение гражданских дел – с 8 июня 2015 г. новые гражданские иски предъявляются электронно через систему суда ECF. Если требуется оплатить пошлину за подачу иска, это можно сделать онлайн в процессе. Повестки запрашиваются и выдаются системой ECF в электронном виде. Новые гражданские иски больше не принимаются канцелярией суда на бумажном носителе, кроме описанных ниже исключений. Подробнее об исключениях см. Раздел 14.

Счет судебных издержек – с 1 марта 2015 г. заявления об определении размера судебных издержек должны подаваться в электронной форме через систему суда ECF. Если этого не требует Секретарь суда, сторонам более не нужно присутствовать лично при определении размера судебных издержек.

Ошибки при электронной подаче – теперь об ошибках, допущенных при электронной подаче, Секретарю суда можно сообщить по электронной почте. Это позволит пользователям незамедлительно сообщать об ошибках, даже по окончании рабочего дня. См. раздел 13.20.

На обороте приводятся дополнения, появившиеся после указанной выше даты публикации.

## Часть I. Правила электронной подачи документов

Суд принимает документы, поданные, подписанные или удостоверенные электронным способом в соответствии со следующими правилами.

### Раздел 1. Предмет электронной подачи документов

**1.1**     Если прямо не установлено иное, и кроме исключительных случаев, не позволяющих одной из сторон предъявить документы электронно, все документы, которые должны быть поданы в Суд, подаются в электронной форме. Если одна из сторон не может выполнить данное требование, она должна получить разрешение Суда на обычную подачу документов на бумажном носителе. После обычных часов работы такие заявления можно подать через специальный ночной сейф в соответствии с Местными нормами гражданско-процессуального кодекса 1.2. Если Суд не требует иное, документы, предъявляемые сторонами *лично, без привлечения адвоката, должны предъявляться обычным способом – на бумажном носителе, затем их отсканируют в канцелярии суда и загрузят в систему ECF.*

**1.2**     В случае гражданских и прочих дел подача первичных документов, включая иски, уведомления, ходатайства и т.д., оплата необходимых пошлин, запрос и выдача повесток производятся электронно. (*См. раздел 14 – Возбуждение гражданского дела*).

**1.3**     Кроме случаев ограничения только гражданскими исками, настоящие положения, связанные с электронной подачей документов, распространяются на прочие и уголовные дела. Процедуры электронной подачи документов не применяются к ходатайствам об аресте, ордерам на обыск и ордерам на электронное наблюдение; к другим актам в рамках уголовного расследования или в дополнение к нему; и к делам большого жюри.

**1.4**     В рамках уголовного дела обвинение или информация, включая все отменяющие и заменяющие документы, должны вручаться ответчику обычным способом на бумажном носителе в соответствии с Уголовно-процессуальным кодексом США и действующими местными нормами, а не в электронной форме; кроме того, повестки должны вручаться обычным способом на бумажном носителе в соответствии с Уголовно-процессуальным кодексом США и действующими местными нормами. После возбуждения уголовного дела представители сторон должны оперативно предоставить Секретарю суда электронные копии всех предъявленных ранее на бумажном носителе документов в формате PDF-A. Все последующие документы предъявляются в электронной форме, кроме случаев, предусмотренных данными Правилами и инструкциями или Судом.

**1.5**     Секретарь суда должен издавать и пересматривать Инструкции для пользователей системы электронной подачи документов, чтобы максимально повысить ее эффективность. (*См. Часть II – Инструкции по электронной подаче документов*).

### Раздел 2. Соответствие критериям, Регистрация, Пароли

**2.1**     Адвокаты, допущенные к юридической практике в данном Суде, включая допущенных *по конкретному делу* и адвокатов, уполномоченных представлять интересы Соединенных Штатов Америки, могут зарегистрироваться, либо им потребуется зарегистрироваться в качестве пользователей системы ECF данного Суда. Кроме случаев, когда Суд разрешил иное, адвокаты, ведущие дела и еще не зарегистрированные в качестве пользователей системы электронной подачи документов, должны зарегистрироваться в системе. Регистрация осуществляется в соответствии с требованиями Секретаря суда, которые предусматривают указание полного имени пользователя системы, почтового адреса, номера телефона, адреса электронной почты и заявления о том, что данный адвокат допущен к юридической практике в данном Суде, либо уполномочен представлять интересы Соединенных Штатов Америки, либо допущен *по конкретному делу*. Подробности см. на странице ECF по ссылке http://www.nysd.uscourts.gov.

**2.2**     (а) *Суд может разрешить или потребовать от стороны по гражданскому делу на рассмотрении, не пользующейся услугами адвоката, зарегистрироваться в качестве пользователя системы электронной подачи документов ECF исключительно в целях данного дела. Регистрация осуществляется в соответствии с требованиями Секретаря суда, которые предусматривают идентификацию дела и указание полного имени, почтового адреса, номера телефона и адреса электронной почты данной стороны.*

ПРАВИЛА И ИНСТРУКЦИИ ПО ЭЛЕКТРОННОЙ ПОДАЧЕ ДОКУМЕНТОВ В ЮЖНОМ ОКРУГЕ НЬЮ-ЙОРКА

Пример ходатайства о разрешении электронной подачи документов можно посмотреть здесь. Суд может потребовать от стороны очного прохождения обучения по использованию системы электронной подачи документов в качестве условия для регистрации в системе. Если в ходе судебного разбирательства сторона нанимает адвоката, который будет представлять ее в суде, такой представитель должен попросить Секретаря суда прекратить регистрацию данной стороны в системе после его появления.

(b) Сторона, *не пользующаяся услугами адвоката и не взятая под стражу, может согласиться стать Получающим пользователем (то есть получать уведомления от суда об изменениях в деле по электронной почте вместо обычной почты, но не иметь возможности подавать документы в электронной форме). Пример согласия и регистрационной формы на получение электронных документов* стороной, не пользующейся услугами адвоката (не взятой под стражу), можно посмотреть здесь.

**2.3**     По окончании регистрации пользователь системы электронной подачи документов получит имя пользователя и пароль. Пользователи системы электронной подачи документов обязуются сохранять в тайне свой пароль и незамедлительно уведомить Секретаря суда, если им станет известно о том, что их пароль скомпрометирован.

**2.4**     В рамках гражданского дела Секретарь суда рассылает уведомления об электронной подаче документов (NEF) **(a)** адвокату стороны, предъявившей первый иск в электронной форме, **(b)** каждому адвокату, указанному на титульном листе гражданского дела или в первом иске в электронной форме, если дело возбуждено Секретарем суда в системе ECF, **(c)** прочим адвокатам, которые присоединились позже и подали электронное уведомление о явке в суд, **(d)** *всем* сторонам, не пользующимся услугами адвоката, которым Суд разрешил зарегистрироваться в качестве пользователя системы, *и* **(e)** *всем* сторонам, не пользующимся услугами адвоката, которые зарегистрированы в системе в качестве получающих пользователей. В рамках уголовного дела, в качестве пользователей системы подачи электронных документов, которым будут рассылаться уведомления об электронной подаче документов, и которым будет предоставлено право предъявлять и получать электронные документы по делу, Секретарь суда добавит представителей Соединенных Штатов Америки, указанных в качестве представителей Соединенных Штатов Америки в данном деле, и всех адвокатов, подавших электронные уведомления о явке в суд от имени своих ответчиков.

**2.5**     Адвокат по делу может подать судье письменное заявление о прекращении рассылки уведомлений об электронной подаче документов (NEF) в адрес другого адвоката из его/ее фирмы. Ознакомьтесь с индивидуальной практикой судьи. (*См. раздел 22 – пароли от системы ECF*).

### Раздел 3. Последствия электронной подачи документов

**3.1**     Если иное не предусмотрено разделом 4 настоящего документа, электронная подача документов через систему ECF в соответствии с описанными здесь процедурами и рассылка Судом уведомления об электронной подаче документов (NEF) относятся к предъявлению документов во всех смыслах в контексте Федерального гражданско-процессуального кодекса, Федерального уголовно-процессуального кодекса и внутренних правил Суда и предполагают внесение документов в материалы дела, которые Секретарь суда ведет в соответствии со статьями 58 и 79 Федерального гражданско-процессуального кодекса и статьями 49 и 55 Федерального уголовно-процессуального кодекса.

**3.2**     Если документ предъявлен в электронной форме, его официальной регистрацией считается электронная регистрация данного документа в Суде (согласно исключению, предусмотренному в разделе 4 ниже), а за предъявившей его стороной закрепляется факт подачи документа. Кроме случаев, когда документы вначале предъявляются на бумажном носителе, а затем подаются электронно согласно разделу 1, предъявленный электронно документ считается поданным в день и час, указанный в уведомлении от Суда об электронной подаче документов (NEF). Стороны по делу, не пользующиеся услугами адвоката, предъявляют документы в Суд на бумажном носителе, затем их сканируют и загружают в систему ECF. Такие документы считаются поданными в день получения их Судом.

**3.3**     Электронные документы нужно подавать до полуночи по местному времени по месту нахождения Суда, чтобы они считались вовремя поданными в тот же день.

**3.4**     Необходимо продолжать действовать в соответствии с индивидуальной практикой судьи в отношении вручения копий сообщений. (*См. раздел 19 – Вручение документов, поданных в электронной форме*).

ПРАВИЛА И ИНСТРУКЦИИ ПО ЭЛЕКТРОННОЙ ПОДАЧЕ ДОКУМЕНТОВ В ЮЖНОМ ОКРУГЕ НЬЮ-ЙОРКА

### Раздел 4. Загрузка постановлений суда

**4.1**     Все постановления, приказы, решения и материалы дела, рассматриваемого Судом, предъявляются в соответствии с описанными здесь процедурами и приобщаются к делу Секретарем суда согласно статьям 58 и 79 Федерального гражданско-процессуального кодекса и статьям 49 и 55 Федерального уголовно-процессуального кодекса. Постановления суда доступны только в электронной форме. Судья может подписывать документы электронной подписью или сканировать документы, собственноручно подписанные им.

**4.2**     Если пользователь системы предъявляет электронный документ, который должен быть подписан судьей, он должен в кратчайшие сроки доставить документ на другом носителе по требованию Суда, если применимо. (*См. раздел 18 – Неэлектронные документы*).

**4.3**     Все пользователи системы электронной подачи документов и получающие пользователи обязаны проверять постановления, приказы или решения Суда в системе ECF, а не полагаться только на описание такого постановления, приказа или решения, приведенное в уведомлении о подаче электронных документов (NEF). В случае расхождений между постановлением, приказом или решением Суда и описанием такого постановления, приказа или решения в NEF, преимущественную силу имеет непосредственно постановление, приказ или решение Суда.

### Раздел 5. Вложения и приложения

**5.1**     Пользователи системы электронной подачи документов должны предъявить в электронной форме все документы, которые упоминаются как вложения и приложения, если Суд не разрешит подать их на бумажном носителе. Приложения должны быть предъявлены как вложения к основному документу. Каждое вложение должно иметь четкий заголовок, из которого ясна суть приложения.

**5.2**     Пользователь системы электронной подачи документов должен предъявлять в качестве приложения или вложений только те выдержки из упомянутых документов, которые относятся к вопросу, рассматриваемому Судом. Выбранный материал должен быть ясно и четко обозначен как таковой. Пользователи системы электронной подачи документов, которые предъявляют выдержки из документов как приложения или вложения в соответствии с данной процедурой, делают это без ущерба их праву своевременно подать дополнительные выдержки или полный документ. Отвечающие стороны могут своевременно подать дополнительные выдержки, которые считают относящимися к делу, или полный документ. Одна из сторон может ходатайствовать перед Судом о разрешении доставить и предъявить на бумажном носителе документы, которые по разумным причинам не могут быть отсканированы.

**5.3**     Если нужно предъявить Суду протоколы административных или иных предыдущих разбирательств, такие протоколы можно доставить и подать на бумажном носителе без предварительного ходатайства и получения разрешения Суда. (*См. раздел 15 – Внесение изменений в состязательные бумаги и ходатайства*).

### Раздел 6. Документы в опечатанном виде

**6.1**     Документы не могут быть опечатаны без разрешения Суда. Документы, которые требуется опечатать, не могут быть поданы электронно.

