Извещение ответчика о предъявленном иске в соответствии с 28 USC 1608 Summons IH 6

4/17

## ОКРУЖНОЙ СУД СОЕДИНЕННЫХ ШТАТОВ
по
Южному округу Нью-Йорка

Национальный комитет демократической партии

           Истец

против

Российская Федерация; Генеральный штаб Вооруженных Сил Российской Федерации («ГРУ») и др.

           Ответчик

Гражданский иск №

### ИЗВЕЩЕНИЕ ОТВЕТЧИКА О ПРЕДЪЯВЛЕННОМ ГРАЖДАНСКОМ ИСКЕ

Кому: Генеральный штаб Вооруженных Сил Российской Федерации («ГРУ»),
Хорошевское шоссе, д. 76,
Ходинка, Москва
Российская Федерация

Против Вас был подан иск.

Вы должны предоставить истцу ответ на прилагаемое исковое заявление или ходатайство согласно правилу 12 Федерального гражданского процессуального кодекса в течение 60 дней после вручения Вам этого извещения (не считая день, в который Вы получили его). Ответ или ходатайство необходимо вручить истцу или адвокату истца, т. е.:

Джозеф М. Селлерс (Joseph M. Sellers)
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave., NW, Fifth Floor Washington,
DC 20005
(202) 408-4600

Если Вы не предоставите ответ, суд вправе заочно удовлетворить исковое требование. Вы также должны направить Ваш ответ или ходатайство в суд.

**СЕКРЕТАРЬ СУДА**

Дата: _____

                                            Подпись секретаря или заместителя секретаря

Извещение согласно 28 USC 1608 (12/11) (Стр. 2)

Гражданский иск №

## ДОКАЗАТЕЛЬСТВО ВРУЧЕНИЯ

*(Этот раздел не предоставляется суду, если это не требуется согласно правилу 4 (l) Федерального гражданского процессуального кодекса)*

Настоящее извещение, предоставляемое *(Ф.И.О. и должность лица, если таковые имеются)* _____, было получено мной *(дата)* _____.

Я лично вручил(-а) данное извещение указанному лицу в *(место)* _____ _____ *(дата)* _____; либо

Я передал(-а) данное извещение по месту регистрации или жительства упомянутого лица в руки *(Ф.И.О.)* _____ _____, который(-ая) является дееспособным и вменяемым лицом и проживает по этому же адресу, *(дата)* _____, а также отправил копию извещения по последнему известному адресу; либо

Я вручил извещение в руки *(Ф.И.О. лица)* _____, который(-ая) по закону имеет право получать процессуальные документы от имени *(наименование организации)* _____ _____, *(дата)* _____; либо

Я вернул извещение, потому что _____; либо

Другое *(указать):*

.

Мое вознаграждение составляет _____ долл. США в качестве расходов на проезд и _____ долл. США за предоставленные услуги, в общей сложности — _____ долл. США.

Я заявляю под страхом наказания за лжесвидетельство, что приведенная выше информация является достоверной.

Дата: _____

_____
*Подпись лица, вручающего судебные документы*

_____
*Ф.И.О. и должность (разборчиво)*

_____
*Адрес лица, вручающего судебные документы*

Дополнительная информация о попытке вручения и т. д.: