Повестка IH 6 на основании титула 28 Свода законов США, 1608

4/17

## ОКРУЖНОЙ СУД СОЕДИНЕННЫХ ШТАТОВ
по
Южному округу г. Нью-Йорк

Национальный комитет демократической партии

        Истец

против

Российской Федерации и пр.

        Ответчик

Гражданский иск № 1:18-cv-03501

### ИЗВЕЩЕНИЕ ОТВЕТЧИКА О ПРЕДЪЯВЛЕННОМ ЕМУ ИСКЕ ПО ГРАЖДАНСКОМУ ДЕЛУ

В адрес: (Имя/наименование и адрес Ответчика)
Оперативного сотрудника ГРУ, известного под псевдонимом «Гуччифер 2.0»
для вручения через Главное управление Генерального штаба Вооруженных Сил Российской Федерации («ГРУ»)
Хорошевское шоссе, д. 76,
Ходынка, г. Москва
Российская Федерация

Против Вас был подан иск.

Согласно Правилу 12 Федерального гражданского процессуального кодекса США течение 60 дней после вручения Вам настоящей повестки (не считая дня вручения), Вы должны вручить истцу истец ответ на прилагаемое исковое заявление или ходатайство. Ответ или ходатайство должны быть вручены истцу или адвокатам истца, наименование и адрес которых:

Джозеф М. Селлерс (Joseph M. Sellers)
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue NW
Fifth Floor
Washington, DC 20005
(202) 408-4600

Если Вы не ответите, против Вас в порядке заочного судопроизводства может быть вынесено постановление суда на предмет средства правовой защиты, испрашиваемого в исковом заявлении. Вы также должны подать ответ или ходатайство в суд.

**СЕКРЕТАРЬ СУДА**

Дата: 4/20/2018

[печать:] ОКРУЖНОЙ СУД СОЕДИНЕННЫХ ШТАТОВ ОКРУГУ Г. НЬЮ-ЙОРКА ПО ЮЖНОМУ

[подпись]

/ расшифровка подписи / Дж. Гонсалес (J. Gonzalez)

Подпись Секретаря или Заместителя секретаря суда

Повестка на основании титула 28 Свода законов США, 1608 (12/11) (стр. 2)

Гражданский иск №

## ДОКАЗАТЕЛЬСТВО ВРУЧЕНИЯ

*(Этот раздел не подлежит регистрации в суде, за исключением тех случаев, когда это требуется Федеральными правилами гражданского судопроизводства, часть 4 (l))*

Эта повестка в адрес *(имя лица и титул, при наличии)*
_____ была получен мной *(дата)*
_____.

Я лично вручил(-а) повестку этому лицу по адресу *(адрес)* _____
_____ *(дата)* _____; или

Я оставил(-а) повестку в резиденции или обычном месте проживания лица *(имя)* _____
_____ , лицу соответствующего возраста и дискреционных полномочий, которое проживает там, *(дата)* _____ , и направил(-а) копию на последний известный адрес лица; или

Я вручил(-а) повестку *(имя физического лица)* _____ , который назначается законом для получения процессуальных уведомлений от имени *(название организации)*
_____ _____ *(дата)*
_____ ; или

Я вернул(-а) повестку, не вручив ее, потому, что_____ ; или

Другое *(укажите конкретно):*
                                                                                                                                                              .

Мое вознаграждение составляет_____долл. США за проезд и _____ долл. США за вручение на общую сумму _____долл. США.

Я заявляю под страхом наказания за лжесвидетельство, что эта информация соответствует действительности.

Дата: _____
                                                                                        _____
                                                                                        *Подпись лица, вручающего повестку*

                                                                                        _____
                                                                                        *Имя и должность печатными буквами*

                                                                                        _____
                                                                                        *Адрес лица, вручающего повестку*

Дополнительная информация о попытке вручения и т.д.: