**ФЕДЕРАЛЬНЫЙ ОКРУЖНОЙ СУД США
ЮЖНОГО ОКРУГА НЬЮ-ЙОРКА**

|  |  |
|---|---|
| НАЦИОНАЛЬНЫЙ КОМИТЕТ ДЕМОКРАТИЧЕСКОЙ ПАРТИИ, ) ) ) | |
| Истец ) | Гражданский иск № 1:18-cv-03501-JGK |
| ) | |
| против ) | **УВЕДОМЛЕНИЕ ОБ ИСКЕ** |
| ) | |
| РОССИЙСКОЙ ФЕДЕРАЦИИ и пр., ) | |
| ) | |
| Ответчики. ) ) | |

**УВЕДОМЛЕНИЕ ОБ ИСКЕ**

Согласно Закону США об иностранном суверенном иммунитете, Титул 28 Свода законов США, § 1608 (а) и Федеральному правилу 22 Кодекс федеральных правил, § 93.2, настоящим Истец предоставляет Ответчикам это Уведомление об иске.

1. Это дело под названием *Национальный комитет демократической партии против Российской Федерации и др.,* Гражданское дело № 1: 18-cv-03501-JGK (Южный округ Нью-Йорка (S.D.N.Y.) *предъявлено к регистрации* 20 апреля 2018 г.). Оно было предъявлено к регистрации в Федеральный окружной суд Соединенных Штатов Южного округа Нью-Йорка.

2. Иностранное государство, о котором идет речь – Российская Федерация. К политическим образованиям, о котором идет речь, относятся Генеральный штаб Вооруженных Сил Российской Федерации («ГРУ») и оперативный сотрудник, отдел или подразделение ГРУ, работающие онлайн под псевдонимом «Гуччифер 2.0».

3. Истцом является Национальный комитет демократической партии. В дополнение к трем Ответчикам, перечисленным в пункте 2, другими Ответчиками являются: Арас Искенерович Агаларов; Эмин Арас Агаларов; Йозеф Мифсуд; Wikileaks; Джулиан Ассанж; Donald J. Trump For President, Inc..; Дональд Дж. Трамп, младший; Пол Дж. Манафорт, младший; Роджер Дж. Стоун, младший; Джаред К. Кушнер; Джордж Пападопулос; и Ричард У. Гейтс, III.

4. Вручаемые документы – Повестки и Исковое заявление.

5. Это гражданское производство в федеральных судах Соединенных Штатов. Истец утверждает, что иностранное государство и политические образования, названные в качестве Ответчиков по этому делу, взломали их компьютерные системы и сети, украли коммерческую тайну, другие документы и информацию, а также способствовали использованию и распространению этих документов. Истцы также утверждают, что Ответчики вступили в сговор для совершения этих действий.

2345655 v1

В частности, Истец утверждает, что Ответчики нарушили:

- Закон «О компьютерном мошенничестве и злоупотреблении» (Титул 18 Свода законов США, § 1030 (A));

- Закон «О коррумпированных и находящихся под влиянием рэкетиров организациях» («RICO») (Титул 18 Свода законов США, § 1962);

- Закон «О перехвате телефонных разговоров» (Титул 18 Свода законов США, §§ 2510-22); Закон «О сохраненных сообщениях» (Титул 18 Свода законов США, §§ 2701-12);

- Закон «О защите авторских прав в цифровую эпоху» (Титул 17 Свода законов США, § 1201 *и далее*.);

- Неправомерное использование коммерческой тайны согласно Закону «О защите коммерческой тайны» (Титул 18 Свода законов США, § 1836 *и далее*);

- «Федеральный единообразный закон о торговых секретах» Вашингтона, Округ Колумбия (Свод законов округа Колумбия, §§ 36-401 - 46-410);

- Нарушение чужого права владения по Общему праву Округа Колумбия;

- Нарушение чужого права владения движимым имуществом по Общему праву шт. Виргиния;

- Заговор с целью нарушения чужого права владения движимым имуществом по Общему праву шт. Виргиния; и

- Закон «О компьютерных преступлениях») шт. Виргиния (Свод законов шт. Виргиния, § 18.2-152.5 *и далее*.).

Истец испрашивает следующие средства правовой защиты:

- Возмещение ущерба в размере, который должен быть определен, включая (помимо прочего) все убытки и потери, понесенные Истцом в результате незаконного взлома, кражи и последующего разглашения конфиденциальных документов Истца и/или ответа Истца и устранений нарушений в этой связи;

- Компенсаторные убытки в тройном размере (по наличию) на сумму, которая должна быть доказана в ходе судебного разбирательства;

- Финансовая выгода, полученная Ответчиками в результате нарушений;

- Компенсация ущерба, предусмотренная законодательными актами (по наличию);

- Штрафные убытки (по наличию);

- Заявление о том, что Ответчики, согласно доказательству, вступили в сговор и фактически участвовали в махинации для совершения незаконного и несанкционированного взлома компьютерных систем и/или личных электронных писем Истца и вывода конфиденциальной информации; распространили эту краденную информацию широкой публике; и использовали такую раскрытую краденную информацию с целью повлиять на выборы в 2016 г. для собственной выгоды;

2

- Средство правовой защиты в виде судебного запрещения, препятствующего Ответчикам получать доступ к компьютерным сетям Истца и/или личным электронным письмам без разрешения Истца; принимать участие в любой деятельности, которая нарушает, снижает качество, мешает исполнению или ухудшает функциональность компьютерных сетей или личных электронных писем Истца; продавать, публиковать, распространять или использовать любую собственность или информацию, полученную из компьютерных сетей или личных электронных писем Истца без разрешения Истца; а также удалению, извлечению или копированию любой информации или данных с компьютеров и личных электронных писем Истца без разрешения Истца;

- Гонорары и расходы адвокатов;

- Проценты за период до и после вынесения судебного решения; и

- Любые другие средства правовой защиты, которые Суд может счесть справедливыми и правильными.

С совершенным почтением,

Дата: 18 мая 2018 г.

Джозеф М. Селлерс (законным образом допущенный *к участию в этом деле*)
Джеффри А. Грабер (законным образом допущенный *к участию в этом деле*)
Джулия А. Хорвиц (*допуск к участию в этом деле* рассматривается)
Элисон С. Дейч (*допуск к участию в этом деле* рассматривается)
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW ● Fifth Floor
Washington, DC 20005
(202) 408-4600

Майкл Эйзенкрафт,
Cohen Milstein Sellers & Toll PLLC
88 Pine St. # 14
New York, NY 10005
(212) 838-7797

jsellers@cohenmilstein.com
ggraber@cohenmilstein.com
jhorwitz@cohenmilstein.com
adeich@cohenmilstein.com
meisenkraft@cohenmilstein.com

*Представители Истца*