
TRANSPERFECT

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the following documents are, to the best of my knowledge and belief and within the given parameters, a true and accurate translation from English into Russian:

- DNC COMPLAINT – STAMPED
- GRU Summons
- Russian Federation Summons

_____
Aurora Landman

Sworn to before me this

_____
April 24, 2018

_____
Signature, Notary Public

[Notary Stamp: WENDY POON, NOTARY, NO. 01PO6356754, QUALIFIED IN QUEENS COUNTY, COMM. EXP. 04-03-2021, STATE OF NEW YORK, PUBLIC]

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE



City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the following documents are, to the best of my knowledge and belief and within the given parameters, a true and accurate translation from English into Russian:

- ECF Rules 060815 + 010318 Addendum Final
- Individual Rules March 26 2018

Aurora Landman

Sworn to before me this

April 25, 2018

Signature, Notary Public

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE



City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the document "Notice of Suit" is, to the best of my knowledge and belief, a true and accurate translation from English into Russian.

*[signature]*
Aurora Landman

Sworn to before me this
May 16, 2018

*[signature]*
Signature, Notary Public

*[Notary Seal: WENDY POON, NOTARY, NO. 01PO6356754, QUALIFIED IN QUEENS COUNTY, COMM. EXP. 04-03-2021, STATE OF NEW YORK, PUBLIC]*

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE



City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the document "PL 94583 (HR 11315)" is, to the best of my knowledge and belief, a true and accurate translation from English into Russian.

_____
Aurora Landman

Sworn to before me this
May 16, 2018

_____
Signature, Notary Public

_____
Stamp, Notary Public

[Notary stamp: WENDY POON, NOTARY PUBLIC, NO. 01PO6356754, QUALIFIED IN QUEENS COUNTY, COMM. EXP. 04-03-2021, STATE OF NEW YORK]

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016  |  T 212.689.5555  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE



City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the document "Summons to Guccifer Stamped" is, to the best of my knowledge and belief, a true and accurate translation from English into Russian.

Aurora Landman

Sworn to before me this
May 16, 2018

Signature, Notary Public

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE