```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/22/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMOCRATIC NATIONAL COMMITTEE,            18-cv-3501 (JGK)

        PLAINTIFF,                     ORDER

 - AGAINST -

THE RUSSIAN FEDERATION ET AL.,

        DEFENDANTS.

**JOHN G. KOELTL, District Judge:**

    Non-party David Andrew Christenson has made numerous filings with the Court in this case (see Dkt. Nos. 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 58, 60, 61, 62, 63). Many of these filings seek to alert the Court to Mr. Christenson's filings in other courts. None of these filings require any action by the Court. To the extent that any of these filings request relief from the Court, they are **denied** because Mr. Christenson has not shown that he is entitled to any relief.

SO ORDERED.

Dated:    New York, New York
           May 21, 2018

                                              John G. Koeltl
                                        United States District Judge