UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson

Civil Action No. 1:18-cv-03501

DEMOCRATIC NATIONAL COMMITTEE,

2018 MAY 22

Racketeer Influenced and
Corrupt Organization Act (RICO)

Plaintiff,

v.

Judge John G. Koeltl

RUSSIAN FEDERATION, et al;
Defendants.

Amicus
This is Election Tampering
Why are Politicians not talking about this?

If we don't change the narrative Mankind will cease to exist by October 12th, 2050. This is not a prophecy or prediction but a mathematical certainty.

The only avenue left is through the courts, the last protectors of the Constitution and Free Speech. There is no other forum.

Time, Math and the Russians (inadvertently) will prove me right.

Our Judges have to ensure that our leaders and politicians are talking about what is truly important. The survival of our species is of paramount importance. I beg you to give me a voice.

In order to protect the Constitution, you must think in creative and abstract ways. The Federal Code and the court's rules and procedures don't allow for this. It seems the Judiciary can only handle a round peg for a round hole.

The Democratic National Committee represents the Democratic Party and thus 50% of the people in the United States. The DNC does not give any importance to the following but yet it has consequences for every Democrat. This is text book election tampering. Those that represent you truly do not. Your leaders have convinced you to walk to the cliff and jump.

**The following article by the New York Times is a nuclear explosion**. This is a perfect example of Federal Desensitizing Propaganda. Mankind will cease to exist when there is a negative 3% growth rate.

The article never discusses that the fertility problem in medical and mental terms. Both men and women are having problems achieving conception. There is also the un-talked about problem that people are afraid to procreate and they are afraid for many different reasons, some of which are conscious and others are unconscious. This is a form of suicide. People are making a life choice, just like with suicide, that they don't want to perpetuate the human race. Suicide and Murder(s)-Suicide(s) record rates are increasing every year. Suicide(s) and Murder(s)-Suicides(s) take those that can procreate out of the

equation and thus exacerbate the problem. The number of people committing suicide doubles every two to three years. Mankind can't be sustained.

I asked a young couple who had just gotten married if they were going to start a family. Their response was the new political normal. Both of them said: "Not as long as Trump is President".

Have we fallen so far down the abyss that procreation is a decision based on politics?

The New York Times wants you to believe it is because of Facebook. The arrogance of the New York Times in drawing a conclusion to such an important problem without facts is unconscionable. This is a much bigger problem than just an addiction to Facebook. (Facebook is a term I use for "Stupid and Unfounded Conclusions")

The article fails to mention the decrease in life expectances. You have an exponential equation: decrease in life expectancies, decrease in the birth rate and an increase in Suicide(s) and Murder(s)-Suicide(s). The perfect cocktail for the Genocide (Suicide) of Mankind.

The article does mention that immigration is a major factor in stunting the data. Without legal and illegal immigrants, the numbers would be much worse.

U.S. Fertility Rate Fell to a Record Low, for a Second Straight Year
By Sabrina Tavernise
https://www.nytimes.com/2018/05/17/us/fertility-rate-decline-united-states.html?emc=edit_th_180517&nl=todaysheadlines&nlid=770447660517

May 16, 2018
WASHINGTON — The fertility rate in the United States fell to a record low for a second straight year, federal officials reported Thursday, **extending a deep decline that began in 2008 with the Great Recession.**

The fertility rate fell to 60.2 births per 1,000 women of childbearing age, **down 3 percent from 2016**, according to the National Center for Health Statistics. It was the largest single-year decline since 2010, when families were still feeling the effects of a weak economy.

Fertility rates are essential measures of a society's demographic balance. If they are too high, that can strain resources like housing and education. If they are too low, a country can face challenges replacing its work force and supporting its older adults, like in Russia and Japan. In the United States, declines in rates have not led to drops in the population, **in part because they have been largely offset by immigration.**

The attached eleven Amicus Pleadings were filed in the following cases:

1. United States v. Boucher (1-18:cr-00004) Judge Marianne O. Battani

2. United States v. Manafort (1:18-cr-00083) Senior Judge T.S. Ellis, III

3. Manafort v. United States (1:18-cv-00011) Judge Amy Berman Jackson

4. United States v. Flynn (1:17-cr-00232) Judge Emmet G. Sullivan

5. United States v. Papadopoulos (1:17-cr-00182) Judge Randolph Daniel Moss

6. United States v. Manafort (1:17-cr-00201) Judge Amy Berman Jackson

7. United States v. Internet Research Agency LLC (1:18-cr-00032) Judge Dabney L. Friedrich

8. United States v. Van Der Zwann (1:18-cr-00031) Judge Amy Berman Jackson

9. Deepwater Horizon v. BP Exploration & Production (16-30918) Judge Carl Barbier

10. Democratic National Committee v. Russian Federation, et al (1:18-cv-5301) Judge John G. Koeltl

11. State of Louisiana v. Nathan Foreman (Section H Case 459100) Judge Camille Buras

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on May 17th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson



David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

RECEIVED
2018 MAY 21  PM 3:58
CLERK'S OFFICE
S.D.N.Y.
2018 MAY 22  PM 9:10

Pro Se

Clerk
US District Court SD New York
500 Pearl Street
New York, NY 10007-1312

PENSACOLA FL 325
17 MAY 2018 PM 1 L