UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson

DEMOCRATIC NATIONAL COMMITTEE,

Plaintiff,

v.

RUSSIAN FEDERATION, et al;
Defendants.

Civil Action No. 1:18-cv-03501

Racketeer Influenced and
Corrupt Organization Act (RICO)

Judge John G. Koeltl

**Under Seal** Letter and Motion to Attend

The Department of Justice (FBI and US Marshals) have convinced the Federal Judiciary that I am a very dangerous terrorist. Judges inherently believe the DOJ and it takes me years to convince them otherwise.

I would like to attend your hearing on July 5th, 2018. I do not have any money so it would be a burden. I also would need your permission so that the DOJ does not harass me. I will act professionally and most importantly I will not speak. As a military officer I give you my word that I will not be part of the circus. I will arrive quietly, listen and leave quietly. I hate the media. Everything they do is for money.

I will arrive at the courthouse five minutes before it opens and find a quiet place to wait. If you have a room I will be glad to wait there. Please give me some indication that I can attend. Is there any chance that I could temporarily be a party?

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on May 16th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

RECEIVED
2018 MAY 21  PM 4:08
CLERK'S OFFICE
S.D.N.Y.

2018 MAY 22  PM 9:07

PENSACOLA FL 325

15 MAY 2018 PM 1 L

Clerk
US District Court SD New York
500 Pearl Street
New York, NY 10007-1312

10007-131608



