UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson                               Civil Action No. 1:18-cv-03501

DEMOCRATIC NATIONAL COMMITTEE,                         Racketeer Influenced and
                                                                                         Corrupt Organization Act (RICO)
Plaintiff,

v.                                                                                          Judge John G. Koeltl

RUSSIAN FEDERATION, et al;
Defendants.

Amicus (Fourth)

The Publisher of the New York Times has stated that my writings are those of a crazy terrorist, a madman.

This country was founded by crazy terrorists.

In reality it is the Publisher of the New York Times that is a Mercenary, much worse than a terrorist, because he is causing the Genocide of Mankind for money.

We murdered those children, you and I, at Santa Fe High School in Texas by allowing the dialogue to be false. We have allowed people who want only power and money to control the dialogue. We have censored those people that place this country and Mankind first. The courts have to protect us or the Genocide of Mankind will take place and is taking place.

Don't Judge me on my writings.

What I want you to take away from this is the idea that we need an open and honest dialogue that is not controlled by people who want power and money.

I beg you not to discount what I am saying.

If you won't help me then find a solution yourself before it is too late.

At least I am trying.

Fact: Our brains have been neurologically and biologically altered. The environment, diet and vaccinations have all been contributing factors. I have named this as a compilation term - The Katrina Virus. The Katrina Virus attacks the immune system with the direct results being Alzheimer's, Dementia, Influenza and Pneumonia deaths, Suicide(s), Murder(s)-Suicide(s), etc. Almost all of our medical maladies are connected to our degraded immune system. A strong immune system staves off these

illnesses. Flu vaccinations could be the worst thing we could do to ourselves. How many vaccinations, 26 plus, do we give babies that have no immune system? The human body is a marvelous machine that develops resistances by experiencing medical maladies. The body is no different then a muscle that you exercise. We have become bubble people.

Losing those 10 children has catastrophic consequences. Their deaths at an early age has a disproportionate effect on life expectancies. In simple terms it has a 640-year reduction in life expectancies. Their deaths also have a disproportionate effect on birth rates because there are of an age that can procreate. Losing those 10 children is like losing 60. If they lived they would have had children and grandchildren.

The true disease is mental illness and until we acknowledge that fact we are doomed. Medicines and therapy are not helping because we do not understand what is happening to the brain. Everything we knew about the brain is being negated by mutations.

The New York Times is the media outlet for the Democratic Party and it is for profit. The opinion written by Gail Collins is extremely detrimental to all Americans. It blames the deaths of those innocent children on an inanimate object. It claims that a symptom (the gun) and not the true disease murdered those children. Her article is a criminal act. Americans will suffer and will continue to suffer. She starts in the title "Lets Never Get Used to This" but that is exactly what she wants us to do because it sells newspapers. What she is doing is text book treason. She is destroying my country and fellow Americans for money.

Every time there is a school shooting they writ the same article but they package it differently. They move the spotlight away from the truth because the truth does not sell newspapers. What amazes me is the number of media outlets that blame Trump directly. The deaths of 10 beautiful children comes down to Trump. Their deaths are in vain.

Opinion - Please, Let's Never Get Used to This by Gail Collins
Opinion Columnist The New York Times May 18, 2018
https://www.nytimes.com/2018/05/18/opinion/guns-santa-fe-high-school-shooting.html?emc=edit_th_180519&nl=todaysheadlines&nlid=654609360519

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

U.S. COURT OF APPEALS
RECEIVED
MAR 27 2017
FIFTH CIRCUIT

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

16-30918
3893 Environmental Matters

Supplemental Memorandum Fifteen

May you and your family rest in peace. Your children and grandchildren will see unconscionable horrors as the human race becomes extinct by October 12th, 2050. This is not a prophecy or prediction but a mathematical certainty.

They will see wars, famine, pestilence, epidemics, pandemics, cannibalism, eugenics, euthanasia, etc. They will see fathers murdering their own children. The world will burn. What do you think will happen to the old and infirmed? We do not have the money and we never will. Do the math. We are 20 trillion dollars in debt today and by 2050 that number will be 150 trillion dollars. Only World War III can save our economy. It is a double or nothing war. The winner takes all or nothing.

The following article is true Federal Desensitizing Propaganda but if you look you can see the truth.

Why do they not mention Alzheimer's which is the sixth leading cause of death in the US? There are respectable organizations that list Alzheimer's as the third leading cause of death in the US. What about Pneumonia and Influenza deaths?

FACT: They are inferring a conclusion or cause without evidence.

The cause is immunizations/vaccinations that have destroyed our immune system(s) and yet they don't discuss that. American white people receive more immunizations/vaccinations than any other demographic group in the US or world. 99% of the immigrants that come to the US are past the point of receiving the standard immunizations/vaccinations.

FACT: The conclusion or cause is the destruction of our immune system(s). Alzheimer's, Suicide, Pneumonia, Influenza, etc. can be staved off with a strong immune system(s). Even addiction can be staved off.

We have committed suicide by voluntarily destroying our own immune system(s).

Currently we live with the Katrina Social Norm. Censorship is a key component as is Sunarcissism.

"A Sunarcissist is a narcissist who chooses suicide over honor." When we had strong immune system(s), survival was our number one instinct. Now how we die is a default choice and part of our social fabric.

troubles for blacks, with gains stagnating the past couple of years amid an increase in drug overdoses and stalling progress against heart disease.

"This doesn't seem to be about current income," Ms. Case said in a call with reporters. "It seems to be about accumulating despair."

The rising mortality of working-class white adults appears to be rooted both in worse job opportunities and increasing social dysfunction, following generations of relatively stable lives that involved job advancement and an expectation of living better than one's parents, the researchers said.

Wages aren't rising with age now as much as they once did for high-school-educated white men, Ms. Case said, suggesting that the composition of jobs available to them has changed and that there is less upward mobility.

"The company man job has gone away for working-class people," Mr. Deaton said.

Those changes have come along with trends such as a decline in marriage, more temporary relationships and children out of wedlock, and a rise in social isolation that have made life less stable, they said. Taken together, these changes in life may be leading to physical and mental-health problems, they said, calling their hypothesis "preliminary but plausible" with more research needed on several fronts.

The work deepens a growing body of academic and government research into the possible causes of rising mortality rates among whites, whose ills among the working class are reshaping the nation's social, political and economic landscape. Non-Hispanic whites make up 62% of the U.S. population, and their rising mortality rates helped to push overall U.S. life expectancy down slightly in 2015, to 78.8 years.

"For many Americans, America is starting to fail as a country," said James Smith, chair in labor markets and demographic research at the Rand Corp., who wasn't involved in the paper and said he was struck that mortality rates are rising for young working-class adults. "The bad things that are going on in America do not appear to be going on in Western European countries, and that's a big deal."

The phenomenon is occurring all across the country, both in urban and rural areas, Ms. Case and Mr. Deaton wrote. And the ills are so deep and complex that it could take many years and many changes in policy to reverse.

"As these people move into old age, they're going to be sick, and that has disastrous consequences for Medicare and Social Security policy," Mr. Deaton said.

Write to Betsy McKay at betsy.mckay@wsj.com

Appeared in the Mar. 23, 2017, print edition as 'Whites' Mortality Rate Worse Than T... ..t.'

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086
I certify that all parties and then some were noticed by email. March 24th, 2017.