UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson	Civil Action No. 1:18-cv-03501

DEMOCRATIC NATIONAL COMMITTEE,	Racketeer Influenced and
	Corrupt Organization Act (RICO)

Plaintiff,

v.	Judge John G. Koeltl

RUSSIAN FEDERATION, et al;
Defendants.

    Motion to Appoint Chief Judge Carl E. Stewart (5th), Justice Patrick E. Higginbotham (5th), Magistrate Joseph C. Wilkinson, Jr. (EDLA) and Clerk Lyle W. Cayce (5th) to represent the Federal Judiciary as a party

It is imperative that the Federal Judiciary be represented in this matter. The American People need help.

These four individuals know me better than anyone and have an intimate understanding of what I am trying to accomplish. I am the eternal optimist and after many years I now believe that they have a scintilla of belief in what I have been saying. You don't need to worry about them being objective. It was Magistrate Wilkinson that tossed me in jail for Civil Contempt. I believe the four of them will zealously represent the Federal Judiciary. If you grant my Motion I will withdraw my Appeal in the BP Oil Spill Class Action Complaint that I currently have before the 5th Circuit, this will alleviate any conflict of interest.

I live by the Nelson Mandela school of life. Fix the problems and forget about revenge and retribution. The problem in this instance is the Genocide of Mankind.

As proof of my intentions. A number of years back I saw Magistrate Wilkinson on the street car in New Orleans with his two beautiful granddaughters. He did not see me. The snapshot that is indelible imprinted in my brain is that of a loving grandfather doting on his granddaughters and not the sadistic judge that threw me in jail. This past March he and I talked here in Sandestin. I told him about seeing him on the street car and I told him it was his granddaughters that I was fighting for. There is no time for anger or retribution. We don't have much time. They deserve life, liberty and the pursuit of happiness.

If you don't grant my Motion could you at least invite them to your hearing on July 5th, 2018.

I don't know how to say this. I can only see the point where I am granted my day in court. I can't see past that. It will be time to pass the baton. Am I making any sense?

I could use some help. I could also use some navigators. The ultimate goal is to save Mankind and to center the pendulum. I don't want the pendulum swinging out of control I don't want to waste time on revenge. I want to maximize the saving of Mankind.

If you allow me to attend the hearing on July 5th could you please appoint US Marshals Brian Fair and Walter Martin to escort me. Both of these individuals irreparable harmed me but once again Mankind comes first.

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

