UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Movant David Andrew Christenson | Civil Action No. 1:18-cv-03501 |
| DEMOCRATIC NATIONAL COMMITTEE, | Racketeer Influenced and Corrupt Organization Act (RICO) |
| Plaintiff, | |
| v. | Judge John G. Koeltl |
| RUSSIAN FEDERATION, et al; Defendants. | |

Amicus (Fifth)

Chief Justice Merrick Garland of the DC Circuit Court of Appeals is the Executor of my will.

Court documents filed with the DC Circuit Court of Appeals are attached.

Remember that it was FBI Director Robert Mueller that ordered my arrest and incarceration. He also ordered that I be placed into isolation and medicated. I was never charged with a crime.

It was an FBI Agent that assaulted me at the Hilton Hotel in New Orleans. There was a DVD of the assaulted but Mueller did nothing.

An FBI Agent put a gun to my head, with the safety off and the hammer pulled back and told me if I did not stop that he would kill me and face no consequences. I knew he right.

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

USCA Case #14-5207   Document #1550384   Filed: 04/27/2015   Page 1 of 4




UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

David Andrew Christenson
Larry Klayman, et al
Plaintiff – Appellant
v.                                                                                    Case(s) 14-5207, 14-5208 & 14-5209
UNITED STATES OF AMERICA
PRESIDENT BARACK OBAMA, ET AL.,
DEFENDANTS – Appellee

Memorandum Concerning Will of David Andrew Christenson

Please file and publicly record my Will which is attached. The Chief Judge of the United States Court of Appeals for the District of Columbia Circuit will become Executor if my wife passes at the same time as I do.

I will be attending the Danziger appeal hearing at the 5th Circuit in New Orleans on April 29th, 2015. I have already received one threat. My wife will be accompanying me. The Department of Justice has made it clear that I will suffer the consequences if I attend. Since the DOJ has threatened to kill me and has attempted to kill me before, I feel confident that they mean to kill me if I attend. I took an oath as a United States Military Officer to protect the Constitution and the American People and I intend on doing so even at the loss of my own life.

Godspeed.
Filed Pro Se/In Proper Person on behalf of all Americans
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086, davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on April 23rd, 2015 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail.

David Andrew Christenson

## David Andrew Christenson
## Will

I, David Andrew Christenson, a resident of and domiciled in the city of Miramar Beach in Walton County, Florida, declare this to be my last will. I revoke all wills and codicils made prior to this will. (I have no memory of ever drafting a will)

I direct all of my lawfully enforceable debts (including any expenses of my last illness) and my funeral expenses be paid.

I give to my wife everything. This includes al tangible and non-tangible property, life insurance, retirement, 401K, etc. In addition this includes all of my writings, ideas, proprietary property, intellectual property, copyrighted property, patent property, etc.

My wife is Renee Elizabeth Christenson. Her maiden name is Templet and her nickname is Scarlett. In some instances she goes by Renee Templet Christenson.

I appoint my wife, Renee Christenson, as executor with full and complete authority.

If Renee Christenson as the sole (primary) beneficiary does not survive me then the Chief Judge of the United States Court of Appeals District of Columbia Circuit will become Executor. The Executor will distribute the estate, proportionally, to the attached memorandum 50, USCA Case #14-5207 Document #1535389 Filed: 01/30/2015 Page 1 of 2.

All the rest, residue, and remainder of the property that I own at the date of my death, real and personal, tangible or intangible, regardless of where it is situated, I leave to my wife, Renee Christenson.

In witness of the above, I subscribe my name, this 23rd day of April 2015 at Miramar Beach, Florida to this, my last will, which consists of four pages (each of which I have initialed at the bottom).

This will was signed by David Andrew Christenson, the testator, and declared to be his last will which has been filed with the Chief Judge of the United States Court of Appeals District of Columbia Circuit via the public court record in USCA #14-5207 appeal and is attached. Signed and with service on April 23rd, 2015.

_____
David Andrew Christenson

USCA Case #14-5207   Document #1550384   Filed: 04/27/2015   Page 3 of 4
USCA Case #14-5207   Document #1535389   Filed: 01/30/2015   Page 1 of 2

RECEIVED
Mail Room
JAN 30 2015
United States Court of Appeals
District of Columbia Circuit

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

David Andrew Christenson
Larry Klayman, et al
Plaintiff – Appellant

v.

UNITED STATES OF AMERICA
PRESIDENT BARACK OBAMA, ET AL.,
DEFENDATS – Appellee

Case(s) 14-5207, 14-5208 & 14-5209

Memorandum 50

Pending Charitable Donations by the Scarlett Foundation and its' founders, David Andrew Christenson and his wife Renee "Scarlett" Christenson.

Background

The Scarlett Foundation is being established to receive 85% of the proceeds from this litigation. The remaining 15% and all of the Christenson assets will be transferred to the Scarlett Foundation upon their deaths. God did not bless David and Scarlett with children so they do not have any heirs. The assets (all) will include property, copyrighted material, proprietary material and information, patents, movie rights, book rights, etc. David and Scarlett will continue to work for America and Mankind.

First Charitable Distribution by the Scarlett Foundation

1. 10 billion dollars to "Suicide". Research, prevention and care. David's younger sister Jill committed suicide by placing a 357 magnum into her mouth and pulling the trigger. David's younger sister Andrea has attempted suicide on multiple occasions. David had many friends that committed suicide.
2. 10 billion dollars to "Military Suicide and Military Family Suicide". Research, prevention and care. The loss of David's military family is unconscionable.
3. 10 billion dollars to Veterans for "Quality of Life". To help all Veterans and their Families.
4. 10 billion dollars to the University of Minnesota School of Medicine for the following research, prevention and care:
    a. Leukemia in children. David's cousin Shaun Christenson died from Leukemia when he was very young.
    b. Diabetes. David's Grandfather had Diabetes.
    c. Skin cancer. David was diagnosed with melanoma in 2001.
    d. Bipolar disorders. David's sister Jill was bipolar.
5. 10 billion dollars to Public Defenders, Prisons, Project Innocent, etc. This will include helping to integrate prisoners back into society.

Case 1:18-cv-03501-JGK   Document 73   Filed 05/23/18   Page 5 of 6

USCA Case #14-5207   Document #1550384   Filed: 04/27/2015   Page 4 of 4
USCA Case #14-5207   Document #1535389   Filed: 01/30/2015   Page 2 of 2

6. 10 million dollars to the University of Minnesota School of Art in honor of David's cousin Joni Christenson who died in 2014.
7. 250 million dollars to the University of Iowa School of Creative Writing and School of Dance.
    a. The School of Creative Writing donation will be in honor of Major Donald Arthur Anderson. Major Anderson taught David Creative Writing at the Air Force Academy.
    b. The School of Dance donation will be in honor of Andrea Zuber. She taught David about the Arts.
8. 100 billion for the study, care and prevention of the "Katrina Virus".
9. 100 million dollars for Federal Whistleblower programs.

This is just a starting point.


Sincerely filed, In Proper Person,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on January 25th, 2015 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail.

David Andrew Christenson

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

RECEIVED
2018 MAY 22 PM 3:00
CLERK'S OFFICE
S.D.N.Y.
2018 MAY 23 AM 9:50

Pro Se

Clerk
US District Court SD New York
500 Pearl Street
New York, NY 10007-1312



