UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson

DEMOCRATIC NATIONAL COMMITTEE,

Plaintiff,

v.

RUSSIAN FEDERATION, et al;
Defendants.

Civil Action No. 1:18-cv-03501

Racketeer Influenced and
Corrupt Organization Act (RICO)

Judge John G. Koeltl

Under Seal
Question?

Chief Justice Carl Stewart, Justice Patrick E. Higginbotham and Judge John G. Koeltl,

Am I a Vexatious Litigant?

If I am why have you not told me?

Please put me out of my misery if I am a Vexatious Litigant. If there is no way that I will prevail then just end it. There is not a Judge, Magistrate or Commissioner at the City, County/Parish, State or Federal Level that will rule in my favor no matter the "preponderance of evidence" or "beyond a reasonable doubt".

All of my First Amendment avenues for free speech have been closed to me or censored with the exception of the Federal Judiciary.

Even with this court publicly docketed my pleadings nobody cares.

Am I really that screwed up? God I must be pathetic to think that my fellow Americans matter. I am 60 years old and I have wasted my life trying to atone for my sins and to honor the oath that I took.

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

Pro Se
SM

Clerk
US District Court SD New York
500 Pearl Street
New York, NY 10007-1312

RECEIVED
MAY 22 2018
CLERK'S OFFICE
S.D.N.Y.

PENSACOLA FL

USMP3

10007-131608