IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE RUSSIAN FEDERATION et al., ) <br> ) <br> Defendants. ) <br> ) <br> ) | Civil Action No. 1:18-cv-03501-JGK <br><br> **PROPOSED ORDER** |

Having reviewed Plaintiff's Motion for Leave to Serve Three Foreign Defendants Through the Secretary of State Under 28 U.S.C. § 1608(a)(4), and good cause appearing therefore, it is hereby

ORDERED that Plaintiff's Motion for Leave to Serve Three Foreign Defendants Through the Secretary of State Under 28 U.S.C. § 1608(a)(4) is GRANTED, and it is further

ORDERED that for each Defendant to be served pursuant to this Order, Plaintiff shall send two copies of the summons and complaint, a notice of suit, a copy of the Electronic Case Filing Rules and Instructions, and this Court's individual practices, together with a translation of each into Russian, by any form of mail requiring a signed receipt to the Clerk, and it is further

ORDERED that the Clerk of the Court shall address and dispatch these documents to the Secretary of State in Washington, District of Columbia, to the attention of the Director of Special Consular Services, and it is further

ORDERED that the Secretary shall transmit one copy of the papers through diplomatic channels to the Russian Federation and shall send to the clerk of the court a certified copy of the diplomatic note indicating when the papers were transmitted.

IT IS SO ORDERED.

Dated: May ~~18~~ 23, 2018

_____
Judge John G. Koeltl
United States District Judge

Because this Order is necessarily issued without input from the Three Foreign Defendants to be served, it is without prejudice to any argument they may make in opposition to the requested service. So ordered. JGKoeltl/U.S.D.J. 5/23/18