UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson

DEMOCRATIC NATIONAL COMMITTEE,

Plaintiff,

v.

RUSSIAN FEDERATION, et al;
Defendants.

Civil Action No. 1:18-cv-03501

Racketeer Influenced and
Corrupt Organization Act (RICO)

Judge John G. Koeltl

Amicus (Seventh and Final)

You gave me a voice and honored my Constitutional Rights. Thank you. This is my final proactive pleading. Any future pleading will be reactive.

Attached is: The Supreme Court Murdered Mankind Writ 14-10077 The Katrina Virus By David Andrew Christenson November 8th, 2015. Every document was filed with the Supreme Court.

Could you please invite Chief Justice Merrick Garland form the DC Circuit Court of Appeals and Judge Amit Mehta from the DC District Court to the hearing on July 5th, 2018.

Please invite the following if there is not a conflict of interest: Judge D. Friedrich, Judge E. Sullivan, Judge A. Jackson, Judge R. Moss, Judge G. Berrigan and Judge T. S. Ellis III.

You can ask Chief Justice John Roberts to attend as well.

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086 davidandrewchristenson@gmail.com, dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on May 20th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

# The Supreme Court Murdered Mankind

# Writ 14-10077

# The Katrina Virus

# By David Andrew Christenson

November 8th, 2015

The United States developed the perfect military weapon. This weapon was organic, easy to disperse, dissipated in five days and the result was the opposing army committing suicide. This weapon contained a derivative of the Katrina Virus and was negligently released during Hurricane Katrina.

The Supreme Court has covered up the release and the impending Genocide of Mankind.

They classified me as a terrorist for trying to inform you.

October 12th, 2050 is Mankind's final day. Cause of death will be suicide related to the Katrina Virus (A compilation term).

Mankind's immune system(s) is being destroyed.

The number one cause of death will be related to the respiratory system, i.e. flu, pneumonia, etc.

Suicides will surpass births between now and then.

The world will not be able to support the financial (medical) costs associated with the destruction of Mankind's immune system(s).

The Supreme Court Murdered Mankind
Writ 14-10077
The Katrina Virus
By David Andrew Christenson

Index

This is DOCUMENTATION for the Genocide and the Crimes Against Humanity that was and is being committed by the Supreme Court against Mankind.

Original documentation received from the Supreme Court is included in the second book: "The Supreme Court Murdered Mankind Original Documentation from the Supreme Court" and will be identified as ODSC Book 2 (ODSC Book 2)

Do not doubt what you are about to read as all of it is factual and verifiable.

Please do not judge me as the messenger. Please judge the message, incoherent and disjointed as it may be. I am a Federal Whistleblower who never received any training or education on how to prevail. I did the best I could, considering I was fighting a corrupt system that had no use for the Constitution and the fact that I had no money and no support from anyone and that includes those people that had an ethical, moral and legal obligation to help me and mankind. I reached out to over 100 law firms and law schools as well as Whistleblower non-profits.

The original Writ 14-10077 Extraordinary Writ with Writ of Prohibition and Writ of Mandamus was stolen from my home after it was docketed by the Supreme Court. I believe the FBI is responsible for the theft as it was the only item taken. I have tried to duplicate the original Writ as best I could. Duplication of the Writ became even more complicated when Microsoft closed my primary email account on behalf of the Department of Justice. I used davidandrewchristenson(at)hotmail.com for all of my legal notices and for storage. The FBI destroyed three of my computers and all of my backups. I thought the "Cloud" would be safe. The Supreme Court refused to provide me with a copy of the original Writ. Clerks Jeffrey Atkins 202-479-3263, Chris Vasil 202-479-3027 and Scott Harris 202-479-3000, etc. refused to provide me with a copy after repeated written and verbal requests. (All attachments have not been included because of space and financial limitations.)

Please reference United States Court of Appeals for the District of Columbia Circuit: 14-5207 Larry Elliot Klayman v. Barack Hussein Obama and 14-5212 Rand Paul v. Barack Hussein Obama. There is substantial documentation, over 100 unanswered pleadings, in the two appeals that are available on line and via Pacer. The critical omission from the dockets, even when the court ordered, is that the Department of Justice never filed any response, objection, pleading, memorandum, motion, etc. and yet the appeals were dismissed. I filed for Summary Judgement. I filed a motion to join/intervene in both class action complaints that were filed on behalf of the American People because I had cause and standing. The two original class action complaints were filed in the District of Columbia District Court.

Part 1.

1. Writ 14-10077 Cover page "Extraordinary Writ with Writ of Prohibition and Writ of Mandamus".
2. (ODSC Book 2) Copy of Supreme Court docket for Writ 14-10077. The docket is incomplete and inaccurate. This will be explained in detail later. What is the last sentence of the First Amendment?
3. (ODSC Book 2) General Docket United States Court of Appeals for District of Columbia Circuit 14-5207. (There is a duplicate docket for 14-5212.)
4. (ODSC Book 2) Supplemental to Emergency Motion to Order Publication. Please read this as a precursor. The Supreme Court is very secretive and not transparent. There is no accountability.
5. (ODSC Book 2) A sample of the rejection letters that I received from the Clerks, some are signed and some not. Different font was used for identical letters. The most grotesque part of the letters is the criminal and sinister interpretation of Article III of the Constitution.
6. 35 United States Postal Service Tracking Numbers. The FBI intercepted all of my mail for the Supreme Court. (I never filed a Supplemental Thirteen and yet one appears in the docket.)
7. Book Narrative: The United States Supreme Court and The Katrina Virus
8. Book Narrative: An American Born Terrorist's Emails To The Department of Justice October 18th, 2011.
9. Book Narrative: The Reluctant Patriot October 8th, 2011.
10. The Supreme Court has done a great disservice to me and hence the American People by improperly filing my pleadings. The following Motion and two letters were filed with the first Supplemental.
    a. Motion to add Addendums if needed or required by the Supreme Court Addendums to follow
    b. Is what I am about to tell you, about the Supreme Court, true?
    c. Open letter to the Supreme Court Justices about the Arrogance of the Department of Justice
11. Motion for Monetary Expenses (past, current and future) in the amount of Ten Million dollars to be paid by the Department of Justice. Filed June 8th, 2015.
12. Supplemental Motion for Monetary Expenses and too add Addendums if needed or required by the Supreme Court. Addendums to follow. Filed June 10th, 2015. Attachments are duplicates and therefore omitted to save space and money.
13. (ODSC Book 2) Original signed pleadings that were returned by the Supreme Court. Why?
14. Omitted
15. Omitted

Please do me a favor before going further, read the Declaration of Independence, Article V of the Constitution and the First Amendment with emphasis on the last sentence.

Part 2.

The following pleadings were properly filed with the Supreme Court but were not docketed. I am unable to determine if they were distributed to the nine Justices. Each pleading was filed electronically and via US Priority and Certified Mail.

16. Justice John Roberts; Emergency Application, Petition and Appeal to accurately and completely correct the docket in this Writ. Failure to do so would deny the Petitioner his Constitutional Rights and in turn deny all Americans their Constitutional Rights and that includes the Supreme Court Justices themselves. The end result of the denial of the Constitutional Rights will be the Genocide of Mankind. Filed October 22nd, 2015. An Emergency Application was addressed and filed with each of the nine Justices.

17. Seventeenth Amended Petition for Rehearing Very scary incident yesterday, I thought I was going to die. Filed October 26th, 2015.

18. Fifteenth Amended Petition for Rehearing Did the National Media assist the Supreme Court in committing suicide or was it murder? Filed October 21st, 2015.

19. Fourteenth Amended Petition for Rehearing "SUICIDE STRONG" Please patent and copyright for the Scarlett Foundation on my behalf. Extraordinary Writ with Writ of Prohibition and Writ of Mandamus Filed October 20th, 2015.

20. Twelfth Amended Petition for Rehearing Clerk Lyle W. Cayce of the 5th Circuit Court of Appeals Filed October 19th, 2015

21. Eleventh Amended Petition for Rehearing Did Jesus commit suicide to save Mankind? I was wrong; it is Technology that is the Third of the Four Horsemen. Filed October 19th, 2015.

22. Tenth Amended Petition for Rehearing What if the 4th Horsemen of the Apocalypse were Suicide? Filed October 17th, 2015.

23. Ninth Amended Petition for Rehearing I am a messenger - This is my destiny - This one moment in time is why I am here on earth - God is warning mankind - There can be redemption Filed October 16th, 2015.

24. Eight Amended Petition for Rehearing How will you answer God about your participation in the genocide of mankind? You denied God's miracle to mankind. Filed October 15th, 2015.

25. Seventh Amended Petition for Rehearing To avoid suicidal genocide for mankind, my writings need to move an immovable object and that object is man and his seven deadly sins Suicidal Prophecy/Forecast by David Andrew Christenson Filed October 13th, 2015.

26. Sixth Amended Petition for Rehearing Can I open, not necessarily convince, the minds of five of the Supreme Justices to consider making Virtuous Decisions based on a Virtuous interpretation of the Constitution? Filed October 12th, 2015.

27. Fifth Amended Petition for Rehearing This morning I got up, made some coffee and read the news. Is it just me or is the world in terrible shape? You have to wonder if God, Jesus, the Bible and the Constitution have failed. I know I have failed miserably. If God, Jesus, the Bible and the Constitution have failed how can I expect to succeed on behalf of mankind and my country? All I want is for the truth to come out. Filed October 10th, 2015.

28. Fourth Amended Petition for Rehearing Even knowing that you will not lift a finger to help me will not change who I am. Nothing will stop me from fighting for you and your loved ones. Filed October 9th, 2015.

29. Third Amended Petition for Rehearing Email to the Supreme Court about my pending false arrest for child pornography, the first two pages of my book, "The Reluctant Patriot" and Email conformation from Microsoft Filed October 8th, 2015.
30. Second Amended Petition for Rehearing Criminal Violations of my Constitutional Rights by Microsoft, Bill Gates and the Department of Justice Filed October 7th, 2015.
31. Amended Petition for Rehearing October 6th, 2015.
32. Petition for Rehearing Filed October 5th, 2015.
33. Omitted
34. Omitted

Part 3

35. Supplemental Thirty The Supreme Court Allows The Rape Of Afghan Boys In The Interest Of National Security. The Supreme Court Allows Americans To Be Infected With The Katrina Virus In The Interest Of National Security. The Supreme Court Allows Federal Whistleblowers To Be Classified As Terrorists And Assassinated In The Interest Of National Security. The Supreme Court Rules That The First Amendment Does Not Exist When It Come To Any Type Of Perceived National Security Issues, Domestic Or Foreign. The Supreme Court Allows The Executive Branch To Classify Any Issue As "National Security", Domestic Or Foreign. Filed September 22nd, 2015.
36. Supplemental Twenty Nine Settlement Here is the perfect example of how the Federal Judiciary denies Americans the right to file grievances against the United States per the Constitution and the First Amendment. Reference Supplemental Nineteen. Filed September 22nd, 2015.
37. Supplemental Twenty Eight Settlement Nathan Foreman Filed September 21st, 2015.
38. Supplemental Twenty Seven Settlements Filed September 19th, 2015.
39. Motion To SEAL Motion For Anonymity For My Wife And ME Supplemental Twenty Six Filed September 19th, 2015.
40. Supplemental Twenty Five SCOTUS Censors And Violates The Constitutional Rights Of All Americans Intentionally, Unintentionally, Directly and Indirectly. The Censorship And Violations Is Why I Am Not Represented By Counsel. September 18th, 2015.
41. Supplemental Twenty Four The Death Rate For Pneumonia IS Proof That Our Immune System(s) Have Been Destroyed Extraordinary Writ with Writ of Prohibition and Writ of Mandamus Filed September 15th, 2015.
42. Supplemental Twenty Three The execution of Army Officer Andrew Howard Brannan is a perfect example of the Supreme Court's Draconian Judicial Policy on Abortion, Eugenics, Euthanasia, Selective Breeding, etc. Reference Supplemental Eleventh Even with God's help I have failed to open the eyes of the Supreme Court Justices to show them the Genocide of Mankind Filed September 13th, 2015.
43. Supplemental Twenty-Two The Katrina Virus Will Not Lose! Filed September 12th, 2015.
44. Supplemental Twenty-One A Small Idea That Could Help America And Mankind Filed September 11th, 2015.
45. Supplemental Twenty What if I am right? September 10th, 2015.

46. Supplemental Nineteen Reference The Department of Justice failed to file any type of response(s) in the attached Motion to Intervene Class Action Complaint(s) United States District Court for the District of Columbia 1:13-cv-00851-RJL 1:13-cv-00881-RJL 1:14-cv-00092-RJL, the Appeal(s) to the United States Court of Appeals for the District of Columbia Circuit 14-5207, 14-5208 and 14-5209 and the Supreme Court of the United States Writ 14-10077 Filed September 9th, 2015.

47. Supplemental Final (Eighteen) I have failed my God, my fellow man, my family, my country and my brothers and sisters in arms. September 4th, 2015.

48. Supplemental Seventeen National Football League and Archie, Payton, Eli and Cooper Manning Filed September 4th, 2015.

49. Supplemental Sixteen Federal Desensitizing Propaganda about the Katrina Virus Filed September 4th, 2015.

50. Supplemental Fifteen The Redneck Navy Filed September 2nd, 2015.

51. Supplemental Fourteen The Murder Of A Mentally Ill Young (Black) Man Is An Epidemic With The Result Being Genocide Filed August 29th, 2015.

52. Supplemental Twelve The Katrina Virus Has Infected Us All And Now We Are Research Subjects Filed August 28th, 2015.

53. Supplemental Eleventh The Katrina Virus will destroy America and our Constitution because of cost. History will write that America knowingly committed suicide under the guise of the Supreme Court. The Katrina Virus via Autism, Pneumonia, Asthma, Alzheimer's, etc. will dictate Judicial Policy on Abortion, Eugenics, Euthanasia, Selective Breeding, etc. because of the astronomical costs which will bankrupt/destroy America. Is the Supreme Court prepared to accept this draconian responsibility? I hope and pray that they are not. Godspeed to the Justices. Filed August 23rd, 2015.

54. Supplemental Tenth The Perfect Military Weapon Is A Suicide Weapon (Katrina Virus) August 22nd, 2015.

55. Supplemental Ninth What If I Am Right About This Being The Beginning Of The End For Mankind Or If This Writ Is The Cataclysmic Event That Saves Mankind? Filed August 21st, 2015.

56. Supplemental Eight Coast Guard Commander William Goetzee was Murdered by the Department of Justice Filed August 19th, 2015.

57. Supplemental Seven 5th Circuit "Motion to Intervene" Explanation Filed August 11th, 2015.

58. Supplemental Six Contacted President Jimmy Carter Filed August 4th, 2015.

59. Supplemental Five My being fired from Orvis Filed August 3rd, 2015.

60. Supplemental Four My Own Intervention Filed July 30th, 2015.

61. Objection with Constitutional Question Supplemental Three Filed July 4th, 2015.

62. Supplemental Two Filed June 24th, 2015.

63. Supplemental Filed June 17th, 2015.

64. Omitted

65. Omitted

Part 4

66. (ODSC Book 2) Extraordinary Writ with Writ of Prohibition and Writ of Mandamus. Filed May 22nd, 2015.
67. (ODSC Book 2) Writ of Certiorari (Titled per Clerk Jeffrey Atkins) [Extraordinary Writ with Writ of Prohibition and Writ of Mandamus] Filed May 18th, 2015.
68. (ODSC Book 2) Extraordinary Writ Second Addendum. Filed may 18th, 2015.
69. (ODSC Book 2) Extraordinary Writ Addendum. Filed May 10th, 2015.
70. (ODSC Book 2) Extraordinary Writ. Filed May 7th, 2015.
    a. (ODSC Book 2) Emergency Motion & Order. Received by SCOTUS March 4th, 2015.
    b. (ODSC Book 2) Emergency Motion & Order. Received by SCOTUS March 12th, 2015.
    c. (ODSC Book 2) Second Supplemental to Emergency Motion to Order Publication. Received by SCOTUS March 18th, 2015.
    d. (ODSC Book 2) Extraordinary Writ. Received by SCOTUS March 25th, 2015.
    e. (ODSC Book 2) Modified Extraordinary Writ. Received by SCOTUS April 6th, 2015.
    f. (ODSC Book 2) Extraordinary Writ Documentation and Evidence Showing Genocide and Crimes Against Humanity by the Supreme Court Justices. Filed March 31st, 2015.
    g. (ODSC Book 2) Motion to Attend. Received by SCOTUS April 14th, 2015.


Godspeed.
Sincerely,
David Andrew Christenson

No. 14-10077

IN THE

# Supreme Court of the United States

David Andrew Christenson
Plaintiff
v.
United States of America
President Barack Obama, et. al.,
Defendants
(Consolidation of three Appeals for Extraordinary Writ)
United States Court of Appeals for the Fifth Circuit
No. 13-31078
United States Court of Appeals for the District of Columbia Circuit
14-5212
United States Court of Appeals for the District of Columbia Circuit
14-5207

**Extraordinary Writ with Writ of Prohibition and Writ of Mandamus**

*David Andrew Christenson files this Extraordinary Writ
on behalf of himself and the American People*

David Andrew Christenson, *Pro Se*
Box 9063
9815 US Highway 98 West, BC 156
Miramar Beach, Florida 32550
504-715-3086, davidandrewchristenson@hotmail.com
"THE RELUCTANT PATRIOT"
*Classified as a terrorist by the Department of Justice*

Extraordinary Writ with Writ of Prohibition and Writ of Mandamus filed May 22nd, 2015
Writ of Certiorari filed May 18th, 2015
Extraordinary Writ Second Addendum filed May 18th, 2015
Extraordinary Writ Addendum filed May 10th, 2015
Extraordinary Writ filed May 7th, 2015

USPS Certified and Priority Tracking Numbers
www.usps.com
I believe only two arrived on time. The FBI intercepted all of them. Some were never delivered.
I listed only 35 tracking numbers. That is the maximum for a tracking number search at www.usps.com.
https://tools.usps.com/go/TrackConfirmAction_input

9505513443875295075946, 9505513443875286065369, 9505513443875286065376,
9505513443865278059506, 9505513443865279060457, 9505513443865280061733,
9505513443875281062837, 9505513443875282063567, 9505513443865283064571,
9505513443875265049083, 9505513443875257042009, 9505513443875248036222,
7015152000007660426, 9505513443875248036239, 9505513443875251036455,
9505513443875248036222, 7015166000007660846, 7015152000007660785,
7015166000074935776, 7015152000007660747, 7015166000074935615,
7015166000074935523, 7015152000007660426, 9505513443865220012771,
9505513443865219011655, 9505513443865218010659, 9505513443865218010666,
9505513443865216008917, 9505513443875215007606, 9505513443875211004982,
9505511008855168334827, 9505511008855150384052

Complaint Identifiers

HQ125288236, HQ125229902, HQ125168717, HQ124794883, HQ124794933, HQ124794912,
HQ124688719, HQ124665176, HQ124596196, HQ124596192, HQ124578144, HQ124531384,
HQ124359711, HQ124359750, HQ124328291, HQ124328328, HQ124284799, HQ124284898,
HQ124284973, HQ124273157, HQ124273288, HQ124273363, HQ124192315, HQ124231779,
HQ124231738, HQ124231676, HQ123515651, HQ123515733, HQ123515782

The United States Supreme Court and The Katrina Virus

A Prelude/Reference Book/Appendix

Book 7

By David Andrew Christenson

ISBN 978-0-9846893-8-5 Hardback SCKV

ISBN 978-0-9846893-9-2 EBook SCKV

LCCN 2012933074

Copyright 1-724163643

Persimmon Publishing

Box 6374

Miramar Beach, Florida 32550

www.persimmonpublishingus.com

www.thereluctantpatriot.com

An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.

Updated 10/18/2011 by DAC 14:25
Unedited

An American Born Terrorist's Emails
To The Department of Justice
A Prelude/Reference Book/Appendix
Book 8
By
David Andrew Christenson
ISBN 978-0-9846893-2-3 Hardback
ISBN 978-0-9846893-3-0 EBook
LCCN 201194112
Copyright 2011 1-674739499
Persimmon Publishing
Box 6374
Miramar Beach, Florida 32550
www.persimmonpublishingus.com
persimmonpublishing@gmail.com
www.thereluctantpatriot.com
thereluctantpatriot@gmail.com

A quest for justice. What started as simple fraud perpetrated against Captain David Andrew Christenson turned into a National and Worldwide Criminal Conspiracy. Captain Christenson unintentionally and unwittingly became a crusader for justice. His attempts to uncover the truth and to bring those truths to light got him classified as a terrorist by the Department of Justice. At a minimum the cover-up involves the Federal Government, the President, the Supreme Court, Congress, the Department of Defense, the Central Intelligence Agency, the Catholic Church, the Pope, BP, etc.

Read the email paper trial. This book contains emails sent by Captain Christenson starting on October 14th, 2010 and ending on March 14th, 2011 when he was arrested. Captain Christenson was arrested on a Louisiana Warrant for Cyber Stalking FBI Special Agent Steven Rayes. It must be noted that Captain Christenson was never charged with a crime. Agent Rayes came to Captain Christenson on October 14th, 2010 the day the emails started.

There was no easy way to present this story in a coherent manner. I decided to present the emails as is. I hope that you can use them as a point of reference. My next book is titled "The Reluctant Patriot". The story starts March 15th, 2011 with my arrest. Please consider this book to be a prelude, appendix and or a reference book.

You may see previews of my other eight books at www.persimmonpublishingus.com and www.thereluctantpatriot.com.

Guidelines and background information for reading my emails.

I was arrested on March 15th, 2011 by an FBI SWAT Team. I was arrested for two counts of cyber stalking FBI Special Agent Steven Rayes. The FBI illegally used Louisiana Warrants to arrest me, search my home and seize (steal) my property. The FBI did not have Federal warrants as one might expect. I have never been charged with a crime. The arrest was for a non-violent, non-domestic, non-violent misdemeanor. The arrest was for the equivalent of a severe DUI or DWI.  The FBI stole my legal files, computers, back-ups, phone, photos, evidence, Supreme Court files, a DVD of Agent Rayes assaulting me, a DVD of the Danziger Bridge, etc. The Federal Government wanted to stop my investigation into the Genocide and murder that took place after Hurricane Katrina.

Agent Rayes came into my life on October 14th, 2010. He ordered me to send emails to his official FBI email address. I complied. I have sent over 500 emails to the FBI and multiple agents. Agent Rayes assaulted me on November 10th, 2010. The FBI desperately needed the DVD of Agent Rayes assaulting me.

I was declared a terrorist by the Department of Justice. I assume that the classification took place at the same time that Agent Rayes came into my life.

The first email in the book is actually the last email that I sent before I was arrested. I copied a package of information that I had faxed and mailed to the United States Supreme Court and sent the email with the attachments to myself.  I then go back to October 14th, 2010 and present the emails in a chronological order. From October 14th, 2010 until March 14th, 2011. I have not included all of my emails because of space limitations. A partial list of my contacts is attached.

When reading the emails please look for the following: The headings/subjects. Not all emails have headings/subjects. All original emails are from me. Look at the date and time. Please review the addressees (Very Important).  The attachments are important. I sometimes scanned my emails and included those as attachments. I also forwarded many emails because I had received responses.

This was my quest for justice. You be the judge. Am I a terrorist or "The Reluctant Patriot"?


Sincerely,
David Andrew Christenson
"The Reluctant Patriot"
www.persimmonpublishingus.com
www.thereluctantpatriot.com

The Reluctant Patriot (TRP) Updated 10/08/2011 DAC 05:32
An Unedited Synopsis. Please Google all names.

THE RELUCTANT PATRIOT
By Captain David Andrew Christenson
(Book Nine in a nine part series.)
Library of Congress LCCN 2011940256
ISBN 978-0-9846893-0-9 Hardback
ISBN 978-0-9846893-1-1 EBook

Factual, documented and verifiable account of what happened to (The Author) Captain David Andrew
Christenson, United States Air Force, on March 15th, 2011.

On the morning of March 15th, 2011 the FBI brought a 30 man SWAT team, with shoot to kill orders, to
arrest Captain David Andrew Christenson for a non-violent, non-domestic, non-drug misdemeanor
charge (Equivalent of a DUI or DWI) of cyber stalking FBI Agent Steven Rayes. This was done under the
authority of FBI Direct Robert Mueller. Misinformation was provided to the press.  Six months earlier on
October 14th, 2010 (This is a very important date, see below) FBI Agent Steven Rayes contacted Captain
David Andrew Christenson. Why did Agent Rayes contact Captain Christenson? Agent Rayes was a
member of the uniformed Violent Crimes Task Force and he was not a true investigative type FBI Agent.
Captain Christenson had been communicating with FBI Director Robert Mueller, Agents David Welker,
Dewayne Horner, Joseph Downing, Kelly Bryson and Paula McCants. Agent Rayes was selected by
Director Mueller to be the enforcer. Agent Rayes was an ex enlisted Marine and street cop with no
conscious, was someone who would blindly follow orders and understood the illegal mission. Agent
Rayes was zealous and sadistic in carrying out his orders. Agent Rayes ordered Captain Christenson to
email him at his official FBI email addresses. Agent Rayes commenced to harass, stalk, threaten,
intimidate and assault Captain Christenson. On November 10th, 2010 Agent Rayes assaulted Captain
Christenson at the Hilton Hotel in New Orleans. There was a DVD of the assault. The FBI used a Louisiana
State arrest warrant and a Louisiana State search and seizure warrant. The FBI did not use Federal
Warrants. This needs to be said again. The FBI did not use Federal warrants. Captain David Andrew
Christenson has never been charged with a crime. The FBI claimed that two out of more than 500 emails
sent to at least 10 different FBI Agents, including FBI Director Robert Mueller, by Captain Christenson
were threatening. The emails were not threating and were consistent with previous informative and
political emails. Captain Christenson never received an arraignment, a show cause hearing or a
preliminary examination as is required by law. Orleans Parish District Attorney Leon Cannizzaro asked
for a $500,000.00 bond. The Orleans Parish Criminal Court gave Captain Christenson a record bond of
$300,000.00. Captain Christenson should have been released on his own recognizance or a $10,000.00
bond.  (An armed carjacker received a $75,000.00 bond.)  Captain Christenson was held for 11 days.
After day three Captain Christenson was placed in isolation on the psychiatric floor of the house of
detention (HOD) where he was medicated without his knowledge or consent. Attorney General Eric
Holder directed Assistant US Attorney Billy Gibbens to represent Captain Christenson, which he did. A
criminal defendant being represented by a US Attorney, a prosecutor by trade. Billy Gibben's mission

was to discredit Captain Christenson and to keep him in prison. The court record confirms this. Captain Christenson was to be permanently detained in a psychiatric hospital, medicated and discredited. The Louisiana State search and seizure warrant was used to steal evidence, legal files, the DVD of FBI Agent Rayes assaulting Captain Christenson, the DVD of the Danziger Bridge murders, etc. from Captain Christenson. United States Supreme Court files and communications and evidence of "The Katrina Virus" and pending Genocide were stolen as well.

