## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

DEMOCRATIC NATIONAL COMMITTEE,

   Plaintiffs,

  -against-

THE RUSSIAN FEDERATION, et al.,

   Defendants.

------------------------------------- X

Civil Action No. 1:18-cv-03501

**MOTION FOR ADMISSION**
***PRO HAC VICE***

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Julia Ann Horwitz, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff in the above-captioned action.

  I am in good standing of the bars of the District of Columbia and Maryland and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied readmission by any court. Pursuant to Local Rule 1.3, I have attached certificates of good standings from the bars of the District of Columbia and Maryland as Exhibits A and B, and a proposed order for admission as Exhibit C.

Dated: May 24, 2018
New York, NY

Respectfully submitted,

/s/ *Julia Ann Horwitz*
Julia Ann Horwitz
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW • Fifth Floor
Washington, DC 20005
(202) 408-4600

jhorwitz@cohenmilstein.com

*Attorneys for Plaintiff*

2348940 v1

# EXHIBIT A



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Julia Ann Horwitz*

was duly qualified and admitted on **February 3, 2014** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on May 9, 2018.

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# EXHIBIT B

# Court Of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the twelvth day of December, 2012,

## Julia Ann Horwitz

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this sixteenth day of May, 2018.

*Bessie M. Decker*
Clerk of the Court Of Appeals of Maryland

# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
DEMOCRATIC NATIONAL COMMITTEE,

    Plaintiffs,

  -against-

THE RUSSIAN FEDERATION, et al. ;

    Defendants.
------------------------------------- X

Civil Action No. 1:18-cv-03501

**ORDER FOR ADMISSION**
*PRO HAC VICE*

The motion of Julia Ann Horwitz for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member if good standing of the bars of the state of Maryland and the District of Columbia; and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | **Julia Ann Horwitz** |
| Firm Name: | **Cohen Milstein Sellers & Toll PLLC** |
| Address: | **1100 New York Avenue, NW, Suite 500, West Tower** |
| City/State/Zip: | **Washington, DC   20005** |
| Telephone/Fax: | **(202)408-4600 / (202) 408-4699** |

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiffs in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____       _____
                                                                          United States District/Magistrate Judge

2348940 v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

DEMOCRATIC NATIONAL COMMITTEE,

    Plaintiffs,

-against-

THE RUSSIAN FEDERATION, et al.,

    Defendants.

------------------------------------- X

Civil Action No. 1:18-cv-03501

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY JULIA ANN HORWITZ**

I, Julia Ann Horwitz, being duly sworn in, do hereby depose and state that:

1. I write this affidavit in support of my Motion for Admission *Pro Hac Vice* in the above captioned action.

2. I am an attorney for Plaintiff, DEMOCRATIC NATIONAL COMMITTEE.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. There are no disciplinary proceedings pending presently against me.

Sworn to this 24th day of May 2018.

_____
Julia Ann Horwitz

Subscribed and sworn to before me
This 24th day of May 2018.

_____
Notary Public
My Commission expires:

DEBORAH VANZEGO
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires January 1, 2019

2348940 v1