# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:18-cv-03501-JGK

### NOTICE OF AMICI CURIAE AND EVIDENCE OF TRUMP-RUSSIA COLLUSION

Patrick Farrell 1126 NW 101st Place Gainesville Fl. 32606 p.farrell13@yahoo.com MAY 20,2018

**SHORT PLAIN STATEMENT OF BASIC FACTS FROM CASE 07-CA-14942-FL. 20TH**

**COMES NOW Patrick Farrell**, a PRO se,PROlific, PROdigious,PROfessor of facts and American Patriot. Since 1994, I as Qui Tam Relator, bankrupted ISKCON and GMAC got numerous banks fined $100 Billion, got Wells Fargo fined $25 Billion,and CEO John Stumpf fired, got OCWEN CEO Bill Erbey fined $2 Billion and fired and informed Robert Mueller causing the investigation into the dumbest, most corrupt President ever, Donald the crook Trump, a Re-Publican demon from hell.
As a reward the Jews in the U.S. Treasury, Federal Reserve Bank and the IRS gave Plaintiff about $450,000 in credit, free health care, 2 spine surgeries,and free rent for 12 years and refunds.
I am the son of John L. Farrell who got a Purple Heart in WWII after being wounded for killing NAZI's and I got life saving spine surgery by Jewish director of HUMANA, anyone calls me anti-semite gets sued for slander. Complaining about bad behavior of Jews is legitimate.
All Re-Publicans and the B.A.R. are criminals in my long experience, that doesn't make me a Democrat, it just means I am smart, wise and honest. Anyone want to have me testify? Gladly.

### THE TRUMP-RUSSIA-DEUTSCHE BANK-WILBUR ROSS-WELLS FARGO-COUNTRYWIDE-GMAC-IMPAC-COLLUSION CONSPIRACY THAT STOLE MY HOUSE

The TRUMP administration, as a whole is a RICO, engaging in Treason,Fraud,money laundering.
As soon as Trump was elected he hired Wilbur Ross in a conspiracy to fund billions in illegal home loans by foreclosing unlawfully against Me and many others.
The money laundered by Paul Manafort, and Wilbur Ross, began AUG 2007 when AHM went BK in case # 07-11049, and DEUTSCHE BANK rescinded by Proof of Claim, the TOP 40 trusts, including the two herein; IMPAC SECURED ASSETS-2005-2 and IMPAC MORTGAGE HOLDINGS-2005-6.

**AUGUST 2007**- AMERICAN HOME MORTGAGE BANKRUPTCY#07-11049-DEUTSCHE BANK DEUTSCHE BANK rejected, rescinded and voided the TOP 40 trusts, including the defendants herein; IMPAC MORTGAGE HOLDINGS-2005-6 made from loan application and inflated appraisal, and

IMPAC SECURED ASSETS-2005-2 made from the PINNACLE note and mortgage.

$3.6 Billion in Two trusts made from one home, voided by the IRS in Publication 938 in 2007.

**SEPT 26 2007** Wilbur Ross bought $50 Billion in COUNTRYWIDE fraudulent notes, for only 1%.

That yield Spread Premium was invested in by the Russian Bank, Bank of Cyprus and the Trump's.

ROSS, MANAFORT, KUSHNER,TRUMP laundered the investments here in Lee co. using the "rocket docket" to dispose of thousands of COUNTRYWIDE Fraudulent notes before it was publicly known.

From 2008-2010 at the LEE CO. JUSTICE CENTER, the court would hold 500 foreclosures in one day, with several armed robbers [Ft. Myers police and the Lee Co. Sheriff.] protecting the criminals, which would be Judge John Carlin, judge SherraWinesett and  Fl. BAR attorney criminals.

The judges and police were then sold the discounted, foreclosed notes from WL ROSS and CO.

The police and crooked Judge Mike McHugh bought them through former Judge Sherra Winesett and her husband Richard Winesett Real Estate business, until FEB 2014 when Sherra notified Gov Rick Scott she would resign, because she was rigging foreclosure cases on her docket, and rigging the bidding process, to steer the business to her and her husbands accounts,she "retired" with $5,000,000 in illegal profits.

2008 Judge Mike McHugh bought one of these illegal foreclosures in a home at 3738 Rogers St. Ft Myers for only $325,000. It is now worth $650,000.Great timing huh? Re-Publican RICO crook.

APR 2014, AFTER her notice to Gov Scott, she Ordered a summary judgment on me for $450,474.

