UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson

DEMOCRATIC NATIONAL COMMITTEE,

Plaintiff,

v.

RUSSIAN FEDERATION, et al;
Defendants.

Civil Action No. 1:18-cv-03501

Racketeer Influenced and
Corrupt Organization Act (RICO)

Judge John G. Koeltl

Amicus (Sixth)

What if? What if this is why Trump was elected?
What if they needed an idiot/puppet and Trump fit the bill.
What if Trump is the Manchurian Candidate? Just What If?

(I wish I was a better writer and this is me thinking out loud.)

Take a moment and assume that I am right about the Katrina Virus and it being released.

"America will never be destroyed from the outside. If we falter and lose our freedoms, it will be because we destroyed ourselves." Abraham Lincoln

The release of the Katrina Virus got Obama elected because then there would be Obamacare. Clinton would have continued with Obamacare and strengthen it.

Trump campaigned against Obamacare and made a commitment to repeal it.

The US was working on the perfect military weapon in New Orleans. The military weapon was organic, easy to disperse and dissipated in five days and the result was the opposing army committing suicide.

Can you get your mind around this?

The Russians are manipulating the US into using the suicide weapon on itself.

The Russians are destroying us from within by throwing our political system into complete disarray.

Conclusion: The United States of American commits a long and painful suicide at their own hands.

The Chinese are fully aware of all this. They had their spies in New Orleans before and after Hurricane Katrina. I can provide the Federal Court cases for the convictions.

Nagin, wife, staffer quarantined in China
By Darren Simon on June 07, 2009 at 5:00 PM, updated October 22, 2009 at 11:19 PM
*"New Orleans Mayor Ray Nagin, his wife, Seletha, and a member of the mayor's entourage were being held in quarantine at a hotel in Shanghai after a passenger on Nagin's flight to China came down with suspected swine flu symptoms, a city spokeswoman said Sunday."*
http://www.nola.com/news/index.ssf/2009/06/nagin_wife_staffer_quarantined.html

China wanted Nagin's blood.

Why would China want to destroy the United States? We are their number one customer. You don't murder the hand that feeds you. I believe that China may be helping us through North Korea.

In the Presidential Election of 1960 the Russians were accused of tampering but it was for the Democratic Candidate, John F. Kennedy. Life has come full circle.

"When the votes were tallied in November, Kennedy earned 49.7% of the popular vote to Nixon's 49.5%. Kennedy polled only about 100,000 more votes than Nixon out of over 68 million votes cast. The electoral college awarded the election to Kennedy by a 303-219 margin, despite Nixon winning more states than Kennedy."

The Russians were also accused of being involved with the assassination of President John F. Kennedy in 1963.

Why did Kennedy need to be assassinated?

We know Lee Harvey Oswald had Russian connections and was involved in the Chemical Warfare Industry in New Orleans.

Mafiosi Carlos Marcello was from New Orleans.

Rafael Cruz, father of Senator Ted Cruz, was born in Cuba and worked in the Chemical Warfare Industry in New Orleans.

The US was working on the perfect military weapon in New Orleans. The military weapon was organic, easy to disperse and dissipated in five days and the result was the opposing army committing suicide. Was Kennedy in favor of developing this weapon or opposed. The Chemical Warfare Industry in New Orleans was very extensive with the DOD and CIA pumping millions of dollars into research, manufacturing and storage. Ochsner Hospital and Tulane University were intimately involved.

Was there a cover up?

Most of those individuals that were involved in some way or another (Warren Commission) with the Kennedy assassination are all dead. Not one member of the Democratic National Committee would have any recollection of the Kennedy assassination because they are too young.

### THE FOLLOWING IS DOCUMENTED, FACTUAL AND VERIFIABLE

Life expectancies in the US are decreasing. Births Rates in the US are decreasing. Suicide(s) and Murder(s)-Suicide(s) are increasing. Alzheimer's and dementia are increasing. Influenza and Pneumonia deaths are increasing. Asthma is increasing. Allergies are increasing. Autism is increasing. ETC.

We have five-year-old children committing suicide.

We have a government that is deficit spending a trillion dollars a year.

You tell me why this is all happening. Why the hell are we committing suicide?

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on May 20th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

Indicted Mayor Ray Nagin quarantined in China because of the Katrina Virus.
Here are the key points or should I say "cover story".

- Nagin, his wife and his police detail were quarantined. It was the same police detail that guarded the Mayor during Hurricane Katrina when they all were infected with the Katrina Virus. It was the same detail that went aboard the USS Iwo Jima to get vaccinated, to have their blood drawn and to provide a sample of their DNA a few days after Hurricane Katrina struck.
- Only the one passenger was quarantined per the cover story.
- The flight was from New Jersey to China. Roughly 12 hours and 400 passengers and crew members in a closed environment.
- The trip was pre flu season. The flu travels from China to the US. Not the US to China.
- All of the passengers and crew members should have been quarantined per WHO protocols and procedures. Why were the other members of Nagin's entourage not quarantined?

Nagin, wife, staffer quarantined in China By Darren Simon
on June 07, 2009 at 5:00 PM, updated October 22, 2009 at 11:19 PM
http://www.nola.com/news/index.ssf/2009/06/nagin_wife_staffer_quarantined.html
New Orleans Mayor Ray Nagin quarantine could last a week By Frank Donze, The Times-Picayune
on June 09, 2009 at 7:55 AM, updated June 09, 2009 at 9:04 AM
http://www.nola.com/news/index.ssf/2009/06/new_orleans_mayor_ray_nagin_qu.html
New Orleans mayor quarantined in China for possible flu exposure
updated 1:15 a.m. EDT, Mon June 8, 2009
(CNN) -- The mayor of New Orleans, Louisiana, has been quarantined in China after possible exposure to the H1N1 virus, his office said Sunday.
http://www.cnn.com/2009/US/06/07/china.nagin.flu.virus/index.html
Two New Orleans residents charged with spying for China
By Martha Carr, Nola.com|The Times-Picayune on February 11, 2008 at 12:02 PM, updated February 11, 2008 at 8:30 PM
http://www.nola.com/news/index.ssf/2008/02/raid_on_no_home_connected_to_s.html
Judge cuts sentence of Louisiana man who spied for China
Updated on June 25, 2010 at 12:52 PM Posted on June 25, 2010 at 12:51 PM
http://www.nola.com/crime/index.ssf/2010/06/judge_cuts_sentence_of_louisia.html

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA Alexandria Division UNDER SEAL Case No. 1:08mj TAI SHEN KUO, Kuo Tai Shen, GREGG WILLIAM BERGERSEN and YUXINKANG

The United States Supreme Court and The Katrina Virus
A Prelude/Reference Book/Appendix
Book 7
By David Andrew Christenson
ISBN 978-0-9846893-8-5 Hardback SCKV
ISBN 978-0-9846893-9-2 EBook SCKV
LCCN 2012933074
Copyright 1-724163643
Persimmon Publishing
Box 6374
Miramar Beach, Florida 32550
www.persimmonpublishingus.com
www.thereluctantpatriot.com

An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.

PENSACOLA FL 325
24 MAY 2018 PM 1 L

USM P3
SDNY

RECEIVED
2018 MAY 25 AM 9:08
CLERK'S OFFICE
S.D.N.Y.

Pro Se
SM

Clerk
US District Court SD New York
500 Pearl Street
New York, NY 10007-1312

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550