UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson                           Civil Action No. 1:18-cv-03501

DEMOCRATIC NATIONAL COMMITTEE,                            Racketeer Influenced and
                                                          Corrupt Organization Act (RICO)
Plaintiff,

v.                                                        Judge John G. Koeltl

RUSSIAN FEDERATION, et al;
Defendants.

Suicide - Amicus (Eight) – Suicide

The Federal Desensitizing Propaganda Machine and the For-Profit Media has done a fantastic job of
making us immune to the horrors of the Genocide of Mankind through suicide and murder(s)-suicide(s).
Our DNA **had** survival as our number one instinct but that has changed due to man's intervention.
Suicide and murder(s)-suicide(s) is now a life choice. (Why I am driven - My younger sister Andrea first
attempted suicide in 1976 and my other younger sister Jill successfully committed suicide in 2008.
Mathematically suicide will directly touch every American family within the next 10 years.)

You see what I see. Ask yourself one question. Who do you want to make life and death decisions for
you, Trump or Obama or neither?

The Presidency of the United States has created the world we live in. Our own Presidents have
murdered us. I know that it is easier to be blind to what I am saying then it is to fight for Mankind.

As an Air Force Pilot, I flew support missions for the White House, Secret Service and Air Force One. I
watched President George W. Bush fly over New Orleans after Hurricane Katrina and not land because
he did not want to get infected with the Katrina Virus. Bush told the world it was because of security but
that was a lie. Belle Chase Naval Air Station was fully secured and staffed. The entire Air Force First
Special Operation Wing was there as well. Our President knowingly allowed our citizens and soldiers to
be infected. Why do you think it took the greatest nation in the world five days to start a rescue
operation? This is the same President that committed criminal fraud by telling America that Al Qaeda
and Weapons of Mass Destruction were in Iraq so that he could take us back to war. There was no Al
Qaeda and no Weapons of Mass Destruction in Iraq.

Read my Emergency Addendum Five, attached, about suicides increasing 300% in New Orleans in the 10
years following Hurricane Katrina. The number of Americans committing suicide doubles every 2 – 3
years nationally.

**The Manhattan Federal Courthouse (500 Pearl Street where you work Judge Koeltl) is how far from
where the World Trade Centers were located? When the World Trade Centers came crashing down**

**blocks from the Federal Courthouse there was the largest and most deadly release of Chemical Warfare Contaminates that the world has ever seen. The true tragedy is that this release was nothing compared to what was released in New Orleans during Hurricane Katrina. Remember that Hurricane Katrina was the perfect incubator with high temperatures, high solids and high humidity. The perfect suicide cocktail was created, The Katrina Virus.**

I feel more pain for our soldiers and veterans than anyone else because they are the ones that protect all Americans. I also feel pain for the family members who suffer because of their loss and because many commit suicide as well.

War Hero Army Sargent Daniel Somer's suicide note is attached.

Here is what he said at the end of his suicide note:

*This is what brought me to my actual final mission. Not suicide, but a mercy killing. I know how to kill, and I know how to do it so that there is no pain whatsoever. It was quick, and I did not suffer. And above all, now I am free. I feel no more pain. I have no more nightmares or flashbacks or hallucinations. I am no longer constantly depressed or afraid or worried*

*I am free.*

*I ask that you be happy for me for that. It is perhaps the best break I could have hoped for. Please accept this and be glad for me.*

*Daniel Somers*

IG report: 300,000 vets died while waiting for health care at VA
Published September 03, 2015 FoxNews.com
http://www.foxnews.com/politics/2015/09/03/ig-report-close-to-300000-vets-died-while-waiting-for-health-care-at-va/
WASHINGTON – More than 300,000 American military veterans likely died while waiting for health care -- and nearly twice as many are still waiting -- according to a new Department of Veterans Affairs inspector general report.

Attachment 2: Cover Sheet. "At the request of the Chairman of the U.S. House Committee on Veterans' Affairs, the VA Office of Inspector General (OIG) evaluated the merit of allegations of mismanagement at the Veterans Health Administration's (VHA) Health Eligibility Center (HEC)."

What angers me most is that this report is disguised. **They died, committed suicide, while waiting for psychiatric care.**

The last attachment is an assortment of main stream for-profit media articles about suicide, etc. Why is it that so many different demographic groups of Americans are committing suicide and no one cares?

Conclusion: Mathematically Mankind will cease to exist by October 12th, 2050. This is not a prediction or prophecy. The problem is that I can't tell you when we pass the point of no return. We may already be past it. I don't know if we can reverse the Genocide. I do know that with every day passing our chances of survival become smaller and smaller. Our grandchildren will pay the ultimate price.

## *THE SINS OF THE FATHERS*

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

### CERTIFICATE OF SERVICE
I hereby certify that on May 25th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

Daniel Somers was a veteran of Operation Iraqi Freedom. He was part of Task Force Lightning, an intelligence unit. In 2004-2005, he was mainly assigned to a Tactical Human-Intelligence Team (THT) in Baghdad, Iraq, where he ran more than 400 combat missions as a machine gunner in the turret of a Humvee, interviewed countless Iraqis ranging from concerned citizens to community leaders and and government officials, and interrogated dozens of insurgents and terrorist suspects. In 2006-2007, Daniel worked with Joint Special Operations Command (JSOC) through his former unit in Mosul where he ran the Northern Iraq Intelligence Center. His official role was as a senior analyst for the Levant (Lebanon, Syria, Jordan, Israel, and part of Turkey). Daniel suffered greatly from PTSD and had been diagnosed with traumatic brain injury and several other war-related conditions. On June 10, 2013, Daniel wrote the following letter to his family before taking his life. Daniel was 30 years old. His wife and family have given permission to publish it.

*"I am sorry that it has come to this." Daniel Somers*

*The fact is, for as long as I can remember my motivation for getting up every day has been so that you would not have to bury me. As things have continued to get worse, it has become clear that this alone is not a sufficient reason to carry on. The fact is, I am not getting better, I am not going to get better, and I will most certainly deteriorate further as time goes on. From a logical standpoint, it is better to simply end things quickly and let any repercussions from that play out in the short term than to drag things out into the long term.*

*You will perhaps be sad for a time, but over time you will forget and begin to carry on. Far better that than to inflict my growing misery upon you for years and decades to come, dragging you down with me. It is because I love you that I can not do this to you. You will come to see that it is a far better thing as one day after another passes during which you do not have to worry about me or even give me a second thought. You will find that your world is better without me in it.*

*I really have been trying to hang on, for more than a decade now. Each day has been a testament to the extent to which I cared, suffering unspeakable horror as quietly as possible so that you could feel as though I was still here for you. In truth, I was nothing more than a prop, filling space so that my absence would not be noted. In truth, I have already been absent for a long, long time.*

*My body has become nothing but a cage, a source of pain and constant problems. The illness I have has caused me pain that not even the strongest medicines could dull, and there is no cure. All day, every day a screaming agony in every nerve ending in my body. It is nothing short of torture. My mind is a wasteland, filled with visions of incredible horror, unceasing depression, and crippling anxiety, even with all of the medications the doctors dare give. Simple things that everyone else takes for granted are nearly impossible for me. I can not laugh or cry. I can barely leave the house. I derive no pleasure from any activity. Everything simply comes down to passing time until I can sleep again. Now, to sleep forever seems to be the most merciful thing.*

*You must not blame yourself. The simple truth is this: During my first deployment, I was made to participate in things, the enormity of which is hard to describe. War crimes, crimes against humanity. Though I did not participate willingly, and made what I thought was my best effort to stop these events, there are some things that a person simply can not come back from. I take some pride in that, actually, as to move on in life after being part of such a thing would be the mark of a sociopath in my mind. These things go far beyond what most are even aware of.*

*To force me to do these things and then participate in the ensuing coverup is more than any government has the right to demand. Then, the same government has turned around and abandoned me. They offer no help, and actively block the pursuit of gaining outside help via their corrupt agents at the DEA. Any blame rests with them.*

*Beyond that, there are the host of physical illnesses that have struck me down again and again, for which they also offer no help. There might be some progress by now if they had not spent nearly twenty years denying the illness that I and so many others were exposed to. Further complicating matters is the repeated and severe brain injuries to which I was subjected, which they also seem to be expending no effort into understanding. What is known is that each of these should have been cause enough for immediate medical attention, which was not rendered.*

*Lastly, the DEA enters the picture again as they have now managed to create such a culture of fear in the medical community that doctors are too scared to even take the necessary steps to control the symptoms. All under the guise of a completely manufactured "overprescribing epidemic," which stands in stark relief to all of the legitimate research, which shows the opposite to be true. Perhaps, with the right medication at the right doses, I could have bought a couple of decent years, but even that is too much to ask from a regime built upon the idea that suffering is noble and relief is just for the weak.*

*However, when the challenges facing a person are already so great that all but the weakest would give up, these extra factors are enough to push a person over the edge.*

*Is it any wonder then that the latest figures show 22 veterans killing themselves each day? That is more veterans than children killed at Sandy Hook, every single day. Where are the huge policy initiatives? Why isn't the president standing with those families at the state of the union? Perhaps because we were not killed by a single lunatic, but rather by his own system of dehumanization, neglect, and indifference.*

*It leaves us to where all we have to look forward to is constant pain, misery, poverty, and dishonor. I assure you that, when the numbers do finally drop, it will merely be because those who were pushed the farthest are all already dead.*

*And for what? Bush's religious lunacy? Cheney's ever growing fortune and that of his corporate friends? Is this what we destroy lives for*

*Since then, I have tried everything to fill the void. I tried to move into a position of greater power and influence to try and right some of the wrongs. I deployed again, where I put a huge emphasis on saving lives. The fact of the matter, though, is that any new lives saved do not replace those who were murdered. It is an exercise in futility.*

*Then, I pursued replacing destruction with creation. For a time this provided a distraction, but it could not last. The fact is that any kind of ordinary life is an insult to those who died at my hand. How can I possibly go around like everyone else while the widows and orphans I created continue to struggle? If they could see me sitting here in suburbia, in my comfortable home working on some music project they would be outraged, and rightfully so.*

