```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/31/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEMOCRATIC NATIONAL COMMITTEE,        18-cv-3501 (JGK)

       PLAINTIFF,        ORDER

  - AGAINST -

THE RUSSIAN FEDERATION ET AL.,

       DEFENDANTS.

---

JOHN G. KOELTL, District Judge:

    Dkt. No. 78 is **stricken**. There was no permission granted to file the amicus brief.

SO ORDERED.

Dated:   New York, New York
        May 30, 2018

                                    John G. Koeltl
                            United States District Judge