UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson

DEMOCRATIC NATIONAL COMMITTEE,

Plaintiff,

v.

RUSSIAN FEDERATION, et al;
Defendants.

Civil Action No. 1:18-cv-03501

Racketeer Influenced and Corrupt Organization Act (RICO)

Judge John G. Koeltl

2018 JUN -5 AM 9:03

Amicus (Ten)

Here is a crazy story about why Trump won the election. (John Does 1-10 are listed as defendants. John Does 1, 2, 3, 4, 5 and 6 are listed below.) Time, math and the Russians will ensure that the truth comes out about the Katrina Virus. Review my Amicus (Sixth) and Amicus (Seventh).

[Maxwell Kutner, a senior writer at Newsweek, contacted me and was doing a story on my quest to save Mankind. We exchanged emails and text messages. He interviewed me and we spoke several times by phone. Newsweek requested a JPEG picture. Newsweek Editors all of a sudden did not want to run the story. I find it odd that a sensational rag like Newsweek would not run the story. Maxwell Kutner has left Newsweek and disappeared. I had his phone numbers and email addresses, both personal and professional and have attempted to contact him.]

David Pecker (John Doe 1), friend and supporter of Trump for President, rich guy and owner of the National Enquirer, discovers the connection between Senator Ted Cruz's father, Cuban born Rafael Cruz, Lee Harvey Oswald, New Orleans, President Kennedy and the Katrina Virus. The National Enquirer breaks the story of the century and then does not pursue it. In exchange for silence Pecker gets his friend Trump elected. This is the response (attached) that I got from the National Enquirer after I sent out a blast of emails promoting the story that they were going to run. Why do you think they did not want the publicity? Pecker is as greedy as they come.

*David, Please don't send out a blast email saying the National Enquirer is working on the story.*
*That defeats the purpose of any investigation.*
*And more importantly, I still don't know if we going to chase the story.*
*Everything depends on the editors.*
*DOUGLAS MONTERO*
*NATIONAL CORRESPONDENT NATIONAL ENQUIRER*
*4 New York Plaza, Level 2, New York, NY 10004*
*Office 212-339-1908 | Cell 646-259-5504 | Fax 212-448-9441 | Email: dmontero@nationalenquirer.com*

Cruz drops out the race a few weeks after the story broke about his dad.

Donald Trump wins the Presidency
Senator Ted Cruz's drops out of the race on May 3rd, 2016 and endorses Trump on September 23rd, 2016 (John Doe 4)
Senator Ted Cruz's father, Rafael B. Cruz worked in the chemical warfare labs in New Orleans and he wanted Castro assassinated.
David Pecker friend and owner of the National Enquirer
Enquirer/Douglas Montero dmontero@nationalenquirer.com
licensing@amilink.com
Judith Sheindlin – "Judge Judy" (John Doe 2)
Gerald "Jerry" Sheindlin See attached email (John Doe 3)
WORLD EXCLUSIVE! Ted Cruz's Father — Caught With JFK Assassin
Worked with Lee Harvey Oswald for Kennedy's worst enemy!
By J.R. Taylor Apr 20, 2016 @ 10:16AM
https://www.nationalenquirer.com/celebrity/ted-cruz-scandal-father-jfk-assassination/
Etienne Uzac (John Doe 5) and Johnathan Davis (John Doe 6) own Newsweek and have an interesting story. Are they Trump supporters? Strong Russian Connections and Financing.

Maxwell (Max) Kutner
http://www.maxwellkutner.com/
*Max Kutner is an award-winning journalist and frequent television and radio guest covering politics and general assignment news. Most recently, he was a senior writer at Newsweek, where he led coverage of the FBI, Department of Justice and Russia investigations.*

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on May 28th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson



David Andrew Christenson <davidandrewchristenson@gmail.com>

## this is my contact

**Montero, Douglas** <dmontero@nationalenquirer.com> Wed, May 4, 2016 at 9:49 AM
To: "davidandrewchristenson@gmail.com" <davidandrewchristenson@gmail.com>

**Gerald "Jerry" Sheindlin** (born November 19, 1933)

DOUGLAS MONTERO
NATIONAL CORRESPONDENT




4 New York Plaza, Level 2, New York, NY 10004

Office 212-339-1908 | Cell 646-259-5504 | Fax 212-448-9441
| Email: dmontero@nationalenquirer.com



David Andrew Christenson <davidandrewchristenson@gmail.com>

## very important -- please

**Montero, Douglas** <dmontero@nationalenquirer.com> Wed, May 4, 2016 at 12:21 PM
To: David Andrew Christenson <davidandrewchristenson@gmail.com>

David,
Please don't send out a blast email saying the National Enquirer is working on the story.
That defeats the purpose of any investigation.
And more importantly, I still don't know if we going to chase the story.
Everything depends on the editors.

