UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson

DEMOCRATIC NATIONAL COMMITTEE,

Plaintiff,

v.

RUSSIAN FEDERATION, et al;
Defendants.

Civil Action No. 1:18-cv-03501

Racketeer Influenced and
Corrupt Organization Act (RICO)

Judge John G. Koeltl

Memorial Day 2018

Memorial Day is one of the toughest days of my life every year. We honor those that died in combat but we don't honor those that have died and will die because of combat and just because they served in the US Armed Forces. 80% of Veterans that commit suicide were never in combat and 50% were never in theater. I want you to think about this: the US Army has 900 suicide programs and an anti-suicide nasal spray. More Soldiers and Veterans die each day (**EACH DAY**) by suicide than have died in any school shooting. Why are we not marching in the street?

A civilization ends when those that protect it die off because of neglect. This includes firemen, policemen and their family members.

Therapy and medications will not save our soldiers. They must be told the truth.

Attached are Pacer search results for: David Andrew Christenson. Each one of these cases is connected to the Genocide of our Soldiers, Veterans and family members that commit suicide. I have made a herculean effort to bring the truth to light for my fellow Veterans. The courts have told me they don't have jurisdiction or that I am not entitled to my Constitutional Rights. I am fighting for my country and Mankind.

**Not one President has attended a memorial service for those Soldiers, Veterans and family members that have committed suicide. I find this reprehensible that the Commander and Chief will not protect his Soldiers. It was President George W. Bush that allowed the US Military to enter New Orleans knowing that they would be infected while he flew safely overhead.**

Those that protect us have made the ultimate sacrifice and we did nothing to protect them.

One last fact. Of the soldiers that have been killed in the Middle East in the last 30 years over 50% died from friendly fire. That tells you the type of incompetent and gutless leadership that our military has.

Our Soldiers are expendable.

To you they are expendable.

Every day I pray for those that have taken the oath and every day I fail.

What do you think will happen when millions of combat veterans learn the truth?

We have to deal with this now and center the pendulum before we have Americans killing Americans.

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on May 28th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson



# Party Search Results

**Search Criteria:** Party Search; Last Name: christenson; First Name: david; Middle Name: andrew; Exact Matches Only
**Result Count:** 78 (2 pages)
**Current Page:** 1

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Christenson, David Andrew | 0:2013ncrim31192 | USA v. Stacey Jackson | U.S. Court Of Appeals, Fifth Circuit | 11/15/2013 | 12/11/2013 |
| Christenson, David Andrew | 0:2013ncrim31200 | USA v. Kenneth Bowen | U.S. Court Of Appeals, Fifth Circuit | 11/19/2013 | 02/13/2014 |
| Christenson, David Andrew | 0:2013ncrim31203 | USA v. C. Nagin | U.S. Court Of Appeals, Fifth Circuit | 11/19/2013 | 04/15/2014 |
| Christenson, David Andrew | 0:2013ncrim31209 | USA v. Dominick Fazzio | U.S. Court Of Appeals, Fifth Circuit | 11/20/2013 | 04/15/2014 |
| Christenson, David Andrew | 0:2013ncrim31213 | USA v. David Warren | U.S. Court Of Appeals, Fifth Circuit | 11/21/2013 | 04/15/2014 |
| Christenson, David Andrew | 0:2013ncrim31290 | USA v. Stacey Jackson | U.S. Court Of Appeals, Fifth Circuit | 12/20/2013 | 04/15/2014 |
| Christenson, David Andrew | 0:2013ncrim31297 | USA v. Gerard Howard | U.S. Court Of Appeals, Fifth Circuit | 12/23/2013 | 04/15/2014 |
| Christenson, David Andrew | 0:2013ncrim31309 | USA v. Stefen Daigle | U.S. Court Of Appeals, Fifth Circuit | 12/26/2013 | 04/15/2014 |
| Christenson, David Andrew | 0:2014ncrim30168 | USA v. Kenneth Bowen, et al | U.S. Court Of Appeals, Fifth Circuit | 02/27/2014 | 04/15/2014 |
| Christenson, David Andrew | 0:2014ncrim30240 | USA v. Aaron Broussard | U.S. Court Of Appeals, Fifth Circuit | 03/20/2014 | 04/15/2014 |
| Christenson, David Andrew | 0:2014ncrim30267 | USA v. Renee Pratt | U.S. Court Of Appeals, Fifth Circuit | 03/25/2014 | 04/15/2014 |
| Christenson, David Andrew | 0:2014ncrim30272 | USA v. Gregory Meffert | U.S. Court Of Appeals, Fifth Circuit | 03/26/2014 | 04/15/2014 |
| Christenson, David Andrew | 0:2014dcrim30841 | USA v. C. Nagin | U.S. Court Of Appeals, Fifth Circuit | 07/15/2014 | 01/07/2016 |
| Christenson, David Andrew | 0:2014ncrim30937 | USA v. C. Nagin | U.S. Court Of Appeals, Fifth Circuit | 08/08/2014 | 11/12/2014 |
| Christenson, David Andrew | 0:2014ncrim30954 | USA v. Gregory McRae | U.S. Court Of Appeals, Fifth Circuit | 08/12/2014 | 11/12/2014 |

