UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson                                    Civil Action No. 1:18-cv-03501

DEMOCRATIC NATIONAL COMMITTEE,                                     Racketeer Influenced and
                                                                   Corrupt Organization Act (RICO)
Plaintiff,

v.                                                                 Judge John G. Koeltl

RUSSIAN FEDERATION, et al;
Defendants.

Amicus (Twelve)

If you open your mind and heart you will see the miracle in this document. God works in mysterious ways. God moved Chief Justice John Roberts on June 26th, 2016.

All of this is happening for a reason.

Chief Justice John Roberts and the Federal Judiciary have to be part of the solution. If not, Mankind will cease to exist.

Chief Justice John Roberts was taken advantage of by President Barack Obama. Roberts was naive when he agreed to approve Obamacare. Obama may have been naïve as well. [Odd story about possible Presidential Election Tampering. My wife and I both voted for Obama in 2008 because we were disgusted with Bush and McCain. We did not vote for Obama in 2012. So, if we did not vote for Obama who did? Romney and Ryan were centrists and truly viable candidates. Which demographic group switched from the Republican party to vote for Obama? In 2012 My demographic group switched back to the Republican Party.]

Chief Justice John Roberts realized his mistake at his kitchen table on June 24th, 2016. He and his wife reviewed the box of evidence that I sent them via priority mail at a cost of $13.45. Roberts opened the box and realized the truth about Obamacare and what he had done. He returned the box plus additional materials that I had sent him at a cost of $17.00. He wrapped it in a brown grocery bag and mailed it on June 26th, 2016 from the Supreme Court Post Office and he did not put a return address on the box. Review the attachments and look at the number of courts that the information is docketed in. (Case 1:18-cv-03501-JGK Document 25 Filed 04/24/18 Page 73 of 113)

Censorship. In a terrorist organization each cell is given only so much information. Our government operates the same way. Would Roberts have approved Obamacare if he had known the truth?

The Federal Judiciary has allowed themselves to be taken advantage off and by doing so they have censored Americans with the result being the Genocide of Mankind.

The attached eleven Amicus Pleadings were filed in the following cases:

1. United States v. Boucher (1-18:cr-00004) Judge Marianne O. Battani
2. United States v. Manafort (1:18-cr-00083) Senior Judge T.S. Ellis, III
3. Manafort v. United States (1:18-cv-00011) Judge Amy Berman Jackson
4. United States v. Flynn (1:17-cr-00232) Judge Emmet G. Sullivan
5. United States v. Papadopoulos (1:17-cr-00182) Judge Randolph Daniel Moss
6. United States v. Manafort (1:17-cr-00201) Judge Amy Berman Jackson
7. United States v. Internet Research Agency LLC (1:18-cr-00032) Judge Dabney L. Friedrich
8. United States v. Van Der Zwann (1:18-cr-00031) Judge Amy Berman Jackson
9. Deepwater Horizon v. BP Exploration & Production (16-30918) Judge Carl Barbier
10. Democratic National Committee v. Russian Federation, et al (1:18-cv-5301) Judge John G. Koeltl
11. State of Louisiana v. Nathan Foreman (Section H Case 459100) Judge Camille Buras

Godspeed.

Sincerely,

*[signature]*

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on May 28th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

Case 1:18-cv-03501-JGK   Document 88   Filed 06/05/18   Page 3 of 7
Case 1:18-cv-03501-JGK   Document 25   Filed 04/24/18   Page 73 of 113
Case 1:18-cv-00011-ABJ   Document 15   Filed 01/26/18   Page 70 of 89
Case: 17-30831   Document: 00514268351   Page: 64   Date Filed: 12/11/2017
Case: 16-30918   Document: 00514216429   Page: 9   Date Filed: 10/30/2017

## Attachment 7
## Attachment 4

July 28th, 2016

Chief Justice John Roberts
Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

Jane Sullivan Roberts
Major, Lindsey & Africa
600 Thirteenth Street, N.W.
Suite 750
Washington, D.C. 20005
(202) 292-1840 Office
Email: jroberts@mlaglobal.com
USPS Reference Priority: 9505513443886174002634

Justice Roberts and Mrs. Roberts,

My job/penance here on earth was to recruit the two of you to help save Mankind on behalf of God. The two of you were my biggest failure. How hard could it be to recruit people who profess to being on God's team? The denial of God was absolute and unanimous by everyone that I attempted to recruit. Nobody's position on earth will protect them from God's wrath.

