UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

DEMOCRATIC NATIONAL COMMITTEE,

    Plaintiffs,

-against-

THE RUSSIAN FEDERATION, et al. ;

    Defendants.

------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 6-5-18

Civil Action No. 1:18-cv-03501

**ORDER FOR ADMISSION**
*PRO HAC VICE*

The motion of Julia Ann Horwitz for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member if good standing of the bars of the state of Maryland and the District of Columbia; and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | **Julia Ann Horwitz** |
| Firm Name: | **Cohen Milstein Sellers & Toll PLLC** |
| Address: | **1100 New York Avenue, NW, Suite 500, West Tower** |
| City/State/Zip: | **Washington, DC   20005** |
| Telephone/Fax: | **(202)408-4600 / (202) 408-4699** |

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiffs in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 6/5/18

_____
United States District/Magistrate Judge

2348940 v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------- X
DEMOCRATIC NATIONAL COMMITTEE,

      Plaintiffs,

-against-

THE RUSSIAN FEDERATION, et al.;

      Defendants.
--------------------------------------- X

Civil Action No. 1:18-cv-03501

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY JULIA ANN HORWITZ**

I, Julia Ann Horwitz, being duly sworn in, do hereby depose and state that:

1. I write this affidavit in support of my Motion for Admission *Pro Hac Vice* in the above captioned action.

2. I am an attorney for Plaintiff, DEMOCRATIC NATIONAL COMMITTEE.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. There are no disciplinary proceedings pending presently against me.

Sworn to this 24th day of May 2018.

                                                          Julia Ann Horwitz

Subscribed and sworn to before me
This 24th day of May 2018.

Notary Public
My Commission expires:

DEBORAH VANZEGO
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires January 1, 2019

2348940 v1