UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson

DEMOCRATIC NATIONAL COMMITTEE,

Plaintiff,

v.

RUSSIAN FEDERATION, et al;
Defendants.

Civil Action No. 1:18-cv-03501

Racketeer Influenced and
Corrupt Organization Act (RICO)

Judge John G. Koeltl

Amicus (Fourteen)

Read Theodore John Kaczynski's Manifesto - Was he Wrong? He was trying to warn and save us. The world's smartest man, Theoretical physicist Stephen Hawking and Kaczynski agreed on what was going to destroy Mankind and no one listened to either one of them.

The only way for Mankind to be saved is if the Federal Judiciary honors the Constitution, the First Amendment and specifically the last sentence of the First Amendment: "and to petition the Government for a redress of grievances."

I must emphasize this: Kaczynski's actions were wrong (illegal) and did no good. This brilliant man had so much to offer the world and yet he was insane much like many of our famous scientists, artists, politicians, etc. His Manifesto was written 30 years ago.

**The problem here is that his insanity was due to a US Government experiment called MKUltra. It was manmade. Our wonderful Government created the "Unabomber".** Product of USA.

**WHO AND WHAT ELSE HAS OUR GOVERNMENT CREATED? THE KATRINA VIRUS? US TROOPS MURDERING AMERICANS? THE PERFECT MILITARY WEAPON? THIS PERFECT MILITARY WEAPON IS A SUICIDE WEAPON THAT HAS BEEN RELEASED ON US.** Products of USA.

My actions have all been legal and they have not done any good. I have attempted to promote my quest to save Mankind through ever imaginable avenue possible. I even reached out to Theodore "Unabomber" John Kaczynski. I would have asked the devil for help if I thought it would save Mankind.

Violence is not the answer and I have written extensively on that. People don't truly see the message when you commit violence. I want the pendulum to be centered and to accomplish that my quest has to be peaceful. Anything else would destroy my life's work and credibility.

Time, math and the Russians will ensure that the truth comes out.

The attached eleven Amicus Pleadings were filed in the following cases:

1. United States v. Boucher (1-18:cr-00004) Judge Marianne O. Battani

2. United States v. Manafort (1:18-cr-00083) Senior Judge T.S. Ellis, III

3. Manafort v. United States (1:18-cv-00011) Judge Amy Berman Jackson

4. United States v. Flynn (1:17-cr-00232) Judge Emmet G. Sullivan

5. United States v. Papadopoulos (1:17-cr-00182) Judge Randolph Daniel Moss

6. United States v. Manafort (1:17-cr-00201) Judge Amy Berman Jackson

7. United States v. Internet Research Agency LLC (1:18-cr-00032) Judge Dabney L. Friedrich

8. United States v. Van Der Zwann (1:18-cr-00031) Judge Amy Berman Jackson

9. Deepwater Horizon v. BP Exploration & Production (16-30918) Judge Carl Barbier

10. Democratic National Committee v. Russian Federation, et al (1:18-cv-5301) Judge John G. Koeltl

11. State of Louisiana v. Nathan Foreman (Section H Case 459100) Judge Camille Buras

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on May 31st, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

Theodore John "Ted" Kaczynski                          01/27/2016
THEODORE JOHN KACZYNSKI
Register Number: 04475-046
Age: 73
Race: White
Sex: Male
Located at: Florence ADMAX USP
Release Date: LIFE
THEODORE JOHN KACZYNSKI
Register Number: 04475-046
USP Florence ADMAX
U.S. PENITENTIARY
PO BOX 8500
FLORENCE, CO  81226

To the censor: you should review what I am sharing because I am fighting to save your life and the lives of your loved ones. You to have the ability to help me save mankind.

My name is Federal Whistleblower Captain David Andrew Christenson and I am trying to save mankind. I hope that the two of you may find redemption in what I am about to share with you. The two of you have the ability to help me save mankind.

I know that my writings are incoherent, disjointed and unbelievable. I was never trained to be a Federal Whistleblower nor is there a school. What happened to me was insidious.

During Hurricane Katrina the US Military murdered Americans in violation of the Constitution and the Posse Act. (Side note: American Sniper Chris Kyle admitted to doing so and they want to give him the Medal of Honor.)

Chemical warfare contaminants leaked into the environment. I call these contaminants the "Katrina Virus". Many people died and will die.

The perfect military weapon is an organic, easy to disperse, dissipates in five days chemical warfare weapon that causes the opposing army to commit suicide.

Suicides will outnumber births in the next 10-35 years at current growth rates.

22 veterans commit suicide every day. More veterans will die in the next eight years then have died in combat since World War II.

