# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

DEMOCRATIC NATIONAL COMMITTEE,

            Plaintiff,

-against-                                  18 Civ. 03501 (JGK)

THE RUSSIAN FEDERATION, et. al.          **MOTION FOR ADMISSION**

                                                **PRO HAC VICE**

            Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Robert C. Buschel hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Roger J. Stone, Jr. in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Florida and California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: June 6, 2018

Respectfully Submitted,

_____

Applicant Signature: _____

Applicant's Name: Robert C. Buschel

Firm Name: Buschel Gibbons, P.A.

Address: One Financial Plaza, Suite 1300, 100 S.E. Third Avenue

City/State/Zip: Fort Lauderdale, FL 33394

Telephone/Fax: 954-530-5301

Email: Buschel@BGlaw-pa.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMOCRATIC NATIONAL COMMITTEE

    Plaintiff,

v.

Case No. 1:18-cv-03501-JGK

THE RUSSIAN FEDERATION, et. al.,

    Defendants.
_____/

## AFFIDAVIT OF ROBERT BUSCHEL IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Robert Buschel, hereby declare:

1. My name, office address, and telephone number are as follows:

   Robert C. Buschel
   Buschel Gibbons, P.A.
   One Financial Plaza, Suite 1300
   100 S.E. Third Avenue
   Fort Lauderdale, FL 33394
   (954) 530-5301
   Buschel@BGlaw-pa.com

2. I have been admitted to the following courts and bars:

   Supreme Court of Florida (1995) (Fla. Bar No. 0063436)

   Supreme Court of California (2010) (Cal. Bar No. 269354)

3. I am currently in good standing with all states, courts, and bars in which I am admitted. There are no disciplinary proceedings presently pending against me in any court or state bar.

4. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Fort Lauderdale, Florida this 6th day of June, 2018.

_____
Robert C. Buschel

BEFORE ME, a notary public, in and for the State of Florida, personally appeared the above-named Robert C. Buschel who acknowledged that he did sign the foregoing instrument and that the same is his free and voluntary act and deed.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed my official seal this 6th day of June, 2018.

_____
Notary Public  Adelita G. Cabello

[Notary Seal: ADELITA G. CABELLO, MY COMMISSION EXPIRES DECEMBER 15, 2020, #GG 055669, Bonded thru Notary Public Underwriters, NOTARY PUBLIC, STATE OF FLORIDA]

*Affiidavit Robert C. Buschel*
*In support of motion for admission pro hac vice*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMOCRATIC NATIONAL COMMITTEE   Plaintiff,

-against-

THE RUSSIAN FEDERATION et. al.
                    Defendant.

18 cv 03501 ( JGK )

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of  Robert C. Buschel , for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of Florida and California ; and that his/her contact information is as follows (please print):

Applicant's Name: Robert C. Buschel

Firm Name: Buschel Gibbons, P.A.

Address: One Financial Plaza, Suite 1300, 100 S.E. Third Avenue

City / State / Zip: Fort Lauderdale, FL 33394

Telephone / Fax: 954-530-5301

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Roger J. Stone, Jr. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____              _____

United States District / Magistrate Judge