# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida      )

County of Leon       )        In Re:  0063436
Robert Buschel
Buschel Gibbons, P.A.
100 S.E. Third Avenue, Suite 1300 1 Financial Plz
Fort Lauderdale, FL 33394-0002

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 22, 1995**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this <u>6th</u> day of  **June**, **2018**.

Pam Gerard, Manager
Membership Records Dept.
The Florida Bar

PG:R10
CTM-13932

