USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: ___6-7-18___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEMOCRATIC NATIONAL COMMITTEE,                    18-cv-3501 (JGK)

                              PLAINTIFF,           ORDER

        - AGAINST -

THE RUSSIAN FEDERATION ET AL.,

                              DEFENDANTS.

---

JOHN G. KOELTL, District Judge:

The Court has reviewed the filings of David Christenson, which do not seek any relief in this case to which Mr. Christenson is entitled. In particular, Dkt. Nos. 90 and 91 are **stricken**. Mr. Christenson is advised that if he continues to make filings that do not seek appropriate relief in this case he may be subject of an anti-filing injunction.


SO ORDERED.

Dated:     New York, New York
           June 6, 2018

                                   _____
                                        John G. Koeltl
                                 United States District Judge