UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
DEMOCRATIC NATIONAL COMMITTEE,

      Plaintiffs,

  -against-

THE RUSSIAN FEDERATION, et al.*;*

      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Civil Action No. 1:18-cv-03501

**MOTION FOR ADMISSION**
*PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Alison Sarah Deich, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff in the above-captioned action.

I am in good standing of the bars of the District of Columbia and Virginia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied readmission by any court. Pursuant to Local Rule 1.3, I have attached certificates of good standings from the bars of the District of Columbia and Virginia as Exhibits A and B, and a proposed order for admission as Exhibit C.

Dated: June 7, 2018
New York, NY

Respectfully submitted,

/s/ *Alison Sarah Deich*
Alison Sarah Deich
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW ● Fifth Floor
Washington, DC 20005
(202) 408-4600

adeich@cohenmilstein.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
DEMOCRATIC NATIONAL COMMITTEE,

    Plaintiffs,

-against-

THE RUSSIAN FEDERATION, et al.;

    Defendants.
------------------------------------- X

Civil Action No. 1:18-cv-03501

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY ALISON SARAH DEICH**

I, Alison Sarah Deich, being duly sworn in, do hereby depose and state that:

1. I write this affidavit in support of my Motion for Admission *Pro Hac Vice* in the above captioned action.

2. I am an attorney for Plaintiff, DEMOCRATIC NATIONAL COMMITTEE.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. There are no disciplinary proceedings pending presently against me.

Sworn to this 7th day of June 2018.

                                                                Alison Sarah Deich

Subscribed and sworn to before me
This 7th day of June 2018.

Notary Public
My Commission expires:

MARCIA A. WADE
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires November 30, 2018

# EXHIBIT A



# EXHIBIT B

# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

## Alison Sarah Deich

was admitted to practice as an attorney and counsellor at the bar of this Court on December 3, 2014.

I further certify that so far as the records of this office are concerned, Alison Sarah Deich is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 4th day of June A.D. 2018

By: _____
Deputy Clerk

# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
DEMOCRATIC NATIONAL COMMITTEE,

        Plaintiffs,

  -against-

THE RUSSIAN FEDERATION, et al. *;*

        Defendants.
------------------------------------- X

Civil Action No. 1:18-cv-03501

**ORDER FOR ADMISSION**
*PRO HAC VICE*

The motion of Alison Sarah Deich for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member of good standing of the bars of the state of Virginia and the District of Columbia; and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | **Alison Sarah Deich** |
| Firm Name: | **Cohen Milstein Sellers & Toll PLLC** |
| Address: | **1100 New York Avenue, NW, Suite 500, West Tower** |
| City/State/Zip: | **Washington, DC   20005** |
| Telephone/Fax: | **(202)408-4600 / (202) 408-4699** |

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiffs in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                              United States District/Magistrate Judge