UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEMOCRATIC NATIONAL COMMITTEE,  18-cv-3501 (JGK)

        PLAINTIFF,  ORDER

  - AGAINST -

THE RUSSIAN FEDERATION ET AL.,

        DEFENDANTS.



---

JOHN G. KOELTL, District Judge:

Dkt. No. 95 is **stricken**. There was no permission granted to file the amicus brief. If Mr. Farrell continues to make filings that do not seek any appropriate relief, he may be subject to an anti-filing injunction.

SO ORDERED.

Dated:    New York, New York
           June 7, 2018

                                      John G. Koeltl
                             United States District Judge