UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson

DEMOCRATIC NATIONAL COMMITTEE,

Plaintiff,

v.

RUSSIAN FEDERATION, et al;
Defendants.

Civil Action No. 1:18-cv-03501

Racketeer Influenced and
Corrupt Organization Act (RICO)

Judge John G. Koeltl

Amicus (Sixteen)

I reached out to President Jimmy Carter and here is what happened. This epitomizes our society.

Side note: If I was having transgender issues I would have a million people trying to help me.

The first time I voted was in 1976 while I was a freshman at the United States Air Force Academy. I was 18 and I voted for Jimmy Carter.

Carter's public persona is far different than what he really is.

Carter public persona is that of an: American, man, father, brother, etc. He is a devote Christian. He attended the Naval Academy and served his country as a Navy Officer. He is a humanitarian. He was President of the United States. I could not pick a better person to ask for help. I was wrong. If he does not care who does? It is all about marketing in this world and Carter has perfected the marketing of himself.

The attached eleven Amicus Pleadings were filed in the following cases:

1. United States v. Boucher (1-18:cr-00004) Judge Marianne O. Battani

2. United States v. Manafort (1:18-cr-00083) Senior Judge T.S. Ellis, III

3. Manafort v. United States (1:18-cv-00011) Judge Amy Berman Jackson

4. United States v. Flynn (1:17-cr-00232) Judge Emmet G. Sullivan

5. United States v. Papadopoulos (1:17-cr-00182) Judge Randolph Daniel Moss

6. United States v. Manafort (1:17-cr-00201) Judge Amy Berman Jackson

7. United States v. Internet Research Agency LLC (1:18-cr-00032) Judge Dabney L. Friedrich

8. United States v. Van Der Zwann (1:18-cr-00031) Judge Amy Berman Jackson

9. Deepwater Horizon v. BP Exploration & Production (16-30918) Judge Carl Barbier

10. Democratic National Committee v. Russian Federation, et al (1:18-cv-5301) Judge John G. Koeltl

11. State of Louisiana v. Nathan Foreman (Section H Case 459100) Judge Camille Buras

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on June 2nd, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____

David Andrew Christenson

14-10077
August 4th, 2015
Supplemental Six
Contacted President Jimmy Carter
Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
Filed May 22nd, 2015

The attached emails were sent to President Jimmy Carter. Please review before continuing.

I received an immediate call from Security Manger Timothy Wilcox (404-420-3806) and was informed that the emails were threatening and were being passed along to the Secret Service.

I asked him if he was armed and if this was a security matter and he informed me that it was. I asked if I had a right, constitutional right, to contact President Carter and he said "no". He made it absolutely clear President Carter was not interested and that I was not to contact President Carter, his Library or his Center again. I asked why an armed agent would respond to such emails and was informed that all emails to President Carter were responded to in that way.

I am speechless. Is this the world that we want?

Sincerely filed,
In Proper Person and Pro Se,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086, davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on August 4th, 2015 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail including:
Solicitor General Donald B. Verrilli Jr.
Counsel of Record United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001
SupremeCtBriefs@USDOJ.gov, (202) 514-2217

_____
David Andrew Christenson

# President Carter Please Reference SCOTUS Writ 14-10077

David Andrew Christenson

Tue 8/4/2015 9:42 AM

To: info@cartercenter.org <info@cartercenter.org>;

President Carter,

Please contact Clerk Jeffrey Atkins at the Supreme Court for a copy of Writ 14-10077 and the Five Supplemental Writs. His number is 202-479-3263. My copy was stolen and I am waiting for Clerk Atkins to send me replacements.

You have known about this but never understood your connection. Please search your heart.

This could retroactively make you the greatest President of modern times.

Please provide me with a contact and email address so that I may send you more information.

The world and mankind need your help. Without your help we could be taking about the end of mankind. I am trying to expose the truth so that does not happen.

Godspeed.
Sincerely,
Captain David Andrew Christenson Class of 1982
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@Hotmail.com

The United States Supreme Court and The Katrina Virus
A Prelude/Reference Book/Appendix
Book 7
By David Andrew Christenson
ISBN 978-0-9846893-8-5 Hardback SCKV
ISBN 978-0-9846893-9-2 EBook SCKV
LCCN 2012933074
Copyright 1-724163643
Persimmon Publishing
Box 6374
Miramar Beach, Florida 32550
www.persimmonpublishingus.com
www.thereluctantpatriot.com

An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

PENSACOLA FL 325
04 JUN 2018 PM 2 L

Pro Se
SN

RECEIVED
2018 JUN -8 PM 3:13
CLERK'S OFFICE
S.D.N.Y.

Clerk
US District Court SD New York
500 Pearl Street
New York, NY 10007-1312