UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

Ruby J. Krajick
Clerk of Court

June 12, 2018

Secretary of State
Attn: Director of Consular Services
Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI)
U.S. Department of State
SA-29, 4TH Floor
2201 C Street N.W.
Washington, DC 20520

Re:   Democratic National Committee v. The Russian Federation et al,
      18-cv-03501(JGK)

Dear Sir:

Enclosed please find a copy of a letter received from the Law Firm of Cohen & Milstein, along with two sets of: the summons and complaint, a notice of suit, a copy of the electronic case filing rules and instructions, a copy of the court's individual practices in English and Russian and notarized translation certifications for each translated documents. Also enclosed is a money order in the amount of $2,275.00. Please transmit the documents pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(4). I am hereby requesting service upon the following:

The Russian Federation
c/o The Ministry of Justice of the Russian Federation
ul.Zhitnaya, 14
Moscow, 119991,
Russian Federation

Upon completion, please send me a certified copy of the diplomatic note of transmittal.

Thank you for your assistance.   If you have any questions, please contact me.

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Democratic National Committee

                              Plaintiff(s)      **CERTIFICATE OF MAILING**

                                                  Case No.: __18 cv 03501__ (JGK)

-v-

The Russian Federation et al,

                            Defendant(s)

I hereby certify under the penalties of perjury that on 12 day of June, 2018, I served:
The Russian Federation c/o The Ministry of Justice of the Russian Federation, ul.Zhitnaya, 14 Moscow, 119991, Russian Federation

☐ One copy of the _____

by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ One copy of the _____

by _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☒ Two copies of the summones and complaint, notice of suit, electronic case filing rules and instruction the court's individual practices in English and Russian and a notarized translation certification for each of the translated documents and a check in the amount of $2,275.00
by FEDEX 810606318707, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ One copy of the _____

by _____, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated:** New York, New York
06/12/2018

                                                 **RUBY J. KRAJICK**
                                               **CLERK OF COURT**

                                               Print Name: Jashira Carlo
                                               DEPUTY CLERK OF COURT

**FedEx Express — US Airbill**

FedEx Tracking Number: 8106 0631 8707
Form ID No.: 0200
Sender's Copy

**1 From**
Date: [blank]
Sender's FedEx Account Number: 1256-9130-7
Sender's Name: Clerk of the Court
Company: U.S. District for S.D. New York
Address: 500 Pearl St., U.S. Courthouse
City: New York   State: NY   ZIP: 10007

**2 Your Internal Billing Reference:** 10650-001

**3 To**
Recipient's Name: Secretary of State
Company: Director of Consulate Services, Office of Policy Review & Inter-Agency (CA/OCS/PRI) U.S. Dept. of State
Address: SA 29, 4TH Floor
Address: 2201 C St. NW
City: Washington   State: D.C.   ZIP: 20520

**4 Express Package Service:** FedEx Standard Overnight (checked)

**5 Packaging:** [none checked]

**6 Special Handling:** No Signature Required (checked); Does this shipment contain dangerous goods? No

**7 Payment:** Bill to Sender

644




132954

**EagleBank**
www.eaglebankcorp.com

REMITTER

Cohen Milstein Sellers & Toll Pl

DATE: June 01, 2018

65-329/550-01

PAY TO THE ORDER OF: *U.S Embassy, Moscow***

$ *******2,275.00

TWO THOUSAND TWO HUNDRED SEVENTY FIVE DOLLARS AND ZERO CENTS
_____ DOLLARS

**CASHIER'S CHECK**

McPherson Square

AUTHORIZED SIGNATURE

⑈132954⑈ ⑆055003298⑆  0300001013⑈

# COHENMILSTEIN

Joseph M. Sellers
(202) 408-4604
jsellers@cohenmilstein.com

June 8, 2018

Ruby J. Krajick, Clerk of the Court
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Democratic National Committee v. The Russian Federation et al*, Case No. 1:18-cv-03501-JGK

Dear Ms. Krajick:

