**U.S. District Court**
**Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:18-cv-03501-JGK**

Movant Patrick Farrell Plaintiff

vs.

DEMOCRATIC NATIONAL COMMITTEE

and Russian Federation, et al

Racketeering Influenced Corrupt Organization Act

Judge John Koeltl

NOTICE THAT Patrick Farrell INTENDS TO FILE RICO AND COUNTER COMPLAINT IN THIS CASE AGAINST DEFENDANTS--EVIDENCE OF TRUMP-RUSSIA COLLUSION

Patrick Farrell 1126 NW 101st Place Gainesville Fl. 32606 p.farrell13@yahoo.com

**SHORT PLAIN STATEMENT OF BASIC FACTS FROM CASE 07-CA-14942-FL. 20TH**

COMES NOW Patrick Farrell, Since 1993, I as Qui Tam Relator, bankrupted ISKCON and GMAC got ISKCON fined $25 Million,numerous banks fined $100 Billion, Wells Fargo fined $25 Billion, CEO John Stumpf fired, OCWEN CEO Bill Erbey fined $2 Billion and fired and informed Robert Mueller herein causing the investigation into defendants Donald Trump,Paul Manafort and this lawsuit,that all came from the mortgage crisis, which was the largest fraud and theft of property in the history of the country,corporation called the USA. by the BAR for the CROWN

The connection between myself, and defendants is my one home note and mortgage made by COUNTRYWIDE in 2005 entrusted by WELLS FARGO that was the "DNA" of the foreclosure crisis, 3,500 empty REMIC trusts, EESA,TARP, fines against banks,the TRUMP, MANAFORT ROSS, DEUTSCHE BANK, RUSSIA cons-piracy under investigation by the FBI and DOJ.

**SUMMARILY**, Judge Rakoff in 2014 Ordered and named settlements of nearly $900 Billion of ResCap [formerly GMAC] REMIC trusts in federal lawsuits in this court to be "worth" only 2%.

THIS INCLUDED my note and mortgage that was allegedly put into an illegal empty trust called IMPAC SECURED ASSETS-2005-2, that collapsed in early 2007, evidenced by the AHM BK case # 07-11049 on AUG 6,2007, where DEUTSCHE BANK rejected 40 bogus REMIC trusts, including the named herein,where Wilbur Ross [commerce sect.] bought $50 Billion trust assets for 1% and Steve Mnuchin [treasury sect.] bought $30 billion for 1%, and conspired to enforce the note value for 100% plus costs and fees. This enjoined Case 07-CA-14942 Farrell v. GMAC in Fl. 20th Circuit. A 10 year case, as 30 year mortgages were turned into 10 year annuity bonds, I lost my home by RICO actions of defendants and other 3rd parties, GMAC,OCWEN and BAR agents.

## BACKGROUND

On Nov 14,2007 I filed #07-CA-14942 for mortgage fraud against GMAC et al.
WELLS FARGO responded with a bogus foreclosure on DEC 7,2007 with case 07-CA-16767.
The claim was for $465,000, yet really worth 2% or $9,000 as per Judge Rakoff.
Wells Fargo and IMPAC got "foreclosure on a 10 year annuity bond on DEC 8,2017.
The exclusive credit bid by WFBNA and IMPAC was for $219,000, and sold for $265,000.
Had criminal defendants followed the law I could have bought the claim for $9,000 and kept home.
The 2 cases above were joined as 07-CA-14942, and enjoins defendants herein, as it is the "DNA" of the foreclosure and financial crisis of 2008 causing the theft of Trillions of USA citizens equity, as REMIC trusts were voided by the IRS evinced in IRS Publication 938, and turned into 10 year annuity bonds,many made by WILBUR ROSS and STEVE MUNCHIN, who were both promoted by defendant Donald Trump to Commerce Secretary and Treasury Secretary for ripping people off with bogus foreclosures from 2008 to 2018 and appointing them to the highest financial positions in govt.
The connection is $100 Billion in bogus trust assets sold to DEUTSCHE BANK in 2006, rejected by DB in 2007, then sold back to Ross and Munchin for 1%, who then enforced their neo-Nazi financial fraud and terrorism upon myself and millions of others at 100% plus costs and court and attorney fees  As the DODD-FRANK ACT required loan modification and principal reduction, which never occurred, and after insurance paid the debt off, and the REMIC was turned into annuity investments,
MERS mortgages were turned into MERS=Municipal Employee Retirement System.
This is where the Fl. Re-Publican courts became a rigged gambling house where "ROCKET DOCKET foreclosures" were RICO theft and the judges,clerks,police and sheriffs stole people's homes, and bought them at discount.
TAKE JUDICIAL NOTICE the Jews named herein are actually Russian Khazars, serving RUSSIA.
On JAN 12,2009 I filed case # 2:09-cv-16-FtM-29SPC, for the same $100 BILLION against the entire federal and state Govt, in response to the EESA TARP legislation that rewarded Wall Street Banks for $6 Trillion in Fraudulent insurance claims on 3,500 REMIC trusts, that were actually Credit Default Swaps, bets, made mostly from Defendants servants, Jew of GOLDMAN-SACHS Lloyd Blankfein, insured by Jew CEO of AIG Maurice Greenberg, "entrusted" by WELLS FARGO BANK N.A. "serviced" by GMAC then OCWEN, from fraudulently appraised and inflated notes,mortgages and "loans," made by COUNTRYWIDE by it's CEO Angelo Mozilo, deposited by the RICO IMPAC MORTGAGE, all sold to AHM  Mortgage, who filed bankruptcy.

