UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson

DEMOCRATIC NATIONAL COMMITTEE,

Plaintiff,

v.

RUSSIAN FEDERATION, et al;
Defendants.

Civil Action No. 1:18-cv-03501

Racketeer Influenced and
Corrupt Organization Act (RICO)

Judge John G. Koeltl

Amicus (Seventeen A)
Judge Koeltl - who is protecting you from Stockholm Syndrome? I took an oath to protect you. I am not
your enemy.

Stockholm Syndrome - the psychological tendency of a hostage to bond with, identify with, or
sympathize with his or her captor

Attached is an Amicus Brief that I filed with the Supreme Court but it was never docketed.

**_AMICUS CURIAE_ BRIEF OF DAVID ANDREW CHRISTENSON AND DAVID ANDREW
CHRISTENSON ON BEHALF OF THE SUPREME COURT OF THE UNITED STATES OF AMERICA
(AS AN INSTITUTION AND THIRD BRANCH OF THE FEDERAL GOVERNMENT), THE FEDERAL
JUDICIARY, EMPLOYEES AND FAMILY MEMBERS OF THE FEDERAL JUDICIARY AND ALL
AMERICAN CITIZENS.**

The second paragraph from the Preamble:

There is an all-out ideological and criminal war being conducted by the Executive Branch against the
Judicial and Legislative branches of our Federal Government as well all Americans. How can and does
the Supreme Court's Marshal Service protect the Justices and the Court from these ideological and
criminal attacks? Every aspect of the life of a Supreme Court Justice is under attack. There is no escape.

The attached eleven Amicus Pleadings were filed in the following cases:

1.  United States v. Boucher (1-18:cr-00004) Judge Marianne O. Battani

2.  United States v. Manafort (1:18-cr-00083) Senior Judge T.S. Ellis, III

3.  Manafort v. United States (1:18-cv-00011) Judge Amy Berman Jackson

4.  United States v. Flynn (1:17-cr-00232) Judge Emmet G. Sullivan

5.  United States v. Papadopoulos (1:17-cr-00182) Judge Randolph Daniel Moss

6.  United States v. Manafort (1:17-cr-00201) Judge Amy Berman Jackson

7.  United States v. Internet Research Agency LLC (1:18-cr-00032) Judge Dabney L. Friedrich

8.  United States v. Van Der Zwann (1:18-cr-00031) Judge Amy Berman Jackson

9.  Deepwater Horizon v. BP Exploration & Production (16-30918) Judge Carl Barbier

10. Democratic National Committee v. Russian Federation, et al (1:18-cv-5301) Judge John G. Koeltl

11. State of Louisiana v. Nathan Foreman (Section H Case 459100) Judge Camille Buras

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on June 4th, 2018 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

No. 11-1200 ac

IN THE

# Supreme Court of the United States

———

Tash Hepting, et. al., Petitioners,

v.

AT&T Corporation, et. al.

*Respondent.*

———

**On Writ of Certiorari to the United States Court of Appeals for the Ninth Circuit**

———

***AMICUS CURIAE* BRIEF OF DAVID ANDREW CHRISTENSON AND DAVID ANDREW CHRISTENSON ON BEHALF OF THE SUPREME COURT OF THE UNITED STATES OF AMERICA (AS AN INSTITUTION AND THIRD BRANCH OF THE FEDERAL GOVERNMENT), THE FEDERAL JUDICARY, EMPLOYEES AND FAMILY MEMBERS OF THE FEDERAL JUDICARY AND ALL AMERICAN CITIZENS.**

———

David Andrew Christenson
*Pro Se*
Box 9063
9815 US Highway 98 West
BC 156
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@hotmail.com
"THE RELUCTANT PATRIOT"
*Classified as a terrorist by the Department of Justice*

## PREAMBLE

THE SUPREME COURT MUST ISSUE AN ALL ENCOMPASSING LANDMARK DECISION (9-0). This will serve the Supreme Court, the Justices and all Americans.  The landmark decision must be punitive so as to prohibit current and future criminal activity by the Executive Branch.

There is an all-out ideological and criminal war being conducted by the Executive Branch against the Judicial and Legislative branches of our Federal Government as well all Americans. How can and does the Supreme Court's Marshal Service protect the Justices and the Court from these ideological and criminal attacks? Every aspect of the life of a Supreme Court Justice is under attack. There is no escape.

The criminal activity in this case was perpetrated against the Supreme Court, the Justices and all Americans. This is the tip of the iceberg.  Since the filing of the original lawsuit, immunity has been granted to those that participated in the willful and intentional criminal activity. Would the Justices really consider approving of immunity for those people that harmed the Supreme Court?

The Supreme Court must regains its' position as the protector of the Constitution and all Americans.

The Executive Branch has isolated the Supreme Court and the end result is that the Court has become a non-entity and irrelevant in judicial matters concerning criminal law, terrorism and war. The Executive Branch uses the pretense of Patriotism as a means to sway the court.

