UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson                        Civil Action No. 1:18-cv-03501

DEMOCRATIC NATIONAL COMMITTEE,                         Racketeer Influenced and
                                                       Corrupt Organization Act (RICO)
Plaintiff,

v.                                                     Judge John G. Koeltl

RUSSIAN FEDERATION, et al;
Defendants.

Amicus (Seventeen B)
How could I have protected you and the American People from Secretary of Defense Donald Rumsfeld?
Quote by Fran Townsend, an assistant to the President for Homeland Security to W. Bush's Chief of Staff Andi Card: Livid, Townsend said, "I want to know if the president knows what a fucking asshole Don Rumsfeld is."

Maybe W. Bush did not know about the Katrina Virus. Maybe Rumsfeld kept that information from him. Rumsfeld knew that five days needed to pass before there could be a rescue operation. The five days allowed the Katrina Virus to dissipate.

*Director Teresa McKay, Defense Finance and Accounting Service issued millions of dollars in satchels to the army units. Teresa McKay is married to my roommate from the Air Force Academy. She was a very close friend and informed me of this information while she sat at my house in New Orleans. The cash allowed the units to operate in an untraceable and undetectable fashion. This was a covert mission of national and international importance.* See Attachment.

**You make the call.**

*Rumsfeld fiddled while New Orleans drowned* is a story in GQ magazine about a book by Robert Draper called *And He Shall Be Judged.*

Negligence allowed the Katina Virus to escape into Hurricane Katrina which was the perfect incubator with high temperatures, high solids and high humidity. What was released spread across America. I ask you again: How could I have protected you from a *"fucking asshole"* – Secretary of Defense Donald Rumsfeld. For crying out loud he was the Defense Secretary.

The attached eleven Amicus Pleadings were filed in the following cases:

1. United States v. Boucher (1-18:cr-00004) Judge Marianne O. Battani

2. United States v. Manafort (1:18-cr-00083) Senior Judge T.S. Ellis, III

3. Manafort v. United States (1:18-cv-00011) Judge Amy Berman Jackson

4. United States v. Flynn (1:17-cr-00232) Judge Emmet G. Sullivan

5. United States v. Papadopoulos (1:17-cr-00182) Judge Randolph Daniel Moss

6. United States v. Manafort (1:17-cr-00201) Judge Amy Berman Jackson

7. United States v. Internet Research Agency LLC (1:18-cr-00032) Judge Dabney L. Friedrich

8. United States v. Van Der Zwann (1:18-cr-00031) Judge Amy Berman Jackson

9. Deepwater Horizon v. BP Exploration & Production (16-30918) Judge Carl Barbier

10. Democratic National Committee v. Russian Federation, et al (1:18-cv-5301) Judge John G. Koeltl

11. State of Louisiana v. Nathan Foreman (Section H Case 459100) Judge Camille Buras

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on June 4th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

Katrina Grand Jury testimony confirms release of Katrina Virus & US Military Suicide Weapon.
http://youtu.be/HJ04uL099U8
I could never figure out who did the contaminated corpse recovers and now I know per Katrina Grand Jury testimony. The initial recovery was by the US Army and specialized NIH and CDC teams. These teams were in place before Hurricane Katrina. Director Teresa McKay, Defense Finance and Accounting Service issued millions of dollars in satchels to the army units. Teresa McKay is married to my roommate from the Air Force Academy. She was a very close friend and informed me of this information while she sat at my house in New Orleans. The cash allowed the units to operate in an untraceable and undetectable fashion. This was a covert mission of national and international importance.
http://www.dfas.mil/pressroom/dfasleadership/Teresa_McKay.html
DOJ control number: 003068
The information is legal for me to have because it was obtained through discovery.
Testimony of: New Orleans Police Captain Joseph P. Waguespack Sr.
US Attorneys: Jared H. Fishman and Tracey Knight
Officer Waguespack was in the Public Integrity Bureau (PIB) at the time of Hurricane Katrina.
He was never charged with a crime because he participated with the Federal Government in covering up the release of the Katrina Virus and Military Suicide Weapon as well as the murdering of Americans by the US Military.
Officer Waguespack discusses suicides three times during his Grand Jury testimony.
He took over the homicide division.
He uses the term "suicides and unclassified deaths". This means that the coroner could not give a cause of death. How the people died was never disclosed.
Quote: "But we were handling a lot of suicides at the time, also". (They were not handling murders.)
Homicide merged with the Cold Case Squad.
He testified that he only had a few murder cases.
Quote: "But like a lot of our involvement was suicides we were handling."


