UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Movant David Andrew Christenson | Civil Action No. 1:18-cv-03501 |
| DEMOCRATIC NATIONAL COMMITTEE, | Racketeer Influenced and Corrupt Organization Act (RICO) |
| Plaintiff, | |
| v. | Judge John G. Koeltl |
| RUSSIAN FEDERATION, et al; Defendants. | |

Amicus (Eighteen A)
Federal Judge Jay Zainey, on behalf of the Catholic Church, filed a class action video voyeurism complaint against Attorney/Developer/Danziger Grand Jury Foreman Louis (Lee) Edgar Madere
I am here because of Mortgage fraud and the fact that I stood up for myself
That is the start of the story: Mortgage Fraud by Lee Madere who was being protected by Attorney General Eric Holder, Assistant Attorney General for Civil Rights Thomas Perez and FBI Director Robert Mueller

As you read this you will realize that my wife and I were in a living hell. It took me a few years to realize that Madere was a protected man. I offered to testify and help the Catholic Church and they not only turned their back on me but they irreparable harmed me. Remember that the Catholic Church, Ozanam Inn and Bishop Gregory M. Aymond were on the Non-Domestic Stay Away Order for my false arrest and for which I was never charged with a crime.

Amicus (Eighteen B) will show you how truly corrupt the Catholic Church is.

This story is about how "The Rule of Law" was and is being used for political and financial gain by Holder, Perez and Mueller. The DOJ sacrifices American lives to pursue a political agenda. It was the DOJ that murdered Federal Whistleblower Coast Guard Commander William Goetzee.

A Federal Judge allowed Goetzee to be strapped to a wheelchair and tased while in his court. Goetzee needed psychiatric help but instead he died/was murdered while in custody.

Judge Zainey could have helped my wife and I with one phone call. What makes this worse is that we are both Catholics and he could not even reach out to us as fellow Catholics. Ask him.

Lee Madere was the Louisiana Danziger Grand Jury Foreman. Holder, Perez and Mueller wanted the case transferred to Federal Court. A criminal conspiracy between Madere, Holder, Perez and Mueller allowed the case to be transferred. See attachment 2 for a simple background story.

Federal Judge Jay Zainey selected prominent New Orleans Attorneys Gregory P. DeLeo, Val P. Exnicios and Charles C. Stern to file the class action video voyeurism complaint against Madere on behalf of the Catholic Church and the Ozanam Inn. Orleans Parish Civil Court Judge Kern Reese presided over case 2005-9299 with the last filing being November 15th, 2006 "expedited motion for class action status".

With a Federal Judge directing the legal team there was no way that the Catholic Church could lose this lawsuit. The prosecution of the lawsuit just mysteriously stopped. The DOJ went to Judge Zainey and asked him to stop the prosecution and he did. This is why Zainey did not need my help. The case is still listed as active.

On July 12th, 2007 I called and went to Judge Zainey's office with a package of evidence. Madere did everything he could, legal and illegal, to close the Ozanam Inn (Homeless Shelter). Madere even employed a New Orleans Police Officer by the name of William LaBiche to be his enforcer. The two of them routinely beat the homeless and falsely arrested them. People were afraid to buy across the street from a homeless shelter.

I offered to testify for the Catholic Church about Madere being a pervert. I provided evidence.

The Ozanam Inn was located across from the Les Carillon Condominium Complex which Madere was developing. Madere was broke so he decided to commit fraud in multiple ways and on unsuspecting buyers such as myself.

This is just a drop in the bucket

Attachment 1: Letter to Judge Jay Zainey dated July 12th, 2007.
Attachment 2: Notes from March 2009 filed as a Memorandum with the Orleans Parish Civil and Criminal Courts Judge/Attorney Cliff Cardone
Attachment 3: New Orleans officers charged with murder Updated 85 minutes ago 11/14/2012 1:55:26 PM +00:00 NBCNews.com
Attachment 4: A criminal complaint against Lee Madere that was sent by me to: Major Edward Hosli Commander 8th District New Orleans Police Department on January 10th, 2009
Attachment 5: Email sent to Attorneys David Kurtz and Hank Arnold of the Baker Donelson Law Firm. They represented us until the DOJ asked them to withdraw, which they did but only after taking thousands of dollars from us. They filed a simple compliant against Madere asking for access to the common areas and the financials.
Attachment 6: A letter to the Butt Thornton & Baehr Law Firm dated July 1st, 2007.
Attachment 7: A letter to Attorney Christopher Utley dated November 30th, 2018. Utley had a criminal conflict of interest because he was representing both Madere as the developer and the Condo Association.
Attachment 8: This is a Memorandum filed in the Danziger criminal case on April 27th, 2015. This document is amazing. It is factual and verifiable.
Attachment 9: A Memorandum filed on February 27th, 2009: Here is a sampling of the harassment and criminal activity that we have been subjected to since your court became involved.

