UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson                                Civil Action No. 1:18-cv-03501

DEMOCRATIC NATIONAL COMMITTEE,                     Racketeer Influenced and
                                                                                       Corrupt Organization Act (RICO)
Plaintiff,

v.                                                                                      Judge John G. Koeltl

RUSSIAN FEDERATION, et al;
Defendants.

## Amicus (Eighteen B)

The horrific loss of my younger sister, Jill, who committed suicide by placing a 357 magnum into her mouth and pulling the trigger and the loss of my mother who was a world class opioid addict (She wore a patch and took pills orally) has truly impacted me and motivated me to try and help Mankind.
BUT I CAN'T FIGHT THE CATHOLIC CHURCH AS WELL AS THE FEDERAL GOVERNMENT

My other young sister, Andrea, first attempted suicide in 1976. As far as I know she is still alive but we don't talk. When the Federal Government classifies you as a terrorist your family abandons you. The DOJ also threatened them.

The following two paragraphs were taken from a letter to Kurt Johnson. He was a life long friend who turned his back on me. It is tough to keep friends when you have been classified as a terrorist.

➤ Kurt,

   *Father Jay Baker married Scarlett and me. You were there and met him. He is Scarlett's cousin and friend. They are the same age and they grew up together. I called him several times and sent multiple emails to him last year right before Christmas. I told him Scarlett desperately needed him. I told him he did not have to talk with me. He never communicated with Scarlett. He has refused to communicate with her ever since I was arrested (I was never charged with any crime). Jay forwarded my emails, asking for help for my wife, to a third party. That third party irreparable harmed Scarlett. Why would anyone harm Scarlett? Why would a priest, friend and cousin harm such a wonderful person?*

   *Father Leonard Kenkel stopped communicating with me years ago. He turned my emails over to the attorneys for the Catholic Church. He was ordered not to communicate with me and he hasn't.*

Father Jay Baker is my wife's cousin, friend and priest and he refused to minister to her and in fact he actually harmed her.

Attachment 1 is filed in many State and Federal Courts: **The Pope and the Catholic Church market, promote and generate income by housing convicted sex offenders**

**(registered and non-registered), pedophiles, rapists, etc. in Catholic Hospitals and Catholic Mental Health facilities. The income to the Pope and the Catholic Church is millions of dollars each year.**

Attachment 2: An email to Father Leonard Kenkel. My email and letters to Father Kenkel were about my loss of faith. I needed spiritual guidance. He abrogated his responsibilities to me as a Catholic Priest. I never asked anyone to fight my battle that did not have an ethical, legal or moral responsibility to do so and he did not. I did not need legal advice.

Attachment 3: A letter to Father Leonard Kenkel in 2005. He was being sued for committing a sex crime. I reached out to him. He lives in constant fear so he incapable of truly administering God's word. The Catholic Church is paranoid about getting sued.

Attachment 4: An email from Father Leonard Kenkel to me. I was not asking him for legal advice but for spiritual advice. He cut off all contact with me.

Attachment 5: I asked Father Jay Baker to reach out to his fellow Catholic, cousin and friend, Renee Christenson (my wife) but he refused to do so. He married us in 1993. I made it clear that he did not have to communicate with me. I told him she needed him as a Priest, friend, cousin and fellow Catholic. Instead of reaching out to her he harmed her.

Attachment 6: An email that went out to our families. This is worth a read.

The attached eleven Amicus Pleadings were filed in the following cases:

1. United States v. Boucher (1-18:cr-00004) Judge Marianne O. Battani
2. United States v. Manafort (1:18-cr-00083) Senior Judge T.S. Ellis, III
3. Manafort v. United States (1:18-cv-00011) Judge Amy Berman Jackson
4. United States v. Flynn (1:17-cr-00232) Judge Emmet G. Sullivan
5. United States v. Papadopoulos (1:17-cr-00182) Judge Randolph Daniel Moss
6. United States v. Manafort (1:17-cr-00201) Judge Amy Berman Jackson
7. United States v. Internet Research Agency LLC (1:18-cr-00032) Judge Dabney L. Friedrich
8. United States v. Van Der Zwann (1:18-cr-00031) Judge Amy Berman Jackson
9. Deepwater Horizon v. BP Exploration & Production (16-30918) Judge Carl Barbier
10. Democratic National Committee v. Russian Federation, et al (1:18-cv-5301) Judge John G. Koeltl

11. State of Louisiana v. Nathan Foreman (Section H Case 459100) Judge Camille Buras

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on June 5th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

## The Pope and the Catholic Church market, promote and generate income by housing convicted sex offenders (registered and non-registered), pedophiles, rapists, etc. in Catholic Hospitals and Catholic Mental Health facilities. The income to the Pope and the Catholic Church is millions of dollars each year.

*Please remember one thing as you read this. You or your family could be placed in the same grotesque position as my sister Jill and you would never know. You or your family could be housed next to a convicted sex offender (registered and non-registered), a pedophile, a rapist, etc. and not even know.*

The Pope and the Catholic Church chose money over the health and well-being of my younger sister and the other unsuspecting patients in those facilities.

