UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMOCRATIC NATIONAL COMMITTEE,

    Plaintiff,

v.

THE RUSSIAN FEDERATION *et al.*,

    Defendants.

Case No. 1:18-cv-03501 (JGK)

## NOTICE OF APPEARANCE

Please enter the appearance of James M. Gross and the law firm of Jones Day as counsel for Defendant Donald J. Trump for President, Inc.

Dated: New York, New York
June 13, 2018

Respectfully submitted,

/s/ James M. Gross

James M. Gross (JMG1989)
JONES DAY
250 Vesey Street
New York, New York  10281-1047
Tel: (212) 326-3733
Fax: (212) 755-7306
Email:  jgross@jonesday.com

*Attorneys for Defendant*
*Donald J. Trump for President, Inc.*

## **CERTIFICATE OF SERVICE**

      I, James M. Gross, certify that on June 13, 2018, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

                                    /s/ James M. Gross
                                    James M. Gross