# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

June 13, 2018

The Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re: *Democratic National Committee v. Russian Federation* (1:18-cv-03501-JGK)

Dear Judge Koeltl:

    We represent Defendant Donald J. Trump for President, Inc. ("the Campaign") in the above-captioned matter. Yesterday, Plaintiff Democratic National Committee's ("DNC") moved to (1) adjourn the status conference currently scheduled for July 5, 2018, until September 5, 2018; and (2) suspend the current deadline of July 2, 2018, for those Defendants who have already waived service—including the Campaign—to respond to the Complaint, at least until the status conference. DNC's Unopposed Motion, ECF 108.

    For all the reasons given in the DNC's motion, the Campaign respectfully requests that the Court extend the Campaign's deadline for responding to the Complaint until September 5 or thereafter. While the DNC requested this relief on the Campaign's behalf, in an abundance of caution we are making the request ourselves. The Campaign has not requested any prior extensions of its deadline for responding to the Complaint.

    The Campaign therefore respectfully requests that the Court enter the Proposed Order attached to the DNC's motion.

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

The Honorable John G. Koeltl
June 13, 2018
Page 2

                Sincerely,

                */s/ James M. Gross*

                James M. Gross (JMG1989)
                **JONES DAY**
                250 Vesey Street
                New York, NY 10281
                (212) 326-3733
                jgross@jonesday.com

                Michael A. Carvin (*pro hac vice*
                    *application forthcoming*)
                **JONES DAY**
                51 Louisiana Avenue, NW
                Washington, DC 20001
                (202) 879-3939
                macarvin@jonesday.com

                *Counsel for Defendant*
                *Donald J. Trump for President, Inc.*

cc:    All Counsel of Record (via ECF)