# BUSCHEL GIBBONS
### Attorneys

One Financial Plaza, Suite 1300
100 SOUTHEAST THIRD AVENUE
FORT LAUDERDALE, FLORIDA 33394
(954) 530-5301

June 14, 2018

The Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 1007-1312

RE: Democratic National Committee v. Russian Federation (1:18-cv-03501-JGK)

Dear Judge Koeltl:

This law firm represents Roger J. Stone, Jr. in the above entitled matter. Plaintiff Democratic National Committee ("DNC") moved to: (1) adjourn the status conference currently scheduled for July 5, 2018, until September 5, 2018; and (2) suspend the current deadline of July 2, 2018, for those Defendants who have already waived service— including Roger Stone —to respond to the Complaint, at least until the status conference. (DNC's Unopposed Motion, ECF No. 108).

Defendant Roger Stone respectfully requests that the Court extend the deadline until after September 5, 2018.

Very truly yours,

/s/ Robert Buschel
BUSCHEL GIBBONS
Robert C. Buschel
(*pro hac vice* application forthcoming)
Attorney for Roger J. Stone, Jr.
(954) 530-5748
Buschel@BGlaw-pa.com

*Counsel for Defendant
Roger J. Stone, Jr.*

cc: Counsel of Record (via CM/ECF)