UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Movant David Andrew Christenson | Civil Action No. 1:18-cv-03501 |
| DEMOCRATIC NATIONAL COMMITTEE, | Racketeer Influenced and Corrupt Organization Act (RICO) |
| Plaintiff, | |
| v. | Judge John G. Koeltl |
| RUSSIAN FEDERATION, et al; Defendants. | |

Amicus (Twenty-One)
Here is proof that Nathan Foreman is innocent and this is only a drop in the bucket.

Attached is Jonathan Bailey's affidavit. I can testify that the affidavit is true.

**I was never charged with a crime.**

An FBI Agent put a loaded gun to my head and threatened me. The hammer was pulled back and the safety was off. He told me he would kill me if I didn't stop my research and the filing of court pleadings. He also zealously and laughingly told me he would get away with it. I knew he was telling me the truth.

An FBI and New Orleans SWAT Team (Violent Crime Task Force) arrested me on March 15th, 2011 for a non-violent, non-drug, non-domestic misdemeanor. They ask for a $500,000.00 bond. They said I was sending pleadings to the Federal Court. It was a Louisiana Warrant and not a Federal one as one might expect. Once again, I was never charged with a crime. I was placed in isolation and medicated against my will. My defense attorney was a US Attorney. All of this has been docketed in this case.

I was assaulted by an FBI Agent and US Marshal at the Hilton Hotel in New Orleans. I had the DVD of the assault. The FBI Agent took the DVD when I was arrested. He also knew where the backup DVDs were and took them.

The same incompetent attorneys that represented Nathan Foreman represented me. They committed criminal malpractice.

The attached eleven Amicus Pleadings were filed in the following cases:

1. United States v. Boucher (1-18:cr-00004) Judge Marianne O. Battani

2. United States v. Manafort (1:18-cr-00083) Senior Judge T.S. Ellis, III

3. Manafort v. United States (1:18-cv-00011) Judge Amy Berman Jackson

4. United States v. Flynn (1:17-cr-00232) Judge Emmet G. Sullivan

5. United States v. Papadopoulos (1:17-cr-00182) Judge Randolph Daniel Moss

6. United States v. Manafort (1:17-cr-00201) Judge Amy Berman Jackson

7. United States v. Internet Research Agency LLC (1:18-cr-00032) Judge Dabney L. Friedrich

8. United States v. Van Der Zwann (1:18-cr-00031) Judge Amy Berman Jackson

9. Deepwater Horizon v. BP Exploration & Production (16-30918) Judge Carl Barbier

10. Democratic National Committee v. Russian Federation, et al (1:18-cv-5301) Judge John G. Koeltl

11. State of Louisiana v. Nathan Foreman (Section H Case 459100) Judge Camille Buras

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on June 6th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

I, Jonathan Bailey DOC #523010 declare that:

(1) I am now serving a life sentence at Louisiana State Penitentiary in Angola, Louisiana.

(2) Nathan Foreman, and I are charged as co-defendants with murder.

(3) I took a plea to life imprisonment. I took a deal from the State that I would receive a reduced sentence if I testified against Nathan Foreman at Foreman's trial.

(4) Foreman "only gave me a ride." He did not have knowledge of the robbery or murder.

(5) I was "beaten, bullied and threatened," and the police put a "gun into my mouth" at the time I gave my confession to the police.

_____  
Jonathan Bailey  
Jonathan Bailey

_____  
Witness  
D.E____

_____  
____ #129862

Updated 10/31/2011 DAC 05:32

An Unedited Synopsis.

Please Google all names.

THE RELUCTANT PATRIOT
By Captain David Andrew Christenson
(*Book Nine in a nine part series.*)
Library of Congress LCCN 2011940256
ISBN 978-0-9846893-0-9 Hardback
ISBN 978-0-9846893-1-6 EBook

<u>Factual, documented and verifiable</u> account of what happened to (The Author) Captain David Andrew Christenson, United States Air Force, on March 15th, 2011.

