UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson                    Civil Action No. 1:18-cv-03501

DEMOCRATIC NATIONAL COMMITTEE,                     Racketeer Influenced and
                                                   Corrupt Organization Act (RICO)
Plaintiff,

v.                                                 Judge John G. Koeltl

RUSSIAN FEDERATION, et al;
Defendants.

Amicus (Twenty-Two)
The United States Air Force and the United States Air Force Academy are active participants in the Genocide of Mankind but now all of a sudden, they want to communicate with me

The following individuals know the truth about what is going to take place and they have abrogated their responsibilities to protect the Constitution. Secretary of the Air Force Heather Wilson was my classmate. Vice-Chairman of the Joint Chiefs of Staff Paul Selva was my classmate. The Chief of Staff of the Air Force David Goldfein was a year behind me. Rear Admiral Brian L. Losey commanded the Naval Special Warfare Command until he was fired and yes, he was a year behind me at the Air Force Academy. My cousin is Vice Admiral John Christenson and he is the Military Attaché to NATO and he was a year behind me at the Naval Academy. These individuals have not helped me, they instead have intentional harmed me and thrown up road blocks to my quest to save Mankind. They are no different than Nazi Concentration Camp Guards.

The first attachment is an email that I received from Academy Grad Geoff Mulligan. The Air Force Academy and the Association of Graduates (AOG) has sanitized me from all records and barred me from stepping foot on the Academy grounds. I am a paid life time member of the AOG and yet I receive no communications from the them and no benefits. I have been locked out of my account.

In 2013 I passed a very extensive background check so that I could receive a security pass/badge to the Air Force Academy. "There are 14 persons files, including: Supervised Release; National Sex Offender Registry; Foreign Fugitive; Immigration Violator; Missing Person; Protection Order; Unidentified Person; U.S. Secret Service Protective; Gang; Known or Appropriately Suspected Terrorist; Wanted Person; Identity Theft; Violent Person; and National Instant Criminal Background Check System (NICS) Denied Transaction." Department of Defense (D0D), Colorado Crime Information Center (CCIC), National Crime Information Center (NCIC), Defense Security Service (DSS), National Instant Criminal Background Check System (NICS).

This is the first communication that I have received from the Academy in years. I find it very odd that the "White House" is mentioned in the first sentence. I also find it odd that it has to do with VA information. In very simple terms. What they are doing is why I am prohibited from entering the Air Force Academy.

The attached eleven Amicus Pleadings were filed in the following cases:

1. United States v. Boucher (1-18:cr-00004) Judge Marianne O. Battani
2. United States v. Manafort (1:18-cr-00083) Senior Judge T.S. Ellis, III
3. Manafort v. United States (1:18-cv-00011) Judge Amy Berman Jackson
4. United States v. Flynn (1:17-cr-00232) Judge Emmet G. Sullivan
5. United States v. Papadopoulos (1:17-cr-00182) Judge Randolph Daniel Moss
6. United States v. Manafort (1:17-cr-00201) Judge Amy Berman Jackson
7. United States v. Internet Research Agency LLC (1:18-cr-00032) Judge Dabney L. Friedrich
8. United States v. Van Der Zwann (1:18-cr-00031) Judge Amy Berman Jackson
9. Deepwater Horizon v. BP Exploration & Production (16-30918) Judge Carl Barbier
10. Democratic National Committee v. Russian Federation, et al (1:18-cv-5301) Judge John G. Koeltl
11. State of Louisiana v. Nathan Foreman (Section H Case 459100) Judge Camille Buras

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on June 6th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

# [usafa82 message] Veterans Data Needs Prioritization Workshop...

**Geoff Mulligan** <geoff@proto6.com>

Thu 6/7/2018 6:01 PM

To: usafa82@listdist.com <usafa82@listdist.com>;

Class of 82,
 I'm Geoff Mulligan '79.  Sorry to interrupt you...

Chris Cairns (see his message below) and I worked at the White House together.  If you have time to participate ONLINE next week, please sign up and/or pass this along to other vets.  This is really important feedback for the VA.

>    Geoff

On 06/06/2018 03:51 PM, Chris Cairns wrote:

> Hi everyone!
>
> In support of the VA's new Lighthouse API initiative, I'm facilitating some online workshops next week.
>
> The purpose of these workshops are to identify what types of data, content, and other resources would be most useful to Veterans and their supporters if made more available and accessible on the web, mobile devices, and other platforms.
>
> If you have any *insightful* ideas, please consider participating! More details, including registration, on Eventbrite.

# AOG access badge

## Amy Nisula

Fri 3/29/2013 3:30 PM

To: dchristenson6@hotmail.com <dchristenson6@hotmail.com>;

David,

Your AOG access badge has been approved, and is ready for pick up. Our hours are M-F 7:30AM-4:30PM. If you have any questions please contact us.
Thank you!

Amy Nisula
Customer Service Representative
Association of Graduates
3116 Academy Dr.
USAF Academy, CO 80840-4475
719-472-0300 ext 152
719-333-4194 (Fax)
Email: Amy.nisula@aogusafa.org
Website: www.usafa.org



ASSOCIATION OF GRADUATES
UNITED STATES AIR FORCE ACADEMY

SERVING THE LONG BLUE LINE

# I was granted a security badge on march 29th. 2013. FW: AOG access badge

From: **David Christenson** (dchristenson6@hotmail.com)
Sent: Sat 5/11/13 12:41 PM
To: thomas.gibson@usafa.af.mil (thomas.gibson@usafa.af.mil); NYTimes Arthur Sulzberger (publisher@nytimes.com)
Cc: WashPost3 WashPost3 (national@washpost.com); Pundit/Fox Pundit/FoxNews (thefoxnation@foxnews.com)

1 attachment
USAFA2Badge.pdf (35.2 KB)

Tommy,

(Everything I do goes to the Supreme Court, Department of Justice, FBI, news organizations, YouTube, Facebook, etc.)
(See the email from the AOG at the end of this email. It shows approval for my security badge. Why did General Mike Gould authorize the security badge? Does he know that you sent this letter?)

I was surprised to receive your letter. I will draft a more detailed response in the near future. I passed all of your background checks and you authorized a security badge for me. Your first paragraph is inaccurate and a total lie. No one from the Air force Academy has ever asked to be removed from my email list and that includes my old football coach General Mike Gould. I send emails to official addresses only and I do not communicate in any other way.

Does your letter really imply that the Supreme Court cannot take care of itself? I will forward this email to Chief Marshal Pamela Talkin of the United States Supreme Court. Do you really represent (your written words) "Private attorneys, Religious and Civilian administrative staff members"?

You have provided no evidence of (your written words) "escalating course...repeatedly harass, terrify, intimidate and veiled threats... (really?) several states". My understanding is that you are the commander of the 10th ABW. Am I wrong?

Please send detailed evidence of my transgressions and include those for the Supreme Court, Private attorneys, Religious and Civilian administrative staff members. Please include the "several states".

You accusations all involve emails. Why not just block them? The simple answer is that it would be illegal and a criminal act. People do not have to read my emails. There is a "delete" button for USAFA email accounts.

I am a Federal Whistle Blower. I have a 1st Amendment privilege. I communicate about important National Security issues. It is a shame that you did not take the time to get to know me. Your actions are an embarrassment to the United States Air Force, Air force Academy and this country.

Sincerely,

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

Pro Se

Clerk
US District Court SD New York
500 Pearl Street
New York, NY 10007-1312

