UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson                                 Civil Action No. 1:18-cv-03501

DEMOCRATIC NATIONAL COMMITTEE,                                  Racketeer Influenced and
                                                                Corrupt Organization Act (RICO)
Plaintiff,

v.                                                              Judge John G. Koeltl

RUSSIAN FEDERATION, et al;
Defendants.

Amicus (Twenty)
Judge Koeltl, I would ask the Devil for help if it meant that Mankind could be saved. Attached is my:
Motion for Leave to File this Motion to Vacate the Sentence for Theodore John Kaczynski

The Motion speaks for itself. Study the case. Theodore John Kaczynski was not out for fame or fortune. His actions were wrong. Why is helping Mankind so difficult? Why do people not want to be helped? I just don't get.

There is no manual for this.

What I don't want is "The Treaty of Versailles" which was the seed for the Second World War. That Treaty allowed Hitler to come to power. We must center the pendulum and establish a non-political Rule of Law.

The attached eleven Amicus Pleadings were filed in the following cases:

1. United States v. Boucher (1-18:cr-00004) Judge Marianne O. Battani

2. United States v. Manafort (1:18-cr-00083) Senior Judge T.S. Ellis, III

3. Manafort v. United States (1:18-cv-00011) Judge Amy Berman Jackson

4. United States v. Flynn (1:17-cr-00232) Judge Emmet G. Sullivan

5. United States v. Papadopoulos (1:17-cr-00182) Judge Randolph Daniel Moss

6. United States v. Manafort (1:17-cr-00201) Judge Amy Berman Jackson

7. United States v. Internet Research Agency LLC (1:18-cr-00032) Judge Dabney L. Friedrich

8. United States v. Van Der Zwann (1:18-cr-00031) Judge Amy Berman Jackson

9. Deepwater Horizon v. BP Exploration & Production (16-30918) Judge Carl Barbier

10. Democratic National Committee v. Russian Federation, et al (1:18-cv-5301) Judge John G. Koeltl

11. State of Louisiana v. Nathan Foreman (Section H Case 459100) Judge Camille Buras

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on June 6th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
(Sacramento Division)

Case No: Cr. 96-00259 GEB

United States of America
Plaintiff,
v.
Theodore John Kaczynski
Defendant.

Motion for Leave to File
David Andrew Christenson

Motion for Leave to File this Motion to Vacate the Sentence for Theodore John Kaczynski

Theodore John Kaczynski was subjected to criminal prosecutor misconduct and criminal malpractice by his defense attorneys.

Please review the court pleadings that were filed in the Democratic National Committee RICO Complaint against Trump, the Russian Federation, etc.

What Theodore John Kaczynski did was heinous but it is nothing compared to what the clowns (The parties in the above listed complaint.) have done to this country and Mankind.

Theodore John Kaczynski tried to warn us about what was coming. His actions were wrong but his warning was legitimate. I feel very strongly that he has much to offer Mankind after so many years in prison.

<u>I could use his help. Please allow him to atone for his sins by helping me to save Mankind. I have been allowed to atone for my sins.</u>

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

2018 JUN 13 AM 9:18

RECEIVED
2018 JUN 12 AM 11:53
CLERK'S OFFICE
S.D.N.Y.

Pro Sen

Clerk
US District Court SD New York
500 Pearl Street
New York, NY 10007-1312

10007-131608

PENSACOLA FL 325
06 JUN 2018 PM 2 L

USMI P3 SDNY

USA FOREVER