# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**Democratic National Committee**

**Plaintiff**

vs.   Case No.: 1:18-cv-03501-JGK

**The Russian Federation, et al.**

**Defendant**

## AFFIDAVIT OF SERVICE

I, Kenneth V. Condrey, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That I have been duly authorized to make service of the Summons, Complaint, Electronic Case Filing Rules & Instructions, Individual Practices of Judge John G. Koeltl in the above entitled case.

That on 06/11/2018 at 11:25 AM, I served Richard W. Gates, III with the Summons, Complaint, Electronic Case Filing Rules & Instructions, Individual Practices of Judge John G. Koeltl at 206 Virginia Avenue, Richmond, Virginia 23226, by serving Brooke Gates, Wife of Richard W. Gates, III, a person of suitable age and discretion, who stated that he/she resides therein with Richard W. Gates, III.

Brooke Gates is described herein as:

Gender: Female   Race/Skin: White   Age: 40   Weight: 130   Height: 5'5"   Hair: Brown   Glasses: No

I declare under penalty of perjury that this information is true.

6-12-18
Executed On

Kenneth V. Condrey

Client Ref Number: N/A
Job #: 1546287

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Democratic National Committee | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) Civil Action No. 1:18-cv-03501 | |
| The Russian Federation; General Staff of the Armed Forces of the Russian Federation ("GRU"), et al. | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Richard W. Gates, III
206 Virginia Avenue
Richmond, VA 23226

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Joseph M. Sellers
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4/20/2018        /S/ P. NEPTUNE
                                    *Signature of Clerk or Deputy Clerk*