UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Movant David Andrew Christenson | Civil Action No. 1:18-cv-03501 |
| DEMOCRATIC NATIONAL COMMITTEE, | Racketeer Influenced and Corrupt Organization Act (RICO) |
| Plaintiff, | |
| v. | Judge John G. Koeltl |
| RUSSIAN FEDERATION, et al;<br>Defendants. | |

Amicus (Twenty-Five)
First Responders and Suicides
After you read the following article you will think First Responders have the highest Suicide rate, but…
This is Mankind committing Suicide
**By censoring me the Federal Judiciary is tampering with the 2018 election**

The conclusions they draw are wrong, dead wrong. They refuse to acknowledge the truth. This is pure Federal Desensitizing Propaganda by our Government. We have become use to suicide. It is a life choice that should not exist. Millions of Americans will read the New York Times articles today (June 9th, 2018) and believe they are truthful. The fact is the articles by the New York are lies and crap and written for money. The New York Times is a bunch of Aids Infected Whores!!! They are infecting us for money and making us immune to a cure. Without the truth there is no cure but only the Genocide of Mankind.

Bourdain and Spade suicides spotlight crisis also affecting police and firefighters
By Jay Ruderman, William B. Evans Fox News
http://www.foxnews.com/opinion/2018/06/08/bourdain-and-spade-suicides-spotlight-crisis-also-affecting-police-and-firefighters.html

https://www.cbsnews.com/news/these-jobs-have-the-highest-rate-of-suicide/

The CDC's occupational suicide list:

1. Farmworkers, fishermen, lumberjacks, others in forestry or agriculture (85 suicides per 100,000)

2. Carpenters, miners, electricians, construction trades (53)

3. Mechanics and those who do installation, maintenance, repair (48)

4. Factory and production workers (35)

5. Architects, engineers (32)

6. Police, firefighters, corrections workers, others in protective services (31)

7. Artists, designers, entertainers, athletes, media (24)

8. Computer programmers, mathematicians, statisticians (23)

9. Transportation workers (22)

10. Corporate executives and managers, advertising and public relations (20)

11. Lawyers and workers in legal system (19)

12. Doctors, dentists and other health care professionals (19)

13. Scientists and lab technicians (17)

14. Accountants, others in business, financial operations (16)

15. Nursing, medical assistants, health care support (15)

16. Clergy, social workers, other social service workers (14)

17. Real estate agents, telemarketers, sales (13)

18. Building and ground, cleaning, maintenance (13)

19. Cooks, food service workers (13)

20. Child care workers, barbers, animal trainers, personal care and service (8)

The following is the New York Times article from today. The New York Times censored the truth thus the National Epidemic of Suicides. The New York Times continues to censor the truth. The US Army has 900 suicide prevention programs. We are apathetic and immune because if we were not we would be rioting in the streets.

How Suicide Quietly Morphed Into a Public Health Crisis
By Benedict Carey June 8, 2018
https://www.nytimes.com/2018/06/08/health/suicide-spade-bordain-cdc.html?emc=edit_th_180609&nl=todaysheadlines&nlid=654609360609

The attached eleven Amicus Pleadings were filed in the following cases:

1. United States v. Boucher (1-18:cr-00004) Judge Marianne O. Battani

2. United States v. Manafort (1:18-cr-00083) Senior Judge T.S. Ellis, III

3. Manafort v. United States (1:18-cv-00011) Judge Amy Berman Jackson

4. United States v. Flynn (1:17-cr-00232) Judge Emmet G. Sullivan

5. United States v. Papadopoulos (1:17-cr-00182) Judge Randolph Daniel Moss

6. United States v. Manafort (1:17-cr-00201) Judge Amy Berman Jackson

7. United States v. Internet Research Agency LLC (1:18-cr-00032) Judge Dabney L. Friedrich

8. United States v. Van Der Zwann (1:18-cr-00031) Judge Amy Berman Jackson

9. Deepwater Horizon v. BP Exploration & Production (16-30918) Judge Carl Barbier

10. Democratic National Committee v. Russian Federation, et al (1:18-cv-5301) Judge John G. Koeltl

11. State of Louisiana v. Nathan Foreman (Section H Case 459100) Judge Camille Buras

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on June 11th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson



David Andrew Christenson
P.O. Box 9063
Miramar Beach, FL 32550

Clerk
US District Court SD New York
500 Pearl Street
New York, NY 10007-1312