Judge John G. Koeltl,                                              June 8th, 2018

I beg you not to censor me now. You have no idea how much good you are doing. You have scared the hell out of all of them. They now realize that the truth is going to come out. Watch what they do in the next few weeks. Watch everyone.

I have a right to file a Motion for Reconsideration. You may not grant the Motion but it must be considered. I am waiting for the appropriate time to file.

The pleadings that I am filing are not about direct relief but about justice for the American People. I beg you not to deny them the information. The relief that I am seeking is to provide a voice to the American People so that they can make educated decisions and to have their Constitutional Rights upheld.

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

Pro Se

Clerk
US District Court SD New York
500 Pearl Street
New York, NY 10007-1312