UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson

DEMOCRATIC NATIONAL COMMITTEE,

2018 JUN 15  AM 10: 24

Plaintiff,

v.

RUSSIAN FEDERATION, et al;
Defendants.

Civil Action No. 1:18-cv-03501

Racketeer Influenced and
Corrupt Organization Act (RICO)

Judge John G. Koeltl

Amicus (Twenty-Six)
Will the Unabomber save Mankind? Will Theodore John "Ted" Kaczynski atone for his sins and serve his
penance here on earth? My cousin Vice-Admiral John Christenson, the Military Attaché to NATO, chose
not to. Instead the Vice-Admiral chose to harm Mankind and his country.

Attached is a court pleading that I filed on behalf of Theodore John "Ted" Kaczynski and a letter that I
sent to him.

As I have stated before, I would ask the devil for help if it meant that Mankind could be saved.

The attached eleven Amicus Pleadings were filed in the following cases:

1.  United States v. Boucher (1-18:cr-00004) Judge Marianne O. Battani

2.  United States v. Manafort (1:18-cr-00083) Senior Judge T.S. Ellis, III

3.  Manafort v. United States (1:18-cv-00011) Judge Amy Berman Jackson

4.  United States v. Flynn (1:17-cr-00232) Judge Emmet G. Sullivan

5.  United States v. Papadopoulos (1:17-cr-00182) Judge Randolph Daniel Moss

6.  United States v. Manafort (1:17-cr-00201) Judge Amy Berman Jackson

7.  United States v. Internet Research Agency LLC (1:18-cr-00032) Judge Dabney L. Friedrich

8.  United States v. Van Der Zwann (1:18-cr-00031) Judge Amy Berman Jackson

9.  Deepwater Horizon v. BP Exploration & Production (16-30918) Judge Carl Barbier

10. Democratic National Committee v. Russian Federation, et al (1:18-cv-5301) Judge John G. Koeltl

11.  State of Louisiana v. Nathan Foreman (Section H Case 459100) Judge Camille Buras

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on June 11th, 2018 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail and first-class mail.

_____

David Andrew Christenson

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
(Sacramento Division)

United States of America

Plaintiff,

v.

Theodore John Kaczynski

Defendant.

Case No: Cr. 96-00259 GEB

Motion for Leave to File
David Andrew Christenson

Motion for Leave to File to file this Memorandum

The attached letter with the National New article was sent to Theodore John Kaczynski.

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

Christenson, who has submitted roughly two dozen letters to the court in this case, did not explain what any of this has to do with the DNC's lawsuit.

In the past, Christenson's letters have touched on subjects including September 11, Hurricane Katrina, and alleged tampering with the upcoming 2018 midterm elections. That last one asked whether Judge John G. Koeltl is an "emissary of the devil."

On May 21, after Christenson had already submitted 17 filings with the court, Judge Koeltl issued an order acknowledging them and basically telling him he's wasting his time.

"Non-party David Andrew Christenson has made numerous filings with the Court in this case (see Dkt. Nos. 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 58, 60, 61, 62, 63)," the judge said. "Many of these filings seek to alert the Court to Mr. Christenson's filings in other courts. None of these filings require any action by the Court. To the extent that any of these filings request relief from the Court, they are denied because Mr. Christenson has not shown that he is entitled to any relief."

Christenson was apparently not discouraged by this, having submitted several more since then.

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com
504-715-3086



David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

Pro Se

2018 JUN 15  AM 10: 22

RECEIVED
CLERK'S OFFICE
S.D.N.Y.

Clerk
US District Court SD New York
500 Pearl Street
New York, NY 10007-1312

USA P3
SLMT

Theodore John "Ted" Kaczynski                                       June 9th, 2018
THEODORE JOHN KACZYNSKI
Register Number: 04475-046
Age:  73
Race:  White
Sex:  Male
Located at: Florence ADMAX USP
Release Date: LIFE
THEODORE JOHN KACZYNSKI
Register Number: 04475-046
USP Florence ADMAX
U.S. PENITENTIARY
PO BOX 8500
FLORENCE, CO  81226

Ted,

God has given you and Mankind a miracle. God is allowing you to serve your penance here on earth.
Accept the miracle and help Mankind. Atone for your sins. Publish something. Clarify what the
Manifesto was about. Were you right or wrong? Make your life mean something.

I will do everything I can to help you. I am a tenacious fighter and I will prevail. I am serving my penance
here on earth and atoning for my sins.

The Judge docketed both of my pleadings about you. It was a huge deal. The idiots running this country
are scared. He ordered them stricken which got them more visibility, but the fact is they are still in the
docket and people can view them.

Law & Crime
Someone Just Filed a Copy of the Unabomber Manifesto in the DNC's Case Against Russia
by Ronn Blitzer | 12:09 pm, June 6th, 2018
https://lawandcrime.com/crazy/someone-just-filed-a-copy-of-the-unabomber-manifesto-in-the-dncs-
case-against-russia/
For those of you who haven't been paying attention to every court filing in the case brought by the
Democratic National Committee against the Russian Federation, et al, a pretty wild one came down the
pike this week, in the form of a letter that included a copy of the notorious 35,000-word manifesto titled
"Industrial Society and Its Future," written by Ted Kaczynski, aka the Unabomber.
The letter and accompanying literature was sent by David Andrew Christenson, who asked in the court
filing, "Who should control these four military grade doomsday weapons?" He then went on to list
artificial intelligence, the quantum computer, fusion, and brain monitoring as dangerous tools that are
being perfected, questioning whether we want presidents like Trump, Obama, Clinton, Bush Jr. and Sr.,
and Carter to be in control of such things.