UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson

Civil Action No. 1:18-cv-03501

DEMOCRATIC NATIONAL COMMITTEE,

Racketeer Influenced and
Corrupt Organization Act (RICO)

Plaintiff,

v.

Judge John G. Koeltl

RUSSIAN FEDERATION, et al;
Defendants.

Amicus (Twenty-Seven)

Tampering with our elections is, by definition, when the <u>Federal Government</u>, <u>Organized Religion</u> (Catholic Church, etc.), <u>Media</u> (New York Times, etc.), <u>Political Parties</u> (Democrat, Republican, etc.), etc. intentionally, maliciously and egregiously withhold information or provide false information that could be used by the electorate (Americans) to make educated decisions about how they vote.

**FACT 1:** The Federal Government, Organized Religion (Catholic Church, etc.), Media (New York Times, etc.), Political Parties (Democrat, Republican, etc.), etc. tampered with the 2016 election and are tampering with the 2018 election.

The first words of the Democratic National Committee complaint: **"NO ONE IS ABOVE THE LAW."**

Realistically the first words of the Democratic Nation Committee complaint are: **"NO ONE IS ABOVE THE LAW UNTIL THEY GET CAUGHT."**

**FACT 2:** The Democratic Party is just as guilty as the Republican Party and Trump. History shows us that the Democratic Party conspired with Russia in previous elections.

**FACT 3:** The Democratic Party is using this complaint, this court and this judge to tamper with the 2018 election.

**FACT 4 and the most important FACT:** Nobody truly cares about the American People.

**FACT 5:** We will never have a fair election. Americans will never objectively vote because they have not been honestly informed and because they have been given false information.

**FACT 6:** AMERICANS DON'T CARE. Americans are immune, apathetic and afraid.

If you don't see this complaint as the demise of the United States of America, then you are delusional.

The epic problem is that if the United States ceases to exist than so does the rest of the World and Mankind.

The attached eleven Amicus Pleadings were filed in the following cases:

1. United States v. Boucher (1-18:cr-00004) Judge Marianne O. Battani
2. United States v. Manafort (1:18-cr-00083) Senior Judge T.S. Ellis, III
3. Manafort v. United States (1:18-cv-00011) Judge Amy Berman Jackson
4. United States v. Flynn (1:17-cr-00232) Judge Emmet G. Sullivan
5. United States v. Papadopoulos (1:17-cr-00182) Judge Randolph Daniel Moss
6. United States v. Manafort (1:17-cr-00201) Judge Amy Berman Jackson
7. United States v. Internet Research Agency LLC (1:18-cr-00032) Judge Dabney L. Friedrich
8. United States v. Van Der Zwann (1:18-cr-00031) Judge Amy Berman Jackson
9. Deepwater Horizon v. BP Exploration & Production (16-30918) Judge Carl Barbier
10. Democratic National Committee v. Russian Federation, et al (1:18-cv-5301) Judge John G. Koeltl
11. State of Louisiana v. Nathan Foreman (Section H Case 459100) Judge Camille Buras

Godspeed,

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on June 12th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

