UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson                             Civil Action No. 1:18-cv-03501

DEMOCRATIC NATIONAL COMMITTEE,                              Racketeer Influenced and
                                                            Corrupt Organization Act (RICO)
Plaintiff,

v.                                                          Judge John G. Koeltl

RUSSIAN FEDERATION, et al;
Defendants.

## Amicus (Twenty-Four)

Here is a perfect point about how apathetic and immune we are to the serious problems in this world. Law & Crime ran the following article: Someone Just Filed a Copy of the Unabomber Manifesto in the DNC's Case Against Russia

The publicly docketing of the Manifesto is a huge deal and yet no else covered the story. Read the comments. How many people do you think read the pleading or the Manifesto? How many of them do you think work directly or indirectly for the Government or one of the political parties? How many of them work for the media? Is the media directing the national dialogue for Profit? Absolutely.

The Manifesto was filed by me to get people to think.

It is simple and easy to call me crazy.

It is difficult to truly learn about the world and the truth. What makes it even difficult is the fact that the media is inundating us with crap for profit.

https://lawandcrime.com/crazy/someone-just-filed-a-copy-of-the-unabomber-manifesto-in-the-dncs-case-against-russia/

The attached eleven Amicus Pleadings were filed in the following cases:

1. United States v. Boucher (1-18:cr-00004) Judge Marianne O. Battani

2. United States v. Manafort (1:18-cr-00083) Senior Judge T.S. Ellis, III

3. Manafort v. United States (1:18-cv-00011) Judge Amy Berman Jackson

4. United States v. Flynn (1:17-cr-00232) Judge Emmet G. Sullivan

5. United States v. Papadopoulos (1:17-cr-00182) Judge Randolph Daniel Moss

WATCH LIVE — Law & Crime PAST TRIALS Coverage | HIGH PROFILE | CELEBRITY | CRAZY CASES | IMPORTANT | SPORTS LAW | OUR HOSTS

Menu

A DAN ABRAMS PRODUCTION



**Bigots Predictably Misinterpret SCOTUS Ruling in Masterpiece Cakeshop**

**Muhammad Ali's Lawyer Says No Thanks, Explains Why Pardon from Trump is 'Unnecessary'**

SPONSORED CONTENT
**Behind-the-Scenes of the Murders that Changed...**
By HarperCollins

**President Trump Just Offered a Suggestion to End NFL Anthem Controversy, But It Has One Critical Flaw**

**Trump and Cohen are Hurting Themselves More than Stormy Daniels Ever Could**

💬 86

# Someone Just Filed a Copy of the Unabomber Manifesto in the DNC's Case Against Russia

by Ronn Blitzer | 12:09 pm, June 6th, 2018



For those of you who haven't been paying attention to every court filing in the case brought by the Democratic National Committee against the Russian Federation, et al, a pretty wild one came down the pike this week, in the form of a letter that included a copy of the

CASA BLANCA
Half Jeroboam · 5 × 66  CBMHJ3
$14.20
SHOP NOW

Case 1:18-cv-03501-JGK   Document 123   Filed 06/19/18   Page 3 of 9

The letter and accompanying literature was sent by **David Andrew Christenson**, who asked in the court filing, "Who should control these four military grade doomsday weapons?" He then went on to list artificial intelligence, the quantum computer, fusion, and brain monitoring as dangerous tools that are being perfected, questioning whether we want presidents like Trump, Obama, Clinton, Bush Jr. and Sr., and Carter to be in control of such things.

ADVERTISING



inRead invented by Teads

Advertisement





Christenson, who has submitted roughly two dozen letters to the court in this case, did not explain what any of this has to do with the DNC's lawsuit.

In the past, Christenson's letters have touched on subjects including September 11, Hurrican Katrina, and alleged tampering with the upcoming 2018 midterm elections. That last one asked whether Judge **John G. Koeltl** is an "emissary of the devil."

On May 21, after Christenson had already submitted 17 filings with the court, Judge Koeltl issued an order acknowledging them and basically telling him he's wasting his time.

"Non-party David Andrew Christenson has made numerous filings with the Court in this case (see Dkt. Nos. 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 58, 60, 61, 62, 63)," the judge said. "Many of these filings seek to alert the Court to Mr. Christenson's filings in other courts. None of these filings require any action by the Court. To the extent

Tweet | Share | reddit quest relief from the Court, they are denied because Mr. Christenson has not shown that he is entitled to any relief."

Advertisement

Christenson was apparently not discouraged by this, having submitted several more since then.

