UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson

DEMOCRATIC NATIONAL COMMITTEE,

Plaintiff,

v.

RUSSIAN FEDERATION, et al;
Defendants.

Civil Action No. 1:18-cv-03501

Racketeer Influenced and
Corrupt Organization Act (RICO)

Judge John G. Koeltl

Amicus (Twenty-Eight)
The Supreme Court knows the truth

I filed three Original Petitions for Writs of Mandamus and Prohibition and one Petition for Appeal. I filed additional Petitions for Writs, but the Supreme Court refused to docket them.

The Petitions for Writs were filed on behalf and for the American People.

I wanted the government to stop lying and to start telling the truth. I feel strongly that Americans have a Constitutional Right to not be lied to and to know the truth when it comes to the government. The Supreme Court's most important responsibility is to ensure that Americans have their Constitutional Rights protected.

All of this is connected to Election Tampering. How can we have a Democracy without truth by our government?

We are at epidemic rates/levels for Alzheimer's, Parkinson's, Multiple Sclerosis, Autism, Allergies, Asthma, Suicide(s), Murder(s)-Suicide(s), Diabetes, Muscular Dystrophy, Fibromyalgia, Influenza and Pneumonia deaths, etc. All are connected to a degraded Immune System(s).

The Official Government response is to: "VACCINATE", to create "BUBBLE PEOPLE".

I disagreed so I filed the Petitions for Writs.

**FACT: Chief Justice John Roberts made a deal with President Barack Obama to approved Obamacare because of the release of The Katrina Virus. The American People have a Constitutional Right to this information so that they can make educated decisions and educated votes.**

https://www.supremecourt.gov/docket/docket.aspx?Search=david+andrew+christenson&type=Docket

**Search for:**    | david andrew chr |   Search

6 items found. Page: 1 of 2 for your search: david andrew christenson

< Previous   Next >

Search Results: Docket for 16A896

Title: In Re David Andrew Christenson, Applicant v.

In Re **David Andrew Christenson**, Applicant Application (16A896) for an extension of time within which to comply with the order of November 28, 2016, submitted to Justice Thomas.

Docket for 16A612

Title: In Re David Andrew Christenson, Applicant v.

In Re **David Andrew Christenson**, Applicant Application (16A612) for an extension of time within which to comply with the order of December 5, 2016, submitted to The Chief Justice.

Docket for 16-6345

Title: In Re David Andrew Christenson, Petitioner v.

In Re **David Andrew Christenson**, Petitioner Petition for a writ of mandamus and/or prohibition and motion for leave to proceed in forma pauperis filed. (Response due November 7, 2016)

Docket for 16-6278

Title: In Re David Andrew Christenson, Petitioner v.

In Re **David Andrew Christenson**, Petitioner Petition for a writ of mandamus and/or prohibition and motion for leave to proceed in forma pauperis filed. (Response due November 3, 2016)

Docket for 16-5869

Title: David Andrew Christenson, Petitioner v. United States

**David Andrew Christenson**, Petitioner United States Court of Appeals for the Fifth Circuit Petition for a writ of certiorari and motion for leave to proceed in forma

Docket for 14-10077

Title: In Re David Andrew Christenson, Petitioner v.

In Re **David Andrew Christenson**, Petitioner Petition for a writ of mandamus and/or prohibition and motion for leave to proceed in forma pauperis filed. (Response due July 6, 2015)

The attached eleven Amicus Pleadings were filed in the following cases:

1. United States v. Boucher (1-18:cr-00004) Judge Marianne O. Battani

2. United States v. Manafort (1:18-cr-00083) Senior Judge T.S. Ellis, III

3. Manafort v. United States (1:18-cv-00011) Judge Amy Berman Jackson

4. United States v. Flynn (1:17-cr-00232) Judge Emmet G. Sullivan

5. United States v. Papadopoulos (1:17-cr-00182) Judge Randolph Daniel Moss

6. United States v. Manafort (1:17-cr-00201) Judge Amy Berman Jackson

7.  United States v. Internet Research Agency LLC (1:18-cr-00032) Judge Dabney L. Friedrich

8.  United States v. Van Der Zwann (1:18-cr-00031) Judge Amy Berman Jackson

9.  Deepwater Horizon v. BP Exploration & Production (16-30918) Judge Carl Barbier

10. Democratic National Committee v. Russian Federation, et al (1:18-cv-5301) Judge John G. Koeltl

11. State of Louisiana v. Nathan Foreman (Section H Case 459100) Judge Camille Buras

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on June 13th, 2018 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

The United States Supreme Court and The Katrina Virus

A Prelude/Reference Book/Appendix

Book 7

By David Andrew Christenson

ISBN 978-0-9846893-8-5 Hardback SCKV

ISBN 978-0-9846893-9-2 EBook SCKV

LCCN 2012933074

Copyright 1-724163643

Persimmon Publishing

Box 6374

Miramar Beach, Florida 32550

www.persimmonpublishingus.com

www.thereluctantpatriot.com

An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

Pro Se
Pro Se

PENSACOLA FL 325

RECEIVED 13 JUN 2018 PM 2 L

2018 JUN 13 AM 9: 17

CLERK'S OFFICE
S.D.N.Y.

Clerk
US District Court SD New York
500 Pearl Street
New York, NY 10007-1312

10007-131608