UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Movant David Andrew Christenson | Civil Action No. 1:18-cv-03501 |
| DEMOCRATIC NATIONAL COMMITTEE, | Racketeer Influenced and Corrupt Organization Act (RICO) |
| Plaintiff, | |
| v. | Judge John G. Koeltl |
| RUSSIAN FEDERATION, et al; Defendants. | |

Amicus (Twenty-Nine)
There is no book, school, manual or Constitution that explains how to help save Mankind

You would think the Christian Bible, Muslim Koran, Jewish Tanakh, Hindu Vedas, etc. would offer some insight on how to save Mankind.

The Constitution is four pages and took four months to draft. I believe God's hand was involved and that the Constitution is near perfect. I believe Article Five makes it perfect. The problem is if Man does not follow the law then the Constitution is just a piece of paper.

You would have thought that my attending a US Military Academy (USAFA) would have trained me on how to protect the Constitution but that was not the case.

There is a saying: "Drain the swamp and the alligators will leave". Enforce the Constitution and the criminal element will disappear.

95% of the people I know are Christians. Our Constitution was drafted by Christians. Our current laws are drafted by Christians and Jews. With that being said, how can we be failing so badly? Is religion inherently evil?

I am Catholic by birth. Why is the Catholic Church the largest landowner is the world? Why is the Catholic Church the wealthiest and most profitable corporation in the world?

The attached eleven Amicus Pleadings were filed in the following cases:

1. United States v. Boucher (1-18:cr-00004) Judge Marianne O. Battani

2. United States v. Manafort (1:18-cr-00083) Senior Judge T.S. Ellis, III

3. Manafort v. United States (1:18-cv-00011) Judge Amy Berman Jackson

4. United States v. Flynn (1:17-cr-00232) Judge Emmet G. Sullivan

5. United States v. Papadopoulos (1:17-cr-00182) Judge Randolph Daniel Moss

6. United States v. Manafort (1:17-cr-00201) Judge Amy Berman Jackson

7. United States v. Internet Research Agency LLC (1:18-cr-00032) Judge Dabney L. Friedrich

8. United States v. Van Der Zwann (1:18-cr-00031) Judge Amy Berman Jackson

9. Deepwater Horizon v. BP Exploration & Production (16-30918) Judge Carl Barbier

10. Democratic National Committee v. Russian Federation, et al (1:18-cv-5301) Judge John G. Koeltl

11. State of Louisiana v. Nathan Foreman (Section H Case 459100) Judge Camille Buras

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on June 13th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

Pro Se
SM

Clerk
US District Court SD New York
500 Pearl Street
New York, NY 10007-1312

PENSACOLA FL 325
13 JUN 2018 PM 2 L

RECEIVED
2018 JUN 19 AM 9:17
CLERK'S OFFICE
S.D.N.Y.

USM P3
SDNY