UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEMOCRATIC NATIONAL COMMITTEE,            18-cv-3501 (JGK)

             PLAINTIFF,           MEMORANDUM OPINION AND
                                          ORDER
   - AGAINST -

THE RUSSIAN FEDERATION ET AL.,

             DEFENDANTS.

---

JOHN G. KOELTL, District Judge:

    This Court has previously denied a motion to intervene in this case by David Andrew Christenson. Mr. Christenson is not a party in this case and has no discernible right to intervene in this case as of right or permissively. This Court has also warned Mr. Christenson that if he continues to file materials in this case he may be subject to an anti-filing injunction, but that has not deterred Mr. Christenson. He has continued to file materials in this case, which he terms "Amicus" filings. He is now up to Amicus (Thirty). The filings contain a variety of views, but the Court's docket is not the proper place for Mr. Christenson to expound on those views. There are many other potential fora for Mr. Christenson to share his views with the public, but the Court's docket is not one of them.

    Mr. Christenson has also ignored the Court's rules that all pro se filings should be submitted initially to the Pro Se

Office of the Court. Some filings are sent directly to this Court, and others are sent to the Clerk's Office rather than to the Pro Se Office. Henceforth, whether the filings are sent to the Clerk's Office, the Pro Se Office, or to this Court, the filings are to be returned to Mr. Christenson without being filed on the docket of the Court. See Minute Order, United States v. Manafort, 17-cr-201 (D.D.C. Nov. 29, 2017); cf. Hong Mai Sa v. Doe, 406 F.3d 155, 158 (2d Cir. 2005); Colida v. Nokia Inc., No. 07-cv-8056, 2008 WL 4449419, at *2 (S.D.N.Y. Sept. 29, 2008), aff'd, 347 F. App'x 568 (Fed. Cir. 2009).

Mr. Christenson is free to bring any civil actions for relief in the Court by bringing new actions that seek proper relief. He may not, however, continue to attempt to file papers in this action, in which he is not a party and has been denied intervention.

SO ORDERED.

Dated:    New York, New York
          June 21, 2018

                                    John G. Koeltl
                             United States District Judge

2