UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson                                Civil Action No. 1:18-cv-03501

DEMOCRATIC NATIONAL COMMITTEE,                                 Racketeer Influenced and
                                                               Corrupt Organization Act (RICO)
Plaintiff,

v.                                                             Judge John G. Koeltl

RUSSIAN FEDERATION, et al;
Defendants.

Amicus 31 (Thirty-One)
If we don't embrace the Anti-Katrina Virus Social Norm (AKVSN) we will all die!
Every day you are slammed in the face with news about Americans dying from the Katrina Virus
You work and live blocks from 911

The Katrina Virus Social Norm is our current school of thought and that is we lie to the American People, tamper with the Democracy and elections and we vaccinate for everything. We create "Bubble People".

We also have Federal Desensitizing Propaganda. (FDP). We intentionally, maliciously and egregiously make the American people immune to what is going on and we make them apathic.

We must have an open dialogue if Mankind is going to survive. What you are going to read are statistical cataclysmic facts and events that confirm that Mankind will cease to exist.

As you read the following article remember the thousands of non-governmental workers (e.g. construction workers, clean-up workers, etc.) have not been included in the statistics. This is the same as not including Veteran's families that commit suicide in the statistics about military suicides. **911 was nothing compared to the release of the Katrina Virus during Hurricane Katrina. 60 plus cancers (14 categories) came out of the World Trade Centers. Hundreds of Cancers, bacteria, fungi, viruses, etc. entered the perfect incubator, which was Hurricane Katrina which had high solids, high humidity and high temperatures.**

(Complete article attached) FBI official, dead of 9/11-related cancer, remembered as number of cases grows
➢ By David Shortell and Nadia Kounang, CNN Updated 6:51 AM ET, **Mon June 18, 2018**
https://www.cnn.com/2018/06/18/health/9-11-fbi-cancer/index.html
Fifteen current and former FBI officials have died since 9/11 as a result of illnesses caused by the toxins they inhaled in their work at the attack sites.

Separate Attachment: US adds cancer to list of illnesses linked to 9/11 terror attacks
By NBC News and wire services September 11, 2012, 6:02 am NBCNews.com

Updated at 5:15 p.m. ET: http://usnews.nbcnews.com/_news/2012/09/10/13783417-us-adds-cancer-to-list-of-illnesses-linked-to-911-terror-attacks

The federal government on Monday added 14 categories (60 plus cancers) of cancer to the list of illnesses linked to the 9/11 terror attacks, which brings added coverage to rescue workers and people living near ground zero on Sept. 11, 2001. The National Institute for Occupational Safety and Health approved the additions to the list of illnesses covered in the James Zadroga 9/11 Health and Compensation Act, which were proposed in June. **The updated regulations take effect 30 days after the ruling is published in the Federal Register.**

(Complete Article Attached) Opinion - The Bacteria Babies Need
> By Kristin Lawless Ms. Lawless writes frequently about food and health. **June 17, 2018**

https://www.nytimes.com/2018/06/17/opinion/babies-bacteria-breastfeeding-formula.html?emc=edit_th_180618&nl=todaysheadlines&nlid=654609360618

We may be missing the key to one of the biggest boons to public health since the introduction of iodine into the food supply in 1924.

Scientists at the University of California, Davis, have found that a strain of bacteria called B. infantis that is thought to have been the dominant bacterium in the infant gut for all of human history is disappearing from the Western world. According to their research, this was probably caused by the rise in cesarean births, the overuse of antibiotics and the use of infant formula in place of breast milk. Indeed, nine out of 10 American babies don't harbor this bacterium in their gut, while researchers suspect that the majority of infants in less industrialized countries do.

1. United States v. Boucher (1-18:cr-00004) Judge Marianne O. Battani

2. United States v. Manafort (1:18-cr-00083) Senior Judge T.S. Ellis, III

3. Manafort v. United States (1:18-cv-00011) Judge Amy Berman Jackson

4. United States v. Flynn (1:17-cr-00232) Judge Emmet G. Sullivan

5. United States v. Papadopoulos (1:17-cr-00182) Judge Randolph Daniel Moss

6. United States v. Manafort (1:17-cr-00201) Judge Amy Berman Jackson

7. United States v. Internet Research Agency LLC (1:18-cr-00032) Judge Dabney L. Friedrich

8. United States v. Van Der Zwann (1:18-cr-00031) Judge Amy Berman Jackson

9. Deepwater Horizon v. BP Exploration & Production (16-30918) Judge Carl Barbier

10. Democratic National Committee v. Russian Federation, et al (1:18-cv-5301) Judge John G. Koeltl

11. State of Louisiana v. Nathan Foreman (Section H Case 459100) Judge Camille Buras

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on June 14th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____

David Andrew Christenson

FBI official, dead of 9/11-related cancer, remembered as number of cases grows
By David Shortell and Nadia Kounang, CNN Updated 6:51 AM ET, Mon June 18, 2018
https://www.cnn.com/2018/06/18/health/9-11-fbi-cancer/index.html

Woodbridge, Virginia (CNN)Hundreds of FBI officials in dark suits bowed their heads in a Virginia chapel Friday as a pastor offered a prayer to God: "Your son gave his life so that we may live."

