UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson                                    Civil Action No. 1:18-cv-03501

DEMOCRATIC NATIONAL COMMITTEE,                                     Racketeer Influenced and
                                                                   Corrupt Organization Act (RICO)
Plaintiff,

v.                                                                 Judge John G. Koeltl

RUSSIAN FEDERATION, et al;
Defendants.

Amicus 32 (Thirty-Two)
We have a living breathing Doomsday Weapon/Monster that is buried outside of New Orleans. It is buried on property owned by Fred Heebe, Dominick Fazzio and is called the River Birch Landfill.

Could not invent this. Fred Heebe is the son of a Federal Judge and was once considered for the US Attorney position in New Orleans.

The Federal Government directed that all waste from Hurricane Katrina could only be disposed of at the River Birch Landfill. No other landfill could be used. This is where the Katrina Virus is buried. Other chemical weapons over the last 70 years have been buried there.

When I wrote the following I did not have a complete understanding of the power that Fred Heebe had. He was very well connected. The DOJ Eastern District of Louisiana prosecutors were going to indict Fred Heebe until Washington DOJ headquarters stopped them. Hebee was blackmailing the Federal Government. Hebee became filthy rich by disposing of the Katrina Virus on his property. If he was indicted he would expose the truth about the Katrina Virus and he had the financial resources unlike me. His father being a Federal Judge limited what the DOJ could do to him. The DOJ allowed a major criminal to walk away before he was ever indicted. Go to www.nola.com and search Fred Heebe and Dominick Fazzio.

***The Heebe report. What criminal activities by the Department of Justice resulted in the dismissal with prejudice of the original indictment, 1st superseding indictment and the 2nd superseding indictment against Dominick Fazzio? Mark Titus entered into a plea deal on the original indictment but the DOJ dismissed with prejudice the 1st superseding indictment and 2nd superseding indictment. **How could the DOJ, without ever indicting, dismiss with prejudice the original indictment, 1st superseding indictment and 2nd superseding indictment against Fred Heebe and Jim Ward?** The criminal activities of the DOJ irreparable harmed the American People and the Constitution. (US Attorney Billy Gibbens represented Fred Heebe and participated in the cover up of the Katrina Virus. He represented Captain David Andrew Christenson, as his defense attorney, on behalf of the DOJ and gave away all of his Constitutional Rights.)

- Could not invent this. See attachment. This is who represented Fred Hebee. *Brendan V. Sullivan, Jr. is a senior partner of the law firm Williams & Connolly. Sullivan is white-collar criminal defense attorney best known for his defense of U.S. Marine Lieutenant-Colonel Oliver North. US Attorney Bill Gibbens. Yes, that is correct a US Attorney.*

- *US Attorney Billy Gibbens represented me against my will when I was arrested.*

1. United States v. Boucher (1-18:cr-00004) Judge Marianne O. Battani
2. United States v. Manafort (1:18-cr-00083) Senior Judge T.S. Ellis, III
3. Manafort v. United States (1:18-cv-00011) Judge Amy Berman Jackson
4. United States v. Flynn (1:17-cr-00232) Judge Emmet G. Sullivan
5. United States v. Papadopoulos (1:17-cr-00182) Judge Randolph Daniel Moss
6. United States v. Manafort (1:17-cr-00201) Judge Amy Berman Jackson
7. United States v. Internet Research Agency LLC (1:18-cr-00032) Judge Dabney L. Friedrich
8. United States v. Van Der Zwann (1:18-cr-00031) Judge Amy Berman Jackson
9. Deepwater Horizon v. BP Exploration & Production (16-30918) Judge Carl Barbier
10. Democratic National Committee v. Russian Federation, et al (1:18-cv-5301) Judge John G. Koeltl
11. State of Louisiana v. Nathan Foreman (Section H Case 459100) Judge Camille Buras

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on June 18th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

I forget so much. May 1st 2015.

It was world famous attorney Brendan Sullivan that was the lead attorney for Fred Heebe.

Brendan V. Sullivan, Jr. is a senior partner of the law firm Williams & Connolly. Sullivan is white-collar criminal defense attorney best known for his defense of U.S. Marine Lieutenant-Colonel Oliver North.

I flew missions for the CIA that were connected to North.

Sullivan received no publicity from the Heebe case. Why? Billy Gibbens was not involved in the case until well after the target letter was sent. Armed with insider information Billy Gibbens took over the case.

I reviewed several website including Mr. Sullivan's own website and there is no mention of the Heebe case. Why. This was a huge victory. He got a criminal investigation dismissed with prejudice before the indictment. Anybody would want that on his resume. "I am so good that I get you off before you are indicted."

Sullivan wanted no part of this because of the criminal conduct by Billy Gibbens.

Here is a quote from Wikipedia:

"He is known for his combative style and several prosecutors have been fired, disbarred, or jailed for prosecutorial misconduct Sullivan had uncovered."

It is very odd that he did not take credit for the Heebe case anywhere in the public domain. Heebe had to pay him millions. Sullivan is based in Washington, DC.

The United States Supreme Court and The Katrina Virus
A Prelude/Reference Book/Appendix
Book 7
By David Andrew Christenson
ISBN 978-0-9846893-8-5 Hardback SCKV
ISBN 978-0-9846893-9-2 EBook SCKV
LCCN 2012933074
Copyright 1-724163643
Persimmon Publishing
Box 6374
Miramar Beach, Florida 32550
www.persimmonpublishingus.com
www.thereluctantpatriot.com

An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

PENSACOLA FL 325
RECEIVED 18 JUN 2018 PM 2 L

USM P3
SDNY

RECEIVED 2018 JUN 22 PH 2:31
CLERK'S OFFICE
S.D.N.Y.

Pro Se
sm

Clerk
US District Court SD New York
500 Pearl Street
New York, NY 10007-1312

10007-131608