USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#_____
DATE FILED: 7-6-18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEMOCRATIC NATIONAL COMMITTEE,

        Plaintiff,

- AGAINST -

THE RUSSIAN FEDERATION, ET AL.,

        Defendants.

---

18-cv-3501 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    Non-party Patrick Farrell has attempted to make several filings in this case by sending the filings to the Court. Mr. Farrell is not a party in this case and has no discernible right to intervene, and his filings are plainly irrelevant to the case. This Court has warned Mr. Farrell that if he continues to file materials in this case he may be subject to an anti-filing injunction but that has not deterred Mr. Farrell.

    Accordingly, the Clerk of Court is directed to return any filings sent to the Court in this case by Mr. Farrell without docketing them. Mr. Farrell may bring any other case consistent with the Federal Rules of Civil Procedure.

SO ORDERED.

Dated:    New York, New York
           July 6, 2018

                                               _____
                                               John G. Koeltl
                                        United States District Judge