**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEMOCRATIC NATIONAL COMMITTEE,

Plaintiff,

v.

THE RUSSIAN FEDERATION *et al.*,

Defendants.

Civil Action No. 1:18-cv-03501 (JGK)

**AFFIDAVIT OF HEIJIN MCINTIRE**

I, Heijin McIntire, being duly sworn, depose and say:

1. That I am over the age of eighteen years and not a party to or otherwise interested in this action.

2. That on July 2, 2018, I mailed a copy of each of the summons, complaint, Electronic Case Filing Rules & Instructions, and Individual Practices of Judge John G. Koeltl in the above-titled case to Emin Araz Agalarov at 98 Anderson Avenue, Demarest, New Jersey 07627 via FedEx.

3. Per the tracking number, attached to this affidavit, the mailing was delivered to Mr. Agalarov at his address on July 3, 2018.

4. I declare under penalty of perjury that this information is true.

Executed on July 6, 2018

Heijin McIntire

District of Columbia ) ss

On July 6, 2018, before me, Marcia Wade, personally appeared Heijin McIntire, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signatures on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the District of Columbia that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

DEBORAH VANZEGO
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires January 1, 2019

772614605271

# Delivered
# Tuesday 7/03/2018 at 9:52 am

**DELIVERED**

Signature not required

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

Ask FedEx

**FROM**

Cohen Milstein Sellers
Heijin McIntire
West Tower, Suite 500
1100 New York Ave., N.W.
Washington, DC US 20005
202 408-4648

**TO**

Emin Araz Agalarov
98 Anderson Avenue

DEMAREST, NJ US 07627
202 406-3678




OUR COMPANY

About FedEx



Our Portfolio

Investor Relations

Careers

FedEx Blog

Corporate Responsibility

Newsroom

Contact Us

**MORE FROM FEDEX**

FedEx Compatible

Developer Resource Center

FedEx Cross Border

**LANGUAGE**

Change Country

English

**FOLLOW FEDEX**

© FedEx 1995-2018

Feedback | Site Map | Terms of Use | Security & Privacy