UNITED STATES DISTRICT COURT

**SOUTHERN DISTRICT OF NEW YORK**

DEMOCRATIC NATIONAL COMMITTEE,

           Plaintiff,

-against-

THE RUSSIAN FEDERATION, et. al.

           Defendant.

18 Civ. 03501 (JGK)

**MOTION FOR ADMISSION**

**PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, __Robert C. Buschel__ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __Roger J. Stone, Jr.__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __Florida and California__ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: July 9, 2018

Respectfully Submitted,

Applicant Signature: _____

Applicant's Name: Robert C. Buschel

Firm Name: Buschel Gibbons, P.A.

Address: One Financial Plaza, Suite 1300, 100 S.E. Third Avenue

City/State/Zip: Fort Lauderdale, FL 33394

Telephone/Fax: 954-530-5301

Email: Buschel@BGlaw-pa.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMOCRATIC NATIONAL COMMITTEE

    Plaintiff,

v.                                    Case No. 1:18-cv-03501-JGK

THE RUSSIAN FEDERATION, et. al.,

    Defendants.

_____/

## AFFIDAVIT OF ROBERT BUSCHEL IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Robert Buschel, hereby declare:

1. My name, office address, and telephone number are as follows:

   Robert C. Buschel
   Buschel Gibbons, P.A.
   One Financial Plaza, Suite 1300
   100 S.E. Third Avenue
   Fort Lauderdale, FL 33394
   (954) 530-5301
   Buschel@BGlaw-pa.com

2. I have been admitted to the following courts and bars:

   Supreme Court of Florida (1995) (Fla. Bar No. 0063436)

   Supreme Court of California (2010) (Cal. Bar No. 269354)

3. I am currently in good standing with all states, courts, and bars in which I am admitted. There are no disciplinary proceedings presently pending against me in any court or state bar.

4. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Fort Lauderdale, Florida this 6th day of June, 2018.

_____
Robert C. Buschel

BEFORE ME, a notary public, in and for the State of Florida, personally appeared the above-named _Robert C. Buschel_ who acknowledged that he did sign the foregoing instrument and that the same is his free and voluntary act and deed.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed my official seal this _6th_ day of June, 2018.

_Adelita G. Cabello_
Notary Public  Adelita G. Cabello

[Notary Seal: ADELITA G. CABELLO, MY COMMISSION EXPIRES DECEMBER 15, 2020, #GG 055669, Bonded thru Notary Public Underwriters, NOTARY PUBLIC, STATE OF FLORIDA]

*Affiidavit Robert C. Buschel*
*In support of motion for admission pro hac vice*

# Supreme Court of Florida
## Certificate of Good Standing

I JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

**ROBERT BUSCHEL**

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on **September 22, 1995**, is presently in good standing, and that the private and professional character of the attorney appear to be good.

WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this June 11, 2018.

_____
Clerk of the Supreme Court of Florida.



# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### ROBERT C. BUSCHEL

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that ROBERT C. BUSCHEL, #269354, was on the 21st day of April 2010, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court on the 25th day of June 2018.

JORGE E. NAVARRETE
Clerk/Executive Officer of the Supreme Court

By: _____
F. Coello, Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMOCRATIC NATIONAL COMMITTEE      Plaintiff,

-against-

THE RUSSIAN FEDERATION et. al.
                    Defendant.

18 cv 03501 ( JGK )

ORDER FOR ADMISSION
PRO HAC VICE

The motion of Robert C. Buschel, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of Florida and California; and that his/her contact information is as follows (please print):

Applicant's Name: Robert C. Buschel

Firm Name: Buschel Gibbons, P.A.

Address: One Financial Plaza, Suite 1300, 100 S.E. Third Avenue

City / State / Zip: Fort Lauderdale, FL 33394

Telephone / Fax: 954-530-5301

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Roger J. Stone, Jr. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge