UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMOCRATIC NATIONAL COMMITTEE,

    Plaintiff,

v.

THE RUSSIAN FEDERATION *et al.*,

    Defendants.

Civil Action No. 1:18-cv-03501 (JGK)

## SUPPLEMENTAL AFFIDAVIT OF ROGER PADILLA

I, Roger Padilla, a Private Process Server, being duly sworn, depose and say:

1. That I am over the age of eighteen years and not a party to or otherwise interested in this action.

2. That on 6/13/2018 at 8:51 pm, I served the Summons, Complaint, Electronic Case Filing Rules & Instructions, Individual Practices of Judge John G. Koeltl in the above-titled case on Emin Araz Agalarov at 98 Anderson Avenue, Demarest, New Jersey 07627, by serving Inga Madzule.

3. When I served the complaint, I had a full conversation, in English, with Ms. Madzule.

4. I confirmed with her, in English, that she understood our conversation.

5. Ms. Madzule spoke with a thick accent, but was responsive and answered appropriately to all my questions.

6. I asked Ms. Madzule if Mr. Agalarov was home. She said that he was not home because he was travelling right now.

7. She asked why I needed Mr. Agalrov. I told her that I had a delivery for him, and asked if Mr. Agalarov would be coming home soon.

8. She told me no, but stated that she lived at the house, and offered to take the delivery. She explained that she cares for Mr. Agalarov's children and stays in the house.

9. I asked her again if she actually resided at that address. She confirmed that she resides at that address.

10. I asked her if Mr. Agalarov is married. She told me that he is not married.

11. I declare under penalty of perjury that this information is true.

Executed on _____    _____
                                      Roger Padilla

I certify under PENALTY OF PERJURY under the laws of the District of Columbia that the foregoing is true and correct.

WITNESS my hand and official seal.
MAKICHA CASTANEDA
NOTARY PUBLIC OF NEW JERSEY
Comm. # 50084823
My Commission Expires 6/20/2023
Signature _Makicha Castaneda_  7/5/18

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.