UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMOCRATIC NATIONAL COMMITTEE  Plaintiff,

-against-

THE RUSSIAN FEDERATION et. al.
Defendant.

18 cv 03501 ( JGK )

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Robert C. Buschel, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of Florida and California; and that his/her contact information is as follows (please print):

Applicant's Name: Robert C. Buschel

Firm Name: Buschel Gibbons, P.A.

Address: One Financial Plaza, Suite 1300, 100 S.E. Third Avenue

City / State / Zip: Fort Lauderdale, FL 33394

Telephone / Fax: 954-530-5301

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Roger J. Stone, Jr. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 7/10/18

United States District / Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 7/10/18