# EXHIBIT A

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Democratic National Committee

*Plaintiff*

vs.

The Russian Federation, et al.

*Defendant*

Case No.: 1:18-cv-03501-JGK

**AFFIDAVIT OF DUE DILIGENCE**

DISTRICT OF COLUMBIA, SS.:

Tom K. Williams, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and does business in Washington DC.

Deponent attempted to serve the within Summons, Complaint, Electronic Case Filing Rules & Instructions, Individual Practices of Judge John G. Koeltl on **Paul J. Manafort, Jr.**, therein named, and that after due search, careful inquiry and diligent attempts at **10 St. James Drive, Palm Beach Gardens, Florida 33418** deponent was unable to effect process upon the person being served because of the following reason(s):

- [ ] Unknown at address
- [ ] House/building vacant
- [ ] Moved, left no forwarding
- [ ] Address does not exist
- [ ] Evading
- [ ] Service canceled
- [ ] Service refused
- [X] No answer at door / buzzer / call box
- [X] Other: On each occasion I received no answer at the door, and on each occasion there was a 2011 Land Rove with tag: J419PA in the driveway. There was a notice on the door on each occasion from Nozzle Nolen, a pest control agency, indicating that the lawn had been treated. Additionally, I spoke with security on one occasion who stated that Paul W. Manafort, Jr. had arrived at the residence recently, but could not remember an exact date.

ATTEMPTS WERE MADE AS FOLLOWS:

| Date | Time | Place |
|---|---|---|
| 06/12/18 | 5:55 PM | 10 St. James Drive, Palm Beach Gardens, Florida 33418 |
| 06/13/18 | 1:35 PM | 10 St. James Drive, Palm Beach Gardens, Florida 33418 |
| 06/15/18 | 10:40 AM | 10 St. James Drive, Palm Beach Gardens, Florida 33418 |

Sworn to before me on July 13th, 2018

Jessica Oakley

JESSICA OAKLEY
MY COMMISSION #FF916860
EXPIRES: SEP 09, 2019
Bonded through 1st State Insurance

Tom K. Williams

Job #   1546291
Ref #   N/A

*Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050*