# EXHIBIT B

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

**Democratic National Committee**

Plaintiff

vs.   Case No.: 1:18-cv-03501-JGK

**The Russian Federation, et al.**

Defendant

## AFFIDAVIT OF DUE DILIGENCE

I, David S. Felter, a Private Process Server, having been duly authorized to make service of the Summons, Complaint, Electronic Case Filing Rules & Instructions, Individual Practices of Judge John G. Koeltl in the above entitled case, hereby depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That I am the Custodian of Records of Capitol Process Services, Inc.

That after due search, careful inquiry and diligent attempt(s), we have been unable to serve Paul J. Manafort, Jr. with the above named process.

That on June 14, 2018, I spoke to Kimberly Carlson of the law firm of Cohen Milstein regarding the logistics of serving the defendant, Paul Manafort, at a hearing he was to attend the next day at the US District Court for the District of Columbia. On this occasion, I stated to Ms. Carlson that service could be made within the courthouse, however, not within the courtroom. In addition, I conveyed my concern to Ms. Carlson that, as Mr. Manafort was in Federal custody, he would enter and exit the courtroom through chambers, making it impossible to serve him outside of the courtroom.

That on July 18, 2018, my agent, Rebecca Short, spoke to Kimberly Carlson of the law firm of Cohen Milstein regarding the logistics of serving the defendant, Paul Manafort at the Northern Neck Regional Jail. Accordingly, Ms. Short spoke with the Richmond County Sheriff's office on June 19, 2018, who stated that under no circumstances would we be able to serve Paul Manafort, as the U.S. Marshal's typically serve inmates being held under federal statute. Additionally, Ms. Short followed up with the U.S. Marshal's Richmond office for the Eastern District of Virginia, and they advised Ms. Short that inmates being held under federal statute are not made available for service, and under no circumstances would we be able to serve Paul Manafort.

That my agent, Abel Emiru, attempted to serve the defendant, Paul Manafort, at his usual place of abode and where he is, at present, confined to his apartment, at 601 North Fairfax Street, Apartment 405, Alexandria, VA 22314. Mr. Emiru stated that on July 3, 2018 at 2:52 PM, July 5, 2018 at 7:42 PM and on July 6, 2018 at 10:41 AM, he was denied access by the guard and that on each occasion the desk attendant called up to Mr. Manafort's unit, the call went unanswered.

I declare under penalty of perjury that this information is true.

Sworn to before me on 07/12/18

Angela H. Croson
Notary Public, District of Columbia
My Commission Expires: March 31, 2019

David S. Felter

Client Ref Number: N/A
Job #: 1547454

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050