# EXHIBIT C

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Democratic National Committee

*Plaintiff*

vs.

The Russian Federation, et al.

*Defendant*

Case No.: 1:18-cv-03501-JGK

**AFFIDAVIT OF DUE DILIGENCE**

DISTRICT OF COLUMBIA, SS.:

Tommy K. Williams, II, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and does business in Washington DC.

Deponent attempted to serve the within Summons, Complaint, Electronic Case Filing Rules & Instructions, Individual Practices of Judge John G. Koeltl on **Paul J. Manafort, Jr.**, therein named, and that after due search, careful inquiry and diligent attempts at deponent was unable to effect process upon the person being served because of the following reason(s):

- [ ] Unknown at address
- [ ] Moved, left no forwarding
- [ ] Evading
- [ ] Service refused
- [ ] House/building vacant
- [ ] Address does not exist
- [ ] Service canceled
- [X] No answer at door / buzzer / call box

- [X] Other: On each occasion, I observed a 2011 Land Rover in the driveway with tag: J419PA.

ATTEMPTS WERE MADE AS FOLLOWS:

| Date | Time | Place |
|---|---|---|
| 07/06/18 | 5:30 PM | 10 St. James Drive, Palm Beach Gardens, Florida 33418 |
| 07/09/18 | 10:00 AM | 10 St. James Drive, Palm Beach Gardens, Florida 33418 |

Sworn to before me on July 10, 2018

Tommy K. Williams, II

Job # 1547230
Ref # N/A