# EXHIBIT D

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Democratic National Committee

*Plaintiff*

vs.

The Russian Federation, et al.

*Defendant*

Case No.: 1:18-cv-03501-JGK

**AFFIDAVIT OF DUE DILIGENCE**

DISTRICT OF COLUMBIA, SS.:

Joshua Lee, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and does business in Washington DC.

Deponent attempted to serve the within Summons, Complaint, Electronic Case Filing Rules & Instructions, Individual Practices of Judge John G. Koeltl on **Paul J. Manafort, Jr.**, therein named, and that after due search, careful inquiry and diligent attempts at deponent was unable to effect process upon the person being served because of the following reason(s):

- [ ] Unknown at address
- [X] Moved, left no forwarding
- [ ] Evading
- [ ] Service refused
- [ ] House/building vacant
- [ ] Address does not exist
- [ ] Service canceled
- [ ] No answer at door / buzzer / call box
- [X] Other: On this occasion, I spoke with a security guard who stated that Paul W. Manafort, Jr. has not lived at 721 5th Avenue, Apartment 43G, New York, New York 10022 in over a year.

ATTEMPTS WERE MADE AS FOLLOWS:

| Date | Time | Place |
|---|---|---|
| 07/03/18 | 1:29 PM | 721 5th Avenue, Apartment 43G, New York, New York 10022 |

Sworn to before me on July 4, 2018

**EVAN COHAN**
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2022

Joshua Lee

Job # 1547453
Ref # N/A

CAPITOL PROCESS SERVICES, INC. | 1827 18TH STREET, NW, WASHINGTON, DC 20009 | (202) 667-0050