UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMOCRATIC NATIONAL COMMITTEE,

    Plaintiff,

v.

THE RUSSIAN FEDERATION et al.,

    Defendants.

Case No. 1:18-cv-03501 (JGK)

**AFFIDAVIT OF WILLIAM D. COGLIANESE IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

    I, William D. Coglianese, being duly sworn, hereby depose and say as follows:

1.     I am an associate at the law firm of Jones Day.

2.     I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter on behalf of Defendant Donald J. Trump for President, Inc.

3.     As shown in the Certificate of Good Standing annexed hereto as Exhibit A, I am a member in good standing of the Bar of the State of Pennsylvania.

4.     As shown in the Certificate of Good Standing annexed hereto as Exhibit B, I am a member in good standing of the Bar of the District of Columbia.

5.     There are no pending disciplinary proceedings against me in any state or federal court.

6.     I have not been convicted of a felony.

7.     I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

8. Wherefore, I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in this one case for Defendant Donald J. Trump for President, Inc.

William D. Coglianese
JONES DAY
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Tel: (202) 879-3710
Fax: (202) 626-1700
Email: wcoglianese@jonesday.com

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

STATE OF District of Columbia )
                              )
COUNTY OF _____)

Subscribed and sworn to (or affirmed) before me on this 11 day of July, 20 18, by Christoph Tate, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

My commission expires:
District of Columbia: SS

This instrument was acknowledged before me on 11 day of July, 20 18 by Chris Tate

Notary Public's Signature
My Commission Expires November 16, 2021

Notary Public