UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE RUSSIAN FEDERATION et al.,<br><br>　　　　　Defendants. | Case No. 1:18-cv-03501 (JGK) |

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

The motion of William D. Coglianese, for admission to practice *Pro Hac Vice* in the above captioned matter is granted. Applicant has declared that he is a member in good standing of the Bars of the State of Pennsylvania and the District of Columbia, and that his contact information is as follows:

　　Applicant's Name:　William D. Coglianese
　　Firm Name:　　　　Jones Day
　　Address:　　　　　51 Louisiana Avenue, NW
　　City / State / Zip:　Washington, D.C. 20001-2113
　　Telephone:　　　　(202) 879-3710
　　Fax:　　　　　　　(202) 626-1700
　　Email:　　　　　　wcoglianese@jonesday.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant Donald J. Trump for President, Inc. in the above entitled action; **IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules Governing discipline of attorneys.

Dated: _____　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　The Honorable John G. Koeltl
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge