UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE,<br><br>  Plaintiff,<br><br>v.<br><br>THE RUSSIAN FEDERATION et al.,<br><br>  Defendants. | Case No. 1:18-cv-03501 (JGK) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, Michael A. Carvin hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant Donald J. Trump for President, Inc. in the above-captioned action.

I am a member of the Bar of the District of Columbia in good standing, and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.  I have attached the affidavit pursuant to Local Rule 1.3, as well as a certificate of good standing from the Bar of the District of Columbia.

Dated: Washington, D.C.
       July 17, 2018

Respectfully submitted,

 /s/ Michael A. Carvin

Michael A. Carvin
JONES DAY
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Tel: (202) 879-7643
Fax: (202) 626-1700
Email:  macarvin@jonesday.com

**CERTIFICATE OF SERVICE**

    I, Michael A. Carvin, certify that on July 17, 2018, I caused the foregoing Motion for Admission Pro Hac Vice and accompanying Certificate of Good Standing, Affidavit, and Proposed Order to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

    /s/ Michael A. Carvin
    Michael A. Carvin