UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE RUSSIAN FEDERATION et al.,<br><br>　　　　　Defendants. | Case No. 1:18-cv-03501 (JGK) |

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

The motion of Michael A. Carvin, for admission to practice *Pro Hac Vice* in the above captioned matter is granted. Applicant has declared that he is a member in good standing of the Bar of the District of Columbia, and that his contact information is as follows:

```
Applicant's Name:    Michael A. Carvin
Firm Name:           Jones Day
Address:             51 Louisiana Avenue, NW
City / State / Zip:  Washington, D.C. 20001-2113
Telephone:           (202) 879-7643
Fax:                 (202) 626-1700
Email:               macarvin@jonesday.com
```

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant Donald J. Trump for President, Inc. in the above entitled action; **IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules Governing discipline of attorneys.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　The Honorable John G. Koeltl
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge