# EXHIBIT A

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Democratic National Committee

*Plaintiff*

vs.

The Russian Federation, et al.

*Defendant*

Case No.: 1:18-cv-03501-JGK

**AFFIDAVIT OF DUE DILIGENCE**

DISTRICT OF COLUMBIA, SS.:

Joshua Lee, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and does business in Washington DC.

Deponent attempted to serve the within Summons, Complaint, Electronic Case Filing Rules & Instructions, Individual Practices of Judge John G. Koeltl on **Jared C. Kushner**, therein named, and that after due search, careful inquiry and diligent attempts at deponent was unable to effect process upon the person being served because of the following reason(s):

- [ ] Unknown at address
- [ ] Moved, left no forwarding
- [ ] Evading
- [ ] Service refused
- [ ] House/building vacant
- [ ] Address does not exist
- [ ] Service canceled
- [ ] Received no answer at the door
- [X] Other: On each occasion, I was told by security that Jared Kushner was not there and is rarely at this address.

ATTEMPTS WERE MADE AS FOLLOWS:

| Date | Time | Place |
|---|---|---|
| 06/11/18 | 2:18 PM | 502 Park Avenue, Apartment 28, New York, New York 10022 |
| 06/18/18 | 7:25 PM | 502 Park Avenue, Apartment 28, New York, New York 10022 |
| 06/25/18 | 7:11 AM | 502 Park Avenue, Apartment 28, New York, New York 10022 |

Sworn to before me on 6/26/2018

**EVAN COHAN**
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2022

Joshua Lee

Job #  1546289
Ref #  N/A

*CAPITOL PROCESS SERVICES, INC. | 1827 18TH STREET, NW, WASHINGTON, DC 20009 | (202) 667-0050*