# EXHIBIT B

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

**Democratic National Committee**

Plaintiff

vs.    Case No.: 1:18-cv-03501-JGK

**The Russian Federation, et al.**

Defendant

## AFFIDAVIT OF DUE DILIGENCE

I, David S. Felter, a Private Process Server, having been duly authorized to make service of the Summons, Complaint, Electronic Case Filing Rules & Instructions, Individual Practices of Judge John G. Koeltl in the above entitled case, hereby depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That I am the Custodian of Records of Capitol Process Services, Inc.

That after due search, careful inquiry and diligent attempt(s), we have been unable to serve Jared C. Kushner with the above named documents.

That on June 26, 2018 from 2:00 PM to 2:21 PM, my agent, Vance Warren, attempted to serve Jared C. Kushner at 2449 Tracy Place, NW, Washington, DC 20008. On this occasion, Mr. Warren spoke with a United States Secret Service agent posted at the front door and explained to the agent that he was attempting to serve process upon Jared Kushner on behalf of a matter before the United States District Court for the Southern District of New York. As Mr. Warren waited, the agent asked his superior for guidance on how to handle this situation. Mr. Warren was told by the agent that Mr. Kushner would not be made available and that Mr. Warren would need to "figure out another way to attempt service."

I declare under penalty of perjury that this information is true.

Sworn to before me on 07/12/18

Angela H. Croson
Notary Public, District of Columbia
My Commission Expires: March 31, 2019

David S. Felter

Client Ref Number: N/A
Job #: 1546975

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050