# EXHIBIT C

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Tracking Number: 70083230000265673095

Remove ✕

We attempted to deliver your item at 4:02 pm on July 9, 2018 in WASHINGTON, DC 20008 and a notice was left because no secure delivery location was available. You may arrange redelivery by using the Schedule a Redelivery feature on this page or may pick up the item at the Post Office indicated on the notice beginning July 10, 2018. If this item is unclaimed by July 24, 2018 then it will be returned to sender.

## Delivery Attempt: Action Needed

July 9, 2018 at 4:02 pm
Notice Left (No Secure Location Available)
WASHINGTON, DC 20008

Schedule Redelivery ⌄

Text & Email Updates ⌄

Schedule Redelivery ⌄

Tracking History ⌃

**July 9, 2018, 4:02 pm**
Notice Left (No Secure Location Available)
WASHINGTON, DC 20008
We attempted to deliver your item at 4:02 pm on July 9, 2018 in WASHINGTON, DC 20008 and a notice was left because no secure delivery location was available. You may arrange redelivery by using the Schedule a Redelivery feature on this page or may pick up the item at the Post Office indicated on the notice beginning July 10, 2018. If this item is unclaimed by July 24, 2018 then it will be returned to sender.

**July 9, 2018, 4:15 am**
Departed USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**July 8, 2018**
In Transit to Next Facility

**July 7, 2018, 2:36 pm**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**July 7, 2018**
In Transit to Next Facility

**July 6, 2018, 10:56 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**July 2, 2018, 10:55 am**
Out for Delivery
WASHINGTON, DC 20008

**July 2, 2018, 10:45 am**
Sorting Complete
WASHINGTON, DC 20008

**July 2, 2018, 9:43 am**
Arrived at Unit
WASHINGTON, DC 20008

**July 1, 2018, 4:53 pm**
Departed USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**July 1, 2018**
In Transit to Next Facility

**June 29, 2018, 3:16 pm**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**June 29, 2018**
In Transit to Next Facility

**June 28, 2018, 10:30 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

Product Information 

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.
- Automatically track the packages you're expecting.
- Set up email and text alerts so you don't need to enter tracking numbers.
- Enter USPS Delivery Instructions™ for your mail carrier.

**Sign Up (https://reg.usps.com/entreg/RegistrationAction_input?app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo**

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.