UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

DEMOCRATIC NATIONAL COMMITTEE,

       Plaintiff,                     Civil Action No. 1:18-cv-03501 (JGK)

    v.

THE RUSSIAN FEDERATION *et al.*,

       Defendants.

------------------------------------- X

## DECLARATION OF JULIA A. HORWITZ:

I, Julia A. Horwitz, declare as follows:

1. I am an attorney at Cohen Milstein Sellers & Toll, PLLC. I am counsel for Plaintiff in the above-referenced matter. I submit this declaration in support of "Motion to Serve Defendant Jared C. Kushner by First Class Mail". I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

2. On June 28, 2018, staff at Cohen Milstein Sellers & Toll, PLLC mailed the summons, Complaint, Electronic Case Filing Rules & Instructions, and Individual Practices of Judge John G. Koeltl to Defendant Jared Kushner at 2449 Tracy Place, N.W., Washington D.C. 20008.

3. These documents were mailed via Certified Mail, and could be tracked using Tracking Number 70083230000265673095.

2369574 v1

4.  Attached to the Motion to Serve Defendant Jared C. Kushner by First Class Mail as

    Exhibit C is a true and correct copy of the U.S.P.S. Tracking Information associated with

    this mailing.

The foregoing is true and correct to the best of my knowledge and belief.

Executed this 17th day of July, 2018, in Washington, D.C.


                                                    /s/ *Julia A. Horwitz*
                                                    Julia A. Horwitz


2