## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

DEMOCRATIC NATIONAL COMMITTEE,

      Plaintiff,

      v.

THE RUSSIAN FEDERATION et al.,

      Defendants.

Case No. 1:18-cv-03501 (JGK)

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

The motion of Michael A. Carvin, for admission to practice *Pro Hac Vice* in the above

captioned matter is granted. Applicant has declared that he is a member in good standing of the

Bar of the District of Columbia, and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Michael A. Carvin |
| Firm Name: | Jones Day |
| Address: | 51 Louisiana Avenue, NW |
| City / State / Zip: | Washington, D.C. 20001-2113 |
| Telephone: | (202) 879-7643 |
| Fax: | (202) 626-1700 |
| Email: | macarvin@jonesday.com |

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel

for Defendant Donald J. Trump for President, Inc. in the above entitled action; **IT IS HEREBY**

**ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in

the United States District Court for the Southern District of New York. All attorneys appearing

before this Court are subject to the Local Rules of this Court, including the Rules Governing

discipline of attorneys.

Dated: 2/17/18

The Honorable John G. Koeltl
United States District Court Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7·18-18