AO 458 (Rev. 06/09) Appearance of Counsel

## UNITED STATES DISTRICT COURT
for the

Democratic National Committee
*Plaintiff*
v.
The Russian Federation et al.
*Defendant*

Case No. 1:18-cv-03501-JGK

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jared C. Kushner

Date:     07/19/2018

*Attorney's signature*

Abbe David Lowell, AL2981
*Printed name and bar number*
Winston & Strawn LLP
1700 K Street, NW
Washington, DC 20006

*Address*

ADLowell@winston.com
*E-mail address*

(202) 282-5875
*Telephone number*

(202) 282-5100
*FAX number*