UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMOCRATIC NATIONAL COMMITTEE,

Plaintiff,

v.

THE RUSSIAN FEDERATION et al.,

Defendants.

Case No. 1:18-cv-03501 (JGK)

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The motion of William D. Coglianese, for admission to practice Pro Hac Vice in the above captioned matter is granted. Applicant has declared that he is a member in good standing of the Bars of the State of Pennsylvania and the District of Columbia, and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | William D. Coglianese |
| Firm Name: | Jones Day |
| Address: | 51 Louisiana Avenue, NW |
| City / State / Zip: | Washington, D.C. 20001-2113 |
| Telephone: | (202) 879-3710 |
| Fax: | (202) 626-1700 |
| Email: | wcoglianese@jonesday.com |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Donald J. Trump for President, Inc. in the above entitled action; IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules Governing discipline of attorneys.

Dated: 7/18/18

The Honorable John G. Koeltl
United States District Court Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/19/18