# Exhibit C

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

---

**Democratic National Committee**

Plaintiff

vs.      Case No.: 1:18-cv-03501-JGK

The Russian Federation, et al.

Defendant

---

## AFFIDAVIT OF DUE DILIGENCE

I, Rebecca E. Short, a Private Process Server, having been duly authorized to make service of the Summons, Complaint, Electronic Case Filing Rules & Instructions, Individual Practices of Judge John G. Koeltl in the above entitled case, hereby depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That after due search, careful inquiry and diligent attempt(s), I have been unable to serve Jared C. Kushner with the above named process.

On on July 16, 2018 at 1:15 PM, my agent, Ricardo Delpratt, attempted to serve Jared C. Kushner at 502 Park Avenue, Apartment 28, New York, New York 10022. On this occasion, Mr. Delpratt was directed to the 59th Street entrance of the building, and was advised that this entrance is where mail, packages, and food deliveries are accepted for residents in the building. Additionally, security called up to Apartment 28, and they were advised that Jared C. Kushner does not reside therein. As a result, Mr. Delpratt was unable to post a copy of the above referenced documents to the door of 502 Park Avenue, Apartment 28, New York, New York 10022.

I declare under penalty of perjury that this information is true.

7/17/2018

Executed On

Rebecca E. Short

Client Ref Number: N/A
Job #: 1548098

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050