UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X

DEMOCRATIC NATIONAL COMMITTEE,

              Plaintiff,                    Civil Action No. 1:18-cv-03501 (JGK)

      v.

THE RUSSIAN FEDERATION *et al.*,

              Defendants.

------------------------------------ X

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Julia Horwitz, including all the exhibits appended thereto, and upon the accompanying Motion to Serve Defendant WikiLeaks by Twitter and Mail, Plaintiff will move this Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 14A, New York, NY 10007, before the Honorable John G. Koeltl, United States District Judge, for an Order granting Plaintiff leave to serve Defendant WikiLeaks via Twitter and first class mail to its domestic P.O. Box.

Dated:  July 20, 2018                    Respectfully submitted,

                                    */s/ Joseph M. Sellers*

Michael Eisenkraft (#6974)

Cohen Milstein Sellers & Toll PLLC
88 Pine St. ● 14th Floor
New York, NY 10005
(212) 838-7797

Joseph M. Sellers (admitted *Pro Hac Vice*)
Geoffrey A. Graber (admitted *Pro Hac Vice*)
Julia A. Horwitz (admitted *Pro Hac Vice*)
Alison S. Deich (*Pro Hac Vice* pending)
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW ● Fifth Floor
Washington, DC 20005
(202) 408-4600

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2018, I electronically filed the Motion to Serve Defendant WikiLeaks by Twitter and Mail with the Clerk of the Court using ECF, which in turn sent notice to all counsel of record.

Dated:    July 20, 2018                          _/s/ Jihoon Lee_____
                                                 Jihoon Lee