# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE RUSSIAN FEDERATION et al., ) <br> ) <br> Defendants. ) <br> ) <br> ) | Civil Action No. 1:18-cv-03501-JGK |

## DECLARATION OF GEOFFREY GRABER:

I, Geoffrey Graber, declare as follows:

1. I am a partner at Cohen Milstein Sellers & Toll, PLLC. I am counsel for Plaintiff in the above-referenced matter. I submit this declaration in connection with Plaintiff's Motion to Serve Defendant Aras Agalarov by Alternate Means. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

2. On April 30, 2018, Plaintiff's counsel called Scott Balber, who confirmed that he represents both Aras Agalarov and his son in other matters.

3. Mr. Balber said that he was not authorized to accept service on behalf of Aras Agalarov. When Plaintiff's counsel asked if Mr. Balber could identify anyone else who might be authorized to accept service for Aras Agalarov or his son, Mr. Balber instructed Plaintiff's counsel to consult "the Federal Rules."

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of July 2018 in Washington, D.C.

_____
Geoffrey Graber