# EXHIBIT A

1546288
**Job #**

Cohen Milstein Sellers & Toll PLLC

Plaintiff / Petitioner: Democratic National Committee

Defendant / Respondent: The Russian Federation, et al.

Serve To: Aras Iskenerovich Agalarov



UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Democratic National Committee

*Plaintiff*

vs.

The Russian Federation, et al.

*Defendant*

Case No.: 1:18-cv-03501-JGK

**AFFIDAVIT OF DUE DILIGENCE**

DISTRICT OF COLUMBIA, SS.:

Manny Sires, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and does business in Washington DC.

Deponent attempted to serve the within Summons, Complaint, Electronic Case Filing Rules & Instructions, Individual Practices of Judge John G. Koeltl on **Aras Iskenerovich Agalarov**, therein named, and that after due search, careful inquiry and diligent attempts at deponent was unable to effect process upon the person being served because of the following reason(s):

- [ ] Unknown at address
- [ ] Moved, left no forwarding
- [ ] Evading
- [ ] Service refused
- [ ] House/building vacant
- [ ] Address does not exist
- [ ] Service canceled
- [X] Received no answer at the door
- [X] Other: I spoke to a security guard who stated that the Agalarovs have been to the residence twice in the past two years.

ATTEMPTS WERE MADE AS FOLLOWS:

| Date | Time | Place |
|---|---|---|
| 06/15/18 | 11:40 AM | 7064 Fisher Island Drive, Miami Beach, Florida 33109 |

Sworn to before me on 6-23-18

*[signature: Lisette D. Chavez]*

LISETTE D. CHAVEZ
MY COMMISSION # FF 979891
EXPIRES: April 7, 2020
Bonded Thru Notary Public Underwriters

*[signature: M. E. Sires]*

Manny Sires

Job # 1546288
Ref # N/A

CAPITOL PROCESS SERVICES, INC. | 1827 18TH STREET, NW, WASHINGTON, DC 20009 | (202) 667-0050