UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
DEMOCRATIC NATIONAL COMMITTEE,

       Plaintiff,                    Civil Action No. 1:18-cv-03501 (JGK)

   v.

THE RUSSIAN FEDERATION *et al.*,

       Defendants.
------------------------------------- X

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Declarations of Julia Horwitz and Geoffrey Graber, and upon the accompanying Motion to Serve Defendant Aras Agalarov By Alternate Means, and the exhibit thereto, Plaintiff will move this Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 14A, New York, NY 10007, before the Honorable John G. Koeltl, United States District Judge, for an Order granting Plaintiff leave to serve Defendant Aras Agalarov by alternate means.

|  |  |
|---|---|
| Dated: July 25, 2018 | Respectfully submitted, |
|  | */s/ Joseph M. Sellers* |
| Michael Eisenkraft (#6974) | Joseph M. Sellers (admitted *Pro Hac Vice*) |
| Cohen Milstein Sellers & Toll PLLC | Geoffrey A. Graber (admitted *Pro Hac Vice*) |
| 88 Pine St. ● 14th Floor | Julia A. Horwitz (admitted *Pro Hac Vice*) |
| New York, NY 10005 | Alison S. Deich (*Pro Hac Vice* pending) |
| (212) 838-7797 | Cohen Milstein Sellers & Toll PLLC |
|  | 1100 New York Ave. NW ● Fifth Floor |
|  | Washington, DC 20005 |
|  | (202) 408-4600 |

*Attorneys for Plaintiff*