IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:18-cv-03501-JGK |
| ) | |
| v. ) | |
| ) | |
| THE RUSSIAN FEDERATION et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF JULIA A. HORWITZ

I, Julia Horwitz, declare as follows:

1. I am an attorney at Cohen Milstein Sellers & Toll, PLLC. I am counsel for Plaintiff in the above-referenced matter. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

2. Pursuant to this Court's August 6, 2018 Order authorizing service of process on Aras Agalarov by alternate means (ECF No. 155), I sent the summons, complaint, Electronic Case Filing Rules & Instructions, and Individual Practices of Judge John G. Koeltl (the "service packet") to Scott Balber by email on August 7 and August 9, 2018, and by first class mail on August 8 and August 10, 2018. I also sent the service packet to info@crucosugroup.ru, the email address associated with Aras Agalarov's real estate firm, on August 7 and August 13, 2018.[1]

---

[1] Initially, Counsel for Plaintiff inadvertently sent unstamped copies of the summons that did not bear the seal of the Clerk of the Court. In this paragraph, the second date listed reflects the date on which Counsel for Plaintiff transmitted an ECF-stamped copy of the summons bearing the seal and signature of the Clerk of the Court.

3. Pursuant to this Court's August 6, 2018 Order authorizing service of process on WikiLeaks by alternate means (ECF No. 156), on August 10, 2018, I caused each of the four service packet documents to be posted on the website www.cohenmilsteinprocessserver.com. I also created the Twitter account @ProcessServiceC. Using this account, I posted a Tweet, directed to the @WikiLeaks account, containing links to each of the service packet documents, as well as to the www.cohenmilsteinprocessserver.com page.[2] Also on August 10, 2018, I sent the service packet to WikiLeaks' domestic P.O. Box by first class mail.

4. With respect to Defendant Julian Assange ("Assange"), on July 18, 2018, I mailed a copy of the service packet to Legal Language Services, an international process server. On July 23, 2018, an employee of Legal Language Services sent me an email to alert me that service on Assange would be attempted in the next few days. He also informed me that the United Kingdom, where Assange is currently located, permits service by postal mail.

5. On August 2, 2018, the same employee of Legal Language Services sent me an email to confirm that Assange had been served by mail, and to reiterate that service by mail in the United Kingdom is considered personal service. On August 16, 2018, I received, by postal mail, a packet containing a certification from the Queen's Bench Division of the Senior Courts of England and Wales and a witness statement from a U.K. process server. Attached to the witness statement was a copy of the service packet, along with some prefatory materials.

6. The certification referenced above is attached hereto as Exhibit A; the witness statement referenced above is attached hereto as Exhibit B, and the prefatory materials referenced above are attached hereto as Exhibit C.

---

[2] Cohen Milstein Sellers & Toll Process Server (@ProcessServiceC), Twitter (August 10, 2018, 9:52 AM) https://twitter.com/ProcessServiceC/status/1027960972504457217.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of August 2018 in Washington, D.C.

_____
Julia Horwitz