# EXHIBIT A

SFP 2018 - 14052

CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention
L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.

1) that the document has been served the (date):
   que le demande a ete executee le (date):

   **Wednesday 1 August 2018**

   at (place, street, number):
   a (localite, rue, numero):

   **Flat 3b within the Ecuadorian Embassy at 3 Hans Crescent, London, SW1X 0LS, England**

   - in one of the following methods authorised by article 5:
   - dans une des formes suivantes prevues a l'article 5:

   a) ~~in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention~~
      ~~selon les formes legales (article 5, alinea premier, lettre a)~~

   b) in accordance with the following particular method:
      selon la forme particuliere suivante:

      Served upon Julian Assange at the direction of the Senior Master of the Queen's Bench Division of the Senior Courts of England and Wales by the agent for the purpose of Graham Henry Bridgman, a Solicitor of the Senior Courts of England and Wales, by a method prescribed by the internal law of England and Wales for the service of documents upon persons who are within its territory. The documents, as more fully described in the witness statement of Elizabeth Schmitz dated 2 August 2018 (a certificated copy of which is annexed hereto), were served as described in that witness statement with a deemed date of service as above under English court rules.

   c) ~~by delivery to the addressee, who accepted it voluntarily~~
      ~~par remise simple~~

   ~~the documents referred to in the request have been delivered to:~~
   ~~les documents mentionnes dans la demande ont ete remis a:~~

   ~~- (identity and description of person):~~
   ~~- (identite et qualite de la personne):~~

   ~~- relationship to the addressee (family, business or other):~~
   ~~- liens de parente de subordinaion ou autres avec le desinataire de l'acts:~~

2) ~~that the document has not been served, by reason of the following facts:~~
   ~~que la demande n'a pas ete executee, en raison des faits suivants:~~

~~in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses detailed in the attached statement~~
~~conformenent a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci joint~~

Annexes
Documents returned
Pieces renvoyees
in appropriate cases, documents establishing the service
le cas echeant, les documents justicatifs de l'execution

Done at **London**
Fait a

the (date): 8th August 2018
le:

Signature and/or stamp:
Signature et/ou cachet:

[Stamp: SENIOR COURTS OF ENGLAND AND WALES — FOREIGN PROCESS SECTION — 0 3 AUG 2018]

**Roger Eastman**
Master of the Queen's Bench
Division,
Room E116, Royal Courts of
Justice,
London WC2A 2LL