# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, | Case No.: 1:18-cv-03501 |
| Plaintiff, | |
| v. | |
| THE RUSSIAN FEDERATION, et al., | |
| Defendants. | |

**Witness Statement of Service in accordance with sub paragraph (b)
of the first paragraph of article 5, Hague Convention
on the Service Abroad of Judicial and
Extrajudicial Documents In Civil or Commercial Matters**

I, **ELIZABETH SCHMITZ**, Process Server, of Moorside, Moor Lane, Menston, LS29 6AS, England, say as follows:

1. In the matters detailed below I was acting as agent for Graham Henry Bridgman a Solicitor of the Senior Courts of England and Wales who was in turn acting at the direction of the Central Authority of England and Wales.

2. On Monday the 30th day of July 2018 at 1310 hours I served Julian Assange, one of the Defendants herein, with the herein Summons in a Civil Action, Complaint, Electronic Case Filing Rules & Instructions, Individual Practices of Judge John G. Koeltl and Initial Discovery Protocols, together with the Hague Convention Summary of the Document to be Served and Notice (hereafter "the Service Documents"), by delivering them to and leaving them at the usual residence of Julian Assange, which is a method of service in accordance with English Court rules. Under those rules, the deemed date of service is Wednesday the 1st day of August 2018.

3. The usual residence of Julian Assange is Flat 3b within the Ecuadorian Embassy in London at 3 Hans Crescent, London, SW1X 0LS (hereafter "the Service Address"). At the time of service as aforesaid, I had been prevented from going to Julian Assange's flat front door within the building, and staff would not ask Julian Assange to come to me, so I effected service by leaving the Service Documents on the building's reception desk, where deliveries for people in the building are left.

4. On Tuesday the 31st day of July 2018 at 1323 hours I further served Julian Assange by mailing a further set of the Service Documents addressed to him at the Service Address by ordinary first class pre-paid post, which is another method of service in accordance with English Court rules.

5. Exhibited hereto marked 'A' is a bundle containing a copy of each of the Service Documents.

6. I believe that service has been effected, as directed by the requesting authority, in accordance with a method prescribed by the internal law of England and Wales and thus in accordance with sub paragraph (b) of the first paragraph of article 5, Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

I believe that the facts stated in this witness statement are true

Dated:      02 August 2018

Signed:     *E. Schmitz*
            **ELIZABETH SCHMITZ**

I hereby certify that this is a true copy of the original

Signature _____
G H Bridgman LLB Solicitor

Date  6 August 2018