AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Democratic National Committee )
*Plaintiff* )
v. ) Case No. 1:18-cv-03501-JGK
The Russian Federation et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

George Papadopoulos

Date: 9/23/18

*Attorney's signature*

Caroline Johnston Polisi, CP5655
*Printed name and bar number*

Pierce Bainbridge Beck Price & Hecht LLP
20 West 23rd Street, 5th fl.
New York, NY 10010

*Address*

cpolisi@piercebainbridge.com
*E-mail address*

(213) 262-9333
*Telephone number*

(646) 200-1022
*FAX number*