UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

DEMOCRATIC NATIONAL COMMITTEE
                Plaintiff,

-against-                              1:18   Civ. __03501__ ( JGK )

THE RUSSIAN FEDERATION et al.,             MOTION FOR ADMISSION

                                                          PRO HAC VICE

                Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, __Grant J. Smith__ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __Roger J. Stone, Jr.__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __Florida__ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:                            Respectfully Submitted,

                                          ___Grant J. Smith___

                                Applicant Signature: _(signature)_

                                Applicant's Name: __Grant J. Smith__

                                Firm Name: __StrategySmith, P.A.__

                                Address: __401 East Las Olas Boulevard, Suite 130-120__

                                City/State/Zip: __Fort Lauderdale, FL 33301__

                                Telephone/Fax: __954.328.9064__

                                Email: __gsmith@strategysmith.com__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMOCRATIC NATIONAL COMMITTEE

    Plaintiff,

v.                                         Case No. 1:18-cv-03501-JGK

THE RUSSIAN FEDERATION, et. al.,

    Defendants.

_____/

**AFFIDAVIT OF GRANT J. SMITH IN SUPPORT OF**
**<u>MOTION FOR ADMISSION PRO HAC VICE</u>**

I, Grant Smith, hereby declare:

1. My name, office address, and telephone number are as follows:

   Grant J. Smith
   StrategySmith, P.A.
   401 East Las Olas Boulevard
   Suite 130-120
   Fort Lauderdale, FL 33301
   (954) 328-9064
   gsmith@strategysmith.com

2. I have been admitted to the following court and bar:

   Supreme Court of Florida (1992) (Fla. Bar No. 00935212)

3. I am currently in good standing with all states, courts, and bars in which I am admitted. There are no disciplinary proceedings presently pending against me in any court or state bar.

4. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Fort Lauderdale, Florida this 30th day of August, 2018.

_____
Grant J. Smith

BEFORE ME, a notary public, in and for the State of Florida, personally appeared the above-named _____ who acknowledged that he did sign the foregoing instrument and that the same is his free and voluntary act and deed.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed my official seal this 30th day of August, 2018.

*Adelita S. Cabello*
Notary Public
Adelita G. Cabello

[Notary Seal: ADELITA G. CABELLO, MY COMMISSION EXPIRES DECEMBER 15, 2020, #GG 055669, Bonded thru Notary Public Underwriters, NOTARY PUBLIC, STATE OF FLORIDA]

*Affidavit Grant J. Smith*
*In support of motion for admission pro hac vice*

# Supreme Court of Florida
## Certificate of Good Standing

I JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

### GRANT JEFFREY SMITH

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on **May 8, 1992**, is presently in good standing, and that the private and professional character of the attorney appear to be good.

WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this August 28, 2018.

_____
Clerk of the Supreme Court of Florida.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMOCRATIC NATIONAL COMMITTEE
                  Plaintiff,

-against-

THE RUSSIAN FEDERATION et al.,
                  Defendant.

1:18 cv 03501 ( JGK )

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of __Grant J. Smith__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Florida__; and that his/her contact information is as follows (please print):

    Applicant's Name: __Grant J. Smith__

    Firm Name: __StrategySmith, P.A.__

    Address: __401 E. Las Olas Boulevard, Suite 130-120__

    City / State / Zip: __Fort Lauderdale, FL 33301__

    Telephone / Fax: __954.328.9064__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Roger J. Stone, Jr.__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge