UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE RUSSIAN FEDERATION et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-03501 (JGK) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, Mary Ellen Powers hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant Donald J. Trump for President, Inc. in the above-captioned action.

I am a member of the Bar of the District of Columbia in good standing, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3, as well as a certificate of good standing from the Bar of the District of Columbia.

Dated: Washington, D.C.　　　　　　　　　Respectfully submitted,
　　　　August 30, 2018

　　　　　　　　　　　　　　　　　　　　　　 /s/ Mary Ellen Powers

　　　　　　　　　　　　　　　　　　　　　Mary Ellen Powers
　　　　　　　　　　　　　　　　　　　　　JONES DAY
　　　　　　　　　　　　　　　　　　　　　51 Louisiana Avenue, NW
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20001-2113
　　　　　　　　　　　　　　　　　　　　　Tel: (202) 879-3870
　　　　　　　　　　　　　　　　　　　　　Fax: (202) 626-1700
　　　　　　　　　　　　　　　　　　　　　Email:  mepowers@jonesday.com

## **CERTIFICATE OF SERVICE**

    I, Mary Ellen Powers, certify that on August 30, 2018, I caused the foregoing Motion for Admission Pro Hac Vice and accompanying Certificate of Good Standing, Affidavit, and Proposed Order to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

                                                  /s/ Mary Ellen Powers
                                                  Mary Ellen Powers

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMOCRATIC NATIONAL COMMITTEE,

        Plaintiff,

v.

THE RUSSIAN FEDERATION et al.,

        Defendants.

Case No. 1:18-cv-03501 (JGK)

**AFFIDAVIT OF MARY ELLEN POWERS IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

I, Mary Ellen Powers, being duly sworn, herby deposes and says as follows:

1.     I am a partner with the law firm of Jones Day.

2.     I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter on behalf of Defendant Donald J. Trump for President, Inc.

3.     As shown in the Certificate of Good Standing annexed hereto as Exhibit A, I am a member in good standing of the Bar of the District of Columbia.

4.     There are no pending disciplinary proceedings against me in any state or federal court.

5.     I have not been convicted of a felony.

6.     I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

7.     Wherefore, I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in this one case for Defendant Donald J. Trump for President, Inc.

*Mary Ellen Powers*

Mary Ellen Powers
JONES DAY
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Tel: (202) 879-3870
Fax: (202) 626-1700
Email: mepowers@jonesday.com

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

~~STATE~~ District OF Columbia          )
                                         )
COUNTY OF _____)

   Subscribed and sworn to (or affirmed) before me on this day of August 16, 2018, by Wendy Blount, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

My commission expires:

*Wendy Blount*
Notary Public

WENDY BLOUNT
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2022

# EXHIBIT A



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Mary Ellen Powers*

was duly qualified and admitted on **December 19, 1980** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on August 17, 2018.

*Julio A. Castillo*
JULIO A. CASTILLO
Clerk of the Court

Issued By: 
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE,<br><br>        Plaintiff,<br><br>        v.<br><br>THE RUSSIAN FEDERATION et al.,<br><br>        Defendants. | Case No. 1:18-cv-03501 (JGK) |

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

The motion of Mary Ellen Powers, for admission to practice *Pro Hac Vice* in the above captioned matter is granted.  Applicant has declared that she is a member in good standing of the Bar of the District of Columbia, and that her contact information is as follows:

    Applicant's Name:    Mary Ellen Powers
    Firm Name:    Jones Day
    Address:    51 Louisiana Avenue, NW
    City / State / Zip:    Washington, D.C. 20001-2113
    Telephone:    (202) 879-3870
    Fax:    (202) 626-1700
    Email:    mepowers@jonesday.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant Donald J. Trump for President, Inc. in the above entitled action; **IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules Governing discipline of attorneys.

Dated: _____                  _____
                                                                                                       The Honorable John G. Koeltl
                                                                                                        United States District Court Judge