UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMOCRATIC NATIONAL COMMITTEE,

Plaintiff,

v.

THE RUSSIAN FEDERATION et al.,

Defendants.

Case No. 1:18-cv-03501 (JGK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/31/18

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

The motion of Mary Ellen Powers, for admission to practice *Pro Hac Vice* in the above captioned matter is granted. Applicant has declared that she is a member in good standing of the Bar of the District of Columbia, and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Mary Ellen Powers |
| Firm Name: | Jones Day |
| Address: | 51 Louisiana Avenue, NW |
| City / State / Zip: | Washington, D.C. 20001-2113 |
| Telephone: | (202) 879-3870 |
| Fax: | (202) 626-1700 |
| Email: | mepowers@jonesday.com |

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant Donald J. Trump for President, Inc. in the above entitled action; **IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules Governing discipline of attorneys.

Dated: August 31, 2018

_____
The Honorable Vernon S. Broderick
United States District Court Judge
Part I