UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMOCRATIC NATIONAL COMMITTEE
Plaintiff,

-against-

THE RUSSIAN FEDERATION et al.,
Defendant.

1:18 cv 03501 ( JGK )

ORDER FOR ADMISSION
PRO HAC VICE

The motion of Grant J. Smith, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of Florida; and that his/her contact information is as follows (please print):

Applicant's Name: Grant J. Smith

Firm Name: StrategySmith, P.A.

Address: 401 E. Las Olas Boulevard, Suite 130-120

City / State / Zip: Fort Lauderdale, FL 33301

Telephone / Fax: 954 328 9064

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Roger J. Stone, Jr. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 9/4/18

United States District / ~~Magistrate~~ Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9-5-18