AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Democratic National Committee | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-CV-3501 |
| The Russian Federation, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

George Papadopoulos.

Date: 09/06/2018

/s/ Eric M. Creizman
*Attorney's signature*

Eric M. Creizman (EC7684)
*Printed name and bar number*

Pierce Bainbridge Beck Price & Hecht LLP
747 Third Avenue, Suite 2000
New York, New York 10017
*Address*

ecreizman@piercebainbridge.com
*E-mail address*

(212) 972-0200
*Telephone number*

(646) 200-5022
*FAX number*

Print    Save As...    Reset