UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE,<br><br>               Plaintiff,<br>v.<br>THE RUSSIAN FEDERATION et al.,<br>               Defendants. | )<br>)<br>)  Case No. 1:18-cv-03501 (JGK)<br>)<br>)<br>)<br>)<br>) |

## **MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, Christopher D. Man hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant Jared C. Kushner in the above-captioned action.

I am a member in good standing of the Bar of the District of Columbia and the Bar of Missouri, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3, as well as certificates of good standing from the Bar of the District of Columbia and the Bar of Missouri.

Dated: Washington, DC

    September 10, 2018　　　　　　　　　Respectfully submitted,

                                              By: */s/ Christopher D. Man*
                                              Christopher D. Man
                                              WINSTON & STRAWN, LLP
                                              1700 K Street, NW
                                              Washington, DC 20006
                                              202-282-5000
                                              Fax: 202-282-5100
                                              Email: CMan@winston.com

## **CERTIFICATE OF SERVICE**

I, Christopher Man, certify that on September 10, 2018, I caused the foregoing Motion for Admission *Pro Hac Vice* and accompanying Certificates of Good Standing, Affidavit, and Proposed Order to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

                                              */s/ Christopher D. Man*
                                                Christopher D. Man

# EXHIBIT A



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Christopher D. Han*

was duly qualified and admitted on **January 6, 1997** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on September 4, 2018.

*Julio A. Castillo*
JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# EXHIBIT B

*The Supreme Court of Missouri*



*Certificate of Admission as an Attorney at Law*

I, Betsy AuBuchon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 9/29/1995,

*Christopher D. Man*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 4th day of September, 2018.

*Betsy AuBuchon*

Clerk of the Supreme Court of Missouri

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>THE RUSSIAN FEDERATION et al.,<br><br>　　　　　　Defendants. | Case No. 1:18-cv-03501 (JGK) |

### AFFIDAVIT OF CHRISTOPHER MAN IN SUPPORT OF
### MOTION FOR ADMISSION *PRO HAC VICE*

I, Christopher D. Man, being duly sworn, herby deposes and says as follows:

1. I am a partner with the law firm of Winston & Strawn LLP.

2. I submit this affidavit in support of my motion for admission to practice *Pro Hac Vice* in the above-captioned matter on behalf of Defendant Jared C. Kushner.

3. As shown in the Certificates of Good Standing annexed hereto as Exhibits A and B, I am a member in good standing of the Bar of the District of Columbia and the Bar of Missouri.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred, or denied admission or readmission by any court. (After I changed law firms and did not receive an invoice from the Missouri Bar sent to my prior address, my bar membership was automatically suspended for non-payment of dues. Upon learning of that oversight, I promptly paid my dues and was reinstated. This was not a disciplinary suspension by the Missouri Bar.)

7. Wherefore, I respectfully request that I be permitted to appear as counsel and advocate *Pro Hac Vice* in this one case for Defendant Jared C. Kushner.

By: /s/ Christopher D. Man
Christopher D. Man
WINSTON & STRAWN, LLP
1700 K Street, NW
Washington, DC 20006
202-282-5000
Fax: 202-282-5100
Email: CMan@winston.com

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not to the truthfulness, accuracy or validity of that document.

DISTRICT OF COLUMBIA

Subscribed and sworn to (or affirmed) before me on this day of 10th September, 2018, by Christopher D. Man proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

My commission expires:
Paula A. Trimble
Notary Public, District of Columbia
My Commission Expires 7/14/2019

/s/ Paula A. Trimble
Notary Public

[Notary Seal: PAULA A. TRIMBLE, NOTARY PUBLIC, MY COMMISSION EXPIRES 7/14/2019, DISTRICT OF COLUMBIA]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE,<br><br>Plaintiff,<br><br>v.<br><br>THE RUSSIAN FEDERATION et al.,<br><br>Defendants. | Case No. 1:18-cv-03501 (JGK) |

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

The motion of Christopher D. Man for admission to practice *pro hac vice* in the above-captioned matter is granted. Applicant has declared that he is a member in good standing of the Bar of the District of Columbia and the Bar of Missouri, and that his contact information is as follows:

    Applicant's Name:    Christopher D. Man
    Firm Name:    WINSTON & STRAWN, LLP
    Address:    1700 K Street, NW
    City / State / Zip:    Washington, DC 20006
    Telephone:    202-282-5000
    Fax:    202-282-5100
    Email:    CMan@winston.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Jared C. Kushner in the above entitled action; **IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules Governing discipline of attorneys.

Dated: _____, 2018        _____
                                                      The Honorable John G. Koeltl
                                                      United States District Court Judge