AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | ) |
|---|---|
| _____ | ) |
| *Plaintiff* | ) |
| v. | )   Case No. |
| _____ | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____          _____
                                                          *Attorney's signature*

                                                          4811121
                                                          *Printed name and bar number*


                                                          _____
                                                          *Address*

                                                          _____
                                                          *E-mail address*

                                                          _____
                                                          *Telephone number*

                                                          _____
                                                          *FAX number*