# Grant J. Smith
### Attorney-at-Law

Grant J. Smith, Esq.<br>
gsmith@strategysmith.com<br>
Direct Dial – 954.328.9064

September 11, 2018

The Honorable John G. Koeltl
United States District Judge
500 Pearl Street
New York, NY  10007

        **RE: Request to Possess a Personal Electronic Device**

Dear Judge Koeltl:

      By way of this letter and the attached order, I respectfully request to be authorized to possess my personal iPhone during the September 13, 2018, hearing on matter number 18 CV 03501 (JGK).  A completed Standing Order M10-468, is attached for your consideration.

      Thank you very much.


Respectfully submitted,

*[signature]*

Grant J. Smith, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
_____ x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned _Democratic National Committee v. The Russian Federation, et. al._____, No. _____.
18 - CV - 03501 (JGK)

The date(s) for which such authorization is provided is (are) September 13, 2018_____.

| Attorney | Device(s) |
|---|---|
| 1. Grant J. Smith | iPhone |
| 2. | |
| 3. | |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: _____

_____
United States Judge

Revised: February 26, 2014