AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Democractic National Committee<br>*Plaintiff*<br>v.<br>The Russian Federation, et al.<br>*Defendant* | )<br>)<br>)  Case No.  1:18-cv-03501-JGK<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Aras Iskenerovich Agalarov and Emin Araz Agalarov

Date: 09/11/2018

*Attorney's signature*

Scott S. Balber - SB5807
*Printed name and bar number*
Herbert Smith Freehills New York LLP
450 Lexington Avenue
14th Floor
New York, NY 10017

*Address*

scott.balber@hsf.com
*E-mail address*

(917) 542-7600
*Telephone number*

(917) 542-7601
*FAX number*