AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Democractic National Committee | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:18-cv-03501-JGK |
| The Russian Federation, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Aras Iskenerovich Agalarov and Emin Araz Agalarov

Date: 09/11/2018

*Attorney's signature*

Michael P. Jones - MJ1387
*Printed name and bar number*
Herbert Smith Freehills New York LLP
450 Lexington Avenue
14th Floor
New York, NY 10017
*Address*

michael.jones@hsf.com
*E-mail address*

(917) 542-7600
*Telephone number*

(917) 542-7601
*FAX number*