AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York ▼

| | |
|---|---|
| Democractic National Committee )<br>*Plaintiff* )<br>v. )<br>The Russian Federation, et al. )<br>*Defendant* ) | Case No.  1:18-cv-03501-JGK |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Aras Iskenerovich Agalarov and Emin Araz Agalarov

Date:    09/11/2018

*Attorney's signature*

Jonathan C. Cross - JC2253
*Printed name and bar number*
Herbert Smith Freehills New York LLP
450 Lexington Avenue
14th Floor
New York, NY 10017

*Address*

jonathan.cross@hsf.com
*E-mail address*

(917) 542-7600
*Telephone number*

(917) 542-7601
*FAX number*