UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMOCRATIC NATIONAL COMMITTEE,

Plaintiff,

v.

THE RUSSIAN FEDERATION et al.,

Defendants.

Case No. 1:18-cv-03501 (JGK)

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

The motion of Christopher D. Man for admission to practice *pro hac vice* in the above-captioned matter is granted. Applicant has declared that he is a member in good standing of the Bar of the District of Columbia and the Bar of Missouri, and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Christopher D. Man |
| Firm Name: | WINSTON & STRAWN, LLP |
| Address: | 1700 K Street, NW |
| City / State / Zip: | Washington, DC 20006 |
| Telephone: | 202-282-5000 |
| Fax: | 202-282-5100 |
| Email: | CMan@winston.com |

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Jared C. Kushner in the above entitled action; **IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules Governing discipline of attorneys.

Dated: 9/11, 2018

The Honorable John G. Koeltl
United States District Court Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/12/18