UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――

DEMOCRATIC NATIONAL COMMITTEE,

                Plaintiff,

      - against -

THE RUSSIAN FEDERATION et al.,

                Defendants.
―――――――――――――――――――――――――――――――

18 Civ. 3501 (JGK)

ORDER

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/2018
```

JOHN G. KOELTL, District Judge:

    As discussed at the hearing today, the parties should file a proposed scheduling order by **September 28, 2018**.  The plaintiff should file an Amended Complaint by **October 12, 2018**.

SO ORDERED.

Dated:    New York, New York
            September 13, 2018

                                            _____
                                                John G. Koeltl
                                         United States District Judge