**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED. __9/18/18__

--------------------------------------- X
DEMOCRATIC NATIONAL COMMITTEE,

    Plaintiffs,

  -against-

THE RUSSIAN FEDERATION, et al. ;

    Defendants.
--------------------------------------- X

Civil Action No. 1:18-cv-03501

**ORDER FOR ADMISSION**
*PRO HAC VICE*

The motion of Alison Sarah Deich for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member of good standing of the bars of the state of Virginia and the District of Columbia; and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | **Alison Sarah Deich** |
| Firm Name: | **Cohen Milstein Sellers & Toll PLLC** |
| Address: | **1100 New York Avenue, NW, Suite 500, West Tower** |
| City/State/Zip: | **Washington, DC   20005** |
| Telephone/Fax: | **(202)408-4600 / (202) 408-4699** |

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiffs in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: __9/18/18__

_____
United States District/Magistrate Judge