UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

Democractic National Committee

                    Plaintiff,

-against-

The Russian Federation, et al.

                    Defendant.

-------------------------------------------------------

Case No. 1:18-cv-03501-JGK

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending     [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

__Michael P. Jones__
FILL IN ATTORNEY NAME

My SDNY Bar Number is: __MJ1387__    My State Bar Number is __5106208__

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Curtis, Mallet-Prevost, Colt & Mosle, LLP
                      FIRM ADDRESS: 101 Park Avenue, New York, NY 10178
                      FIRM TELEPHONE NUMBER: 212-696-8826
                      FIRM FAX NUMBER: 212-697-1559

NEW FIRM:    FIRM NAME: Herbert Smith Freehills New York LLP
                      FIRM ADDRESS: 450 Lexington Ave, New York, NY 10017
                      FIRM TELEPHONE NUMBER: 917-542-7600
                      FIRM FAX NUMBER: 917-542-7601

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 9/21/2018

_____
ATTORNEY'S SIGNATURE