**6.2**     Ходатайство о подаче документов в опечатанном виде должно быть подано электронно, если это не противоречит закону, при необходимости в отредактированном виде; однако, ходатайство о предъявлении документов в опечатанном виде, в котором указана причина невозможности их подачи в электронной форме, может быть подано на бумажном носителе. Определение Суда, которое разрешает подачу документов в опечатанном виде, может быть оформлено электронно, если это не противоречит закону. Подробную информацию см. в инструкциях по подаче документов в опечатанном виде на странице дел по ссылке http://nysd.uscourts.gov/index.php.

**6.3**     Копия приказа суда о запрете на ознакомление с материалами дела лицам, не участвующим в деле, на бумажном носителе должна быть прикреплена с внешней стороны к конверту с опечатанными документами и доставлена в канцелярию суда. (*См. раздел 18 – Неэлектронные документы*).

**Раздел 7. Требования к хранению**

Документы, которые предъявляются электронно, но должны быть подписаны собственноручно лицом, отличным от пользователя системы электронной подачи документов, должны храниться пользователем системы электронной подачи документов в течение одного года после истечения всех сроков для апелляций, кроме данных под присягой письменных показаний, заявлений и документов о вручении, которые должны храниться пользователем системы электронной подачи документов на бумажном носителе в течение пяти лет после истечения всех сроков для апелляций. По требованию Суда пользователь системы электронной подачи документов должен предъявить оригиналы документов для ознакомления.

**Раздел 8. Подписи**

**8.1**      Логин и пароль для подачи документов в системе ECF заменяют подпись пользователя системы электронной подачи документов на всех электронных документах, предъявляемых Суду. Они также заменяют подпись в контексте Гражданско-процессуального кодекса США, включая статью 11, Уголовно-процессуального кодекса США, внутренних правил данного Суда и в иных целях, когда подпись нужна в связи с рассмотрением дела в Суде.

**8.2**      Документы, предъявляемые электронно, должны содержать место для подписи, а также полное имя, почтовый адрес, номер телефона и адрес электронной почты в соответствии с Гражданско-процессуальным кодексом США и Местными нормами гражданско-процессуального кодекса 11.1. При отсутствии отсканированного изображения подписи, перед именем пользователя системы электронной подачи документов, под чьей учетной записью предъявлен документ, должно стоять «S/» в поле, предназначенном для подписи.

**8.3**      Пользователь системы электронной подачи документов и другие лица не должны сознательно разрешать или допускать использование пароля данного пользователя системы электронной подачи документов третьими лицами, отличными от уполномоченных представителей пользователя системы электронной подачи документов. Пользователи системы электронной подачи документов обязуются незамедлительно уведомить суд о несанкционированной подаче документов.

**8.4**      Документ, который должен быть подписан стороной по делу или свидетелем, подается электронно в форме отсканированной копии, содержащей изображение подлинной подписи.

**8.5**      Документы, которые должны быть подписаны несколькими лицами, предъявляются электронно одним из следующих способов: (a) предъявление отсканированного документа, содержащего все необходимые подписи; (b) выражение согласия остальных лиц в документе; (c) указание в документе лиц, чьи подписи нужны, и предъявление уведомления о подтверждении другими лицами в течение трех рабочих дней после подачи документа; либо (d) иной способ, утвержденный Судом. (*См. раздел 13 - Основные принципы электронной подачи исков*).

**Раздел 9. Электронная доставка документов**

**9.1**      Если дело должно вестись в системе ECF, доставка считается выполненной, если все стороны получили уведомление об электронной подаче документов (NEF), которое автоматически рассылается Судом по электронной почте (в NEF есть список получивших/не получивших электронное уведомление). Рассылка NEF приравнивается к уведомлению всех пользователей системы электронной подачи документов, включая получающих пользователей, которые указаны в качестве получателей уведомлений по электронной почте. Пользователи системы электронной подачи документов, включая получающих пользователей, обязаны своевременно предоставлять суду актуальную контактную информацию и регулярно проверять материалы дела.

**9.2**      Адвокатам и лицам, не пользующимся услугами адвоката, отличным от пользователей системы электронной подачи документов, включая получающих пользователей, необходимо вручать экземпляры электронно поданных состязательных и других документов на бумажном носителе. Вручение таких экземпляров на бумажном носителе производится в соответствии с Гражданско-процессуальным кодексом США, Уголовно-процессуальным кодексом США и внутренними правилами. Вручение бумажных документов должно быть подтверждено путем электронного предъявления документов о вручении. Если Секретарь суда сканирует и загружает состязательные и другие документы от имени стороны, не пользующейся услугами адвоката, соответствующее NEF подтверждает вручение.

ПРАВИЛА И ИНСТРУКЦИИ ПО ЭЛЕКТРОННОЙ ПОДАЧЕ ДОКУМЕНТОВ В ЮЖНОМ ОКРУГЕ НЬЮ-ЙОРКА

### Раздел 10. Уведомление о судебных приказах и определениях

Сразу после загрузки приказа или определения суда в материалы дела в системе ECF Секретарь суда рассылает электронное уведомление об электронной подаче документов (NEF) всем пользователям системы электронной подачи документов, включая получающих пользователей. Электронная рассылка NEF приравнивается к уведомлению в контексте статьи 49(c) Уголовно-процессуального кодекса США и статьи 77(d) Гражданско-процессуального кодекса США. Если дело ведется системе ECF, пользователи системы электронной подачи документов, включая получающих пользователей, должны самостоятельно отслеживать изменения в материалах дела. Секретарь суда должен направить уведомление на бумажном носителе лицу, отличному от пользователя системы электронной подачи документов и получающего пользователя, в соответствии с Гражданско-процессуальным кодексом США или Уголовно-процессуальным кодексом США. В случае расхождений между постановлением, приказом или решением Суда и описанием такого постановления, приказа или решения в NEF, преимущественную силу имеет непосредственно постановление, приказ или решение Суда. (*См. раздел 19 - Вручение документов, поданных в электронной форме*).

### Раздел 11. Технические неполадки

Если пользователь системы электронной подачи документов не подал документы вовремя по причине технических неполадок, он может добиваться снисхождения суда. (*См. раздел 23 - Информация о компьютерной системе для электронной подачи документов*).

### Раздел 12. Открытый доступ

Любое лицо может лично ознакомиться с материалами дела в канцелярии суда, если на ознакомление с ними не наложен запрет Суда.

Кроме того, любое лицо может просматривать доступные материалы онлайн через службу открытого доступа к электронным документам Суда (PACER), пройдя по ссылке pacer.gov (требуется логин и пароль для входа в PACER). Лицо, имеющее доступ в систему PACER, может получить записи по гражданским, уголовным и прочим делам; документы в рамках гражданских и прочих производств в системе ECF; и документы в рамках уголовных производств, поданные после 1 ноября 2004 г. Только представитель Соединенных Штатов Америки и адвокат ответчика могут получить документы в рамках уголовных производств, поданные до 1 ноября 2004 г. (*См. раздел 13 - Основные принципы электронной подачи исков*).

# Часть II. Инструкции по электронной подаче документов

## Раздел 13. Основные принципы электронной подачи исков

**13.1    Можно ли предъявлять письма в электронном виде?**

Кроме писем, которые должны подаваться в опечатанном виде, письма к судьям, принимающим корреспонденцию, можно направлять в электронной форме. Стороны должны ознакомиться с индивидуальной практикой своего судьи, чтобы понять, принимает ли данный судья письма, и, если принимает, то имеются ли ограничения по количеству страниц, требуются ли оригиналы сообщений, предъявляемых через систему ECF (если да, то как их доставлять). Для всех писем, адресованных Суду, в строке с темой необходимо указывать наименование и номер дела (например, «Re: *Доу против Смита*, 13 Гр. 1234 (ABC)»). Обмен письмами исключительно между сторонами или их представителями, не адресованными Суду, нельзя загружать в систему ECF (кроме случаев, когда они предъявляются в качестве приложений к надлежащим образом поданным документам).

В рамках гражданских и прочих производств предъявляемые электронно письма должны подаваться следующим образом:

- Информационные письма без требований должны подаваться при помощи опции системы ECF – подача ПИСЬМА в списке ДРУГИЕ ДОКУМЕНТЫ.

- Письма с требованиями могут загружаться, если это допускается внутренними правилами и данными правилами, и должны подаваться при помощи опции системы ECF – подача ХОДАТАЙСТВА. Выбрав ХОДАТАЙСТВО для подачи в системе ECF, пользователь системы электронной подачи документов должен назвать такое ходатайство ПИСЬМО-ХОДАТАЙСТВО. Затем пользователь системы электронной подачи документов должен выбрать из списка ходатайство, которое может быть подано как ПИСЬМО-ХОДАТАЙСТВО:

> Ходатайство об оставлении без движения
> Ходатайство о смене адвоката
> Ходатайство об обязании
> Ходатайство о судебном заседании
> Ходатайство об объединении дел в одно производство
> Ходатайство об отложении рассмотрения
> Ходатайство о пересмотре в связи с вновь открывшимися обстоятельствами
> Ходатайство о направлении дела
> Ходатайство о восстановлении пропущенного срока
> Ходатайство о продлении срока внесения изменений
> Ходатайство о продлении срока ответа
> Ходатайство о продлении срока обеспечения доказательств
> Ходатайство о продлении срока подачи документов
> Ходатайство о продлении срока предъявления ответа
> Ходатайство о продлении срока расшифровки
> Ходатайство о получении консультативного заключения
> Ходатайство о приобщении документов к материалам дела
> Ходатайство о приобщении к делу избыточного количества страниц
> Ходатайство о применении внутреннего правила 37.2 о предварительном заседании
> Ходатайство о прениях сторон
> Ходатайство о пересмотре
> Ходатайство о возобновлении дела

ПРАВИЛА И ИНСТРУКЦИИ ПО ЭЛЕКТРОННОЙ ПОДАЧЕ ДОКУМЕНТОВ В ЮЖНОМ ОКРУГЕ НЬЮ-ЙОРКА

> Ходатайство о подаче документов в опечатанном виде
> Ходатайство о приостановке
> Ходатайство о замене представителя

- Если пользователь системы электронной подачи документов хочет подать ходатайство, которого нет в списке, такое ходатайство нельзя подавать в виде письма.
- Если ходатайство подается в форме письма, противная сторона может подать ответ в форме письма, и ходатайствующая сторона может снова ответить в форме письма. При подаче ответного письма пользователь системы электронной подачи документов должен ответить «да» на соответствующий вопрос, если его ответ связан с письмом-ходатайством.

В рамках уголовных производств, электронные письма должны предъявляться следующим образом:

- Письма, связанные с приговором, должны подаваться при помощи опции системы ECF – подача – ВЫНЕСЕНИЕ ПРИГОВОРА.
- Все остальные письма с требованиями подаются при помощи опции системы ECF – подача ХОДАТАЙСТВА. Выбрав ХОДАТАЙСТВО для подачи в системе ECF, пользователь системы электронной подачи документов должен назвать такое ходатайство ПИСЬМО-ХОДАТАЙСТВО. Если ходатайство подается в виде письма, противная сторона может подать ответ в форме письма, и ходатайствующая сторона может снова ответить в форме письма. При подаче ответного письма пользователь системы электронной подачи документов должен ответить «да» на соответствующий вопрос, если его ответ связан с ПИСЬМОМ-ХОДАТАЙСТВОМ.
- Все остальные письма – информационные письма, не содержащие требований, должны подаваться при помощи опции системы ECF – подача ПИСЬМА в списке ДРУГИЕ ДОКУМЕНТЫ.

**13.2     Коротко, как я могу подать документ в электронной форме?**

(a)     Используйте свой пароль, чтобы войти в систему ECF Южного округа Нью-Йорка при наличии любого интернет-подключения.
(b)     Выберите категорию, ГРАЖДАНСКИЕ или УГОЛОВНЫЕ.
(c)     Найдите нужную опцию для подачи документа в системе ECF или название. Найдите список опций для подачи документов через ECF в Списке опций для подачи документов в ECF.
(d)     Укажите сторону, подающую документ (удерживайте кнопку «control», чтобы указать несколько сторон).
(e)     Загрузите документ в формате PDF-A. Прикрепите приложения и вложения к основному документу. Отдельно предъявите вспомогательные документы, такие как краткое письменное изложение дела или письменные показания.
(f)     Сохраните последний скрин, уведомление об электронной подаче документов (NEF).
(g)     При необходимости предоставьте копию судье (см. индивидуальную практику судьи по ссылке www.nysd.uscourts.gov).