The Department of Justice classified Captain David Andrew Christenson as a terrorist. This was done to bypass Federal Law and the Federal Judiciary. It was relayed to Captain Christenson that if he did not stop his research and quest for justice that he would be assassinated as a terrorist.

The FBI attempted to murder/assassinate Captain David Andrew Christenson while he was being held in isolation in the Orleans Parish Prison. Coast Guard Commander William Wesley Goetzee was not so lucky. He was murdered in the Orleans Parish Prison on August 7th, 2011. The FBI failed with Captain Christenson but succeeded with Commander Goetzee.

What was so important that the United States Government had to classify Captain David Andrew Christenson as a terrorist and then attempt to murder/assassinate him?

Chemical warfare ingredients, "THE KATRINA VIRUS", were released during Hurricane Katrina. The end result will be GENOCIDE for the residents of New Orleans. ("The Katrina Virus" represents all of the contaminants that were released from government research/laboratory, manufacturing and storage facilities. These facilities were controlled directly and indirectly by the Department of Defense and the Central Intelligence Agency and included public institutions such as local hospitals and medical schools. The Harvard University Medical School has been tasked with studying and tracking the long term health/medical issues and "The Katrina Virus".

The United States Military killed, executed and murdered Americans during Hurricane Katrina and after. A side note. Secretary of Defense Donald Rumsfeld had a very public disagreement with President George Bush concerning the use of the military. Captain Christenson does not recall there ever being a public disagreement between the President and the Secretary. What is strange is that the press never picked up on the disagreement. Secretary Rumsfeld already knew about what the military had done and was concerned about the liabilities. President Bush had to order Secretary Rumsfeld to send in the troops. General Russel Honore and the troops arrived five days after Hurricane Katrina. General Honore confirmed to me that he was only responsible for what the military did after he arrived and not before. He was adamant about that. Both he and Coast Guard Admiral Mary Landry lost promotions, their next star and were forced to retire. Why the five day delay when plans and procedures require the securing of an urban area within 72 hours after a catastrophe. There were several reasons for the delay. "The Katrina Virus" would disperse. The DOD and the CIA, in connection with the United States Navy, could clean up the mess without having the press around. It was brilliant the way the Federal Government kept the press occupied with the rescue missions, the superdome and the convention center. Louisiana

Governor Kathleen Blanco was intentionally manipulated by the Federal Government and made into a scapegoat. FEMA Director Michael Brown was manipulated as well.

The BP oil spill. To be Written.

The Danziger Bridge. To be written.

Books Seven and Eight will start in September, 2005. The US Military arrives in New Orleans in the days preceding Hurricane Katrina. The units were issued millions of dollars in cash in satchels. Confirmed by Teresa McKay, Director of Department of Defense Finance and Accounting Service (DFAS). Her husband, Jeffery McKay, and I attended the Air Force Academy together and were roommates in flight school. JK works in the Pentagon and is also one of my sources. In the days following Hurricane Katrina President Bush and Air Force One did a flyover of New Orleans but did not land. The White House issued a press release stating that security was not in place and that the President's landing would detract from the rescue missions. As an Air Force Pilot I flew support missions for the President, Air Force One and the Secret Service. I am intimately familiar with their procedures and protocols. President Bush and Air Force One did not land because The White House did not want to infect the President and his staff with "The Katrina Virus" as was confirmed by Ambassador Donald Ensenat.  Security was in place and Belle Chase Naval Air Station was operational and secure. The senior leadership in New Orleans gave blood and DNA samples. This as well as other connections to "The Katrina Virus" were confirmed by Mayor Ray Nagin.  After the Hurricane, USAA Insurance (A military insurance company run by Generals and Admirals with strong ties to the Pentagon.) informed us that they would be paying our claim because of the long term health issues that we would face. What did USAA know? In February, 2006 we purchased a condominium, under fraudulent circumstances, from Louis (Lee) Madere. He was the Louisiana State Grand Jury Foreman for the Danziger Bridge Murders. (I cannot invent the truth) The Catholic Church had filed a class action video voyeurism lawsuit against him. Madere entered the Federal Witness Protection Program on October 15th, 2010 (The important date from above.). Secretary of HUD, Mayor and Judge Moon Landrieu, the father of Senator Mary Landrieu and Mayor Mitch Landrieu, was a major source of information.

State Farm Insurance and the murder of prominent Los Angeles attorney James Robie of the Robie Matthai Law Firm.  To be written. Please review your homeowner's policy. The medical liability provision of the homeowner's policy is substantial larger than the property loss provision. A $100,000.00 home could have a $5,000,000.00 medical liability provision. The loss to the insurance companies would be trillions of dollars if it was shown that "The Katrina Virus" was released.

Content copyright 2011-2015. persimmonpublishingus.com. All rights reserved

Motion to add Addendums if needed or required by the Supreme Court
Addendums to follow

I move the court to add my addendums for the following reasons:

I suffer from severe Post Traumatic Stress Disorder (PTSD). Writing and documenting my life is extremely therapeutic. In a way I feel as if I am praying to God and asking him for help. It gives me hope. This hope is for mankind, my wife and me. Hope is powerful medicine. My God, my family and my country have been taken from me. Everything that I believed in has been destroyed. It is as if I have no foundation, no core and more importantly no soul. In flying they call it dead reckoning when you set a course with no navigational aids except a magnetic compass. Here is the problem. As you get closer to the magnetic North Pole the compass becomes more and more unreliable. "I am standing on top of the North Pole trying to navigate the route to justice for mankind and I have failed."

I do not want mankind to make the same mistakes again. The closer we get to artificial intelligence, brain monitoring and the quantum computer the more important it will become that we have the rule of law and the Constitution. As you know I believe that God had a hand in drafting the Constitution. This direct intervention by God was done to protect us. There is no doubt that it was a miracle.

Everyone that I asked to help me had an ethical, moral or legal responsibility to do so. Not only did they not help but they intentionally harmed my cause, mankind and me. This was devastating to me when I finally accepted it as reality. This represented the total loss of my being.

The following may sound stupid and childish. I am Scandinavian and relate to Viking lore. My Grandfather taught me to pray to Odin when times were tough and draw strength from my Viking heritage. The prayer went something like this: Odin, please allow me to join you and my ancestors at the table of honor in Valhalla when it is my time, but until then please allow me the strength to ... The prayer got me through some tough times but not this. My blood relatives and especially those in the military (my cousins: Vice Admiral John Christenson, Colonel Joe Christenson [Doctor and Psychiatrist] and Lieutenant Mark Christenson) refused to help. My uncles, Captains Donald and Neil Christenson refused to help as well. Can you imagine how devastating this was to me? Not one of them ever asked me how my fight to save mankind was going. Not one of them ever asked if they could help. It has been extremely difficult to reconcile this loss of faith. Each one of them is a devout Christian/Catholic and yet they have made it clear that mankind does not matter. The oath that they took as Military Officers to protect the Constitution were just words on a paper and had no real meaning. They are defective human beings with no souls. They have sacrificed their children and grandchildren.

Emotionally, Spiritually and financially I am bankrupt. Life is a struggle. When you review my work please understand that the "bastards" have won by taking everything from me. I stand before you naked and alone.

I will not give up. Mankind is too important. When I face the true God (not Odin) I hope I am offered a place at the table of honor.

One last point about how far into hell I have gone. Not even my wife believes me. She has been programed by the Catholic Church, her family and her country to not believe in the truth. Her family has not only turned against her but has intentionally harmed her. It is a miracle from God that she stays with me. I believe she stays because she has blind faith in God and me. If you ask her why she stays she will answer "because I love him".  I am truly alone in this battle.

"There will be no sunarcissists. Honor will always be chosen."
David Andrew Christenson

"A sunarcissist is a narcissist who chooses suicide over honor."
David Andrew Christenson

Narcissist: In psychiatry, a personality disorder characterized by the patient's overestimation of his or her own appearance and abilities and an excessive need for admiration. Excessive self-admiration and self-centeredness

Sincerely filed,
In Proper Person and Pro Se,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086, davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on June 6th, 2015 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail including:
Solicitor General Donald B. Verrilli Jr.
Counsel of Record United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001
SupremeCtBriefs@USDOJ.gov, (202) 514-2217

_____

David Andrew Christenson

Is what I am about to tell you, about the Supreme Court, true?

Reference Writ 14-10077 docketed June 4th 2015 and filed June 1st 2015.
Petition for a writ of mandamus and/or prohibition and motion for leave to proceed in forma pauperis filed.  Simple stated as a Federal Whistleblower: I want the government to tell the truth about what happened and to stop the lying. The American People deserve the truth.

The Writ was actually filed and received by the Supreme Court in the middle of May 2015.
Why was the Writ held? Why did the Supreme Court finally decide to file the Writ? It took me 9 years to get the Writ filed. I had filed (attempted) over 25 Writs. (Side note: The Supreme Court printed and bound 40 copies for me to be distributed to the Justices and their clerks. Why such cooperation?)

Here is the odd part of what I am sharing with you. The Writ was held so that it would be sent to the October 9th, 2015 conference. If the Writ had been docketed one or two days earlier then it would have been sent to the June 18th or June 25th conference.

Did the Supreme Court manipulate the docketing of the Writ to help America and me? The Supreme Court could have dismissed the Writ at the June 18th or June 25th conference. No one would have noticed.

The 10th anniversary of Hurricane Katrina is August 29th, 2015. The Danziger Appeal decision should be released by then. Did you read the massive Navy SEALS article in the New York Times last week? The article had five authors. This article was desensitizing and preemptive. The article did everything but disclose what the Navy SEALS (Stennis Space Center SEAL Boat Team 22 on the Pearl River North of New Orleans) did during the aftermath of Hurricane Katrina.

The title of the filing was determined by the Clerk, not me. Why?

I have attached the Writ cover page. Please review carefully.

Is it possible that justice is going to prevail?

Dave

14-10077

June 11th, 2015

Open Letter to the Supreme Court Justices about the Arrogance of the Department of Justice

This grotesque situation is not my fault and it could have easily been avoided. I continually reached out to the Department of Justice and offered to settle this. The arrogance of the DOJ has allowed them to commit whatever crime and violation of the Constitution that they want.

The damage to the Federal Judiciary and the Supreme Court might be irreversible. Think about the effort and expense that has been incurred by the Federal Judiciary. The DOJ took advantage of the Federal Judiciary and more importantly the Supreme Court. To say that "the DOJ embarrassed the Supreme Court" is a true epic understatement. History and the Federal Judiciary have recorded these events.

This is a perfect scenario where the Supreme Court makes a punitive statement against the criminal conduct of the DOJ. Without this punitive statement the DOJ will continue to take advantage of the Supreme Court and the American People.

This should have been settled a long time ago. We and the American People should not be collateral damage for the DOJ's criminal enterprises. We and the American People have been given death sentences. This is a pure violation of the Constitution. I am just the messenger. Please help.


Godspeed.


Sincerely filed,
In Proper Person and Pro Se,


David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086, davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on June 11th, 2015 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail including:
Solicitor General Donald B. Verrilli Jr.
Counsel of Record United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001
SupremeCtBriefs@USDOJ.gov, (202) 514-2217

_____

David Andrew Christenson

14-10077
Filed June 8th, 2015
Motion for Monetary Expenses (Past, current and future) in the amount of Ten Million Dollars to be paid
by the Department of Justice

Docketed: June 4, 2015
Title: In Re David Andrew Christenson, Petitioner v.
No. 14-10077 In Re David Andrew Christenson, Petitioner Petition for a writ of mandamus and/or
prohibition and motion for leave to proceed in forma pauperis filed. (Response due July 6, 2015)

America and Mankind must come first. To deny this Motion would cause irreparable harm to America
and Mankind. Please grant this Motion in the interest of Justice for America and Mankind.

By denying my Writ and this Motion The Supreme Court will be giving implicit consent to the Federal
Government that it is legal/Constitutional to murder Americans and to censor them. Is this really going
to be the legacy of the Supreme Court? Please allow me the resources to fight this. I beg you on behalf
of your kids, grandkids and future generations of Americans.

(Now that the petition has been filed)
The Ten Million dollars would allow the Petitioner:
Equal footing with the Department of Justice.
To recover past and current expenses.
To fund future expenses.
To correct deficiencies with the Writ and to make the Writ more coherent. (The Petitioner acknowledges
that the petition is incoherent and disjointed. The Petitioner begs the court not to judge him as a
messenger, but to judge the message.)
To fund outside counsel. ("The court has treated me as a loose cannon. This harms my ability to credible
argue my case." I admit that I have done some sensational things to get my message heard.)
To rescind the Petitioner's Motion to proceed in forma pauperis.

The Petitioner was informed on June 4th, 2015 that he needs both knees replaced. Even with his health
insurance (covers 80%) he cannot afford to pay the additional expenses. He also cannot afford to miss
work. His short term disability only pays $100.00 a week. Petitioner and his wife are both full time sales
associates for Orvis and they live below the poverty line.

Attachment 1 was sent via email to the Solicitor General, the Department of Justice and associated
individuals. Please review. Your government has the ability to cleanse/delete/remove free speech from
the internet. How can an individual expose the truth and "to petition the government for a redress of
grievances" when the government actively censors its' citizens? How can I be expected to fight an
enemy who has unlimited resources and is not bound by the law or any sense of ethics or morality and
how can I do this on behalf of America without resources?

Attachment 2 was sent to the Supreme Court in June 2011. I tried to pick one document that symbolizes my trials and tribulations in bringing justice to the American People. The DOJ attempted to murder me. Review the document titled: Chief Judge Terry Alarcon and Magistrate Gerard Hansen 06/18/2011 "A partial summary of the criminal transgressions committed against me." This is just one example of what I have been through.

Sincerely filed,
In Proper Person and Pro Se,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com

## CERTIFICATE OF SERVICE
I hereby certify that on June 8th, 2015 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail including:
Solicitor General Donald B. Verrilli Jr.
Counsel of Record United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001
SupremeCtBriefs@USDOJ.gov, (202) 514-2217

_____

David Andrew Christenson

14-10077
June 10th, 2015
Supplemental Motion for Monetary Expenses and too add Addendums if needed or required by the
Supreme Court
Addendums to follow

The criminal actions and violations of my Constitutional Rights are ongoing. The Department of Justice intentional, egregiously and maliciously continues to harm my wife and me in all aspects of our lives. There is no way for me to defend us, America and Mankind without the cooperation and financial support of the Supreme Court. The financial support will put me on equal footing with the DOJ and allow me to fight for America and Mankind. All I have to fight with is my First Amendment Right. Freedom of Speech is my only weapon and I have been denied its' use. The financial support will help to repair and satisfy my "Maslow's Hierarchy of Needs".

Addendum 1 will discuss my employment with the Orvis Company. The lack of promised performance raises, theft of commissions, denial of benefits (work comp and medical), possible financial fraud against the IRS and Wells Fargo Bank, etc. Orvis is cooperating with the DOJ in violating my Constitutional Rights. My wife works for Orvis as well.
Addendum 2 will discuss the relationship that I have with my family. There is no relationship because of what the DOJ has done and continues to do.
Addendum 3 will discuss my living situation. Literally and figuratively we are in prison. We are constantly spied on.

The DOJ criminal tampers with all aspect of our lives. The DOJ wants us to be financially, psychologically, emotionally and physiologically bankrupt; The DOJ has won as we are totally bankrupt.

The DOJ has taken our God, our families and our country. Please give me the financial ability to fight for America and Mankind.

I have lost my soul. The real tragedy is that I would never fight for America or Mankind again. Why? Not even the Supreme Court Justices want help for themselves or their families. I am unable to reconcile this fact. I put my life on the line every day and no one cares.

Sincerely filed,
In Proper Person and Pro Se,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086,
davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on June 10th, 2015 I filed the foregoing with the Clerk of Court and

served the pleading on all counsel of record by e-mail including:

Solicitor General Donald B. Verrilli Jr.

Counsel of Record United States Department of Justice

950 Pennsylvania Avenue, N.W.

Washington, DC  20530-0001

SupremeCtBriefs@USDOJ.gov, (202) 514-2217

_____

David Andrew Christenson

14-10077
July 4th, 2015
Objection with Constitutional Question
Supplemental Three
Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
Filed May 22nd, 2015

Premise
The facts are not in dispute.

Objection

Plaintiff on behalf of himself and the American People object to the Solicitor General representing the American People. There is truly a conflict of interest between representing the Federal Government and the American People.

Constitutional Question

Who should represent the American People when the Executive Branch has criminally violated the Constitutional Rights of all Americans? In essence the Executive Branch is protecting itself and not the American People or the Constitution. It is critical to have transparency when life and death decisions are being made by government officials. It would take a defective human being to present a defense to a defenseless position.

Idea and Possible Solution

Have Solicitor General, Donald B. Verrilli, Jr. file a sworn affidavit that answers the following questions:

1.      Did the US Military murder Americans in New Orleans during the Hurricane Katrina time frame?
2.      Did chemical warfare contaminants (the Katrina Virus) leak into the environment during the Hurricane Katrina time frame?
3.      Did the Federal Government violate the Constitutional Rights of Federal Whistleblower Captain David Andrew Christenson?
4.      Did the Executive Branch lie to the Supreme Court?
5.      Is there a cover-up?

Personnel Question

In a life and death situation for your kids and grandkids who would you rather have fighting for them, me or them?

Sincerely filed,
In Proper Person and Pro Se,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086,
davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on July 4th, 2015 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail including:

Solicitor General Donald B. Verrilli Jr.

Counsel of Record United States Department of Justice

950 Pennsylvania Avenue, N.W.

Washington, DC  20530-0001

SupremeCtBriefs@USDOJ.gov, (202) 514-2217

_____

David Andrew Christenson

14-10077
June 24th, 2015
Supplemental Two
Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
Filed May 22nd, 2015

It is imperative to the future of this country that the Supreme Court reviews this information. Why would the Supreme Court allow this Nazi censorship when the Supreme Court itself is involved?

The books are listed on the following websites but not the Library of Congress or Apple or Google. The books were listed until this past February 2015. Why? Why the censorship now?
Searched David Andrew Christenson at www.amazon.com
http://www.amazon.com/s/ref=nb_sb_noss?url=search-alias%3Daps&field-keywords=david+andrew+christenson
Searched David Andrew Christenson at www.barnesandnoble.com
 http://www.barnesandnoble.com/s/david-andrew-christenson?store=allproducts&keyword=david+andrew+christenson
Both books are listed at Mira Ebooks. http://www.mirabooksmart.com/ and
http://www.mirabooksmart.com/search.asp?keyword=david+andrew+christenson&search=GO
Mira published the hardcopies of both books.
Library of Congress lists books that I have not written or published. The LOC does not list either book and yet both have control numbers as you can see below. https://www.loc.gov/
Apple (ibooks) removed both books because of pressure from the Department of Justice.
Google books had one of the two books. Guess which book they did not have. Searched my name and the book titles. Who pressured Google/YouTube to remove The United States Supreme Court and The Katrina Virus? The DOJ or the Supreme Court? True censorship by the Supreme Court. You can confirm. One day the truth will come out. I sent hardcopies of both books to all nine justices. I placed both books into the Library of Congress (LOC). The books are no longer listed in the Library of Congress. Search: David Andrew Christenson, author at the LOC website.

The United States Supreme Court and The Katrina Virus
A Prelude/Reference Book/Appendix
Book 7
By David Andrew Christenson
ISBN 978-0-9846893-8-5 Hardback SCKV
ISBN 978-0-9846893-9-2 EBook SCKV
LCCN 2012933074
Copyright 1-724163643
Persimmon Publishing
Box 6374
Miramar Beach, Florida 32550

American Born Terrorist's Emails
To The Department of Justice
A Prelude/Reference Book/Appendix
Book 8
By
David Andrew Christenson
ISBN 978-0-9846893-2-3 Hardback
ISBN 978-0-9846893-3-0 EBook
LCCN201194112
Copyright 20111-674739499
Persimmon Publishing
www.persimmonpublishingus.com

THE RELUCTANT PATRIOT
By Captain David Andrew Christenson
(Book Nine in a nine part series.)
Library of Congress LCCN 2011940256
ISBN 978-0-9846893-0-9 Hardback
ISBN 978-0-9846893-1-1 EBook

I am a prolific, tenacious and notorious communicator.
I, David Andrew Christenson, am a prolific, tenacious and notorious communicator.

I have sent more than a thousand emails to the Supreme Court's Public Information Office (SCPIO). I am sure the SCPIO can confirm this fact.

750 of my videos have been removed/deleted/sanitized from the internet.
All of the references (thousands) that I posted about my 750 videos have been removed/deleted/sanitized/censored from the internet.
All of the comments (thousands) that I posted (including the links) about my 750 videos have been removed/deleted/sanitized/censored from the internet.
Websites that claim to have uploaded my videos have been removed/deleted/sanitized/censored.
All of my videos that were uploaded by Websites are unplayable because the videos have been removed/deleted/sanitized/censored.

Over the last week I contacted every radio show that I was on and not one them responded. Why?

All of my writings are gone.

There are references to me, my writings and videos but they come from other sources and not fro

Sincerely filed,

In Proper Person and Pro Se,

David Andrew Christenson

Box 9063

Miramar Beach, Fl. 32550

504-715-3086,

davidandrewchristenson@hotmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on June 24th, 2015 I filed the foregoing with the Clerk of Court and

served the pleading on all counsel of record by e-mail including:

Solicitor General Donald B. Verrilli Jr.

Counsel of Record United States Department of Justice

950 Pennsylvania Avenue, N.W.

Washington, DC  20530-0001

SupremeCtBriefs@USDOJ.gov, (202) 514-2217

_____

David Andrew Christenson

14-10077
June 17th, 2015
Supplemental
Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
Filed May 22nd, 2015

Our Government continues to harm the American People. I am fighting for the American People and the Government continues to harm me. I took an oath to protect my country and will continue to do so zealously. My only weapon is the First Amendment and that includes the Constitutional Right to file a grievance against the Government.

In order to honor my oath and to exercise my First Amendment Right I must update the original Extraordinary Writ with additional information. I had hoped that the original Extraordinary Writ would cause the Government to cease their criminal activities but this has not been the case. I am harassed on a daily basis and my Constitutional Rights continue to be violated.

The Clerk of the Supreme Court informed me that the only way to file additional information is to file a Supplemental. I am trying to save the American People so I beg the court to file this Supplemental. The attachments are previously filed documents/pleadings that have been consolidated into this Supplemental.

Attachments:

A1: Motion to add Addendums if needed or required by the Supreme Court Filed June 6th, 2015

A2: Motion for Monetary Expenses (Past, current and future) in the amount of Ten Million Dollars to be paid by the Department of Justice Filed June 8th, 2015

A3: Supplemental Motion for Monetary Expenses and too add Addendums if needed or required by the Supreme Court Filed June 10th, 2015

A4: Open Letter to the Supreme Court Justices about the Arrogance of the Department of Justice Filed June 11th, 2015

A5: Memorandum in Support of Motion for Monetary Expenses, Petitioner David Andrew Christenson, requires double knee replacements per Doctor Theodore Macey Filed June 15th, 2015

The future of our country depends on this document reaching the hands of the Supreme Court Justices. Please do not allow irreverent rules and procedures that I am not familiar with as a Pro Se Federal Whistleblower, to deny the American People justice.

Sincerely filed,

In Proper Person and Pro Se,


David Andrew Christenson

Box 9063

Miramar Beach, Fl. 32550

504-715-3086,

davidandrewchristenson@hotmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on June 17th, 2015 I filed the foregoing with the Clerk of Court and

served the pleading on all counsel of record by e-mail including:

Solicitor General Donald B. Verrilli Jr.

Counsel of Record United States Department of Justice

950 Pennsylvania Avenue, N.W.

Washington, DC  20530-0001

SupremeCtBriefs@USDOJ.gov, (202) 514-2217


_____

David Andrew Christenson

Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
Filed May 22nd, 2015
Writ of Certiorari Narrative
Filed May 18th, 2015
Extraordinary Writ Second Addendum Narrative
Filed May 18th, 2015
Extraordinary Writ Addendum Narrative
Filed May 10th, 2015
(Extraordinary Writ filed May 7th, 2015)


Extraordinary Writ: No other court has the ability to correct the gross injustice that is taking place against the American People.

Writ of Prohibition:
The Federal Government has to stop lying to the American People about what happened in New Orleans during Hurricane Katrina.
The Federal Government has to stop lying about me.
The Federal Government has to stop censoring me and deleting me from history.

Writ of Mandamus:
The Federal Government has to disclose the truth about what happened in New Orleans during Hurricane Katrina.
The Federal Government has to disclose the truth about me.

750 videos that I placed on the internet are gone. Please think about that. Who would have the ability to remove 750 videos from all search engines (Google, Yahoo, Bing, etc.) throughout the world? Not only are my video gone but all of the references that I made to them in thousands of different places.

Sincerely filed,
In Proper Person and Pro Se,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086, davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on May 22nd, 2015 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and Pacer notification.

_____
David Andrew Christenson

Extraordinary Writ Second Addendum Narrative
Filed May 18th, 2015
Extraordinary Writ Addendum Narrative
Filed May 10th, 2015
(Extraordinary Writ filed May 7th, 2015)

How do I get your attention and explain the dangerousness of what the Federal Government has done. Since February 2015 the Federal Government has systematically removed me from history. Is this not a criminal violation of the Constitution and the First Amendment? What is going to happen when the Federal Government can monitor our thoughts? I have repeatedly told you that the conclusion is Genocide. Mankind becoming extinct is a real possibility. Can the Bible be correct about the burning of the Earth?

The importance of what I have witnessed is so dangerous to the Federal Government that they have to erase me from history and continue to erase anything connected to me. The cover-up and the consequences are so great that the Federal Government is rewriting history. This is an "Epic Constitutional Crisis". We are talking about a cataclysmic event in the history of mankind. We are talking about the suicide of the human race.

The following email was sent yesterday (05/17/15) to the Supreme Court:

I, David Andrew Christenson, am a prolific, tenacious and notorious communicator.

I have sent more than a thousand emails to the Supreme Court's Public Information Office (SCPIO). I am sure the SCPIO can confirm this fact.

750 of my videos have been removed/deleted/sanitized from the internet.
All of the references (thousands) that I posted about my 750 videos have been removed/deleted/sanitized/censored from the internet.
All of the comments (thousands) that I posted (including the links) about my 750 videos have been removed/deleted/sanitized/censored from the internet. (What happened to the comments, good and bad, that other people posted about my videos? Is this not censorship as well?)
Websites that claim to have uploaded my videos have been removed/deleted/sanitized/censored.
All of my videos that were uploaded by Websites are unplayable because the videos have been removed/deleted/sanitized/censored.