**DB got its money back** from WFBNA,OCWEN,GMAC,BANK OF AMERICA, but did not give it back to the investors,BLACKROCK PIMCO of the COUNTRYWIDE fraud made in 2004-2007.

**So the US DOJ under Preet Bharara sued DB for $14 billion for not returning money to people.**

Donald Trump conspired with CAMBRIDGE ANALYTICA who used Jew owned FACEBOOK to spread disinformation based on RUSSIAN formed information, interference and illegal meddling.

Donald Trump got elected, and in FEB 2017 hired Wilbur Ross as Commerce Secretary to fund the illegal COUNTRYWIDE made debt and they made a deal with DEUTSCHE BANK.

President Trump forgave DB $14 billion debt and reduced it to only $7 Billion, in exchange as a Quid Pro Quo, DEUTSCHE forgave Donald Trump debt to DB of $300 Million.

So $7 Billion that would have gone into the U.S.Treasury, marked for my relief and others in foreclosures from the DEC 2013 OCWEN consent order of the CFPB and 49 states atty. Generals, was then re-directed by DB, Wilbur Ross, Paul Manafort, Jared Kushner, Donald Trump, Steve Mnuchin, to their own investments, in their conniving scheme.

Wealthy JEWS, wealthy Republicans on behalf of wealthy Russians, then funneled that $7 Billion into a Russian Bank in Cyprus Greece, that was Ordered by Jew Wilbur Ross to give Jew Jared Kushner a

loan of $285 Million to build real estate in New York at address 666 Park Ave. Illuminati symbol.

That $7 Billion was also used as influence over the rigged election of Donald Trump by false advertising on FACEBOOK owned by wealthy Jew Mark Zuckerburg.

Now that Trump is elected, we have Special Counsel investigating the administration for Conspiring against the USA and the interests of myself which is a claim for $400,000 to $1,000,000.

From JAN 2017 to DEC 2017 I did my best to inform the crooked Re-Publican 20th Circuit Court and Judge Mike McHugh that the foreclosure case 07-CA-14942 was unlawful and illegal.

But the corrupt Re-Publican Florida Legislature gave financial incentive to Judges to "clear their dockets" of their foreclosure cases. The laws and consent orders said give the house to the homeowner the corrupt as backwards judges gave the house to the criminal RICO banks.

## BACKGROUND

1977 Homosexual Pedophiles infiltrated ISKCON [the Hare Krsna Cult] and murdered the Guru Srila Swami AC Bhaktivedanta Prabupada, by slowly and methodically poisoning him.

They took over the $400 Million 400 temple global empire he built and began abusing children.

In 1993 I blew the whistle on ISKCON and caused several state and federal cases.

ISKCON member Carl Woodham stupidly picked a fight with me and got his assed kicked.

ISKCON was sued for $1.4 Billion went bankrupt, paid out $25 Million, and I got a life saving spine surgery in June 2002 by HUMANA and Howard Soliman as a reward.

NOV 14 2007 Plaintiff filed 07-CA-14942 TILA rescission for restitution against defendants.

DEC 7 2007 defendants filed 07-CA-16767 for unlawful and illegal foreclosure.

JAN 12 2009 Plaintiff filed 2:09-cv-16-FtM-29SPC against the U.S.Congress for $100 Billion for giving taxpayer dollars to criminal RICO "banks" with EESA-TARP to pay for 3,500 Fraud based, inflated REMIC and CDS trusts,based on same fraud from COUNTRYWIDE made in 2004-2005.

Case # 1:13-cv-00464-RMD Dept. of Justice/Lynn Syzmoniak, based on my Qui Tam, found that 3,500 bogus REMIC trusts were empty, and confirmed by IRS Publication 938.

3,500 trusts X $1.8 Billion each = $6 Trillion, which was stolen from the American People by raising the price of gas from $2 per gallon to about $4 per gallon to fund this $6 trillion fraud.

The CPI and the GDP and the price of gas from $2 to $4 in 2009 were what they were.

$2 per gal. X 300 Million people buying 1,000 gallons per years for normal use = $600 Billion.

$600 Billion X 10 for tanks,trucks,planes,trains,shipping = $6 Trillion.

$2 Trillion for Wall Street, $2 Trillion for Saudi Arabia for their investment into MBS,which prevented paying taxes or interest to the JEWS based on Sharia Law Financing Patent,$2 Trillion to Pentagon.