*I thought perhaps I could make some headway with this film project, maybe even directly appealing to those I had wronged and exposing a greater truth, but that is also now being taken away from me. I fear that, just as with everything else that requires the involvement of people who can not understand by virtue of never having been there, it is going to fall apart as careers get in the way.*

*The last thought that has occurred to me is one of some kind of final mission. It is true that I have found that I am capable of finding some kind of reprieve by doing things that are worthwhile on the scale of life and death. While it is a nice thought to consider doing some good with my skills, experience, and killer instinct, the truth is that it isn't realistic. First, there are the logistics of financing and equipping my own operation, then there is the near certainty of a grisly death, international incidents, and being branded a terrorist in the media that would follow. What is really stopping me, though, is that I simply am too sick to be effective in the field anymore. That, too, has been taken from me.*

*Thus, I am left with basically nothing. Too trapped in a war to be at peace, too damaged to be at war. Abandoned by those who would take the easy route, and a liability to those who stick it out—and thus deserve better. So you see, not only am I better off dead, but the world is better without me in it*

*This is what brought me to my actual final mission. Not suicide, but a mercy killing. I know how to kill, and I know how to do it so that there is no pain whatsoever. It was quick, and I did not suffer. And above all, now I am free. I feel no more pain. I have no more nightmares or flashbacks or hallucinations. I am no longer constantly depressed or afraid or worried*

*I am free.*

*I ask that you be happy for me for that. It is perhaps the best break I could have hoped for. Please accept this and be glad for me.*

Daniel Somers



**VA Office of Inspector General**

**OFFICE OF AUDITS AND EVALUATIONS**

# Veterans Health Administration

## *Review of Alleged Mismanagement at the Health Eligibility Center*

**September 2, 2015**
**14-01792-510**

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

United States of America

v.

Paul J. Manafort and Richard W.
Gates III
Defendants

Criminal Docket No. 1:17-cr-201
(ABJ/DAR)
Judge Amy Berman Jackson

<u>Emergency</u> Addendum Five to Writ of Mandamus and Prohibition

# I failed my God, my country, my family, my friends.

# My mortal sin is that I failed Mankind.

**<u>Suicides in New Orleans have increased more than 300% since Hurricane Katrina. Mathematically suicides will outnumber births worldwide in the next 32 years at current growth progressions.</u>**

New Orleans was the epicenter for the release of the Katrina Virus. I lived in New Orleans. People that I knew have committed suicide. Soldiers, Veterans and their family members have committed suicide. The events in this one city represent a microcosm for what is going to happen to the world.

The Katrina Virus is the perfect military weapon: organic, easy to disperse and dissipates in five days with the result being the opposing army committing suicide.

I wrote the Rand Corporation (Chairman Paul Kaminski and President Michael Rich) and sent my hardback books on January 16th, 2012, the four letters are attached. This is why they are involved.

This is the criminal cover-up that has been perpetrated on the American People by Special Counsel/FBI Director Robert Mueller. He took an oath and was entrusted to protect us, not murder us.

Here are the highlights from the following article from the New Orleans Times Picayune which is attached.

They blame the suicides on mental illness

# <u>The mental illness is Manmade. We murdered ourselves.</u>

This is another perfect example of Federal Desensitizing Propaganda

They still cover-up the truth that could save us

The truth is much worse than what the article states, remember that

<u>New Orleans **suicides skyrocketed** after Katrina. Here's where we are now</u>
Updated 4:20 PM; Posted 2:14 PM
http://www.nola.com/health/index.ssf/2018/03/new_orleans_suicide_data.html
By Chelsea Brastedcbrasted@nola.com

> ➢ New Orleanians were killing themselves at a rate near triple what it had been before the storm.

> ➢ In a June 2006 story for The New York Times, Orleans Parish Coroner Dr. Jeffrey Rouse said the suicide rate, which is measured per 100,000 residents, had jumped from fewer than 9 before Katrina to more than 26 after it.

> ➢ <u>He and another expert noted the number was likely higher because some deaths remained unclassified or may have been incorrectly termed accidents.</u> (More of the cover-up)

> ➢ A decade later, Rouse teamed up with RAND Corp. to study New Orleans' continued high suicide numbers.

> ➢ Nationally, The Trace reports that between 2013 and 2016, suicide accounts for 61.6 percent of gun deaths.

> ➢ In Louisiana in 2015, researchers reported, about 75 percent of gun deaths were suicides.

> ➢ Still, the most common thread in all the cases researchers examined was chronic **mental illness**.

We have failed ourselves.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on March 30th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

New Orleans suicides skyrocketed after Katrina. Here's where we are now
Updated 4:20 PM; Posted 2:14 PM
http://www.nola.com/health/index.ssf/2018/03/new_orleans_suicide_data.html
By Chelsea Brastedcbrasted@nola.com,
NOLA.com | The Times-Picayune

As New Orleans reeled in the months after Hurricane Katrina in 2005, mental health experts pointed to one growing number with a particular level of concern: The city's suicide rate.

As was widely reported at the time, **New Orleanians were killing themselves at a rate near triple** what it had been before the storm. In a June 2006 story for The New York Times, **Orleans Parish Coroner Dr. Jeffrey Rouse said the suicide rate, which is measured per 100,000 residents, had jumped from fewer than 9 before Katrina to more than 26 after it. He and another expert noted the number was likely higher because some deaths remained unclassified or may have been incorrectly termed accidents.**

A decade later, Rouse teamed up with <u>RAND Corp.</u> to study New Orleans' continued high suicide numbers. The second of two studies that resulted from that partnership was published in January, revealing new details about what the city faces. (The studies can be found here and here, but they are behind a paywall.)

The researchers, led by Dr. Rajeev Ramchand, spoke with family and close friends of 17 of the 60 people who committed suicide between January 2015 and April 2016. (There were 61 deaths during this time classified as suicides, but researchers left one out because it was ruled a suicide-homicide.) For comparison, that's about 30 percent the number of the 204 people killed by homicide in the same stretch of time in New Orleans, according to NOLA.com | The Times-Picayune data.

Ramchand had been interested in undertaking a study of this type by talking to loved ones of those who had committed suicide. When the opportunity came up to do so in New Orleans, against the backdrop presented by Hurricane Katrina, he leapt at it.

"New Orleans did provide some interesting context," he said, not the least of which is the city's violent history and how unsafe some felt in the time immediately following the storm.

"There's a notion that where guns are more present ... there are higher suicide rates," he said. "People buy guns to protect themselves from violence, but in doing so, the unintended consequences are, if you have more guns around, you'll have more accidental deaths and more suicide."

So the researchers started calling.

Over a 16-month stretch of research in New Orleans**, guns were used in 53 percent of suicides.** A handgun specifically was used in eight of the 17 examined New Orleans cases.

In 2015, 722 suicides were reported across Louisiana, and in 65 percent of those cases, a gun was used. The disparity between New Orleans and statewide, Ramchand said, could be attributed to the higher rates of gun ownership generally expected in rural areas, though he said the latest state-level gun ownership data was compiled in 2004.

In discussing the results, researchers noted that an "unintended consequence" of reducing crime in New Orleans and creating an environment in which people feel safer could mean fewer gun owners, which in turn could mean diminished access to guns and thusly fewer suicides.

**Nationally, The Trace reports that between 2013 and 2016, suicide accounts for 61.6 percent of gun deaths.** In Louisiana in 2015, researchers reported, about **75 percent of gun deaths were suicides.**

Suicide by asphyxiationor suffocation, was the next most common cause of death in New Orleans during the research period, seen in 25 percent of cases.

Men in New Orleans were more likely to commit suicide than women in those months, comprising 52 of the 60 cases. And those who commit suicide are more likely to be white, according to the researchers' data. Though whites make up 30.7 percent of the city, that part of the population accounted for 67 percent of suicides.

Ramchand and his team also took a look at the circumstances around the deaths, he said, trying to nail down advance indicators. A difficult one to parse, he said, was trauma, which could range from childhood abuse to a recent experience of violence, the death of a loved one or even a natural disaster. "Trauma isn't necessary," he said of suicide deaths. "But it is a sufficient factor. We weren't able to untangle it, but I do think it's an area of interest."

Of note, Ramchand said, is that a few of the family members researchers spoke with reported that guns had been purchased after Katrina by those who committed suicide. The purchases, he said were a "direct response" to the storm.

Still, the most common thread in all the cases researchers examined was **chronic mental illness**. Of the 17 cases, 12 were reported to have had a "lifetime history of at least one mental health diagnosis," researchers reported.

Lowering New Orleans' suicide rate, then, could take a variety of solutions, the research implies, like making people feel generally safer. It might be a lofty goal, but, until then, they noted, "investment should also be made to ensure" people have "appropriate resources to grieve."

Note: If you or you're concerned a loved one is having suicidal thoughts, call the National Suicide Prevention Lifeline at 800-273-TALK. You can also text "START" to 741741, the Crisis Text Line. If you suspect someone of needing immediate help, call 911.

01/16/2012

Michael D. Rich
President Rand Corporation
1776 Main Street
Box 2138
Santa Monica, Ca. 90401-3208
310-393-0411 Ext. 6934

Michael,

Here is the book, **An American Born Terrorist's Emails To the Department Of Justice**, which you requested.

I agree with you that there needs to be a verifiable paper trail. The cover-up is epic.

We are talking about the greatest cover-up of our time and possible in the history of the United States.

Our governments have committed genocide, murder and crimes against humanity.

The US Military conducted operational missions, in violation of Federal Law, in New Orleans after Hurricane Katrina.
The US Military killed and murdered Americans on American soil after Hurricane Katrina. The victims had their Constitutional and Civil rights violated and were not provided "due process". Over 1500 people are unaccounted for.
The Katrina Virus was released from classified DOD and CIA facilities. The end result will be the genocide/murder of those people who lived in New Orleans. The National Institute of Health is tracking over one hundred and fifty thousand people and using the BP oil spill as a cover. Harvard University is tacking the victims as well.

When is our government going to inform the victims that they have been infected?