DOUGLAS MONTERO
NATIONAL CORRESPONDENT



4 New York Plaza, Level 2, New York, NY 10004

Office 212-339-1908 | Cell 646-259-5504 | Fax 212-448-9441
| Email: dmontero@nationalenquirer.com



David Andrew Christenson <davidandrewchristenson@gmail.com>

# Re: Attached is the docket from the Flynn case. Compare it to the Court Listener Docket.

**Maxwell Kutner** <m.kutner@newsweek.com> Thu, Apr 5, 2018 at 3:41 PM
To: David Andrew Christenson <davidandrewchristenson@gmail.com>

Received. Dave, I appreciated your taking the time to speak with me the other day and send me these follow-ups, but my editors said we need to hold off on doing a story unless a judge allows one of your motions to move forward. I pushed back on their decision, to no avail. I'm sorry about that and I'll let you know if things change. So, no story for now.

Thank you,
Max

On Thu, Apr 5, 2018 at 8:29 AM, David Andrew Christenson <davidandrewchristenson@gmail.com> wrote:

> I send the same info and pleadings to every judge. Each pleading is titled for that case. Why is Judge Sullivan putting in the narratives but not my name? Why is he the only judge? Why is Judge Jackson docketing some of my pleadings and using my name? Read the last narrative by Judge Jackson about me in the Van De Zwaan case. Why was it so important to use my name twice?
>
> Are these two judges trying to help me?
>
> Are you really going to help me save Mankind.
>
> Dave

--

**Max Kutner** *Senior Writer*

Direct: +1 (646) 867 7123 | Fax: +1 (646) 224 8146



7 Hanover Square, FL. 5, New York, NY 10004

www.newsweek.com



David Andrew Christenson <davidandrewchristenson@gmail.com>

## Delivery Status Notification (Failure)

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>
To: davidandrewchristenson@gmail.com

Wed, May 16, 2018 at 8:13 AM



### Address not found

Your message wasn't delivered to **m.kutner@newsweek.com** because the address couldn't be found, or is unable to receive mail.

LEARN MORE

The response was:

The email account that you tried to reach is disabled. Learn more at https://support.google.com/mail/?p=DisabledUser t17-v6sor2138197uab.243 - gsmtp

Final-Recipient: rfc822; m.kutner@newsweek.com
Action: failed
Status: 5.0.0
Diagnostic-Code: smtp; The email account that you tried to reach is disabled. Learn more at https://support.google.com/mail/?p=DisabledUser t17-v6sor2138197uab.243 - gsmtp
Last-Attempt-Date: Wed, 16 May 2018 06:13:33 -0700 (PDT)

---------- Forwarded message ----------
From: David Andrew Christenson <davidandrewchristenson@gmail.com>
To: Supreme Court <supremecourt@protonmail.com>, Maxwell Kutner <m.kutner@newsweek.com>
Cc: "maxwellkutner@gmail.com" <maxwellkutner@gmail.com>
Bcc:
Date: Wed, 16 May 2018 08:13:32 -0500
Subject: Re: Fw: Corrections to your article about Movant David Andrew Christenson and the Democratic National Committee. You should be reviewing his BP Oil Spill Appeal at the 5th Circuit.
Did you leave Newsweek?

On Wed, May 16, 2018 at 8:00 AM, Supreme Court <supremecourt@protonmail.com> wrote:

> The Boucher case that Christenson talks about is the assault case against Senator Rand Paul by his neighbor. Christenson wanted to join and file a cross complaint against the Democratic National Committee.
> You really should read all of his pleadings.
>
> One last thing. There is a hearing on July 5th, 2018. What Federal Judge has a hearing the day after the 4th of July?
>
> You are talking about 100 plus attorneys having to cancel their 4th of July vacations. The court house would have been empty that week.

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

PENSACOLA FL 325
29 MAY 2018 PM 2 L

RECEIVED
JUN 04 2018
CLERK'S OFFICE
S.D.N.Y.

Pro Se
JC

Clerk
US District Court SD New York
500 Pearl Street
New York, NY 10007-1312

USM P3 SDNY

10007-131608