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Christenson, David Andrew | 0:2014dcrim30995 | USA v. Gregory McRae | U.S. Court Of Appeals, Fifth Circuit | 08/22/2014 | 07/28/2015 |
| Christenson, David Andrew | 0:2014ncrim31083 | USA v. Kenneth Bowen, et al | U.S. Court Of Appeals, Fifth Circuit | 09/17/2014 | 01/28/2015 |
| Christenson, David Andrew | 0:2016ncrim30529 | USA v. Kenneth Bowen, et al | U.S. Court Of Appeals, Fifth Circuit | 05/06/2016 | 05/17/2016 |
| Christenson, David Andrew | 0:2016pcf30918 | In Re: Deepwater Horizon | U.S. Court Of Appeals, Fifth Circuit | | |
| Christenson, David Andrew | 0:2017cr30597 | Alana Cain v. New Orleans City, et al | U.S. Court Of Appeals, Fifth Circuit | 07/24/2017 | 11/27/2017 |
| Christenson, David Andrew | 0:2017cr30599 | Adrian Caliste v. Harry Cantrell | U.S. Court Of Appeals, Fifth Circuit | 07/24/2017 | 11/27/2017 |
| Christenson, David Andrew | 0:2017cr30831 | Adrian Caliste v. Harry Cantrell | U.S. Court Of Appeals, Fifth Circuit | 10/16/2017 | 12/04/2017 |
| Christenson, David Andrew | 0:2017cr30896 | Renata Singleton, et al v. Leon Cannizaro, et al | U.S. Court Of Appeals, Fifth Circuit | 11/13/2017 | 01/25/2018 |
| Christenson, David Andrew | 0:2018cr30352 | Alana Cain, et al v. New Orleans City, et al | U.S. Court Of Appeals, Fifth Circuit | 03/16/2018 | 05/03/2018 |
| Christenson, David Andrew | 0:2014cvus05207 | Larry Klayman, et al v. Barack Obama, et al | U.S. Court Of Appeals, D.C. Circuit | 08/28/2014 | 03/04/2015 |
| Christenson, David Andrew | 0:2014cvus05208 | Larry Klayman, et al v. Loretta E. Lynch, et al | U.S. Court Of Appeals, D.C. Circuit | 08/28/2014 | 03/04/2015 |
| Christenson, David Andrew | 0:2014cvus05209 | Larry Klayman, et al v. Barack Obama, et al | U.S. Court Of Appeals, D.C. Circuit | 08/28/2014 | 03/04/2015 |
| Christenson, David Andrew | 0:2014cvus05212 | Rand Paul, et al v. Barack Obama, et al | U.S. Court Of Appeals, D.C. Circuit | 08/29/2014 | 03/04/2015 |
| Christenson, David Andrew | 0:2015cvus05077 | Sharyl Attkisson, et al v. DOJ | U.S. Court Of Appeals, D.C. Circuit | 03/20/2015 | 06/03/2015 |
| CHRISTENSON, DAVID ANDREW (mov) | 1:2013cv00851 | KLAYMAN v. OBAMA et al | District Of Columbia District Court | 06/06/2013 | 11/21/2017 |
| CHRISTENSON, DAVID ANDREW (mov) | 1:2013cv00881 | KLAYMAN et al v. OBAMA et al | District Of Columbia District Court | 06/11/2013 | 11/21/2017 |
| CHRISTENSON, DAVID ANDREW (mov) | 1:2014cv00092 | KLAYMAN et al v. OBAMA et al | District Of Columbia District Court | 01/23/2014 | 03/28/2018 |
| CHRISTENSON, DAVID ANDREW (mov) | 1:2014cv00262 | PAUL et al v. OBAMA et al | District Of Columbia District Court | 02/18/2014 | |