For your records this is a synopsis of just one of our interactions and it is the most important and telling of how Mankind lost. The two of you have intentionally harmed Mankind. History and God will judge you. I always thought of myself as a messenger but in fact I am a historian and recruiter whose job it is to document the "why and how" of the Genocide of Mankind. If you truly believe in God, then you have a lot to fear. There will be no defense to your defenseless position.

On June 22nd, 2016 I mailed a priority box of documents, pleadings, rejected Supreme Court Writs, my two books that were removed from the Library of Congress (see attachments), letters and documents sent to Theodore John "Ted" Kaczynski (The Unabomber) that were censored and returned to me by the Bureau of Prisons, etc. The box was mailed to Jane Sullivan Roberts at her law firm: Major Lindsey & Africa. The box was received and opened. After being opened the box was sealed and wrapped in a brown grocery bag. The package was addressed to me with no return address. The box was mailed back to me from the Supreme Court Post Office which is confirmed by the postage sticker. (20543 is the Supreme Court's Zip Code.) Why was the box not returned by the Major Lindsey & Africa Law Firm? Justice Roberts had to mail the package or Jane Roberts had to make a special trip to the Supreme Court Post Office. It seems that the Chief Justice and his wife held a discussion about what to do. They decided against God and Mankind. My guess is that they are hoping for a miracle but why hope for a miracle when you are the miracle?

History will write that Mankind voluntarily committed suicide without cause all while praying for a miracle. The tragedy is that Mankind is the miracle. Mankind was praying to continue with their destructive manner that was accepted by society.

Chief Justice John Roberts  July 28th, 2016
Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

Jane Sullivan Roberts
Major, Lindsey & Africa
600 Thirteenth Street, N.W.
Suite 750
Washington, D.C. 20005
(202) 292-1840 Office
Email: jroberts@mlaglobal.com
USPS Reference Priority: 9505513443866174002634

Justice Roberts and Mrs. Roberts,

My job/penance here on earth was to recruit the two of you to help save Mankind on behalf of God. The two of you were my biggest failure. How hard could it be to recruit people who profess to being on God's team? The denial of God was absolute and unanimous by everyone that I attempted to recruit. Nobody's position on earth will protect them from God's wrath.

For your records this is a synopsis of just one of our interactions and it is the most important and telling of how Mankind lost. The two of you have intentionally harmed Mankind. History and God will judge you. I always thought of myself as a messenger but in fact I am a historian and recruiter whose job it is to document the "why and how" of the Genocide of Mankind. If you truly believe in God, then you have a lot to fear. There will be no defense to your defenseless position.

On June 22nd, 2016 I mailed a priority box of documents, pleadings, rejected Supreme Court Writs, my two books that were removed from the Library of Congress (see attachments), letters and documents sent to Theodore John "Ted" Kaczynski (The Unabomber) that were censored and returned to me by the Bureau of Prisons, etc. The box was mailed to Jane Sullivan Roberts at her law firm: Major Lindsey & Africa. The box was received and opened. After being opened the box was sealed and wrapped in a brown grocery bag. The package was addressed to me with no return address. The box was mailed back to me from the Supreme Court Post Office which is confirmed by the postage sticker. (20543 is the Supreme Court's Zip Code.)  Why was the box not returned by the Major Lindsey & Africa Law Firm? Justice Roberts had to mail the package or Jane Roberts had to make a special trip to the Supreme Court Post Office. It seems that the Chief Justice and his wife held a discussion about what to do. They decided against God and Mankind. My guess is that they are hoping for a miracle but why hope for a miracle when you are the miracle?

History will write that Mankind voluntarily committed suicide without cause all while praying for a miracle. The tragedy is that Mankind is the miracle. Mankind was praying to continue with their destructive manner that was accepted by society.

**This is a quote that I attribute to Chief Justice John Roberts: "Let us live by murdering ourselves".**

Thank you.
Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com





PENSACOLA FL 325
29 MAY 2018 PM 2

RECEIVED USMS SDNY
JUN 05 2018
Clerk's Office SDNY

Clerk
US District Court SDNY
500 Pearl Street
New York, NY 10007-1312

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550