Stephen Hawking agrees with me about the Katrina Virus

"GENETICALLY ENGINEERED VIRUS" is the biggest threat to mankind. Most threats to humans come from science and technology, warns Hawking

The Guardian

http://www.msn.com/en-us/news/technology/most-threats-to-humans-come-from-science-and-technology-warns-hawking/ar-BBop0uY?li=BBnb7Kz&ocid=mailsignout

Speaking to the Radio Times ahead of the BBC Reith Lecture, in which he will explain the science of black holes, Hawking said most of the threats humans now face come from advances in science and

technology, such as nuclear weapons and **genetically engineered viruses.**


How could 14 cancers come from a building? The building housed a hardened CIA laboratory.

http://usnews.nbcnews.com/_news/2012/09/10/13783417-us-adds-cancer-to-list-of-illnesses-linked-to-911-terror-attacks

Page 1 of 2 11/09/2012 07:07 AM

US adds cancer to list of illnesses linked to 9/11 terror attacks

By NBC News and wire services

September 11, 2012, 6:02 am NBCNews.com

Updated at 5:15 p.m. ET: The federal government on Monday added 14 categories of cancer to the list of illnesses linked to the 9/11 terror attacks, which brings added coverage to rescue workers and people living near ground zero on Sept. 11, 2001. The National Institute for Occupational Safety and Health approved the additions to the list of illnesses covered in the James Zadroga 9/11 Health and Compensation Act, which were proposed in June. The updated regulations take effect 30 days after the ruling is published in the Federal Register.


Read what you want. Maybe there is a way for you to help me save mankind and in the process for you to seek redemption.


I have and will continue to seek justice in a peaceable manner. Hopefully you will find my writings somewhat interesting.


Sincerely,

David Andrew Christenson

Box 9063

Miramar Beach, Fl. 32550

davidandrewchristenson@gmail.com

504-715-3086

Theodore John "Ted" Kaczynski
THEODORE JOHN KACZYNSKI
Register Number: 04475-046
Age: 73
Race:  White
Sex:  Male
Located at: Florence ADMAX USP
Release Date: LIFE
THEODORE JOHN KACZYNSKI
USP Florence ADMAX
U.S. PENITENTIARY
PO BOX 8500
FLORENCE, CO  81226
FLM/ExecAssistant@bop.gov<FLM/ExecAssistant@bop.gov>;

Theodore John "Ted" Kaczynski,

Who in this world will you pick to play God?

Incoherent and disjointed but here we go. Please think about this:
Facts about Autism
https://www.autismspeaks.org/what-autism/facts-about-autism
Did you know ...
• Autism now affects 1 in 68 children and **1 in 42 boys** (My projections show that it is now 1 in 25 boys)
• Autism prevalence figures are growing
• Autism is one of the fastest-growing developmental disorders in the U.S.
• Autism costs a family $60,000 a year on average
• Boys are nearly five times more likely than girls to have autism
• There is no medical detection or cure for autism

How can a country that is 18 trillion dollars in debt pay for autistic children? Our future will include selective breeding, eugenics, euthanasia and most importantly mass suicides. As parents age the cost to society becomes ever increasing.

In my quest to help mankind I have failed miserable. If your quest was to help mankind you have failed miserable. We can't beat a deck stacked with defective human beings especially when those human beings are the leaders and future leaders of our nation and world.

I asked my family and close friends for help. I begged them for help. They not only did not help me but they intentionally caused me harm. My uncle was a great influence on my life and one of the reasons that I attended the Air Force Academy. John, Joe and I were one year apart in age and very close at one time but that all changed when I stood up for myself and mankind.

My Uncle, Captain Donald Christenson is the father and grandfather of the following: my cousin Vice Admiral John Christenson who is the military attaché to NATO and Naval Academy graduate, my cousin Army Colonel/Doctor/Psychiatrist Joseph Christenson, my cousin Proctor and Gamble Tide Brand manager Lieutenant Mark Christenson and Naval Academy graduate and my second cousin Naval Academy Midshipmen Matthew Christenson. Each of them is a devote Catholic.

The attached article about the Tuskegee and Guatemala syphilis studies epitomizes my belief that we cannot save mankind. Do you know what a horrendous death it is to die from syphilis?

Odd side note: Mark works for Proctor and Gamble. Dr. Clarence J. Gamble was the founder of Proctor and Gamble and a huge supporter of Eugenics. Did you know the Nazis used the California manual on Eugenics as the templet for their manual? Did you know that our Supreme Court upheld state laws that dealt with Eugenics?

Eugenic Sterilization Laws Paul Lombardo, University of Virginia
http://www.eugenicsarchive.org/html/eugenics/essay8text.html
"The decision was appealed to United States Supreme Court. Justice Oliver Wendell Holmes Jr., himself a student of eugenics, wrote the formal opinion for the Court in the case of Buck v. Bell (1927). His opinion repeated the "facts" in Carrie's case, concluding that a "deficient" mother, daughter, and granddaughter justified the need for sterilization. The decision includes the now infamous words: It is better for all the world, if instead of waiting to execute degenerate offspring for crime or to let them starve for their imbecility, society can prevent those who are manifestly unfit from continuing their kind...Three generations of imbeciles are enough." (I must be a very delusional human being because the above statement I abhor. Who is he to play God?)

I just thought of this. Do you get a flu shot? Empirical evidence is confirming that flu shots destroy our immune system. Look at the attachment from the CDC and study it. Last week 7.2%/6.8% of Americans died from flu and pneumonia. Why? Look at the number of people that went to the doctor with flu symptoms and how many tested positive for the flu. What do the other 97% have?

They withheld penicillin from syphilis infected black men for over 40 years. These same defective human beings will continue to give us flu shots knowing that our immune system(s) are being destroyed.

I have failed mankind and the result is the genocide of the human race by its own hand.