Pursuant to the Court's May 24, 2018 Order granting Plaintiff's Motion for Leave to Serve Three Foreign Defendants Through the Secretary of State under 28 U.S.C. 1608(a)(4), please find enclosed the following for each of the three foreign Defendants (The Russian Federation; General Staff of the Armed Forces of the Russian Federation ("GRU"); and GRU Operative Using Pseudonym "Guccifer 2.0"):

- Two copies of the summons and complaint in English ✓
- Two copies of the summons and complaint in Russian
- A notice of suit in English ✓
- A notice of suit in Russian ✓
- A copy of the Electronic Case Filing Rules and Instructions in English ✓
- A copy of the Electronic Case Filing Rules and Instructions in Russian ✓
- A copy of this Court's individual practices in English ✓

COHEN MILSTEIN SELLERS & TOLL PLLC · 1100 New York Ave. NW · Fifth Floor · Washington, DC 20005
T 202.408.4600 · cohenmilstein.com

COHENMILSTEIN

June 8, 2018
Page 2

- A copy of this Court's individual practices in Russian

Please also find enclosed a copy of the Court's May 24, 2018 Order, notarized translation certifications for each of the translated documents, and three checks made payable to the U.S. Embassy, Moscow, each in the amount of $2,275.00.

The foreign Defendants will be served at the following addresses:

- The Russian Federation
  c/o The Ministry of Justice of the Russian Federation
  ul.Zhitnaya, 14
  Moscow, 119991,
  Russian Federation

- General Staff of the Armed Forces of the Russian Federation ("GRU")
  76 Khoroshyovskoe shosse,
  Khodinka, Moscow
  Russian Federation

- GRU Operative Using Pseudonym "Guccifer 2.0"
  c/o General Staff of the Armed Forces of the Russian Federation ("GRU")
  76 Khoroshyovskoe shosse,
  Khodinka, Moscow
  Russian Federation

Please let me know if I may provide you with any additional information or documentation.

Sincerely,

*[signature]*

Joseph M. Sellers

JMS/kc
Enclosures

2356843 v1

Case 1:18-cv-03501-JGK   Document 101   Filed 06/12/18   Page 7 of 7
Case 1:18-cv-03501-JGK   Document 75   Filed 05/23/18   Page 1 of 1
Case 1:18-cv-03501-JGK   Document 64-18   Filed 05/18/18   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:18-cv-03501-JGK |
| ) | |
| v. ) | PROPOSED ORDER |
| ) | |
| THE RUSSIAN FEDERATION et al., ) | |
| ) | |
| Defendants. ) | |

Having reviewed Plaintiff's Motion for Leave to Serve Three Foreign Defendants Through the Secretary of State Under 28 U.S.C. § 1608(a)(4), and good cause appearing therefore, it is hereby

ORDERED that Plaintiff's Motion for Leave to Serve Three Foreign Defendants Through the Secretary of State Under 28 U.S.C. § 1608(a)(4) is GRANTED, and it is further

ORDERED that for each Defendant to be served pursuant to this Order, Plaintiff shall send two copies of the summons and complaint, a notice of suit, a copy of the Electronic Case Filing Rules and Instructions, and this Court's individual practices, together with a translation of each into Russian, by any form of mail requiring a signed receipt to the Clerk, and it is further

ORDERED that the Clerk of the Court shall address and dispatch these documents to the Secretary of State in Washington, District of Columbia, to the attention of the Director of Special Consular Services, and it is further

ORDERED that the Secretary shall transmit one copy of the papers through diplomatic channels to the Russian Federation and shall send to the clerk of the court a certified copy of the diplomatic note indicating when the papers were transmitted.

IT IS SO ORDERED.

Dated: May 18, 2018

_____
Judge John G. Koeltl
United States District Judge

Because this Order is necessarily issued without input from the Three Foreign Defendants to be served, it is without prejudice to any argument they may make in opposition to the requested service. So ordered. /s/ JGKoeltl/U.S.D.J. 5/23/18