Sept 26, 2007 $50 Billion was bought back by billionaire Jew Wilbur Ross for only 1%.

$30 Billion was bought by Steve Munchin for 1%.

On info and belief Wells Fargo and Bank of America bought the other $20 Billion.

In 2013 I sued OCWEN for not adopting GMAC mortgages onto it's REAL SERVICING platform.

DEC 19,2013 the govt sued OCWEN for $2 Billion from my claims was ordered to give me my home, and/or pay my damages for 10 years litigation, but they did not.

The $2 Billion fine was a "pledge" that became collateral for equity account. The lawsuit stated that if OCWEN did not do anything they would be fined $5 Million after 3 years.

The $5 Million was actually the interest on the $2 Billion equity pledge fine.

So the State of Florida did nothing to enforce the lawsuit, OCWEN did nothing which would have cost them homes and profit etc. So the corrupt Lee County court and clerk, stole my home against the dictates of the lawsuit and split the profits between defendants and Wells Fargo.

Keep in mind this RICO actions was the same for millions of homes in Florida and the USA. It was a Countrywide patented plan that was enforced countrywide by defendants diabolical plan. Wilbur Ross in early 2014, bribed Fl Gov Rick Scott by and through OCWEN LOAN SERVICING in West Palm Beach [where defendant TRUMP has his Maralago palace] to allow Ross through OCWEN to foreclose on bogus Fl. debt already paid off with AIG,AMBAC, FATIC [First Amer. Title Ins. Co.] insurance, and Trump hired Ross as Comm. Sect. upon becoming President, and Trump forgave DEUTSCHE BANK debt of $14 billion by reducing it to $7 billion, in exchange for DEUTSCHE BANK forgiving $300 million TRUMP owed DB. The $7 billion then went to defendant Russian investors in DEUTSCHE BANK MBS CDS,  were rejected in the AHM BK. That same $7 billion was funneled to defendants Bank of Cyprus in Greece,by Paul Manafort where Wilbur Ross was on the Board of Directors, and Ross gave defendants their $7 Billion investments and Ross tried to give defendant Kushner the $300 Million Trump formerly owed.

**From defendants RICO Cons-Piracy, I have connected the dots between defendants and TARP.**

As a reward the Jews in the U.S. Treasury, Federal Reserve Bank and the IRS gave Plaintiff about $450,000 in credit, free health care, 2 spine surgeries,and free rent for 15 years and refunds.

I am the son of John L. Farrell who got a Purple Heart in WWII after being wounded for killing NAZI's and I got life saving spine surgery by Jewish director of HUMANA, anyone who calls me anti-semite gets sued for slander. Complaining about bad behavior of Jews or anyone is legitimate. All Defendants, Re-Publicans and the B.A.R. are criminals in my long experience, that doesn't make me a Democrat, it just means I am smart, wise and honest. Anyone want to have me testify? Gladly, I am the "tip of the spear" and hated by all criminals beginning with ISKCON in 1993.