STATEMENT OF FACT: The Supreme Court, the Justices, employees of the Supreme Court and the Federal Judiciary and all of their family members are all under surveillance by the Executive Branch. The United States Congress is under surveillance as well. Agencies within the Executive Branch are spying on each other.

Civil Disobedience is now classified as terrorism.

## PREMISE

This is an Amicus Brief (ac) that supports neither party.

The Amicus Brief is drafted by a Federal Whistleblower who happens to be an officer in the United Sates Air Force. (A "regular" commission places Constitutional Responsibility on an officer weather he is on active duty or not.)

All Americans would and could be a party to this writ. This includes all Supreme Court Justices, employees and families as well as all members of the Federal Judiciary and their family members.

Standing (In simplistic form) would be granted to any American who would derive a benefit from the Emergency/911 response system. The benefit could come from a cell phone, landline, internet, etc.

One cause of action for all would be the violation of their 1st and 4th Amendment privileges.

The Supreme Court has become a nonentity and irrelevant in criminal, terrorist and war matters. The Executive Branch of the Federal Government has isolated the Supreme Court by the sinister use of propaganda and the creation of shadow governmental agencies, organizations, websites, bloggers, law firms, etc.

The writ is moot. The release of the information was a distraction. The Executive Branch had already taken the necessary steps to acquire the information. The Executive Branch has bypassed the Federal Judiciary.

Plaintiffs did not suffer any discernible harm.

The release of the information from the Bush Administration was a decoy and was obsolete when released.

Why would the Supreme Court grant immunity to those that had criminal harmed the Supreme Court?

Supreme Court Judges were not excluded by the defendants when criminally transferring information to the NSA.

Supreme Court Judges are not excluded from "Data Mining" by the Executive Branch. All information about Supreme Court Judges in any data base in the world is accessed by the Executive Branch and stored for five years.

TABLE OF CONTENTS

| | Page |
|---|---|
| Amicus Title | 1 |
| Preface | 2 |
| Premise | 2, 3 |
| TABLE OF CONTENTS | 4 |
| TABLE OF AUTHORITIES | 5 - 13 |
| INTEREST OF THE *AMICUS CURIAE* | 14 - 19 |
| STATEMENT OF THE CASE | 20 |
| SUMMARY OF ARGUMENT | N/A |
| REASONS FOR GRANTING THE PETITION | N/A |
| CONCLUSION | 20 |

## TABLE OF AUTHORITIES

No.

U.S. CONSTITUTION, THE BILL OF RIGHTS AND FEDERAL LAW

1. Preamble
2. Article I
3. Article II
4. Article III
5. First Amendment
6. Fourth Amendment
7. Fifth Amendment
8. Sixth Amendment
9. Eight Amendment
10. Ninth Amendment
11. Misprision of Felony Title 18
12. Misprision of Treason Title 18
13. The Posse Comitatus Act of 1878 Title 18
14. Insurrection Act Title 10
15. Bankruptcy Code Title 11

OTHER AUTHORITIES

16. National Public Radio (NPR's News Blog) *Holder Found In Contempt Of Congress* June 28th, 2012 By: Eyder Peralta ("This is the first time in history that an attorney general has been held in contempt".)

17. Emergency Writ/Appeal David Christenson v. USA XXXX-06/20/2011 (Magistrate No. 522-477) (The Four Major violations of Federal Law during Hurricane Katrina)

18. FOX8 News *Perricone's posts could affect Danziger Bridge Case* April 11th, 2012 8:37 PM CDT Written by: Natasha Robin

19. FOX8 News *Judge refuses to toss suit over man's arrest* 03/19/2012 2:21 PM No author

20. FOX News *A vast new federal power* July 2nd, 2012 By: Judge Andrew P. Napolitano

21. CNN.com *Obama administration heeds judges' health care order* 2012-04-05 14:57 Z By: Bill Mears

22. CNN.com *Obama signs defense bill "with reservations"* 2011-12-31 21:32 Z By: CNN wire staff

23. Center for Disease Control and Prevention email *RE: Was the Supreme Court infected with the Katrina Virus?* Friday 02/03/12 6:36 AM (Statement that the Supreme Court members were not infected)

24. United States Fifth Circuit Court of Appeals Office of the Clerk Letter/Order April 3rd, 2012 By: Pamela F. Trice (Order to Attorney General Eric Holder directing him to respond to the Court concerning statements by President Barack Obama)

25. Office of the Attorney General Letter/Response April 5th, 2012 By: Eric Holder (Response by Eric Holder to the Fifth Circuit Court of Appeals)

26. NOLA.com The Times-Picayune *Federal judge's Danziger Bridge case commentary is unsparing of prosecutors* Monday, April 16, 2012, 7:30 AM By: Brendan McCarthy

27. NOLA.com The Times-Picayune *Former Gov. Blanco says public deserves full story of Rumsfeld role in Katrina response* Wednesday May 20th, 2009 2:08 PM By: Robert Travis Scott