Kenyon International Emergency Services
http://kenyoninternational.com/senior_management.html
Robert Jensen – CEO
**I also served as the lead project officer in developing the military's first and still used Joint Manual for Military Mortuary Affairs Operations, including managing nuclear, biological and chemical contaminated fatalities.**

Rumsfeld fiddled while New Orleans drowned

A story in the latest GQ magazine offers fresh revelations about actions taken by former Defense Secretary Don Rumsfeld following Hurricane Katrina, with former Bush administration officials blaming him for the delay in getting U.S. military assistance to New Orleans in the disaster's immediate aftermath.

"And He Shall Be Judged," a story by freelance writer and former Texas Monthly reporter Robert Draper, draws on "conversations with more than a dozen Bush loyalists, including several former cabinet-level officials and senior military commanders" to reveal "intense feelings of ill will" toward Rumsfeld. Bush administration insiders accuse of him of arrogance, stubbornness, obliviousness and ineptitude that contributed significantly to the failures of the Bush presidency -- including the administration's badly bungled response to Hurricane Katrina.

It turns out that Rumsfeld played a key role in delaying the deployment of military rescue personnel to the drowned city of New Orleans. Draper tells the story of an Air Force helicopter pilot assigned to take a White House team to tour the devastation two days after the storm made landfall. When someone on the team asked the pilot if they were keeping him from rescuing people from rooftops, he said his entire unit was still sitting at Hurlburt Field Air Force base in Florida wondering why they hadn't been deployed yet. Draper writes:

The search-and-rescue helicopters were not being used because Donald Rumsfeld had not yet approved their deployment -- even though, as Lieutenant General Russ Honoré, the cigar-chomping commander of Joint Task Force Katrina, would later tell me, "that Wednesday, we needed to evacuate people. The few helicopters we had in there were busy, and we were trying to deploy more." And three years later, when I asked a top White House official how he would characterize Rumsfeld's assistance in the response to Hurricane Katrina, I found out why. "It was commonly known in the West Wing that there was a battle with Rumsfeld regarding this," said the official. "I can't imagine another defense secretary throwing up the kinds of obstacles he did."

The following day, Draper reports, Homeland Security Secretary Michael Chertoff called Rumsfeld to tell him he would need "several thousand" troops. However, Rumsfeld disagreed, saying he would tell President Bush they didn't need any more than the National Guard -- even though the Guard had not arrived in the areas where it was needed in sufficient numbers.

On the Friday following the storm's Monday landfall, President Bush convened a meeting in the Situation Room, Draper reports:

According to several who were present, the president was agitated. Turning to the man seated at his immediate left, Bush barked, "Rumsfeld, what the hell is going on there? Are you watching what's on television? Is that the United States of America or some Third World nation I'm watching? What the hell are you doing?"

Rumsfeld replied by trotting out the ongoing National Guard deployments and suggesting that sending active-duty troops would create "unity of command" issues. Visibly impatient, Bush turned away from Rumsfeld and began to direct his inquiries at Lieutenant General Honoré on the video screen. "From then on, it was a Bush-Honoré dialogue," remembers another participant. "The president cut Rumsfeld to pieces. I just wish it had happened earlier in the week."

But it wasn't until the following day -- Saturday, Sept. 3, five days after the storm made landfall in Louisiana -- that Bush finally ordered Rumsfeld to send in troops. Why the delay? Draper reports that Rumsfeld "didn't like the concept" of using active-duty troops in a domestic situation.

Consequently, mercenaries with Blackwater -- the controversial North Carolina-based company that has since changed its name to Xe -- were on the ground in the disaster zone sooner than active-duty U.S. troops. On Thursday, Sept. 1, Blackwater dispatched a SA-330 Puma helicopter to the Gulf Coast help evacuate people from flooded areas, according to a company press release. Less than a week later, the company's employees were already patrolling the streets of New Orleans under a contract with the Department of Homeland Security, as Jeremy Scahill and Daniela Crespo reported at the time.