The attached eleven Amicus Pleadings were filed in the following cases:

1. United States v. Boucher (1-18:cr-00004) Judge Marianne O. Battani
2. United States v. Manafort (1:18-cr-00083) Senior Judge T.S. Ellis, III
3. Manafort v. United States (1:18-cv-00011) Judge Amy Berman Jackson
4. United States v. Flynn (1:17-cr-00232) Judge Emmet G. Sullivan
5. United States v. Papadopoulos (1:17-cr-00182) Judge Randolph Daniel Moss
6. United States v. Manafort (1:17-cr-00201) Judge Amy Berman Jackson
7. United States v. Internet Research Agency LLC (1:18-cr-00032) Judge Dabney L. Friedrich
8. United States v. Van Der Zwann (1:18-cr-00031) Judge Amy Berman Jackson
9. Deepwater Horizon v. BP Exploration & Production (16-30918) Judge Carl Barbier
10. Democratic National Committee v. Russian Federation, et al (1:18-cv-5301) Judge John G. Koeltl
11. State of Louisiana v. Nathan Foreman (Section H Case 459100) Judge Camille Buras

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on June 5th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

Judge Jay Zainey, 07/12/07

Attached is valuable information to help the Ozanam Inn win its lawsuit against Lee Madere.

I have two good ideas on how to expedite your win.

I hope you can use this information.


David A. Christenson
842 Camp Street
Unit 4
New Orleans, La. 70130
504-715-3086

Notes from March 2009 filed as a Memorandum with the Orleans Parish Civil and Criminal Courts

Judge/Attorney Cliff Cardone

The Christensons purchased a condominium from Mr. Madere on February 27th, 2006. Mr. Madere provided fraudulent information to the Christensons, their agent, their bank and the appraiser. If true and accurate information had been provided, as is required by law, the Christensons would not have purchased the condominium.

Mr. Madere has broken both state and federal laws.

The following are a sampling of the crimes that have been committed by Louis Madere: bank fraud, marketing fraud, disclosure fraud, RESPA/HUD violations, wrongful imprisonment, tampering, theft, possession of stolen things, peeping tom, stalking, video voyeurism, filing a false police report, trespassing and perjury.

Mr. Madere is roughly 70 years old and is an attorney, turned developer, who has used his position as an officer of the court to criminally manipulate the legal system.

The well-documented, factual and verifiable evidence can be provided.

Mr. Madere incorporated Les Carillons Condominium Association on March 25th, 2005. (Please remember that Louis Madere is an attorney and an officer of the court.) He deeded unit 7 into Les Carillons (The Orleans Parish Assessor's Office shows the property as being sold to the association). Mr. Madere took the homestead exemption on behalf of the corporation, which is illegal. The assessor removed the homestead exemption this year. *(Does Mr. Madere own unit 7, which is currently listed for sale for $1,500,000.00 or does the corporation?)*

I believe Mr. Madere was attempting to hide his assets because of the class action lawsuit that had been filed against him, by the Catholic Church through the Ozanam Inn, for video voyeurism. It appears that Mr. Madere illegally used (without consent) New Orleans Police Department high tech video equipment to video tape the Ozanam Inn. Portions of the video tapes have been posted on the internet.

Fast forward to today. The property taxes for unit 7 have not been paid. The current tax bill is $20,564.36. Do I as an owner have a legal responsibility for the taxes? Mr. Madere had run out of money long ago. Mr. Madere has not completed our unit or the condominium complex.

Mr. Madere has used Les Carillons property as collateral for two mortgages that have interest rates of 20%. The collateral mortgage documents have cut and pasted the Les Carillons property description from the declaration into the body of the loan documents. The description is exact down to the font.