My younger sister, Jill, killed herself in March of 2008. She put a 357 magnum in her mouth and blew her brains out. It happened in my dad's backyard. She was a wonderful person. I should have been there for her. The memory of her brains and blood spread out over the ground is the most vivid memory I have from my life. It will forever haunt me.

### The following is a true and factual story of what happened to my sister. It is not embellished or sensationalized.

The convicted sex offenders (registered and non-registered), pedophiles, rapists, etc. are housed in Catholic Hospitals and Catholic Mental Health Facilities without proper security measures. They are housed next to innocent and unsuspecting patients. The facilities are their homes. Initially the convicted sex offenders (registered and non-registered), pedophiles, rapists, etc. were housed in unused rooms or areas. This is no longer the case. The income is so great and attractive that the convicted sex offenders (registered and non-registered), pedophiles, rapists, etc. are housed within the unsuspecting general population.

Here is the true and factual story of my sister, Jill Christenson.

Jill attempted suicide months before she finally killed herself. She was brought to a Catholic Hospital and stabilized. Once she was stabilized, she was transferred by ambulance to a Catholic Mental Health Facility where she was to stay for a minimum of 72 hours. She was housed in a lockdown area within the facility. There was a secure door to the area but there were no doors on any of the dorm type rooms. There were no security measures except for a nurse's desk at the end of the hallway. Patients could go between rooms at will. My sister was still under the effects of her attempted suicide and had no idea where she was. She was completely vulnerable. She was under the care of the staff psychiatrist.

Truth is always stranger than fiction. This is where the story becomes grotesque.

My other sister discovered that a male convicted sex offender was being housed in the room across from Jill's room. It is where he lived. It was his registered address. It was his home. No security measures or doors prevented the convicted sex offender from entering my sister's room. She was easy prey.

My family (two parents, four siblings) approached the psychiatrist and facility administrator about the convicted sex offender. Once we did this and unbeknownst to us, the psychiatrist started the process of

discharging my incoherent sister. Jill had not even stabilized. We as a family had not even had a chance to put together a plan for her safety and well-being.

Jill signed her own discharge paperwork. She had no clue as to what she was signing.

My other sister, by pure chance, discovered Jill walking down the street outside the facility. None of the family was notified of the discharge. She had only been there for a few hours.

The family demanded that Jill be held and treated until she could be transferred. The psychiatrist said "no". He would not give a reason. Jill was still a threat to herself and did not deserve what was happening to her. It was all about money. It was about the protection of convicted sex offenders, (registered and non-registered), pedophiles, rapists, etc. and millions of dollars of income to the Pope and the Catholic Church. Is this what God wants?

The psychiatrist would not answer our questions about the convicted sex offender. He also would not answer our question about the mental state of Jill. He refused to provide any answers. He made it clear that she was not welcomed in the facility, that she could not stay and that she would not be treated.

We received an apology from one of the nurses as we were leaving. She informed us about the money that the Catholic Church was generating by providing homes to the convicted sex offenders. She stated that it was done throughout the Catholic Church's hospital and mental health facilities. My research confirmed this.

How can the Catholic Church house convicted sex offenders, (registered and non-registered), pedophiles, rapists, etc. within and next to the unsuspecting populations in the hospitals and mental health facilities? My sister was unable to protect herself.

We had to take my sister home. We had lost any initiative to get her into a program. She was not properly treated. The conclusion of this story was her suicide.

The Pope and the Catholic Church chose money over my sister and her life.

Would she be alive today if she had been properly treated?

The Ozanam Inn in New Orleans is a homeless shelter run by Catholic Charities. Once again the Pope and the Catholic Church generating income by housing convicted sex offenders, (registered and non-registered), pedophiles, rapists, etc.  There are no security measures in place. Many of the homeless are mentally ill and incapable of taking care of themselves. What a volatile mixture. A perfect place for a sex offender, rapists or pedophile to pray on the unsuspecting or infirmed
.

David Christenson
842 Camp Street
Unit 4
New Orleans, La. 70130
504-715-3086
dchristenson6@hotmail.com

# My sister's suicide Read the last two pages of the attachment from: David Christenson DHS 76

**David Christenson**

Fri 12/10/2010 12:41 PM

Sent Items

To: frlakenkel@gmail.com <frlakenkel@gmail.com>;

📎 1 attachments (4 MB)

USSupreme3Citizens.pdf;

Father Kenkel,

You were my favorite teacher at Dowling. I am not sure if you remember me. Class of 76. Went to the Air Force Academy.

I could use some words of wisdom. I have lost my faith in the Catholic Church. It seems that God has a sadistic sense of humor when it comes to me. My life over the last 10 years has been very bizarre. It appears that I was chosen to fight this battle. I sure did not volunteer. The attachment is only the tip of the iceberg.

The worst part of the battle was losing my sister. I should have been there for her.

I would like to send you some information and get some feedback. I promise that what I send you will be better than any book and all of it is true. It seems that I live in an alternate universe. I will understand if you want to pass.

Happy Holidays and Godspeed.

Sincerely,
David Christenson
842 Camp Street
Unit 4
New Orleans, La. 70130
dchristenson6@hotmail.com
504-715-3086