On the morning of March 15th, 2011 the FBI brought a 30 man SWAT team, with shoot to kill orders, to arrest Captain David Andrew Christenson for a non-violent, non-domestic, non-drug misdemeanor charge (Equivalent of a DUI or DWI.) of cyber stalking FBI Agent Steven Rayes. This was done under the authority of FBI Director Robert Mueller. Misinformation was provided to the press. Six months earlier on October 14th, 2010 (This is a very important date, see below) FBI Agent Steven Rayes contacted Captain David Andrew Christenson. Why did Agent Rayes contact Captain Christenson? Agent Rayes was a member of the uniformed Violent Crimes Task Force and he was not a true investigative type FBI Agent. Captain Christenson had been communicating with FBI Director Robert Mueller, Agents David Welker, Dewayne Horner, Joseph Downing, Kelly Bryson and Paula McCants. Agent Rayes was selected by Director Mueller to be the enforcer. Agent Rayes was an ex-enlisted Marine and street cop with no conscious and was someone who would blindly follow orders understanding the illegal mission. Agent Rayes was zealous and sadistic in carrying out his orders. Agent Rayes ordered Captain Christenson to email him at his official FBI email addresses. Agent Rayes commenced to harass, stalk, threaten, intimidate and assault Captain Christenson. On November 10th, 2010 Agent Rayes assaulted Captain Christenson at the Hilton Hotel in New Orleans. There was a DVD of the assault. The FBI used a Louisiana State arrest warrant and a Louisiana State search and seizure warrant. **The FBI did not use Federal Warrants. This needs to be said again. The FBI did not use Federal warrants. Captain David Andrew Christenson has never been charged with a crime.** The FBI claimed that two out of more than 500 emails sent to at least 10 different FBI Agents, including FBI Director Robert Mueller, by Captain Christenson were threatening. The emails were not threating and were consistent with previous informative and political emails. Captain Christenson never received an arraignment, a show cause hearing or a preliminary examination as is required by law. Orleans Parish District Attorney Leon Cannizzaro asked for a $500,000.00 bond. The Orleans Parish Criminal Court gave Captain Christenson a record bond of $300,000.00. Captain Christenson should have been released on his own recognizance or a $10,000.00 bond. (An armed carjacker received a $75,000.00 bond.) Captain Christenson was held for

star and were forced to retire.  Why the five day delay when plans and procedures require the securing of an urban area within 72 hours after a catastrophe. There were several reasons for the delay. "The Katrina Virus" would disperse. The DOD and the CIA, in connection with the United States Navy, could clean up the mess without having the press around. It was brilliant the way the Federal Government kept the press occupied with the rescue missions, the superdome and the convention center. Louisiana Governor Kathleen Blanco was intentionally manipulated by the Federal Government and made into a scapegoat. FEMA Director Michael Brown was manipulated as well.

The BP oil spill. To be Written.

The Danziger Bridge. To be written.

Books Seven and Eight will start in September, 2005. The US Military arrives in New Orleans in the days preceding Hurricane Katrina. The units were issued millions of dollars in cash in satchels. Confirmed by Teresa McKay, Director of Department of Defense Finance and Accounting Service (DFAS). Teresa's husband, Jeffery McKay, and I attended the Air Force Academy together and were roommates in flight school. JK works in the Pentagon and is also one of my sources. In the days following Hurricane Katrina President Bush and Air Force One did a flyover of New Orleans but did not land. The White House issued a press release stating that security was not in place and that the President's landing would detract from the rescue missions. As an Air Force Pilot I flew support missions for the President, Air Force One and the Secret Service. I am intimately familiar with their procedures and protocols. President Bush and Air Force One did not land because The White House did not want to infect the President and his staff with "The Katrina Virus" as was confirmed by Ambassador Donald Ensenat.  Security was in place and Belle Chase Naval Air Station was operational and secure. The senior leadership in New Orleans gave blood and DNA samples. This as well as other connections to "The Katrina Virus" were confirmed by Mayor Ray Nagin.  After the Hurricane, USAA Insurance (A military insurance company run by Generals and Admirals with strong ties to the Pentagon.) informed us that they would be paying our claim because of the long term health issues that we would face. What did USAA know? In February, 2006 we purchased a condominium, under fraudulent circumstances, from Louis (Lee) Madere. He was the Louisiana State Grand Jury Foreman for the Danziger Bridge Murders. (*I cannot invent the truth*) The Catholic Church had filed a class action video voyeurism lawsuit against him. Madere entered the Federal Witness Protection Program on October 15th, 2010 (The important date from above.). Secretary of HUD, Mayor and Judge Moon Landrieu, the father of Senator Mary Landrieu and Mayor Mitch Landrieu, was a major source of information.

State Farm Insurance and the murder of prominent Los Angeles attorney James Robie of the Robie Matthai Law Firm.  To be written. Please review your homeowner's policy. The medical liability provision of the homeowner's policy is substantial larger than the property loss provision. A $100,000.00 home could have a $5,000,000.00 medical liability provision. The loss to the insurance companies would be trillions of dollars if it was shown that "The Katrina Virus" was released.

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

Pro Se

Clerk
US District Court SD New York
500 Pearl Street
New York, NY 10007-1312

10007-131608