[Image via Discovery screengrab]

**Follow Law & Crime**

filed under
David Andrew Christenson, unabomber

## Promoted Stories

Ads by Revcontent

**30 Dog Breeds So Vicious That Your Insurance Rates Would Increase**
Livestly

**Bathroom Issues? Do This Once a Day**
Gundry MD

**Hillary's Entire "Hit List" Just Went Public. You'll Never Guess Who's #1**
Health Sciences Institute

**Only 1 out of 10 Can Pass This History Quiz. Can You?**
Trendchaser

**2018 Hurricane Forecast: Prepare With Disaster Recovery**
dsm

**Never Pay for Cable Subscriptions Again**
Skywire TV

**Florida Homeowners Born Before 1985 Get a Big Pay Day**
Smart Lifestyle Trends

**Fix Toenail Fungus with This**
Fungus Hacks

### Sponsored Links

These Are the Biggest Diva Cats We've Ever Seen Livestly

Photos of Meghan Markle the Royals Wanted to Keep Private Trendchaser

### More from Law & Crime

6 Things About the Human Body That Science Can't Explain The Friendly Brain

10 Animals You Can't Keep As Pets in Some U.s. States Knowmore Tech

### TOP STORIES

Casey Anthony May Be Going on Trial Again

Federal Judge Tosses Defamation Lawsuit by Pro-Trump Journalist, Saying She 'Trolled the Web'

Deputy Beats Sheriff in Election Primary, Gets Fired One Minute Later

CNN Hires Impeachment Expert as New Legal Analyst

Trump Admin Has Zero Percent Success Rate in Prosecution of Anti-Trump Protesters

### AROUND THE WEB

Ads by Revcontent

If You Already Have Amazon Prime, Here's How To Make It
Honey

Bathroom Issues? Do This Once a Day
Gundry MD

**2018 Hurricane Forecast: Prepare With Disaster Recovery** dsm

**Is this New Open Social Feed the Solution for Publishers?** Forbes

**Only People with an IQ Over** Trendchaser

**Hillary's Entire "Hit List" Just Went Public. You'll Never Guess Who's #1** Health Sciences Institute

**Cheetahs Go on and Inside of Jeep During Safari** Nowthis World

**Best Places to Travel Solo** Oxygen Two

**Warning from God Discovered in Human DNA** Health Revelations

**Cheetahs Go on and Inside of Jeep During Safari** Nowthis World

**TIPS**

**Stunning Asian Women Want Single Men from Tallahassee** Asian Dating Club

Have a tip or story idea? Email us. Or to keep it anonymous, click here.

**86 Comments    Law&Crime**                                            Login

♡ Recommend    ⮕ Share                                         Sort by Newest

Join the discussion…

LOG IN WITH          OR SIGN UP WITH DISQUS ?

Name



**Revenant Traveler** • 2 days ago
*rapid eye blinks*

http://i3.kym-cdn.com/photo...

If only this brain-addled conspiracy theorist would be heavily fined for perpetually filing this bullshyte.....

2 ^ ⌄ • Reply • Share ›



**kramer420** • 2 days ago
This is a fake news article misrepresenting the actions of some loan crazy man sending unsolicited info to a court. The media is a joke. And Trump was right, they are becoming the enemy of the American people.

2 ^ ⌄ • Reply • Share ›



**Les Deplorables** → kramer420 • 2 days ago
Media gets paid by the click. Getting clicks is the only thing that matters.

^ ⌄ • Reply • Share ›



**kramer420** → Les Deplorables • 2 days ago
Then how are there successful outlets that don't use click bait headlines? Maybe sites whose writer's lack any kind of journalistic skill use click bait headlines and articles?

^ ⌄ • Reply • Share ›



**BillPasadena** • 2 days ago
DNC's Case

Anyone that has allegedly read the manifesto knows that tRump was named more than once as the motivation to bomb people.

^ ⌄ • Reply • Share ›



**Trumpsters_are_fools** → BillPasadena • 2 days ago
which has nothing to do with the DNC or it's case

^ ⌄ • Reply • Share ›

Comments continue after advertisement

Case 1:18-cv-03501-JGK   Document 123   Filed 06/19/18   Page 6 of 9



**Sham Pain** • 2 days ago

Someone Just Filed a Copy of the Unabomber Manifesto in the DNC's Case Against Russia..........................

LOL wow democrats have Trump derangement syndrome real real real bad......

Hey DNC when you going to show us the evidence that the FBI found of Russia actually hacked your system?????? wait what's that, you can't you say, why? because you the DNC wouldn't turn over your servers to be looked at by the FBI...so we the people don't really know if you got hacked by the Russians.....and I for 1 think you the DNC are liars.