Before him and in the center of the vaulted space was the coffin of David LeValley, draped in an American flag. LeValley, the FBI's top agent in Atlanta, died in May of cancer brought on by his time as a first responder in the ruins of lower Manhattan after 9/11.

LeValley later told friends he thought he was going to die that morning as the first of the twin towers came down in front of him. But the terror attack would not claim him as a victim until nearly 17 years later -- long after the months he spent pulling survivors and evidence from the rubble of "the pile," after he raised three children and built a career as a thoughtful and selfless leader, his colleagues eulogized. He was buried in a military ceremony at Quantico National Cemetery. He was 53.

Fifteen current and former FBI officials have died since 9/11 as a result of illnesses caused by the toxins they inhaled in their work at the attack sites.

Earlier in June, former FBI supervisory special agent Brian Crews, also 53, died of cancer, years after serving on an evidence response team at a landfill housing debris from Ground Zero. Crews was the third current or former agent in only the past few months to be recognized with this kind of line-of-duty death.

"They weren't thinking of the danger, they weren't thinking about their own safety, nor were they concerned for it at that time. They were concerned for the safety of others," FBI Deputy Director David Bowdich said Friday at the Virginia memorial service. "We're only beginning to understand the long-term impact of that work on all our first responders."

In addition to the 343 New York City firefighters that died in the initial collapse of the towers, another 176 men and women from FDNY have died from 9/11 health complications. The New York City Police Department counts 136 of its own who have died from illnesses related to the attacks.

As the World Trade Center towers collapsed, a dense toxic cloud of dust that included asbestos, cement, glass shards, and over 91,000 liters of jet fuel enveloped lower Manhattan. It is believed that 60,000 to 70,000 first responders breathed those toxins in during rescue and clean-up efforts.
n the immediate aftermath of the attacks, doctors saw irritant-related responses.
"Early on we picked up asthma, sinus (problems), heartburn from breathing and swallowing the stuff," said Dr. Michael Crane, director of the World Trade Center Health Program Clinical Center of Excellence at Mount Sinai.
According to the Centers for Disease Control and Prevention's World Trade Center Health Program, sinus issues, reflux and asthma are the three most common 9/11-related health issues among first responders and survivors of the attack.
The program tracks and provides medical monitoring and treatment for emergency responders, workers, volunteers and survivors of the 9/11 attacks. Other 9/11 related illnesses include post-traumatic stress disorder, depression and chronic respiratory issues.
Nearly two decades since the attacks, doctors are now seeing a shift in the types of diseases they are diagnosing.
"The first wave was the acute -- the deaths and all the acute injuries in the first couple of days. The second wave was the aftermath and developed the sinus (issues), asthma, anxiety and depression," said Dr. Jacqueline Moline, director of the Queens World Trade Center Health Program at Northwell Health.
And now, she said, the illnesses have taken on a new dimension. "The third wave is the diseases that take years to manifest. The transformation from acute to chronic to permanent disease. And that's where we really are now," she said.
As of April 30 of this year, over 43,000 people have at least one 9/11-related health issue. Over 80% of that group are first responders. In the past few years, the number of cancers has climbed.
"Cancer has a latency period. The earliest cancers are the blood cancers. And then you see solid tumors," said Moline. "So the fact that we're seeing tumors on the uptick is not a surprise at all."
In the beginning of 2015, there were 3,204 cancers in the World Trade Center Health Program's registry. By the end 2016, that number had almost doubled to 8,188 incidences. World Trade Center Health Program figures shared with CNN now count more than 9,300 cases of cancer as of April 30.
Studies have found that New York firefighters who responded to the 9/11 attacks were 10% more likely to develop cancer than the general population and that they are more likely to develop myeloma precursor disease, which can develop into cancer.
And while it's hard to tease out just how many of these cases of cancer are directly a result of the attacks, aside from other factors such as age and family history, there is no question that 9/11 hastened some of these incidences. Additional exposure led to "more opportunities for the genetic formations," Moline said.
"We're hoping that might be a temporary trend, but it looks like it is continuing to increase," said Mount Sinai's Crane. In his clinic, he is now signing off on more than 20 cancer diagnoses related to 9/11 every week, he said.
"It's definitely concerning to see people pass in a very short period of time," said Thomas O'Connor, the president of the FBI Agents Association, a group that encompasses more than 80% of active duty agents. O'Connor responded for months to process the scene at the Pentagon, where a hijacked plane crashed into the building on September 11, 2001, damaging a large area and killing 125 people inside.
"We were all wearing after the first day, or in part of the first day, masks -- paper masks," O'Connor said. "Even with the personal protective equipment, it still didn't make a difference really."
He's healthy now, but goes in each year for "a whole myriad of testing" through the CDC health program. Once a year, an envelope with the results arrives in the mail.
"It's like a bad lottery day -- you hope you don't win this one," he said. Some 14 agents are currently sick and enrolled in the program, O'Connor said.