**13.3     Как подавать приложения?**

Приложения всегда подаются как вложения к основному документу. Приложения не сканируют в один файл PDF вместе с основным документом. Каждое вложение нужно четко озаглавить в системе ECF, чтобы была понятна суть приложения. Пример: УВЕДОМЛЕНИЕ О ЗАМЕНЕ (Вложение: №1 Иск в суд штата, №2 Повестка в суд штата).

**13.4     Что такое безопасный веб-сайт системы электронной подачи документов SDNY ECF?**

Чтобы подать документы в электронном виде, перейдите по ссылке https://ecf.nysd.uscourts.gov, либо зайдите на веб-сайт подачи документов через веб-сайт суда (см. ниже). Вам понадобится имя пользователя и пароль SDNY ECF для подачи в электронном виде.

**13.5    На каком общедоступном веб-сайте можно получить информацию о суде?**

Для получения общедоступной информации перейдите по адресу www.nysd.uscourts.gov (пароль не требуется). На главной странице нажмите ECF для получения информации о системе электронной подачи документов Electronic Case Filing.

**13.6    Какие почтовые адреса суда?**

- United States District Court, Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007-1312;
- United States District Court, Southern District of New York, Thurgood Marshall United States Courthouse, 40 Centre Street, New York, NY 10007-1312; и
- United States District Court, Southern District of New York, Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, NY 10601-4150.

**13.7    Как узнать, является ли мое дело делом ECF?**

В системе ECF регистрируются все новые гражданские, уголовные и прочие дела. В выписке из реестра в верхнем правом углу будут указаны буквы «ECF» и запись «CASE DESIGNATED ECF».

**13.8    Если дело считается делом ECF, должен ли я подавать документы в электронном виде?**

Да. Если дело является делом ECF, лицо, подающее документы несет ответственность за электронную подачу документов через Интернет с помощью защищенного имени пользователя и пароля SDNY. За исключением некоторых случаев, описанных ниже, канцелярия суда не принимает бумажные документы, если дело является делом ECF. (См. *раздел 18 «Неэлектронные документы»*).

**13.9    Могу ли я подать документы в электронном виде, если дело не является делом ECF (документы подаются на бумажном носителе)?**

Нет. Не подавайте документы в электронном виде, если дело не является делом ECF (документы подаются на бумажном носителе).

**13.10    Будет ли суд подавать документы в электронном виде, если дело не является делом ECF (документы подаются на бумажном носителе)?**

Да, суд может выносить определения и заключения в электронном виде в деле, которое не является делом ECF (документы подаются на бумажном носителе). Это не приведет к изменению дела, которое не является делом ECF, в дело ECF, и стороны должны продолжать подавать документы на бумажном носителе.

**13.11    Могу ли я подавать документы в электронном виде в любое время?**

Да. Вы можете подавать документы в электронном виде круглосуточно. Документы должны быть поданы до полуночи по местному времени, где находится суд, чтобы они считались своевременно поданным в этот день. (*см. раздел 3 «Последствия электронной подачи документов»*)

**13.12    Когда поданный в электронном виде документ считается поданным?**

Документ, поданный в электронном виде, считается поданным на дату, указанную в уведомлении об электронной подаче документов (Notice of Electronic Filing, NEF) (раздел «дата подачи»). (*См. раздел 3 «Последствия электронной подачи документов»*).

**13.13   Что такое выписка из реестра, и как ее просмотреть?**

Выписка из реестра — это официальная запись о регистрации дела. Вы можете просмотреть выписку из реестра, включая изображения поданных в электронном виде документов, в канцелярии суда или удаленно через электронную службу общественного доступа Public Access to Court Electronic Records (PACER) (pacer.gov). (*См. раздел 12 «Общественный доступ»*).

**13.14   Должен ли я регулярно просматривать выписку из реестра в моем деле?**

Да. В делах ECF стороны уведомляются о действиях в рамках дела посредством уведомления об электронной подаче документов (Notice of Electronic Filing (NEF)), отправляемого по электронной почте. Однако электронная почта не является надежным способом. Лица, подающие и получающие документы, обязаны регулярно просматривать выписку из реестра, чтобы не пропустить подачу документов и убедиться в том, что все документы, поданные с использованием пароля ECF пользователя, были приняты. Лица, подающие документы, обязаны немедленно сообщать суду о несанкционированной подаче документов. (*См. раздел 9 «Вручение документов с помощью электронных средств»*).

**13.15   Как подписать документ, подаваемый в электронном виде?**

Имя пользователя и пароль ECF адвоката, подающего документы, служат в качестве электронной подписи. Адвокат может подписать документ, поставив «S/» перед своим именем или используя цифровое изображение своей подписи. Имя и контактная информация адвоката, включая адрес электронной почты, должны отображаться в блоке электронно-цифровой подписи под подписью. Подписи всех остальных лиц (клиенты, свидетели и т. д.) должны быть отсканированы, чтобы зафиксировать чернильную подпись. (*См. раздел 8 «Подписи»*).

**13.16   Как я узнаю, целесообразно ли подавать документ в электронном виде?**

Во-первых, определите, является ли ваше дело делом ECF (не все дела являются делами ECF). При подачи документов в деле ECF, если вы нашли документ, который подлежит подаче в электронном виде (ECF Filing Event) и который непосредственно совпадает с вашим документом, тогда вы должны подать его в электронном виде. Если вы не нашли документ, который подлежит подаче в электронном виде (ECF Filing Event), возможно, его не стоит подавать в электронном виде. Список документов, не подлежащих подаче в электронном виде к ECF, см. в разделе 18. (*См. раздел 24 «Справочная служба ECF и обучение»*).

**13.17   Должны ли запросы документов и ответы на них подаваться в электронном виде?**

Нет. Большинство запросов документов и ответов на них «не должны подаваться, если они не будут использоваться в судебном процессе или при вынесении определений...» (см. Fed. R. Civ. P. 5(d)(1)). Если подача материалов, связанных с запросом документов, уместна, должны подаваться только соответствующие выдержки (см. ст. 5.1. местного гражданского процессуального кодекса и ст. 5.2 ECF).

**13.18   Как найти правильный документ, который подлежит подаче в электронном виде (ECF Filing Event)?**

При подаче документа в электронном виде вам будет предложено указать название вашего документа, выбрав соответствующий документ, который подлежит подаче в электронном виде (ECF Filing Event). Документ, который подлежит подаче в электронном виде (ECF Filing Event) — это, по сути, название документа, указанное в выписке из реестра, например «Ходатайство о вынесении решения в порядке суммарного судопроизводства» (Motion for Summary Judgment) или «Заявление для обоснования ходатайства» (Affidavit in Support of Motion). Документы, которые подлежат подаче в электронном виде (ECF Filing Event), перечислены по категориям в системе ECF. В каждой категории есть алфавитный список документов, которые подлежат подаче в электронном виде (ECF Filing Events). Вы можете использовать функцию поиска, чтобы найти ваш документ, который подлежит подаче в электронном виде (ECF Filing Event). Список зарегистрированных электронных документов (ECF Docketing Events List) поможет вам найти ваш документ и категорию, в которой он указан. Если вы не можете найти документ, соответствующий вашему документу, не загружайте его с указанием неправильного названия. При необходимости обратитесь в службу поддержки ECF по телефону (212) 805-0800. (*См. раздел 24 «Справочная служба ECF и обучение»*).

**13.19   Должен ли я предоставлять копии?**

Ознакомьтесь с индивидуальной практикой судьи, чтобы узнать, требуются ли копии. С индивидуальной практикой можно ознакомиться в режиме онлайн по адресу www.nysd.uscourts.gov/judges. (*см. раздел 3 «Последствия электронной подачи документов»*).

**13.20    Подаются ли стенограммы в электронном виде?**

В соответствии с политикой Судебной конференции Соединенных Штатов в отношении конфиденциальности и общественного доступа к электронным материалам дела официальные стенограммы судебных разбирательств, составленные официальными судебными стенографистами, стенографистами, нанятыми по договору, и расшифровщикам аудио- и видеозаписей могут предоставляться в электронном виде через электронную службу общественного доступа PACER.

**13.21    Могу ли я подавать документы одновременно в смежных делах в рамках объединенного производства (Consolidated cases) и производства по взаимосвязанным искам (MDL cases)?**

Да. При подаче документов в рамках объединенного производства и производства по взаимосвязанным искам вы можете сэкономить время, одновременно подав документы в электронном виде в смежных делах, используя компьютерную функцию под названием «Spread Text and Effects» (недоступно в связанных делах). Соблюдайте следующие правила подачи документов в рамках производства по взаимосвязанным искам:

- В рамках объединенного производства и производства по взаимосвязанным искам вы сначала должны подать все документы по номеру основного дела или производства по взаимосвязанным искам.
- Затем вы можете точно определить дело, в котором вы хотите одновременно подать документы.
- Не подавайте документы во всех делах, если это не целесообразно. Ваш документ может относиться не ко всем смежным делам.
- Заголовок дела должен содержать номера всех дел, в рамках которых вы подаете документ.

**13.22    Что делать, если я допускаю ошибку во время электронной подачи документов?**

Немедленно подайте документ еще раз в системе ECF в правильной форме. Затем отправьте электронное письмо в отдел обеспечения качества суда (ECF_error@nysd.uscourts.gov). В электронном письме должны быть указаны номер дела, название дела, имя судьи, номер документа и название документа, который был неправильно подан, а также номер документа и название документа, который был подан правильно. Просьба указать ошибку, которая была допущена при подаче первого документа. Другие вопросы можно направлять в справочную службу ECF по адресу: helpdesk@nysd.uscourts.gov. Информацию об ошибочной подаче секретной или конфиденциальной информации см. в разделе 21.8.


**Раздел 14. Подача гражданского иска**


**14.1    Должны ли новые гражданские и прочие иски регистрироваться в электронном виде с помощью системы ECF?**

Да. Адвокаты, желающие подать новый гражданский или прочий иски, обязаны подать новый иск в электронном виде с помощью системы ECF суда. За исключением некоторых случаев, перечисленных ниже, канцелярия суда не принимает новые гражданские или прочие иски, поданные на бумажном носителе.

Любая сторона, которая не может подать документ в электронном виде, должна получить разрешение суда подать его в обычном порядке на бумажном носителе. Такой запрос можно отправить в нерабочее время через ящик для ночной входящей корреспонденции в соответствии со статьей 1.1 местного кодекса.

**14.2    Существуют ли дела, в рамках которых документы не подаются в электронном виде?**

Да. В следующих делах документы подаются не в электронном виде, а в обычном порядке на бумажном носителе:
- гражданские или прочие дела, в рамках которых выносится определение о представлении обоснования, определение о временном запрещении, или другие документы, которые подаются с грифом «секретно»;

ПРАВИЛА И ИНСТРУКЦИИ ПО ЭЛЕКТРОННОЙ ПОДАЧЕ ДОКУМЕНТОВ В ЮЖНОМ ОКРУГЕ НЬЮ-ЙОРКА

- гражданские или прочие дела, инициированные лицом, участвующим в деле без представителя;
- дела о доставлении в суд лица, содержащегося под стражей, для выяснения правомерности содержания его под стражей согласно 28 U.S.C. §2255 (заключение в федеральном исправительном учреждении);
- дела согласно закону о ложных исках (уголовные дела, в которых представители государства выступают совместно с лицом, сообщившим о преступлении, или дела, в которых выступает лицо, заявившее о правонарушении или правонарушителе), инициированные согласно 31 U.S.C. §3729 и далее;

**14.3 Как подать новый гражданский или прочий иск в электронном виде в системе ECF?**

Инструкции по подаче нового гражданского или прочего иска в электронном виде можно найти по адресу: http://www.nysd.uscourts.gov/ecf.php.

**14.4 Требуются ли копии?**

Ознакомьтесь с индивидуальной практикой судьи, чтобы определить необходимость предоставления копий суду.

**14.5 Можно ли одновременно подать в электронном виде ходатайство о допуске к участию в деле адвоката, недопущенного к практике в этой юрисдикции, и новый гражданский или прочий иск?**

Да. Адвокат, который не имеет права выступать в этом суде, который желает подать новый гражданский или прочий иск, может подать заявление о предоставлении временной учетной записи в системе ECF для подачи в электронном виде документов для возбуждения дела, а также ходатайства о допуске к участию в деле адвоката, недопущенного к практике в этой юрисдикции. Заявители должны сначала заполнить форму ходатайства о допуске к участию в деле адвоката, недопущенного к практике в этой юрисдикции/форму регистрации в ECF по адресу: www.nysd.uscourts.gov/pro_hac.php. Информация о временной учетной записи в ECF будет отправлена заявителю по электронной почте. После этого можно подать новый иск в электронном виде, в том числе ходатайство *о допуске к участию в деле адвоката, недопущенного к практике в этой юрисдикции.*

**14.6 Выдаются ли повестки в электронном виде?**

Да. После подачи нового иска в электронной форме сторона должна в электронном виде подать ЗАПРОС НА ВЫДАЧУ ПОВЕСТКИ и приложить предлагаемые повестки в формате PDF. Канцелярия суда рассмотрит ЗАПРОС и использует систему ECF для выдачи повестки, которую можно будет распечатать.