Over the last week I contacted every radio show that I was on and not one them responded. Why?

All of my writings are gone.

My thoughts and ideas are gone.

The solutions that I have presented to the world are gone. Why would they remove the solutions?

There are references to me, my writings and videos but they come from other sources and not from me. The references are being removed as well.

I Googled myself, David Andrew Christenson, today, 05/18/2015 at 6:23 AM and there were "About 380,000 results (0.33 seconds)". In February 2015 the Google search resulted in millions of results. Yahoo was 281,000 results and Bing was 789,000 results.
I Googled "The Katrina Virus" today, 05/18/2015 at 6:30 AM and there were "About 839,000 results (0.45 seconds)". In February 2015 the Google search resulted in millions of results.
Yahoo was 504,000 results and Bing was 115,000 results.

This means the Federal Government is removing the direct references to me first and the connections second.  It also means that the Federal Government is concentrating on the Google search engine first.

The Supreme Court must give the following consideration: is the Supreme Court a participant in the greatest criminal enterprise of all time? Has the Supreme Court given implicit consent to the Federal Government to remove me from the internet and the connections that the Supreme Court has to me and the Katrina Virus?
I Googled The United States Supreme Court and The Katrina Virus today, 05/18/2015 and there were "About 201,000 results (0.37 seconds)". In February 2015 the Google search resulted in millions of results.
Yahoo was 2,020,000 results and Bing was 1,440,000 results.

Sincerely filed,
In Proper Person and Pro Se,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086,
davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on May 18th, 2015 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and Pacer notification.

_____

David Andrew Christenson

Extraordinary Writ Addendum Narrative
Filed May 10th, 2015
(Extraordinary Writ filed May 7th, 2015)

Reference the following Appeals:
United States Court of Appeals for the Fifth Circuit
No. 13-31078
United States Court of Appeals for the District of Columbia Circuit
14-5212 & 14-5207

The attachments are pleadings that were properly filed but censored by the Appellate Circuit Courts. This censorship included sealing the pleadings, omitting the pleadings from the record and filing the pleadings without making them part of the record/docket. This is a Constitutional criminal violation against the American People. Each of the attached pleadings was filed in each of the three cases and I have included just one of the three for space limitations.

The attachments are evidence. This evidence is factual and verifiable.

Attachment 1: Prayer for a Miracle Memorandum Fifth Circuit & (2X) DC Circuit.
Attachment 2: Affidavit Fifth Circuit & (2X) DC Circuit. I could not invent what the DOJ did.
Attachment 3: Motion to Intervene Post Oral Arguments Open Letter to the Justices and Clerk Fifth Circuit & (2X) DC Circuit. This clearly shows manipulation of the Federal Judiciary by the DOJ.
Attachment 4: Motion for Summary and Default Judgement Fifth Circuit & (2X) DC Circuit.
Attachment 5: Memorandum concerning Will of David Andrew Christenson Fifth Circuit & (2X) DC Circuit.
Attachment 6: Sunarcissist Quote by David Andrew Christenson

Sincerely filed,
In Proper Person and Pro Se,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086,
davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on May 11th, 2015 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail and Pacer notification.

_____

David Andrew Christenson

Extraordinary Writ Narrative
May 7th, 2015

I, Federal Whistleblower Captain David Andrew Christenson, will be writing this narrative in first person. I am Pro Se on behalf of myself and all Americans. Please consider me to be a death row inmate, figuratively and literally speaking, with no resources. There have been many attempts on my life by the Department of Justice with the most heinous being my false arrest on March 15th, 2011. I was never charged with a crime. I was placed in isolation by the Department of Justice for 11 days and medicated against my will. My heath and that of my wife, both mentally and physical, has deteriorated to a point that we may not recover. We both suffer from severe Post Traumatic Stress Disorder (PTSD). I have no money or assets. I am borrowing the money to pay for the toner, paper and postage so that this Extraordinary Writ can be filed. I should not have to lose my life while seeking justice for myself and the American People.  Everything that I am stating is factual, documented and verifiable. A death row inmate can file a one page handwritten Writ and I as a Federal Whistleblower should given the same consideration per the Constitution and the First Amendment. The Federal Government has intentionally placed me in this position. The Federal Government should not prevail because they repeatedly violated my Constitutional Rights. I deserve to be heard on behalf of myself and all Americans. Please grant this in the interest of Justice.

I have made a Herculean effort to save the American People. The last sentence of the First Amendment of the Constitution of the United States of America states that I have a right to: "and to petition the Government for a redress of grievances."

I admit that this Extraordinary Writ is disjointed and incoherent. There is no way to tell this story as it would take a quantum computer to do so. You could say that I am the unluckiest American in the world. I am attaching previously filed Supreme Court pleadings as a way of telling my story. All of these pleading are date time stamped and copies have been filed in many Federal Courts but more specifically in my appeals at the 5th, 8th and District of Columbia Circuits. The documentation is there for all of America to see. This evidence exists on the World Wide Web and one day could be used against the Supreme Justices in criminal trials. There is no escaping the truth and one day the cover-up will be exposed. There will be accountability.

I do believe in God (not zealously) and I feel that I am doing his work. By the grace of God I am being allowed to serve my penance here on earth.

I beg the court to grant justice to the American People.

Sincerely filed,
In Proper Person and Pro Se,


David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on May 7th, 2015 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail and Pacer notification.


_____

David Andrew Christenson

Constitutional Questions
May 7th, 2015

1.      Should I as an American (Federal Whistleblower) lose my life for standing up for my country and all Americans? I was labeled a terrorist by the Department of Justice in 2010.

2.      Should my Constitutional Rights be taken away from me to protect the criminal activities of the Federal Government? We are talking the Genocide of the American People and Crimes Against Humanity.

3.      Should the United Military be allowed to murder Americans on US soil as they did during Hurricane Katrina?  This is a criminal violation of the Constitution and the Posse Act. Americans were denied due process and their Constitutional Rights.

4.      Should the Federal Government be allowed to cover-up the release of chemical warfare contaminants, THE KATRINA VIRUS, during Hurricane Katrina?  The Katrina Virus is a compilation term.

5.      Do I have a Constitutional Right per the Constitution and the First Amendment to: "and to petition the Government for a redress of grievances."

6.      Do I have a Constitutional Right to join a class action lawsuit that was filed on my behalf and those of all Americans? The United States Court of Appeals for the District of Columbia Circuit called it "'frivolous". How can a Motion to Join a lawsuit filed on behalf of all Americans be frivolous?   What is even more grotesque is the fact that the Department of Justice never filed a response, objection, motion, memorandum, pleading, etc. My Summary/Default Judgment should have been granted. The court made it clear that 99.99% of Americans don't count and that our lives and Constitutional Rights don' matter.

7.      Do I lose my Constitutional Rights because I am unable to pay for an attorney?

Amended Index and Attachments
May 8th, 2015
(Original filed May 7th, 2015)

Page:
1.      Cover page Extraordinary Writ.
2.      Narrative
3.      Constitution Questions.
4.      Index
5.      Relief and Exceptional Circumstances
6.      All other Supreme Court requirements are located within attachments 1 – 6. Please reference attachment 5: Modified Extraordinary Writ. This completes the Supreme Court procedural requirements.

As a Pro Se Federal Whistleblower I have made a herculean effort to exercise my Constitutional Rights. I have done the best that I can do. I am not an attorney but yet I have filed pleadings in over 30 Federal cases (at least 10 were mine) in support of my effort to uncover the truth. Please, I beg you, judge this Writ on its' merits. Please judge the message and not me as the messenger.

Attachment:
1.      Previously filed with the Supreme Court and date time stamped on:
Emergency Motion and Order March 4th, 2015. 26 pages.
2.      Previously filed with the Supreme Court and date time stamped on:
Emergency Motion and Order March 12th, 2015. 12 Pages.
3.      Previously filed with the Supreme Court and date time stamped on:
Second Supplemental to Emergency Motion to Order Publication March 18th, 2015.  7 pages.
Supplemental to Emergency Motion to Order Publication March 18th, 2015. 3 pages.
4.      Previously filed with the Supreme Court and date time stamped on:
Extraordinary Writ March 25th, 2015. 12 pages.
5.      Previously filed with the Supreme Court and date time stamped on:
Modified Extraordinary Writ April 6th, 2015. 27 pages.
Extraordinary Writ Documentation and Evidence Showing Genocide and Crimes against Humanity by the Supreme Court Justices. April 6th, 2015. 25 pages.
6.      Previously filed with the Supreme Court and date time stamped on:
Motion to Attend April 14th, 2015. 15 pages.

Attachment:
7.      Motion to Intervene Post Oral Arguments Open Letter to the Justices and Clerk May 1st, 2015.
8.      Prayer for a Miracle Memorandum April 27th, 2015.

Attachment:
9.      United States Court of Appeals for the Fifth Circuit Oder 13-31078 April 16th, 2015.

10.   United States Court of Appeals for the District of Columbia Circuit Order 14-5207 May 4th, 2015.

11.   United States Court of Appeals for the District of Columbia Circuit Order 14-5207 May 4th, 2015.

12.   United States Court of Appeals for the District of Columbia Circuit Order 14-5212 May 4th, 2015.

13.   United States Court of Appeals for the District of Columbia Circuit Order 14-5212 May 4th. 2015.

Relief and Exceptional Circumstances
as to why the Supreme Court must exercise its' Constitutional and discretionary powers
May 8th, 2015
(Original May 7th, 2015)

1.      Unseal The Danziger case.
2.      Motion to Join to be granted in the Danziger case.
3.      Disclose the truth about the Katrina Virus and its' release.
4.      Disclose the truth about the US Military murdering Americans in New Orleans during Hurricane Katrina. (American Sniper Chris Kyle received TDY pay for being at Belle Chase NAS per DFAS Teresa McKay. She is married to my roommate from the Air force Academy.)
5.      Disclose the truth about what criminal actions the Federal Government took against me.
6.      Disclose the truth about why I was targeted and classified as a terrorist.
7.      Disclose the truth about why I lost my Constitutional Rights.
8.      Disclose the cover-up.
9.      Grant me my two Motions for Summary/Default Judgment in the Klayman and Paul class action complaints in the amount of Eight Trillion Dollars. (The Department of Justice did not file one objection, motion, pleading, response, etc. even when the court so ordered.)
10.     I would like my life and reputation back.
11.     I would like for my wife to be healthy, she did not deserve this. The Federal Judiciary allowed all of this because of simple mortgage fraud against my wife and me. All I did was stand up for us and the rest was an insidious cancer that destroyed our lives.

GODSPEED.

14-10077
August 28th, 2015
Supplemental Twelve
The Katrina Virus Has Infected Us All And Now We Are Research Subjects
Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
Filed May 22nd, 2015

The Supreme Court has been a reactive branch of our government but that has to change if Mankind is going to survive. The Supreme Court has to become proactive. The Justices have to become leaders. The Nine Justices will have to unlearn everything that they have been program for when it comes to administering justice. Failure to change will result in the elimination of Mankind as a species. We have "free will" and therefore we cannot hope or expect or pray for a miracle from God.

No one is going to escape the Katrina Virus. The Supreme Court Justices and their families will not escape the Katrina Virus. The employees of the Supreme Court and their families will not escape the Katrina Virus. (It is irrelevant if the Katrina Virus was intentionally or negligently released during the Hurricane Katrina time frame. The fact is the Katrina Virus was released.)

The Katrina Virus is a compilation term that encompasses chemical warfare contaminates that are destroying our immune systems. I have also included vaccinations and immunizations because they too destroy our immune systems.

We are all research subjects. Read up on the flu and pneumonia vaccination programs. How could anyone stop a multibillion dollar program and fight the establishment? I have attached two articles. The first article is "Protecting Human Research Subjects". Regardless of how we became subjects we are still subjects that deserve protection. The Tuskegee Syphilis study went on for 40 years and men died. Nobody stopped the Tuskegee Study. Why? The study of the Katrina Virus is the result of its' release. Could Chief Justices John Roberts vote to keep this information from his own children and grandchildren? Could Justice Antonin Scalia vote to keep this information from his Catholic, right to life, extended family? Would the Justices be playing God? The second article is "Ethical Failures and History Lessons: The U.S. Public Health Service Research Studies in Tuskegee and Guatemala." The Supreme Court has allowed our government to act as God and this has to stop.

Am I truly crazy for believing that I have a Constitutional Right to live my life? Denying me my First Amendment Right is in turn denying all Americans their First Amendment Right. Knowledge should not be censored. Without knowledge we are doomed.

Our leaders and government has to tell the truth about what happened in New Orleans during the Hurricane Katrina time frame. We have to discuss what took place and not let it happen again. We allowed our military to conduct operational mission in violation of the Constitution and Posse Act. We allowed the US Military to murder Americans with no discussion. We allowed our fellow American to die

from chemical warfare contamination with no discussion. Did we doom Mankind to extinction with no discussion? How could a simple force of Mother Nature create the perfect storm for the destruction of our country? We violated every doctrine that we stood for on August 29th, 2005. This will go down as the darkest day in the history of the United States and yet no one will know. What makes it worse is that we did not do anything about it.

Regardless of what our government does no one will ever be able to mount a challenge for change or even a discussion and Katrina is proof of that. Please think about my quotes and how far you will and have gone to protect yourself and your family. What the hell happened to us?

"There will be no sunarcissists. Honor will always be chosen."
David Andrew Christenson

"A sunarcissist is a narcissist who chooses suicide over honor."
David Andrew Christenson

Narcissist: In psychiatry, a personality disorder characterized by the patient's overestimation of his or her own appearance and abilities and an excessive need for admiration. Excessive self-admiration and self-centeredness

Sincerely filed,
In Proper Person and Pro Se,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086, davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on August 28th, 2015 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail including:
Solicitor General Donald B. Verrilli Jr.
Counsel of Record United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001
SupremeCtBriefs@USDOJ.gov, (202) 514-2217

_____
David Andrew Christenson

14-10077
August 29th, 2015
Supplemental Fourteen
The Murder Of A Mentally Ill Young (Black) Man Is An Epidemic With The Result Being Genocide
Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
Filed May 22nd, 2015

"I am trying to help but I don't know how so I write. I hope and pray that one sentence, one story or one event from my life will make a difference. Attachment 6 is a letter from Air Force General Thomas L. Gibson barring me from the United States Air Force Academy, my alma mater, for life for exercising my Constitutional Rights by communicating with the Supreme Court of the United States."

As I have stated before I am not a religious man, but I do believe in God. My belief is pertinent to what I am sharing with you.  (It is extremely important that you read attachment 1 and 2 before going further. In very simple terms consider Jamycheal Mitchell and Jesus Christ to be the same person. What they did to Jesus Christ they did to Jamycheal Mitchell, figuratively.) I also believe the Bible is a guidebook. It has been over 2000 years since the crucifixion of Jesus Christ and "we still know not what we do".

Luke 23:34 King James Version (KJV)
34 "Then said Jesus, Father, forgive them; for they know not what they do."

[Question: "Why did Jesus say 'Father, forgive them' on the cross?"
Answer: Jesus' words "Father, forgive them for they do not know what they are doing" are found in Luke 23:34. Jesus looked down from the cross upon the scene that was most distressing to Him. The Roman soldiers were casting lots for His clothing (John 19:23–24); the criminals on the crosses to either side of Him were reviling Him (Matthew 27:44); the religious leaders were mocking Him (Matthew 27:41–43); and the crowd was blaspheming Him (Matthew 27:39). Jesus looked down upon this most unworthy lot and said, "Father, forgive them."] From the internet.

We are supposed to be a nation of laws, ethics and morality. Every day I sit in awe of the Declaration of Independence. It has been over 238 years since the Declaration of Independence was unanimously accepted and 2000 years since the crucifixion of Jesus Christ and "we still know not what we do".

[The Declaration of Independence IN CONGRESS, July 4, 1776.

The unanimous Declaration of the thirteen united States of America,

When in the Course of human events, it becomes necessary for one people to dissolve the political bands which have connected them with another, and to assume among the powers of the earth, the separate and equal station to which the Laws of Nature and of Nature's God entitle them, a decent respect to the opinions of mankind requires that they should declare the causes which impel them to the separation.

We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.--That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed, --That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to effect their Safety and Happiness. Prudence, indeed, will dictate that Governments long established should not be changed for light and transient causes; and accordingly all experience hath shewn, that mankind are more disposed to suffer, while evils are sufferable, than to right themselves by abolishing the forms to which they are accustomed. But when a long train of abuses and usurpations, pursuing invariably the same Object evinces a design to reduce them under absolute Despotism, it is their right, it is their duty, to throw off such Government, and to provide new Guards for their future security.--Such has been the patient sufferance of these Colonies; and such is now the necessity which constrains them to alter their former Systems of Government. The history of the present King of Great Britain is a history of repeated injuries and usurpations, all having in direct object the establishment of an absolute Tyranny over these States. To prove this, let Facts be submitted to a candid world.]

We have the Bible, the Declaration of Independence and the Constitution. I believe God had a hand in drafting in all three. Why can't we believe in them? Why can't we follow them? If we don't follow them then the end result is the genocide of the human race?

Narrative

Who is more mentally ill: me, the young man that wasted away until he died, those that had taken an oath and then watched him die or the Supreme Court Justices who allow this type of world to exist? Not only do the Supreme Court Justices allow this type of draconian world to exist they castrate individuals like me who try to make a difference. I have almost lost my life on multiple occasions.

The most amazing thread throughout this story is that no one cared. Compound the "not caring" with the fact that everyone had taken an oath to protect. It would be excruciatingly painful if you were looking down from heaven and watched this story unfold. Why did no one care about one young man's life? The courts, the police, the public defenders, the jailer, the medical professionals in the jail, etc. all had responsibility to protect this young man. One person could have made a difference.

Statement of fact: Mental Illness is growing at exponential rates. This is a problem for all of us.  As I have stated before survival is no longer our number one priority. This is 2015 and we have made absolutely no progress towards a better world. Watching a young man die is the norm for our society.

Attachment 1: Luke 23:34 King James Version (KJV)

Attachment 2: Article "Young black man jailed since April for alleged $5 theft found dead in cell"

http://www.msn.com/en-us/news/us/young-black-man-jailed-since-april-for-alleged-dollar5-theft-found-dead-in-cell/ar-BBmc9TD?ocid=mailsignout

The Guardian Jon Swaine in New York

Attachment 3: A document from Writ 14-10077 Supplemental Eight Coast Guard Commander William Goetzee was Murdered by the Department of Justice docketed on August 19th, 2015 with the Supreme Court. I included this document because of one passage that I wrote in 2011. I was falsely arrested and declared to be a terrorist on March 15th, 2011. I was placed into the Orleans Parish Jail (house of detention), 10th floor which was the psychiatric unit. The Orleans Parish Prison was ruled to be Unconstitutional by the Department of Justice and has been torn down. I was never charged with a crime.

"There was a young black kid in the "suicide watch" cell while I was there. He continually defecated on himself and the stench was unbelievable. Nobody helped him. I worried about him and I wonder what happened to him."

What an odd passage for me to write.

Attachment 4: Title page and "Guideline and background information for reading my emails" from my book: "An American Born Terrorist's Emails To The Department Of Justice". My books were placed into the Library of Congress for safe keeping but have been removed under orders from Congress.

Attachment 5: On March 29th, 2013 I was granted an access badge to the United States Air Force Academy. I graduated from there in 1982.

I had cleared of all of the following per the FBI and the below listed agencies:
"There are 14 persons files, including: Supervised Release; National Sex Offender Registry; Foreign Fugitive; Immigration Violator; Missing Person; Protection Order; Unidentified Person; U.S. Secret Service Protective; Gang; Known or Appropriately Suspected Terrorist; Wanted Person; Identity Theft; Violent Person; and National Instant Criminal Background Check System (NICS) Denied Transaction."

Department of Defense (DOD)
Colorado Crime Information Center (CCIC)
National Crime Information Center (NCIC)
Defense Security Service (DSS)
National Instant Criminal Background Check System (NICS)
United States Air Force Academy (USAFA)

Attachment 6: This is one of my most prized possessions. I believe it to be a badge of honor. I was barred for life from entering the United States Air force Academy by a fellow graduate that I never met nor communicated with. The approval for the security clearance was received on March 29th, 2013 and

this letter was received on May 7th, 2013. I had not been on the Academy grounds in over 20 years and had no intention of entering, I just wanted to know if I could pass the background check and I did.

The first paragraph says it all and mentions the US Supreme Court. I will frame the original one day as a sign of success or failure.

Attachment 7: An email to General Thomas L. Gibson. No response was ever received by me.  Gibson and his wife just happen to be zealous born again Christians. A befitting end to this narrative.

Attachment 8: Proof that the Constitution does not matter to Air Force Generals and that the problem is systemic throughout the military. Fellow Air Force Academy Grad General Post just got caught.


Sincerely filed,
In Proper Person and Pro Se,


David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086, davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on August 29th, 2015 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail including:
Solicitor General Donald B. Verrilli Jr.
Counsel of Record United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001
SupremeCtBriefs@USDOJ.gov, (202) 514-2217

_____

David Andrew Christenson

14-10077
September 2nd, 2015
Supplemental Fifteen
The Redneck Navy
Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
Filed May 22nd, 2015

I will swear under oath that I knew nothing about the article, the book or the movie until today, September 2nd, 2015. Please reference August 22nd, 2015 Writ 14-10077 Supplemental Tenth The Perfect Military Weapon Is A Suicide Weapon (Katrina Virus) second paragraph last three lines which were written by me:

"I say this with love and affection: "Every Redneck in South Louisiana has a boat." New Orleans is on a huge river with a huge lake on the north side. The Redneck Navy could have rescued everyone if asked or allowed."

How many people really died in New Orleans during the Hurricane Katrina time frame? The public number is roughly 1800. Of those 1800 many of the bodies are unaccounted for. New Orleans is below sea level and bodies would flow into and not out of. Read Supplemental Tenth.

The real questions are how many Americans died from the Katrina Virus and how many were murdered by the US Military?

Greatest story never told: Acadiana boaters braved danger, arrest to rescue New Orleans-area residents trapped by Hurricane Katrina floods
Rescuers from Acadiana braved danger, arrest to rescue N.O.-area residents trapped by Hurricane Katrina floods
BILLY GUNN | bgunn@theadvocate.com  Sept. 02, 2015
http://www.theneworleansadvocate.com/community/13329997-171/greatest-story-never-told-citizen
Many more people would have died in the flood waters of Hurricane Katrina in 2005 if not for hundreds of south Louisiana folks who met at Acadiana Mall in Lafayette and then hauled their boats to New Orleans, where they disregarded authorities' orders to go back home because it was too dangerous.
The story of the citizen rescue, which unfolded over days in a devastated New Orleans, is told in a new documentary, "The Cajun Navy," directed by Academy Award-winning filmmaker Allan Durand, who teamed with film students at the University of Louisiana at Lafayette for the project.
Durand on Tuesday told a few hundred people at the LITE Center in Lafayette that the caravan of boats and boaters who dropped everything to head east on Interstate 10 ended up rescuing more than 10,000 people.
Durand was among the guests celebrated at an event commemorating the rescuers and others who helped in the effort.

Tuesday's event previewed a few minutes of the documentary, and also unveiled a new book that includes the story of the citizen boat rescues, "The Terrible Storms of 2005: Hurricane Katrina and Hurricane Rita," published by Acadian House Publishing in Lafayette.

Among the guests Tuesday were former Gov. Kathleen Blanco, retired Army Gen. Russel Honoré and the organizer of The Cajun Navy, Doug Bienvenu.

Katrina made landfall Aug. 29, 2005. Many tens of thousands of New Orleanians and some in neighboring St. Bernard Parish did not or could not leave. In New Orleans, hundreds drowned after levees built along two canals connected to Lake Ponchartrain gave way and flooded much of the city. [This is close to where the Katrina Virus warehouses were.]

Many who sought safety in their attics beat holes in the roofs and climbed out to escape the rising water. They needed help badly, and it was with these people in the crucial first days after the storm that the boaters from Cajunland made their mark.

At the time, government officials didn't or couldn't deploy rescue boats, which threw much of the responsibility on the shoulders of citizen rescuers who rode house to house, according to the film. [Why?]

Brian Smelker, of Lafayette, said the caravan was stopped by officers with Louisiana Department of Wildlife and Fisheries, who told them it was too dangerous to proceed. Authorities also told them "we don't need you."[Are you kidding? They were going to rescue our fellow Americans.]

Smelker said that as he was being told to turn back, he could see people on roofs who needed help. All the while, the sound of gunshots could be heard, he said. "It was pretty obvious it was a serious situation," Smelker said. [The US Military was firing the weapons to keep people away.]

While many of the boaters turned around and headed back home, many did not.

Told he would go to jail if he didn't return home, he said, "Well, it won't be the first time." [The Supreme Court protects this terrorist behavior by law enforcement.]

Bienvenu and his girlfriend, Drue Leblanc, who rode alongside him in his airboat, ended up rescuing hundreds of people over three days.


Sincerely filed,
In Proper Person and Pro Se,



David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086, davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on September 2nd, 2015 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail including:

Solicitor General Donald B. Verrilli Jr.

Counsel of Record United States Department of Justice

950 Pennsylvania Avenue, N.W.

Washington, DC  20530-0001

SupremeCtBriefs@USDOJ.gov, (202) 514-2217

_____

David Andrew Christenson

14-10077
September 4th, 2015
Supplemental Seventeen
National Football League and Archie, Payton, Eli and Cooper Manning
Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
Filed May 22nd, 2015

Attachment 1: These are emails that I sent to the National Football League and Archie, Payton, Eli and Cooper Manning. I know I am presenting this in an incoherent manner. Cooper and Archie live less than 10 blocks from the epi center of the chemical warfare, Katrina Virus, contamination in New Orleans and two blocks from my niece. This is phenomenal interesting reading backed up with available references.

Please take the time to review.

Godspeed.

Sincerely filed,
In Proper Person and Pro Se,


David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086, davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on September 4th, 2015 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail including:
Solicitor General Donald B. Verrilli Jr.
Counsel of Record United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001
SupremeCtBriefs@USDOJ.gov, (202) 514-2217


_____
David Andrew Christenson

14-10077
September 4th, 2015
Supplemental Sixteen
Federal Desensitizing Propaganda about the Katrina Virus
Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
Filed May 22nd, 2015

Attachment 1: How could the Federal Government certify that 14 cancers came out of the World Trade Centers on 911? There were CIA chemical warfare labs in the Centers. New Orleans is the chemical warfare capital of the world and yet the government did not certify that the Katrina Virus came out of New Orleans.

Attachment 2: An assortment of articles from reliable sources that should be read.

All of these articles are designed to desensitize you. We are much better at propaganda than the Nazis.