$1 Trillion for phony, Israeli Mossad made war in Iraq, $1 Trillion for phony war in AFGAN.

The USA military kills Muslims, grows Opium, and brings it over here to addict American people, and steals more tax dollars to "fix" the Opioid crisis, the demonic USA INC. created.

Same criminal RICO bull shit as Vietnam, and harped by assholes on FOX News, all of whom should be charged with Treason by Fake news, and hung by the neck in the public square if guilty.

FEB 27,2013 Plaintiff filed 2:13-cv-140-FtM-29DNF against STATE OF FLORIDA,et al.

DEC 19, 2013 OCWEN sued by US govt for $2 Billion for unlawful foreclosures and told to stop or be fined $5 MILLION after 3 years from Plaintiffs complaint against all conspiring parties.

The $2 Billion was actually an Annuity bond that accrued $5 Million interest in 3 years.

OCWEN was supposed to stop all foreclosures in Florida, but did it anyway,based on Rick Scott and Pam Bondi allowing them to do so. This caused the $5 Million fine to be paid to FLORIDA.

**THEREFORE,** the DEC 2013 "lawsuit" was actually the forming of an annuity bond for the unpaid principal debt made by COUNTRYWIDE in 2004 bought by ROSS in 2007 including my house.

The annuity [lawsuit] accrued interest [$5million fine] the State of Florida won and I lost my house

JAN 2014 Re-Publican asshole and Fl. Gov. Rick Scott took a $1 Million Bribe from OCWEN to allow illegal foreclosure on Plaintiff and many others in the STATE OF FLORIDA, servant of the criminal RICO wall street. Scott used that to spruce up his mansion to impress his gay friends.

APR 30, 2014 defendants OCWEN got unlawful foreclosure summary judgment for $450K.

APR 20, 2017 the CFPB, FL AG, FL Dept. Fin Reg, sued OCWEN as servicer for WFBNA trust, for unlawful and illegal foreclosures, praying for rescission and restitution for Plaintiff Patrick Farrell.

Re-publican court "judges" ignores laws and consent order and sold my home in a "credit bid" on DEC 8,2017. This was not a foreclosure it was the payoff of a 10 year annuity bond,that was made by B.A.R. Members who bought the debt for pennies on the dollar, with BAR member and fellow scumbag Pam Bondi [Fl AG] allowing this.

**DEC 7,2007** Wells Fargo filed "foreclosure"on DEC 8,2017 [the day after the 10 year annuity bond matured] Wells Fargo submitted credit bid to "buy" my home at a NO BID auction

The fact that IRS Publication 938, way back in 2007 said these REMIC trusts do not exist, proves that they were turned into 10 year annuity bonds, that were moved around to various BAR agents over the years in US PATENTS, TRADEMARK ASSIGNMENTS and COPYRIGHTED, Fannie Mae Form 1008 Loan Applications that included Illegal Inflated Appraisals, 50% over actual value.

MY complaint resulted in the US and state govt suing defendants, garnering profits into the govt and BAR but Plaintiff suffered unlawful judgment and sale of home.

**WHEREFORE** I demand the relief sought by the CFPB the FL AG in their complaints against OCWEN which is rescission of agreements and financial restitution from damages and costs.

**ALL ILLEGAL ACTS IN COURT WERE DONE BY RE-PUBLICANS**

**CONCLUSION DONALD TRUMP CONSPIRED WITH RUSSIA THROUGH WILBUR ROSS**

I bought a home in Cape Coral in 2004, it was secured illegally into unlawful REMIC trusts, sold to DEUTSCHE BANK who rejected them, bought by Wilbur Ross in 2007 for 1%, who then enforced them by bribery and coercion in the STATE OF FLORIDA, he was hired by Donald Trump in a rigged, illegal election, similar to the rigged illegal trusts formed from the rigged illegal Appraisal of my property and millions of others in a rigged illegal MERS system.

I lost 1,000's of dollars, 1,000 of hours and unable to produce the inventions I made.

Plaintiffs Constitutional and Civil rights were violated by legal presumptions by biased pre-judicial Re-Publicans, wealthy phony claims by phony entities called BAR attorney's and "banks."

IN CONTRAST to existing, Judicial Res Judicata, Consent Orders, Billions in fines on defendants.

The trust [IMPAC ASSETS-2005-2] became **UNSECURED** in the AHM BK case AUG 2007.