Please review www.persimmonpublishingus.com

Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
dchristenson6@hotmail.com
www.persimmonpublishingus.com

Michael D. Rich                                                04/09/2012
President Rand Corporation
1776 Main Street
Box 2138
Santa Monica, Ca. 90401-3208
310-393-0411 Ext. 6934

Michael,

# Part II

Here is my second book: The United States Supreme Court and The Katrina Virus.

The enclosed book and this letter will serve as a documented paper trail. You have participated in the Genocide, Murder and Crimes against Humanity that have taken place in New Orleans since Hurricane Katrina.

I was classified as a terrorist by the Department of Justice for trying to bring your crimes to light.

Please review www.persimmonpublishingus.com

These crimes will come to light in time. Please remember that the National Institute of Health is tracking over one hundred and fifty thousand (150000) people from the New Orleans area. The NIH is using the BP oil spill as a cover. Harvard University is conducting a study as well.

Why was the US Military conducting operational missions on US soil after Katrina?
Why has the public not been notified about the Katrina Virus and the long term effects? Death! The Katrina Virus is a chemical warfare component.
Why did the US Military kill Americans in violation of Federal Law and without providing "due process"?
There are over 1500 missing Americans. How many did the US Military Kill?
**What about the BP oil spill and the contamination?**

# Am I wrong about your involvement and participation?

Sincerely,
David Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
dchristenson6@hotmail.com
www.persimmonpublishingus.com

01/16/2012

Paul Kaminski
Chairman Rand Corporation
1776 Main Street
Box 2138
Santa Monica, Ca. 90401-3208
310-393-0411 Ext. 6934

Paul,

Here is the book, **An American Born Terrorist's Emails To the Department Of Justice**, which you requested.

I agree with you that there needs to be a verifiable paper trail. The cover-up is epic.

We are talking about the greatest cover-up of our time and possible in the history of the United States.

Our governments have committed genocide, murder and crimes against humanity.

The US Military conducted operational missions, in violation of Federal Law, in New Orleans after Hurricane Katrina.
The US Military killed and murdered Americans on American soil after Hurricane Katrina. The victims had their Constitutional and Civil rights violated and were not provided "due process". Over 1500 people are unaccounted for.
The Katrina Virus was released from classified DOD and CIA facilities. The end result will be the genocide/murder of those people who lived in New Orleans. The National Institute of Health is tracking over one hundred and fifty thousand people and using the BP oil spill as a cover. Harvard University is tacking the victims as well.

When is our government going to inform the victims that they have been infected?

Please review www.persimmonpublishingus.com

Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
dchristenson6@hotmail.com
www.persimmonpublishingus.com

Paul Kaminski                                                         04/09/2012
Chairman Rand Corporation
1776 Main Street
Box 2138
Santa Monica, Ca. 90401-3208
310-393-0411 Ext. 6934

Paul,

# Part II

Here is my second book: The United States Supreme Court and The Katrina Virus.

The enclosed book and this letter will serve as a documented paper trail. You have participated in the Genocide, Murder and Crimes against Humanity that have taken place in New Orleans since Hurricane Katrina.

I was classified as a terrorist by the Department of Justice for trying to bring your crimes to light.

Please review www.persimmonpublishingus.com

These crimes will come to light in time. Please remember that the National Institute of Health is tracking over one hundred and fifty thousand (150000) people from the New Orleans area. The NIH is using the BP oil spill as a cover. Harvard University is conducting a study as well.

Why was the US Military conducting operational missions on US soil after Katrina?
Why has the public not been notified about the Katrina Virus and the long term effects? Death! The Katrina Virus is a chemical warfare component.
Why did the US Military kill Americans in violation of Federal Law and without providing "due process"? There are over 1500 missing Americans. How many did the US Military Kill?
**What about the BP oil spill and the contamination?**

# Am I wrong about your involvement and participation?

Sincerely,
David Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
dchristenson6@hotmail.com
www.persimmonpublishingus.com

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

United States of America

v.

Paul J. Manafort and Richard W.
Gates III
Defendants

Criminal Docket No. 1:17-cr-201
(ABJ/DAR)
Judge Amy Berman Jackson

Addendum One to Writ of Mandamus and Prohibition

The pen is not mightier than the sword. If it were Americans would know the truth.

The First Amendment is inconsequential

Our firefighters, our heroes who saved lives are dying.

The courts were supposed to protect them.

Factual and verifiable microcosm of how Mankind will end. What took place in New Orleans during Hurricane Katrina is a thousand times worse. Do not deny what you know to be the truth. The American People, and you and your family, have a Constitutional Right to know the truth. New Orleans is the chemical warfare capital of the world. The Katrina Virus is real. Ask Special Counsel/FBI Director Robert Mueller. (The Katrina Virus is a compilation term) The CIA/DOD had hardened facilities and laboratories in the World Trade Centers that would be used if there was a bio/terrorism attack. The secret facilities and laboratories contained viruses, bacteria, fungi, chemical warfare contaminates, etc. No one ever envisioned that a terrorist attack could collapse the World Trade Centers thus releasing everything. The Katrina Virus was released.

Federal Desensitizing Propaganda and Censorship. The following article states that there were 14 categories of cancer. The article should have stated that 60 plus cancers in 14 categories escaped. Just how does a cancer escape? Our government refuses to tell the American People the truth. Our Government allows our heroes to die painful deaths to keep their secrets, their dirty Goddamn secrets. The courts censor people like me. The courts are coconspirators.

US adds cancer to list of illnesses linked to 9/11 terror attacks
By NBC News and wire services September 11, 2012, 6:02 am NBCNews.com
http://usnews.nbcnews.com/_news/2012/09/10/13783417-us-adds-cancer-to-list-of-illnesses-linked-to-911-terror-attacks Updated at 5:15 p.m. ET: The federal government on Monday added **14 categories of cancer** to the list of illnesses linked to the 9/11 terror attacks, which brings added coverage to rescue workers and people living near ground zero on Sept. 11, 2001. The National Institute for Occupational Safety and Health approved the additions to the list of illnesses covered in the James Zadroga 9/11 Health and Compensation Act, which were proposed in June. The updated regulations take effect 30 days after the ruling is published in the Federal Register.

Attached is the following article that BBC published: Obituary: The 9/11 rescuers who died a day apart, 17 years on By Roland Hughes BBC News 25 March 2018
http://www.bbc.com/news/world-us-canada-43498200

Here are the Highlights. One important point is that they never talk about suicide or murder(s)-suicide.

➢ According to records maintained by the Uniformed Firefighters Association of Greater New York (UFANYC) union, theirs were the 172nd and 173rd deaths of firefighters to have occurred because of 9/11-related illnesses, and the sixth and seventh so far this year.

➢ About 400,000 people are believed to have been exposed to toxic contaminants, or suffered injury or trauma in lower Manhattan that day, according to the Center for Disease Control and Prevention (CDC).

➢ The president of the UFANYC told the BBC that roughly one in eight firefighters who were at Ground Zero have since come down with cancer.

➢ About 400,000 people are believed to have been exposed to toxic contaminants

## THE KATRINA VIRUS INFECTED ONE HUNDRED AND FIFTY-FIVE MILLION AMERICANS AND CANADIANS. THERE IS NO WAY TO CALCULATE HOW MANY WERE INFECTED IN EUROPE AND THE WORLD.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on March 26th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

*It is Sunday morning. Please pray for yourself and the people in the following articles. This is Genocide. Each of these articles is part of a Federal Desensitizing Propaganda campaign designed to make you immune to the horrors of suicide. Mankind is murdering himself and what is most disturbing is that it is voluntary. We are to blame for the genocide of mankind. We have exterminated ourselves.*
*The perfect military weapon is a suicide weapon which is organic, easy to disperse and dissipates in five days. Our government released the Katrina Virus on us. The release was accidental due to negligence. New Orleans is the chemical and chemical warfare capital of the world. Start with the 14 cancers article. How could the Federal Government certify that 14 cancers came out of the World Trade Centers? There were hardened DOD and CIA laboratories that would have been used if there was a terrorist attack. The following is sample of articles that have been written by so called reputable main stream media outlets.*

Comeback and read this article. *The world's smartest man, Theoretical physicist Stephen Hawking, has stated:* **_"GENETICALLY ENGINEERED VIRUS"_** *is the biggest threat to mankind. Most threats to humans come from science and technology, warns Hawking*
The Guardian
http://www.msn.com/en-us/news/technology/most-threats-to-humans-come-from-science-and-technology-warns-hawking/ar-BBop0uY?li=BBnb7Kz&ocid=mailsignout
*Speaking to the Radio Times ahead of the BBC Reith Lecture, in which he will explain the science of black holes, Hawking said most of the threats humans now face come from advances in science and technology, such as nuclear weapons and **_genetically engineered viruses_**.*

Experts on Why Suicidal Thoughts Have Doubled in Youth
By Jade Scipioni Published May 09, 2017 Lifestyle and Budget FOXBusiness
http://www.foxbusiness.com/features/2017/05/09/experts-on-why-suicidal-thoughts-have-doubled-in-youth.html
**Suicidal thoughts and attempts** have doubled *(267%)* in children and teens between the ages of 5 to 17 from 2008, according to a new study.

*[How the hell does a 5-year-old have suicidal thoughts or commit suicide? The answer lies within the Katrina Virus. The world must be told the truth before Mankind becomes extinct. This is Federal Desensitizing Propaganda and it is working perfectly.]*

Suicide Rate Among Veterans Has Risen Sharply Since 2001
By DAVE PHILIPPSJULY 7, 2016
http://www.nytimes.com/2016/07/08/us/suicide-rate-among-veterans-has-risen-sharply-since-2001.html?emc=edit_th_20160708&nl=todaysheadlines&nlid=65460936&_r=0
The suicide rate among veterans has surged 35 percent since 2001, driven in part by sharp increases among those who have served since 2001, according to the largest study of such suicides. Of particular concern is the suicide rate among women, which has increased 85 percent in that time.