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| CHRISTENSON, DAVID ANDREW (mov) | 1:2014cv01944 | ATTKISSON et al v. U.S. DEPARTMENT OF JUSTICE | District Of Columbia District Court | 11/19/2014 | 09/07/2016 |
| CHRISTENSON, DAVID ANDREW (dft) | 1:1986cv00805 | NATL.BANK,ETC. v. INTERCOASTAL,ETC et al | District Of Columbia District Court | 03/25/1986 | 03/04/1987 |
| CHRISTENSON, DAVID ANDREW (mov) | 1:2018cv00011 | MANAFORT v. U.S. DEPARTMENT OF JUSTICE et al | District Of Columbia District Court | 01/03/2018 | 04/27/2018 |
| Christenson, David Andrew (inre) | 1:2018cv01064 | IN RE: David Andrew Christenson | Illinois Northern District Court | 02/12/2018 | 02/12/2018 |
| Christenson, David Andrew (db) | 2:2004bk18809 | David Andrew Christenson | Louisiana Eastern Bankruptcy Court | 11/23/2004 | 01/29/2007 |
| Christenson, David Andrew (mov) | 2:2008cr00140 | USA v. Jefferson et al - Betty Jefferson | Louisiana Eastern District Court | 06/04/2008 | 09/12/2011 |
| Christenson, David Andrew (mov) | 2:2008cr00140 | USA v. Jefferson et al - Angela Coleman | Louisiana Eastern District Court | 06/04/2008 | 05/23/2012 |
| Christenson, David Andrew (mov) | 2:2008cr00140 | USA v. Jefferson et al - Mose Jefferson | Louisiana Eastern District Court | 06/04/2008 | 05/18/2012 |
| Christenson, David Andrew (mov) | 2:2008cr00140 | USA v. Jefferson et al - Renee Gill Pratt | Louisiana Eastern District Court | 06/04/2008 | 11/02/2011 |
| Christenson, David Andrew (mov) | 2:2009cr00374 | USA v. Meffert et al - Gregory Meffert | Louisiana Eastern District Court | 11/06/2009 | 09/04/2014 |
| Christenson, David Andrew (mov) | 2:2009cr00374 | USA v. Meffert et al - Linda Meffert | Louisiana Eastern District Court | 11/06/2009 | 11/21/2011 |
| Christenson, David Andrew (mov) | 2:2009cr00374 | USA v. Meffert et al - Mark St. Pierre | Louisiana Eastern District Court | 11/06/2009 | 09/01/2011 |
| Christenson, David Andrew (mov) | 2:2010cr00154 | USA v. Warren et al - David Warren | Louisiana Eastern District Court | 06/11/2010 | 12/11/2013 |
| Christenson, David Andrew (mov) | 2:2010cr00154 | USA v. Warren et al - Dwayne Scheuermann | Louisiana Eastern District Court | 06/11/2010 | 12/09/2010 |
| Christenson, David Andrew (mov) | 2:2010cr00154 | USA v. Warren et al - Gregory McRae | Louisiana Eastern District Court | 06/11/2010 | 03/31/2011 |
| Christenson, David Andrew (mov) | 2:2010cr00154 | USA v. Warren et al - Robert Italiano | Louisiana Eastern District Court | 06/11/2010 | 12/09/2010 |
| Christenson, David Andrew (mov) | 2:2010cr00154 | USA v. Warren et al - Travis McCabe | Louisiana Eastern District Court | 06/11/2010 | 02/06/2014 |



# Party Search Results

**Search Criteria:** Party Search; Last Name: christenson; First Name: david; Middle Name: andrew; Exact Matches Only
**Result Count:** 78 (2 pages)
**Current Page:** 1