Godspeed,
David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086, davidandrewchristenson@gmail.com

Studies show 'dark chapter' of medical research By Elizabeth Landau, CNN
October 1, 2010 6:08 p.m. EDT
http://www.cnn.com/2010/HEALTH/10/01/guatemala.syphilis.tuskegee/#

CNN) -- The Tuskegee syphilis experiment of the 20th century is often cited as the most famous example of unethical medical research. Now, evidence has emerged that it overlapped with a shorter study, also sponsored by U.S. government health agencies, in which human subjects were unknowingly being harmed by participating in an experiment.

Research from Wellesley College professor Susan Reverby has uncovered evidence of an experiment in Guatemala that infected people with sexually transmitted diseases in an effort to explore treatments. The U.S. government apologized for the research project on Friday, more than 60 years after the experiments ended. Officials said an investigation will be launched into the matter.

The Tuskegee and the Guatemala studies show what National Institutes of Health Director Francis Collins called a "a dark chapter in the history of medicine."

As unethical as the methods were, the basic research questions behind both studies were highly relevant at the time, said Peter Brown, medical anthropologist at Emory University. Research in Guatemala focused on the powers of penicillin; in Tuskegee, researchers wanted to know the natural history of syphilis.

"In a racist context, they thought [syphilis] might be different in African-Americans; the real unethical part in my mind had to do with denial of treatment and, most importantly, the denial of information about the study to the men involved," he said.

In 1926, syphilis was seen as a major health problem, according to the Centers for Disease Control and Prevention; in 1928, about 25 percent of black employees at the Delta Pine and Land Company of Mississippi had tested positive for syphilis, according to Tuskegee University. A charity called the Julius Rosenwald Fund came to the U.S. Public Health Service to start a project to improve the health of African-Americans in the South.

But in 1929, the Great Depression began, and the Rosenwald Fund had to cut its funds for the treatment program.

The director of the U.S. Public Health Service, Dr. Taliaferro Clark, proposed salvaging the project by investigating the course of untreated syphilis.

Getting African-Americans to participate was not a challenge; most African-Americans did not have access to medical care at that time and the study provided free health exams, food and transportation, according to Tuskegee University.

But none of the patients who had syphilis was told that he carried the condition, and doctors did not give the patients sufficient treatment. Instead they were told they would get treatment for "bad blood," a phrase that connoted a variety of illnesses including syphilis, anemia and fatigue, the CDC said.

The Tuskegee study, which began in the early 1930s, consisted of 399 African-American men with syphilis and 201 without, according to the CDC. The Tuskegee Institute partnered with the Public Health Service for an experiment that was supposed to last 6 months. Instead it lasted about 40 years.

While the Tuskegee study was still going in the 1940s, other efforts that would never meet today's medical ethics standards were going on elsewhere. The Public Health Service did research at a U.S. prison in 1944 that involved injecting inmates with gonorrhea, Reverby said. That project was

abandoned, and the Public Health Service turned to Guatemala to more closely examine syphilis and in what ways penicillin could treat or prevent it, Reverby said in documents posted on her website.

"The whole fact that the Public Health Service was very aware about the ethical problems is very characteristic of American international health policy at the time, which was very condescending to other countries," Brown said.

It turns out that a physician at the Public Health Service, Dr. John C. Cutler, participated in both the Guatemala and the Tuskegee experiments. Cutler came to the Tuskegee project in the 1960s, according to Reverby, and continued to defend it even in the 1990s, long after it ended. Cutler died in 2003 at age 87.

The Guatemala syphilis research involved 696 subjects who came from the Guatemala National Penitentiary, army barracks and the National Mental Health Hospital, according to Reverby's research. These subjects did not give direct permission to participate. Instead, the authorities signed them up. There were also 772 patients exposed to gonorrhea and 142 subjects exposed to chancres, according to a CDC report.

Unlike the Tuskegee project, these participants were given the diseases as part of the experiment.

"The doctors used prostitutes with the disease to pass it to the prisoners (sexual visits were allowed by law in Guatemalan prisons) and then did direct inoculations made from syphilis bacteria poured onto the men's penises or on forearms and faces that were slightly abraded when the 'normal exposure' produced little disease, or in a few cases through spinal punctures," Reverby wrote.

Many people wrongly believe that the Tuskegee study involved injecting subjects with syphilis, according to a 2008 study led by Ralph Katz of the NYU College of Dentistry. His survey found that more than 60 percent of both whites and blacks said they believed study subjects are injected with syphilis. Another important difference between the studies is that the subjects in Guatemala received penicillin after getting the sexually transmitted disease, Reverby wrote, although it's not clear whether everyone was cured.

In Tuskegee, on the other hand, the Public Health Service made sure that the subjects with syphilis did not get treatment from elsewhere. During World War II, draft boards agreed to lift the requirement of syphilis treatment for study participants, according to Tuskegee University.

Tuskegee study subjects continued to be excluded when the Public Health Service began giving other patients penicillin to treat syphilis in 1943. The agency set up Rapid Treatment Centers to treat the disease in 1947, helping to lower the overall syphilis rate; study subjects were still not treated, according to the CDC.

The Guatemalan study ended when "it proved difficult to transfer the disease and other priorities at home seemed more important," according to Reverby's paper. Cutler was told go back to the United States, she said. There he went on to work on an inoculation study at Sing Sing Prison in Ossining, New York, from 1953 to 1956, and later to Tuskegee. As for the participants in the Guatemalan study, there was some follow-up laboratory testing and observation until the early 1950s, the CDC said.