**DEFENDANTS TRUMP-RUSSIA-DEUTSCHE BANK-WILBUR ROSS-WELLS FARGO-COUNTRYWIDE-GMAC-IMPAC-COLLUSION THAT STOLE MY HOUSE**

The origin of this case and my claims began with the COUNTRYWIDE FINANCIAL CO. of Calabasas CA creating millions of false, inflated appraisals and resulting notes and mortgages on homes in 2004-2005, then selling them to IMPAC MORTGAGE of Irvine CA who deposited them into "REMIC Trusts" with BEAR-STEARNS and WELLS FARGO BANK N.A. Of San Francisco,CA who sold them to AHM =American Home Mortgage, who sold them to DEUTSCHE BANK in 2006.

Funny when it comes to large sums of money,no one whines about "liberal California" who took unlawful liberties when making notes and mortgages and REMIC trusts, then using the same info. on the Fannie Mae form #1005 loan app. And inflated appraisal to make illegal Credit Default Swaps. In other words the defendants made 2 "trusts" from one house. "Double the debt, double the profit. IMPAC SECURED ASSETS-2005-2 used my note and mortgage to foreclose case 07-CA-14942. IMPAC MORTGAGE HOLDINGS-2005-6 used my loan app. And inflated appraisal to foreclose. Both of these 2 trusts were removed from IRS Publication 938 in 2007 after DEUTSCHE BANK rejected them and Wilbur Ross of WL ROSS AND CO. bought them for 1% in the AHM BK. Both these 2 empty unlawful bankrupted illegal REMIC trusts were named in the July 2013 AFFIDAVIT OF INDEBTEDNESS, filed in case 07-CA-14942 used to take my home.

How can 2 trusts take one home? Fraud, and again, this is the core of the foreclosure crisis where in Case 1:13-cv-000464-RMD, the DOJ and Lynn Syzmoniak found 3,500 trusts to be empty, including the ones named herein.

3,500 trusts @ $1.8 Billion = $6 Trillion stolen one house at a time.

In JAN 2007 the defaults began, because credit being extended was more then the money coming into people from their jobs. APRIL 2007 AHM stock went from $25 per share to .01
JULY 15,2007 the CEO of Bear called the CEO of Countrywide and complained defaults were rapidly occuring, Countrywide said to BEAR STEARNS keep selling mortgage loans.
Countrywide called Goldman Sachs, and Blankfein said invest in and sell everything SHORT.
GOLDMAN SACHS was later "punished" a mere $550 Million but made billions.
This is where the movie the BIG SHORT came from and Maiden Lane.

In other federal cases ResCap REMIC trusts worth $424 Billion were settled by Wells Fargo and other for $8 Billion or 2%, yet my house was stolen in a foreclosure scam claim of 100% plus costs and attorney fees totaling $450,000. The note was $283,000, the sale was a DEC 2017 CREDIT BID of $219,000 by Wells Fargo, IMPAC and sold to another for $265,000 in March 2018.

was then re-directed by DB, Wilbur Ross, Paul Manafort, Jared Kushner, Donald Trump, Steve Mnuchin, to their own investments, in their conniving scheme.

Wealthy JEWS, wealthy Republicans on behalf of wealthy Russians, then funneled that $7 Billion into a Russian Bank in Cyprus Greece, that was Ordered by Jew Wilbur Ross to give Jew Jared Kushner a loan of $285 Million to build real estate in New York at address 666 Park Ave.

That $7 Billion was also used as influence over the rigged election of Donald Trump by false advertising on FACEBOOK owned by wealthy Jew Mark Zuckerburg.

Now that Trump is elected, we have Special Counsel investigating the administration for Conspiring against the USA and the interests of myself which is a claim for $400,000 to $1,000,000.

From JAN 2017 to DEC 2017 I did my best to inform the crooked Re-Publican 20th Circuit Court and Judge Mike McHugh that the foreclosure case 07-CA-14942 was unlawful and illegal.

But the corrupt Re-Publican Florida Legislature gave financial incentive to Judges to "clear their dockets" of their foreclosure cases. The laws and consent orders said give the house to the homeowner the corrupt ass backwards judges gave the house to the criminal RICO banks.

**BACKGROUND**

1977 Homosexual Pedophiles infiltrated ISKCON [the Hare Krsna Cult] and murdered the Guru Srila Swami AC Bhaktivedanta Prabupada, by slowly and methodically poisoning him.

They took over the $400 Million 400 temple global empire he built and began abusing children.

In 1993 I blew the whistle on ISKCON and caused several state and federal cases.

Child abuse is a crime and Tax fraud under an IRS 501C3 umbrella.