28. GQ *And He Shall Be Judged* June 2009 By: Robert Draper

29. Department of Justice letter, Office of the Inspector General December 7th, 2011 No author name (Standard rejection letter with no case number or any discernible information)

30. Department of Justice letter (Associated Press, Reported by Federation of American Scientists) to the Senate April 30th, 2012 (The Foreign Intelligence Surveillance Court)

31. Andrew Coleman Christenson Letter *Dear Congressman King,* Andrew Coleman Christenson Letter *Dear Senator Grassley* and Andrew Coleman Christenson Letter *Dear Congressman Latham* February 20th, 2012 By: Andrew Coleman Christenson

32. David Andrew Christenson email *RE: Threats by FBI Agent Steven Rayes* MSN Hotmail Wednesday 11/10/10 3:40 PM By: David Andrew Christenson (Threat by FBI Agent Steven Rayes)

33. James Letten USALAE email *RE: Federal Public Defender* MSN Hotmail Monday 03/08/10 12:48 PM By: James Letten (Threat by US Attorney James Letten)

34. FBI Agent Steven Rayes email *RE: meeting* MSN Hotmail Tuesday 19 October 2010 11:42 AM By: Steven Rayes (Offer of cooperation)

35. David Andrew Christenson email *RE: Harassment by the Marshal Service must stop!!!* MSN Hotmail Thursday 10/21/10 10:30 AM By: David Andrew Christenson (Detailed account of US Marshal harassment)

36. FBI Agent Steven Rayes email *RE: Madere* MSN Hotmail Monday 10/18/10 1:00 PM By: Steven Rayes (Threat)

37. David Andrew Christenson email *RE: mtg. today* Friday 10/15/10 08:08 AM By: David Andrew Christenson (Concerns as to why the FBI was cooperating after 8 years)

38. James Letten USALAE email RE: MSN Hotmail Wednesday 07/27/11 1:08 PM By: James Letten

39. National Whistleblowers Center email *Stop the FDAs Illegal Surveillance of Whistleblowers* Monday 01/30/12 09:27 AM By: lmw@whhistleblowers.org

40. DAC Air, Inc. Bankruptcy Form 1 Case: 02-26388-SBB filed 02/09/05 certified by US Trustee Cynthia Skeen converted 12/15/03 Period ending 12/31/04 Assets $1,595,050.16

41. General Politics *Supreme Court Must Strike Down Plea Bargaining* http://www.policymic.com/articles/11949/supreme-court-must-strike-down-plea-bargaining By: Charis Stanek

42. The New York Times *Trial Judge to Appeals Court: Review Me* http://www.nytimes.com/2012/07/17/opinion/trial-judge-to-appeals-court-review-me.htmi? July 16th, 2012

43. The New York times *Bush Lets U.S. Spy on Callers Without Courts* December 16th, 2005 By: James Risen and Eric Lichtblau

44. The New York Times *Police Are Using Phone Tracking as a Routine Tool* March 31st, 2012 By: Eric Lichtblau

45. The New York Times *U.S. Relaxes Limits on Use of Data in Terror Analysis* March 22nd, 2012 By: Charlie Savage (Data Mining)

46. The New York Times *Federal Contractor Monitored Social Network Sites* January 13th, 2012 By: Charlie Savage

47. The New York Times *Reports detail anarchist's years as FBI probe target* 2011 By: Colin Moynihan and Scott Shane

48. The New York Times *Even those cleared of crimes can stay on FBI's watch list* 9/28/2011 12:30 AM By: Charlie Savage

49. The Washington Post *Obama signs defense bill, pledges to maintain legal rights of U.S. citizens* December 31st, 2011 By: David Nakamura

50. The Washington Post *Civil rights group sue Treasury over targeting of terror suspects for killing* August 4th, 2010 By: Spencer S. Hsu

51. The Huffington Post *Dennis Blair (Director of National Intelligence): U.S. Can Kill Suspected American Terrorists Abroad* 02/04/10 12:50 PM updated 04-06-10 05:12 AM By: Nick Wing

52. TODAYshow.com *Exonerated anthrax suspect: FBI harassed me* April 16th, 2010 7:40 AM By Mike Celizic

53. Associated Press *Fed's secret no-fly list more than doubles in a year* http://www.msnbc.msn.com/id/46233824/ns/us_news-security/ By: Eileen Sullivan

54. Associated Press *FBI chief challenges Congress on terror detainees* December 14th, 2011 1:30 PM By Donna Cassata and Andrew Taylor

55. WDSU.com *Some Call For U.S. Attorney's Job After Blogger Scandal* http://www.msnbc.msn.com/id/46761819/ns/local_news-new_orleans_la/

56. Wall Street Journal *An Odd Turn in Insider Case Outspoken Analyst Allegedly Threatens FBI Agents; New Charges Being Weighed* Unknown Date By: Jenny Strasburg and Susan Pullman

57. Harvard Medical School Hurricane Katrina Community Advisory Group *baseline dataset* http://www.hurricanekatrina.med.harvard.edu/