And Katrina wasn't the only Gulf Coast disaster in which Rumsfeld played a less-than-constructive role, according to Draper. In the midst of Hurricane Rita, which hit Louisiana and Texas shortly after Katrina in September 2005, Fran Townsend, an assistant to the president for homeland security, learned that Texas governor Rick Perry had expressed willingness to hand control of the National Guard to the federal government. But when she called Rumsfeld to get his OK, she was told he was "at an event" -- which turned out to be a ball she had declined to attend because of the crisis. When she asked to speak to his detail, she was told he would not talk to her until the ball was over. Draper reports:

Later in the evening, her phone rang. It was Chief of Staff Andy Card. "Rumsfeld just called," said Card. "What is it you need?"

Livid, Townsend said, "I want to know if the president knows what a fucking asshole Don Rumsfeld is."

Sighing, the chief of staff replied, "It isn't you, Fran. He treats Condi the same way. Me, too. He's always telling me I'm the worst chief of staff ever."

Rumsfeld replied by trotting out the ongoing National Guard deployments and suggesting that sending active-duty troops would create "unity of command" issues. Visibly impatient, Bush turned away from Rumsfeld and began to direct his inquiries at Lieutenant General Honoré on the video screen. "From then on, it was a Bush-Honoré dialogue," remembers another participant. "The president cut Rumsfeld to pieces. I just wish it had happened earlier in the week."

But it wasn't until the following day -- Saturday, Sept. 3, five days after the storm made landfall in Louisiana -- that Bush finally ordered Rumsfeld to send in troops. Why the delay? Draper reports that Rumsfeld "didn't like the concept" of using active-duty troops in a domestic situation.

Consequently, mercenaries with Blackwater -- the controversial North Carolina-based company that has since changed its name to Xe -- were on the ground in the disaster zone sooner than active-duty U.S. troops.  On Thursday, Sept. 1, Blackwater dispatched a SA-330 Puma helicopter to the Gulf Coast help evacuate people from flooded areas, according to a company press release. Less than a week later, the company's employees were already patrolling the streets of New Orleans under a contract with the Department of Homeland Security, as Jeremy Scahill and Daniela Crespo reported at the time.

And Katrina wasn't the only Gulf Coast disaster in which Rumsfeld played a less-than-constructive role, according to Draper. In the midst of Hurricane Rita, which hit Louisiana and Texas shortly after Katrina in September 2005, Fran Townsend, an assistant to the president for homeland security, learned that Texas governor Rick Perry had expressed willingness to hand control of the National Guard to the federal government. But when she called Rumsfeld to get his OK, she was told he was "at an event" -- which turned out to be a ball she had declined to attend because of the crisis. When she asked to speak to his detail, she was told he would not talk to her until the ball was over. Draper reports:


Later in the evening, her phone rang. It was Chief of Staff Andy Card. "Rumsfeld just called," said Card. "What is it you need?"

Livid, Townsend said, "I want to know if the president knows what a fucking asshole Don Rumsfeld is."

Sighing, the chief of staff replied, "It isn't you, Fran. He treats Condi the same way. Me, too. He's always telling me I'm the worst chief of staff ever."

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson

DEMOCRATIC NATIONAL COMMITTEE,

Plaintiff,

v.

RUSSIAN FEDERATION, et al;
Defendants.

Civil Action No. 1:18-cv-03501

Racketeer Influenced and
Corrupt Organization Act (RICO)

Judge John G. Koeltl

Amicus (Seventeen C)
President W. Bush, Vice-President Cheney and Secretary of Defense Rumsfeld committed fraud on the
American People and the World by taking us to War with Iraq

Thousands of US Troops died. Hundreds of thousands of US Troops suffered physical and mental wounds. These wounds can never be repaired. Family members suffered and continue to suffer. Trillions of Dollars were spent. Billions will be spent on our Soldiers and Veterans. More Veterans will commit suicide in the next few years than have died in combat since World War II.