Mr. Madere gave money under the table (Mr. Madere called it a loan) to Michael (Alex) Pecot at the closing table so that the sale could be consummated thereby allowing Mr. Madere to receive the proceeds which he so desperately needed. Mr. Pecot received 100% financing and he did not have the money to cover the closing costs. Mr. Pecot never made one mortgage payment or one condominium fee payment. Mr. Madere never disclosed these facts to our agent, our bank, the appraiser or us as is required by law. The result was that the unit was foreclosed on and ultimately sold for $60,000.00 less than the original sale price of $255,000.00. We lost $60,000.00 in value because of the foreclosure. We would not have purchased our condominium if we had received honest and truthful information.

Unit 7 is currently for sale. Mr. Madere refuses to disclose the fact that I have two lawsuits against the association. Item 35 of the Louisiana Disclosure Document requires full disclosure of all pending litigation.

Please see the Individual Condominium Unit Appraisal Report, page 1. The information on this report was provided by Mr. Madere. The last six questions were all fraudulently answered. Mr. Madere had become knowledgeable on what the banks required in order to approve mortgage loans. Once again, we would not have purchased our condominium if we had received truthful information.

Please review the petition for damages that I filed this past January. Please note the six 911 phone calls and the 15 letters to the New Orleans Police Department. Mr. Madere currently has two criminal charges pending against him.

# New Orleans officers charged with murder

*Updated 85 minutes ago 11/14/2012 1:55:26 PM +00:00*                                                                NBCNews.com

Seven police officers were indicted Thursday on murder or attempted murder charges in a pair of shootings on a bridge that left two people dead during the chaotic aftermath of Hurricane Katrina.

The district attorney portrayed the officers as trigger happy.

"We cannot allow our police officers to shoot and kill our citizens without justification like rabid dogs," District Attorney Eddie Jordan said.

The shootings took place under murky circumstances six days after the storm and became one of the most widely cited examples of the anarchy that descended after Katrina.

Two men were killed and four people wounded on the Danziger Bridge, which spans the Industrial Canal.

At the time, the sweltering city was still littered with corpses as rescuers tried to evacuate stranded residents and looters ransacked stores.

Police initially said the Sept. 4, 2005, shootings occurred after shots were fired at Army Corps of Engineers workers.

Police Superintendent Warren Riley called Jordan's comments "highly unprofessional, highly prejudicial and highly undignified," and urged the community to withhold judgment until a jury decides their guilt or innocence.

"We want justice first and foremost," Riley said, "but for the district attorney to try and prejudice the community against these officers before all the evidence is heard is really, I think, a sad day for the city."

Defense attorneys said their clients are innocent.

"As a wise man once said, a district attorney can get a grand jury to indict a ham sandwich," said Franz Zibilich, attorney for officer Robert Faulcon, who is charged with murder and attempted murder. "They heard only one side of the story."

1. Only on NBCNews.com
    1. As Taliban regroup, victims fight for 'free' Afghanistan
    2. Displaced by Sandy, elderly sisters find time to laugh
    3. Jailed for fraud, borrower wonders why he was targeted
    4. Comrade: Gen. Allen's emails to Kelley misconstrued
    5. 'Intelligence' body set to fight illicit trade in treasures
    6. Democrats return to Congress emboldened by wins
    7. From suburb to basket case: How California city traveled the road to ruin

A judge gave the officers 24 hours to surrender and said there would be no bond for the four accused of murder, which carries a possible death sentence. The officers accused of attempted murder were to be held on $100,000 bond for each count.

The grand jury issued the charges after hearing weeks of testimony. The foreman of the panel, Lee Madare, declined to comment in detail as he left the courthouse but asked a reporter, "Do you understand the word

cover-up?"

A spokesman for Mayor Ray Nagin declined to comment on the indictments.

According to a police report, several officers responded to a radio call that two fellow officers had been hurt. When they arrived, seven people were seen running, and four began firing at police, the report said. The officers returned fire.

The victims were Ronald Madison, a 40-year-old mentally retarded man, and James Brissette, 19. The coroner said Madison was shot seven times, with five wounds in the back.

'Running gunbattle'
Riley has described the confrontation as a "running gunbattle" that lasted several minutes.

Madison's brother, Lance, has said the two were crossing the bridge on their way to another brother's dental office when a group of teens ran up behind them and opened fire. As they fled, Lance Madison said, he and his brother encountered seven men who jumped out of a rental truck and also began firing.

The police department has said an officer shot Ronald Madison after he reached into his waistband and turned toward the officer.