4 ∧   ∨   • Reply • Share ›



**Trumpsters_are_fools** → Sham Pain • 2 days ago

they supplied the FBI forensic copies of their servers, as you well know but continue to lie about

1 ∧   ∨   • Reply • Share ›



**Ralph Crown** → Sham Pain • 2 days ago

This guy is working for the other side, i.e. yours. You're welcome.

2 ∧   ∨   • Reply • Share ›



**Sham Pain** → Ralph Crown • 2 days ago

lol Ralph the FBI never looked at the DNC servers, to see if what the DNC said is true......

2 ∧   ∨   • Reply • Share ›



**logansfun** • 2 days ago

The unabomber may have been right about a few things. Not the murdering but.. When the Butlerian jihad kicks off they might name a military unit for him.

1 ∧   ∨   • Reply • Share ›



**csteve** → logansfun • 2 days ago

Of which jihad do you speak? The revolt against machines or the war on genders?

∧   ∨   • Reply • Share ›



**logansfun** → csteve • 2 days ago

Machines.

1 ∧   ∨   • Reply • Share ›



**csteve** → logansfun • 2 days ago

When do you think it will kick off? How long do we have?

∧   ∨   • Reply • Share ›



**logansfun** → csteve • 2 days ago

I don't know that it will of course. But there may well come a point when machines are doing so much that it's not good for us. And some people won't like it at all.

∧   ∨   • Reply • Share ›

**Free Tommy Robinson** · 2 days ago
Ted Kaczynski predicted Trump would be president and one day you could walk into your shower, turn the water on, and get water hitting all parts of your body.
· Reply · Share ›

> **Jimilee** → Free Tommy Robinson · 2 days ago
> Shower technology has come a long way.
> 3 · Reply · Share ›

>> **Free Tommy Robinson** → Jimilee · 2 days ago
>> Indeed.
>> 2 · Reply · Share ›

**Veritas Justitia American via** · 2 days ago
Misleading headline, as it implies that David Andrew Christenson is part of the DNC...
Who the fk is David Andrew Christenson other than a nut?
3 · Reply · Share ›

> **Les Deplorables** → Veritas Justitia American via · 2 days ago
> The objective is to get you to click, it worked.
> · Reply · Share ›

> **Googlethat** → Veritas Justitia American via · 2 days ago
> Well he ran for President in 2016 ,no party listed.
>
> https://ballotpedia.org/Dav...
>
> and he's a bit of a loon .
>
> https://www.nola.com/crime/...
>
> and also an author
>
> https://www.goodreads.com/b...
> 2 · Reply · Share ›

**Jackson Smith** · 2 days ago
Ted will be very upset by someone like this citing his manifesto, as the major reason he pled guilty was because you couldn't make the case that he was NGRI without also saying his manifesto was the work of someone insane, and he was far too proud of it to say that.
2 · Reply · Share ›

**DevilsAdvocate** · 2 days ago
Trump Derangement Syndrome
1 · Reply · Share ›

Comments continue after advertisement

**Johnny's Garden** · 2 days ago
Liberalism is a mental health disorder

**Gipper** → csteve • 2 days ago

Really? An actress to portray Janet Reno? Odd casting choice.

• Reply • Share ›

**csteve** → Gipper • 2 days ago

https://www.youtube.com/wat...

1 • Reply • Share ›

Load more comments

✉ **Subscribe**   ⓓ **Add Disqus to your site** Add Disqus Add

🔒 Disqus' Privacy PolicyPrivacy PolicyPrivacy

86
« Previous Post  Next Post »

MORE FROM ABRAMS MEDIA

Celebrities Who Will Surprise You with Their Secret Talents

5 Clever Riddles That Only the Smartest Can Solve

Best Places to Travel Solo

Best Places to Travel Solo

Two-headed Sharks Are Mysteriously Appearing in Our Oceans

Top 10 Animals Arrested for Serious Crimes

Cheetahs Go on and Inside of Jeep During Safari

Is this New Open Social Feed the Solution for Publishers?

Powered by Revcontent

© 2018 LawNewz, Inc | About Us | Advertise | Newsletter | Privacy | User Agreement | Disclaimer | Contact | 🔊 RSS
Dan Abrams, Founder

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

US District Court SD New York
500 Pearl Street
New York, NY 10007-1312

RECEIVED JUN 19 2018 CLERK'S OFFICE Clerk N.Y.