At the FBI, O'Connor, along with his wife and a bureau friend, successfully petitioned then-FBI Director James Comey to formally recognize and memorialize agents who died from 9/11-related causes, he said. Families of agents who died of 9/11-related causes now qualify for some line-of-duty death compensation, and can earn a spot on the venerable Wall of Honor. The agents association also runs a scholarship fund that has paid out millions in college costs to the children of fallen responders.

Today, the agents association is fighting to win more coverage from federal agencies for agents that are becoming sick. They are also working to remind the public about the work of the FBI and the sacrifice made 17 years ago.

"In this time of FBI bashing, I think it's important for people to know that the agents continue to do this type of work, they continue to die for the work they've done, and they're going to continue to do that," O'Connor said.

Opinion - The Bacteria Babies Need By Kristin Lawless Ms. Lawless writes frequently about food and health. June 17, 2018
https://www.nytimes.com/2018/06/17/opinion/babies-bacteria-breastfeeding-formula.html?emc=edit_th_180618&nl=todaysheadlines&nlid=654609360618

We may be missing the key to one of the biggest boons to public health since the introduction of iodine into the food supply in 1924.

Scientists at the University of California, Davis, have found that a strain of bacteria called B. infantis that is thought to have been the dominant bacterium in the infant gut for all of human history is disappearing from the Western world. According to their research, this was probably caused by the rise in cesarean births, the overuse of antibiotics and the use of infant formula in place of breast milk.

Indeed, nine out of 10 American babies don't harbor this bacterium in their gut, while researchers suspect that the majority of infants in less industrialized countries do.

Bruce German, a professor of food science and technology and one of the U.C. Davis researchers, says, "The central benefits of having a microbiota dominated by B. infantis is that it crowds all the other guys out" — especially pathogenic bacteria, which can cause both acute illnesses and chronic inflammation that leads to disease.

Studies suggest that by the time babies without B. infantis are children, they are more likely to have allergies and Type 1 diabetes and more likely to be overweight. This change to the infant gut may be at the root of the rising prevalence of diseases and ailments, from allergies to certain cancers.

Dr. German and his colleagues learned about the missing bacterium by studying breast milk. They found that the milk contains an abundance of oligosaccharides, carbohydrates that babies are incapable of digesting. Why would they be there if babies can't digest them?

They realized that these carbohydrates weren't feeding the baby — they were feeding B. infantis.

What can new mothers do to ensure that their babies have this beneficial bacterium? At the moment, nothing.

If you live in the industrialized world, you probably can't pass B. infantis on to your baby. Not even if you give birth vaginally, breast-feed exclusively and eat well.

B. infantis is not the only endangered bacterium in the West, and babies aren't the only ones affected. By studying mice, researchers at Stanford have found that a lack of dietary fiber — which is missing from most processed foods — results in the loss of important bacterial strains.

Once these strains are gone, the only way to get them back will be to deliberately reintroduce them.

In a study funded by a company that plans to do just that, Dr. German and colleagues fed B. infantis to breast-fed babies. They found that it took over the entire lower intestine, crowding out pathogenic bacteria.

Although it's too early to know if these babies will turn out to be healthier than their peers, the hope is that the presence of B. infantis for the first year or two of life will help prevent colic, allergies, asthma, obesity, diabetes, heart disease and cancers later in life.

Dr. German envisions a future when it will be common for us to add the bacterium to some of our foods, much as we did with iodine.

But just inoculating babies with B. infantis won't be enough. We should also give their mothers the opportunity to breast-feed.

The bacterium can't survive without the carbohydrates it depends on. While companies are trying to figure out how to add oligosaccharides into infant formula, it will be very difficult to replicate the complexity and concentration of the carbohydrates that are naturally present in breast milk.