**14.7 Остается ли способ для вручения повесток и исковых заявлений прежним?**

Да. Несмотря на то, что новые гражданские и прочие иски должны подаваться в суд в электронном виде, способ вручения повесток и исковых заявлений остается неизменным в соответствии с Fed.R.Civ.P. 4.

**14.8 Должен ли я предоставлять другие документы противной стороне?**

Да. Чтобы уведомить противную сторону о требованиях электронной подачи документов дела и индивидуальной практике назначенного судьи, вам необходимо отправить всем сторонам следующие документы (доступны на www.nysd.uscourts.gov), либо в виде вложения в формате PDF в электронном письме, либо на бумажном носителе: (а) Правила и инструкции по электронной подаче документов (настоящий документ); (б) индивидуальную практику назначенного судьи. *Лица, участвующее в деле без представителя,* которые не являются пользователями системы, освобождаются от этого правила.

**14.9 Как представлять доказательство вручения документов о подаче иска?**

- Представляйте доказательство вручения документов о подаче иска в электронном виде через систему ECF (не отправляйте по электронной почте).
- Отправьте оригинал доказательства вручения документов о подаче иска вместе с повесткой на бумажном носителе в канцелярию суда. Приложите копию уведомления об электронной подаче документов (уведомление об электронной подаче документов или расписка в поступлении документа).

Лица, участвующие в деле без представителя, которые получили статус малоимущего лица (in forma pauperis) (IFP), освобождаются от этого правила. Лица, участвующие в деле без представителя, которые получили статус малоимущего лица (IFP), должны отправить оригинал доказательства вручения повестки на бумажном носителе в канцелярию суда. (См. раздел 19 «Вручение документов, поданных в электронно виде»).

**14.10    Подаются ли документы из судов штата или административных судов в электронном виде?**

Если суду необходимо предоставить документ административного или иного предыдущего разбирательства, и он является объемным, этот документ можно предоставить и вручить на бумажном носителе без предварительной подачи ходатайства в суд и получения разрешения суда. (*См. раздел 5 «Приложения»*).

**14.11    Что делать, если я допущу ошибки при подаче нового иска в электронном виде?**

Новые гражданские и прочие иски, подаваемые в электронном виде, которые содержат следующие ошибки, могут быть закрыты в административном порядке без ущерба для правам лица, а повестки не смогут быть выданы, если ошибка не будет исправлена в течение 5 (пяти) дней после получения уведомления об ошибке в подаваемых документах (Notice of Deficient Filing) от канцелярии суда:

- документ об инициировании дела содержит неправильный документ; документ неразборчивый или нечитаемый; документ отсутствует;
- плата за подачу не внесена или внесена частично.

Если дело закрыто в административном порядке по одной из вышеуказанных причин, подающая документы сторона может попытаться возобновить дело после устранения ошибок. В течение 60 дней после закрытия дела сторона должна подать заявление о повторном открытии дела, описав действия по устранению ошибки и пытаясь повторно открыть дело. Заявления на повторное открытие закрытых в административном порядке дел, поданные через 60 дней после закрытия, должны подаваться в форме ходатайства.

Вопросы относительно других ошибок можно направлять в справочную службу ECF по адресу helpdesk@nysd.uscourts.gov или по телефону (212) 805-0800 в рабочее время.

**14.12    Что делать, если я дважды выполню платеж при подаче нового иска в электронном виде?**

Вы можете попросить вернуть второй платеж, отправив письмо в канцелярию суда. Письмо должно содержать номер дела, дату платежа, документ, связанный с платежом, номер квитанции pay.gov и адрес электронной почты, по которому с вами можно связаться. Не обращайтесь в компанию, выдавшую вашу кредитную карту, чтобы запросить возврат средств.

### Раздел 15. Измененные заявления и ходатайства

**15.1    Подаются ли измененные документы в электронном виде?**

Да. После того, как дело будет открыто в соответствии с разделом 14 настоящих Правил, все последующие измененные исковые заявления, заявления третьих лиц, не заявляющих самостоятельные требования, заявления третьих лиц и т. д. должны подаваться в электронном виде через систему ECF. При подаче документов выберите только те стороны, против которых вы подаете исправленное заявление. Не выбирайте «всех истцов» или «всех ответчиков», если это не уместно. Лица, подающие документы, должны ознакомиться с индивидуальной практикой судьи, чтобы определить, необходимы ли копии.

**15.2    Как выдаются повестки при подаче исправленного заявления в электронном виде?**

Если при подаче исправленного заявления в электронном виде добавляется сторона, повестку необходимо запросить путем подачи ЗАПРОСА НА ВЫДАЧУ ПОВЕСТКИ в электронно виде и приложения предлагаемой повестки в формате PDF/A. При добавлении нескольких сторон к одной повестке можно прикрепить список, в котором перечислены все новые стороны. В ответ канцелярия суда выдаст повестку в электронном виде с электронной печатью, которую можно распечатать. Формы повесток доступны по адресу: www.nysd.uscourts.gov/forms. Повестка не требуется, если к делу не добавляется ни одна сторона.

ПРАВИЛА И ИНСТРУКЦИИ ПО ЭЛЕКТРОННОЙ ПОДАЧЕ ДОКУМЕНТОВ В ЮЖНОМ ОКРУГЕ НЬЮ-ЙОРКА

**15.3   Подаются ли содержащие мокрую печать документы в электронном виде?**

Нет. Инструкции по подаче содержащих мокрую печать документов см. на странице дел по адресу: www.nysd.uscourts.gov/cases.

**15.4   Какой указывать документ, который подлежит подаче в электронном виде (ECF Filing Event), для подачи ходатайства?**

Используйте документ, начинающийся со слова «Motion» (ходатайство). Система ECF содержит более 160 отдельных документов-ходатайств, все из которых начинаются со слова «Motion» (ходатайство). Полный список ходатайств и подтверждающих документов см. в Списке зарегистрированных электронных документов (ECF Docketing Events List) . Не используйте документы из категории «Notice» (уведомление) для подачи ходатайства.

**15.5   Какой указывать документ, который подлежит подаче в электронном виде (ECF Filing Event), для подачи подтверждающих документов?**

Используйте подтверждающий документ из раздела «Ответы, возражения и подтверждающие документы» (Replies, Opposition and Supporting Documents). Не используйте документы из категории «Motion» (ходатайство) для подачи подтверждающих документов. Например, ходатайство, заявление в подтверждение и юридическая справка в подтверждение являются тремя отдельными документами. Обозначение каждого из них как «Motion» (ходатайство) неверно и может создать впечатление, что вместо одного ходатайства было подано три движения.

**15.6   Как я научиться подавать исправленные заявления и ходатайства в электронном виде?**

Инструкции и обучающая информация доступны по адресу: www.nysd.uscourts.gov/ecf_training.php.

**Раздел 16. Заочные решения суда**

**16.1 Ка подать заявление о вынесении заочного решения?**

Ознакомьтесь с индивидуальной практикой назначенного судьи, чтобы определить соответствующий способ (www.nysd.uscourts.gov). Если индивидуальная практика судьи не содержит конкретных правил, касающихся заочных решений, вы должны следовать нижеприведенному разделу 16.4.

При подаче в электронном виде ходатайства о вынесении заочного решения перед отправкой вам необходимо:

      (а)     подать в качестве вложения свидетельство секретаря к ходатайству о вынесении заочного решения;

      (б)     отправить предлагаемое свидетельство секретаря на бумажном носителе в отдел определений и решений (секретарь подпишет и зарегистрирует свидетельство секретаря);

      (в)     после завершения вышеуказанных действий вы можете подать ходатайство о вынесении заочного решения, используя соответствующий способ, описанный ниже в разделах 16.2, 16.3 или 16.4.

При необходимости отправить документы на бумажном носителе в отдел определений и решений на Манхэттене или в городе Уайт-Плейнс, в зависимости от того, где заседает судья. При отправке документов по почте приложите конверт с обратным адресом и оплаченным почтовым сбором. Почтовые адреса см. в разделе 13 «Основные сведения о системе ECF».

**16.2   Заочное решение, вынесенное по ходатайству:**

      (а)     отправьте в отдел определений и решений свидетельство секретаря на бумажном носителе. Секретарь подпишет и зарегистрирует свидетельство, а также предоставит копию подающей стороне.

ПРАВИЛА И ИНСТРУКЦИИ ПО ЭЛЕКТРОННОЙ ПОДАЧЕ ДОКУМЕНТОВ В ЮЖНОМ ОКРУГЕ НЬЮ-ЙОРКА

(б)     Подайте ходатайство о вынесении заочного решения в электронном виде с помощью системы ECF. Следующие документы должны быть приложены к ходатайству: (1) подписанное свидетельство секретаря; (2) копию повестки и искового заявления с доказательством вручения; (3) форму предлагаемого заочного решения. Следующие подтверждающие документы должны быть представлены как отдельные электронные документы (ECF Filing Events): заявление в подтверждение; заявление об ущербе (за исключением запроса о проведении судебного следствия).

(в)     Подайте в электронном виде подтверждение вручения ходатайства о вынесении заочного решения.

(г)     Отправьте судье копию ходатайства, включая все приложения.

**16.3    Заочное решение, вынесенное по определению о представлении обоснования (Order to Show Cause, O.S.C.):**

(а)     Подайте в отдел определений и решений оригинал определения о представлении обоснования на бумажном носителе. Приложите следующее: заявление или подтверждение; свидетельство секретаря, если непредоставление ответа является основанием для заочного решения; заявление об ущербе; предлагаемое заочное решение; копии документа об открытии дела; заявление о вручении оригинала повестки и искового заявления. Приложите копии всех документов.

(б)     В случае подписания представителем суда, канцелярия суда подаст в электронном виде только определение. После того, как определение появится в выписке из реестра, адвокат должен в электронном виде подать все подтверждающие документы и доказательства.

(в)     Подайте в электронном виде доказательство вручения определения о представлении обоснования.

**16.4    Заочное решение, вынесенное по заочному решению или определению:**

(а)     Подайте в отдел определений и решений: (1) оригинал предлагаемого заочного решения и определения на бумажном носителе; (2) заявление в поддержку; (3) заявление об ущербе (за исключением запроса о проведении судебного следствия); (4) копию повестки и искового заявления с доказательством вручения; (5) свидетельство секретаря. Документы будут направлены судье для подписания.

(б)     В случае подписания представителем суда, канцелярия суда подаст в электронном виде только определение. После того, как определение появится в выписке из реестра, адвокат должен в электронном виде подать все подтверждающие документы.

## **Раздел 17. Апелляции**

**17.1    Как подать уведомление об апелляции в гражданском или прочем деле?**

В гражданских и прочих делах лицо, подающее документы, должно в электронном виде подать уведомление об апелляции через систему ECF. Сбор оплачивается онлайн через систему ECF. Инструкции и обучающая информация доступны по адресу: nysd.uscourts.gov/ecf_training.php.

*Лица, участвующие в деле без представителя,* которые не являются пользователями системы, освобождаются от этой части этого правила, которая требует, чтобы они в электронном виде подавали уведомление об апелляции. Канцелярия суда сканирует и в электронном виде подает все надлежащие документы по апелляции, полученные от *лиц, участвующих в деле без представителя,* не являющихся пользователями системы.

**17.2    Как подать уведомление об апелляции по уголовному делу?**

Уведомление об апелляции по уголовному делу должно быть подано обычным способом на бумажном носителе либо через суд, либо по почте. При необходимости приложите квитанцию об оплате сбора за подачу документов. В течение 24 часов с момента подачи копии вашей апелляции на бумажном носителей вам необходимо отправить в канцелярию суда электронное письмо с уведомлением об апелляции в формате PDF-A. Приложите любые документы. Каждый документ должен быть в отдельном файле размером не более 4 мегабайт. Номер дела районного суда, за которым следуют инициалы судьи, должен быть указан в заголовке документа.