Godspeed.
Sincerely filed,
In Proper Person and Pro Se,


David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086, davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on September 4th, 2015 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail including:
Solicitor General Donald B. Verrilli Jr.
Counsel of Record United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001
SupremeCtBriefs@USDOJ.gov, (202) 514-2217

_____
David Andrew Christenson

14-10077
September 11th, 2015
Supplemental Twenty-One
A Small Idea That Could Help America And Mankind
Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
Filed May 22nd, 2015

Computerize the Supreme Court. Place every Writ that is filed/docketed on the web/internet. Allow the world free access to review the Constitutional Questions that are being presented to the Supreme Court. These are the most important legal pleadings in America and no one has access to them. The Writs represent freedom of speech, the First Amendment and the foundation for our democracy. The Writs are what is good about America. This would be an excellent source of news. The knowledge that would be acquired could help our political system which is bankrupt and broken. The Supreme Court is the most important branch of our government because it has the responsibility to protect the Constitution as the last line of defense and yet the Supreme court is the most secretive. This simple innovation could help to educate all Americans and make us a better democracy. As I have stated before, the Supreme Court has to become proactive and start to lead if we are going to survive. The last sentence of the First Amendment states that all Americans have a right "to petition the government for a redress of grievances".

Godspeed.
Sincerely filed,
In Proper Person and Pro Se,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086, davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on September 11th, 2015 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail including:
Solicitor General Donald B. Verrilli Jr.
Counsel of Record United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001
SupremeCtBriefs@USDOJ.gov, (202) 514-2217

_____

David Andrew Christenson

14-10077
September 10th, 2015
Supplemental Twenty
What if I am right?
Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
Filed May 22nd, 2015

What if I am right? Are we damaging immune system(s) in the most vulnerable part of our population? I am unable to find any medical studies that discuss the relationship between our immune system(s) and the flu vaccine. There are thousands of different strains of the flu virus and those mutate every year. We have become addicts.

I believe in God and the theory of evolution. I also believe that we are figuratively and literally committing suicide. We are destroying the thing that protects us the most.

Please forgive me but I believe with my entire being that what we are doing is wrong. The United States government should not be allowed to dictate the future of mankind. Is it all about the money?

Do the Justices really want to be complicit in the murdering of our children?

My last thought. To me common sense alone dictates that what we are doing is wrong.

September 09, 2015 AAP calls for mandatory flu vaccines for children, health care workers

HealthDay News — All eligible children and health care workers should receive influenza vaccination, according to new policy statements from the American Academy of Pediatrics (AAP). The policy statements were published online Sept. 7 in Pediatrics.

The AAP recommends that annual influenza vaccination should be given to all people 6 months of age and older. Children aged 6 months to 8 years require two doses this flu season if they have received less than two doses of flu vaccine before July 2015. Flu vaccination is recommended for all people who have contact with children younger than 5 years of age and children with high-risk conditions.

"Employees of health care institutions have an ethical and professional obligation to act in the best interest of their patients' health," Henry Bernstein, DO, author of both policy statements, said in an AAP news release. "For the prevention and control of influenza, we must continue to put the health and safety of the patient first."

In the 2013-14 flu season, 75% of U.S. health care workers received flu vaccinations, well below the Healthy People 2020 target of 90%. Voluntary programs are less effective than mandatory programs, which can achieve health care worker vaccination rates higher than 94%, according to the AAP, which repeated its call for mandatory vaccination for health workers nationwide

http://www.clinicaladvisor.com/web-exclusives/aap-calls-for-mandatory-flu-vaccines-for-children-health-care-workers/article/437433/


Godspeed.

Sincerely filed,
In Proper Person and Pro Se,


David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086, davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on September 10th, 2015 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail including:
Solicitor General Donald B. Verrilli Jr.
Counsel of Record United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001
SupremeCtBriefs@USDOJ.gov, (202) 514-2217


_____

David Andrew Christenson

14-10077

September 9th, 2015

Supplemental Nineteen Reference

The Department of Justice failed to file any type of response(s) in the attached Motion to Intervene
Class Action Complaint(s) United States District Court for the District of Columbia 1:13-cv-00851-RJL
1:13-cv-00881-RJL 1:14-cv-00092-RJL, the Appeal(s) to the United States Court of Appeals for the District
of Columbia Circuit 14-5207, 14-5208 and 14-5209 and the Supreme Court of the United States Writ
14-10077

Extraordinary Writ with Writ of Prohibition and Writ of Mandamus

Filed May 22nd, 2015

This is a reference document only. Why was I not allowed to join the original Class Action Complaint?

What information does the Supreme Court need by the conference?

My Constitutional Rights are being violated and in turn the Constitutional Rights of all Americans are
being violated.

Godspeed.

Sincerely filed,
In Proper Person and Pro Se,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086, davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on September 9th, 2015 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail including:

Solicitor General Donald B. Verrilli Jr.

Counsel of Record United States Department of Justice

950 Pennsylvania Avenue, N.W.

Washington, DC  20530-0001

SupremeCtBriefs@USDOJ.gov, (202) 514-2217

_____

David Andrew Christenson

14-10077
September 4th, 2015
Supplemental Final (Eighteen)
I have failed my God, my fellow man, my family, my country and my brothers and sisters in arms.
Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
Filed May 22nd, 2015

This petition was filed by the Supreme Court on June 1st, 2015 and was distributed for the September 28th, 2015 conference. 120 days will have passed by the time the conference is held.

I have failed my God, my fellow man, my family, my country and my brothers and sisters in arms.

2640 Veterans and 120 Active Duty Soldiers will have committed suicide in that 120 day period. Since Hurricane Katrina 85,000 Veterans and Soldiers will have committed suicide. The numbers can be confirmed by government data. That is roughly the number of soldiers killed in combat since World War II. Maybe it would be better to call it "suicide by friendly fire". The number is actual far greater than 85,000. If you include immediate family members that committed suicide the number climbs to over 200,000.

During the time that I was fighting to save mankind I lost my sister and mother. My sister died from a 357 Magnum being put into her mouth and her brains being blown out. I should have been there for both of them.

The attachment came after I wrote this Supplemental. You make the call.
Attachment 1: Veterans Health Administration Review of Alleged Mismanagement at the Health Eligibility Center September 2, 2015 14-01792-510
http://www.va.gov/oig/pubs/VAOIG-14-01792-510.pdf
www.va.gov
Go to Inspector General

I know Fox News is sensational.
IG report: 300,000 vets died while waiting for health care at VA
Published September 03, 2015 FoxNews.com
http://www.foxnews.com/politics/2015/09/03/ig-report-close-to-300000-vets-died-while-waiting-for-health-care-at-va/

How many of the 300,000 plus committed suicide?

How many of our heroes had their brains altered?

I am so sorry.

Godspeed.

Sincerely filed,
In Proper Person and Pro Se,


David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086, davidandrewchristenson@hotmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on September 4th, 2015 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail including:

Solicitor General Donald B. Verrilli Jr.

Counsel of Record United States Department of Justice

950 Pennsylvania Avenue, N.W.

Washington, DC  20530-0001

SupremeCtBriefs@USDOJ.gov, (202) 514-2217

_____

David Andrew Christenson

14-10077
September 13th, 2015
Supplemental Twenty Three
The execution of Army Officer Andrew Howard Brannan is a perfect example of the Supreme Court's
Draconian Judicial Policy on Abortion, Eugenics, Euthanasia, Selective Breeding, etc. Reference
Supplemental Eleventh Even with God's help I have failed to open the eyes of the Supreme Court
Justices to show them the Genocide of Mankind
Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
Filed May 22nd, 2015

Brannan was a hero who volunteered to serve in the U.S. Army in 1968 and received two Army
Commendation Medals and a Bronze Star for his service in the Vietnam War.

Exhibit 1: United States Court Of Appeals For The District Of Columbia Circuit Memorandum
USCA Case #14-5207 Document #1533358 Filed: 01/20/2015 Page 1 of 35

Exhibit 2: TO: ASSOCIATE JUSTICE ANTONIN SCALIA EMERGENCY MOTION FOR STAY SUPREME COURT
OF THE UNITED STATES Review Attachment 3 first. They denied my Motion to Intervene because I was a
private citizen. This is contrary to the Constitution and the First amendment.

Godspeed.
Sincerely filed,
In Proper Person and Pro Se,


David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086, davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on September 13th, 2015 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail including:
Solicitor General Donald B. Verrilli Jr.
Counsel of Record United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001
SupremeCtBriefs@USDOJ.gov, (202) 514-2217

_____
David Andrew Christenson

14-10077
September 12th, 2015
Supplemental Twenty-Two
The Katrina Virus Will Not Lose!
Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
Filed May 22nd, 2015

Please open your mind and remember that truth is always stranger than fiction.
(Did you know Lee Harvey Oswald lived in New Orleans and worked at chemical warfare and primate labs?)

The chemical warfare labs in New Orleans date back to the beginning of the last century. Oschner and Tulane were involved with the CIA and DOD. The storage facilities were not properly maintained and fell into disarray. Hurricane Katrina was the perfect incubator because it had high temperatures, high humidity and solids in the air for the Katrina Virus to attach too.

Why do I see this as a problem and you don't? Why do I see this as the possible end of mankind and you don't? Why do I believe that Americans deserve to know the truth and you don't? Why are you playing God? Why are you playing God with your own family?

The headline says it all. The article is Federal Desensitizing Propaganda and does not provide pertinent information. Notice that FOX News references USA Today. Why? There are very few accurate articles on what really happened.  Each of the three articles deals with a different chemical warfare contaminant.
Monkeys infected after deadly bacteria escapes at Louisiana lab, USA Today reports
Published March 04, 2015 Reuters
http://www.foxnews.com/health/2015/03/04/monkeys-infected-after-deadly-bacteria-escapes-at-louisiana-lab-usa-today/

Read the headline.
Pentagon Now Says Army Mistakenly Sent Live Anthrax to All 50 States
Sep 01, 2015 | by Richard Sisk
http://www.military.com/daily-news/2015/09/01/pentagon-says-army-mistakenly-sent-live-anthrax-all-50-states.html

Deputy Defense Secretary Bob Work has repeatedly said the scandal over the military's mistaken shipment of live anthrax spores around the nation and the world would get worse -- and he was right.

The number of labs that received live anthrax has more than doubled to 194 since Work and Frank Kendall, the Pentagon's top acquisition official, released a report in July on the shipments of the deadly pathogen from the Army's Dugway Proving Grounds in Utah.

The number of states receiving live anthrax also more than doubled to include all 50 states and Washington, D.C., plus Guam, the U.S. Virgin Islands and Puerto Rico.

The number of countries that received live anthrax went up from seven to nine -- Japan, United Kingdom, Korea, Australia, Canada, Italy, Germany, Norway and Switzerland, according to the Pentagon's updated accounting of the shipments through Sept. 1.

Latest military lab concerns involve plague bacteria, deadly viruses
USA Today Tom Vanden Brook, and Alison Young September 11th, 2015
http://www.msn.com/en-us/news/us/latest-military-lab-concerns-involve-plague-bacteria-deadly-viruses/ar-AAe8YX4?li=BBgzzfc

WASHINGTON — The Pentagon's most secure laboratories may have mislabeled, improperly stored and shipped samples of potentially infectious plague bacteria, which can cause several deadly forms of disease, USA TODAY has learned. (USA Today is the media outlet that the government is using to control the flow of information)

Godspeed.
Sincerely filed,
In Proper Person and Pro Se,


David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086, davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on September 12th, 2015 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail including:
Solicitor General Donald B. Verrilli Jr.
Counsel of Record United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001
SupremeCtBriefs@USDOJ.gov, (202) 514-2217


_____
David Andrew Christenson

14-10077
August 3rd, 2015
Supplemental Five
My being fired from Orvis
Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
Filed May 22nd, 2015
This is a microcosm of my life. I am just unlucky.

Orvis was my employer and they terminated me on July 30th, 2015 with an effective date of August 1st, 2015. This was retaliation for my filing complaints with Federal and State Agencies. Ironically if you have filed complaints with Federal (OSHA) and State Agencies and you are terminated you are classified as a Whistleblower. You should know that my wife, Renee Christenson, is a full time sales associate with Orvis. I believe that Orvis has conspired to steal from its' employees through manipulation of commission payouts.

I am not sure how to say or phrase this but Is this possible: Orvis was and is committing criminal acts. Since my arrival at Orvis, with my entourage of Federal Agents, has Orvis received some type of protection from the DOJ?

Please think about this. In 2014 I became aware that Orvis received some type of special financing from Wells Fargo. It was also when I first realized that my commissions were being stolen from me. I had been informed that I would receive a raise in February 2015 based on my performance. I am the most profitable sales associate in my store. February came and went with no raise. The theft of my commissions continued. I was then informed that I would receive a raise in May 2015. May came and went and I did not receive a raise. I was then informed that I would receive a raise in August and that raise would be retroactive back to May but not February. All Orvis sales associates were under the same program. At the beginning of 2015 scheduled hours were substantially reduced. Actually hours worked were reduced even further. The store manager, Jan Peele, was working more hours off the clock then he was on. There were some weeks were I received only 20-24 hours. I was never informed of the dollar amount of the raise but it took effect on July 25th, 2015.

I voiced my concerns via email over the commissions, the lack of a raise and the reduced hours to the Orvis owners, management and finally to the attorneys.

Here is one of the biggest Red Flags. I started requesting an audit of my sales and sales commissions in January 2015. I have made at least 12 written requests for this information. Every sales associate has had their commissions stolen. ORVIS HAS NEVER GIVEN ME AN AUDIT OR ANY TYPE OF DOCUMENTAION. I have attached some in store sales records. These records are incomplete and do not show all sales. My commissions are still below the incomplete and undervalued reports. In May Orvis removed 40 plus sales transactions from me for no reason. I tracked every sale with records from the Electronic Journal (EJ). The EJ shows all transaction per credit card, check and cash. I informed Orvis that

I would be filing a complaint with the Department of Labor on behalf of all Orvis sales associates. This infuriated Orvis management.

On May 15th, 2015 I sustained a work comp injury to my knee. On May 22nd, 2015 I sustained a work comp injury to my other knee. Both work comp claims were denied for two reasons. The first reason used for the denial was "preexisting condition". This was impossible to know because I have not had knee problems and The Hartford (Work Comp Insurance for Orvis) did not have access to my medical records nor did they send me to a doctor. The Harford has since acknowledged to the Florida Ombudsman that there were no preexisting conditions. The second reason, which you won't believe, for the denial was called "idiopathic". The Hartford stated that I hurt my knees riding my bike to work. When I finally went to the doctor at my own expense he informed me that I should immediately start riding my bike because it was excellent therapy and that it would reduce the inflammation. Three days after taking an anti-inflammatory medication my knees were back to normal. I worked in pain from May 15th, 2015 until June 4th, 2015. I have not had a problem since and I am not on any medication. The scary part is the fact that severe knee inflammation, like I had, can cause a blood clot(s) that travels to the brain and lungs. Death could have been a result. I am in the process of filing an appeal. I should prevail because history has shown that the reasons for the denial do not and did not exist.

Orvis was upset that I filed for unemployment. Initially I lost but was informed on July 31st, 2015 that I won the appeal and I received my first payment. This payment was for the reduction in hours which was retaliation for my filing two work comp claims. This is actually a huge liability for Orvis because it affects every sales associate. I broke the barrier you could say. I believe that when Orvis was notified that I had prevailed the final decision was made to terminate me.

It turns out that all Orvis sales associates can file for unemployment when their hours are reduced. Orvis has never informed their sales associates of this benefit. Orvis would see a massive increase in their unemployment insurance premiums and come under scrutiny by the Department of Labor.

Orvis management and especially Human Resources became upset with me when I requested Paid Time Off (PTO) to cover the shortfall in hours. I was informed in no uncertain terms that I could not use PTO. If I was right this would have consequences for all sales associates, the Orvis bottom line and cash reserves. Orvis was desperately trying to save cash. Orvis realized the criminal violation of Federal Labor Law and paid me the PTO. Orvis did not change their employee handbook and did not inform all sales associates that they could supplement their hours with PTO up to 40 hours per week or that they could file for unemployment.

I filed two OSHA complaints and both are pending. The second complaint involved the administering of medication to an employee instead of taking him to the emergency room. Please review the first attachment. The email tells a very disturbing story that could have resulted in death.

Orvis had the audacity to send OSHA a letter stating that all corrective measures had been completed. Nothing was done. Orvis has always prevailed but now they are dealing with me and I won't let them get

away with it. People are important and deserve to be treated with respect. They deserve to work in a safe place. Orvis placed profitability, the saving of a few dollars, ahead of the lives of its' employees. If my work comp claim had been approved Orvis would have had to pay out only $300.00 and I would not have missed any work.

Orvis retaliated against me on the day I filed my Work Comp claim.

Partial Summary About The Wrongful Termination

I filed an unemployment claim and prevailed.
I filed two OSHA complaints which are being processed. I have been informed that OSHA has already directed some changes. Orvis has to bring in an engineer to survey the floor in the store. Orvis has requested two extensions.
I am in the process of filing a complaint with the Department of Labor over the theft of commissions from the Orvis sales associates.
I will be asking the Department of Labor to do a complete review of Orvis's employment practices and a review of the Orvis employee handbook.

Background

Was my being fired retaliatory? You make the call.

I am the number one sales associate in the Sandestin retail store in every category (See attachments). Pam Nemlich, Director Human Resources, fired me via email. Here is the beginning of Ms. Nemlich's letter:

From: Pam Nemlich (nemlichp@ORVIS.com)  This sender is in your contact list.
Sent: Thu 7/30/15 2:54 PM
To: David Christenson (dchristenson6@hotmail.com) (dchristenson6@hotmail.com)

***Via email and registered letter***

Dear Dave—
The purpose of this letter is to clarify your employment status with The Orvis Company, Inc., specifically with our Sandestin, FL retail store.
With respect to your work at the store, we recognize that you have been a good sales associate, servicing our customers well.  We have received no negative feedback from our customers or your Store Manager, Jan Peele, relative to your sales capabilities.  However, Orvis is a company that values integrity and mutual respect, as much as customer centricity.  Therefore, we consider your interactions with each and every Orvis associate to be as important as those with our customers.  It is your activities off the sales floor and, particularly, treatment of associates in our Sunderland, Vermont Home Office, however, that serve as the basis for the balance of this letter.

Ms. Nemlich is upset that I am communicating with Orvis management. She is upset that I won't back down and that I have been going up the chain of command to the owners. Seeking justice is a crime with Orvis. Is it wrong that I want to be paid for work that I preformed and earned? Is it wrong that I want to work in a safe environment? I did not let any of this affect my performance in the store or my interaction with my fellow employees in the store, other stores or other line employees. My interaction with management was via email and that will serve as documentation for what I have said. When I was at work I was extremely positive and outsold and outperformed my fellow employees by 30% - 100%.

Conclusion About The Microcosm Of My Life
See second attachment which is an Orvis paystub.

It took a herculean effort on my part but I received $386.65 on July 17th, 2015. The pay was classified as "Retro Pay" and not commission. My wife and full time sales associate Renee Christenson did not receive the "Retro Pay" and neither did any other Orvis sales associate. I was informed that it was for the first 2 ½ months that I worked. The problem was that I was working in the stockroom and not as a sales associate. Look at what I had to go through and the time that it took to receive partial (very small) satisfaction. I sent an email titled: "Integrity and me. I only want to be paid for what I do." .

From: dchristenson6@hotmail.com
To: conem@orvis.com
Subject: Integrity and me. I only want to be paid for what I do.
Date: Sun, 12 Jul 2015 07:07:29 -0500
Michelle,
I did raise the issue about the commissions back to when I was hired.
I do not believe that I sold $38,000.00 worth of product in my first 2.5 months as an Orvis Employee.
I just want to be paid for what I sold. Please provide an audit.
Something is really wrong here. Did you find out that you owed me money from another month? Are you trying to camouflage this whole situation?
Dave

Even when I prevail things are wrong. Orvis never did provide any documentation or audit. I lost my job because I stood up for myself and every Orvis sales associate.

I am fighting for mankind with this Writ. Is there any chance that I might prevail on behalf of mankind?

Financial Attachments With Explanation

Attachment 3: July financial month sales dated July 27th, 2015 which was my last work day. I was scheduled for the least amount and worked the least amount of hours for all full time sales associates and one part time sales associate. I had the highest gross sales, net sales, sales per hour, dollars per transaction, etc. I sold $40.00 per hour more than the next closest sales associate. Take the Tran Count

and look where I stand with dollars per transaction. I am almost 20% higher than the next sales associate. In rough terms I accounted for 10% of the payroll time, but I accounted for 20% of the total sales. I am the lowest paid sales associate.

Attachment 4: 1st Quarter results. Orvis would not provide 2nd Quarter results.

Attachment 5: 1st Quarter Productivity Coaching Report 2015. My numbers are even more impressive if you consider that I ran the stockroom and received freight.

Do you think I am under employed? This was the best job I could get because of the "Terrorist" classification that was bestowed on me by the Department of Justice.

List of Orvis owners, management and attorneys that I contacted. These are the people that I asked for help. The attorneys refused to respond to my "meet and confer" request.
Owners: Leigh Perkins, Perk Perkins and David Perkins
Attorneys Stephanie J. Mapes and Stephen J. Soule of the Paul Frank & Collins Law Firm
Management: Robert McCready President, William McLaughlin (New President), Robert Bean CFO, Pam Nemlich HR Director, John Wood Facilities Manager (Work Comp Complaint), Susan Gedney HR, Jamie Mercer Vice President Retail, Erin McEnaney Work Comp Manager, Jan Peele Sandestin Manger, Michelle Cone HR Manager, Erin Mann The Hartford Work Comp and Paul Range District Manager.
I sent a settlement email to all of them the day before (August 2nd, 2015) I served this Supplemental Five Writ on the Supreme Court. I did not receive a response so I served the Supplemental Five.

Sincerely filed,
In Proper Person and Pro Se,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086, davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on August 3rd, 2015 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail including:
Solicitor General Donald B. Verrilli Jr.
Counsel of Record United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001
SupremeCtBriefs@USDOJ.gov, (202) 514-2217

_____

David Andrew Christenson

14-10077
July 30th, 2015
Supplemental Four
My Own Intervention
Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
Filed May 22nd, 2015

You have taken my God, my family and my country and yet I continued to fight for justice. I continued to fight for my country and mankind. I should have given up. I only asked for help from people and entities that had a moral, ethical and legal obligation. Not only did they not help but they intentionally harmed me and thus my country and mankind. In essence they harmed themselves and the ones they loved. I continued to fight because it was the right thing to do, but now I must intervene on myself because of the following: people do not want help.

Please review the three attachments. (I know it is complicated but look at the email addresses)  When I prevail I offered to donate billions of dollars to non-profits. The money would go to finding cures for medical and mental maladies, to entities that defined me and to organizations that help people. In the attachment I only listed a few. I received only one ludicrous response. Not one person took the time to review the Writ that was filed with the Supreme Court of the United States. Is this the World that we want? As you can see I did not ask for help. I explained my connection to each donation and that did not make a difference.

I know this probably does not make sense to you. I really thought I could make a difference. It appears that I am wrong.

You can use the last attachment against me if you want.

Attachment 1: Email tree that was sent to the Supreme Court.
Attachment 2: Ludicrous response from the YMCA.
Attachment 3: I don't even know how to explain this attachment. I am trying to help and no cares.

Sincerely filed,
In Proper Person and Pro Se,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086,
davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on July 30th, 2015 I filed the foregoing with the Clerk of Court and

served the pleading on all counsel of record by e-mail including:

Solicitor General Donald B. Verrilli Jr.

Counsel of Record United States Department of Justice

950 Pennsylvania Avenue, N.W.

Washington, DC  20530-0001

SupremeCtBriefs@USDOJ.gov, (202) 514-2217

_____

David Andrew Christenson

14-10077
August 22nd, 2015
Supplemental Tenth
The Perfect Military Weapon Is A Suicide Weapon (Katrina Virus)
Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
Filed May 22nd, 2015

The Grand Jury testimony, which is attached, came to me from the Department of Justice via the defense attorneys for defendant, New Orleans Police Officer, Travis McCabe and Officer McCabe himself. Officer McCabe and his attorneys have a treasure trove of Grand Jury testimony. It is important to remember that the Grand Jury returned indictments for the murder of Henry Glover. The Department of Justice sought the indictments while attempting to keep the release of the Katrina Virus, the resulting deaths and suicides from contaminations, the operational missions by the US Military and the murdering of Americans by the US Military a secret. I must emphasize that Henry Glover would be alive today if our government and President George W. Bush had told the nation the truth. The rescue operation should have started on August 31st, 2005. There was an entire operational division plus in New Orleans and at Belle Chase Naval Air Station. Please remember that I was a part of the Black Ops world. My roommate from the Air Force Academy is married to Defense Finance and Accounting Service Director Teresa McKay. She pays all of the Military's bills and she informed me that she issued millions of dollars (cash) in satchels to the military.

The perfect military weapon is organic and easily dispersed upon the opposing army with the result being suicide. This chemical warfare weapon was invented, tested, manufactured and stored in New Orleans. In simple terms it is the reason that President George W. Bush flew over New Orleans and did not land Air Force One and why the US Military did not start a rescue operation for five days. Our President did not want to take a chance on getting infected. Why did he not tell the Americans in New Orleans? The weapon was allowed to dissipate. It is also the reason that our Veterans are committing suicide at epidemic rates. 80% of the Veterans that commit suicide were never in combat. I flew support missions for the President, Air Force One and the Secret Service and thus I am intimately familiar with the protocols. I say this with love and affection: "Every Redneck in South Louisiana has a boat." New Orleans is on a huge river with a huge lake on the north side. The Redneck Navy could have rescued everyone if asked or allowed.

Review this website first:  http://www.kenyoninternational.com/index.html  Kenyon was responsible for removing bodies that had been contaminated by chemical warfare contaminates, The Katrina Virus.

Joseph P. Waguespack, Sr., DOJ Attorneys Tracy Knight and Jared Fishman all signed confidentiality and secrecy agreements.  The law enforcement agents that were identified in the Grand Jury testimony signed agreements as well. It was an accidental violation of the agreements that Kenyon was mentioned.

Hurricane Katrina hit New Orleans on August 29th, 2005. Waguespack went to Homicide on December 25th, 2005 and became commander in June of 2006. Remember that Waguespack is trying to honor the confidentiality and secrecy agreements by giving evasive or nebulous answers that don't pertain to the murder of Henry Glover. The questions by the DOJ are designed to protect the cover-up.

Page 7 line 6 Waguespack distinguishes between the Louisiana National Guard and the Active Duty Military. Black Ops was already in place and he references those units as military.

Page 7 line 17 Waguespack talks about his being treated by a psychiatrist and receiving shots. This has to do with what he has seen and what he was exposed to.