The foreclosure case 07-CA-16767 was **UNSECURED** as filed without a note mortgage or assignment the date the complaint [07-CA-16767] was filed.

The summary judgment was **UNSECURED** because there is no valid affidavit of indebtedness.

The CFPB and the FL AG in APR 2014, claimed OCWEN did not properly **SECURE** mortgages from GMAC to it's REALSERVICING platform, the alleged debt is **UNSECURED**

**THEREFORE my home is not collateral for the unlawful debt claim by defendants.**

The note and mortgage were paid off by FIRST AMERICAN TITLE INS. CO. in 2007

The alleged trust was paid off by AMBAC INS. CO. in 2008

The remaining, fraudulent Credit Default Swaps were paid off by the EESA and TARP in 2009

THEREFORE there is no genuine debt but a 1% title transfer fee to Bank of America.

**WHEREFORE**, I the Living Man, demand this court to discharge the lien, grant me clear title to the property and monetary award for a 10 year frivolous filing, leave to amend and jury trial.

Re-Publican = to be a publican again. Publican = Roman bully, inflated debt collector.

**MERS- BANK OF AMERICA AGREEMENT – SINCE JAN 2008-I DEMAND THE COLLAPSE OF THE DEFENDANTS TAX SHELTERS AND SEIZE MY HOME AND EQUITY BY REVERSION- I CANCEL THE LEASE AND CANCEL MERS AND ANY SUCCESSORS IN ASSIGN**

Since JAN 2008 I have filed all the documents needed to Rescind any and all alleged contracts.

MERS is the borrower of MY 30 year assumed pledge, which makes all defendants borrowers, thereby

debtors and not creditors. The alleged mortgage was turned into an undisclosed 10 year annuity bond, invested in by defendants by and through the CRIS and Trademark # 5807/0066.

**C.R.I.S. = Court Registry Investment System**, is used by judges, attorney's and clerks to take credit, make money and profit from the pain and suffering of victims like me.

**Trademark # 5807/0066** conveyed 39 properties, which were funds, set up by Attorneys Title Insurance Fund,Inc. Then assigned to Old Republic National Title insurance Co. in DEC 2015, this trademark is believed to be title to my account, name, address, loan number and equity in foreclosures that have been paid off with IRS tax breaks, TARP funds, insurance, and the RE-VENUE of title for 1% voids defendants 100% debt claims, plus interest, fees and costs.

FIRST AMERICAN TITLE INS. CO paid off the note and mortgage default in 2007

AMBAC INSURANCE CO. paid off the defendant trust in 2007; E.E.S.A.- T.A.R.P. Paid off any, every remaining debt claim, credit default swap of GMAC in 2008

**The claim is very simple,** the intentional trespass and infringement upon my identity, that is to say the collateralized personality,[COPYRIGHTED NAME PATRICK FARRELL IN COMMERCE and address, account number and amount] by MERS and member/respondents, which is my personal property, [AS OF DEC 22,2007 UCC-1] which was stolen, under the private holdings of corporations, i.e. banks and insurance companies by Identity theft, without my knowledge or permission.

This is how Pam Bondi filed suit against OCWEN, my claims and identity used for her profit.

This is of pertinence because the MERS/NB speaks to separately managed accounts and trusts which are privately held, given the MERS/NB agreement is 'private' in the sense it was never disclosed.

  Since JAN 2008 I made it known to the Court that I AM exercising MY admim process by claims into treasury on the basis of trespass and infringement on trade name and copyright - MY personal and private property taken off books and sheltered by which I revoke all presumption to the licensing of MY name with a proper assessment by MY appointed fiduciary treasury fiscal services officer.

 The Trademark Assignment attorneys,who are all the attorneys named in this case since inception, knowing full well they are violating the Constitutional rights of an entire society, that at minimum are equal protection, due process and First Amendment, send in defendants foreclosure mill attorneys to carry out the dirty work with fraud on the court and wrongful foreclosure.

**THEREFORE** the debt regarding a foreclosure lien in case 07-CA-16767 is a Frivolous filing.

I AM a whistleblower, defendants engaged in Retaliation in violation of 5 U.S.C. § 2302(b)(8)

Section 807 of the FDCPA, 15 U.S.C. § 1692e, prohibits debt collectors, like defendants, from using any false, deceptive, or misleading representation or means in connection with the collection of any debt. Section 807(2) prohibits the false representation of the CHARACTER, amount, or legal status of