Attawapiskat suicide emergency: Health Canada, province send in crisis teams
http://www.msn.com/en-ca/news/other/attawapiskat-suicide-emergency-health-canada-province-send-in-crisis-teams/ar-BBrCcr9

'The system failed her': behind a suicide spike at a California women's prison
Advocates for female prisoners say that poor mental health care is causing preventable deaths at the California Institution for Women
http://www.theguardian.com/us-news/2016/may/10/suicide-california-womens-prison-mental-health

Small Towns Face Rising Suicide Rates
http://www.nytimes.com/2015/11/03/health/small-towns-face-rising-suicide-rates.html?_r=0

U.S. Suicide Rate Surges High to a 30-Year
http://www.nytimes.com/2016/04/22/health/us-suicide-rate-surges-to-a-30-year-high.html

'Buddy Check on 22!' Veterans us social media to fight suicide
http://www.nytimes.com/2016/04/22/us/veterans-suicide-22-social.html

Death Rates Rising for Middle-Aged White Americans, study finds
http://www.nytimes.com/2015/11/03/health/death-rates-rising-for-middle-aged-white-americans-study-finds.html?action=click&contentCollection=Health&module=RelatedCoverage&region=EndOfArticle&pgtype=article

***Federal Desensitizing Propaganda about our children committing suicide. Why does this not scare you to death? We are talking the end of Mankind.***
***Key points:***
***"That grim Fact"***
***"The number is an extreme data point"***
***"suffering from a range of health problems"***
***"Depression is being diagnosed more often these days, and adolescents are taking more medication than ever before"***
***"Suicide is just the tip of a broader iceberg of emotional trouble, experts warn. One recent study of millions of injuries in American emergency departments found that rates of self-harm, including cutting, had more than tripled among 10- to 14-year-olds. "This is particularly concerning as this type of injury often heralds suicidal behavior," the researchers wrote."***
***They don't know why. The connection to car accidents is a diversion. (Look over here nothing to see there) It is about suicide and other health problems. Our children (everyone) have had their brains neurologically and biologically altered. The most plausible explanation is vaccinations followed by the environment. Mathematically suicides will outnumber births in the next 10-35 years. Google: New York Times articles on suicide.***
***They want you to believe that it is because of social media. IT IS NOT BECAUSE OF SOCIAL MEDIA, I PROMISE.***

Young Adolescents as Likely to Die From Suicide as From Traffic Accidents
By SABRINA TAVERNISENOV. 3, 2016
http://www.nytimes.com/2016/11/04/health/suicide-adolescents-traffic-deaths.html

WASHINGTON — It is now just as likely for middle school students to die from suicide as from traffic accidents.
**That grim fact** was published on Thursday by the Centers for Disease Control and Prevention. They found that in 2014, the most recent year for which data is available, the suicide rate for children ages 10 to 14 had caught up to their death rate for traffic accidents.
**The number is an extreme data point** in an accumulating body of evidence that young adolescents are **suffering from a range of health problems** associated with the country's rapidly changing culture. The pervasiveness of social networking means that entire schools can witness someone's shame, instead of a gaggle of girls on a school bus. And with continual access to such networks, those pressures do not end when a child comes home in the afternoon.

**Depression is being diagnosed more often these days, and adolescents are taking more medication than ever before**, but Dr. Levy-Warren cautioned that it was not clear whether that is because more people are actually depressed, or because it is simply being identified more than before.

Suicide is just the tip of a broader iceberg of emotional trouble, experts warn. **One recent study of millions of injuries in American emergency departments found that rates of self-harm, including cutting, had more than tripled among 10- to 14-year-olds. "This is particularly concerning as this type of injury often heralds suicidal behavior," the researchers wrote.**

Rise in Suicide by Black Children Surprises Researchers
http://www.nytimes.com/2015/05/19/health/suicide-rate-for-black-children-surged-in-2-decades-study-says.html?_r=0

More Child Suicides Are Linked to A.D.D.
Than Depression, Study Suggests
By CATHERINE SAINT LOUIS SEPT. 19, 2016
http://www.nytimes.com/2016/09/19/science/more-child-suicides-are-linked-to-add-than-depression-study-suggests.html?_r=0
Attention deficit disorder is the most common mental health diagnosis among children under 12 who die by suicide, a new study has found. Very few children aged 5 to 11 take their own lives, and little is known about these deaths. The new study, which included deaths in 17 states from 2003 to 2012, compared 87 children aged 5 to 11 who committed suicide with 606 adolescents aged 12 to 14 who did, to see how they differed. The research was published on Monday in the journal Pediatrics.

U.S. suicide rates up, especially among women, but down for black males
**By Carina Storrs, Special to CNN**
Updated 4:57 PM ET, Fri April 22, 2016
http://www.cnn.com/2016/04/22/health/suicide-rates-rise/

Suicide Rates Climb In U.S., Especially Among Adolescent Girls
April 22, 201612:02 AM ET
http://www.npr.org/sections/health-shots/2016/04/22/474888854/suicide-rates-climb-in-u-s-especially-among-adolescent-girls

*(Maybe he realized what he had done to his own troops and could no longer live with himself.*
*"A sunarcissist is a narcissist who chooses suicide over honor." David Andrew Christenson)*

*As you read the following please realize that there have been other Generals and Admirals that have committed suicide but the Military covers it up. The Army waited three months to disclose that it was a suicide. The Army pressured the family but the family wanted it truthfully classified. The family wanted to help other soldiers and veterans. The Department of Defense does everything that it can to classify the suicide as some other type of death. For some reason, the Army could not cover this up.*

*I started writing about suicide within the Flag ranks (Admirals and Generals) when Admiral Jeremy Michael Boorda, who was Chief of Naval Operations, committed suicide. (My younger sister first attempted suicide in 1976 and my other sister was successful with her suicide in 2008. I tell you about my family because it is why I became interested in suicide.)*

*Many of the suicides that are being committed are spontaneous. There is no warning.*

*Suicides have become violent and many of them are now murder(s)-suicide. The six police officers murdered in Dallas, the three police officers murdered in Baton Rouge and the 11 police officers wounded in Boston were all killed by a veteran who was committing suicide.*

*Maj. Gen. John Rossi was getting ready to put on his third star. This is the future. America invented the perfect military weapon, which is a suicide weapon, and now our own troops are dying by suicide, all of them. Google General Rossi and you will find that much of his military record has been sanitized form the web. Try and find his official Army biography.*

Army says 3-star select general committed suicide on Alabama base
Published October 29, 2016 Associated Press
http://www.foxnews.com/us/2016/10/29/army-says-2-star-general-committed-suicide-on-alabama-base.html
WASHINGTON – The Army said Friday it has determined that suicide was the cause of death of a two-star general who was found dead in his home on a military base in Alabama.
Maj. Gen. John Rossi was found dead July 31 at Redstone Arsenal, two days before he was to assume command of Army Space and Missile Defense Command.
He is the first Army general to commit suicide on active duty since record-keeping began in 2000, according to the Army. Military suicides soared earlier this decade and remain a major source of concern; they typically have affected lower-ranking military members.
Rossi, a West Point academy graduate and an air defense artillery officer by training, had just moved onto Redstone Arsenal and was scheduled to be promoted to lieutenant general when he took command of Space and Missile Defense Command.

*This came from an article posted on TRUSTED NEWS AND INTELLIGENCE FROM SPEC OPS VETERANS*

SOFREP: General is most senior Army officer to commit suicide BY SOFREP 10.28.2016#MILITARY NEWS
https://sofrep.com/66631/general-senior-army-officer-commit-suicide/
The Army acknowledged Friday that Maj. Gen. John Rossi committed suicide on July 31, making him the
highest-ranking soldier ever to have taken his own life.
Rossi, who was 55, was just two days from pinning on his third star and taking command of Army Space
and Missile Command when he killed himself at his home at Redstone Arsenal in Alabama. '
Investigators could find no event, infidelity, misconduct or drug or alcohol abuse, that triggered Rossi's
suicide, said a U.S. government official with direct knowledge of the investigation. It appears that Rossi
was overwhelmed by his responsibilities, said the official who was not authorized to speak publicly
about the investigation.
**Rossi himself talked in March about suicide at a conference on preventing troops from killing
themselves.**
**He held up a card from his wallet with photos of 10 soldiers who had died under his command at Fort
Sill, Okla. Four of them had committed suicide.**

*Maybe he realized what he had done to his own troops and could no longer live with himself.*
*"A sunarcissist is a narcissist who chooses suicide over honor." David Andrew Christenson*

-------------------------------------------------------------------------------------------------------------------

*Here is the most grotesque of suicide articles. This is perfect Federal Desensitizing Propaganda and I truly
believe that it is a lie. They are making you immune to the horrors of suicide. In ten years each of us will
be directly connected to a suicide: a child, a spouse, a brother or sister, etc. and not one person cares.*
Why suicide rates spike in spring
By Jessica Migala Published May 19, 2016
http://www.foxnews.com/health/2016/05/19/why-suicide-rates-spike-in-spring.html

-------------------------------------------------------------------------------------------------------------------

*The human beings that died in these airline accidents should be classified as suicides and murder(s)-
suicide. Please read the entire article. I was an airline pilot for Pan Am for two years.*

Germanwings Crash Exposes History of Denial on Risk of Pilot Suicide
By NICHOLAS KULISH and NICOLA CLARKAPRIL 18, 2015
http://www.nytimes.com/2015/04/19/world/europe/germanwings-plane-crash-andreas-lubitz-
lufthansa-pilot-suicide.html?_r=0
DÜSSELDORF, Germany — When Andreas Lubitz sent an email in 2009 seeking reinstatement to
Lufthansa's flight-training program after a monthslong absence, he appended what in retrospect was a
clear warning signal about his fitness to fly passenger jetliners: an acknowledgment that he had suffered
from severe depression.
Lufthansa put the young German back through its standard applicant-screening process and medical
tests. But it did not, from everything known about the case so far, pursue any plan to assure that he was

getting appropriate treatment. Nor did it impose special monitoring of his condition beyond that required for any pilot who had a flagged health issue.

Instead, Mr. Lubitz haltingly made his way through the training program and ultimately was entrusted as an Airbus A320 co-pilot for Lufthansa's low-cost subsidiary, Germanwings. Lufthansa was so unaware of the extent of Mr. Lubitz's psychological troubles that the company and its medical staff had no idea of the tortured drama playing out in his mind, peaking in the two or three months leading up to his final flight. Investigators told The New York Times that he visited a dozen or more doctors as he frantically sought treatment for real or imagined ailments.