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Christenson, David Andrew (mov) | 2:2010cr00204 | USA v. Bowen et al - Arthur Kaufman | Louisiana Eastern District Court | 07/12/2010 | 04/20/2016 |
| Christenson, David Andrew (mov) | 2:2010cr00204 | USA v. Bowen et al - Gerard Dugue | Louisiana Eastern District Court | 07/12/2010 | 11/04/2016 |
| Christenson, David Andrew (mov) | 2:2011cr00157 | USA v. Fazzio et al - Dominick Fazzio | Louisiana Eastern District Court | 06/24/2011 | 03/12/2013 |
| Christenson, David Andrew (mov) | 2:2011cr00299 | USA v. Broussard et al - Aaron F. Broussard | Louisiana Eastern District Court | 12/02/2011 | 02/25/2013 |
| Christenson, David Andrew (mov) | 2:2011cr00299 | USA v. Broussard et al - Karen Parker | Louisiana Eastern District Court | 12/02/2011 | 02/25/2013 |
| Christenson, David Andrew (mov) | 2:2011cr00299 | USA v. Broussard et al - Thomas G Wilkinson | Louisiana Eastern District Court | 12/02/2011 | 02/25/2013 |
| Christenson, David Andrew (mov) | 2:2012cr00001 | USA v. Howard et al - Gerard J. Howard | Louisiana Eastern District Court | 01/05/2012 | 07/18/2014 |
| Christenson, David Andrew (mov) | 2:2012cr00001 | USA v. Howard et al - Walter Porter | Louisiana Eastern District Court | 01/05/2012 | 11/09/2016 |
| Christenson, David Andrew (mov) | 2:2011cr00157 | USA v. Fazzio et al - Mark J. Titus | Louisiana Eastern District Court | 06/24/2011 | 03/12/2013 |
| Christenson, David Andrew (mov) | 2:2012cr00001 | USA v. Howard et al - Andre Hankton | Louisiana Eastern District Court | 01/05/2012 | 11/09/2016 |
| Christenson, David Andrew (mov) | 2:2012cr00001 | USA v. Howard et al - Nakia Hankton | Louisiana Eastern District Court | 01/05/2012 | 10/12/2016 |
| Christenson, David Andrew (mov) | 2:2012cr00001 | USA v. Howard et al - Shirley Hankton | Louisiana Eastern District Court | 01/05/2012 | 10/12/2016 |
| Christenson, David Andrew (mov) | 2:2012cr00001 | USA v. Howard et al - Telly Hankton | Louisiana Eastern District Court | 01/05/2012 | 11/09/2016 |
| Christenson, David Andrew (mov) | 2:2012cr00001 | USA v. Howard et al - Thomas Hankton | Louisiana Eastern District Court | 01/05/2012 | 10/12/2016 |
| Christenson, David Andrew (mov) | 2:2012cr00001 | USA v. Howard et al - Troy Hankton | Louisiana Eastern District Court | 01/05/2012 | 10/12/2016 |
| | | | | 01/05/2012 | 10/12/2016 |

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Christenson, David Andrew (mov) | 2:2012cr00001 | USA v. Howard et al - George Jackson | Louisiana Eastern District Court | 01/05/2012 | 11/09/2016 |
| Christenson, David Andrew (mov) | 2:2012cr00001 | USA v. Howard et al - Kevin Jackson | Louisiana Eastern District Court | 01/05/2012 | 10/12/2016 |
| Christenson, David Andrew (mov) | 2:2012cr00001 | USA v. Howard et al - Netthany Schexnayder | Louisiana Eastern District Court | 01/05/2012 | 10/12/2016 |
| Christenson, David Andrew (mov) | 2:2012cr00001 | USA v. Howard et al - Dump Smothers | Louisiana Eastern District Court | 01/05/2012 | 10/12/2016 |
| Christenson, David Andrew (mov) | 2:2012cr00001 | USA v. Howard et al - Terrell Smothers | Louisiana Eastern District Court | 01/05/2012 | 10/12/2016 |
| Christenson, David Andrew (mov) | 2:2012cr00001 | USA v. Howard et al - Sana Johnson | Louisiana Eastern District Court | 01/05/2012 | 10/12/2016 |
| Christenson, David Andrew (mov) | 2:2013cr00011 | USA v. Nagin - Mayor Nagin | Louisiana Eastern District Court | 01/18/2013 | 07/09/2014 |
| Christenson, David Andrew (mov) | 2:2013mj00099 | USA v. Daigle - Stefen Daigle | Louisiana Eastern District Court | 07/29/2013 | 11/07/2013 |
| Christenson, David Andrew (mov) | 2:2013cr00249 | USA v. Daigle - Stefen Daigle | Louisiana Eastern District Court | 11/07/2013 | 02/06/2015 |

**PACER Service Center**

| | |
|---|---|
| Receipt | 05/26/2018 09:47:04 457528568 |
| User | chridavirc1902 |
| Client Code | |
| Description | All Court Types Party Search<br>All Courts; Name christenson, david andrew; Page: 1 |
| Billable Pages | 1 ($0.10) |

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

RECEIVED
JUN 04 2018
CLERK'S OFFICE
S.D.N.Y.

Pro Se
JC

Clerk
US District Court SD New York
500 Pearl Street
New York, NY 10007-1312

PENSACOLA FL 325
29 MAY 2018 PM 1

USM P3
SDNY