Tuskegee experiments stopped on a more dramatic note: in 1972 when Peter Buxton, who also worked for the Public Health Service, relayed information about the experiment to a reporter. By that time, 28 men had died of syphilis and 100 others had died of related complications. As a result of the experiment, at least 40 wives contracted syphilis and 19 children had it from birth.

The exposure of the study sparked congressional hearings in 1973 that led to a total overhaul of the Health, Education and Welfare rules concerning work with human subjects. A class-action lawsuit resulted in an out-of-court settlement of $10 million, with the U.S. government promising lifetime medical benefits and burial services to all study subjects still living. This program later expanded to include wives, widows and children.

President Bill Clinton publicly apologized to the victims of the Tuskegee experiments in an emotional speech in 1997, in which he said the study was shameful and racist.

"The people who ran the study at Tuskegee diminished the stature of man by abandoning the most basic ethical precepts. They forgot their pledge to heal and repair. They had the power to heal the survivors and all the others and they did not. Today, all we can do is apologize," he said at a ceremony at the White House.

Because of the ethical guidelines that all research institutions must follow, these kinds of studies would not happen in the United States today, Brown said.



Centers for Disease Control and Prevention
CDC 24/7: Saving Lives. Protecting People™

---

## Weekly U.S. Influenza Surveillance Report

- Full report also available as PDF



A Weekly Influenza Surveillance Report Prepared by the Influenza Division

2015-2016 Influenza Season Week 3 ending January 23, 2016

*All data are preliminary and may change as more reports are received.*

Synopsis:

During week 3 (January 17-23, 2016), influenza activity increased slightly in the United States.

- **Viral Surveillance:** The most frequently identified influenza virus type reported by public health laboratories during week 3 was influenza A, with influenza A (H1N1)pdm09 viruses predominating. The percentage of respiratory specimens testing positive for influenza in clinical laboratories increased.
- **Pneumonia and Influenza Mortality:** The proportion of deaths attributed to pneumonia and influenza (P&I) was below their system-specific epidemic threshold in both the NCHS Mortality Surveillance System and the 122 Cities Mortality Reporting System.
- **Influenza-associated Pediatric Deaths:** No influenza-associated pediatric deaths were reported.
- **Influenza-associated Hospitalizations:** A cumulative rate for the season of 2.1 laboratory-confirmed influenza-associated hospitalizations per 100,000 population was reported.
- **Outpatient Illness Surveillance:** The proportion of outpatient visits for influenza-like illness (ILI) was 2.2%, which is above the national baseline of 2.1%. Six of 10 regions reported ILI at or above region-specific baseline levels. Puerto Rico experienced high ILI activity; three states experienced moderate ILI activity; five states experienced low ILI activity; New York City and 42 states experienced minimal ILI activity; and the District of Columbia had insufficient data.
- **Geographic Spread of Influenza:** The geographic spread of influenza in four states was reported as widespread; Puerto Rico and 14 states reported regional activity; Guam and 12 states reported local activity; and the District of Columbia, the U.S. Virgin Islands and 20 states reported sporadic activity.

### National and Regional Summary of Select Surveillance Components

| HHS Surveillance Regions* | Out-patient ILI† | Number of jurisdictions experiencing high or moderate ILI activity§ | % respiratory specimens positive for flu in clinical laboratories‡ | A (H1N1) pdm09 | A (H3) | A (Subtyping not Performed) | B Victoria lineage | B Yamagata lineage | B lineage not performed | Pediatric Deaths |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Data for current week | | | Data cumulative since October 4, 2015 (week 40) | | | | | |
| | | | | | | Influenza test results from public health laboratories only | | | | |
| Nation | Elevated | 4 of 53 | 5.0% | 831 | 658 | 125 | 63 | 218 | 181 | 7 |
| Region 1 | Elevated | 1 of 6 | 3.1% | 14 | 20 | 0 | 1 | 2 | 3 | 0 |
| Region 2 | Elevated | 1 of 4 | 2.5% | 43 | 83 | 5 | 2 | 0 | 9 | 1 |
| Region 3 | Elevated | 1 of 6 | 0.8% | 29 | 28 | 25 | 3 | 18 | 4 | 0 |
| Region 4 | Elevated | 1 of 8 | 7.2% | 20 | 41 | 24 | 3 | 0 | 47 | 3 |
| Region 5 | Normal | 0 of 6 | 2.2% | 126 | 47 | 54 | 1 | 19 | 3 | 0 |
| Region 6 | Elevated | 0 of 5 | 2.2% | 19 | 35 | 2 | 2 | 6 | 13 | 1 |
| Region 7 | Normal | 0 of 4 | 1.7% | 19 | 27 | 1 | 3 | 2 | 2 | 0 |
| Region 8 | Normal | 0 of 6 | 3.8% | 165 | 36 | 1 | 9 | 65 | 3 | 0 |
| Region 9 | Normal | 0 of 4 | 9.1% | 271 | 271 | 11 | 27 | 78 | 72 | 2 |

Theodore John "Ted" Kaczynski                                    February 11th, 2016
THEODORE JOHN KACZYNSKI
Register Number: 04475-046
Age:  73, Race:  White, Sex:  Male
Located at: Florence ADMAX USP
Release Date: LIFE
USP Florence ADMAX
U.S. PENITENTIARY
PO BOX 8500
FLORENCE, CO  81226
FLM/ExecAssistant@bop.gov<FLM/ExecAssistant@bop.gov>;

Theodore John "Ted" Kaczynski,

MKUltra is an appealable issue. Why did you not use it as a defense? Your attorneys and the judge knew
that you had been subjected to MKUtra.