ISKCON member Carl Woodham stupidly picked a fight with me and got his assed kicked.

ISKCON was sued for $1.4 Billion went bankrupt, paid out $25 Million, and I got a life saving spine surgery in June 2002 by HUMANA and Howard Soliman as a reward.

NOV 14 2007 Plaintiff filed 07-CA-14942 TILA rescission for restitution against defendants.

DEC 7 2007 defendants filed 07-CA-16767 for unlawful and illegal foreclosure.

JAN 12 2009 Plaintiff filed 2:09-cv-16-FtM-29SPC against the U.S. Congress for $100 Billion for giving taxpayer dollars to criminal RICO "banks" with EESA-TARP to pay for 3,500 Fraud based, inflated REMIC and CDS trusts,based on same fraud from COUNTRYWIDE made in 2004-2005.

Case # 1:13-cv-00464-RMD Dept. of Justice/Lynn Syzmoniak, based on my Qui Tam, found that 3,500 bogus REMIC trusts were empty, and confirmed by IRS Publication 938.

3,500 trusts X $1.8 Billion each = $6 Trillion, which was stolen from the American People by raising the price of gas from $2 per gallon to about $4 per gallon to fund this $6 trillion fraud.

The CPI and the GDP and the price of gas from $2 to $4 in 2009 were what they were.

$2 per gal. X 300 Million people buying 1,000 gallons per years for normal use = $600 Billion.

$600 Billion X 10 for tanks,trucks,planes,trains,shipping = $6 Trillion.

$2 Trillion for Wall Street, $2 Trillion for Saudi Arabia for their investment into MBS,which prevented paying taxes or interest to the Federal Reserve JEWS based on Sharia Law Financing Patent,$2 Trillion to Pentagon.

$1 Trillion for phony, Israeli Mossad made war in Iraq, $1 Trillion for phony war in AFGAN.

The USA military kills Muslims, grows Opium, and brings it over here to addict American people, and steals more tax dollars to "fix" the Opioid crisis, the demonic USA INC. created.

Same criminal RICO bull shit as Vietnam, and harped by assholes on FOX News, all of whom should be charged with Treason by Fake news, and hung by the neck in the public square if guilty.

FEB 27,2013 Plaintiff filed 2:13-cv-140-FtM-29DNF against STATE OF FLORIDA,et al.

DEC 19, 2013 OCWEN sued by US govt for $2 Billion for unlawful foreclosures and told to stop or be fined $5 MILLION after 3 years from Plaintiffs complaint against all conspiring parties.

The $2 Billion was actually an Annuity bond that accrued $5 Million interest in 3 years.

OCWEN was supposed to stop all foreclosures in Florida, but did it anyway,based on Rick Scott and Pam Bondi allowing them to do so. This caused the $5 Million fine to be paid to FLORIDA.

THEREFORE, the DEC 2013 "lawsuit" was actually the forming of an annuity bond for the unpaid principal debt made by COUNTRYWIDE in 2004 bought by ROSS in 2007 including my house.

The annuity [lawsuit] accrued interest [$5million fine] the State of Florida won and I lost my house

JAN 2014 Re-Publican asshole and Fl. Gov. Rick Scott took a $1 Million Bribe from OCWEN to allow illegal foreclosure on Plaintiff and many others in the STATE OF FLORIDA, servant of the criminal RICO wall street. Scott used that to spruce up his mansion to impress his friends.

APR 30, 2014 defendants OCWEN got unlawful foreclosure summary judgment for $450K.

APR 20, 2017 the CFPB, FL AG, FL Dept. Fin Reg, sued OCWEN as servicer for WFBNA trust, for unlawful and illegal foreclosures, praying for rescission and restitution for Plaintiff Patrick Farrell.

Re-publican court "judges" ignores laws and consent order and sold my home in a "credit bid" on DEC 8,2017. This was not a foreclosure it was the payoff of a 10 year annuity bond,that was made by B.A.R. Members who bought the debt for pennies on the dollar, with BAR member and fellow scumbag Pam Bondi [Fl AG] allowing this.

DEC 7,2007 Wells Fargo filed "foreclosure"on DEC 8,2017 [the day after the 10 year annuity bond matured] Wells Fargo submitted credit bid to "buy" my home at a NO BID auction

The fact that IRS Publication 938, way back in 2007 said these REMIC trusts do not exist, proves that they were turned into 10 year annuity bonds, that were moved around to various BAR agents over