58. Memorandum/Friend Of The court Brief USA v. Jeffrey Lehrmann 2:10-cr-51 October 20th, 2012 By: David Andrew Christenson

59. David Andrew Christenson *The Murder of Coast Guard Commander William Goetzee* October 19th, 2011 By: David Andrew Christenson (16 page research document about the murder of an American Hero and Federal Whistleblower)

60. David Andrew Christenson Memorandum State of Louisiana v. David Christenson Magistrate No. 522-477 June 11th, 2011 By: David Andrew Christenson (US Attorney Billy Gibbens entered an appearance to be the defendant's defense attorney on behalf of the Department of Justice) (No charges were ever filed)

61. Military DVD of Danziger Bridge incident. (The Supreme court has possession of this DVD as well as other evidence)

62. www.persimmonpublishingus.com (Five tabs)

63. Facebook: David Andrew Christenson

64. YouTube: "David Andrew Christenson Channel" 61 videos.

65. Department of Justice website www.justice.gov

66. Teresa McKay. Department of Defense Director of Finance and Accounting Service (DFAS). Married to my classmate from the Air Force Academy and roommate from flight school.

67. Jeff (JK) McKay. Works at the Pentagon in finance and budgets.

68. Ambassador Donald Ensenat. President George W. Bush's roommate at Yale, director of the State Department's Office of Protocol and Ambassador to Brunei.

69. May Ray Nagin. Mayor of New Orleans during Hurricane Katrina.

70. FBI Special Agent Steven Rayes.

71. Mayor Moon Landrieu. Past Mayor of New Orleans and father of Senator Mary Landrieu and Mayor Mitch Landrieu of New Orleans.

72. Mayor Mitch Landrieu. Current mayor of New Orleans.

73. Senator Mary Landrieu. Senator from Louisiana during Hurricane Katrina and is still in office.

74. Navy Lt. Andrew Bourret. Navy SEAL stationed at Stennis Space Center.

75. Navy Admiral John Christenson. President of the Naval War College.

76. Alfred Groos. General Manager of the Royal Sonesta Hotel in New Orleans.

77. Coast Guard Admiral Mary Landry.

78. Coast Guard Admiral Joel Whitehead.

79. FBI Special Agent Michelle Velasquez.

80. Arrest documents for David Andrew Christenson. Arrested March 15th, 2011. No charges were ever filed.

81. David Andrew Christenson *The United States Supreme Court and The Katrina Virus*

The United States Supreme Court and The Katrina Virus

A Prelude/Reference Book/Appendix

Book 7

By David Andrew Christenson

ISBN 978-0-9846893-8-5 Hardback SCKV

ISBN 978-0-9846893-9-2 EBook SCKV

LCCN 2012933074

Copyright 1-724163643

Persimmon Publishing

Box 6374

Miramar Beach, Florida 32550

www.persimmonpublishingus.com

www.thereluctantpatriot.com

An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The

real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.

82. David Andrew Christenson *An American Born Terrorist's Emails To The Department Of Justice*

An American Born Terrorist's Emails
To The Department of Justice
*A Prelude/Reference Book/Appendix*
Book 8
By
David Andrew Christenson
ISBN 978-0-9846893-2-3 Hardback
ISBN 978-0-9846893-3-0 EBook
LCCN 201194112
Copyright 2011 1-674739499
Persimmon Publishing
Box 6374
Miramar Beach, Florida 32550
www.persimmonpublishingus.com
persimmonpublishing@gmail.com

www.thereluctantpatriot.com
thereluctantpatriot@gmail.com

A quest for justice. What started as simple fraud perpetrated against Captain David Andrew Christenson turned into a National and Worldwide Criminal Conspiracy. Captain Christenson unintentionally and unwittingly became a crusader for justice. His attempts to uncover the truth and to bring those truths to light got him classified as a terrorist by the Department of Justice.  At a minimum the cover-up involves the Federal Government, the President, the Supreme Court, Congress, the Department of Defense, the Central Intelligence Agency, the Catholic Church, the Pope, BP, etc.

Read the email paper trial. This book contains emails sent by Captain Christenson starting on October 14th, 2010 and ending on March 14th, 2011 when he was arrested. Captain Christenson was arrested on a Louisiana Warrant for Cyber Stalking FBI Special Agent Steven Rayes. It must be noted that Captain Christenson was never charged with a crime. Agent Rayes came to Captain Christenson on October 14th, 2010 the day the emails started.

There was no easy way to present this story in a coherent manner. I decided to present the emails as is. I hope that you can use them as a point of reference. My next book is titled "The Reluctant Patriot". The story starts March 15th, 2011 with my arrest. Please consider this book to be a prelude, appendix and or a reference book.

You may see previews of my other eight books at www.persimmonpublishingus.com and www.thereluctantpatriot.com.

Guidelines and background information for reading my emails.