The attached article is by CNN. My research indicates that the article is reasonable objective.

**You make the call.**

After Hurricane Katrina Secretary of Defense Donald Rumsfeld stopped all rescue efforts. See attachment. The Convention Center was next to the Mississippi River. The Super Dome was eight blocks away. All people had to do was walk to the Mississippi River to be rescued but Rumsfeld had blockaded the river so no rescue could take place. Do you know how many car ferries Louisiana has?

The attached eleven Amicus Pleadings were filed in the following cases:

1. United States v. Boucher (1-18:cr-00004) Judge Marianne O. Battani

2. United States v. Manafort (1:18-cr-00083) Senior Judge T.S. Ellis, III

3. Manafort v. United States (1:18-cv-00011) Judge Amy Berman Jackson

4. United States v. Flynn (1:17-cr-00232) Judge Emmet G. Sullivan

5. United States v. Papadopoulos (1:17-cr-00182) Judge Randolph Daniel Moss

6. United States v. Manafort (1:17-cr-00201) Judge Amy Berman Jackson

7. United States v. Internet Research Agency LLC (1:18-cr-00032) Judge Dabney L. Friedrich

8. United States v. Van Der Zwann (1:18-cr-00031) Judge Amy Berman Jackson

9. Deepwater Horizon v. BP Exploration & Production (16-30918) Judge Carl Barbier

10. Democratic National Committee v. Russian Federation, et al (1:18-cv-5301) Judge John G. Koeltl

11. State of Louisiana v. Nathan Foreman (Section H Case 459100) Judge Camille Buras

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on June 4th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

http://www.cnn.com/2008/POLITICS/01/23/bush.iraq/

WASHINGTON (CNN) -- President Bush and his top aides publicly made 935 false statements about the security risk posed by Iraq in the two years following September 11, 2001, according to a study released Tuesday by two nonprofit journalism groups.

"In short, the Bush administration led the nation to war on the basis of erroneous information that it methodically propagated and that culminated in military action against Iraq on March 19, 2003," reads an overview of the examination, conducted by the Center for Public Integrity and its affiliated group, the Fund for Independence in Journalism.

According to the study, Bush and seven top officials -- including Vice President Dick Cheney, former Secretary of State Colin Powell and then-National Security Adviser Condoleezza Rice -- made 935 false statements about Iraq during those two years.

The study was based on a searchable database compiled of primary sources, such as official government transcripts and speeches, and secondary sources -- mainly quotes from major media organizations. See CNN viewers' reactions to the study »

The study says Bush made 232 false statements about Iraq and former leader Saddam Hussein's possessing weapons of mass destruction, and 28 false statements about Iraq's links to al Qaeda.

Bush has consistently asserted that at the time he and other officials made the statements, the intelligence community of the U.S. and several other nations, including Britain, believed Hussein had weapons of mass destruction.

Responding to the study Wednesday, White House spokesman Scott Stanzel did not speak directly to the "false claims" characterization.

But he said the United States was part of a broad coalition of nations that took part in the Iraq invasion and that the invasion was based on intelligence from multiple countries.

He called Hussein a threat to international security and a sponsor of terrorism, and said the world is better off without him. White House press secretary Dana Perino called the study "flawed."

"They only looked at members of the administration, rather than looking at members of Congress or people around the world," she said. "Because as you'll remember, we were part of a broad coalition of countries that deposed a dictator based on a collective understanding of the intelligence."

"And the other thing that that study fails to do is to say that after realizing that there was no WMD, as we thought as a collective body that there was, that this White House, the President set about to make reforms in the intelligence community to make sure that it doesn't happen again."

Bush has repeatedly said that despite the intelligence flaws, removing Hussein from power was the right thing to do.

The study, released Tuesday, says Powell had the second-highest number of false statements, with 244 about weapons and 10 about Iraq and al Qaeda.

Former Secretary of Defense Donald Rumsfeld and Press Secretary Ari Fleischer each made 109 false statements, it says. Deputy Defense Secretary Paul Wolfowitz made 85, Rice made 56, Cheney made 48 and Scott McLellan, also a press secretary, made 14, the study says.