Lance Madison denies that his brother was armed.

In addition to Faulcon, police Sgt. Kenneth Bowen and officers Anthony Villavaso and Robert Gisevius were charged with murder. Officers Robert Barrios, Mike Hunter and Ignatius Hills were charged with attempted murder.

The indictments were the latest blow to the reputation of the beleaguered police department. More than 200 officers on the 1,500-member force were disciplined for various offenses after the storm, including failure to show up for work.

© 2012 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.

To: Major Edward Hosli                                                                  01/10/09
Commander 8th District
New Orleans Police Department

From: David and Renee Christenson
842 Camp Street
Unit 4
New Orleans, La. 70130
504-715-3086
dchristenson6@hotmail.com

Sir,

We are requesting that the NOPD charge Louis (Lee) Madere with the following crimes:
S 40.2 Stalking
S 283 Video Voyeurism
S 284 Peeping Tom
S100.1 Obstructing Public Passage
Copies of the Louisiana Statutory Criminal Law are attached.

The factual and documented evidence is as follows:

We have called 911 six times on Lee Madere on the following dates for the following reasons:
*March 28th, 2007. Lee Madere and harassment.
*April 4th, 2007. Lee Madere and trespassing. Called in by Michael Pecot, owner of unit 2.
*May 31st, 2008. Lee Madere and harassment.
*July 14th, 2008 Lee Madere and theft. The officers informed Lee Madere that if he did it again he would be issued a criminal citation. (Madere did it again two days later. Madere had no respect for the NOPD officer's orders)
*July 16th, 2008 Lee Madere and theft. Criminal citation was issued. Municipal Case 1045261.
*October 17th, 2008. Lee Madere and tampering. Criminal citation was issued. Municipal Case 1053983.
Filed a complaint with the 8th District on January, 8th, 2009 against Lee Madere for tampering, "peeping tom" and video voyeurism. Item number: A-08844-09.

Photos and video tape have been provided to the NOPD that clearly shows the criminal conduct of Lee Madere. Additional photos and video tape can be provided.

We have written 15 letters to the NOPD outlining our complaints against Lee Madere. The first letter was written on December 29th, 2006.
January 5th, 2007. PID.
March 7th, 2007. PID. 1st.
March 7th, 2007. PID. 2nd.

March 7th, 2007. PID. 3rd.
March 26th, 2007. PID.
March 27th, 2007. PID. 1st.
March 27th, 2007. PID 2nd.
March 28th, 2007. PID.
March 31st, 2007. PID.
April 4th, 2007. PID.
May31st, 2008. PID.
May 31st, 2008. Riley.
July 14th, 2008. Riley.
July 16th, 2008. Riley.

A copy of the journal kept by Renee Christenson that shows the harassment by Lee Madere can be provided if needed.

Lee Madere continues to threaten and harass us.
Lee Madere continues to photograph us in our home and transmit those images over the internet.
Lee Madere informed Officer Flores that he could enter our home/condo anytime that he wanted.
Lee Madere continues to enter our home illegally.


Thank you.


David Christenson

01/24/08

The victory would be a counter suit and a lien. Time is the victory as well. (The Ozanam Inn and the Catholic Church are suing Madere for video voyeurism)

Wrongful imprisonment, fraud, conspiracy to commit fraud (ongoing), breach of contract, harassment, slander, voyeurism, perversion (peeping tom), intimidation, threats, trespassing, coercion, breach of fiduciary responsibility, board failed to conduct itself properly, malpractice, loss of income, loss of value in our condo, etc.

Les Carillons Condominium Association has to be sued and is the primary one followed by Lee and Jerre Madere.

The following individuals need to be listed:

Christopher Utley, attorney.
William LaBiche, NOPD detail police officer.
NOPD.
David Duggins, attorney.
Dorian Bennett, real estate agent.
Dorian Bennett Real Estate Company.
Carol Gemelli, real estate agent.
Re Cabes, real estate agent.
Ashley Huck, owner unit 1.
Huck, owner unit 1.
EMC Mortgage Corporation, owner unit 2.
Hank Kopcial, owner unit 3.
Kelly Lee Kopcial, owner unit 3.
Robert Booms, owner unit 5.
James Baird Jr., owner unit 5.
Aris Cox VI, owner unit 6.


Baker Donelson Law firm
Dave Kurtz, attorney.
Hank Arnold, attorney.