While the decision to breast-feed is often framed as a personal choice, most women have no choice. Only 15 percent of workers and 4 percent of the lowest-paid workers in the United States have access to paid family leave, which means they often can't afford to stay home with a newborn.

Many other nations — like Austria, Bulgaria, the Czech Republic, Hungary, Japan, Latvia, Lithuania, Norway and Slovakia — manage to provide working parents with more than a year's worth of paid family leave.

We should do the same. It's not just about better personal health, but about better public health, which has been in decline in this country for decades.

We'd also be wise to heed these findings on the microbiota as a harbinger of what's to come. The promotion of infant formula in place of breast milk, and our reliance on processed foods into adulthood, have had some unforeseen and frightening repercussions for our health. The industrialization of our food supply is changing us from the inside out.

# US adds cancer to list of illnesses linked to 9/11 terror attacks

*By NBC News and wire services*
*September 11, 2012, 6:02 am*

NBCNews.com

Updated at 5:15 p.m. ET: The federal government on Monday added 14 categories of cancer to the list of illnesses linked to the 9/11 terror attacks, which brings added coverage to rescue workers and people living near ground zero on Sept. 11, 2001.

The National Institute for Occupational Safety and Health approved the additions to the list of illnesses covered in the James Zadroga 9/11 Health and Compensation Act, which were proposed in June. The updated regulations take effect 30 days after the ruling is published in the Federal Register.

See more on this story on NBCNewYork.com

The decision "marks an important step in the effort to provide needed treatment and care to 9/11 responders and survivors," said Dr. John Howard, administrator of the World Trade Center Health Program established by the Zadroga law.

The Zadroga Act — named after NYPD Detective James Zadroga, who died at age 34 after working at ground zero — was signed into law nearly two years ago. Despite the hundreds of sick responders, the act did not cover cancer because of a supposed lack of scientific evidence linking cancer to ground zero toxins.

"We are getting sick in record numbers," said Ray Pfeiffer, a first responder who was diagnosed three years ago with kidney cancer. He said it has been a struggle to pay for expensive medications not fully covered by his insurance.

"It's fantastic news," he said of the expanded list of covered illnesses.

About 400 residents and rescue workers have died from cancer since 9/11, according to the New York Post.

With cancer included in the program more victims are likely to seek compensation, which could cause individual awards to be reduced as officials divide up the $2.77 billion fund.

"They're going to add cancers, but are they going to add more money to the fund?" Thomas "T.J." Gilmartin, who suffers from lung disease and sleep apnea, said to the Post. "It's crazy. Every time, we gotta fight. It's two years since Obama signed that bill, and nobody's got 10 cents."

"We fought long and hard to make sure that our 9/11 heroes suffering from cancers obtained from their work at ground zero get the help they deserve," U.S. Senators Kirsten Gillibrand and Charles E. Schumer, both of New York, said in a statement. "Today's announcement is a huge step forward that will provide justice and support to so many who are now suffering from cancer and other illnesses. We will press on - with advocates, the community, and our partners in government - to ensure that all those who suffered harm from 9/11 and its aftermath get the access to the program they so desperately need."

Last week, the New York City Fire Department added nine names to the 55 already etched on a wall honoring members who have died of illnesses related to ground zero rescue and recovery work, Reuters reported.



*Family photo via NY Daily News / AP File In this undated file photo, New York City Police Det. James Zadroga, left, holds his daughter Tylerann. Fifty cancers will be added to the Zadroga Act, which was named after the detective--who died of respiratory failure in Jan. 2006 after working at ground zero.*

Some estimates put the overall death toll from 9/11-related illness at more than 1,000, according to Reuters. At least 20,000 ground zero workers are being treated across the country and 40,000 are being monitored by the World Trade Center Health Program, Reuters reported.

Tuesday marks the 11th anniversary of the 9/11 terror attacks.

Last fall, the September 11 Memorial at ground zero finally opened in the footprints of the original towers. Since then, more than 4 million people have visited.

Financial, security and design setbacks have delayed the redevelopment of the World Trade Center in the past decade. A recent project audit indicates that overall site redevelopment costs have grown to nearly $15 billion.

One World Trade Center is nearing completion and is expected to open in 2014.

NBCNewYork.com's Brynn Gingras and Reuters contributed to this report.

More content from NBCNews.com:

- Should felons vote? In some states, it's easy; in others, impossible
- FBI arrests Trenton, N.J., mayor, others in corruption probe
- SEAL explains why bin Laden was dangerous when killed
- 'Jew Pond' name officially changed on US maps
- In Arctic oil battle, Shell starts preliminary drilling