ПРАВИЛА И ИНСТРУКЦИИ ПО ЭЛЕКТРОННОЙ ПОДАЧЕ ДОКУМЕНТОВ В ЮЖНОМ ОКРУГЕ НЬЮ-ЙОРКА

При отправке электронного письма в строке темы сообщения всегда следует указывать номер дела, за которым следует описание документа (например, «Re: 01cv1234-appeal»). С вопросами можно обращаться к секретарю по апелляциям на Манхэттене по телефону (212) 805-0636 или в Уайт-Плейнс по телефону (914) 390-4000. Отправьте электронное письмо (не подавайте через систему ECF) по адресу:

- Для апелляций по делу ECF, рассматриваемых судьей на Манхэттене, отправьте электронное письмо по адресу:

  appeals@nysd.uscourts.gov
- Для апелляций по делу ECF, рассматриваемых судьей в Уайт-Плейнс, отправьте электронное письмо по адресу:

  wpclerk@nysd.uscourts.gov

*Лица, участвующие в деле без представителя,* которые не являются пользователями системы, освобождаются от той части этого правила, которая требует, чтобы они отправляли уведомление об апелляции в канцелярию суда по электронной почте. Канцелярия суда сканирует и в электронном виде подает все надлежащие документы по апелляции, полученные от *лиц, участвующих в деле без представителя,* не являющихся пользователями системы.

### Раздел 18. Неэлектронные документы

**18.1    Есть ли в деле ECF документы, которые не нужно подавать в электронном виде?**

Да, в том числе:

- предлагаемые определения; предлагаемые решения, договоренности; согласия, см. ниже;
- определения о представлении обоснования / определения о временном запрещении, см. ниже;
- документы с мокрой печатью, см. ниже;
- поручительства, см. ниже;
- уведомления об апелляции в уголовных делах, см. раздел 17;

**18.2    Подаются ли предлагаемые определения, предлагаемые судебные решения, договоренности или соглашения в электронном виде?**

Нет. Любой документ, требующий подписи судьи, не должен подаваться в электронном виде, за исключением приложения к другому документу. Предлагаемые определения, предлагаемые судебные решения, договоренности или соглашения не должны предоставляться через систему ECF. Вместо этого они должны отправляться по электронной почте секретарю. Предлагаемые определения должны быть представлены в редактируемом текстовом формате, а не в формате PDF. Договоренности должны быть представлены в формате PDF-A. Договоренности должны содержать мокрые подписи, а не символ «s/». Факсимильные или электронные подписи являются приемлемыми. Обращаем ваше внимание на то, что договоренности о прекращении дела по соглашению сторон в соответствии со статьей 41(a)(1)(A)(ii) F.R.C.P. не требуют подписи судьи и должны быть поданы в электронном виде через систему ECF. С вопросами можно обращаться к секретарю по определениям и решениям на Манхэттене по телефону (212) 805-0143 или в Уайт-Плейнс по телефону (914) 390-4000. Отправьте по электронной почте предлагаемое определение, решение или договоренность:

- В случае дел, рассматриваемых судьей на Манхэттене, по адресу:

  judgments@nysd.uscourts.gov
- В случае дел, рассматриваемых судьей в Уайт-Плейнс, по адресу:

  wpclerk@nysd.uscourts.gov

*Лица, участвующие в деле без представителя,* которые не являются пользователями системы, освобождаются от этой части этого правила, которая требует, чтобы они отправляли по электронной почте предлагаемые определения, решения, договоренности и соглашения, и вместо этого они должны отправлять эти документы в канцелярию суда на бумажном носителе.

**18.3    Подаются ли определения о представлении обоснования в электронном виде?**

Нет. Определения о представлении обоснования или определения о временном запрещении должны быть поданы в обычном порядке на бумажном носителе в отдел определений и решений.

В случае подписания представителем суда, канцелярия суда подаст в электронном виде только определение. После того, как определение появится в выписке из реестра, адвокат должен в электронном виде подать все подтверждающие документы.

**18.4     Подаются ли содержащие мокрую печать документы в электронном виде?**

Нет. Содержащие мокрую печать документы подаются в обычном порядке на бумажном носителе. Запечатанный конверт должен содержать документ на бумажном носителе и компакт-диск, содержащий документ в формате PDF-A. Копия определения о запрете на ознакомление с материалами дела лицам, не участвующим в деле, должна быть прикреплена к внешней стороне конверта. (*См. раздел 6 «Документы, скрепленные печатью»*)

**18.5     Подаются ли поручительства в электронном виде?**

Нет. Поручительства документы подаются в обычном порядке на бумажном носителе. Приложите копию определения суда в отношении поручительства.

### Раздел 19. Вручение документов, поданных в электронно виде

**19.1     Как осуществляется вручение документов, поданных в электронно виде?**

Лица, подающие и получающие документы, которые выступают по делу, получают уведомление о подаче документов в электронном виде (NEF) по электронной почте при каждой подачи документов в деле. Уведомление о подаче документов в электронном виде представляет собой уведомление всех лиц, подающих и получающих документы. В любой подаваемый в электронном виде документ будет включена гиперссылка на изображение в формате PDF (не вся виды действий включают в себя документ PDF). Канцелярия суда больше не будет отправлять копии судебных документов на бумажном носителе лицам, подающим и получающим документы. Канцелярия суда отправляет по почте копии всех судебных документов *лицам, участвующим в деле без представителя*, которые не зарегистрированы в качестве лица, подающего и получающего документы. (*См. раздел 9 «Вручение документов с помощью электронных средств»*).

**19.2     Нужно ли мне предоставлять бумажные копии документов, зарегистрированных в электронном виде?**

Возможно, да. Когда речь идет о делах, открытых в системе ECF, документ считается доставленным сторонам в момент передачи им судом файла NEF. В этом случае бумажную копию предоставлять не нужно.

Если же какая-либо из сторон не получила NEF, вам придется оповестить эту сторону традиционным способом, предоставив бумажный документ. После этого необходимо зарегистрировать подтверждение доставки в электронном виде (см. ниже). В расписке NEF будет указано, кому из сторон направляются электронные уведомления об оформлении документов (в виде электронного письма от суда) и кто из них оповещается «другими способами» (путем вручения бумажных копий). (*См. Раздел 9. Вручение документов с помощью электронных средств*).

**19.3     Нужно ли мне регистрировать подтверждение доставки в электронном виде при работе с делом в системе ECF?**

Электронная регистрация подтверждения доставки при работе с делом ECF требуется только в двух случаях:

(a)     Регистрация подтверждения вручения документа, инициирующего дело, производится следующими способами:

(1)     через систему ECF (не по электронной почте), или
(2)     путем доставки оригинального бумажного подтверждения с приложенной повесткой в секретариат суда. Также необходимо предоставить копию расписки об оформлении данного документа в системе ECF.

ПРАВИЛА И ИНСТРУКЦИИ ПО ЭЛЕКТРОННОЙ ПОДАЧЕ ДОКУМЕНТОВ В ЮЖНОМ ОКРУГЕ НЬЮ-ЙОРКА

(б)      Подтверждение вручения регистрируется в электронном виде в каждом случае получения сторонами бумажных документов.

*На стороны, которые действуют в суде от собственного имени (pro se)* и при этом не являются Регистрирующими пользователями (Filing Users), действие данного правила и касающейся обязательного электронного оформления подтверждений вручения не распространяется. (*См. Раздел 9. Вручение документов с помощью электронных средств*).

### 19.4      Если регистрация была завершена до полуночи, будет ли она считаться своевременной?

Да. Своевременная регистрация — это оформление документов, совершенное до полуночи (время по месту нахождения суда). (*См. Раздел 3. Следствия электронной регистрации дел* ).

### 19.5      Выдаются ли расписки о поступлении документов при их электронном оформлении?

Да. После успешной регистрации документов в системе на последнем экране отобразится Уведомление об электронной регистрации (Notice of Electronic Filing, NEF), которое считается распиской о поступлении. В расписке NEF указывается, какой документ был зарегистрирован, кем, время регистрации и номер, присвоенный документу в досье производства по делу (если есть). Если вы не видите экран NEF, это может означать, что файл не был принят системой. В этом случае рекомендуется проверить досье производства по делу.

### 19.6      Нужно ли мне регулярно просматривать досье производства по моему делу?

Да. Хотя в делах ECF все сообщения отправляются судом по электронной почте, это средство связи не является абсолютно надежным — вы можете пропустить такое письмо. В обязанности Регистрирующего и Принимающего пользователей входит предоставление суду актуальной контактной информации и регулярная проверка досье производства по делу. При обнаружении незаконно поданных документов Регистрирующие пользователи должны немедленно уведомить об этом суд. (*См. Раздел 9. Вручение документов с помощью электронных средств*).

### Раздел 20. Регистрация явки адвоката

#### 20.1      Как в досье производства по делу добавляется имя адвоката?

Все адвокаты, чьи имена имеются в блоке подписей инициирующего документа, будут автоматически добавлены в досье производства при открытии дела в системе ECF секретариатом суда. Юрист, ответственный за регистрацию этого документа, должен указать свое имя в досье сразу после принятия дела. При электронном оформлении первого документа адвокату ответчика необходимо: (а) выбрать команду «Связь» (Association), чтобы привязать клиента (т.е. стать его представителем); (б) убедиться в том, что в поле «Уведомления» (Notice) проставлен флажок для получения электронных извещений о движениях по делу; (в) отметить пункт «Ведущий» (Lead) в сведениях об юрисконсульте, если это применимо. Если система не предложила адвокату ответчика создать связь с клиентом при первой электронной регистрации документов, чтобы внести свое имя в досье производства по делу, ему необходимо подать Уведомление о явке в электронном виде.

#### 20.2      Имя адвоката имеется в досье производства по делу, но он не получает уведомления о регистрации документов по электронной почте. Почему?

Такие ситуации возникают, если имя адвоката было добавлено в досье до того, как он получил пароль к системе ECF. В этом случае имя юриста и адрес его фирмы будет находиться в верхней части досье производства по делу без указания адреса электронной почты. Чтобы решить эту проблему, адвокату необходимо получить пароль ECF. Еще одна возможная причина — адвокат зарегистрировал Уведомление о явке, но не отметил флажком пункт «Уведомления» при создании связи с клиентом. В этом случае необходимо обратиться в Службу поддержки ECF по телефону (212) 805-0800. (*См. Раздел 24. Служба поддержки ECF и обучение*).

**20.3    Как зарегистрировать Уведомление о явке при работе с делом в системе ECF?**

Адвокат, который присоединяется к делу, которое уже находится в производстве, должен подать Уведомление о явке в электронном виде. Для регистрации такого уведомления юристу необходимо: (а) выбрать команду «Связь» (Association), чтобы привязать клиента (т.е. стать его представителем); (б) убедиться в том, что в поле «Уведомления» (Notice) проставлен флажок для получения электронных извещений о движениях по делу; (в) отметить пункт «Ведущий» (Lead) в сведениях об юрисконсульте, если это применимо. Обратите внимание, что адвокат не сможет зарегистрировать Уведомление о явке в системе ECF от имени другого адвоката. Уведомление и пароль ECF должны принадлежать одному и тому же человеку. (*См. Раздел 2. Правомочность, регистрация, пароли*).

**20.4    Как зарегистрировать Ходатайство о допуске к участию в деле адвоката, недопущенного к практике в этой юрисдикции (pro hac vice), в системе ECF?**

Ходатайство о допуске *pro hac vice* (PHV) регистрируется в электронном виде, соответствующая пошлина оплачивается через систему ECF. Дополнительную информацию и примеры заявлений можно посмотреть на сайте www.nysd.uscourts.gov . О возможности одновременной регистрации Ходатайства PHV и нового гражданского дела читайте в разделе 14.5 выше.

**20.5    Нужно ли мне уведомлять суд об изменении моих контактных данных?**

Да. Согласно требованиям ст. 1.3(d) местного Гражданско-процессуального кодекса , в целях поддержки информирования судом всех сторон дела, адвокат обязан уведомлять суд о любых изменениях в контактной информации. Дополнительные сведения представлены на сайте www.nysd.uscourts.gov. Сторона *pro se* , независимо от того, является ли она Регистрирующим или Принимающим пользователем, сообщает суду новые контакты посредством Уведомления об изменении адреса для *участников процесса, выступающих от собственного имени* .