Page 18 line 22 Kenyan Corporation (Kenyon) This was a huge mistake by Waguespack. He describes the procedures throughout the testimony and yet a civilian company, with secret military connections, is recovering the bodies. It is important to understand that Kenyon is collecting bodies that had been chemically contaminated. They looked burned. Waguespack became immune to the sight of the grotesque burned bodies. At the end of the testimony a grand jury member picked up on this and Waguespack tried to cover it up.

Page 23 line 15 Starts with suicides. Look at how many times Waguespack talks about suicides. The suicides were not relevant.

Page 26 Line 5 Starts with military Black Ops Military

Page 41 line 8 Missing people reports and line 11 Waguespack took command in June 2006 almost a year later. It is the first time in the history of the United States that an accurate accounting of deceased American did not take place. Federal Agencies were "filtering" the calls to cover-up the chemical contamination of the corpses. Kenyon took control and disposed of contaminated bodies and released those that had not been contaminated to the Coroner.

Page 44 line 23 Eight detectives to investigate suicides.

Page 45 line 1 Suicides

Page 45 line 10 "Polynesian Joes" Danziger Grand Jury Foreman Louis "Lee" Madere was involved.

Page 48 line 8 Suicides

***Page 57 line 18 He had witnessed many burned bodies. Do you really believe what he is saying? Again he references Kenyon.  The bodies were more than just burned. How many of our fellow Americans died from chemical warfare contamination?

Page 58 line 1 Reference to Kenyon and body removal

Page 59 line 14 – 29 Burned bodies

Page 58 line 23 Grand Jury 9. She knew he was covering something up. The entire discussion of burned bodies is surreal.

The bodies received by the Coroner had been cleared by Kenyon and certified as not be contaminated by the Katrina Virus. This is why Henry Glover's body did not arrive at the Coroner's office for several months.

I know this story is hard to follow. I came from this world and I hope I did a good enough job explaining so that you could see the truth.

This story is nothing compared to Danziger. There you have a plea deal before trial that excludes a Military DVD of what happened. Remember that American Sniper Chris Kyle was with the Stennis SEAL Team 22 and that he murdered Americans.  Kyle bragged about killing Americans during many interviews.


Godspeed.

Sincerely filed,
In Proper Person and Pro Se,


David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086, davidandrewchristenson@hotmail.com

### CERTIFICATE OF SERVICE
I hereby certify that on August 22nd, 2015 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail including:
Solicitor General Donald B. Verrilli Jr.
Counsel of Record United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001
SupremeCtBriefs@USDOJ.gov, (202) 514-2217

_____
David Andrew Christenson

14-10077
August 21st, 2015
Supplemental Ninth
What If I Am Right About This Being The Beginning Of The End For Mankind Or If This Writ Is The
Cataclysmic Event That Saves Mankind?
Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
Filed May 22nd, 2015

1.       Survival is no longer our number one priority.
2.       Our immune system(s) have been destroyed.
3.       Our brains have been neurologically and biologically altered.

How and why the above three statements came to become reality is important but not for the narrative.
What is important is that we need to make a change before it is too late to save mankind.

I am just one person fighting to save mankind and I truly believe that the solution lies within the
Constitution. I am just a microcosm for what is wrong. Without free speech we will not survive. With
censorship we will not survive. Many of the great thinkers, philosophers, inventors, leaders, generals,
etc. were thought of as crazy. I am not one of them (great) but I am tenacious and probably crazy for
fighting to save mankind.

Here is the proof: My father-in-law is Attorney William O. Templet of Plaquemine Louisiana. He is an
active attorney who was admitted to the bar in June 1958, 57 years ago. He is a devout Catholic who has
been married for 55 years. This is the person that I am fighting for and yet I am not allowed in his home.
He is the father of my wife and I have not seen him since my false arrest in March of 2011. I sent him the
Writ cover page and he made it clear that he was ashamed of me and that he was ashamed of my wife,
his daughter.

You can confirm everything. In my research I came across my father-in-law's name twice. He had
entered two appearances in Federal Court. I searched but I could find no other record of him appearing
in Federal Court. The two cases that he appeared in were EPA condemnations suits for an EPA
Superfund site. The site was located in the bayou where he took his family camping, hunting,
waterskiing, fishing, etc.

William O. Templet has four cancers. He has prostrate, colon, esophageal and melanoma cancers. His
wife and children each suffer from at least one or more major medical or mental health issues.

William O. Templet takes no active interest in his survival. His immune system has been destroyed. He
has no coherent thought process concerning survival. He has absolutely no desire to change his
environment or to even entertain the idea. He is waiting to die.

Here is the mortal sin in my opinion. William O. Templet has no desire to change the environment that his children and grandchildren live in. He is considered to be a great man while I am considered to be a terrorist.

Sincerely filed,
In Proper Person and Pro Se,

David Andrew Christenson
Box 9063  .
Miramar Beach, Fl. 32550
504-715-3086, davidandrewchristenson@hotmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on August 21st, 2015 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail including:

Solicitor General Donald B. Verrilli Jr.

Counsel of Record United States Department of Justice

950 Pennsylvania Avenue, N.W.

Washington, DC  20530-0001

SupremeCtBriefs@USDOJ.gov, (202) 514-2217

_____

David Andrew Christenson

14-10077
August 19th, 2015
Supplemental Eight
Coast Guard Commander William Goetzee was Murdered by the Department of Justice
Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
Filed May 22nd, 2015

Coast Guard Commander William Goetzee was Murdered by the Department of Justice. The same process was used on me four months prior. When you read the complaint you will think you are in Nazi Germany.

Notice that the Goetzee family did not sue the Federal Government. Why? He was arrested on a Federal Warrant and held in Federal custody. The complaint was filed in Federal Court.

Everything the Department of Justice put in the public domain was a lie.

I was never charged with a crime. I was arrested on a Louisiana Warrant and not Federal. Why? 11 days in isolation being medicated against my will. Having a 9mm put to my forehead by an FBI Agent who threatened to kill me if I did not stop. He bragged about how he would get away with it and I knew that he was right. Stupid me for believing in the oath that I took.

Attachments

A1 Page 18 and 19, item 31, of the Goetzee family complaint. The Coast Guard Commander was strapped to a wheelchair in Federal Court and tased. The entire complaint is A5.

A2 Letter drafted (2011) by me about "The Murder of Coast Guard Commander William Goetzee" and the background between us. The entire package is A4.

A3 Letter drafted by me on 08/09/2011 to Chief Justice John Roberts. This letter is part of A4.

A4 16 pages. "The Murder of Coast Guard Commander William Goetzee"

A5 66 pages. The Goetzee family Federal Complaint.

The Supreme Court of the United States of America has granted authority to the Department of Justice to execute and assassinate Americans who are exercising their Constitutional Rights, especially Federal Whistleblowers such as me.

All Americans deserve the protection of the Supreme Court.

Is this really the world that the Supreme Court wants?

Sincerely filed,
In Proper Person and Pro Se,


David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086, davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on August 19th, 2015 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail including:

Solicitor General Donald B. Verrilli Jr.

Counsel of Record United States Department of Justice

950 Pennsylvania Avenue, N.W.

Washington, DC  20530-0001

SupremeCtBriefs@USDOJ.gov, (202) 514-2217


_____

David Andrew Christenson

14-10077
August 11th, 2015
Supplemental Seven
5th Circuit "Motion to Intervene" Explanation
Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
Filed May 22nd, 2015

As a Federal Whistleblower I have made a herculean effort to bring justice to the American People and to protect the Constitution. To be told that my documented, factual and verifiable evidence will not be admitted because I am a private citizen is absurd and a criminal violation of the Constitution and the First Amendment.

To deny me the First Amendment Right is to deny all Americans their First Amendment Right and in turn deny the defendants their First Amendment Right as well as their Fifth and Sixth Amendment Rights.

Attachments
(You have to read this because it is unbelievable and documented. Is this really the legal system that the Supreme Court wants in place?)

A1: My most recent Motion to Intervene (based on Department of Justice filing: SUPPLEMENTAL AUTHORITIES (FRAP 28j) FILED by Appellant USA Case: 13-31078 Document: 00513144584 Page: 1 Date Filed: 08/06/2015)
A2: Department of Justice filing: SUPPLEMENTAL AUTHORITIES (FRAP 28j) FILED by Appellant USA Case: 13-31078 Document: 00513144584 Page: 1 Date Filed: 08/06/2015
A3 My original Motion to Intervene.
A4: Previous 5th Circuit order denying my Motion to Intervene.
A5: Docket showing my effort to intervene on behalf of the American People and to expose the truth. Notice how many pleadings I filed and the fact that the DOJ did not object to any of them. Why did the court not order the clerk to stop filing my pleadings? Some were not filed but the vast majorities were.
A6: This is unbelievable. My Motion to Intervene based on systemic criminal prosecutor misconduct and the response filed in District Court by the perpetrator USA Sal Perricone. You have to read.

Who was intervenor CRAIG SCHWARTZENBERG? Terminated: 04/08/2015 Read what he filed and what my responses were. This is truly a sinister situation.

Sincerely filed,
In Proper Person and Pro Se,

David Andrew Christenson
Box 9063

Miramar Beach, Fl. 32550

504-715-3086, davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on August 11th, 2015 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail including:

Solicitor General Donald B. Verrilli Jr.

Counsel of Record United States Department of Justice

950 Pennsylvania Avenue, N.W.

Washington, DC  20530-0001

SupremeCtBriefs@USDOJ.gov, (202) 514-2217

_____

David Andrew Christenson

14-10077

August 4th, 2015

Supplemental Six

Contacted President Jimmy Carter

Extraordinary Writ with Writ of Prohibition and Writ of Mandamus

Filed May 22nd, 2015

The attached emails were sent to President Jimmy Carter. Please review before continuing.

I received an immediate call from Security Manger Timothy Wilcox (404-420-3806) and was informed that the emails were threatening and were being passed along to the Secret Service.

I asked him if he was armed and if this was a security matter and he informed me that it was. I asked if I had a right, constitutional right, to contact President Carter and he said "no". He made it absolutely clear President Carter was not interested and that I was not to contact President Carter, his Library or his Center again. I asked why an armed agent would respond to such emails and was informed that all emails to President Carter were responded to in that way.

I am speechless. Is this the world that we want?

Sincerely filed,

In Proper Person and Pro Se,

David Andrew Christenson

Box 9063

Miramar Beach, Fl. 32550

504-715-3086, davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on August 4th, 2015 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail including:

Solicitor General Donald B. Verrilli Jr.

Counsel of Record United States Department of Justice

950 Pennsylvania Avenue, N.W.

Washington, DC  20530-0001

SupremeCtBriefs@USDOJ.gov, (202) 514-2217

_____

David Andrew Christenson

14-10077
August 23rd, 2015
Supplemental Eleventh

The Katrina Virus will destroy America and our Constitution because of cost. History will write that America knowingly committed suicide under the guise of the Supreme Court. The Katrina Virus via Autism, Pneumonia, Asthma, Alzheimer's, etc. will dictate Judicial Policy on Abortion, Eugenics, Euthanasia, Selective Breeding, etc. because of the astronomical costs which will bankrupt/destroy America. Is the Supreme Court prepared to accept this draconian responsibility? I hope and pray that they are not. Godspeed to the Justices.

Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
Filed May 22nd, 2015

Exhibit E3: A Hero's suicide note.

The release of the Katrina Virus on August 29th, 2005 accelerated the destruction of our immune system(s) and the increased (prohibitively) cost to treat damaged or destroyed immune system(s). Hurricane Katrina was Mother Nature's cataclysmic event but the resulting destruction and Genocide is the direct result of mankind's arrogance, demigod persona and stupidity.

Here is my failure. Even if the truth comes out Americans will not care, thus they will not panic. The Katrina Virus and everything associated with it will be yesterday's news. Survival is no longer our number one instinct or priority. We have become sunarcissists. "A sunarcissist is a narcissist who chooses suicide over honor." If only we had followed the Constitution. This miraculously Constitution, written with the help of God's hand, could have protected and saved us. I believe that Hurricane Katrina was a miracle given to us by God so that we could atone for our mistakes and sins before it is too late. If only I could get the Supreme Court to see the truth, the truth that has been covered up.

The Supreme Court of the United States of America will be making the decisions (processes) on who lives and dies if they do not enforce the Constitutional Rights of Americans. In essence the Supreme Court has denied me my Constitutional Rights as a Federal Whistleblower and therefore has denied Americans their Constitutional Rights. The Supreme Court will be the executioner.

I have to ask the obvious question. Is the Supreme Court refusing to do anything about the 22 veterans and one active duty soldier committing suicide every day because of the cost to keep them alive? The Department of Defense saves billions by allowing our heroes to commit suicide. Simply stated the Supreme Court has silenced me when all I wanted to do was help my fellow soldiers and my country.

How do I explain this coherently? I am just citing a few examples. Always remember that what you read in the press is Federal Desensitizing Propaganda. The Katrina Virus is a compilation term. Google everything I say for additional references.

At least 7% of our nation's revenue goes to interest payments on the national debt. This number will continue to rise but will not fall.
* As of April 3, 2015, the official debt of the United States government is $18.2 trillion ($18,152,112,019,695). [1] This amounts to: •$56,649 for every person living in the U.S. [2]
•$147,304 for every household in the U.S. [3]
•103% of the U.S. gross domestic product. [4]
•540% of annual federal revenues. [5]
* At the close of the federal government's 2014 fiscal year (September 30, 2014), the federal government had roughly:•$7.9 trillion ($7,932,000,000,000) in liabilities that are not accounted for in the national debt, such as federal employee retirement benefits, accounts payable, and environmental/disposal liabilities.[12]
•$25.4 trillion ($25,386,000,000,000) in obligations for current Social Security participants above and beyond projected revenues from their payroll and benefit taxes, certain transfers from the general fund of the U.S. Treasury, and assets of the Social Security trust fund.[13]
•$28.2 trillion ($28,200,000,000,000) in obligations for current Medicare participants above and beyond projected revenues from their payroll taxes, benefit taxes, premium payments, and assets of the Medicare trust fund.[14]

Estimated cost per the attached reference articles: The four listed account for 600 billon dollars.
2010 Alzheimer's 157 – 210 billion dollars
Autism is 236 billion dollars
Estimated 57 billion dollars in 2013 for veterans disability
Asthma costs in 2007 were 56 billion dollars with a 6% growth rate. Estimated for 2015 is over 100 billion

We have become a nation of the medically and mentally ill.
The number one cause of death in veterans is mental health maladies such as suicide.
For seniors the number one cause of death in the first quarter of every year is pneumonia.
Secure Alzheimer facilities are being built at record levels and at record cost.
It is projected that at the current rate Autism will affect 1 in 24 male children. There is already DNA testing taking place to determine if a fetus is autistic.
Epi pen sales are at record levels. Some restaurants now have them.
The Nazis used the California manual on eugenics as the templet for their eugenics manual.
The suicide rate, the rate itself, goes up every year. This is a cataclysmic red flag.
We have destroyed our immune system(s) and passed that along to our children.
We have altered our brains neurologically and biologically.

Americans with knowledge can force the Executive and Legislative branches of our government to make the hard choices. All I am asking for is the truth. America deserves to know the truth.

God gave us free will. The Supreme Court has an obligation to give Americans free will by giving them knowledge and their Constitutional Rights.

This is very important. I sent a hardbound copy of each of my books to each of the nine sitting Supreme Court Justices via US Mai in 2011 and 2012. I believe that it is appropriate that I send hardbound copies as attachments.

Exhibit E1: I was arrested for sending "inappropriate" emails to Federal Judges but never charged with a crime.

Exhibit E2: Please remember that I was never charged with a crime. I was arrested for cyber stalking an FBI Agent that I had been under orders for six months to send emails too. I don't believe that 70 of the listed people knew that they were on the order. This is the non-domestic stay away order (restraining order). Please notice the email addresses. A rough count shows that more than 30 of the people listed were Federal Judiciary employees/clerks with official email addresses. 66 of those listed had only been contacted by official email. Political information concerning the cover-up was sent. Notice that two US Senators and the Director of the FBI were listed. I had no contact with them except through official email. What I had to say must have been pretty important for them to censor me in such a draconian fashion. One last fact: Not one the 74 people listed filed an affidavit as is required by law. Remember that it was US Attorney Billy Gibbens that represented me as my defense attorney and allowed this order to take effect. Please take note that Danziger presiding Judge Kurt Engelhardt's clerks, Susan Adams and Jennifer Rogers and Glover presiding Judge Lance Africk's clerk, Gwen Hunter are listed on the non-domestic stay away order dated 15 March, 2011. I sent emails to both Federal Judges but they were not listed. My only contact was through official email and court pleadings. (Look for a person's name@laed.uscourts.gov) My attorneys were listed and they did not know that they were listed. I was not allowed to go to my own home while on bond because Catholic Bishop Aymond and the Ozanam Inn were listed. The Ozanam Inn is a homeless shelter run by the Catholic Church and my wife and I both volunteered there. The Department of Justice used the Louisiana State Court in a vindictive and sadistic manner to do its dirty work. (I always wanted to know why they did not get Federal Warrants.)

Exhibit E3: A Hero's suicide note. 23 of our heroes commit suicide every day. Could there be a more deserving group that needs the Constitutional protection of the Supreme Court?

Exhibit E4: American Sniper and Congressional Medal of Honor nominee Chris Kyle murdered Americans in New Orleans during the Hurricane Katrina time frame.

Attachment 1: The United States Supreme Court and The Katrina Virus A Prelude/Reference/Appendix Book 7 By David Andrew Christenson (This book was placed into the Library of Congress for safekeeping but has been removed.)

Attachment 2: An American Born Terrorist's Emails To The Department of Justice A Prelude/Reference Book/Appendix Book 8 By David Andrew Christenson (This book was placed into the Library of Congress for safekeeping but has been removed.)

Godspeed.
Sincerely filed,
In Proper Person and Pro Se,


David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086, davidandrewchristenson@hotmail.com

### CERTIFICATE OF SERVICE
I hereby certify that on August 23rd, 2015 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail including:
Solicitor General Donald B. Verrilli Jr.
Counsel of Record United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001
SupremeCtBriefs@USDOJ.gov, (202) 514-2217


_____

David Andrew Christenson


Search Google, Bing, Yahoo, MSN, etc.

Lifetime Costs of Autism Average $1.4 Million to $2.4 Million June 09, 2014
https://www.autismspeaks.org/science/science-news/lifetime-costs-autism-average-millions
* The lifetime cost for an individual averages $2.4 million when autism involves intellectual disability and
$1.4 million when it does not. An estimated 40 percent of individuals with autism also have intellectual
disability.
* Based on these numbers, the yearly cost to the United States is an estimated $236 billion a year.
Autism rates now 1 in 68 U.S. children: CDC By Miriam Falco, CNN
Updated 11:50 AM ET, Fri March 28, 2014
http://www.cnn.com/2014/03/27/health/cdc-autism/
Children with autism continue to be overwhelmingly male. According to the new report, the CDC
estimates 1 in 42 boys has autism, 4.5 times as many as girls (1 in 189).

Epinephrine Autoinjector (Epi Pen) http://www.drugs.com/pro/epipen.html
EpiPen and EpiPen Jr are indicated in the emergency treatment of allergic reactions (Type I) including
anaphylaxis to stinging insects (e.g., order Hymenoptera, which include bees, wasps, hornets, yellow
jackets and fire ants) and biting insects (e.g., triatoma, mosquitoes), allergen immunotherapy, foods,

drugs, diagnostic testing substances (e.g., radiocontrast media) and other allergens, as well as idiopathic anaphylaxis or exercise-induced anaphylaxis.

Just one of many examples: Suicide Data Report, 2012 Department of Veterans Affairs Mental Health Services Suicide Prevention Program Janet Kemp, RN PhD Robert Bossarte, PhD
http://www.va.gov/opa/docs/suicide-data-report-2012-final.pdf Bottom of page 15.

A cost of war: Soaring disability benefits for veterans
By Aaron Smith @CNNMoney April 27, 2012: 5:24 AM ET
http://money.cnn.com/2012/04/27/news/economy/veterans-disability/

Asthma per the CDC
http://www.cdc.gov/nchs/fastats/asthma.htm

Asthma Statistics American Academy of Allergy, Asthma & Immunology
http://www.aaaai.org/about-the-aaaai/newsroom/asthma-statistics.aspx

California's dark legacy of forced sterilizations By Elizabeth Cohen and John Bonifield, CNN
⏱Updated 1:38 PM ET, Thu March 15, 2012
http://www.cnn.com/2012/03/15/health/california-forced-sterilizations/
"Germany used California's program as its chief example that this was a working, successful policy,"
Cogdell said. "They modeled their law on California's law."

Alzheimer's Disease Fact Sheet
https://www.nia.nih.gov/alzheimers/publication/alzheimers-disease-fact-sheet
Alzheimer's disease is an irreversible, progressive brain disorder that slowly destroys memory and thinking skills, and eventually the ability to carry out the simplest tasks. In most people with Alzheimer's, symptoms first appear in their mid-60s. Estimates vary, but experts suggest that more than 5 million Americans may have Alzheimer's. Alzheimer's disease is currently ranked as the sixth leading cause of death in the United States, but recent estimates indicate that the disorder may rank third, just behind heart disease and cancer, as a cause of death for older people.

Alzheimer's Foundation of America ALZHEIMER'S DISEASE CARE COSTS ADD UP
http://www.alzfdn.org/MediaCenter/docs/CareCosts.pdf

Just Facts
http://www.justfacts.com/nationaldebt.asp
11:13 am ET Feb 3, 2015 Economy

The Legacy of Debt: Interest Costs Poised to Surpass Defense and Nondefense Discretionary Spending
http://blogs.wsj.com/economics/2015/02/03/the-legacy-of-debt-interest-costs-poised-to-surpass-defense-and-nondefense-discretionary-spending/

"A sunarcissist is a narcissist who chooses suicide over honor." David Andrew Christenson

Narcissist: In psychiatry, a personality disorder characterized by the patient's overestimation of his or her own appearance and abilities and an excessive need for admiration. Excessive self-admiration and self-centeredness

14-10077
September 15th, 2015
Supplemental Twenty Four
The Death Rate For Pneumonia IS Proof That Our Immune System(s) Have Been Destroyed
Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
Filed May 22nd, 2015

Your understanding of this information is critical to the survival of mankind. The sanitized information
comes from the Federal Government. This is a perfect example of Federal Desensitizing Propaganda.
Without a strong immune system mankind will not survive. Please reference the following:
Centers for Disease Control and Prevention
Weekly U.S. Influenza Surveillance Report
2014-2015 Influenza Season Week 35 ending September 5, 2015
http://www.cdc.gov/flu/weekly/

Look at this information on a weekly basis.

Pneumonia and Influenza (P&I) Mortality Surveillance:
During week 35, 5.0% of all deaths reported through the 122 Cities Mortality Reporting System were
due to P&I. This percentage was below the epidemic threshold of 5.8% for week 35.

The percentage climbs into double digits.

Godspeed.
Sincerely filed,
In Proper Person and Pro Se,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086, davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on September 14th, 2015 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail including:
Solicitor General Donald B. Verrilli Jr.
Counsel of Record United States Department of Justice
950 Pennsylvania Avenue, N.W.

Washington, DC  20530-0001
SupremeCtBriefs@USDOJ.gov, (202) 514-2217

---

David Andrew Christenson

14-10077
September 21st, 2015
Settlement
Supplemental Twenty Eight
Nathan Foreman
Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
Filed May 22nd, 2015

Nathan Foreman and his mother, Udell Murphy, are the first people that I am going to help. Udell Murphy cleans houses for a living. She is a remarkable women and one of just a few people that have stood by me. Why would a black women from Woodville Mississippi who cleans toilets for a living stand by me? She is the only person I know that does not let fear dictate her life. A few years ago she took swim lessons to overcome her fear of the water (that is a big deal for black people). She worked very hard to put her son through private school in New Orleans and made many sacrifices. Someday you should meet her because she is one of the finest people I know.

Nathan was convicted of being an accessory to murder for driving the getaway car. He is serving a life sentence without the possibility of parole. This conviction was obtained by criminal means.

Nathan was convicted because of me. Nathan remains is prison because of me. The evidence and criminal prosecutor misconduct should be enough to overturn the conviction and release Nathan.

US Attorney Ken Polite, District Attorney Leon Cannizzaro and Nathan's Attorney Martin Regan have conspired to keep Nathan incarcerated because of me. Nisha Sandhu was an attorney in the Regan Law Firm but left because of the conspiracy.

Summary. A young black kid has been in prison for over 10 years as retribution against me. I have to fight for justice.

FOREMAN, NATHAN
Black Male DOB 09/27/1986
Offender Name: NATHAN FOREMAN
Offender ID: 534939 Date of Birth: 09/27/1986 Age: 28 Race: African American Gender: Male
Custody Status: In Custody Location of Offender: Louisiana State Penitentiary
Louisiana State Penitentiary
Angola
17544 Tunica Trace
Angola, LA 70712
P: 225-655-4411

Godspeed.

Sincerely filed,

In Proper Person and Pro Se,


David Andrew Christenson

Box 9063

Miramar Beach, Fl. 32550

504-715-3086, davidandrewchristenson@hotmail.com


CERTIFICATE OF SERVICE

I hereby certify that on September 21st, 2015 I filed the foregoing with the Clerk of Court and

served the pleading on all counsel of record by e-mail including:

Solicitor General Donald B. Verrilli Jr.

Counsel of Record United States Department of Justice

950 Pennsylvania Avenue, N.W.

Washington, DC  20530-0001

SupremeCtBriefs@USDOJ.gov, (202) 514-2217


_____

David Andrew Christenson

14-10077
September 19th, 2015
Settlement
Supplemental Twenty Seven
Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
Filed May 22nd, 2015

The Supreme Court of the United States has to be the approval authority for any Settlement.

Godspeed.

Sincerely filed,
In Proper Person and Pro Se,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086, davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on September 19th, 2015 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail including:
Solicitor General Donald B. Verrilli Jr.
Counsel of Record United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001
SupremeCtBriefs@USDOJ.gov, (202) 514-2217

_____

David Andrew Christenson

14-10077
September 19th, 2015
Motion To SEAL
Motion For Anonymity For My Wife And ME
Supplemental Twenty Six
Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
Filed May 22nd, 2015

I do not want to be famous. I do not want to give interviews. You can SEAL my Writ if you want. You can SEAL my Writ if it helps America. I have no ethical, political, moral, religious, legal, financial (except credit cards), etc. obligations to anyone, anything or any entity. I have no hobbies or interests other than mankind and my wife. I have no kids. I have no friends. I have no need for affirmation or acceptance. I am a solitary individual and I enjoy it. I have made it clear that the wealth that I acquire will go to charities to help mankind and my country. I filed my will with the DC Circuit Court of Appeals and named the Chief Justice as my Executor (Check the docket in Klayman and Paul).

Did you know that I was never interviewed by anyone from mainstream or alternative media? I was only interviewed by alternative media outlets that were controlled, directly and indirectly, by the Department of Justice. This fact shows how I have been censored.