In the days just after Mr. Lubitz, 27, flew himself and 149 other people into a French mountainside last month, Lufthansa's chief executive confidently pronounced that Mr. Lubitz had been "100 percent" fit to fly, highlighting how little the airline knew of the pilot who shook confidence in the company's reputation for training and management rigor.

---

*No joke. We have suicidal airline pilots. I was an airline pilot and I knew suicidal pilots. Now those pilots have guns in the cockpit.*

Federal Aviation Administration (FAA) Guide for Aviation Medical Examiners
https://www.faa.gov/about/office_org/headquarters_offices/avs/offices/aam/ame/guide/app_process/exam_tech/item47/amd/antidepressants/
Decision Considerations - Aerospace Medical Dispositions
Item 47. Psychiatric Conditions - Use of Antidepressant Medications
The FAA has determined that airmen requesting first, second, or third class medical certificates while being treated with one of four specific selective serotonin reuptake inhibitors (SSRIs) may be considered. The Authorization decision is made on a case by case basis. The Examiner may not issue.
If the applicant opts to discontinue use of the SSRI, the Examiner must notate in Block 60, Comments on History and Findings, on FAA Form 8500-8 and defer issuance. To reapply for regular issuance, the applicant must be off the SSRI for a minimum of 60 days with a favorable report from the treating physician indicating stable mood and no aeromedically significant side effects. See SSRI Decision Path I (PDF). An applicant may be considered for an FAA Authorization of a Special Issuance (SI) of a Medical Certificate (Authorization) if: The applicant has one of the following diagnoses:
Major depressive disorder (mild to moderate) either single episode or recurrent episode Dysthymic disorder Adjustment disorder with depressed mood Any non-depression related condition for which the SSRI is used For a minimum of 6 continuous months prior, the applicant has been clinically stable as well as on a stable dose of medication without any aeromedically significant side effects and/or an increase in symptoms. If the applicant has been on the medication under 6 months, the Examiner must advise that 6 months of continuous use is required before SI consideration. The SSRI used is one the following (single use only):
**Fluoxetine (Prozac)**
**Sertraline (Zoloft)**
**Citalopram (Celexa)**
**Escialopram (Lexapro)**

If the applicant is on a SSRI that is not listed above, the Examiner must advise that the medication is not acceptable for SI consideration. The applicant DOES NOT have symptoms or history of: Psychosis Suicidal ideation Electro convulsive therapy Treatment with multiple SSRIs concurrently Multi-agent drug protocol use (prior use of other psychiatric drugs in conjunction with SSRIs.) If applicant meets the all of the above criteria and wishes to continue use of the SSRI, advise the applicant that he/she must be further evaluated by a Human Intervention Motivation Study (HIMS) AME. See SSRI Decision Path II (HIMS AME) (PDF). The HIMS AME will also conduct the follow up evaluation after initial issuance. See SSRI Follow Up Path for the HIMS AME (PDF).

---

*Do you want your airline pilot to have these side effects?*

Drugs.com
https://www.drugs.com/sfx/prozac-side-effects.html Prozac
Common side effects of Prozac include: weakness, anxiety, drowsiness, tremor, diarrhea, dyspepsia, nausea, nervousness, insomnia, headache, xerostomia, decreased libido, anorexia, and decreased appetite. Other side effects include: bulimia nervosa, dizziness, skin rash, and diaphoresis.

---

*How could 58 cancers in 14 categories come out of a building? Why did those same 58 cancers not come out of New Orleans during Hurricane Katrina? Both had hardened CIA and DOD chemical warfare facilities and labs?*

http://usnews.nbcnews.com/_news/2012/09/10/13783417-us-adds-cancer-to-list-of-illnesses-linked-to-911-terror-attacks
Page 1 of 2 11/09/2012 07:07 AM
**US adds cancer to list of illnesses linked to 9/11 terror attacks**
*By NBC News and wire services*
*September 11, 2012, 6:02 am NBCNews.com*
Updated at 5:15 p.m. ET: The federal government on Monday added 14 categories of cancer to the list of illnesses linked to the 9/11 terror attacks, which brings added coverage to rescue workers and people living near ground zero on Sept. 11, 2001. The National Institute for Occupational Safety and Health approved the additions to the list of illnesses covered in the James Zadroga 9/11 Health and Compensation Act, which were proposed in June. The updated regulations take effect 30 days after the ruling is published in the Federal Register.

Ailing 9/11 first-responder makes billboard plea for aid
USA TODAY Lindy Washburn 07/27/2016
http://www.msn.com/en-us/news/us/ailing-9-11-first-responder-makes-billboard-plea-for-aid/ar-BBuVPtG?li=AA4ZnC&ocid=spartandhp

Mike Megna rushed to Ground Zero on Sept. 11, 2001, to help look for survivors in the rubble of the fallen towers. Along with his two brothers, Megna, then a Pompton Lakes police officer, searched the debris pile and ruined buildings nearby for three weeks.

Now sick and disabled from a rare kidney disease that he believes was caused by dust from the destroyed World Trade Center, he wants the Victim Compensation Fund created after the attacks to pay him for his losses, which may soon include the house in West Milford where he and his three children live.

---

Whistle-Blower, Beware By MARK HERTSGAARDMAY 26, 2016
http://www.nytimes.com/2016/05/26/opinion/whistle-blower-beware.html?emc=edit_th_20160526&nl=todaysheadlines&nlid=65460936&_r=0

*This is an Op-Ed piece and should be read.*
*Should I as a Federal Whistleblower lose my life for trying to expose the release of the Katrina Virus?*

---

*You and the American People are the rape victims. Your life has no meaning.*

Rape Survivor Sues After Texas Authorities Jailed Her For A Month July 22, 20165:52 PM ET
NPR Merrit Kennedy
http://www.npr.org/sections/thetwo-way/2016/07/22/487073132/rape-survivor-sues-after-texas-authorities-jailed-her-for-a-month
A rape survivor is suing Texas' Harris County after she was jailed for more than a month and subjected to beatings and "psychological torture."
According to court documents, she had suffered a mental breakdown while testifying against her rapist, and authorities checked her into the general population at Houston's Harris County Jail because they feared she would flee before finishing her testimony.
"Jane Doe found herself hopelessly trapped in a bizarre plot pulled from a Kafka novel," the court documents read. She "was imprisoned in the hellhole of the Harris County Jail for no reason other than being a rape victim who struggles with a mental disability."

---

*This confirms what I have been saying. We destroy our immune system and can't fight infection. This is Federal Desensitizing Propaganda. If we had a healthy immune system, we could fight. Alzheimer's is new and the result of what we have done to ourselves. What is different about now and 50, 25 or even 10 years ago? This is also why suicides are happening. The connection is there. For whatever reason we have altered the brain and its ability to protect us. Start with that fact and we might save mankind.*

Could Alzheimer's Stem From Infections? It Makes Sense, Experts Say The New York Times By GINA KOLATA
http://www.msn.com/en-us/news/us/could-alzheimer%e2%80%99s-stem-from-infections-it-makes-sense-experts-say/ar-BBtutfg?li=BBnb7Kz&ocid=mailsignout
Could it be that Alzheimer's disease stems from the toxic remnants of the brain's attempt to fight off infection?
Provocative new research by a team of investigators at Harvard leads to this startling hypothesis, which could explain the origins of plaque, the mysterious hard little balls that pockmark the brains of people with Alzheimer's.

--------------------------------------------------------------------------------------------------------------------

*We have damaged our immune system to the point that antibiotics won't help. We are immune. Do you see the Federal Desensitizing Propaganda at work?*

The superbug that doctors have been dreading just reached the U.S.
The Washington Post Lena H. Sun, Brady Dennis
http://www.msn.com/en-us/news/us/the-superbug-that-doctors-have-been-dreading-just-reached-the-us/ar-BBtwrwg?ocid=spartandhp
For the first time, researchers have found a person in the United States carrying a bacteria resistant to antibiotics of last resort, an alarming development that the top U.S. public health official says could mean "the end of the road" for antibiotics.

http://www.foxnews.com/
SUPERBUG FOUND IN US
Bacteria resistant to antibiotic of last resort
VIDEO: Deadly antibiotic-resistant superbug arrives in US
 VIDEO: Superbugs could kill 10M a year by 2050
 HALLMARK FIND: Brain protein might accumulate because of infection
 SCARY STUDY: Colorectal cancer on the rise in adults under 50

- 


**SUPERBUG FOUND IN US**
**Bacteria resistant to antibiotic of last resort**

  o **VIDEO: Deadly antibiotic-resistant superbug arrives in US**
  o **VIDEO: Superbugs could kill 10M a year by 2050**
  o **HALLMARK FIND: Brain protein might accumulate because of infection**
  o **SCARY STUDY: Colorectal cancer on the rise in adults under 50**

Obamacare sticker shock: Price hikes are on the way
CNBC Bertha Coombs
http://www.msn.com/en-us/money/healthcare/obamacare-sticker-shock-price-hikes-are-on-the-way/ar-BBtnQ8N?jid=50077&rid=4&FORM=MDU158&OCID=MDU158
Obamacare plan customers should brace for sticker shock when the administration posts insurers' preliminary rate requests for 2017 this week.
Health plans are asking for sharp price increases, after suffering big losses on exchanges in the last two years. Regulators caution that these are preliminary requests and final rates could a lot different.
*Always remember Federal Desensitizing Propaganda. They want you to be immune to the truth.*
*Major points: They don't talk about pneumonia and flu deaths or deaths caused by a weakened immune system. The conclusion is a lie designed to mislead. They know the truth. The numbers are far worse than what is being reported. They do acknowledge that people are dying from suicide and Alzheimer's. Quote: "!!!Experts said the current rise was surprising.!!!" They reference a paper by Anne Case and Angus Deaton who are Nobel prize winners in economics. Case and Deaton took data supplied by the CDC and NIH that already had a conclusion and put their name on it. The CDC and NIH manipulated them.*