I have attached a copy of a "Google" search of the internet. It is common knowledge that you were a
test subject for MKUltra. I am a test subject for the follow up program.


Godspeed,
David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086, davidandrewchristenson@gmail.com

Theodore John "Ted" Kaczynski
THEODORE JOHN KACZYNSKI
Register Number: 04475-046
Age: 73, Race: White, Sex: Male
Located at: Florence ADMAX USP
Release Date: LIFE
USP Florence ADMAX
U.S. PENITENTIARY
PO BOX 8500
FLORENCE, CO  81226
FLM/ExecAssistant@bop.gov<FLM/ExecAssistant@bop.gov>;

February 10th, 2016

Theodore John "Ted" Kaczynski,

# Can and will you help mankind?

In the fall of 1980 I was subjected to a chemical warfare experiment. 4,400 Air Force Academy Cadets were injected with a virus/bacteria/fungi/etc. The Cadet Wing became so sick that school was canceled and the entire Cadet Wing was quarantined for three days. Many of the 4,400 Cadets were transported to the hospital. The Cadets were 18-24 years old and in outstanding physical shape. What made us so contagious? I was informed by an infectious disease doctor that if that injection had been given to the general population that 80% would have died.

The long term effect was apathy. I know that sounds stupid. It is a lack of caring for one's self and others.

I say this with 100% accuracy: not one of the Cadets that I attended the Air Force Academy should have made the rank of General. Those that did were hollow puppets. The current Superintendent is Michelle Johnson and the previous was Michael Gould. Mike was my football coach and Michelle and I were from Iowa. Both were incompetent and should not have made it past the rank of Major.

I asked the Air Force Academy, General Michelle Johnson, General Michael Gould and the Association of Graduates to send out a medical and mental health questionnaire to all graduates and their families. 22 Veterans and 40 military family members commit suicide every day so I felt that it was prudent to help my brothers and sisters.

This request caused me to be barred from the Air Force Academy for life. Please Review the attached package. I know it is disjointed. Read the first paragraph of the letter that barred me from the Academy. You would think that a military institution would protect my First Amendment Rights.

I know you don't have access to the internet. All of the 750 videos that I produced and put on the internet have been removed and sanitized. Each video had its own internet address. Only our government would have the resources to remove the videos and censor me.

https://en.wikipedia.org/wiki/Project_MKUltra

Project MKUltra—sometimes referred to as the CIA's mind control program—was the code name given to an illegal program of experiments on human subjects, designed and undertaken by the United States Central Intelligence Agency (CIA). Experiments on humans were intended to identify and develop drugs, alcohol, stick and poke tattoos, and procedures to be used in interrogations and torture, in order to weaken the individual to force confessions through mind control. Organized through the Scientific Intelligence Division of the CIA, the project coordinated with the Special Operations Division of the U.S. Army's Chemical Corps.[1] The program began in the early 1950s, was officially sanctioned in 1953, was reduced in scope in 1964, further curtailed in 1967 and officially halted in 1973.[2] The program engaged in many illegal activities;[3][4][5] in particular it used unwitting U.S. and Canadian citizens as its test subjects, which led to controversy regarding its legitimacy.[3](p74)[6][7][8] MKUltra used numerous methodologies to manipulate people's mental states and alter brain functions, including the surreptitious administration of drugs (especially LSD) and other chemicals, hypnosis,[9] sensory deprivation, isolation, verbal and sexual abuse, as well as various forms of torture.[not verified in body] The scope of Project MKUltra was broad, with research undertaken at 80 institutions, including 44 colleges and universities, as well as hospitals, prisons, and pharmaceutical companies.[10] The CIA operated through these institutions using front organizations, although sometimes top officials at these institutions were aware of the CIA's involvement.[11] As the US Supreme Court later noted, MKULTRA was: concerned with "the research and development of chemical, biological, and radiological materials capable of employment in clandestine operations to control human behavior." The program consisted of some 149 subprojects which the Agency contracted out to various universities, research foundations, and similar institutions. At least 80 institutions and 185 private researchers participated. Because the Agency funded MKUltra indirectly, many of the participating individuals were unaware that they were dealing with the Agency.[12]

Project MKUltra was first brought to public attention in 1975 by the Church Committee of the U.S. Congress, and a Gerald Ford commission to investigate CIA activities within the United States. Investigative efforts were hampered by the fact that CIA Director Richard Helms ordered all MKUltra files destroyed in 1973; the Church Committee and Rockefeller Commission investigations relied on the sworn testimony of direct participants and on the relatively small number of documents that survived Helms' destruction order.[13]

In 1977, a Freedom of Information Act request uncovered a cache of 20,000 documents relating to project MKUltra, which led to Senate hearings later that same year.[3][14] In July 2001, some surviving information regarding MKUltra was declassified

Precursor experiments[edit]

In 1945 the Joint Intelligence Objectives Agency was established and given direct responsibility for Operation Paperclip. The program recruited former Nazi scientists,[15] some of whom had been identified and prosecuted as war criminals during the Nuremberg Trials.[16]

Several secret U.S. government projects grew out of Operation Paperclip.[citation needed] These projects included Project CHATTER (established 1947), and Project BLUEBIRD (established 1950), which was renamed Project ARTICHOKE in 1951. Their purpose was to study mind control, interrogation, behavior modification and related topics.