I was arrested on March 15th, 2011 by an FBI SWAT Team. I was arrested for two counts of cyber stalking FBI Special Agent Steven Rayes. The FBI illegally used Louisiana Warrants to arrest me, search my home and seize (steal) my property. The FBI did not have Federal warrants as one might expect. I have never been charged with a crime. The arrest was for a non-violent, non-domestic, non-violent misdemeanor. The arrest was for the equivalent of a severe DUI or DWI.  The FBI stole my legal files, computers, back-ups, phone, photos, evidence, Supreme Court files, a DVD of Agent Rayes assaulting me, a DVD of the Danziger Bridge, etc. The Federal Government wanted to stop my investigation into the Genocide and murder that took place after Hurricane Katrina.

Agent Rayes came into my life on October 14th, 2010. He ordered me to send emails to his official FBI email address. I complied. I have sent over 500 emails to the FBI and multiple agents. Agent Rayes assaulted me on November 10th, 2010. The FBI desperately needed the DVD of Agent Rayes assaulting me.

**I was declared a terrorist by the Department of Justice.** I assume that the classification took place at the same time that Agent Rayes came into my life.

11

The first email in the book is actually the last email that I sent before I was arrested. I copied a package of information that I had faxed and mailed to the United States Supreme Court and sent the email with the attachments to myself. I then go back to October 14th, 2010 and present the emails in a chronological order. From October 14th, 2010 until March 14th, 2011. I have not included all of my emails because of space limitations. A partial list of my contacts is attached.

When reading the emails please look for the following: The headings/subjects. Not all emails have headings/subjects. All original emails are from me. Look at the date and time. Please review the addressees (Very Important). The attachments are important. I sometimes scanned my emails and included those as attachments. I also forwarded many emails because I had received responses.

This was my quest for justice. You be the judge. Am I a terrorist or "The Reluctant Patriot"?

Sincerely,
David Andrew Christenson
"The Reluctant Patriot"
www.persimmonpublishingus.com
www.thereluctantpatriot.com

83.

Katrina Virus Survey July 30th, 2012 (All information is confidential unless you indicate otherwise.)
        Email response to davidandrewchristenson@hotmail.com.
        YouTube: "David Andrew Christenson Channel". Video 58.

1. Do you have knowledge of the Katrina Virus?        Yes or No.
2. Have you been vaccinated for the Katrina Virus?      Yes or No.
3. Have you received the antidote for the Katrina Virus?   Yes or No.
4. Do you know of any governmental employee (city, parish, county, state, federal, etc.) that has received the Katrina Virus vaccination or antidote?    Yes or No.     How many?
5. Do you know of any non-governmental individuals that have received the Katrina Virus vaccination or antidote?     Yes or No.    How many?
6. Have you had blood taken?          (Katrina or BP oil spill)
7. Have you provided your DNA?        (Katrina or BP oil spill)
8. Are you participating in any health studies?   Please list.
9. Please list any general health issues that you may have.
10. Please list any mental health issues that you may have.
11. Do you know of any health issues for governmental employees and non-governmental individuals?

12. Do you know of any health issues in children? (Children are the most susceptible to the Katrina Virus because they do not have fully developed immune systems.)

13. Do you know of any mental health issues in governmental employees or non-governmental individuals?

14. Please address questions, concerns and comments below?

15. Would you be upset if you found out that governmental leaders had been given the Katrina Virus vaccination and antidote? (Governmental leaders would include Supreme Court Judges, Congressman and senior members of the Executive Branch.)      Yes or No.

16. Would you be upset if you found out that governmental leaders and employees were being study and tracked for the Katrina Virus and that they were receiving preventative medical care? Yes or No.

17. Would you be upset if you found out that civilian leaders  were being study and tracked for the Katrina Virus and that they were receiving preventative medical care?     Yes or No.

18. Please list any medical oddities that you have seen since August 2005. The location is irrelevant.

19. Would you be upset if you knew that Harvard and AstraZeneca had been secretively working on a cure for the Katrina Virus since 2005? Other companies, universities, etc. have been working on the Katrina Virus as well.

20.  Would you be upset if you found out that the Federal Government had been funding this work in a secretive and deceptive manner?

21. Would you be upset if you found out that companies (AstraZeneca), research facilities, etc. had made and are making billions of dollars in profits doing Katrina Virus research?


Questions, concerns and Comments:

Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com
www.persimmonpublishingus.com
YouTube: "David Andrew Christenson Channel"

## *INTEREST OF THE AMICUS CURIAE*

June 28th, 1976 I took my first oath to protect the Constitution when I entered the United States Air force Academy. By filing this Amicus Brief I am still protecting the Constitution. My having been classified as a terrorist is meaningless when you compare it to the destruction of the Constitution and the Federal Judiciary.

I was never trained to fight a war like this. The enemy is us.  Our Gods are Money and Fear.