"It is now beyond dispute that Iraq did not possess any weapons of mass destruction or have meaningful ties to al Qaeda," the report reads, citing multiple government reports, including those by the Senate Select Committee on Intelligence, the 9/11 Commission and the multinational Iraq Survey Group, which reported that Hussein had suspended Iraq's nuclear program in 1991 and made little effort to revive it.

The overview of the study also calls the media to task, saying most media outlets didn't do enough to investigate the claims.

"Some journalists -- indeed, even some entire news organizations -- have since acknowledged that their coverage during those prewar months was far too deferential and uncritical," the report reads. "These mea culpas notwithstanding, much of the wall-to-wall media coverage provided additional, 'independent' validation of the Bush administration's false statements about Iraq."

The quotes in the study include an August 26, 2002, statement by Cheney to the national convention of the Veterans of Foreign Wars.

"Simply stated, there is no doubt that Saddam Hussein now has weapons of mass destruction," Cheney said. "There is no doubt he is amassing them to use against our friends, against our allies, and against us."

This is one hell of a story. My brief to the 5th Circuit and two Notice(s) of Submission(s) to the Federal Court in New Orleans are attached. "The Supreme Court Murdered Mankind" is also attached for reference. Look at the connection between Hurricane Katrina and Hurricane Harvey.

Take a minute and read this. It could possible open your eyes.

Hurricane Katrina Facts: Chemical Warfare Contaminates (The Katrina Virus) escaped, due to negligence, into the environment and the US Military murdered Americans in violation of the US Constitution and Posse Act. The Federal Government had to wait five days to commence the rescue so the Katrina Virus could dissipate. President George W. Bush did not land Air Force One because he did not want to get infected. I flew support missions for Air Force One, the President, White House and the Secret Service so I know what I am talking about. Bush told the world it was for security purposes and that was a lie. Belle Chase Naval Air Stations was fully operational and secure. I know because the Air Force First Special Operations Wing was there with friends of mine from the Air Force Academy.

I called it the Redneck Navy but today it is called the Cajun Navy. All people had to do was walk to the Mississippi River or Lake Pontchartrain and they would be rescued. The Cajuns would arrive with beer and food. To them it is an adventure and adventures are to be fun.

https://www.amazon.com/David-Andrew-Christenson/e/B00JCUX5UG

Supreme Court Writ 14-10077 Supplemental Writ filed September 2nd, 2015 titled "The Redneck Navy" Extraordinary Writ with Writ of Prohibition and Writ of Mandamus Writ Filed May 22nd, 2015
https://www.supremecourt.gov/search.aspx?filename=/docketfiles/14-10077.htm

Harvey: 'Cajun Navy' heads to Texas to aid rescues
Greg Toppo, USATODAY Published 10:52 p.m. ET Aug. 27, 2017 | Updated 5:29 a.m. ET Aug. 28, 2017
https://www.usatoday.com/story/news/2017/08/27/cajun-navy-heads-texas-aid-rescues/606883001/
An informal network of good Samaritans with small watercraft is once again mobilizing — this time in the wake of unprecedented flooding in Houston.
Formed 12 years ago after Hurricane Katrina devastated New Orleans, the so-called Cajun Navy, which has saved thousands of stranded people, by some estimates, is already helping rescue stranded Texans, one member said Sunday.
"There's no telling how many are already over there," said 39-year-old Joey Hains of Lafayette, La. "Basically everybody that's wanting to go help out" is going or has already arrived, he said.

14-10077
September 2nd, 2015
Supplemental Fifteen
The Redneck Navy
Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
Filed May 22nd, 2015

I will swear under oath that I knew nothing about the article, the book or the movie until today, September 2nd, 2015. Please reference August 22nd, 2015 Writ 14-10077 Supplemental Tenth The Perfect Military Weapon Is A Suicide Weapon (Katrina Virus) second paragraph last three lines which were written by me:

"I say this with love and affection: "Every Redneck in South Louisiana has a boat." New Orleans is on a huge river with a huge lake on the north side. The Redneck Navy could have rescued everyone if asked or allowed."