Butt Thornton & Baehr                                    07/01/07
P.O. Box 3170
Albuquerque, Nm. 87190-3170
505-884-0777
505-889-8870 Fax, btblaw@btblaw.com

Mr. Butt,

The response from Rob Booms is very strange. Why he is acting is such a bizarre manner is beyond me. His second letter to David Kurtz still shows him to be acting for your firm.

Please review my letter dated June 4th, 2007 that was sent to Rob Booms and the other owners. It will prove to you that I am a very reasonable person. (Emphasis on the "conclusion" portion of the letter)

Please ask Rob to explain the lawsuit that the Catholic Church has filed against Lee Madere (Orleans 2005-9299) for "video voyeurism" and the liability.

Please ask Rob to see the financials that the owners were provided that follow no standard accounting practice. Les Carillons is a non-profit corporation. The IRS would not accept the financials. Why has Rob? They show the co-mingling of accounts. Ask to see the budget as well.

Ask Rob why shears (curtains are already installed) are required on all French doors. Rob supported this rule change. Why can people not have the discipline not to look into other people's condos? This requirement is very disturbing.

David Kurtz was involved to act as a mediator/legal consultant of sorts. I had hoped that he could convince the developer to finish my unit, the condo complex and to leave me alone. He has not been able to do this. Mr. Kurtz is an honest and ethical attorney. I feel very comfortable representing myself "Pro Se". David Kurtz will no longer be involved if there is not some progress. You are going to have to deal with me directly. All I want is for the contract that I entered into to be honored and to be left alone. Can you help?


Sincerely,


David A. Christenson
842 Camp Street
Unit 4
New Orleans, La. 70130
504-715-3086
dchristenson6@hotmail.com

Christopher Utley                                                           11/30/06
2331 Esplanade Avenue
New Orleans, LA. 70119
504-342-4466
504-342-4843 Fax

Mr. Utley,

Your actions today were criminal!!!

For you and Lee to attempt to access my condo through both sets of french doors is criminal. You had no right to try the doors to see if they were open.

To stand there as an attorney and watch Lee move my shutters and lock them into different positions is wrong if not criminal.

For you to blatantly look into my condo through both sets of french doors is criminal. I was sitting on my couch watching television.

Once I found out who you were I realized that I had seen you touring the condo complex with Lee last week. Your actions today (by returning to my home) were meant to antagonize me and to be confrontational. Why would you attempt to intimidate me at my own home?

Lee is already being sued by the Ozanam Inn for video voyeurism. **Mr. Utley, are you a voyeur as well?**

How can you represent Lee and Jerre as the developers and as the condo association? We have lived here for over nine months and our unit and the complex are not complete. Other owners have units that are not complete as well. The association has different goals than Lee and Jerre. If you truly represent the association you will take action against Lee and Jerre for breach of contract and fraud.

Please do your homework on Lee and Jerre (review their web sites and the lawsuits against them). Are you sure you want to represent the developers who have an adverse position to those of the homeowners? What happens when the associations sues Lee and Jerre?


David A. Christenson
842 Camp Street
Unit 4
New Orleans, LA. 70130
504-715-3086

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,
Plaintiff/Appellant,
v.                                                                             Case No. 13-31078
KENNETH BOWEN, et al.,
Defendants/Appellees.

Prayer for a Miracle
Memorandum

I, Federal Whistleblower Air Force Captain David Andrew Christenson, have asked, via incorporated email, the following individuals to accompany me to the oral arguments in this case on April 29th, 2015 in hopes that the truth comes out and the cover-up of the release of the Katrina Virus and murdering of Americans by the US Military is exposed. All of these individuals have caused me harm and participated in the criminal conspiracy against the American People. There is very brief and simple explanation of what each individual did.