**20.6    Как поступить в случае, если изменился только адрес электронной почты?**

Регистрирующие пользователи могут самостоятельно исправить свой адрес электронной почты. Для этого нужно войти в систему SDNY ECF, а затем выбрать команды «Утилиты» (Utilities), «Управление учетной записью» (Maintain Your Account) и «Сведения об электронной почте» (E-mail Information). В случае изменения других контактных данных для их полноценного обновления необходимо выполнить операции, описанные выше. Принимающие пользователи сообщают суду новые контакты, включая адреса электронной почты, письмом.

**20.7    Могу ли я указать дополнительный адрес электронной почты для получения уведомлений о движениях по моим делам?**

Да. Чтобы добавить альтернативные адреса электронной почты в системе ECF, нажмите «Утилиты» (Utilities), «Управление учетной записью» (Maintain Your Account) и «Сведения об электронной почте» (E-mail Information).

**20.8    Могу ли я получать электронные уведомления о движениях по делам, в которых я не представляю ни одну из сторон?**

Да. Вы можете добавить дело в список уведомлений в системе ECF даже если вы не являетесь его участником. Нажмите «Утилиты» (Utilities), «Управление учетной записью» (Maintain Your Account) и «Сведения об электронной почте» (E-mail Information).

### Раздел 21. Защита личной информации и открытый доступ к делам ECF

**21.1    Расширила ли система электронной регистрации возможности публичного доступа к документам?**

Да, документы, поданные в систему ECF электронным способом, доступны намного более широкому кругу лиц. Любой владелец учетной записи PACER может просматривать их по интернету. Чтобы защитить личные данные и устранить риск их хищения, стороны должны проявлять осмотрительность при регистрации конфиденциальных сведений.

**21.2   Кто несет ответственность за вымарывание конфиденциальных сведений из зарегистрированных документов?**

Исключительную ответственность за выполнение правил суда по сокрытию (вымарыванию) персональных идентификаторов из документов несут адвокат и стороны-участники процесса. Ни судья, ни секретарь суда не будут проверять поданные документы на соответствие этим требованиям.

**21.3       Нужно ли мне вымарывать какую-либо конфиденциальную информацию из документа?**

Да. Согласно поправке 5.2 к Федеральному Гражданско-процессуальному кодексу и поправке 49.1 к Уголовно-процессуальному кодексу, из документов, поданных в суд, необходимо удалить персональные сведения. Все эти документы не должны содержать конфиденциальной информации за исключением случаев, когда это необходимо в интересах дела. Сторона, которая желает зарегистрировать документ с перечисленными ниже персональными идентификаторами, должна предоставить для общего доступа отредактированный файл.

Во всех делах вымарываются:
- номера социального страхования:        следует оставить только четыре последние цифры номера;
- имена несовершеннолетних детей:        следует оставить только инициалы;
- даты рождения:        следует оставить только год;
- номера финансовых счетов:        следует оставить только четыре последние цифры.

В уголовных делах вымарываются:

- домашние адреса:        следует оставить только город и штат.

**21.4       Есть ли иная конфиденциальная информация, которую следует скрыть (вымарать)?**

Да. Осторожность следует проявлять также при регистрации документов, которые содержат следующее:

- персональные идентификационные номера (PIN) — например, номера водительских удостоверений;
- медицинские сведения, информацию о лечении и диагнозе;
- сведения о трудовой деятельности;
- личную финансовую информацию;
- служебную информацию и сведения, составляющие коммерческую тайну;
- информацию о сотрудничестве индивида с правительством.

**21.5       Нужно ли мне регистрировать конфиденциальную информацию, которую запрещено разглашать?**

Нет. В дополнение к вымаранным общедоступным документам сторона-участник процесса может подать перечисленные выше личные сведения за печатью, но она не обязана это делать. В качестве секретных можно зарегистрировать: (а) справочный список или (б) неотредактированный оригинальный документ.
Если вы считаете необходимым предоставить конфиденциальную информацию, суд предпочтет получить ее в виде справочного списка, а не полного документа. Данный список обычно содержит полные персональные идентификаторы, соотнесенные с их отредактированными вариантами, которые используются в зарегистрированных документах. Справочный список может редактироваться по неотъемлемому праву.

**21.6       Секретные документы регистрируются в электронном виде?**

Нет.        Они предоставляются традиционным способом. Запечатанный конверт должен содержать бумажный документ и диск CD-ROM с копией документа в формате PDF-A.

К внешней части конверта необходимо прикрепить копию судебного приказа о запрете на ознакомление с материалами дела лицам, не участвующим в деле. Подробные инструкции по оформлению секретных документов можно найти на странице «Дела» (Cases) сайта www.nysd.uscourts.gov. (*См. Раздел 6. Секретные документы*).

**21.7    Кто несет ответственность за хранение и использование оригинальных неотредактированных документов?**

Владельцами и законными распорядителями оригиналов секретных документов и информации, вымаранной из зарегистрированных для общего доступа файлов, являются стороны-участники процесса. Впоследствии суд может запросить у адвоката неотредактированные данные.

**21.8    Что делать, если я по ошибке зарегистрировал в системе конфиденциальные или закрытые сведения?**

(a)     Свяжитесь со Службой поддержки ECF по электронной почте helpdesk@nysd.uscourts.gov или по телефону (212) 805-0800. Специалисты отвечают на запросы с понедельника по пятницу в обычные часы работы секретариата суда. Поданные документы будут временно заблокированы и невидимы для широкой публики.

(б)     После уведомления Службы поддержки ECF о сложившейся ситуации, регистрирующей стороне необходимо обратиться к председательствующему судье с письменным запросом о том, чтобы официально признать предоставленные документы секретными.

(в)     Зарегистрируйте в системе отредактированную версию ошибочно поданного файла.


### Раздел 22. Пароли ECF


**22.1    Для электронной регистрации документов в вашем суде мне нужен пароль ECF, предоставляемый Окружным судом США для Южного округа Нью-Йорка?**

Да. Чтобы подавать документы в электронном виде в данный окружной суд, у пользователя должны быть выданы этим судом логин и пароль к системе ECF? Учетные записи ECF создаются для правомочных адвокатов с надежной репутацией и сторон *pro se* с разрешением на электронную регистрацию файлов. Данный пароль является уникальным и не совпадает с паролями других окружных или арбитражных судов, а также паролем к учетной записи PACER. Никому не сообщайте свой пароль, храните его в тайне. Сбросить забытый пароль ECF можно по ссылке на странице входа в систему SDNY ECF по адресу ecf.nysd.uscourts.gov. (см. приложение) (*См. Раздел 2. Правомочность, регистрация, пароли)*.

**22.2    Как получить пароль к системе ECF, если я уже являюсь членом коллегии данного суда?**

Адвокаты, входящие в судебную коллегию, могут зарегистрироваться для получения пароля ECF онлайн, через сайт www.nysd.uscourts.gov.

**22.3    Как мне вступить в коллегию адвокатов данного суда и получить пароль к системе ECF?**

В соответствующем заявлении на допуск в судебную коллегию содержится запрос на предоставление пароля к ECF. Подробности на сайте www.nysd.uscourts.gov.

**22.4    Как мне получить разрешение на одноразовое представительство в суде pro hac vice (для данного случая) и получить пароль ECF (система подачи иска в электроном виде)?**

Поверенный может быть допущен к практике в одном судебном разбирательстве только путем подачи ходатайства о предоставлении судом разрешения юристу на одноразовое представительство в суде *pro hac vice*. Для заполнения формы ходатайства *pro hac vice* и получения инструкций по созданию пароля ECF посетите сайт www.nysd.uscourts.gov.

**22.5    Мне потребуется новый пароль ECF, если я перейду в другую юридическую фирму?**

Нет. Ваш пароль ECF остается тем же самым даже при изменении контактных данных. Местное правило гражданского судопроизводства 1.3 требует, чтобы поверенный уведомлял суд о любых изменениях в контактных данных. Дополнительную информацию можно найти на сайте www.nysd.uscourts.gov.

**22.6    Как мне узнать, что мною успешно подана в онлайновом режиме заявка на пароль ECF?**

По завершении заполнения формы заявки нажмите на кнопку "Submit" ("Подать") в нижней части формы. Экран окрасится в красный цвет, и вам будет предложено проверить правильность своих ответов. После проверки нажмите на кнопку "Proceed" ("Продолжить"). Если экран окрасился в зеленый цвет, подача заявки прошла успешно.

**22.7    Сколько времени занимает получение пароля ECF?**

Ваш пароль ECF будет отправлен вам по электронной почте в течение 48 часов после подачи вами заявки в онлайновом режиме. Суд рекомендует вам распечатать и хранить в своих документах экземпляр со сведениями о вашей учетной записи ECF.

**Раздел 23. Информация о компьютерных системах для подачи иска в электроном виде (ECF)**

**23.1    Каким интернет-браузером мне следует пользоваться для подачи иска в электроном виде в системе ECF?**

Перед выпуском каждая новая версия ECF тестируется на конкретных интернет-браузерах. На странице входа в систему ECF представлен список одобренных интернет-браузеров.

**23.2    Что такое файл PDF-A, и как мне его создать?**

Все документы, подаваемые в системе ECF в электронном виде, должны быть выполнены в формате PDF-A (формат переносимого документа). Файл PDF-A создается с помощью программного обеспечения для формирования файлов в формате PDF, например, такого как Adobe Acrobat ((более подробные сведения можно найти на сайте Adobe.com ). Файлы PDF-A невозможно изменить, что обеспечивает безопасность подателя документа и Суда.

**23.3    Имеется ли какое-то ограничение по размеру для документа, подаваемого через систему ECF?**

Да. Размер отдельного файла в формате PDF не должен превышать 10,0 мегабайт (10,0 Мб). Если подаваемый документ слишком велик, система ECF не примет его, а вы не увидите экран с уведомлением о принятии электронного документа (NEF или квитанция о принятии документа). Для определения размера файла PDF в приложении Adobe Acrobat щелкнуть в меню на File (Файл), Document Properties (свойства документа), Summary (Краткие сведения).

**23.4    Что, если размер моего документа превышает лимит?**

Преобразование документов, сформированных в текстовом редакторе, непосредственно в формат PDF-A создает наименьший по занимаемой компьютерной памяти файл. Если такой возможности нет, отсканируйте свой документ с низким разрешением. В приложении Adobe Acrobat в окне "Scan Manager" (Диспетчер сканирования) установите настройки на черно-белое сканирование с разрешением 200 точек на дюйм. Это позволяет поместить больше страниц в один файл в формате PDF-A. Если это не даст требуемого результата, разделите файл слишком большого объема на две части или больше. Просто присвойте каждому файлу индекс 1a, 1b, 1c и т.п. В электронном виде следует подавать только относящиеся к делу выдержки из приложений. (*См. раздел 5 - Приложения и дополнения*).

**23.5    Что, если техническая неисправность не позволит мне подать документ в электронном виде?**

Если техническая неисправность не даст вам произвести подачу документа в электронном виде, следуйте приведенным ниже указаниям:

(а)    Не пытайтесь подавать бумажные документы в случаях, требующих подачи иска в электронном виде, за исключением экстренной подачи документов (например, в случае судебного приказа о временном запрещении).

(б)    Если система ECF в Суде вышла из строя, вам следует подать исковое заявление в электронном виде, как только система будет восстановлена.

(в)    Если по причине неисправности системы ECF был пропущен срок подачи искового заявления, приложите к подаваемому заявлению пояснение того, как перерыв в работе системы помешал вам своевременно подать документ. (*См. раздел 11 - Технические неисправности*)

### Раздел 24. Система ECF - Служба технической поддержки и обучение

**24.1    Как мне научиться подавать документы в электронном виде?**

Суд предлагает несколько вариантов обучения пользованию системой ECF. Подробные сведения представлены на странице ECF по адресу www.nysd.uscourts.gov

(а)    Поверенным и вспомогательному персоналу предлагается обучение с личным присутствием на занятиях;

(б)    С пошаговыми инструкциями к процессу подачи искового заявления можно ознакомиться в онлайновом режиме. Они содержатся в учебных материалах для обучения с личным присутствием на занятиях. На странице ECF щелкнуть по пункту меню Training (Обучение). Затем щелкнуть по пункту меню Instructor Led Training (Обучение с инструктором) и щелкнуть по названию учебного курса.

(в)    Кроме того, имеется доступное через сеть учебное пособие по подаче документов в электронном виде.