I want to help anonymously. I believe I could be a real asset to SCOTUS. As you know I view the world differently. I would be a great consultant to SCOTUS and possible a Constitutional Judge. I would like to be part of the process when it comes to deciding what Americans/Terrorists are to be assassinated.

Everyone turned their back on me. Everyone that had obligation or that took an oath intentionally harmed me and the cause.

I have built the superstructure for change and it is up to you to figure out how to intelligently use it. It is up to you to finish it. It might be better to say that I started the refurbishment process for the Constitution. I have taken the First Amendment out for quite a ride and put it through it's' paces. I pushed the boundaries you could say. I have done my due diligence and the Frist Amendment is broken but it can be fixed. Do you remember when they cleaned the ceiling of the Sistine Chapel? I am still not conveying my thoughts correctly. We are the problem, not the Constitution.  The World has changed and is traveling at the speed of light. We must adapt if we are going to survive.

As I have stated before, this is a an epic and cataclysmic event. I am involved because God has allowed me to serve my penance here on earth and because I was drafted. My great thoughts came from God. I am not that smart or creative.

Please forgive me for my sins. My intentions are honorable and will continue to be so.

I know my communications are in Martian but I hope and pray that you can translate.

Godspeed.

Sincerely filed,
In Proper Person and Pro Se,


David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086, davidandrewchristenson@hotmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on September 19th, 2015 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail including:

Solicitor General Donald B. Verrilli Jr.

Counsel of Record United States Department of Justice

950 Pennsylvania Avenue, N.W.

Washington, DC  20530-0001

SupremeCtBriefs@USDOJ.gov, (202) 514-2217

_____

David Andrew Christenson

14-10077
September 18th, 2015
Supplemental Twenty Five
SCOTUS Censors And Violates The Constitutional Rights Of All Americans Intentionally, Unintentionally,
Directly and Indirectly. The Censorship And Violations Is Why I Am Not Represented By Counsel.
Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
Filed May 22nd, 2015

I have contacted thousands of attorneys and law firms, profit and nonprofit, and not one would represent me. Please review the docket for the two appeals, Klayman and Paul, that I had before the DC Circuit Court of Appeals. The docket contains "Motions" that list the attorneys and law firms that I asked for help. Nobody wants to take on SCOTUS. Nobody wants to challenge the authority of the Nine Demi Gods. Here is the irony of it all. Google/YouTube stood by me when I posted very sensational (an epic understatement) videos with all the titles having the following: "I hope and pray for the assassination of...". (You may not believe me but I am ashamed of myself for posting those video. What I did violated everything that I believed in. It took every ounce of energy that I had but I felt that my fellow Americans were worth fighting for. Was I wrong?) I violated all of Google/YouTube's rules, regulations and procedures and yet my videos were not removed. The DOJ put direct and indirect pressure on Google/YouTube and still the videos were not removed. Why did Google/YouTube refuse to help me even after SCOTUS docketed my Writ?

Here is one question. Why should I have to resort to, and I hate to say this, terroristic type of communications to achieve justice for the American People? (I try, but not successfully, to console myself with the thought that our country was founded by terrorists. I am programed to believe that the Constitution is real and that people follow it, especially SCOTUS.)

When I get depressed and take on a defeatist attitude I read the Declaration of Independence. The Declaration clearly states that what I am doing is a normal course of action. Please review the Declaration. Our country would be so much different if SCOTUS would allow, encourage and protect free speech. It is time for SCOTUS to become proactive because being reactive is a form of censorship on to itself and the end result is the destruction of America.

The pain I experience every day is indescribable. SCOTUS, and I point my finger directly at SCOTUS, has taken my God, my family, my country, my soul and my health from me.

The Executive Branch (Department of Justice) fears no reprisal from SCOTUS. This exponentially compounds the censorship and the destruction. (Review the documented and factual systemic criminal prosecutor misconduct that I refer to in many of my pleadings. We have Obamacare because Senator Ted Stevens was a victim of systemic criminal prosecutor misconduct. Actually the Judiciary and the American People are the true victims.)

The censorship is so strong that I have not been able to reach one person, not one. It is impossible to reach any of the nine of you and the tragedy in that is that you and your family are going to suffer the same consequences as the rest of America and me. What you have created and protected in violation of the Constitution will destroy you and everything that you love and I can't do anything to stop it.

Are you a sunarcissists? Please don't allow our nation and your family to commit suicide. Please save our country.

"There will be no sunarcissists. Honor will always be chosen."
David Andrew Christenson

"A sunarcissist is a narcissist who chooses suicide over honor."
David Andrew Christenson

Narcissist: In psychiatry, a personality disorder characterized by the patient's overestimation of his or her own appearance and abilities and an excessive need for admiration. Excessive self-admiration and self-centeredness

Godspeed.
Sincerely filed,
In Proper Person and Pro Se,


David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086, davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on September 18th, 2015 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail including:
Solicitor General Donald B. Verrilli Jr.
Counsel of Record United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001
SupremeCtBriefs@USDOJ.gov, (202) 514-2217

_____
David Andrew Christenson

14-10077
October 7th, 2015
Second Amended Petition for Rehearing
Criminal Violations of my Constitutional Rights by Microsoft, Bill Gates and the Department of Justice
Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
Filed May 22nd, 2015

This single criminal action and violation of my Constitutional Rights and in turn the Constitutional Rights of all Americans should satisfy the "intervening circumstances and ongoing intervening circumstances of substantial and controlling effects" to accept this Writ. We are talking true censorship and a cover-up of that censorship. This is a criminal violation of the Constitution and the First Amendment. Read Microsoft's responses (Attachments 1, 2 & 3) about closing my email account, but before you do that think of the following: I did not email people that told me to stop. There was no solicitation on my part. My emails could be blocked or discarded without opening them. I had legal obligations to send notices in the legal matters that I was involved in and that was extensive. Microsoft has stolen my property and will not allow me access to it. The FBI monitored my emails and filtered them, blocked them, censored them, used my IP address, sent emails from my account, etc. The FBI used my IP address to search for child pornography and other deviant information. My searches were always professional. I also knew that I and my computer were under surveillance. In the 15 plus years that I have been dealing with the Federal Judiciary have I ever shown deviant behavior? I notified the courts of this criminal conduct by the FBI. Here is the Microsoft notice stating that someone was using my IP address and this can be confirmed. I receive this message several times a week. I notified the administrator and they told me it was probably the FBI and that there was nothing they could do. There are 300 condominiums (private closed network) here at Hidden Dunes so the FBI was present on property and was illegally monitoring my computer (You had to be on property to use the private closed network for many reasons. The simplest reason is the antenna strength which requires unobstructed line of sight, 100 feet. There are at least 30 antennas) I also contacted Microsoft and they refused to help. Microsoft would not provide any information at all. My computer is constantly being hacked. I have had two computers destroyed by the FBI, as well as backups, since I moved in four years ago. I have notified the Supreme Court of the criminal activity.

This appears on my computer screen:
1.      Network Error
Windows has detected an IP address conflict
Another computer on this network has the same IP address as this computer. Contact your network administrator for help resolving this issue. More details are available in the Windows System event log.

I am unable to access the "Windows System event log" and Microsoft will not help because they are illegally cooperating with the FBI. Here is last Microsoft email that I received. Notice that it states "final". The reason the account is being closed in this sinister fashion is because Microsoft violated the law and had me under surveillance without proper search warrants. Microsoft needs to destroy the evidence of their criminal wrongdoing. They will not even tell me the transgression and that seems very odd.

From:  Microsoft Online Safety
(MOSAF.MREA.WW.00.EN.CVG.MNL.AU.T01.SPT.SD.WB@css.one.microsoft.com) This sender is in your contact list.
Sent: Tue 10/06/15 8:28 PM
To: dchristenson6@hotmail.com
Dear David,
Thank you for contacting Microsoft with additional questions regarding your account.   We have reviewed your case and have determined that your account was properly closed for a violation of the Microsoft Services Agreement, available here: http://windows.microsoft.com/en-us/windows-live/microsoft-services-agreement?woldogcb=0
This email represents Microsoft's final communication with you regarding this account.
Thank you,
Stan Microsoft Online Safety


Godspeed.
Sincerely filed,
In Proper Person and Pro Se,


David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086, davidandrewchristenson@hotmail.com


CERTIFICATE OF SERVICE
I hereby certify that on October7th, 2015 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail including:
Solicitor General Donald B. Verrilli Jr.
Counsel of Record United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001
SupremeCtBriefs@USDOJ.gov, (202) 514-2217


_____

David Andrew Christenson

14-10077
October 6th, 2015
Amended Petition for Rehearing
Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
Filed May 22nd, 2015

I should not have to lose my life for protecting all Americans as a Federal Whistleblower who had his Writ denied by the Supreme Court. The Department of Justice has started the retribution process and that means I will lose my life. Did the Supreme Court give its' consent to my being assassinated? The Supreme Court refused to docket all of my Twenty Nine Supplemental Writs and actually deleted some of my Supplemental Writs. The Supreme Court allowed the docketing of Supplemental Writ Thirteen which I did not write or file. This is a violation of the First Amendment.

I sent this email to the Supreme Court this morning, October 6th 2015, via the Supreme Court server.

- I will not commit suicide. To do so would admit failure.
- I will not commit suicide. To do so would be my admitting failure. It would mean that everything that I have fought for was irrelevant. Mankind is not irrelevant and neither are you and your loved ones.
- I will not break the law. To do so would be my admitting failure. It would mean that everything that I have fought for was irrelevant. Mankind is not irrelevant and neither are you and your loved ones.
- Please remember that I took an oath to protect the Constitution, you and your loved ones. To commit suicide or to break the law would be a violation of that oath. I will not violate the oath. I will honor the oath.
- I will not give the government a reason to arrest me. I know they are coming after me because it has started. They will paint me as crazy because of the implicit consent that SCOTUS has given them.
- If I die, I will have lived and fought for nothing.
- My emailing the Supreme Court and the PIO was coming to a natural end. I know that no one cares and there is nothing that I can do. SCOTUS was done with me except for the Petition for Rehearing. I sent my final document.
- Please, I ask one thing of SCOTUS. Please take care of my wife, Scarlett, when something happens to me. I am destined for an accident at the hands of the government. She deserves protection, a life and income. I beg you to take care of her.
- Thank you.
- Godspeed.
- David Andrew Christenson
- 504-715-3086

On my walk today, October 6th 2015, a silver four door Buick with two Federal Agents drove by in a life threatening way. The two agents had sunglasses on and were dressed in blue gray suits with lapel pins. There was a gun on the dashboard. As they passed in the opposite direction they stopped. There was no license plate and they wanted me to see that.

Microsoft shutdown my primary email account today, davidandrewchristenson@hotmail.com. I am unable to access my account, my contacts and my inbound emails. I have been informed that the Department of Justice pressured Microsoft and used the denial of my Writ as cause. This is a true violation of my First Amendment Right and has negative ramifications for all Americans. I conduct all of my personal affairs from this account. My life has stopped and I have no recourse. I am unable to recover much of the information in my account. I do not deserve this. Microsoft could have blocked me from sending emails and still allowed me access to my information. People could block my emails and discard them. I have lost and so have the American People. This is pure vengeful retribution by the DOJ.

Here are the Microsoft communication emails sent by me from dchristenson6@hotmail.com:
1.      Your request has been submitted. No response or acknowledgment.
Your support ticket number: 1307487871
For reference, please print this page or write down your support ticket number. Use this number when communicating with Support about this issue.
Please ensure that you can receive e-mail messages from @css.one.microsoft.com. Check your Junk mail and Spam filters if you do not receive a reply.
2.      Your request has been submitted.
Your support ticket number: 1307489428 No response or acknowledgment.
For reference, please print this page or write down your support ticket number. Use this number when communicating with Support about this issue.
Please ensure that you can receive e-mail messages from @css.one.microsoft.com. Check your Junk mail and Spam filters if you do not receive a reply.
3.      Your request has been submitted.
Your support ticket number: 1307494011 No response or acknowledgment.
For reference, please print this page or write down your support ticket number. Use this number when communicating with Support about this issue.
Please ensure that you can receive e-mail messages from @css.one.microsoft.com. Check your Junk mail and Spam filters if you do not receive a reply.

Godspeed.
Sincerely filed,
In Proper Person and Pro Se,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086, davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on October 6th, 2015 I filed the foregoing with the Clerk of Court and

served the pleading on all counsel of record by e-mail including:

Solicitor General Donald B. Verrilli Jr.

Counsel of Record United States Department of Justice

950 Pennsylvania Avenue, N.W.

Washington, DC  20530-0001

SupremeCtBriefs@USDOJ.gov, (202) 514-2217

_____

David Andrew Christenson

14-10077
October 5th, 2015
Petition for Rehearing
Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
Filed May 22nd, 2015

The Petition for Rehearing is based on intervening circumstances and ongoing intervening circumstances of substantial and controlling effects. In the interest of brevity only four examples will be provided. The four examples have not previously been presented to the Supreme Court. In the interest of justice for the American People a response by the Department of Justice should be filed.


1.      See Attachment 1. Twenty Nine Supplemental Writs were filed with great difficulty. Supplemental Writs Seventeen through Thirty were not docketed and as of today are still not docketed (October 5th, 2015). At one time Supplemental Writ Seventeen appeared in the docket but has been removed. I never filed a Supplemental Thirteen but yet it appears in the docket. Who filed Supplemental Thirteen and what was in it? The docket has been altered. Twentieth Supplemental was docketed before it was written and served. Supplemental Writ Twelve is not listed. How can the Supreme Court make an educated decision without full and complete knowledge? The Writ and Supplemental Writs had to be filed because of the ongoing criminal conduct of the Federal Government. This Writ must be heard on behalf of all Americans and mankind.


2.      See attachment 2. Statement of Fact: The Federal Judiciary does not allow Americans to exercise their Constitutional Right to file grievances against the Federal Government. The Federal Judiciary refuses to file the grievances and thus allow a record as is required by law. This is censorship, criminal censorship. There can be no clearer violation of the First Amendment than this. The attached (2) Motion to Intervene for Summary Judgement was returned by Judge Richard Leon. In the upper right corner is written: "9/20 Leave to file denied" and then I believe that it is Judge Leon's initials. There is no record of my filing the Motion. This by definition is censorship and a violation of the First Amendment. The Complaint is a Class Action Complaint filed on behalf of all Americans. I have indisputable cause and standing to intervene. No response was filed by the Department of Justice. Why?


3.      The Federal Government protected its' criminal enterprise by manipulating Federal Judge Jay Zainey. This manipulation and criminal enterprise irreparable harmed me and the American people. How could anyone lose a civil lawsuit when the following takes place? On behalf of the Catholic Church, Catholic Judge Zainey handpicked Two Catholic Attorneys (Val Exnicios and Gregory DiLeo) to file a class action video voyeurism complaint against Danziger Grand Jury Foremen and developer Louis (Lee) Edgar Madere. The class action complaint revolved around Madere filming residents of the Catholic Ozanam Inn. The last pleading filed by the plaintiffs was an emergency motion that went unanswered in 2006. The case is still open. Judge Zainey stopped the prosecution of the case on behalf of the Federal Government. My wife and I suffered irreparable harm. We lived in a life threatening situation for years because of the protection that was provided to Madere by the DOJ. We were simply collateral damage. I was classified as a terrorist because I would not back down. We lost our home in an illegal foreclosure.

Both my wife and I are Catholics and we both volunteered at the Ozanam Inn. Video Voyeurism Class Action Complaint Filed by Catholic Archdiocese, Vincent DePaul Society, Catholic Charities and the Ozanam Inn (Homeless Shelter) 2005-9299   OZANAM INN, INC. ET ALS vs LOUIS EDGARD ET ALS 7/12/2005 2:25:19 PM

4.      The Department of Justice should have been ordered to respond at a minimum. Any American and especially a Supreme Court Justice should have demanded a response. No one will escape.

Godspeed.
Sincerely filed,
In Proper Person and Pro Se,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086, davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on October 5th, 2015 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail including:
Solicitor General Donald B. Verrilli Jr.
Counsel of Record United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001
SupremeCtBriefs@USDOJ.gov, (202) 514-2217

_____

David Andrew Christenson

14-10077
September 22nd, 2015
Supplemental Thirty
The Supreme Court Allows The Rape Of Afghan Boys In The Interest Of National Security. The Supreme
Court Allows Americans To Be Infected With The Katrina Virus In The Interest Of National Security. The
Supreme Court Allows Federal Whistleblowers To Be Classified As Terrorists And Assassinated In The
Interest Of National Security. The Supreme Court Rules That The First Amendment Does Not Exist When
It Come To Any Type Of Perceived National Security Issues, Domestic Or Foreign. The Supreme Court
Allows The Executive Branch To Classify Any Issue As "National Security", Domestic Or Foreign.
Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
Filed May 22nd, 2015

I, Captain David Andrew Christenson, was classified as a terrorist and there have been several
assassination attempts on my life by the Executive Branch, both directly and indirectly.

I would have stood up for the Afghan boys and I would have done so proudly. I would have given my life.

The New York Times
U.S. Outrage and Resignation Over Afghans' Rape of Boys
By MATTHEW ROSENBERGSEPT. 21, 2015
http://www.nytimes.com/2015/09/22/world/us-outrage-and-resignation-over-afghans-rape-of-
boys.html?emc=edit_th_20150922&nl=todaysheadlines&nlid=65460936&_r=0
WASHINGTON — A report describing how American forces looked the other way as powerful Afghans
raped boys with impunity — an issue that long plagued the war effort in Afghanistan — prompted
declarations of outrage in Washington on Monday, but officials said the problem was ultimately for
Afghans to solve.

The Pentagon insisted that it never ordered troops to ignore any kind of rights abuse. But among
American military personnel and civilians who served in Afghanistan, it was well known that many
wealthy and prominent Afghans rape boys, often making them dress up as women and dance at
gatherings during which they are assaulted — and that Western officials often turned a blind eye to the
practice for fear of alienating allies.

With the bulk of American troops now gone from Afghanistan, the resignation among American officials
over a practice that many described as "abhorrent" was evident on Monday. It seemed to reflect the
fact that while the rape of boys may shock foreigners and infuriate Afghans, it is only one of the many
problems in Afghanistan.

Over the 14 years since the start of the war, the criminality often tolerated inside the Afghan
government and security forces, both of which were paid for and nurtured by the United States, has run
the gamut from opium smuggling and corruption by Afghan officials to allegations of murder and torture
by Afghan soldiers and police officers.

In many cases, especially with drug trafficking and corruption, the response from American officials has often been that ordinary Afghans do not view the problems the way Westerners do, and that trying to clean upthe Afghan government could well destroy it. Cases of torture and murder by the Afghan security forces, which have been documented by human rights groups and the news media, have often been overlooked for fear of undercutting the fight against the Taliban and Al Qaeda.

Though some Americans have tried to write off the practice of raping boys, which was described in an article in The New York Times on Monday, as a cultural difference between Afghans and Westerners, many Afghans say that they, too, find it shameful and wrong. (In fact, the Taliban banned it when in power.)

But it is rampant among the pro-government commanders who dominate many rural areas of northern Afghanistan and run militias that at times team with American-led forces.

As a result, the American military long struggled with how to handle cases of child sexual abuse that it encountered. Most often, according to troops who served in Afghanistan, the solution was to ignore the practice.

But troops on the front line, who often shared bases with Afghan forces, often bristled when commanders told them to look the other way. The article in The Times detailed how in 2011, two American soldiers beat up an Afghan commander who laughed when confronted with allegations that he raped boys. One of the soldiers was relieved of his command and then left the military, and the other is being forced out.

On Monday, American officials said they would never tolerate sexual assaults of boys by Afghan security forces. "The United States is deeply concerned about the safety and welfare of Afghan boys who may be exploited by members of the Afghan national security and defense forces," said Josh Earnest, the White House press secretary. "This form of sexual exploitation violates Afghan law and Afghanistan's international obligations."

Capt. Jeff Davis, a Pentagon spokesman, called the rapes "abhorrent" but insisted there was no policy instructing service members to ignore allegations.

"I can just tell you that there is nothing that would preclude any military member from making reports about human rights violations to their chain of command," Captain Davis said.

Ultimately, he said, the problem is "fundamentally an Afghan law enforcement matter, and those are reports that are given over to the Afghan government."

Captain Davis said each discussion with the Afghan government would "make its way to a higher level" and get into annual State Department human rights reports to make clear "that this is a practice we find abhorrent."

But even if reports are passed on to the Afghan authorities — a number of service members and civilian officials say they rarely are — there is little indication the Afghan government has the will or ability to prosecute men suspected of rape. That left American forces with little recourse, and commanders at times instructed their troops not to expect much if they did file a report.

"International forces have been fighting on two fronts," said Graeme Smith, an analyst based in Afghanistan for the International Crisis Group. "On the one hand, against the insurgency, and on the other hand, trying to make their Afghan allies respectable custodians of security. Both those wars haven't always been successful."

Godspeed.
Sincerely filed,
In Proper Person and Pro Se,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086, davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on September 22nd,, 2015 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail including:
Solicitor General Donald B. Verrilli Jr.
Counsel of Record United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001
SupremeCtBriefs@USDOJ.gov, (202) 514-2217

_____
David Andrew Christenson

14-10077
September 22nd, 2015
Settlement
Supplemental Twenty Nine
Here is the perfect example of how the Federal Judiciary denies Americans the right to file grievances against the United States per the Constitution and the First Amendment. Reference Supplemental Nineteen.
Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
Filed May 22nd, 2015


Here is the perfect example of how the Federal Judiciary denies Americans the right to file grievances against the United States per the Constitution and the First Amendment. THIS IS A GROTESQUE FORM OF CENSORSHIP BY THE FEDERAL JUDICIARY. The denial does not state that I, David Andrew Christenson, filed the motion. No name is given. I am not even listed to be noticed for the denial. When I tried to access the pleading on Pacer I was informed "You do not have permission to view this document". The DOJ never filed a response or objection. All of this criminal activity that violates the Constitution is done with implicit consent from the Supreme Court. Our Judicial System is worse than the Nazis. The DC Appeals Court would not even docket the Notice (See Attachment Six) .


First Amendment: Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.


Attachment 1:
[Activity in Case 1:13-cv-00851-RJL KLAYMAN v. OBAMA et al Leave to File Denied
From:  DCD_ECFNotice@dcd.uscourts.gov
Sent:  Mon 9/21/15 2:00 PM
To:  DCD_ECFNotice@dcd.uscourts.gov
U.S. District Court
District of Columbia
Notice of Electronic Filing
The following transaction was entered on 9/21/2015 at 2:59 PM and filed on 9/21/2015
Case Name:  KLAYMAN v. OBAMA et al
Case Number: 1:13-cv-00851-RJL
Filer:
Document Number: 148
Docket Text:
LEAVE TO FILE DENIED- Motion to Intervene for Summary Judgment This document is unavailable as the Court denied its filing.. "Leave to file denied" Signed by Judge Richard J. Leon on 09/20/2015. (jf)]


Attachment 2: ECF.DCD.USCOURTS "You do not have permission to view this document." I filed the document. How can I not have the right to view it?

Attachment 3: The Fifth Circuit Court Of Appeals ruled that I was a "Private Citizen" and therefore did not have a right to invoke the Constitution. The Department of Justice did not file a response or objection. The Fifth Circuit used the term: "On our own motion". This is a grotesque violation(s) of the rule of law, the Constitution and the rights of all Americans.

Attachment 4: Writ 14-10077 Supplemental Nineteen

Attachment 5: Motion to Intervene filed with District Court for the District of Columbia.

Attachment 6: Notice Court of Appeals for the District of Columbia. The Court refused to file.

Attachment 7: Compare this Notice to the one that I received. It is clear who the filer is.

This is all censorship. Why would the court cover this up? What difference does it make?

Godspeed.
Sincerely filed,
In Proper Person and Pro Se,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086, davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on September 22nd,, 2015 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail including:
Solicitor General Donald B. Verrilli Jr.
Counsel of Record United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001
SupremeCtBriefs@USDOJ.gov, (202) 514-2217

_____
David Andrew Christenson

14-10077
October 19th, 2015
Twelfth Amended Petition for Rehearing
Clerk Lyle W. Cayce of the 5th Circuit Court of Appeals
Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
Filed May 22nd, 2015

Two weeks ago Clerk Cayce was in Washington for meetings and his trip was extended for two days. It was at this time that Clerk Cayce realized who and what he had become. The transformation from honorable was insidious. The realization that he lost his sense of ethics and morals must have been devastating for Clerk Cayce because he is a religious man that prided himself in his adherence to the Constitution and the "Rule of Law". There is a phenomenal rush of emotions when you realize that you not only crossed the line but that when you looked back you could not even see it. This is when Mankind fails because the justification process starts and the Seven Deadly Sins take over.

The German Citizens of Dachau refused to acknowledge the horrors of the concentration camp that was adjoined to their town. We are no different when it comes to what is taking place in our own country.

It is not many men that can pick the exact date of their realization for what they have become. Clerk Cayce's date of infamy was October 8th, 2015 in Washington, D.C.

I too lost my soul. Unlike Clerk Cayce my transformation included the squandering of my God given talents. I was given the ability, God given ability, to run faster, to be stronger and to be smarter than most men but I relinquished myself to the Devil's vices so to say.

According to Charles Dickens in his book "Scrooge"; "Mankind should have been my business". God gave me plenty of opportunities. My life has been dotted with spiritual experiences that have made me who I am. God hide those miracles into life experiences. God is allowing me to serve my penance here on earth so that those experiences don't go to waste. While attending the University of Iowa I drove a handicap school bus (half a bus). They had trouble hiring a driver because each child was in a wheel chair and was terminally ill. I took the job and it was one of the most wonderful experiences of my life. It made me who I am. The school psychologist had me fired. She had me fired because I treated them as people. The parents unanimously demanded that I get my job back and I did. The first three days that I drove the bus the kids did not speak to me. I would be pushing the wheelchairs with the brakes on and they would be laughing. One time I failed to lock a kid's wheelchair into the bus frame and he came flying up to the front of the bus at the first light. I also dropped one kid off the lift. These were not my finest moments but I was not going to give up. All the drivers quit in the first three days. The low point came when I tipped John over and he spilled his colostomy bag. You see John could not lift his own arms. I never forgave myself. It didn't bother John but it left an indelible mark on me. John's dad was a prominent doctor and one of my biggest supporters. It was as if God spoke to me (not really) as he does now. Here are the magic words to get a bunch or paraplegic and terminally ill kids to talk to you. "Let's talk about sex, drugs and rock and roll?" They never shut up after that. They always wanted to know

about my life. We all became friends and I realized that they just wanted to be treated as if they were normal. I would bring donuts some days and we would stop to eat them. We had to stop because some could not feed themselves and I had to do it. I have never been afraid to get my hands dirty. This is one of those miracles that I talk about. John died the next year. I would have laid my life down for those kids. I still regret not doing more. My proudest moment came when I was invited to graduation, the graduation parties and get this, the prom. I was just the bus driver.