-------------------------------------------------------------------------------------------------------------------

American Death Rate Rises for First Time in a Decade By SABRINA TAVERNISEJUNE 1, 2016
http://www.nytimes.com/2016/06/01/health/american-death-rate-rises-for-first-time-in-a-decade.html?emc=edit_th_20160601&nl=todaysheadlines&nlid=65460936&_r=0

-------------------------------------------------------------------------------------------------------------------

*Read just the last sentence of the article.*
*How many of you served your country in the military? These are unprecedented times. We have the smallest military since World War II. You have sacrificed our National Security. I can help and I am offering. Please take advantage of what I have to offer so that we can save our country.*
*We need the military and all that it has to offer. You have made our Veterans chattel. They have no value. 22 Veterans will commit suicide today. We are not a grateful nation and you have seen to that. It may already be too late.*

Military: Precision Flying Teams Are Worth The Risk, Cost
2 hours ago The Associated Press BY DAN ELLIOTT - Associated Press
http://startpage.lenovo.com/news/read/category/News/hashtag/News/article/the_associated_press-military_precision_flying_teams_are_worth_the_risk-ap-2

*Why will you not see the light? Shame on you.*
*The most important plane in the United States is Air Force One. The second most important plane in the United States is a tie between the Navy Blue Angels F-18 and the Air Force Thunderbird F-16. These two airplanes represent out military to world and to us. We lost one of each yesterday and a hero. This is a big deal and has major consequences for National Security. You have allowed this to happen. You have jeopardized our National Security. Our Military preparedness has fallen below an acceptable level*

*because of funding. You have allowed the funds to be illegal transferred to Obamacare. I know we need Obamacare but not at the expense of National Security.*
*Americans deserves to know the truth. By keeping secrets, you are sacrificing our security. I guarantee the Chinese, Russians, North Koreans, Iranians, etc. picked up on this fact. We don't have parts and we don't have parts for the second most important airplane in our military.*
*You have to tell the truth about Obamacare and the Katrina Virus so that we can work together to save ourselves and mankind.*
*The end is coming and you caused it.*
*David Andrew Christenson*
*504-715-3086*

---------------------------------------------------------------------------------------------------------------------

We can't fight it because of our compromised immune system(s).
Flesh-eating bacteria scare along Gulf Coast has locals on alert
The Guardian Matthew Teague in Bay St Louis, Mississippi 1 hr ago
http://www.msn.com/en-us/news/us/flesh-eating-bacteria-scare-along-gulf-coast-has-locals-on-alert/ar-AAi4xeW?ocid=spartandhp
At the peak of the summer vacation season, a flesh-eating bacteria has infected the shores of the Gulf Coast.
Related: Brain-eating amoeba forces closure at North Carolina waterpark after death
From Texas to Florida, the water-borne bug – a strain called a Vibrio vulnificus – has spooked locals and tourists in the way shark attacks do: infections are rare, but when they strike, the victim is likely to lose a limb or die.
There is no central authority tracking cases – states are not required to report cases to the Centers for Disease Control (CDC), in Atlanta – so no one holds current, comprehensive statistics for deaths and illnesses.

Chilcot Report on Iraq War Offers Devastating Critique of Tony Blair
The New York Times By STEVEN ERLANGER and STEPHEN CASTLE
http://www.msn.com/en-us/news/world/chilcot-report-on-iraq-war-offers-devastating-critique-of-tony-blair/ar-BBtZX5I?li=AA4Zpp&ocid=spartandhp
LONDON — Prime Minister Tony Blair of Britain went to war alongside the United States in Iraq in 2003 on the basis of flawed intelligence that went unchallenged, a shaky legal rationale, inadequate preparation and exaggerated public statements, an independent inquiry into the war concluded in a report published on Wednesday.

The long-awaited report by the Iraq Inquiry Committee, led by John Chilcot, takes up 12 volumes covering 2.6 million words, four times longer than "War and Peace," and took seven years to complete, longer than Britain's combat operations in Iraq. It concluded that Mr. Blair and the British government underestimated the difficulties and consequences of the war and an overestimated the influence he would have over President George W. Bush.

US veterans on Chilcot Iraq report: we need our own inquiry to avoid repeating mistakes

Amanda Holpuch in New York The Guardian
http://www.msn.com/en-us/news/us/us-veterans-on-chilcot-iraq-report-we-need-our-own-inquiry-to-avoid-repeating-mistakes/ar-BBu7QzB?li=AA4ZnC&ocid=spartandhp
Following the devastating British inquiry into the 2003 invasion of Iraq, American veterans and their families have warned that the US is liable to repeat the mistakes without a similarly comprehensive investigation.

The UK's Chilcot inquiry was released on Wednesday, and while it is no secret in the US that the invasion was a failure, nothing so damning as the 2.6m-word British inquiry has been released by an independent US government body.

"The Chilcot report is an example of what we could do if there was any kind of political courage to reckon with the after-effects of the global war on terror that we were pushed into," said Matt Howard, who was deployed to Iraq twice while serving in the marine corps.

----------------------------------------------------------------------------------------------------------------

This is why no one will listen. They believe the Government will invent a miracle drug. Read the article carefully because it is scary. They still don't get it. We have destroyed our immune(s) system. Without the immune system we cannot live. No miracle drug will work and in fact it will make things worse. Mutation in our body will not allow this type of thinking to be successful. If we don't address our immune system problems, then this drug will accelerate the demise of mankind.

Do all of you really trust Obama, Trump and Clinton? I don't.

I have written crazy and sensational things to save your lives and I know that. There is no way to get your attention. I have put my life on the line but you all have been desensitized to the truth.

In harsh terms you all have become apathetic zombies. You all would rather watch the Kardashians than face the true reality of life.

To Fight a Virus, Get a Virus: Military Bets on Mutant Pathogen
Bloomberg Doni Bloomfield
https://www.msn.com/en-us/news/technology/to-fight-a-virus-get-a-virus-military-bets-on-mutant-pathogen/ar-BBuk0hZ?li=AA4Zoy&ocid=spartandhp

A pair of brothers working in laboratories on opposite coasts of the U.S. are brewing a new approach to fighting viruses, one that's drawn interest from the military for protection against the threat of infections such as Zika and Ebola.

The experimental treatment pursued by Ariel Weinberger, a Harvard University biologist, and Leor Weinberger, a virologist at the University of California at San Francisco-affiliated Gladstone Institutes, deploys a tweaked, safe version of a virus to overwhelm the form that invades and kills cells.

------------------------------------------------------------------------------------------------------

*Read the article. Johnson was altered. This was a "Manmade Suicide by Police". This was not a hate crime. You are going to see more and more of these. The discipline was superhuman just like Sandy Hook and Orlando.*
https://www.msn.com/en-us/news/us/gunman-was-gregarious-until-army-career-ended-in-disgrace/ar-BBum51o?li=AA4ZnC&ocid=spartandhp
Gunman was gregarious until Army career ended in disgrace Associated Press AP
By FRANK BAJAK, GARANCE BURKE, REESE DUNKLIN and JULIET LINDERMAN, Associated Press

The psychology of why mass shootings are contagious
http://www.msn.com/en-us/news/breakingnews/the-psychology-of-why-mass-shootings-are-contagious/ar-BBuqxOg?li=BBnb4R7&ocid=HPCOMMDHP15
Another week, another mass shooting. In the past month, the US has faced its deadliest mass shooting in modern history. And following the deaths of two black men at the hands of police, officers have since become victims of mass shootings twice in just 10 days.

The fact that mass shootings often happen in clusters has, unfortunately, been noted before. One 2015 study by Arizona State University physician Sherry Towers, who focuses on how viruses spread, found that mass shootings lead to a period of contagion for an average of 13 days after the initial event. In her research, Towers used the killings of four or more people as the definition of a mass shooting. She found that 20% to 30% of all mass shootings are such copycat incidents.

After officer shoots suicidal teen, police find an apology note addressed to them
The Washington Post Cleve R. Wootson Jr.
http://www.msn.com/en-us/news/us/after-officer-shoots-suicidal-teen-police-find-an-apology-note-addressed-to-them/ar-BBv9Qkx?li=BBmkt5R&ocid=spartandhp
A few minutes before he picked up the phone and dialed 911, 18-year-old Limichael Shine penned an apology note to the officer that was about to be enlisted in his suicide plan.
"In the note, Mr. Shine wrote that his goal was to commit suicide by officer," according to a news release from the Ocean County, N.J., prosecutor's office. "He apologizes to the officer who will ultimately respond to his call."

JULY 18, 2016 11:36 AM
Autism rates in California public schools jumped 7 percent in 2016
Read more here: http://www.sacbee.com/site-services/databases/article90300877.html#storylink=cpy
http://www.sacbee.com/site-services/databases/article90300877.html
More than 97,000 California public school students have been diagnosed as autistic, a number that has risen seven-fold since 2001, according to the latest special education data from the California Department of Education. The figure represents a jump of about 6,500, or 7 percent, from 2014-15 to 2015-16.

David Andrew Christenson
Box 9063

Miramar Beach, Florida 32550
504-715-3086
http://www.persimmonpublishingus.com/ Open the document tab and scroll down and double click on every line. The site is slow.
My books are located on Amazon:
http://www.amazon.com/David-Andrew-Christenson/e/B00JCUX5UG
The Supreme Court Murdered Mankind
https://www.amazon.com/Supreme-Court-Murdered-Mankind-ebook/dp/B017S0NKIS?ie=UTF8&ref_=asap_bc#navbar

If you're fighting the alligators, you will never drain the swamp. You do not introduce more alligators. Drain the swamp and the alligators will disappear.

"when you're up to your ass in alligators, it's hard to remember that your objective was to drain the swamp".

Because of my thinking my books have been removed from the Library of Congress. I have been censored for trying to save Mankind. The funny thing is they don't need to censor me because no one cares. Mankind has become immune to its own demise. Please read the two articles listed below.