The project's intentionally oblique CIA cryptonym is made up of the digraph MK, meaning that the project was sponsored by the agency's Technical Services Staff, followed by the word Ultra (which had previously been used to designate the most secret classification of World War II intelligence). Other related cryptonyms include Project MKNAOMI and Project MKDELTA.

Headed by Sidney Gottlieb, the MKUltra project was started on the order of CIA director Allen Welsh Dulles on April 13, 1953.[17] Its aim was to develop mind-controlling drugs for use against the Soviet bloc, largely in response to alleged Soviet, Chinese, and North Korean use of mind control techniques on U.S. prisoners of war in Korea.[18] The CIA wanted to use similar methods on their own captives. The CIA was also interested in being able to manipulate foreign leaders with such techniques,[19] and would later invent several schemes to drug Fidel Castro. Experiments were often conducted without the subjects' knowledge or consent.[20] In some cases, academic researchers being funded through grants from CIA front organizations were unaware that their work was being used for these purposes.[21]

In 1964, the project was renamed MKSEARCH. The project attempted to produce a perfect truth drug for use in interrogating suspected Soviet spies during the Cold War, and generally to explore any other possibilities of mind control. Another MKUltra effort, Subproject 54, was the Navy's top secret "Perfect Concussion" program, which was supposed to use sub-aural frequency blasts to erase memory. However, the program was never carried out.[22]

Because most MKUltra records were deliberately destroyed in 1973 by order of then CIA director Richard Helms, it has been difficult, if not impossible, for investigators to gain a complete understanding of the more than 150 individually funded research sub-projects sponsored by MKUltra and related CIA programs.[23]

The project began during a period of what Rupert Cornwell described as "paranoia" at the CIA, when America had lost its nuclear monopoly, and fear of Communism was at its height.[24] James Jesus Angleton, head of CIA counter-intelligence, believed that the organization had been penetrated by a mole at the highest levels.[24]

Goals[edit]

The Agency poured millions of dollars into studies examining methods of influencing and controlling the mind, and of enhancing their ability to extract information from resistant subjects during interrogation.[25][26]

Some historians have asserted that creating a "Manchurian Candidate" subject through "mind control" techniques was a goal of MKUltra and related CIA projects.[27] Alfred McCoy has claimed that the CIA attempted to focus media attention on these sorts of "ridiculous" programs, so that the public would not look at the primary goal of the research, which was developing effective methods of torture and interrogation. Such authors cite as one example that the CIA's KUBARK interrogation manual refers to "studies at McGill University", and that most of the techniques recommended in KUBARK are exactly those that researcher Donald Ewen Cameron used on his test subjects (sensory deprivation, drugs, isolation, etc.).[25]

One 1955 MKUltra document gives an indication of the size and range of the effort; this document refers to the study of an assortment of mind-altering substances described as follows:[28]

1. Substances which will promote illogical thinking and impulsiveness to the point where the recipient would be discredited in public.

2. Substances which increase the efficiency of mentation and perception.

3. Materials which will cause the victim to age faster/slower in maturity.

4. Materials which will promote the intoxicating effect of alcohol.

5. Materials which will produce the signs and symptoms of recognized diseases in a reversible way so that they may be used for malingering, etc.

6. Materials which will cause temporary/permanent brain damage and loss of memory.

7. Substances which will enhance the ability of individuals to withstand privation, torture and coercion during interrogation and so-called "brain-washing".

8. Materials and physical methods which will produce amnesia for events preceding and during their use.

9. Physical methods of producing shock and confusion over extended periods of time and capable of surreptitious use.

10. Substances which produce physical disablement such as paralysis of the legs, acute anemia, etc.

11. Substances which will produce a chemical that can cause blisters.

12. Substances which alter personality structure in such a way that the tendency of the recipient to become dependent upon another person is enhanced.

13. A material which will cause mental confusion of such a type that the individual under its influence will find it difficult to maintain a fabrication under questioning.

14. Substances which will lower the ambition and general working efficiency of men when administered in undetectable amounts.

15. Substances which promote weakness or distortion of the eyesight or hearing faculties, preferably without permanent effects.

16. A knockout pill which can surreptitiously be administered in drinks, food, cigarettes, as an aerosol, etc., which will be safe to use, provide a maximum of amnesia, and be suitable for use by agent types on an ad hoc basis.

17. A material which can be surreptitiously administered by the above routes and which in very small amounts will make it impossible for a person to perform physical activity.