Question 1. Our founding fathers placed treason under Article III (The Judiciary)of the Constitution. Would the President have committed a treasonous act if he allowed/ordered Americans to be murdered by the United States Military? Does this qualify as an act of war against the American people? The United States Military conducted operational missions in New Orleans before, during and after Hurricane Katrina. This was a violation of the Posse Comitatus Act of 1878 and the Insurrection Act, Title 10. One of the missions of the military was to protect facilities that housed dangerous chemical warfare contaminants. These chemical warfare contaminants ultimately leaked into the environment. Would the President have committed a treasonous act by failing to disclose this information to the American people when the end result would be death?  Would it be reasonable to assume that the loss of life at the hands of the Executive Branch is a type of war? Reference the Preamble of the Constitution.

Question 2. Would knowledge of the criminal activity of the Executive Branch qualify as misprision?

Question 3. Would the knowledge of the treasonous activity of the Executive Branch qualify as misprision of treason?

Question 4. Doe the Executive Branch have the Constitutional Authority to classified Americans as terrorists and execute them?

Question 5. Does the Executive Branch have the authority to conduct an all-out ideological war against the Supreme Court and the American people?

### THE FOLLOWING ARE FACTUAL EXAMPLES OF THE EXECUTIVE BRANCH COMITTING TREASON AND WILL LEAD THE SUPREME COURT TO ANSWER YES TO THE ABOVE QUESTIONS

Treason. Article III Section 3 of the Constitution discusses Treason. Because of the placement of Treason within the Constitution I believe that the Supreme Court has an obligation to be proactive in stopping treason when presented with the opportunity to do so. I believe that the Executive Branch has confirmed my opinion by granting immunity to those that are involved in this case. While this case is simplistic it leads to more grotesque violations of the Constitution, such as murder and genocide. What is the definition of War? Can the Executive Branch of our Government wage a war on us and can and will the Supreme Court allow that war to happen? Conclusion: The Executive Branch in cooperation with the Legislative Branch has granted itself the authority to declare an American to be a terrorist and execute

14

said American/Terrorist without any Judicial oversight. This is the definition of an enemy that is waging war on the American people. Bin Laden did this and he was an enemy who murdered Americans. I am a perfect example of our far our government will go to wage war on an American. I was classified as a terrorist and incarcerated without due process. I was placed in isolation and medicated against my will. The Executive Branch murdered Coast Guard Commander William Goetzee using this process. (1, 4, 5, 6, 7, 8, 9, 10, 17, 22, 30, 41, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 60, 61, 62, 63, 64, 65, 66, 68 & 69)

US Attorney Sal Perricone, the number three ranking member of the US Attorney's Office in the Eastern District of Louisiana, posted hundreds of comments under monikers on public websites. This authorized activity by a senior member of the DOJ tainted jury pools and deprived defendants of a fair trial. There has been a call for US Attorney James Letten and Attorney General Eric Holder to resign. How many criminal trials have been tainted? How many Americans have been falsely imprisoned? Why is the Department of Justice allowed to use propaganda to win convictions? Why is the DOJ allowed to use propaganda at all? (18 & 55)

Attorney General Eric Holder has been found in contempt of Congress. No Attorney General has ever been found to be in contempt of Congress. (16)

The Fifth Circuit Court of Appeals ordered Attorney General Eric Holder to file a response explaining why President Barack Obama does not believe that the Federal Judiciary has the authority to decide legal matters. I can find no record of this happening before. (21, 24 &25)

Federal Judge Kurt Engelhardt made the following comments after the Danziger Bridge Trial in New Orleans. "The air of mendacity at this trial was not limited to the actions of the defendants." Cooperating defendants were "purchased, bought and paid for". " Using liars lying to convict liars is no way to pursue justice." A plea deal was in place before the trail began. It was agreed that the Military Danziger Bridge DVD would not be used or acknowledged by either the prosecution or the defense. A waiver was issued that included but was not limited to removal of the death penalty. (26, 28, 41, 42, 58, 61, 62, 63, 64, 70, & 82)

David Andrew Christenson was assaulted by FBI Special Agent Steven Rayes at the Hilton Hotel in New Orleans on November 10th, 2010. The DVD of the assault  was stolen from David Andrew Christenson by the FBI on March 15th, 2010. The assault was authorized by Director Robert Mueller with implicit authorization from President Barack Obama. (34, 62 63, 64, 70 & 81)

The United States Military filmed their criminal activities in New Orleans before, during and after Hurricane Katrina. The United States Supreme Court has the Military DVD of what happened at the Danziger Bridge. (61, 62, 63, 64 & 70)

David Andrew Christenson was threatened by US Attorney James Letten (USALAE). (33, 35, 36, 62, 63, 64, 81 & 82)

David Andrew Christenson was classified as a terrorist by the Department of Justice. This was done so that the Department of Justice could bypass the Federal Judiciary for all warrants. The DOJ did everything possible to discredit David Andrew Christenson. The DOJ called him "crazy" and painted him to be "a real nut case". (6, 60, 62, 63, 64, 80, 81 & 82)

The FBI offered to cooperate with David Andrew Christenson if he stopped his investigation and remained silent. (34, 37 & 70)

The US Marshal Service wen to extraordinary lengths to harass and intimidate David Andrew Christenson into stopping his investigation and research. (35)