How many people really died in New Orleans during the Hurricane Katrina time frame? The public number is roughly 1800. Of those 1800 many of the bodies are unaccounted for. **New Orleans is below sea level and bodies would flow into and not out of.** Read Supplemental Tenth.

# The real questions are how many Americans died from the Katrina Virus and how many were murdered by the US Military?

Greatest story never told: Acadiana boaters braved danger, arrest to rescue New Orleans-area residents trapped by Hurricane Katrina floods
Rescuers from Acadiana braved danger, arrest to rescue N.O.-area residents trapped by Hurricane Katrina floods
BILLY GUNN | bgunn@theadvocate.com   Sept. 02, 2015
http://www.theneworleansadvocate.com/community/13329997-171/greatest-story-never-told-citizen
Many more people would have died in the flood waters of Hurricane Katrina in 2005 if not for hundreds of south Louisiana folks who met at Acadiana Mall in Lafayette and then hauled their boats to New Orleans, **_where they disregarded authorities' orders to go back home because it was too dangerous._**
The story of the citizen rescue, which unfolded over days in a devastated New Orleans, is told in a new documentary, "The Cajun Navy," directed by Academy Award-winning filmmaker Allan Durand, who teamed with film students at the University of Louisiana at Lafayette for the project.
Durand on Tuesday told a few hundred people at the LITE Center in Lafayette that the caravan of boats and boaters who dropped everything to head east on Interstate 10 ended up rescuing more than 10,000 people.
Durand was among the guests celebrated at an event commemorating the rescuers and others who helped in the effort.
Tuesday's event previewed a few minutes of the documentary, and also unveiled a new book that includes the story of the citizen boat rescues, "The Terrible Storms of 2005: Hurricane Katrina and Hurricane Rita," published by Acadian House Publishing in Lafayette.
Among the guests Tuesday were former Gov. Kathleen Blanco, retired Army Gen. Russel Honoré and the organizer of The Cajun Navy, Doug Bienvenu.
Katrina made landfall Aug. 29, 2005. Many tens of thousands of New Orleanians and some in neighboring St. Bernard Parish did not or could not leave. **_In New Orleans, hundreds drowned after levees built along two canals connected to Lake Ponchartrain gave way and flooded much of the city._**
[This is close to where the Katrina Virus warehouses were.]

Many who sought safety in their attics beat holes in the roofs and climbed out to escape the rising water. They needed help badly, and it was with these people in the crucial first days after the storm that the boaters from Cajunland made their mark.

*At the time, government officials didn't or couldn't deploy rescue boats, which threw much of the responsibility on the shoulders of citizen rescuers who rode house to house, according to the film.* [Why?]

*Brian Smelker, of Lafayette, said the caravan was stopped by officers with Louisiana Department of Wildlife and Fisheries, who told them it was too dangerous to proceed. Authorities also told them "we don't need you."* [Are you kidding? They were going to rescue our fellow Americans.]

*Smelker said that as he was being told to turn back, he could see people on roofs who needed help. All the while, the sound of gunshots could be heard, he said. "It was pretty obvious it was a serious situation," Smelker said.* [The US Military was firing the weapons to keep people away.]

While many of the boaters turned around and headed back home, many did not.

*Told he would go to jail if he didn't return home, he said, "Well, it won't be the first time."* [The Supreme Court protects this terrorist behavior by law enforcement.]

Bienvenu and his girlfriend, Drue Leblanc, who rode alongside him in his airboat, ended up rescuing hundreds of people over three days.


Sincerely filed,
In Proper Person and Pro Se,



David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086, davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on September 2nd, 2015 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail including:

Solicitor General Donald B. Verrilli Jr.
Counsel of Record United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001
SupremeCtBriefs@USDOJ.gov, (202) 514-2217

---

David Andrew Christenson

U.S. POSTAGE PAID
MIRAMAR BEACH, 32550
JUN 04 18
AMOUNT
$2.26
R2305K135379-13

10007

UNITED STATES POSTAL SERVICE

1000

2018 JUN 11 PM 4:01
CLERK'S OFFICE
S.D.N.Y.

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

Pro Se
US

Clerk
US District Court SD New York
500 Pearl Street
New York, NY 10007-1312