Federal Judge Jay Zainey: Put together the legal team that filed a class action video voyeurism complaint against Attorney/Developer/Danziger Grand Jury Foreman Louis "Lee" Madere on behalf of the Catholic Church. Madere committed mortgage fraud against me and was being protected by the Department of Justice and USA Jim Letten. I gave Judge Zainey evidence and offered to testify.
Attorney Val Exnicios: He worked for Judge Zainey.
Magistrate Jay Wilkinson and Judge Jerry Brown: They harmed me before Danziger and I was hoping that they would atone for their sins and help me with this fight to save our country and their own loved ones.
USA Jim Letten: He was the "Godfather" of the criminal organization called the Department of Justice.
US Attorney Billy Gibbens: The DOJ appointed him to be my defense attorney when I was falsely arrested. He gave away all of my rights and irreparable harmed me.
Attorney Tom Hubert of the Jones Walker Law Firm: USA Jim Letten and the DOJ asked Jones Walker to represent Lee Madere in the litigation that I had filed against Madere for mortgage fraud. Madere was broke.
Attorney David Kurtz and the Baker Donelson Law Firm: This firm took over $5,000.00 from me and then withdrew as my legal representative two weeks after filing a complaint against Madere. USA Jim Letten and the DOJ requested Baker Donelson to withdraw and they complied.
Attorney Tim Schafer and our insurance company, USAA: It was USAA that first informed me of the existence of the Katrina Virus. Tim Schafer represented me in different matters and irreparable harmed me. He gave attorney client privileged information to Madere. That information ended up in the court record. Madere filed the emails that he had received from Tim Schafer's personnel email account. Schafer even acknowledged in the emails that what he was doing was wrong. USAA authorized this criminal activity.

District Attorney Leon Cannizzaro:  He falsely arrested me after promising to protect me and prosecute Lee Madere. He was responsible for the criminal transfer of the Danziger case to Federal Jurisdiction. This is one truly sick individual.
USA Harry Rosenberg and the Phelps Dunbar Law Firm: The DOJ and USA Jim Letten asked Rosenberg to represent Lee Madere, Bob Bergeron and Stewart Title. We purchased a condo from Madere through the four corners of a purchase agreement which had a property description. This property description was altered by Bob Bergeron (who worked for Stewart Title) and Stewart Title. I and the bank did not get what was purchased.
Defense Attorney Mary Howell: She represented me and caused me irreparable harm. She acted on behalf of USA Jim Letten and the DOJ. She is involved in civil portions of Danziger, Glover and the murder of Federal Whistleblower Coast Guard Commander William Goetzee.
Attorney Christopher Utley: He represented Lee Madere. He lied in court filings and committed perjury.
USA Sal Perricone: He was the US Attorney that authorized my assassination.
Danziger Defense Attorney Frank DeSalvo: He had a copy of the Military DVD of what happened at the Danziger Bridge. He entered into the plea deal before trial. The plea deal involved not putting the Military DVD of what happened into evidence. This DVD would expose the criminal activities of the US Military. It also shows that the true triggering event at the Danziger Bridge was the criminal activity of the US Military.
The Catholic Church and the Ozanam Inn. They should have protected us. I offered them my help and agreed to testify for them. They turned their backs on me and God and we have suffered greatly.
Chief Danziger Prosecutor USA Bobbi Bernstein: She knows the truth about everything.

God judges us not by what we do but what we did not do.

I could add 100 names and still not have a complete list.

From:  David Andrew Christenson (davidandrewchristenson@hotmail.com)
Sent: Sun 4/26/15 11:27 AM
To:  Judge/Jay Judge/Zainey (jay_zainey@laed.uscourts.gov); Catholic/Val Catholic/Exnicios (vpexnicios@exnicioslaw.com); Judge/Jerry Judge/Brown (sectionborders@laeb.uscourts.gov); Judge/Jay Judge/Wilkinson (jay_wilkinson@laed.uscourts.gov); Jim Letten (jletten@tulane.edu); Billy Gibbens (billy@semmlaw.com); PThomas Hubert (thubert@joneswalker.com); bdDavid Kurtz (dkurtz@bakerdonelson.com); 7Timothy Schafer (tschafer@schafer-law.com); 9E. Murphy (emurphy@orleansda.com); Harry Rosenberg (rosenbeh@phelps.com); Mary Howell (maryhowell316@gmail.com); 4christopher utley (c_utley@utleylaw.net); Sal Perricone (srperricone@gmail.com); 22Frank DeSalvo (frankd@fdesalvo.com); Ozanam Inn (inno@bellsouth.net); Catholic44 (catholicfoundation@archdiocese-no.org); 22Barbara Bernstein (bobbi.bernstein@usdoj.gov); DOJ/Ken DOJ/Polite (kenneth.a.polite@usdoj.gov)

Godspeed.

Filed Pro Se/In Proper Person on behalf of all Americans

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086, davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on April 27th, 2015 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail.