**24.2    Как мне подписаться на бесплатные извещения о новостях в системе ECF?**

Подпишитесь на бесплатные электронные сообщения, выпускаемые Судом, на сайте www.nysd.uscourts.gov. Находясь на домашней странице, щелкнуть по пункту меню ECF, а затем POC. Вы будете периодически получать сообщения RSS на свой веб-браузер, которые будут извещать вас о перерывах в работе сервиса ECF и предоставлять другую информацию о системе ECF. Для того, чтобы подписаться на этот сервис, не обязательно быть поверенным.

**24.3    Как мне связаться со Службой технической поддержки ECF?**

Со службой технической поддержки ECF можно связаться по электронной почте по адресу helpdesk@nysd.uscourts.gov или по телефону (212) 805-0800 с понедельника по пятницу в обычное время работы канцелярия суда.

Предыдущие Правила и инструкции для пользователей системы подачи иска в электроном виде были утверждены 27 мая 2015 г. Последующие дополнения утверждены до указанной даты публикации.

ПРАВИЛА И ИНСТРУКЦИИ ПО ЭЛЕКТРОННОЙ ПОДАЧЕ ДОКУМЕНТОВ В ЮЖНОМ ОКРУГЕ НЬЮ-ЙОРКА

Федеральный окружной суд США
по Южному округу Нью-Йорка
Правила и инструкции для пользователей ECF

15 июня 2015 г., Дополнение к
изданию от 8 июня 2015 г.

Функция переустановки пароля ECF

Южный округ Нью-Йорка объявил о наличии новой функции для переустановки утерянного пароля ECF.

Начиная с 15 июня 2015 г. поверенные, являющиеся членами адвокатуры данного суда и зарегистрированные в качестве пользователей системы ECF для подачи исковых заявлений в электроном виде, могут выполнить переустановку своего пароля, перейдя по ссылке на странице входа в систему SDNY ECF Федерального окружного суда США по Южному округу Нью-Йорка ecf.nysd.uscourts.gov. Новый пароль будет отправлен по электронной почте на адрес, зарегистрированный в учетной записи пользователя системы ECF.

Правила и инструкции для пользователей ECF были переработаны соответственно, как указано ниже.

Раздел 22.1 – Для подачи в этот суд документов в электронном виде мне нужен пароль ECF от Федерального окружного суда США по Южному округу Нью-Йорка?

Да. Для подачи документов в электронном виде в этот окружной суд вы должны располагать регистрационным кодом и паролем ECF, выданными этим Судом. Учетные записи ECF предоставляются должным образом зарегистрированным поверенным и сторонам, *выступающим в суде pro se (за себя, без адвоката)*, для подачи документов в электронном виде. Такой пароль является уникальным и не совпадает с паролем из другого округа или суда по делам о банкротстве, а также с паролем к системе публичного доступа к судебным электронным документам (PACER). Храните секретность своего пароля. *Вы можете переустановить утерянный пароль ECF, перейдя по ссылке на странице входа в систему SDNY ECF Федерального окружного суда США по Южному округу Нью-Йорка* ecf.nysd.uscourts.gov. (*См. раздел 2 - Правомочность, регистрация, пароли*)

Вопросы можно направлять в службу технической поддержки ECF по адресу helpdesk@nysd.uscourts.gov, или задавать их по телефону (212) 805-0800 в рабочее время.

ПРАВИЛА И ИНСТРУКЦИИ ПО ЭЛЕКТРОННОЙ ПОДАЧЕ ДОКУМЕНТОВ В ЮЖНОМ ОКРУГЕ НЬЮ-ЙОРКА

Федеральный окружной суд США
по Южному округу Нью-Йорка
Правила и инструкции для пользователей ECF

1 сентября 2015 г., Дополнение к
изданию от 8 июня 2015 г

Правило ECF 2.4 переработано с целью извещения получателей уведомлений о принятии электронного документа

В связи с введением подачи поверенными новых гражданских исков в электронном виде необходима доработка Правила 2.4 для извещения получателей уведомлений о принятии электронного документа.

В случае подачи поверенным нового гражданского иска в электроном виде через систему ECF данного суда только поверенный, подавший иск, будет получать уведомления о принятии электронного документа (NEF) для ведения дела. Любой адвокат, участвующий в совместном ведении дела, обязан подать в электронном виде уведомление о явке в суд для получения уведомления о принятии электронного документа (NEF).

В случае, если допускается подача нового гражданского иска в документарной форме, а вносит данное дело в систему ECF, каждый поверенный, указанный на титульном листе гражданского дела или документа, инициирующего процедуру рассмотрения дела, будет получать уведомления о принятии электронного документа (NEF) для ведения дела. (См. Раздел 14.2 информацию по делам, поданным в документарной форме.)

Правило ECF 2.4 переработано соответственно, как показано ниже:

> **2.4** В гражданском судопроизводстве Секретарь суда передает уведомления о принятии электронного документа (NEF): (a) *поверенному, который подал в электронном виде документ, инициирующий процедуру рассмотрения дела;* (b) каждому поверенному, чье имя указано на титульном листе гражданского дела *или документа, инициирующего процедуру рассмотрения дел, открытых в системе ECF Секретарем суда; (c)* каждому дополнительному поверенному, который впоследствии принимает участие в ведении дела и подает в электроном виде уведомление о явке в суд; *(d)* любой стороне *pro se,* получившей от Суда разрешение зарегистрироваться в качестве пользователя системы, подавшего иск, и *(e)* любой стороне *pro se,* которая зарегистрирована в качестве пользователя системы, получающего извещения. В уголовном судопроизводстве Секретарь суда вносит в список пользователей системы лиц, подавших иск, которым будут рассылаться уведомления о принятии электронного документа, и которым предоставляется доступ к системе для подачи и извлечения в электронном виде процессуальных документов, используемых в рамках судебного разбирательства, федерального прокурора / прокуроров, указанных в форме назначения для участия в разбирательстве по уголовному делу или впоследствии идентифицированных в качестве представителей Соединенных Штатов по данному делу, а также всех поверенных, подавших в электронном виде уведомление о явке в суд в интересах обвиняемого.

Вопросы можно направлять в службу технической поддержки ECF по адресу: helpdesk@nysd.uscourts.gov или задавать их по телефону (212) 805-0800 в рабочее время.

ПРАВИЛА И ИНСТРУКЦИИ ПО ЭЛЕКТРОННОЙ ПОДАЧЕ ДОКУМЕНТОВ В ЮЖНОМ ОКРУГЕ НЬЮ-ЙОРКА

Федеральный окружной суд США
по Южному округу Нью-Йорка
Правила и инструкции для пользователей ECF

1 сентября 2015 г., Дополнение к
изданию от 8 июня 2015 г.

Правило ECF 13.1 Переработано с целью включения дополнительных писем-ходатайств

Южный округ Нью-Йорка объявил, что начиная с 1 сентября 2015 г. Правило ECF 13.1, гласящее "Возможна подача писем в электронном виде?", было переработано с целью включения в него дополнительных писем-ходатайств, которые могут подаваться в электронном виде:

        Ходатайство об обязании
        Ходатайство об объединении дел
        Ходатайство о продолжении разбирательства
        Ходатайство о раскрытии сведений
        Ходатайство об ускорении рассмотрения дела
        Ходатайство о привлечении специалиста для участия в судебном заседании
        Ходатайство об отложении судебного заседания для приобщения документов
        Ходатайство о переходе к прениям сторон
        Ходатайство о возобновлении дела
        Ходатайство о засекречивании документа
        Ходатайство о приостановке судопроизводства
        Ходатайство о замене адвоката

Перед подачей ходатайств стороны должны проконсультироваться относительно индивидуальных особенностей ведения судебной процедуры назначенным судьей, чтобы получить рекомендации в отношении подачи ходатайств.

Вопросы можно направлять в службу технической поддержки ECF по адресу: helpdesk@nysd.uscourts.gov или задавать их по телефону (212) 805-0800 в рабочее время.

ПРАВИЛА И ИНСТРУКЦИИ ПО ЭЛЕКТРОННОЙ ПОДАЧЕ ДОКУМЕНТОВ В ЮЖНОМ ОКРУГЕ НЬЮ-ЙОРКА

Федеральный окружной суд США
по Южному округу Нью-Йорка
Правила и инструкции для пользователей ECF

7 марта 2017 г., Дополнение к
изданию от 8 июня 2015 г.

Правило ECF 5.1 – Приложения и дополнения

Правило ECF 13.3 - Как производится подача дополнений?

Южный округ Нью-Йорка объявляет о внесении изменений в Правила и инструкции для пользователей ECF данного суда, направленных на прояснение надлежащей процедуры по включению дополнений к документу, поданному через систему ECF. А именно, переработано Правило 5.1 и добавлено новое Правило 13.3, как указано ниже.

5.1 Пользователи системы, подавшие иск, должны подать в электронном виде все документы, упоминаемые в качестве дополнений или приложений, если Суд не разрешает подачу документов в виде печатной копии. *Дополнения должны подаваться как приложения к основному документу. Каждое приложение должно быть четко озаглавлено, чтобы тема дополнения была понятна.*.

13.3 Как производится подача дополнений? Дополнения всегда должны подаваться как приложения к основному документу. Присоединение отсканированных дополнений к файлу PDF, содержащему основной документ, не допускается. Каждое приложение должно быть четко озаглавлено в записи системы ECF, чтобы тема дополнения была понятна. Например: УВЕДОМЛЕНИЕ О ЗАМЕНЕ (Приложения: №1 Исковое заявление в суд штата, №2 Вызов в суд штата).

Вопросы можно направлять в службу технической поддержки ECF по адресу: helpdesk@nysd.uscourts.gov или задать их по телефону (212) 805-0800 в рабочее время.

Федеральный окружной суд США
по Южному округу Нью-Йорка
Правила и инструкции для пользователей ECF

13 марта 2017 г., Дополнение к

изданию от 8 июня 2015 г.


Правило ECF 14.11 – Что, если я допущу ошибку при подаче нового гражданского иска в электроном виде?


Южный округ Нью-Йорка объявляет о внесении изменений в Правила и инструкции для пользователей ECF данного суда, касающихся процедуры возобновления определенных гражданских дел, закрытых в административном порядке.

14.11 Что, если я допущу ошибку при подаче нового гражданского иска в электроном виде?

Новые гражданские иски, поданные в электронном виде и содержащие следующие недостатки, могут быть закрыты в административном порядке без предопределения окончательного решения вопроса, а повестка о вызове в суд может не выдаваться, если недостаток не будет исправлен в течение 5 (пяти) дней от даты передачи в электронном виде Секретарем суда Уведомления о подаче документа с недостатками:

- документ, инициирующий процедуру рассмотрения дела, содержит ошибочный документ; неразборчивый или нечитабельный документ; документ отсутствует; или
- причитающийся регистрационный сбор не был уплачен целиком либо частично.

В случае, если дело закрыто в административном порядке по одной из вышеназванных причин, сторона, подающая заявление может обратиться *с просьбой* о возобновлении дела после устранения всех недостатков. *В течение 60 дней после закрытия дела заинтересованная сторона должна подать Уведомление с Обращением о возобновлении дела с описанием мер, принятых для устранения недостатков, и с просьбой о возобновлении дела. Заявления о возобновлении таких закрытых в административном порядке дел, поданные по истечении 60 дней после закрытия дел, должны рассматриваться на основании ходатайства.*

Вопросы можно направлять в службу технической поддержки ECF по адресу: helpdesk@nysd.uscourts.gov или задать их по телефону (212) 805-0800 в рабочее время.

Федеральный окружной суд США
Южный судебный округ штата Нью-Йорк
Правила и инструкции: возбуждение дела в электронном виде

26 июня, 2017, Приложение к

8 июня, 2015 Редакция

Южный судебный округ штата Нью-Йорк - требование возбуждать гражданские дела разнообразного характера в электронном виде

Начиная с 26 июня 2017 года Южный судебный округ штата Нью-Йорк Федерального окружного суда США будет требовать, чтобы новые гражданские дела разнообразного характера возбуждались в электронном виде в системе ECF (возбуждение дела в электронном виде) (за исключением нижеуказанных случаев).

Следующие гражданские иски разнообразного характера не могут быть поданы в режиме онлайн через систему ECF и должны, по-прежнему, подаваться традиционным образом на бумаге:

- Новые гражданские иски разнообразного характера, включающие приказ о представлении обоснования, приказ о временном запрещении, поручительство за явку ответчика в суд или приказ или документы, которые должны скрепляться печатью;

- Новые гражданские иски разнообразного характера, поданные стороной *самостоятельно* без адвоката ;

Адвокаты, принятые в коллегию адвокатов данного суда, зарегистрированные в качестве пользователей системы ECF, и адвокаты, желающие быть допущенными *для этого случая,* будут подавать онлайн гражданские иски разнообразного характера и оплачивать соответствующие пошлины.