Godspeed.

Sincerely filed,
In Proper Person and Pro Se,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson(at)hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on October 19th, 2015 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail including:

Solicitor General Donald B. Verrilli Jr.

Counsel of Record United States Department of Justice

950 Pennsylvania Avenue, N.W.

Washington, DC  20530-0001

SupremeCtBriefs(at)USDOJ.gov, (202) 514-2217

_____

David Andrew Christenson

14-10077
October 19th, 2015
Eleventh Amended Petition for Rehearing
Did Jesus commit suicide to save Mankind?
I was wrong; it is Technology that is the Third of the Four Horsemen.
Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
Filed May 22nd, 2015

Examine the relationship between Pontius Pilate and Jesus Christ. What if this relationship and pending suicide was the prophecy for the end of the world or its' salvation? Mankind was forewarned.

Power, Greed, Technology and Suicide are the Four Horsemen of the Apocalypse. What if the four feed off each other? As each gets stronger so do the others. There is a synergy between the Four Horsemen. There is also "Economy of Scale" in their prevailing.

As Technology increases it becomes the key Horsemen. Power, Greed and Suicide become stronger with an increase in Technology. It is when Technology, Power, Greed and Suicide come together and reach the pinnacle that Suicide will become the most powerful.  Remember that it is Suicide that is followed by Death and Hades.

October 12th, 2050 is when each of the Four Horsemen becomes self-perpetuating due to Mankind's failure to follow the "Rule of Law". Technology becoming self-perpetuating is the cataclysmic event that brings the Apocalypse to fruition.

What if there were actually three Horsemen of the Apocalypse; Power, Greed and Suicide? What if there were three Horsemen of the Anti-Apocalypse; Faith, Hope and Love with Love being the strongest? The Anti-Apocalypse could be Heaven, Utopia, Nirvana, etc.

Technology is the sword for both because it cuts both ways (A Cliché of sorts). Each side becomes stronger with Technology.

"Free will" allows Mankind to follow and adhere to the "Rule of Law" and that is why it is so important. The "Rule of Law" makes Mankind invincible.

If Pilate had followed the law Jesus would have lived. If Pilate had stood up to the people Jesus would have lived. Pilate ultimately based his decision on the Seven Deadly Sins. (There is evidence that Pilate committed suicide and that he was declared a Saint by the Coptic and Ethiopian Churches.) God's plan is a paradox.

If Jesus had answered differently he would have avoided being crucified. Pilate offered him an honorable way out but Jesus refused. Again God's plan is a paradox.

This is a perfect parallel to what is happening today. The difference is that Technology is increasing at light speed. This is why Mankind is so susceptible to the allure of the Seven Deadly Sins. Mankind does not have time to move the pendulum back to center. Mankind is fast approaching the point of no return.

Please give this some thought.

Godspeed.

Sincerely filed,
In Proper Person and Pro Se,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson(at)hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on October 19th, 2015 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail including:
Solicitor General Donald B. Verrilli Jr.
Counsel of Record United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001
SupremeCtBriefs(at)USDOJ.gov, (202) 514-2217

_____
David Andrew Christenson

14-10077
October 17th, 2015
Tenth Amended Petition for Rehearing
What if the 4th Horsemen of the Apocalypse were Suicide?
Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
Filed May 22nd, 2015

What if the Biblical translation was wrong and that one of the Four Horsemen were "Suicide" and not Pestilence? I am going to use the 4th and last Horsemen as "suicide" followed by Death/Hades. This actually makes perfect sense. What if this is the last prophecy to be fulfilled before the end of mankind? Suicide rates are increasing every year all over the world. Having the rate itself increase should scare the heck out of us. It means every year a larger percentage of the population is committing suicide. We should be able to predict when suicides will become self-perpetuating, suicides outnumber births. I will bet that it is in the next 35 years. (Yesterday I read that American Indians are committing suicide at epidemic rates.) We have come to accept suicide as part of our culture. In a way we have invited the 4th Horsemen to our world and with the 4th Horsemen come Death/Hades. (Let us un-invite the 4th Horsemen by granting my Writ and ordering the Department of Justice to respond.)

What if there is a link between the destruction of our immune system and suicide? As we destroy our immune system our ability to stave off suicide decreases. You can confirm what I am going to say with the CDC. 5.5% of Americans that died last week died of pneumonia and the flu. Our weakened immune system is no match for pneumonia and the flu. Last week only 2% of the 8,000 pneumonia and flu samples tested resulted in a positive. What did the other 98% of the samples taken from ill individuals have?

Man has "Free Will" and has found cures for Pestilence. Death does not necessarily follow Pestilence. Man has created Pestilence and with his "Free Will" and has found cures for what he has created. Man created Aids, Ebola, etc. and has been able to cure those maladies.

The Bible calls suicide a sin. Man's law calls suicide a crime. Did you know that suicide is the only sin and crime that does not have a penalty? Why has man outlawed suicide? Why did man create the perfect military weapon which causes the opposing army to commit suicide?

Man seems to be treating the symptoms of suicide but not the disease of suicide. This is where sunarcissism comes into play. Man is choosing suicide over honor. Man is allowing the Seven Deadly Sins to dictate his response and treatment to suicide. Please remember that my sister successfully committed suicide and my other sister has repeatedly attempted suicide over the last forty years.

This is the perfect ending. It is the final hurdle in a way. The perfect test. Could man overcome suicide with faith in each other? I don't know how to express what I am trying to say. God has given us the final test. In the next thirty five years we will have fusion, artificial intelligence, quantum computers and brain monitoring. Without such things as the Constitution, rule of law and the Bible we are doomed to fail. I

use the Bible because it is a good guidebook and not because I am religious. We are coming to the Apex of the mountain. You could say we are coming to a Utopian peak. Biblical and Man's law increase in importance as we evolve. Adherence must be blind and absolute.

If we virtuously follow the law we will survive in Eden, possibly. Think about a world with fusion. Perpetual power is a miracle for us and the environment.

Please give my ideas some thought. We are past the point of no return. We must continue up the mountain in hopes of finding the Utopian Peak. We know the answers and God keeps reminding us what those answers are. We are taking the final exam for mankind (life and death) too continue and God gave us the answers. Will our "Free Will" be enough to overcome the Seven Deadly Sins? The stakes could not be higher.

The Department of Justice has created a new Domestic Terror Position to deal with people like me that have a different ideology about what our government should be. They call me a terrorist.


Godspeed.

Sincerely filed,
In Proper Person and Pro Se,


David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson(at)hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 17th, 2015 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail including:

Solicitor General Donald B. Verrilli Jr.

Counsel of Record United States Department of Justice

950 Pennsylvania Avenue, N.W.

Washington, DC  20530-0001

SupremeCtBriefs(at)USDOJ.gov, (202) 514-2217

_____

David Andrew Christenson

14-10077
October 26th, 2015
Seventeenth Amended Petition for Rehearing
Very scary incident yesterday, I thought I was going to die.
Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
Filed May 22nd, 2015

Yesterday during my walk I experienced severe respiratory problems. I could not breathe while coughing and sneezing. My nose was running like hose. I thought I was going to die.

This happened while I was walking on a road that parallels the beach on the Gulf of Mexico. I was not the only one affected. All of my neighbors had to leave the beach as well. It was a beautiful day and the beach became a ghost town all across the Gulf Coast. People were truly concerned and scared. I was repeatedly asked if it had to do with the Katrina Virus that I had written about.

It is raining right now and the problems have not been abated.

Is there a connection to the Katrina Virus, the BP Oil Spill and the Corexit that was used? I believe the problems have been exacerbated by the Katrina Virus, the BP Oil Spill and the Corexit that was used. This problem occurs in every state along the Gulf Coast.

Why is this so important and why must you know the truth? Respiratory illnesses, diseases, infection, etc. (combined) are the number three cause of death in the United States. (I believe that it is the number one cause of death in people above the age of 60.) Our immune system has been irreparable damaged and thus has lost the ability to protect us. Our lungs are the largest and most efficient gateway to our body. The air with oxygen and contaminates (the Katrina Virus) flows directly into our blood stream. I also believe that receiving the flu and pneumonia vaccines/immunizations is a slow form of suicide. Am I wrong for wanting you to know the truth? It would take a herculean effort to stop the corrupt vaccination/immunization program. Can we at least have a discussion with the facts? I don't want to die because the Supreme Court is afraid to do the right thing.

What do you think? Here is some information and some websites for you to review.

Karenia Brevis is a single-cell organism belonging to a group of algae called dinoflagellates. Karenia brevis is known as the Florida red tide organism. In large numbers, it causes red tide along Florida's coastline. Karenia brevis can be found in Gulf waters any time of the year, but most commonly in the fall. Large concentrations of these cells, called blooms, can discolor water red to brown. Karenia brevis produces a neurotoxin that can kill fish and other marine life, make shellfish toxic for human consumption, and cause respiratory irritation in humans who breathe the aerosols released by the cells when they break open.

Florida Fish and Wildlife Conservation Commission Red Tide FAQ
http://myfwc.com/research/redtide/faq/

Red tide monitoring updates from Mote in southwest Florida
https://mote.org/news/article/red-tide-monitoring-updates-from-mote-in-southwest-florida1


Godspeed.


Sincerely filed,
In Proper Person and Pro Se,


David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson(at)gmail.com

CERTIFICATE OF SERVICE
I hereby certify that on October 26th, 2015 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail including:
Solicitor General Donald B. Verrilli Jr.
Counsel of Record United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001
SupremeCtBriefs(at)USDOJ.gov, (202) 514-2217


_____

David Andrew Christenson

14-10077
October 21st, 2015
Fifteenth Amended Petition for Rehearing
Did the National Media assist the Supreme Court in committing suicide or was it murder?
Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
Filed May 22nd, 2015

If the National Media had honored their ethical, moral and legal obligations to Mankind then the Supreme Court would not be in the position of coconspirator to the Genocide of Mankind and I would not be here. What is taking place is not my fault, I am just a messenger. The tragedy is that none of us; conspirator, messenger or our families, will escape our sins.

Did the National Media assist the Supreme Court in committing suicide or was it murder? This is the equivalent of your closest friend or relative helping you to commit suicide and all the while keeping your cure a secret. I call that murder. The Supreme Court zealously protects the First Amendment via the National Media. The Supreme Court has protected the National Media but the protection has not been reciprocated by the National Media.

If the National Media had told the truth, in this and many other instances, the Supreme Court would not have committed suicide. Sunarcissism is when the Supreme Court chooses suicide over honor.

In a true twist of fate, it will be the Federal Judiciary that protects the murderers. Could this be part of the prophecy?

The story that I am about to share with you is unbelievable and yet it is confirmable. Warren Buffet and Berkshire Hathaway offered to buy The New Orleans Times Picayune from Donald Newhouse and Advance Publications. Newhouse is one of the most powerful media moguls in the world (On par with Rupert Murdoch) and is worth billions of dollars. Donald Newhouse intentionally covered up what happened in New Orleans during the Hurricane Katrina time frame. Newhouse and his media empire covered up the murdering of Americans by the US Military and the release of the Katrina Virus which is a chemical warfare contaminant. The cover up was so extensive and thorough that it took his entire media empire working in unison to keep the pending Genocide a secret. Donald Newhouse personally conspired with other media moguls to keep the truth from Mankind. (Did the Graham family sell the Washington Post because of the liability? Was the original Washington Post Corporation dissolved? Why did another media mogul not buy the Washington Post?)

When Donald Newhouse realized he was liable for the cover up he had to dissolve the New Orleans Times Picayune Corporation so that he could protect his empire. The New Orleans Times Picayune was the most profitable newspaper in the country and Warren Buffet wanted to buy it. In order to shield him and his media empire, Donald Newhouse had to change the business model and business plan so he took the most profitable newspaper in the country from a delivery schedule of seven days a week to three days a week. Warren Buffet owns media corporations and wanted to add the New Orleans Times

Picayune to Berkshire Hathaway. Newhouse only changed the model and business plan for this one newspaper. Warren Buffet wanted to buy the newspaper but was not aware of the liability. There was no way that Newhouse could sell the contaminated Corporation, he had to dissolve it. Americans will not be able to sue because the corporation no longer exists and the Supreme Court will be protecting the very people that assisted in their suicide/murder.

Two side notes. All of the reporters that were involved in the conspiracy have left the Times Picayune. Another newspaper was started and is doing phenomenally well. The New Orleans Times Picayune is now one of the least profitable newspapers in the country and it might actually be losing money.


Godspeed.


Sincerely filed,
In Proper Person and Pro Se,


David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson(at)hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on October 21st, 2015 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail including:

Solicitor General Donald B. Verrilli Jr.

Counsel of Record United States Department of Justice

950 Pennsylvania Avenue, N.W.

Washington, DC  20530-0001

SupremeCtBriefs(at)USDOJ.gov, (202) 514-2217

_____

David Andrew Christenson

14-10077
October 20th, 2015
Fourteenth Amended Petition for Rehearing
"SUICIDE STRONG"
Please patent and copyright for the Scarlett Foundation on my behalf.
Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
Filed May 22nd, 2015


The saying and symbol are to be worn by people that care about each other, without restriction, and are willing to listen and help, truly help.


Here is why I selected "SUICIDE STRONG" as the phrase, the Bee, the color Yellow and the Hexagon Shape.
The first step in any recovery process is "Acknowledgment". "I am not who I am as I have been altered".
"I will not dwell on this fact, but instead I will turn it into a lifesaving positive". "I will acknowledge to the world who I am and I will avail myself to anyone that needs my help".
The Hexagon is optimal for storage and strength.
The color Yellow is for coming home. It means to come home to oneself.
The Bee and Mankind are on the same path to extinction and we share a symbiotic relationship.
Bees live for the colony and only the colony.
Like other social insects, Bees have an advanced immune system.
Honeybees are the only insects that produce food for humans.
Liquid honey does not spoil.
The Bees ability to fly is very exotic and still not completely understood.


Hexagonal Cell:




This is a starting point and a work in progress.


Godspeed.

Sincerely filed,
In Proper Person and Pro Se,


David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson(at)hotmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on October 20th, 2015 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail including:

Solicitor General Donald B. Verrilli Jr.

Counsel of Record United States Department of Justice

950 Pennsylvania Avenue, N.W.

Washington, DC  20530-0001

SupremeCtBriefs(at)USDOJ.gov, (202) 514-2217

_____

David Andrew Christenson

14-10077
October 22nd, 2015

Justice John Roberts; Emergency Application, Petition and Appeal to accurately and completely correct the docket in this Writ. Failure to do so would deny the Petitioner his Constitutional Rights and in turn deny all Americans their Constitutional Rights and that includes the Supreme Court Justices themselves. The end result of the denial of the Constitutional Rights will be the Genocide of Mankind.

Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
Filed May 22nd, 2015

Emergency Application, Petition and Appeal to accurately and completely correct the docket in this Writ. Failure to do so would deny the Petitioner his Constitutional Rights and in turn deny all Americans their Constitutional Rights, including the Supreme Court Justices themselves. The end result of the denial of the Constitutional Rights will be the Genocide of Mankind. Justice will only be served if the Supreme Court Justices have a complete and accurate docket for their conference on October 30th, 2015. Please continue the conference until there is a complete and accurate docket. The American People deserve their day in court per the Constitution. The complete and accurate grievance, which is ongoing, should be heard by the Supreme Court.

The Petition for Rehearing is based on intervening circumstances and ongoing intervening circumstances of substantial and controlling effects. Review the New York Times article that is included with this Application.

Twenty Nine Supplemental Writs were filed with great difficulty. Supplemental Writs Seventeen through Thirty were not docketed and as of today are still not docketed (October 22nd, 2015). At one time Supplemental Writ Seventeen appeared in the docket but has been removed. Supplemental Thirteen was never filed but yet it appears in the docket. Who filed Supplemental Thirteen and what was in it? The docket has been altered. Twentieth Supplemental was docketed before it was written and served. Supplemental Writ Twelve is not listed. How can the Supreme Court make an educated decision without full and complete knowledge? The Writ and Supplemental Writs had to be filed because of the ongoing criminal conduct of the Federal Government. This Writ must be heard on behalf of all Americans and mankind. The Original Petition for Rehearing and 15 Amended Petitions for Rehearing have been filed but not docketed. This is the most grotesque form of Censorship and criminal violation of the Constitution.

A New Look at Japan's Wartime Atrocities and a U.S. Cover-Up
By Didi Kristen Tatlow New York Times
http://www.msn.com/en-us/news/world/a-new-look-at-japan%e2%80%99s-wartime-atrocities-and-a-us-cover-up/ar-BBmiEit?li=AAa0dzB&OCID=HPDHP
Joy Chen is sitting on a bench outside a new museum about the medical atrocities committed by Japan's Unit 731 in Manchuria during World War II, trying to absorb what she learned inside: After the war, the United States covered up Japan's biological warfare research on humans, allowing the perpetrators to escape punishment and to prosper.

That is detailed prominently in exhibition notes and an audio guide in the black marble building that lies like a split box here in Pingfang, on the edge of Harbin in northeast China: "Out of considerations of its national security, the U.S. decided not to prosecute the leader of Unit 731 and the criminals under him. They all escaped trial for war crimes."

Led by Dr. Shiro Ishii, Unit 731 bred plague microbes, then deliberately infected thousands of men, women and children. It conducted vivisection and frostbite and air pressure experiments, transfused prisoners with horse blood and studied the effect of weapons on the body, among many things.

Ms. Chen had had her fill of horrors and left her two companions inside.

"I'm shocked," said Ms. Chen, 24, who studies English at the Harbin Institute of Foreign Languages. "I couldn't take more. As a Chinese person I just felt it was so incredibly cruel."

"And I found out for the first time about the Americans. Why didn't they prosecute them? I felt that was really hard to accept. Definitely, Chinese people will feel that way," she said.

"It is shocking, isn't it," said Mark Selden, a historian at Cornell University, in a telephone interview.

"It is precisely correct, as far as we know. No one was prosecuted. A deal was cut for the rehabilitation of everyone," Mr. Selden said.

That enabled the United States to gather information that was of great use for its own biological warfare program, early in the Cold War, he said.

In contrast, many Nazi doctors in Europe who did similar things were prosecuted by the Nuremberg war crimes tribunal.

The American action in Japan "was in some ways similar to how Wernher von Braun and other scientists were taken to the U.S.," said Mr. Selden, referring to the German rocket scientist. "The U.S. made very good use of them."

"In Japan, they did want the biological warfare research and they did take it. You and I may wonder if it was a wise thing to do, but the reality is that there was no significant pushback," he said.

The Museum of War Crime Evidence by Japanese Army Unit 731, which opened on Aug. 15, is bolder in intent than the older, adjacent museum that it incorporates and replaces and, according to museum officials, has attracted large crowds of visitors.

Judging by Ms. Chen's reaction, its blunt declaration of the cover-up is having some impact and could one day raise a difficult question: Should the United States apologize to China?

Those calls, for now mostly on the nationalist fringe, could grow if the relationship between the two nations worsens.

There are also serious historians and bioethicists who believe what happened is morally too significant and damaging to humanity to be excused. Jing-Bao Nie at the University of Otago in New Zealand is one.

"Morally, the cover-up trampled justice in the ruthless pursuit of national interest and national security," Mr. Nie wrote in an email.

"Legally, the cover-up constitutes complicity after fact," he said. "And pragmatically, a formal apology will serve the long-term interest of the United States because it can contribute positively to the relationship between the U.S. and China."

That last may be needed one day, Mr. Selden said: "We are at a period in which there are a lot of tensions in the relationship."

Yet for now, anger in China is directed almost entirely toward Japan, he said.

"I've often been struck by the unrestrained anger toward the Japanese, far beyond anything toward the U.S. Even if we are in a period of many frictions," he said.


Godspeed.


Sincerely filed,
In Proper Person and Pro Se,


David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson(at)hotmail.com


### CERTIFICATE OF SERVICE

I hereby certify that on October 22nd, 2015 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail including:

Solicitor General Donald B. Verrilli Jr.

Counsel of Record United States Department of Justice

950 Pennsylvania Avenue, N.W.

Washington, DC  20530-0001

SupremeCtBriefs(at)USDOJ.gov, (202) 514-2217


_____

David Andrew Christenson

14-10077
October 13th, 2015
Seventh Amended Petition for Rehearing
To avoid suicidal genocide for mankind, my writings need to move an immovable object and that object
is man and his seven deadly sins
Suicidal Prophecy/Forecast by David Andrew Christenson
Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
Filed May 22nd, 2015

[The brain monitoring agency for the United States Government will be called the CEREBRAL SECURITY
AGENCY (CSA). Name the one person that you would want to be the Director. Would Justice Scalia want
Justice Ginsburg? Would Justice Breyer want Justice Thomas? Think about the complexities of being able
to deal with a person's thoughts.]

I, David Andrew Christenson, predict that the mankind will cease to exist on October 12th, 2050. History
will record that mankind committed suicide. This is a theory that needs statistical proof and I believe
that statistical proof exists today. The Supreme Court, knowingly or unknowingly, is providing the
mechanism to keep that proof secret. (I picked the date for discussion purposes and I am absolutely not
a prophet.)

This is food for thought. The hope is that my writings will open a discussion. There needs to be scientific
research into what I am saying. Much of the research is done and it just has to be complied and
released.

It might be too late to save mankind because of the mutation rate. The mutation has destroyed our
immune system. The mutation rate is accelerating exponentially. In a way you could say we will hit
terminal velocity on October 12th, 2050. The mutation rate is based on the Katrina Virus. (The Katrina
Virus is a compilation term that deals with more than just viruses. The Katrina Virus is a conceptual
term.)

I am talking about more than just our physical immune system. I am talking about the totality of our
immune system and the protection that it provides. The ethical, moral, rational, mental, etc. immune
systems that protect us from each other, the environment, ourselves, etc. What allows mankind to
survive is the immune system. Here is an odd example. I told a decorated Marine veteran from Vietnam
that over 300,000 veterans had died while waiting for health care from the VA. He didn't blink and did
not ask a single question. I found this to be disturbing on so many levels. This is why I believe that we
might have achieved that point of no return. Mankind's demise could already be self-perpetuating.

There is a simple solution to save mankind if it is not too late.  I know it is a cliché but free speech would
help. The "Golden Rule", adherence to the Bible, the Constitution and the "Rule of Law" would help as
well. As you know I believe God had a hand in drafting the Bible and the Constitution and that both are

miraculous. I also believe that God gave us "Free Will". Our knowledge and ability to create are accelerating at an incredible rate. You could say that mankind is going to achieve "Total Consciousness" on the day of mankind's death, October 12th, 2050. Did God know what we would face when he helped to draft the Bible and the Constitution? I truly believe that adherence to the Bible and the Constitution will provide mankind with the necessary protection to survive. Even if you don't believe in God, the Bible and Constitution are still miraculous and I see no reason not to adhere to them. We have 35 years but when is the tipping point? When will we no longer be able to reverse the "suicidal mutation"? Have we already reached that day? It is as if mankind will self-combust. The point of no return is the point beyond which one must continue on one's current course of action because turning back is physically impossible, prohibitively expensive or dangerous.  Fait accompli ("accomplished deed", from the verb "faire", to do), a term of French origin denoting an irreversible deed, a done deal. "Alea iacta est" ("The die is cast"), which is reportedly what Caesar said at the crossing of the Rubicon. This metaphor comes from gambling with dice: once the die or dice have been thrown, all bets are irrevocable, even before the dice have come to rest.

Here is the major problem. The truth and research are a secret. Our government is keeping critical information from us. They are making life and death decisions for mankind. The government is also keeping secrets from itself so to say. The lack of sharing of information between the three branches of government is a huge problem. The lack of sharing of information between agencies in the Executive Branch is treasonous.

The next major problem is the silencing of people such as me.

There are at least four premises that I have used to predict the October 12th, 2050 date. Each premise is founded in science and extremely realistic. The quantum computer, artificial intelligence and brain monitoring will become a reality in the next 35 years. The fourth premise is bankruptcy due to health costs. Medical and Mental health care costs will be astronomical. Who do we trust and who can we trust to govern and make decisions? Odd statement: the four premises are infinitely more important than gun control, if that makes sense. Can you truly name one person that would have everything that it takes to govern the four premises and that you trust? This is more than just your life; it is the future of mankind. (Would you trust General David Petraeus?)

One premise that I use is not confirmable in science as of yet. I believe that survival is no longer mankind's number one instinct. The "why" is for discussions at a later date. I do not know mankind's number one instinct but I believe it to self-gratification. I also believe that mankind has developed sunarcissism. This is where mankind chooses suicide over honor. In simple terms mankind cannot admit wrongdoing but when faced with failure suicide is chosen.

Can the suicide rate be a predictor for what is to come? Can there be a mathematical equation based on the suicide rate that will predict the end of mankind? Can a species eliminate itself?

What if adherence to the "rule of law" is the only way for us to survive?

There is direct suicide.
There is indirect suicide.
There is murder(s) suicide
There is ignorant or unknown suicide.
There is societal suicide
There is contagious suicide
There is copycat suicide
There is situational suicide
There is life choice suicide
There is a phenomenon called "prison suicide"
There is cerebral suicide and this is the most dangerous and destructive. For whatever reason we have altered and mutated our brain and our immune system. In simple terms we have lost the intellectual ability to survive.

What is the true and workable definition of suicide?

Take all of the rates together and you should be able to predict the end. Suicide will become self generating.

Cost to effect change must be considered.

Suicide becomes acceptable.

My one sister committed suicide and another has made multiple attempts.

They say fusion will be available in 20 years. This is important and might be considered as a redemption point. More on this later.

Godspeed.
Sincerely filed,
In Proper Person and Pro Se,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086, davidandrewchristenson(at)hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on October 13th, 2015 I filed the foregoing with the Clerk of Court and

served the pleading on all counsel of record by e-mail including:

Solicitor General Donald B. Verrilli Jr.

Counsel of Record United States Department of Justice

950 Pennsylvania Avenue, N.W.

Washington, DC 20530-0001

SupremeCtBriefs(at)USDOJ.gov, (202) 514-2217

_____

David Andrew Christenson

14-10077
October 12th, 2015
Sixth Amended Petition for Rehearing
Can I open, not necessarily convince, the minds of five of the Supreme Justices to consider making
Virtuous Decisions based on a Virtuous interpretation of the Constitution?
Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
Filed May 22nd, 2015

"All I have to do is open the minds of nine people, just nine." The cataclysmic result could be the salvation and survival of Mankind.

"In reality al I have to do is open the minds of five out of the nine people, just five."

Can I open, not necessarily convince, the minds of five of the Supreme Justices to consider making Virtuous Decisions based on a Virtuous interpretation of the Constitution?