The world's smartest man, Theoretical physicist Stephen Hawking, has stated that a "GENETICALLY ENGINEERED VIRUS" is the biggest threat to mankind.
My words: That virus(s) has been here since the last century. He misses the most important point: our immune system(s) has already been compromised/weakened/destroyed. We are now more susceptible to all viruses, both natural and manmade. Compare the two articles. Do you really want Trump, Clinton, Obama, Roberts, etc. making the decisions about the future of Mankind? The Katrina Virus is real and it is here. Our leaders are hoping for a manmade miracle that is developed in secret. At the current mathematical progression Mankind will cease to exist in the next 34 years. October 12th, 2050 is the projected extinction date. We can change this cataclysmic event if we work together. What I don't know is when we can't change the course of events. I believe that when suicides outnumber births in the next 10 -35 years we will be past the point of no return. It will take all of us to figure out a way to increase the strength of our immune system(s). That is the key. Mankind will not be able to procreate and produce viable fetuses without a strong immune system. At a minimum Mankind will just die off.

Survival was our number one instinct but that is no longer true. Is it suicide when you don't take action to save yourself? An attorney who represented me, Cliff Stoutz, overdosed. Cliff committed suicide, in my opinion, because he chose the chemical induced high knowing that it could possible kill him.

Mankind no longer wants to survive as is evident by your inaction to save yourself. What I can't understand is why you don't want to save your kids and grandkids. From a philosophical point of view this violates all the evolutionary theories. Mankind can't survive without viable propagation.

Please consider the ramifications of the two articles.

Theoretical physicist Stephen Hawking is without a doubt the smartest man in the world and these are his words, not mine.

"GENETICALLY ENGINEERED VIRUS" is the biggest threat to mankind. Most threats to humans come from science and technology, warns Hawking
The Guardian
http://www.msn.com/en-us/news/technology/most-threats-to-humans-come-from-science-and-technology-warns-hawking/ar-BBop0uY?li=BBnb7Kz&ocid=mailsignout
Speaking to the Radio Times ahead of the BBC Reith Lecture, in which he will explain the science of black holes, Hawking said most of the threats we now face come from advances in science and technology, such as nuclear weapons and genetically engineered viruses.

To Fight a Virus, Get a Virus: Military Bets on Mutant Pathogen
Bloomberg Doni Bloomfield
https://www.msn.com/en-us/news/technology/to-fight-a-virus-get-a-virus-military-bets-on-mutant-pathogen/ar-BBuk0hZ?li=AA4Zoy&ocid=spartandhp
To contact the reporter on this story: Doni Bloomfield in Boston at mbloomfiel12@bloomberg.net. To contact the editors responsible for this story: Drew Armstrong at darmstrong17@bloomberg.net, John Lauerman, Cecile Daurat
A pair of brothers working in laboratories on opposite coasts of the U.S. are brewing a new approach to fighting viruses, one that's drawn interest from the military for protection against the threat of infections such as Zika and Ebola.

*The following article is propaganda that is designed to desensitize the American people. Think about the following when you read the article.*
*__This is the result of a destroyed immune system.__*
*The Katrina Virus is the cause.*
*This is why baby boomers are getting tested for Hepatitis C. The NIH and the CDC need to gather information without causing alarm. Hepatitis C is a cover.*
*Notice how "cancer" is intentionally left out of the first sentence.*
*In the last decade there has been a 25% increase in chronic conditions. This is AN EPIDEMIC!!!*
*Cancer was the major factor in the increase.*
*The direct result will be a decrease in life expectancy.*
*The article guesses at why there is an increase.*
*This is why the country has ObamaCare.*
*This is why Chief Judge John Roberts voted for ObamaCare. I wrote "The United States Supreme Court and The Katrina Virus" and sent the book to all of the Supreme Court Judges.*

We're getting sicker: More Americans have a chronic health condition
July 31, 2012, 2:19 pm NBCNews.com
MyHealthNewsDaily
http://vitals.nbcnews.com/_news/2012/07/31/13053268-were-getting-sicker-more-americans-have-a-chronic-health-condition?lite

More than one in five middle-aged U.S. adults, and nearly half of adults over age 65, have more than one chronic health condition, such as hypertension and diabetes, according to a new government report. The report said that in 2010, 21.3 percent of women and 20.1 percent of men between ages 45 and 64 had at least two chronic health conditions. In 2000, the rate among men was 15.2 percent, and among women it was 16.9 percent. Increases were also seen in adults older than 65, with 49 percent of men and 42.5 percent of women reporting in 2010 that they had at least two chronic health conditions. In 2000, the rates were 39.2 percent of men and 35.8

percent of women. Treatment for people with multiple chronic conditions is complex, the researchers said. By looking at trends in the rates of people with more than one condition, researchers are better able to make decisions about managing and preventing these diseases, and they can make better predictions about future health-care needs, they said. The increases were due mainly to rises in three conditions: hypertension, diabetes and cancer, according to the

report. These increases may be due to more new cases, or due to people living longer with the conditions because of advances in medical treatments. The report also said that middle-aged adults with at least two chronic conditions had increasing difficulty, between 2000 and 2010, in getting the care and prescription drugs they needed because of cost. In 2010, 23 percent reported

not receiving or delaying the medical care they needed, and 22 percent said they didn't get the prescriptions they needed. In 2000, these rates were 17 percent and 14 percent, respectively.

The CDC does not consider obesity itself to be a health condition; rather, it is a risk factor for other conditions, such as heart disease, cancer and diabetes. The obesity rate in the U.S. increased in the United States over the past 30 years, but has leveled off in recent years, the report said. The report is based on data gathered during the National Health Interview Survey, in which participants complete a detailed questionnaire about their health status and health-related behaviors. Participants reported whether a physician has diagnosed them with any of nine chronic health conditions: hypertension, heart disease, diabetes, cancer, stroke, chronic bronchitis, emphysema, current asthma and kidney disease.

*This is a perfect example of Federal Desensitizing Propaganda. It will make you immune to the horrors of our future.*
*It is the destruction of the immune system!!!*

More and more women are now dying in childbirth, but only in America
Vox.com Sarah Frostenson
http://www.msn.com/en-us/news/us/more-and-more-women-are-now-dying-in-childbirth-but-only-in-america/ar-BBvo02v?li=BBmkt5R&ocid=spartandhp
More women are dying in childbirth in the US than in any other developed country. And experts say the problem is likely to keep getting worse.
You can see how alarming the issue is in this chart. In other countries, maternal death rates have fallen sharply since 1990. In South Korea, the rate of women dying in childbirth fell from 20.7 deaths per 100,000 live births in 1990 to 12 today. In Germany, it dropped from 18 to 6.5.
But in the United States, the opposite is happening. The rate of women dying in childbirth is going up. This wasn't supposed to happen. During the 20th century, the maternal death rate in the United States dropped from 607.9 deaths per 100,000 births in 1915 to 7.2 in 1987. But over the last 30 years, the maternal mortality rate trend reversed and steadily marched upward.

MRSA 'Superbug' Kills Influenza Patients, Study Finds
Medical Daily Suman Varandani
http://www.msn.com/en-us/health/medical/mrsa-%e2%80%98superbug%e2%80%99-kills-influenza-patients-study-finds/ar-BBvEgXd?li=BBnb4R7&ocid=mailsignout
According to researchers, over half of influenza patients die, even after being treated with antibiotics that are usually capable of clearing MRSA infections.
A new study finds that secondary infection with the Methicillin-resistant Staphylococcus aureus (MRSA) bacterium or "superbug" often kills patients suffering from influenza because the flu virus alters the antibacterial response of white blood cells. The study published online Monday, further states that that the antibacterial response of white blood cells leads to damaging the patients' lungs instead of destroying the bacterium.

*Without bees we die. I have been writing about this for years. We truly are committing suicide.*

Zika spraying kills millions of bees
By The Washington Post September 01, 2016 at 9:50 AM
http://www.nola.com/environment/index.ssf/2016/09/zika_spraying_kills_millions_o.html#incart_river_home
The South Carolina honey bees began to die in massive numbers.
Death came suddenly to Dorchester County, S.C. Stressed insects tried to flee their nests Sunday morning (Aug. 28), only to surrender in little clumps at hive entrances. The dead worker bees littering the farms suggested that colony collapse disorder was not the culprit — in that odd phenomenon, workers vanish as though raptured, leaving a living queen and young bees behind.
Instead, the dead heaps signaled the killer was less mysterious, but no less devastating. The pattern matched acute pesticide poisoning. By one estimate, at a single apiary — Flowertown Bee Farm and Supply, in Summerville — 46 hives died on the spot, totaling about 2.5 million bees.

---

Here is a snapshot of Christianity. Muslims guard The Church of the Holy Sepulchre in Jerusalem's Old City which is Christianity's most hallowed shrine.

Christians can't even live in peace when it comes to Jesus. How can Mankind expect to survive when the Christians cannot live in peace?

Why Christianity's holiest shrine is guarded by two Muslim families
By Ishaan Tharoor November 1
https://www.washingtonpost.com/news/worldviews/wp/2016/11/01/why-christianitys-holiest-shrine-is-guarded-by-two-muslim-families/

The Church of the Holy Sepulchre in Jerusalem's Old City is Christianity's most hallowed shrine. It's believed that the rock-cut tomb at the heart of the church was where the body of Jesus Christ was once laid.

*And when the world surrounding the religious complex was not convulsed in chaos, tensions among the faithful worshiping within often boiled over. The church has been shared for centuries by six old Christian congregations — Latin (Roman Catholic), Greek Orthodox, Armenian Apostolic, Syrian Orthodox, Ethiopian Orthodox and Egyptian Copts.

*Disputes among these sects over the sharing of the church have sparked skirmishes and street riots. Through the ages, clerics from the various orders have battled over the ritual sweeping of steps, the placing of carpets in front of altars, and even the right of walking in procession to the Edicule.

*The intractable nature of these rivalries has led to a rather curious, unique arrangement that dates to the 12th century: Two Muslim families were entrusted by a presumably weary Arab potentate to be the gatekeepers of the church. The Joudeh family keeps the key, while the Nuseibeh family opens up the church door every morning and locks it in the evening.