Experiments[edit]

CIA documents suggest that "chemical, biological and radiological" means were investigated for the purpose of mind control as part of MKUltra.[29] A secret memorandum granted the MKUltra director up to six percent of the CIA research budget in fiscal year 1953, without oversight or accounting.[30] An estimated $10 million USD (roughly $87.5 million adjusted for inflation) or more was spent.[31]

Godspeed,

David Andrew Christenson

Box 9063

Miramar Beach, Fl. 32550

504-715-3086, davidandrewchristenson@gmail.com

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

United States of America                              Case No: Cr. 96-00259 GEB

Plaintiff,

v.                                                    Motion to Intervene by

Theodore John Kaczynski                               David Andrew Christenson

Defendant.

Motion to Intervene

Reference Supreme Court Writ 14-10077 filed by David Andrew Christenson. This Motion to Intervene has been forwarded to the Supreme Court.

Theodore John Kaczynski did not receive a fair trial and did not receive zealous representation.

Mr. Kaczynski was a subject in the MKUltra experiment.

I would like to present documented and factual evidence concerning the program and its side effects.

I have been subjected to the follow up program. The Supreme Court has the documentation.

Please grant this Motion to Intervene in the interest of Justice and for Mankind.

Attachment 1: Letter to Kaczynski.
Attachment 2: The Supreme Court Murdered Mankind Original Documentation from the Supreme Writ 14-10077 The Katrina Virus By David Andrew Christenson Index

Godspeed,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com

FILED

JAN 04 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1.

U.S. MAIL CERTIFIED          Theodore John Kaczynski

ARTICLE NUMBER               04475-046

7010 0780 0001               U.S. Penitentiary Max

0653 1502                    P.O. Box 8500

PRIORITY MAIL                Florence CO 81226-8500

                             December 27, 2010

Erin J. Radekin

Attorney at Law              Re: E.D. Cal. No.

428 J Street, Suite 350      96-CR-259 and  GEB GGH

Sacramento CA 95814          9th Cir. No.

                                      10-10495

Dear Ms. Radekin:

   Today, 12/27/10, I received your letter
dated 12/20/10. In that letter you state the
terms of an agreement that you have made
with the government. In our telephone conver-
sation of 12/6/10 you proposed to me the
same agreement to be made with the govern-
ment, and I clearly and unequivocally rejected
that agreement.

   In our telephone conversation of 12/6/10, and
again in my letter to you dated 12/6/10 (which
I wrote after the telephone conversation), I
made explicitly clear that my minimum demand
was that my designee, Julie Herrada, should
have 90 (ninety) days to review the copies of

T.J. KACZYNSKI to E.J. RADEKIN 12/27/10

2.

the papers before the originals are sold.

There are several reasons why your agree-ment with the government is totally unacceptable, including but not limited to the following:

(i) You will be in far too much of a hurry to do an adequate job of reviewing all those thousands of pages. Your mention of 5 days as possibly an adequate time to review all the copies is ludicrous. The government estimates there are 40,000 pages. I believe this is an overestimate, so let's cut it in half and say 20,000 pages. A simple computation shows that if you spend just one minute on each page, it will take you more than $8\frac{1}{2}$ weeks [*] at 40 hours a week to review all 20,000 pages.

When Julie Herrada asked for 90 days, minimum, she did so for a good reason.

(ii) You will not be motivated to do a good job of reviewing the copies, because your interests will not be affected by the outcome. If it later turns out that some pages are missing or illegible, it's no skin off your nose. And, frankly, it's my impression that you are more concerned to minimize the time and effort that you put into this case than you are to defend my interests. In contrast,

Julie Herrada does have an interest in reviewing the copies carefully, because of course she wants a complete set of legible copies for the Labadie Collection.

(iii) You forget that it's not only necessary to determine whether all of the copies actually provided are legible; it is also necessary to make sure that copies of all pages of all papers have in fact been provided; i.e., to make sure that no papers or pages thereof have been omitted.

Discussions between me and Julie Herrada will surely be necessary for the purpose of ascertaining whether anything has been omitted from the copies provided by the government. With 90 days allowed to review the papers, we can reasonably hope that there will be sufficient time for such discussions. But if you try to rush through the copies in 5 days, or even 10 days, there will be no time for such discussions.

(iv) AUSA Martel has really taken you for a sucker. Don't you see what the implications will be if you go through the papers and initial them to indicate that you think they are legible? You will severely undercut

my argument that Herrada should have 90 days to review the copies. Martel will argue on appeal: "Kaczynski's counsel has already gone over the copies and confirmed that they are all legible, so there's no need for Kaczynski's designee to go over the copies again." And it's all too likely that the court will accept that argument, no matter how hastily and carelessly you have gone over the copies.

Accordingly, I demand you do the following:

(a) Immediately repudiate your agreement with Martel (which you described in your letter to me of 12/20/10), explaining that you made that agreement after I had clearly and unequivocally told you that I would not accept such an agreement.

(b) Immediately stop reviewing any copies of the papers provided by the government.

(c) Immediately file with the 9th Circuit the application for a stay pending appeal.

(d) Immediately desist from any and all bargaining with the government or the victims; make no further agreements of any kind whatsoever with the government or

T. J. KACZYNSKI to E. J. RADEKIN 12/27/10          5.

Case 1:18-cv-03501-JGK   Document 91   Filed 06/05/18   Page 21 of 25
Case 2:96-cr-00259-GEB-GGH   Document 801   Filed 01/04/11   Page 5 of 5

the victims; and proceed promptly with the appeal.