The FBI threatened to have David Andrew Christenson committed if he did not stop his investigation and remain silent. (33, 36, 60, 62, 63, 64 & 82)

The Department of Justice through the US Trustee stole $1,595,050.16 from DAC Air, Inc. which was owned by David Andrew Christenson. (40, 62, 63 & 64)

One example of the Federal Government's (Food and Drug Administration) illegal surveillance of Whistleblowers. (39)

The Department of Justice settles 97% of all criminal cases by plea deals. This process is designed to isolate and remove the Federal Judiciary from the criminal process. This has been a stunning success. This process violate Article III and the Sixth Amendment at a minimum. (4, 8, 41 & 42)

The beginning of this Writ. President Bush allows the NSA to spy on Americans, all Americans. The title should have been "President Bush allows the Executive Branch to spy on the Supreme Court and the Federal Judiciary". The release of this information is puzzling. Why? (6 & 43)

Law Enforcement are using cell phones as tracking tools. (6 & 44)

DATA MINING. Guidelines issued by the Department of Justice. In simple terms the DOJ has the right to gather and store information from all data basis in the world. This would include private information about Americans who were not under suspicion for any criminal activity. All phone calls, emails, internet usage, etc. could be part of a data base that has been secured by the DOJ.  Review the capabilities of Facebook. The NSA has capabilities that are a million times greater than Facebook. (6 & 45)

The Department of Justice is spreading propaganda and changing public opinion. The DOJ is desensitizing the American people, the Supreme Court and the Federal Judiciary. The DOJ has established websites, monitors social network sites, posts comments and tracks all of this. Here is a perfect example of how perverse the Executive Branch is. The agencies monitor each other. (6 & 46)

President Barack Obama signed a defense bill that violates American's Constitutional Rights. This is a fact. The law is in effect. The President acknowledges this fact but pledges to maintain the legal rights of U.S. Citizens.  How can this activity by a sitting President be Constitutional?  (49)

The Executive Branch has granted itself the authority to place Americans on the secret no-fly list. This list has doubled in the last year. It is a secret list and there is no oversight. (53)

US Attorney James Letten orders me to stop emailing him and all other US Attorneys. (38)

FBI uses threats and intimidation against John Kinnucan to coerce him to cooperate. (56)

The Executive Branch establishes medical programs to deal with the Katrina Virus. Harvard Medical school establishes the Hurricane Katrina Community Advisory Group. The Executive Branch intentionally refuse to disclose the existence of the Katrina Virus. The Executive Branch is funding the medical studies thought the National Institute of Health. (57, 81)

General Russel Honore acknowledges the criminal conduct of the United States Military in New Orleans before, during and after Hurricane Katrina. (58)

The Department of Justice murdered Coast Guard Commander William Goetzee. (59,62, 63 & 64)

US Attorney Billy Gibbens represents me without my authority. This is a clear violation of the Sixth Amendment. How can the Federal Judiciary allow the Executive Branch the authority to represent an individual that it is prosecuting? As a side note. Search the Department of Justice website for the Federal Public Defender Office? It is hard to find the Chief Federal Public Defender. In reality the Chief Public Defender is the Attorney General. In simplistic terms the Prosecutor is also the defense attorney. Does our Constitution really allow for this? This clearly violates the Constitution and the Bill of Rights. (1, 4, 6, 7, 8, 9, 10, 60, 62, 63, 64 & 82)

ObamaCare was implemented in a clandestine way to address the Katrina Virus and the effects that it will have on Americans. The Supreme Court had no choice but to approve of ObamaCare. It took a major revision of history to allow the court to approve of ObamaCare. The decision was unprecedented in the history of the Supreme Court. While the Supreme Court has become isolated and irrelevant when it comes to criminal, terrorist and war matters, the court has established that it has the right to legislate laws. (20)

The FBI clearly violates its' own rules and procedures when opening investigations. The FBI clearly violates Federal Law as well. The unwritten Standard Operating Procedure (SOP) within the FBI is to classify individuals practicing civil disobedience as terrorists. Terrorist is the new word for activist and criminal. It allows the FBI to discard the Constitutional Rights and Civil Rights of an American. The FBI is declaring more and more Americans as "Enemies of the State". (47)

The FBI uses "Watch Lists". Once you are on the list it is almost impossible to come off. You are never notified of being on a "Watch List". There is no due process. (48)

As an American if you are classified as a terrorist (by law) you are not allowed to have an attorney. You can be targeted for death without any legal process. (50)

Director of National Intelligence Dennis Blair confirmed that the Executive Branch can assassinate Americans who have been classified as terrorists. He talks about permission. Under the Constitution where is it written that that type of permission can be given and by whom? I believe it is war when we are assassinating our own people. (51)

The Department of Justice has clearly held that it is above the law and cannot be prosecuted or investigated for violating the law. The DOJ can murder and destroy any individual without any cause or justification. This is an established precedent. The only recourse is though a civil proceeding. (52, 62, 63 & 64)