_____
David Andrew Christenson

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO. 09-915                                                                                          DIVISION "I-14"

RENEE CHRISTENSON AND DAVID CHRISTENSON

VERSUS

LES CARILLONS CONDOMINIUM ASSOCIATION, INC., LOUIS (LEE) MADERE, CHRISTOPHER UTLEY, JONES WALKER LAW FIRM, SCHAFER & SCHAFER LAW FIRM AND COX & LINDER LAW FIRM

FILED: JANUARY 27, 2009                                        _____
                                                                                    DEPUTY CLERK

MEMORANDUM

Here is a sampling of the harassment and criminal activity that we have been subjected to since your court became involved.

Louis Madere has been convicted of tampering. (The criminal activity has taken place at our home, which is a part of the Les Carillons Condominium Association property of which we own 9%.)
Louis Madere has violated a peace bond. This peace bond was put in place to protect my wife and me.
Louis Madere has received a criminal citation for possession of stolen things. This charge was upgraded to include theft by Major Hosli of the NOPD 8th District. (The NOPD answered a 911 phone call from me about the theft and when they responded they ordered Louis Madere to give our property back. Two days later, he did it again and that is when he received the criminal citation.)
Louis Madere was sanctioned and fined for missing his criminal trial.
Louis Madere has photographed my wife and me in our home and has transmitted those images on the internet.
Louis Madere has repeatedly entered our home, which is illegal.
Louis Madere has notified the NOPD that he has the right to enter our home whenever he wants to. The NOPD has informed him that if they catch him he will be arrested.
Louis Madere refused to turn himself in for a criminal attachment/warrant until I photographed him leaving an NOPD squad car. The squad car was driven by his good friend, Billy Labiche. Louis Madere, Billy Labiche and associated attorneys had knowledge of the attachment/warrant. Billy Labiche is a friend and employee of Louis Madere. Billy Labiche is a paid thug.
I have placed nine 911 phone calls concerning the criminal and harassing activities of Louis Madere.
Louis Madere has repeatedly (verbally) assaulted my wife.
Louis Madere filters our mail.
Louis Madere has manipulated process servers and assisted them in harassing us by providing defective, outdated and incomplete court documents.

1

Louis Madere has committed criminal fraud against us.

Louis Madere has illegally placed a lien against our condominium.

Louis Madere has not paid the property taxes for unit 7. The taxes as of today with penalties and interest amount to over $23,000.00. The ownership of unit 7 is in dispute. Louis Madere placed unit 7 into the Les Carillons Condominium Association when the corporation was created. Louis Madere did this to protect his assets from the video voyeurism lawsuit that the Catholic Church had filed against him.

Louis Madere has borrowed money from Majestic Finance and used Les Carillons property as the collateral. The two collateral mortgages have interest rates of 20%.

Louis Madere has filed a frivolous lawsuit against us seeking $67,500.00 in fines for having a table and some plants. The fines have been retroactively levied against us for the last two years.

Louis Madere through Tom Hubert and the Jones Walker Law Firm has not honored their commitment to the court for the following (Just a sample): No city inspection certificates have been provided. Our roof, copper canopies and gutters and window have not been repaired or installed.

Louis Madere allowed the "wind and hail" insurance to lapse over two years ago. Louis Madere has continued to collect money from us to cover this cost. All mortgages require "wind and hail". Les Carillons Condominium Association documents require "wind and hail" insurance.

Les Carillons Condominium Association has received two disconnect notices from the Orleans Sewage & Water Board.

Les Carillons Condominium Association has received a disconnect notice from Cox Cable.

Please remember that this is only a sample of what we have had to put up with over the last three years.

Louis Madere is a 70-year-old attorney and officer of the court. He has repeatedly taken the law into his own hands.

If Louis Madere had not committed bank/mortgage fraud, we never would have purchased a condominium from him.


Respectfully Submitted, In Proper Person, by


David Christenson
842 Camp Street
Unit 4
New Orleans, La. 70130
504-715-3086
dchristenson6@hotmail.com

U.S. POSTAGE PAID
MIRAMAR BEACH, FL
32550
JUN 06, 18
AMOUNT
$2.05
R2305K135379-13

10007

USPS P3
SDNY

Clerk
US District Court SD New York
500 Pearl Street
New York, NY 10007-1312

Pro Se

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

RECEIVED
JUN 2018
CLERK'S OFFICE