Сторона, которая не может выполнить требование по подаче нового гражданского иска разнообразного характера в электронном виде через систему ECF, должна запросить разрешения суда подать иск традиционным способом, на бумажном носителе.

Дополнительные инструкции относительно возбуждения гражданских дел разнообразного характера можно найти в Регламенте суда (прилагается) и учебных материалах по возбуждению дела в электронном виде, которые доступны онлайн по ссылке:www.nysd.uscourts.gov/ecf.php.

Ниже изложены правила и инструкции относительно возбуждения дела в электронном виде, измененные в соответствии с изменением процедуры.

#### Раздел 1. Сфера применения электронного возбуждения дел

**1.2**      В гражданских делах разнообразного характера в электронном виде будут подаваться первоначальные документы, включая исковые заявления, извещения, жалобы и т.д., будут оплачиваться соответствующие пошлины и будут подаваться запросы на выдачу повесток и их выдача. (*Смотри раздел 14 - Подача гражданского иска* ).

**1.3**      Если иное не предусмотрено условиями гражданских дел, положения данных процедур относительно возбуждения в электронном виде применяется к *делам разнообразного характера и* уголовным делам. Процедуры электронной подачи не применяются к ходатайству об аресте, запросу или ордеру на электронное наблюдение, а также к иным распоряжениям в целях расследования уголовного дела или судопроизводства по второстепенному вопросу в одной юрисдикции в помощь судопроизводству по существу иска в другой юрисдикции или к процедурам, связанным с следственным советом присяжных.

26 июня, 2017, Приложение к

8 июня, 2015 Редакция

### Раздел 13. Основы ECF

**13.1    Можно ли подавать письма в электронном виде?**

 Письма, адресованные судьям, которые принимают письма, можно подавать в электронном виде, за исключением писем, которые должны быть скреплены печатью. Сторонам необходимо узнать, предполагается ли вообще в индивидуальной практике назначенного судьи прием писем, и если судья принимает письма, то имеется ли ограничение на количество страниц письма и/или требуется ли направить копию письма, поданного в ECF (если да, то каким способом доставки). Все письма, адресованные суду, должны содержать адресную строку с указанием наименования дела и номер в досье (например, «На: *Дое против Смита* , 13 Дело 1234 (АВС)»). Переписка исключительно между сторонами или их законными представителями, или иным образом не адресованная суду, не может быть осуществлена в электронном виде через ECF (за исключением случаев, если переписка является приложением к иному документу, поданному должным образом).
В гражданских делах разнообразного характера, письма, направляемые в электронном виде, должны передаваться в следующем порядке:
…

### Раздел 14. Подача гражданского иска

**14.1    Должны ли возбуждаться новые гражданские дела разнообразного характера в электронном виде в системе ECF?**

Да. Требуется, чтобы адвокаты, желающие возбудить новое дело гражданского *или* иного характера, возбуждали новое дело в системе суда ECF. В секретариате не примут новое дело гражданского *или иного характера* , возбужденное на бумажном носителе, за исключением конкретных случаев, указанных ниже.

Сторона, которая не может возбудить дело в электронном виде, должна запросить разрешения суда подать иск традиционным способом, на бумажном носителе. Любой такой запрос, сделанные в нерабочие часы, может быть передан через ящик ночного приема, который обслуживается в соответствии со статьей 1.1 местного Гражданского процессуального кодекса.

**14.2    Существуют ли дела, которые нельзя возбуждать в электронном виде?**

Да. Следующие дела нельзя возбуждать в электронном виде, и они должны возбуждаться традиционным образом на бумаге:

- Гражданские дела *разнообразного характера*, включающие приказ о представлении обоснования, приказ о временном запрещении или иные документы, которые должны скрепляться печатью;
- Гражданские *иски разнообразного* характера, поданные стороной *самостоятельно* без адвоката;
- *Дела относительно права арестованного быть доставленным в суд для пересмотра решения об избрании меры пресечения* в соответствии с §2255, 28 Свода законов США (заключенный в федеральном исправительном учреждении);
- Дела относительно Закона о неправомерных претензиях (*дела по уголовным искам, с которым выступают представители государства совместно с лицом, сообщившим о преступлении* или «осведомителей»), возбужденные в соответствии с §3729 и далее, 31 ода законов США;

**14.3    Как мне возбудить новое гражданское дело разнообразного характера в электронном виде в системе ECF?**

Указания о том, как возбудить новое гражданское дело *разнообразного* характера в электронном виде можно найти по ссылке:
http://www.nysd.uscourts.gov/ecf.php.

**14.5    Можно ли одновременно подать в электронном виде заявление о допуске для этого случая и возбудить новое дело гражданского или иного характера?**

Да. Адвокат, который не принят в коллегию адвокатов данного суда и желающий возбудить новое дело гражданского *или иного* характера,

ПРАВИЛА И ИНСТРУКЦИИ ПО ЭЛЕКТРОННОЙ ПОДАЧЕ ДОКУМЕНТОВ В ЮЖНОМ ОКРУГЕ НЬЮ-ЙОРКА

26 июня, 2017, Приложение к

8 июня, 2015 Редакция

может подать заявку на временный доступ к ECF, чтобы получить возможность подать первичные документы для возбуждения дела, а так же заявление о допуске *для этого случая*. Заявители должны сначала заполнить ходатайство о допуске *для этого случая*/бланк регистрации в ECF по ссылке: www.nysd.uscourts.gov/pro_hac.php. Информация о временной учетной записи в ECF будет направлена заявителю по электронной почте. Затем можно возбудить новое *гражданское* дело в электронном виде, включая заявление о допуске *для этого случая*.

**14.7    Остается ли прежним метод вручения повесток и подачи исковых заявлений?**

Да. Несмотря на то, что возбуждение новых дел гражданского *и иного* характера в суде осуществляется в электронном виде, метод вручения повесток и подачи исковых заявлений остается прежним в соответствии с федеральными правилами гражданского судопроизводства 4.

**14.11    А если я допущу ошибку при возбуждении нового гражданского дела в электронном виде?**

Новые дела гражданского *и иного* характера, возбужденные в электронном виде, содержащие следующие недочеты, могут быть закрыты в административном порядке, что не предопределяет окончательное решение вопроса, и повестки не могут быть выданы, пока недочеты не устранены в течение пяти (5) дней после того, как Секретарь передает уведомление о недочетах в возбуждении дела в электронном виде:

- В первичных документах для возбуждения дела содержится неверный документ; текст документа неразборчивый или его невозможно прочесть; или документы вообще отсутствуют; или
- Пошлина за возбуждение дела не оплачена полностью или частично.

Если дело закрыто в административном порядке по одной из вышеуказанных причин, то сторона, возбуждающая дела, может обратиться с требованием о возобновлении дела, после устранения недочетов. В течение 60 дней после закрытия дела, сторона должна подать Извещение о заявлении о возобновлении дела, содержащее описание мер по исправлению недочетов и требование о возобновлении дела. Заявления о возобновлении таких дел, закрытых в административном порядке, поданные в течение 60 дней после закрытия, должны быть обработаны.

С вопросами относительно ошибок иного рода можно обратиться в службу поддержки ECF по электронной почте: helpdesk@nysd.uscourts.gov или по телефону (212) 805-0800 в течение рабочего времени.

**14.12    А если я дважды произведу оплату во время возбуждения нового гражданского дела в электронном виде?**

Вы можете направить Секретарю суда письмо с запросом вернуть Вам сумму повторного платежа. В письме должен быть указан номер дела, дата платежа, документ, связанный с оплатой, номер(а) квитанции(й) оплаты государственных пошлин и Ваш адрес электронной почты. Для того чтобы вернуть платеж не связывайтесь с компанией, которая выдала Вам пластиковую карту.

**Раздел 17. Апелляционные обжалования**

**17.1    Как подать извещение об апелляционном обжаловании по делу гражданского или иного характера?**

Пользователи должны подавать любые извещения об апелляционном обжаловании по делу гражданского *или иного характера* в электронном виде через систему ECF. Пошлина оплачивается онлайн через систему ECF. Инструкции и учебные материалы доступны по ссылке: nysd.uscourts.gov/ecf_training.php. *На сторону по гражданскому делу, выступающую самостоятельно* и не являющуюся пользователем, возбуждающим дело, не распространяются такая часть правил, в которых требуется, чтобы извещение об апелляционном обжаловании подавалось в электронном виде.

34

ПРАВИЛА И ИНСТРУКЦИИ ПО ЭЛЕКТРОННОЙ ПОДАЧЕ ДОКУМЕНТОВ В ЮЖНОМ ОКРУГЕ НЬЮ-ЙОРКА

26 июня, 2017, Приложение к

8 июня, 2015 Редакция

Сотрудники Секретариата отсканируют и подадут в электронном виде все соответствующие апелляционные документы, полученные от сторон по гражданскому делу, выступающих *самостоятельно* и не являющихся пользователем, возбуждающим дело.

### Раздел 18. Документы на бумажных носителях

**18.1   Существуют ли документы по делу, возбужденному в электронном виде в системе ECF, которые не должны быть поданы в электронном виде?**

Да, включая:

- Предлагаемые распоряжения; предполагаемые решения суда, поручительства за явку ответчика в суд; согласия, см. ниже:
- Приказы о представлении обоснования/приказы о временном запрещении, см. ниже;
- Документы, скрепленные печатью, см. ниже;
- Обязательство поручителя за явку ответной стороны в суд, см. ниже; и
- Извещение об апелляционном обжаловании в уголовных делах, см. раздел 17;

ПРАВИЛА И ИНСТРУКЦИИ ПО ЭЛЕКТРОННОЙ ПОДАЧЕ ДОКУМЕНТОВ В ЮЖНОМ ОКРУГЕ НЬЮ-ЙОРКА

Федеральный окружной суд США
Южный судебный округ штата Нью-Йорк
Правила и инструкции: возбуждение дела в электронном виде

3 января, 2018, Приложение к

8 июня, 2015 Редакция

Правило 13.17 системы ECF - Следует ли подавать в электронном виде запросы, связанные с досудебным представлением доказательств?

Южный судебный округ штата Нью-Йорк объявляет о пересмотре правил и инструкций суда о возбуждение дела в электронном виде, цель которого состоит в обеспечении соответствия с ограничениями, установленными для подачи найденных доказательств, существующих в федеральных правилах гражданского судопроизводства и местном Гражданском процессуальном кодексе. В правила и инструкции по возбуждению дела в электронном виде добавлено новое правило 13.17, как описано ниже.

*13.17 Следует ли подавать в электронном виде запросы, связанные с досудебным представлением доказательств?*

*Нет. Большинство запросов, связанных с досудебным представлением доказательств и ответы «не должны подаваться до тех пор, пока они не используются в судебном разбирательстве или подаче судебных распоряжений...» (см. федеральные правила гражданского судопроизводства 5(d)(1)). Если уместно подавать материалы, связанные с найденными доказательствами, до подавать следует только извлечения (см. статью 5.1 местного Гражданского процессуального кодекса и правило 5.2 ECF).*

С вопросами можно обратиться в службу поддержки ECF по электронной почте: helpdesk@nysd.uscourts.gov или по телефону(212)805-0136 в течение рабочего времени.

Федеральный окружной суд США
Южный судебный округ штата Нью-Йорк
Правила и инструкции: возбуждение дела в электронном виде

3 января, 2018, Приложение к

8 июня, 2015 Редакция

Правило 23.3 системы ECF - Имеется ли ограничение по размеру документа, который можно подать в систему ECF?

Южный судебный округ штата Нью-Йорк объявляет о пересмотре правил и инструкций суда о возбуждение дела в электронном виде относительно максимального размера документа, который можно подать в электронном виде в систему ECF.

23.3 Имеется ли ограничение по размеру документа, который можно подать в систему ECF?

Да. Один файл формата PDF может быть не больше *10 мегабайт (10 Мбайт)* Если размер подаваемых документом слишком большой, то система ECF не сможет загрузить их, и Вы не увидите на экране извещение о загрузке документов в электронном виде (или уведомление о загрузке). Кликните на «файл», «свойства документа», «обзор» чтобы определить размер файла в программе Adobe Acrobat PDF.

С вопросами можно обратиться в службу поддержки ECF по электронной почте: helpdesk@nysd.uscourts.gov или по телефону(212)805-0136 в течение рабочего времени.