I am not a religious person but I do believe in God and that belief is incredibly strong. I believe God gave us Jesus in human form so that we could understand that Jesus is God. (I have been fighting this battle for over 10 years and just now I am writing about this. I guess God does have a timetable.)

I have always said that my ideas came from God. I am not a creative person. I joke with my wife about how God would give me ideas in the middle of the night and then kick me out of bed. I would get up and write. Any accolades belong to God because I am just a scribe.

I produced 750 videos and thousands of pages of writings that were placed on the internet. Many contained ideas that I was incapable of creating. My creativity is limited to three colors: white, black and Air Force blue. The Federal Government has cleansed the internet of all of my creativity.

Even my wife received inspiration.

My inspiration is different. I receive what I believe to be divine or spiritual inspiration. I believe that I am incapable of my own inspiration; therefore the divine or spiritual inspiration came from somewhere. I have had too many miraculous, ingenious, original, etc. thoughts for it to be anything else. I am not that smart. My coming into possession of information, being connected to someone, etc. is more than just a random set of coincidences. People would share knowledge with me and years later that knowledge became important. Was it revealed to me on God's timetable? Absolutely "yes".

I don't believe that I am transmitting the word of God. In a way I feel as if I am a warrior for God and that my weapons are my writings. Could it be that these inspired writings are God's work? Yes. Are they helping God and Mankind? No, my writings have failed. Have my writings been wrong? Yes and No. My writings need to move an immovable object and that object is man and his seven deadly sins. In my book, "The United States Supreme Court and the Katrina Virus" I used the term "Epic Constitutional

Crisis". My writings are trying to expose the suicidal genocide that is taking place with mankind. Our free will without adherence to guidance is destroying us. We need the Bible and the Constitution as our guidelines/commandants/rules of law.

I may be too late to help mankind. Please use my assumption that mankind has less than 35 years to exist. The quantum computer, artificial intelligence and brain monitoring will all be a reality in the next 35 years. Can Mankind and his Seven Deadly Sins manage such things? Can Mankind and his Seven Deadly Sins manage such things without a God, a Bible and the Constitution (rule of law)?

The Seven Deadly Sins are those transgressions which are fatal to spiritual, societal and cultural progress. Pride, greed, lust, envy, gluttony, wrath and sloth

The worst things that have happened to me have given me energy and cause. You could call them tragedies or miracles. Each came wrapped differently. It has been my job, my God given job, to turn those tragedies or miracles into weapons for God. The weapon is "free will" by way of "free speech". The bullets are the inspirational thoughts that are put into my writings. Turning negatives into positives. Turning Mankind's Seven Deadly Sins into a Salivation for Mankind. I just can't figure it out or I just can't see it how to do it. Will God reveal the "silver bullet" to me before it is too late?

No matter how bad things got for me I never lost my faith in God. I would distance myself from God at certain times but my belief is absolute.

I am not so arrogant to believe that I am communicating the true word of God or that I am a prophet of some sort. I say this with humility and as humbly as possible: "I am at best a common foot soldier who has been allowed to serve his penance here on earth and that is my miracle".

I will say this. You have to be open to inspiration. Don't discard the gifts that God gives you no matter how they are wrapped or how small they are. You have to be proactive and put those gifts to work. Putting those gifts to work means not worrying about the consequences. The consequences are the Seven Deadly Sins. How do I say this? Make virtuous decisions or base your decisions on virtues. Examples: Base your decision on love not lust or justice not wrath or charity not greed. Virtuous decisions will protect us.

The Cardinal Virtues: prudence, temperance, courage, justice
The Seven Contrary Virtues: humility, kindness, abstinence, chastity, patience, liberality, diligence
The Theological Virtues: love, hope, faith
The Seven Heavenly Virtues: faith, hope, charity, fortitude, justice, temperance, prudence

"We value virtue but do not discuss it. The honest bookkeeper, the faithful wife, the earnest scholar get little of our attention compared to the embezzler, the tramp, the cheat." - John Steinbeck

The Seven Corporal Works of Mercy: Continuing the numerological mysticism of Seven, the Christian Church assembled a list of seven good works that was included in medieval catechisms. They are: feed the hungry, give drink to the thirsty, give shelter to strangers, clothe the naked, visit the sick, minister to prisoners, and bury the dead.

Food for thought

Christian Answers:

How do we know the Bible is true?
"Nevertheless the Bible writers claimed repeatedly that they were transmitting the very Word of God, infallible and authoritative in the highest degree. This is an amazing thing for any writer to say, and if the forty or so men who wrote the Scriptures were wrong in these claims, then they must have been lying, or insane, or both."

"Divine inspiration"

"The individual writers, at the time of writing, had no idea that their message was eventually to be incorporated into such a Book, but each nevertheless fits perfectly into place and serves its own unique purpose as a component of the whole. Anyone who diligently studies the Bible will continually find remarkable structural and mathematical patterns woven throughout its fabric, with an intricacy and symmetry incapable of explanation by chance or collusion."

Christian Answers:

Can the Bible be infallible if it is written by fallible humans? And if not, how can we accept it as literal truth?

Christians do not claim that the humans who penned the books of the Bible were always accurate in everything they said or did. We simply believe that the Bible is right when it claims that God guided these men in their task of writing Scripture, in such a way that the result is an infallible book.

We do not know exactly how God accomplished His purpose of providing a totally accurate Bible. But 2 Peter 1:21 gives some insight:

No prophecy was ever made by an act of human will, but men moved by the Holy Spirit spoke from God.

Christian Answers:

Consider the fact that the Bible is comprised of 66 Books written over a period of about 1,500 years by over 40 authors from all walks of life, with different kinds of personalities, and in all sorts of situations. It was written in three languages on three continents, and it covers hundreds of controversial subjects.

Yet, it fits together into one cohesive story with an appropriate beginning, a logical ending, a central character, and a consistent theme.

Remember, the Bible was not written by a collection of professional writers. These 40 people, from multiple cultures...

"...came from a variety of occupations: kings, fishermen, tax collectors, shepherds, prophets, and even a physician. In all it would be difficult to find a more diverse collection of writers. They run the gamut from Moses, who was highly educated, to Peter, who was a fisherman. Though they wrote at different periods of world history, their writings dovetail with one another, not superficially, but intricately and brilliantly. [2]

Godspeed.
Sincerely filed,
In Proper Person and Pro Se,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086, davidandrewchristenson(at)hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on October 12th, 2015 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail including:
Solicitor General Donald B. Verrilli Jr.
Counsel of Record United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001
SupremeCtBriefs(at)USDOJ.gov, (202) 514-2217

_____
David Andrew Christenson

14-10077
October 10th, 2015
Fifth Amended Petition for Rehearing
This morning I got up, made some coffee and read the news. Is it just me or is the world in terrible shape? You have to wonder if God, Jesus, the Bible and the Constitution have failed. I know I have failed miserably. If God, Jesus, the Bible and the Constitution have failed how can I expect to succeed on behalf of mankind and my country? All I want is for the truth to come out.
Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
Filed May 22nd, 2015

To me the Bible is a guide and teaching book. They started writing the Bible 3400 years ago and completed it about 1500 years later and it appears to be a complete and total failure.

The Old Testament has…•39 books•929 chapters•23,214 verses•593,493 words•Longest book: Psalms •Shortest book: Obadiah (3rd shortest book in the Bible)
The New Testament has…•27 books•260 chapters•7,959 verses•181,253 words•Longest book: Acts •Shortest book in the Bible: 3 John (fewest number of words / 2 John has more words, but one fewer verses.)•5 history books (Acts and the Gospels: Matthew, Mark, Luke, John)•21 letters (epistles)•1 book of prophecy (Revelation)

I am just one guy who God allowed to serve his penance here on earth. You could say that I was drafted. My Writ has the Original Writ and 29 Supplemental Writs as well as the Original Petition for Rehearing and Five Amended Petitions for Rehearing. There is no doubt that my Writ is a complete and total failure. There is no comparison between the Bible and what I have done.

On the other hand the Constitution took about four months to draft, is four pages and contains seven Articles and it too appears to be a complete and total failure. There is no comparison between the Constitution and what I have done.

My failed writings are in good company in my ignorant opinion.

If only we could follow and adhere to the Bible and the Constitution. The First Amendment would ensure that the truth would come out. How can the unseen and unpublished Devil have control over us? Every day everybody talks about the Bible and the Constitution and yet it is the Devil that controls us. The Devil has given us an infinite number of excuses so that we don't have to follow the Bible and the Constitution. The catastrophic tragedy is that we know we are wrong.

To me the answer to the following question is simple.

If we follow and possible blindly follow the Bible and the Constitution would the world be in better shape? In my opinion God had a hand in drafting both the Bible and the Constitution because they are truly magnificent.

Godspeed.

Sincerely filed,

In Proper Person and Pro Se,


David Andrew Christenson

Box 9063

Miramar Beach, Fl. 32550

504-715-3086, davidandrewchristenson(at)hotmail.com


CERTIFICATE OF SERVICE

I hereby certify that on October 10th, 2015 I filed the foregoing with the Clerk of Court and

served the pleading on all counsel of record by e-mail including:

Solicitor General Donald B. Verrilli Jr.

Counsel of Record United States Department of Justice

950 Pennsylvania Avenue, N.W.

Washington, DC  20530-0001

SupremeCtBriefs(at)USDOJ.gov, (202) 514-2217


_____

David Andrew Christenson

14-10077

October 9th, 2015

Fourth Amended Petition for Rehearing

Even knowing that you will not lift a finger to help me will not change who I am. Nothing will stop me from fighting for you and your loved ones.

Extraordinary Writ with Writ of Prohibition and Writ of Mandamus

Filed May 22nd, 2015

Red Flag: The Federal Government is a terrorist organization. I should be protected by the Supreme Court for trying to expose the terrorist organization and what they are doing. Jesus said from the cross: "they know not what they do" and he was right. The Constitution clearly mandates that the Supreme Court protect Americans like me who are trying to help. Why is the Supreme Court abrogating this responsibility when their children and grandchildren will pay the ultimate price? In the Bible it says that a true friend will lay down his life for you. How many true friends do you have? How many true friends do your children and grandchildren have? Are you a true friend to your children and grandchildren? I am a true friend that will lay down his life for you, for them, for America and Mankind. I think I have proven that. (I know this is not great writing and I am doing the best I can. There has to be some way to reach you.)

Red Flag: Why is my "free speech" so dangerous to the Supreme Court? What am I saying that causes the Supreme Court Justices to look the other way and give their implicit consent to the Genocide of the American People. I believe that the 60 Veterans that will commit suicide today qualifies as Genocide. I believe that the 5.5% of our country that died last week from weakened and damaged immune systems that could not stave off pneumonia qualifies as Genocide. The Nazis used gas chambers and Americans use immunizations, vaccinations and the Katrina Virus. The Nazis had a major conference on how to murder the Jews economically and decided on the gas chamber because bullets were too expensive. Here is a perfect example of how our Government is a terrorist organization. One branch does not know what the other branch is doing. The Supreme Court authorized Obamacare without knowing the truth and the full ramifications of what they were approving and why. The Executive Branch and Obama himself kept critical information from the court and only gave them the information that would motivate them to authorize Obamacare. The truly scary part is that the Supreme Court gladly cooperated and allowed the silencing of critics such as myself. The Supreme Court did not want the truth and took steps to ensure that they did not have the truth. The Supreme Court wanted plausible denial. Chief Justice John Roberts was given part of the truth and he allowed himself to be manipulated. This is a true example of sunarcissism: suicide over honor. Look at the docket in this case. There are 15 missing Supplemental Writs and one Supplemental Writ that I never wrote or submitted. This is censorship and it calls into question the integrity of the Supreme Court. If I was wrong the Supreme Court would gladly docket my 29 Supplemental Writs. The truth will come out because of the cost.

Red Flag: Why did Microsoft close only one of my four email accounts? 99% of my legal work was stored in that account. Wouldn't it be prudent to close all of my email accounts if I was trafficking in child pornography?

Red Flag: I have notified the Department of Justice/Solicitor General/FBI about the child pornography that was placed into my davidandrewchristenson(at)hotmail.com account. Why have they not launched an investigation? Whoever placed the child pornography there should go to jail. Not only is it deviant but it is also a criminal violation of our Constitution and the First Amendment. Is this really the country that the Supreme Court wants? Anyone who stands up to the Federal Government and exercises their First Amendment Rights will be labeled a pedophile and a terrorist. The Supreme Court has ensured that there is no such thing as free speech. How can any American that lives by the "Golden Rule" fight for his fellow Americans? There will no recovering from this. In the next thirty five years will have artificial intelligence, brain monitoring and the quantum computer and the overseers will be corrupt demigods. The cost to treat medical conditions such as autism, allergies, Alzheimer's, dementia, respiratory problems, the destruction of our immune systems, etc. will bankrupt not only America but the entire world.

Red Flag: There is no doubt that I have been under surveillance. There is no doubt that my computer has been under surveillance at all times. The DOJ would have zealously prosecuted me for any criminal activity. Eric Holder would have been foaming at the mouth to prosecute me for trafficking in child pornography.

I sent the Supreme Court and staff my email addresses and passwords.

From:  David Christenson (dchristenson6(at)hotmail.com)
Sent: Thu 10/08/15 11:03 AM
To:  Supreme/Pam Supreme/Talkin (ptalkin(at)supremecourt.gov); Supreme/Merit Supreme/Merit (meritsbriefs(at)supremecourt.gov); 5th/Margaret_Dufour(at)ca5.uscourts.gov 5th/Dufour (margaret_dufour(at)ca5.uscourts.gov)

Hare are all of my passwords for all of my email accounts that I have used since my false and criminal arrest on March 15th, 2011. The FBI took control of my computers, email accounts and all of my passwords at that time. 99% of my email traffic is through davidandrewchristenson(at)hotmail.com. Please look thoroughly through all of the email accounts. Why did the DOJ play the child pornography card at this time? I live a very pristine and simple life. I have no money.

My life is an open book. I would never give them a reason. Again why now? The Supreme Court had to give them permission.

The passwords are case sensitive but not the email addresses.
davidandrewchristenson(at)hotmail.com        PW:
This is the account that was closed. Please try and access. Please try and create a temporary account. You will see what happens. There is no way to create a temporary account.
dchristenson6(at)hotmail.com                        PW:
peterbarcowski(at)hotmail.com                        PW:

cedricwooley(at)hotmil.com               PW:
davidandrewchristenson(at)gmail.com      PW:
persimmonpublishing(at)gmail.com         PW:
thereluctantpatriot(at)gmail.com         PW:

Godspeed.
David Andrew Christenson
504-715-3086
--------------------------------------------------------------------------------
From: PIONoReply(at)supremecourt.gov
To: dchristenson6(at)hotmail.com
Date: Thu, 8 Oct 2015 12:01:20 -0400
Subject: Supreme Court Submission

Thank you for your submission, it has been received and should it require any other information we will
contact you at this e-mail address. - Public Information Officer, U.S. Supreme Court

Godspeed.
Sincerely filed,
In Proper Person and Pro Se,


David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086, davidandrewchristenson(at)hotmail.com


CERTIFICATE OF SERVICE
I hereby certify that on October 9th, 2015 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail including:
Solicitor General Donald B. Verrilli Jr.
Counsel of Record United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001
SupremeCtBriefs(at)USDOJ.gov, (202) 514-2217


_____
David Andrew Christenson

14-10077

October 8th, 2015

Third Amended Petition for Rehearing

Email to the Supreme Court about my pending false arrest for child pornography, the first two pages of my book, "The Reluctant Patriot" and Email conformation from Microsoft

Extraordinary Writ with Writ of Prohibition and Writ of Mandamus

Filed May 22nd, 2015

Please read Attachment 1 if you don't believe that the Department of Justice is capable of such heinous criminal activity. "The Reluctant Patriot" was written four years ago today and has never been submitted to any Federal Court.

I have four email accounts with Microsoft/Hotmail and only one has been closed. There are two alias accounts. Today I accessed the other three accounts and sent emails to my wife, the Supreme Court and Chief Clerk Lyle Cayce of the 5th Circuit Court of Appeals.

davidandrewchristenson@hotmail.com Closed 10/05/2015

| | |
|---|---|
| dchristenson6@hotmail.com | Open and operational. See attachment 3 email to my wife today |
| peterbarcowski@hotmail.com | Open and operational. See attachment 4 email to my wife today |
| cedricwooley@hotmail.com | Open and operational. See attachment 5 email to my wife today |

I had other email accounts with Hotmail for my real estate business and the Jones Walker Law Firm but those accounts have not been used in at least four years. dchristensonlb@hotmail.co and dchristensonjw@hotmail.com became inactive when I was falsely arrested on March 15th 2011 for being a terrorist. I was never charged with a crime. Those accounts were closed because of inactivity by Microsoft and this can be confirmed by Microsoft.

99% of my emails came out of davidandrewchristenson@hotmail.com. I used dchristenson6@hotmail.com for 1% of my emails. peterbarcowski@hotmail.com and cedricwooley@hotmail.com were never used and were tied to Twitter accounts.

I use only one computer for everything. I use only one computer to send emails and that computer has one IP address. I do not use any other computers. I do not have a smart phone but a $15.00 Walmart special. All of my computer work and emails are done from my home and the computer never leaves my home. I use only two internet services: AT&T Elevate and Hidden Dunes. I live in Hidden dunes and they provide free service.

From:  David Christenson (dchristenson6@hotmail.com)
Sent: Wed 10/07/15 10:53 AM
To:  5th/Lyle 5th/Cayce (lyle_cayce@ca5.uscourts.gov); 5th/Margaret_Dufour@ca5.uscourts.gov
5th/Dufour (margaret_dufour@ca5.uscourts.gov)
Cc: ptalkin@supremecourt.gov (ptalkin@supremecourt.gov); meritsbriefs@supremecourt.gov
(meritsbriefs@supremecourt.gov)

They are going to arrest me with a SWAT Team using a Florida Warrant for possession of child pornography and the transmission of child pornography via emails.

This is exactly what they did when they classified me as a terrorist. Detective Michael Flores of the New Orleans Police Department knew about the arrest before it happened and attempted to notify me. The same thing has happened today. The process started a few weeks ago when Microsoft first contacted me. I could not understand what Microsoft was doing and now I know. All of this is being done to discredit me and harm my quest to help my country.

I am not going to back down. I am 58 year old decorated veteran who took an oath to protect his country.

Microsoft confirms my worst fears: Child Pornography

The DOJ did not want me to have access to all of my medical, financial, legal, etc. records. The DOJ really did not want me to have all of the evidence that was contained in the legal records. I placed the records on line for safe keeping. The DOJ has destroyed multiple computers of mine and associated back-ups. The only way to destroy my on line legal files and to deny me access was to incriminate me with child pornography. This had to be done with the Supreme Court's consent.

Attachment 2:
SRX1307656598ID
From: Microsoft Online Safety
(MOSAF.MREA.WW.00.EN.CVG.MNL.AU.T01.SPT.SD.WB@css.one.microsoft.com) This sender is in your contact list.
Sent: Wed 10/07/15 7:15 PM
To: dchristenson6@hotmail.com

Hi,

Thank you for contacting Microsoft support regarding your account.   Microsoft disabled your access to your account due to a violation of the Microsoft Services Agreement.   Serious violations of the Microsoft Services Agreement, such as using your account for illegal activity; to spread malware or to view/distribute child pornography result in your account being permanently closed. We do this to protect Microsoft customers and the integrity of our services.

We have evaluated your appeal and have verified that a serious violation of the Microsoft Services Agreement occurred on your account. To read the Microsoft Services Agreement, please visit: http://windows.microsoft.com/en-us/windows-live/microsoft-services-agreement?woldogcb=0.   Due to the nature of this violation, and pursuant to the terms of the Microsoft Services Agreement, Microsoft can neither grant you access to the contents of your account, including access to your files, nor return

any data to you that was associated with the account.   For any subscriptions associated with this account, Microsoft will immediately cease charging the credit card on file for recurring charges.

Thank you,
Carl
Microsoft Microsoft Online Safety


Godspeed.
Sincerely filed,
In Proper Person and Pro Se,



David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086, davidandrewchristenson@hotmail.com


CERTIFICATE OF SERVICE
I hereby certify that on October 8th, 2015 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail including:
Solicitor General Donald B. Verrilli Jr.
Counsel of Record United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001
SupremeCtBriefs@USDOJ.gov, (202) 514-2217


_____
David Andrew Christenson

14-10077
October 16th, 2015
Ninth Amended Petition for Rehearing
I am a messenger - This is my destiny - This one moment in time is why I am here on earth -
God is warning mankind - There can be redemption
Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
Filed May 22nd, 2015

I am a messenger
This is my destiny
This one moment in time is why I am here on earth
God is warning mankind
There can be redemption

Yesterday at about noon I thought my heart was going to come out of my chest. My breath was taken away. It was the strongest feeling that I have ever had. It was as if my soul was leaving. There was no pain or euphoria. I was not scared. It lasted just a couple of seconds. My wife was with me and I immediately told her. She was concerned for my health. What if it was my soul instead? What happened in the world yesterday at noon? (October 15th, 2015) Was there some divine intervention some place? Some miracle?

I am just an average guy that loves his wife, was not blessed with kids and likes beer and cigars. I say this humbly, I might be a savant of sorts. (Webster's Dictionary: a person who knows a lot about a particular subject, a person who does not have normal intelligence but who has very unusual mental abilities that other people do not have) I became open to my life experiences. (God beat with a baseball bat until I could hear his messages. It took a lot of beatings.) I am a humble foot soldier that became open to God's inspiration. (I was by no means a volunteer but I was given the chance to serve my penance here on earth and I took it. I was an arrogant young man who harmed many people. To them I profusely apologize.)

My experiences in life have been extremely varied and paradoxical. They have been more than just coincidences. A plausible explanation was that God was training me. I have never had a driving force until now. Why have I not given up? Why is my belief in God so unshakeable? My drive is so pure and I am unable to reconcile that. I have no explanation for why I continue other than there is God and hope for redemption.

My younger sister Andrea first attempted suicide while I was in High School (1975). She has had a troubled life but she is still alive.

My other younger sister Jill developed mental problems when she was thirty. She committed suicide a few years ago. She was absolutely the sweetest kid and was healthy until she was thirty.

"When a true genius appears, you can know him by this sign: that all the dunces are in a confederacy against him." Jonathan Swift (I was classified as a terrorist.)

I am not a genius and at best a savant of sorts but all the dunces are definitely in a confederacy against me. David Andrew Christenson

Not one member of my religion (Catholic and Christianity), my family, my country or my friends helped me. As a matter of fact all intentionally harmed me. I only asked for help from people that had an ethical, moral or legal responsibility and each one of them turned their back and intentionally harmed me. I must emphasize that it was unanimous. (I have been barred from the Air Force Academy for life.)

In reference to the Bible, what if pestilence is suicide? What if pestilence is self-inflicted? It is believed that all Pestilence comes from somewhere else with the exception of suicide. The Bible and our own laws call suicide murder and a crime. Pestilence was one of the four horsemen from the apocalypse. There was one difference in that Pestilence was followed by Hades/Death. (In New Orleans our government was developing the perfect military weapon. An organic, easily dispersed weapon that dissipated in five days with the result being the complete and total destruction of the opposing army via suicide.)

Is my message a prophecy or a warning? Have we become immune to suicide and pestilence?

The least understood system of the body is the immune system. Have we destroyed our immune system? Environment, food, vaccinations, immunizations, etc. may contribute to suicide and the destruction of our immune system. Suicide is contagious.

There needs to be an open, honest and thorough discussion. It would be a mortal sin to allow a few people, in secret, to make decisions that affects all of mankind. It would be a mortal sin to silence messengers such as myself.

I will write more tomorrow.

Godspeed.

Sincerely filed,
In Proper Person and Pro Se,


David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson(at)hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on October 16th, 2015 I filed the foregoing with the Clerk of Court and

served the pleading on all counsel of record by e-mail including:

Solicitor General Donald B. Verrilli Jr.

Counsel of Record United States Department of Justice

950 Pennsylvania Avenue, N.W.

Washington, DC  20530-0001

SupremeCtBriefs(at)USDOJ.gov, (202) 514-2217

_____

David Andrew Christenson

14-10077

October 15th, 2015

Eight Amended Petition for Rehearing

How will you answer God about your participation in the genocide of mankind?

You denied God's miracle to mankind.

Extraordinary Writ with Writ of Prohibition and Writ of Mandamus

Filed May 22nd, 2015

God will want to know "why". God will remind you that man was given "free will" and with this "free will" man's law was created. (Think Biblically or Constitutionally, your choice) God's messenger only wanted to be heard, truly heard without censorship. It was up to man to exercise "free will". All man had to do was demand an answer from himself to God's message and go from there. God has offered help and a gift with no strings attached and mankind has declined because they do not like the messenger.

- Why did you not allow God's messenger to be heard?

- Why did you allow God's messenger to be harmed?

- Why did you not help God's messenger?

- Why did you not demand a response to God's message?

- Why did you not tell God's children so that they could exercise "free will"? (You never gave them a chance)

- Was God's message not heard (censored) because you did not like the messenger?

God's messenger was trying to help you and your loved ones and not only did you not help him but you harmed him as well.

The true sin is that God's message was not heard and will not be heard until it is too late.

God gave man "free will" and man took that "free will" away from himself.

You have silenced God's messenger when all he was trying to do was open your mind, your heart and your soul to the realities of what was coming. God was showing us the future and allowing us to change the outcome. What a miraculous message.

Mankind turned his back on God and must accept responsibility for what is to come.

Godspeed.

Sincerely filed,
In Proper Person and Pro Se,


David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson(at)hotmail.com


## CERTIFICATE OF SERVICE

I hereby certify that on October 15th, 2015 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail including:

Solicitor General Donald B. Verrilli Jr.

Counsel of Record United States Department of Justice

950 Pennsylvania Avenue, N.W.

Washington, DC  20530-0001

SupremeCtBriefs(at)USDOJ.gov, (202) 514-2217


_____

David Andrew Christenson

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

# PRIORITY
# ★ MAIL ★
®

⊞ DATE OF DELIVERY SPECIFIED *

🛰 USPS TRACKING™ INCLUDED *

$ INSURANCE INCLUDED *

🏠 PICKUP AVAILABLE

\* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

Pro Se
IC

RECEIVED

CLERKS OFFICE
D.N.Y.

MAY 23 2018

USM P3
SDNY

Expected Delivery Day: 05/23/2018

USPS TRACKING NUMBER

VISIT US AT USPS.COM®

UNITED STA

U.S. POSTAGE
PAID
MIRAMAR BEACH, FL
32550
MAY 21 18
AMOUNT
$6.70
R2304E105707-15

1006

10007

FROM: Christerson
Box 9063
MIRAMAR BEACH, FL.
32550

TO: Clerk
US District Court SDNY
500 Pearl Street
New York, NY
10007-1312