Obama administration to pay billions to Marines affected by toxic water
Published January 12, 2017 Associated Press
http://www.foxnews.com/politics/2017/01/12/obama-administration-to-pay-billions-to-marines-affected-by-toxic-water.html
WASHINGTON – The Obama administration has agreed to provide disability benefits totaling more than $2 billion to veterans who had been exposed to contaminated drinking water while assigned to Camp Lejeune in North Carolina.
The decision was quietly made public Thursday with a notice in the Federal Register, the government's official journal.
Beginning in March, the cash payouts from the Department of Veterans Affairs may supplement VA health care already being provided to eligible veterans stationed at the Marine base for at least 30 days cumulative **between Aug. 1, 1953, and Dec. 31, 1987**. Veterans will have to submit evidence of their diagnosis and service information.
Outgoing VA Secretary Bob McDonald determined that there was "sufficient scientific and medical evidence" to establish a connection between exposure to the contaminated water and eight medical conditions for purposes of awarding disability compensation.
The estimated taxpayer cost is $2.2 billion over a five-year period. The VA estimates that as many as **900,000 service members** were potentially exposed to the tainted water. (*How many family members?*)
**The new rule covers active duty, Reserve and National Guard members who developed one of eight diseases: adult leukemia, aplastic anemia, bladder cancer, kidney cancer, liver cancer, multiple myeloma, non-Hodgkin's lymphoma and Parkinson's disease.**

*The Katrina Virus is here and it is real. They know it and this is what they will do to you.*

*Federal Desensitizing Propaganda. You are immune to the truth but not the Katrina Virus.*

Why the C.D.C.'s Power to Quarantine Should Worry Us
By KYLE EDWARDS, WENDY PARMET and SCOTT BURRIS JAN. 23, 2017
https://www.nytimes.com/2017/01/23/opinion/why-the-cdcs-power-to-quarantine-should-worry-us.html?emc=edit_th_20170124&nl=todaysheadlines&nlid=77044766&_r=0

The Centers for Disease Control and Prevention issued new regulations this month that give it broad authority to quarantine Americans. The rules outline for the first time how the federal government can restrict interstate travel during a health crisis, and they establish in-house oversight of whether someone should be detained, without providing a clear and direct path to challenge a quarantine order in federal court.

The Military Has More Than 900 Suicide Prevention Programs
BY BOB BREWIN EDITOR AT LARGE, NEXTGOV
http://www.defenseone.com/business/2013/09/military-has-more-900-suicide-prevention-programs/70968/
The Defense Department has more than 900 suicide prevention programs and plans to whittle down that number based on a cost-effectiveness ratio, according to this missive from the Military Health System

*The following article is good. They don't want to admit what the real reason is but Mankind can no longer procreate. The fertility drop is worldwide. This one article should scare the hell out of you. Life expectancies are decreasing worldwide as well. These two factors mean Mankind will cease to exist.*

US fertility rate hits a record low
By Daniella Emanuel
http://www.wisn.com/article/us-fertility-rate-hits-record-low/11654537
The US fertility rate has dropped to the lowest number reported since fertility records started being kept more than a century ago. There were 61.5 births per 1,000 women aged 15 to 44 in the year ending the first quarter of 2017, according to numbers released by National Center for Health Statistics on Tuesday. This demonstrates a further decline from the previous year; at the same point in 2016, the rate was 62.5 births per 1,000 women. **The report states the shift from last year to this year is significant, which means that the difference is more than they would expect mere chance to produce, said Brady Hamilton, a statistician-demographer with the NCHS and expert on fertility data.**
The general fertility rate gives an idea of how many children are being born into the population during a specific period, he said. These numbers can be monitored to assess levels of reproduction within a population over time.

**U.S. life expectancy declines for the first time since 1993**
By Lenny Bernstein December 8, 2016
https://www.washingtonpost.com/national/health-science/us-life-expectancy-declines-for-the-first-time-since-1993/2016/12/07/7dcdc7b4-bc93-11e6-91ee-1adddfe36cbe_story.html?utm_term=.2c3846618916
For the first time in more than two decades, life expectancy for Americans declined last year — a troubling development linked to a panoply of worsening health problems in the United States.
Rising fatalities from heart disease and stroke, diabetes, drug overdoses, accidents and other conditions caused the lower life expectancy revealed in a report released Thursday by the National Center for Health Statistics. **In all, death rates rose for eight of the top 10 leading causes of death.**

---

*Here is further proof that we nearing the end of Mankind's existence. We have a vaccination for everything. We have become bubble people. We vaccinate the hell out of our military and the result is suicide(s) and murder(s)-suicide(s). This is Federal Desensitizing Propaganda. Once a story like this comes out it is not long before we have an epidemic. People become immune to stories like this.*

*I was part of the clinical trials for the vaccination as was the entire United States Air Force Academy Cadet Wing (over 4000 cadets.) The vaccination took place in the fall of 1980 at the Air Force Academy. The results were so severe that they had to shut down the Academy and quarantined the Cadet Wing for three days. Ambulances were continually running to the hospital with sick cadets. We are talking about 18-24 young men and women who are in excellent physical shape and have very strong immune systems. An infectious doctor told me that if they gave that vaccine to the general population that 80% of them would have died.*

There's another bad virus going around that is not the flu
https://www.msn.com/en-us/news/us/theres-another-bad-virus-going-around-that-is-not-the-flu/ar-BBIlt7b?li=BBmkt5R&ocid=spartandhp
It looks like flu. It feels like flu. It even puts patients into the hospital like flu can.
There's another virus out there that could be adding to the seasonal misery, but it's not being identified. The virus is called adenovirus, and it can cause very severe flu-like symptoms. It's so risky that the U.S. military vaccinates recruits against two major strains.
But most people are not vaccinated against adenovirus, and doctor's offices don't test for it. Adriana Kajon, Ph.D, wants that to change.
"Unless you look for it or you suspect it's circulating or you are using diagnostic testing capabilities that can tell it apart, you are going to miss it, especially during flu season," said Kajon, an infectious disease specialist at the Lovelace Respiratory Research Institute in Albuquerque.
"We are seeing severe adult infections," Kajon told NBC News.
"That's a big deal, especially for a disease that by all means is vaccine preventable. But this vaccine is not licensed to be used in civilians."
Adenovirus infections often look like the common cold, or influenza. They cause fever, headache, body aches and sometimes but not always cough, stomach distress and breathing problems. Some strains cause eye infections. There are 52 different strains.
Kajon and colleagues collected details of adenovirus infections between 2011 and 2015 at colleges, in nursing homes and elsewhere.
"On the basis of the severity of the clinical presentation of some cases in this study, the (adenovirus) vaccine currently licensed for military use should be considered a potentially valuable resource to prevent disease in susceptible populations living in closed communities, such as college settings, summer camps, and long-term care facilities," they wrote in a report published this week in the journal Emerging Infectious Diseases.
An outbreak of adenovirus killed 10 people in 2007. Kajon's team tested college students at one campus during the severe 2014-2015 influenza epidemic and found 13 out of 168 students who came in for flu treatment had adenovirus infections.
Most patients may not suffer much, but the virus can cause very severe complications. Kajon and colleagues described the case of a 43-year-old Rochester, New York woman, previously healthy, who

became infected in 2012 and quickly developed pneumonia and respiratory failure. During her hospital stay she suffered brain swelling and bleeding and stayed on a ventilator for more than amonth. A year later, she was still out of breath if she exerted herself.

There was also the case of a 26-year-old Connecticut man infected in 2011 who had nausea, vomiting and chills. He spent days in the hospital with adenovirus infection.

There have been outbreaks in long-term care faciltiies, also. But most clinics don't test for adenovirus unless people are hospitalized with severe illness that isn't helped by immediate treatment, Kajon said.

"These reports are probably the tip of the iceberg. We need more surveillance," she said.

The Centers for Disease Control and Prevention keeps a log of reported cases of adenovirus.

"Outbreaks are more common in late winter, spring, and early summer but can occur throughout the year," the CDC said.

There were so many outbreaks among new military recruits that the Department of Defense vaccinates personnel against two of the more serious strains with an oral vaccine. Vaccination was stopped for a few years in 1999 and outbreaks soared again, but there haven't been many since the vaccine was re-introduced in 2011, the CDC said.

Kajon believes it should be more widely available,

"This is a vaccine-preventable disease," she said. "A life is a life. Losing a loved one to viral pneumonia when you know it could have been prevented is hard."

In the U.S., however, that requires catching the interest of a company that might want to develop such a vaccine commercially. "Unfortunately, it all comes down to the perception of having a market," Kajon said.

Adenovirus is not the killer that influenza is. **Influenza kills between 12,000 and 50,000 people a year** in the United States alone, and puts up to 700,000 in the hospital. A cocktail of other viruses, from coronaviruses to rhinoviruses, also cause seasonal misery.

But Kajon said her studies show adenoviruse can be a significant part of the mix.

As with many viruses, there's not a good treatment for adenovirus, although the antiviral cidofovir has helped some people with severe infections.

**And adenoviruses are very hard to kill. Reports indicate they can survive on plastic and metal surfaces— think countertops and hospital tables— for a month. Some formulations of alcohol and chlorhexidine do not kill them easily, tests have shown, although chlorine does.**

USPS TRACKING NUMBER

9505 5134 4387 8145 2889 23

★ MAIL ★

DATE OF DELIVERY SPECIFIED *

USPS TRACKING™ INCLUDED *

INSURANCE INCLUDED *

PICKUP AVAILABLE

* Domestic only

Expected Delivery Day: 05/29/2018

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

EP14F July 2013
OD: 12.5 x 9.5

P S 0 0 0 0 1 0 0 0 0 1 4

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE


UNITED STATES
POSTAL SERVICE®

PRESS FIRMLY TO SEAL

RECEIVED

2018 MAY 29  PM 4: 19

USMP3
SDNY

FROM: Christensen
Box 9043
Miramar Beach Fl,
32550

TO: Clerk
W Dist. Court SD New York
500 Pearl Street
New York , NY
10007-1312

Pro Se
SM

U.S. POSTAGE
MIRAMAR BEACH, FL
32550
MAY 29 18
AMOUNT
$6.70
R2308K13537g-13