(e) If you are unwilling or unable to comply fully with every one of the foregoing demands (a), (b), (c), and (d), then file with the 9th Circuit on my behalf a motion for new counsel, and for a postponement of the deadline for filing our opening brief until I have new counsel and the new counsel has had time to prepare a brief.

I am sending copies of this letter to the clerks of the district court and of the 9th Circuit, with a request that said copies be filed in the record; this may be important in the event I have to request new counsel.

Sincerely yours,

Theodore John Kaczynski

THEODORE   JOHN   KACZYNSKI

[ * Computational error.  In place of "more than $8\frac{1}{2}$ weeks" read "$8\frac{1}{3}$ weeks." ]

Theodore John "Ted" Kaczynski                                February 12th, 2016
THEODORE JOHN KACZYNSKI
Register Number: 04475-046
Age:  73, Race:  White, Sex:  Male
Located at: Florence ADMAX USP
Release Date: LIFE
USP Florence ADMAX
U.S. PENITENTIARY
PO BOX 8500
FLORENCE, CO  81226
FLM/ExecAssistant@bop.gov<FLM/ExecAssistant@bop.gov>;

Theodore John "Ted" Kaczynski,

I sent this email to the Supreme Court: Theodore John "Ted" Kaczynski was a subject in the MKUltra
experiments. The prosecution and defense attorneys knew and did nothing. The known side effects
could have exonerated Mr. Kaczynski. The Federal Government was and is culpable. Mr. Kaczynski did
not receive zealous representation. I was a subject in the follow up program to MKUltra.
Federal Whistleblower Coast Guard Commander was also a subject but he was murdered by the DOJ.

Your attorneys knew but were not allowed to use this information. This is where I come in. The Danziger
case in New Orleans is connected to the chemicals that were released. Ochsner Hospital and Tulane
University were connected to the release of the Katrina Virus as well. I will explain in detail at a later
date.

This is and was more important than just National Security. MKUtra had to do with the assassination of
President John F. Kennedy. Lee Harvey Oswald was selected to be the Manchurian Candidate. He
worked in the primate labs and chemical warfare labs in New Orleans. This is all documented. The CIA
was involved. CIA Director Richard Helms destroyed all of the evidence that the CIA possessed.

WOW!!!

Godspeed,
David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086, davidandrewchristenson@gmail.com



David Andrew Christenson <davidandrewchristenson@gmail.com>

## Supreme Court Submission Theodore John "Ted" Kaczynski was a subject in the MKUltra experiments. The prosecution and defense attorneys knew and did nothing. The known side effects could have exonerated Mr. Kaczynski. The Federal Government was and is culpable.

1 message

**David Andrew Christenson** <davidandrewchristenson@gmail.com>          Wed, Feb 10, 2016 at 6:33 PM

To: Supreme/Chris Supreme/Vasil <cvasil@supremecourt.gov>, Supreme/Ethan Supreme/Torrey <etorrey@supremecourt.gov>, "Supreme/Jeffrey P. Supreme/Minear" <jminear@supremecourt.gov>, Supreme/Jeffrey Supreme/Atkins <jatkins@supremecourt.gov>, Supreme/Kathleen Supreme/Arberg <karberg@supremecourt.gov>, Supreme/Robert Hawkins <rhwakins@supremecourt.gov>, Supreme/Scott Supreme/Harris <sharris@supremecourt.gov>

---------- Forwarded message ----------
From: <PIONoReply@supremecourt.gov>
Date: Wed, Feb 10, 2016 at 6:25 PM
Subject: Supreme Court Submission
To: davidandrewchristenson@gmail.com

Thank you for your submission, it has been received and should it require any other information we will contact you at this e-mail address. - Public Information Officer, U.S. Supreme Court

Theodore John "Ted" Kaczynski was a subject in the MKUltra experiments. The prosecution and defense attorneys knew and did nothing. The known side effects could have exonerated Mr. Kaczynski. The Federal Government was and is culpable.

Mr. Kaczynski did not receive zealous representation.

I was a subject in the follow up program to MKUltra.

Federal Whistleblower Coast Guard Commander was also a subject but he was murdered by the DOJ.

David Andrew Christenson
504-715-3086

📄 Theodore Kaczynski 5 MKUltra.pdf
8863K

C RAY NAGIN                                                                02/12/2016
Register Number: 32751-034
Age:  59
Race:  Black
Sex:  Male
Located at: Texarkana FCI
Release Date: 05/25/2023
C RAY NAGIN
Register Number: 32751-034
FCI Texarkana
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 7000
TEXARKANA, TX  75505

Ray,

It is not too late for you to help me save mankind and your family.


Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
504-715-3086

UNITED STATES
POSTAL SERVICE.

**P**

**US POSTAGE**
**$7.60**

PRIORITY MAIL

Origin: 32550
Destination: 10007
0 Lb 4.80 Oz
May 31, 18
1122510954-38

Expected Delivery Day: 06/02/2018

USPS TRACKING N

9505 5134 4386 8151

RECEIVED

2018 JUN -5 AM 9:31

CLERK'S OFFICE
S.D.N.Y.

US NP3
US NP3
S.D.N.Y.

Clerk
US District Court SD New York
500 Pearl Street
New York, NY 10007-1312

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

Pro Se
SM

PRIORITY MAIL

TRACKED
INSURED

Label 107R, May 2014