Americans can be held indefinitely once they are classified as a terrorist. (54)

Any complaint filed with the Department of Justice against the Department of Justice will be answered with a form letter that has no identifying case number. I have filed over 25 complaints with the Department of Justice against the Department of Justice. I have filed those complaints with the Inspector General and the Office of Professional Responsibility. (29)

Here are the major violations of Federal Law before, during and after Hurricane Katrina:

1. The United States Military conducted operational missions (Before, during and after Hurricane Katrina.) within the territorial boundaries of the United States in violation of Federal Law.
2. Americans were executed by the United States Military without being provided "Due Process". Americans were denied their Constitutional, Legal and Civil Rights.
3. The United States Military was in New Orleans before Hurricane Katrina so that protection could be provided to Department of Defense and Central Intelligence Agency laboratories, warehouses and manufacturing plants. During and after Katrina these facilities leaked the "Katrina Virus" which is a cancer causing carcinogen. ("Katrina Virus" is a general term that represents all contaminants that were released. Biological, radioactive, chemical, bacterial, etc...) (New Orleans has the highest death and cancer rate in the country and possible the world. The death and cancer rate for people who stayed in New Orleans during Hurricane Katrina is one thousand times higher than the National average.)
4. The Cover-Up. This represents Misprision of a Felony and Misprision of Treason. Knowledge of the Genocide, Murder and Crimes Against Humanity is a crime on to itself. The Cover-Up, Genocide, Murder and Crimes Against Humanity will continue for years and effect many generations of Americans. How many Americans will be murdered? (17)

August 31st, 2005 is the day that President George W. Bush flew over New Orleans and did not land. The White House issued a statement informing the media that President Bush did not land because of security issues and that he did not want to disrupt the rescue effort that was taking place. In fact the President did not want to take a chance on infecting himself and his staff. Belle Chase Naval Air Station was operational and secure. I do not have a problem with President wanting to infect himself but I do have a problem with him not telling America about the Katrina Virus. (27, 28, 62, 63, 64 & 68)

Secretary of Defense Ronald Rumsfeld had to be ordered by President Bush to send in the troops. This was actually a delay tactic by the Secretary.  The Katrina Virus had to be moved and or allowed to dissipate. Multiple military bases were on alert and could have arrived in New Orleans the day after Hurricane Katrina. A white house advance team toured New Orleans in an Air Force search and recuse helicopter from Hurlburt field in Florida on August 30, 2005. The Air Force search and rescue unit and Hurlburt was on standby and ready to deploy.  My old C-130 unit in Little Rock was on standby as well. Do you have any idea what 64 C-130s can do? (27, 28, 62, 63, 64 & 68)

The cover-up extends to Congress. My father is very active in the Republican Party in Iowa. He has donated money (Can be confirmed by the  Federal Election Commission)  and his time in helping Senator Chuck Grassley, Representative Tom Latham and Representative Steve King get elected. He has repeatedly contacted them and asked for a meeting and help. The three of them refused to respond to him. (31)

I asked the Center for Disease Control and Prevention if the Supreme Court had been infected with the Katrina Virus. I was informed that members of the Supreme Court were not suffering from any virus. How could they know that? (23, 62, 63, 64 & 81)

There is hope. Federal Judge Foote from Lafayette La. refused to toss a lawsuit for civil damages against two police officers who had arrested man for criticizing a police chief. (19)

**STATEMENT OF THE CASE**

(In very simple terms.)

The Executive Branch has spied on the Supreme Court, Congress, Americans and all of their families in violation of the Constitution.

The Executive Branch has granted itself immunity for willful and intentional criminal activity against the Supreme Court, Congress, Americans and all of their families.

The Executive Branch is conducting an all-out ideological war against the Supreme Court, Congress, Americans and all of their families. This war is designed to destroy the Constitution, our Constitutional Rights, Civil Rights and Legal Rights as well as the Judicial Branch of our Government.

**CONCLUSION**

I have honored the oath that I took when I entered the Air Force Academy and when I was commissioned as an officer in the United States Air Force. I was never trained to fight a war like this. It is incomprehensible that I am fighting my own country to save my fellow Americans and the Constitution.

When a true genius appears in the world, you may know him by this sign, that the dunces are all in confederacy against him. ~Jonathan Swift

All that's necessary for the forces of evil to win in the world is for enough good men to do nothing. Edmund Burke

It is now up to the Supreme Court.


Respectfully submitted,

David Andrew Christenson
*Pro Se*
Box 9063
9815 US Highway 98 West
BC 156
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@hotmail.com
"THE RELUCTANT PATRIOT"
Classified as a terrorist by the Department of Justice

U.S. POSTAGE PAID
MIRAMAR BEACH, FL
32550
JUN 11, 18
AMOUNT
**$2.26**
R2305K135371313

1000

10007

2018 JUN 12 PM 4:01
CLERK'S OFFICE
S.D.N.Y.

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

Pro Se

Clerk
US District Court SD New York
500 Pearl Street
New York, NY 10007-1312