IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE RUSSIAN FEDERATION et al., ) <br> ) <br> Defendants. ) <br> ) <br> ) | Civil Action No. 1:18-cv-03501-JGK <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC# _____ <br> DATE FILED: 10-1-18 |

### [PROPOSED] SCHEDULING ORDER

On September 13, 2018, the Court convened a status conference to discuss the Parties' proposed schedule for filing an Amended Complaint and responsive pleadings. The Parties conferred and agreed upon a briefing schedule that accommodates the Parties' conflicts and the winter holidays. As part of this schedule, Plaintiff intends to amend its complaint earlier than anticipated. The parties have agreed upon the following schedule:

1. Plaintiff shall file its Amended Complaint by **October 3, 2018**.

2. Defendants shall file their motions to dismiss by **December 7, 2018**.

3. If Plaintiff intends to file a Second Amended Complaint, the following schedule shall apply:

   a. Plaintiff shall file a Notice of Intent to Amend by **January 7, 2019**.

   b. Plaintiff shall file the Second Amended Complaint by **January 17, 2019**.

   c. Defendants shall file their motions to dismiss the Second Amended Complaint by **March 4, 2019**.

  d. Plaintiff shall file oppositions to Defendants' motions to dismiss by **April 18, 2019**.

  e. Defendants shall file their replies, if any, to Plaintiffs' oppositions by **June 3, 2019**.

4. If Plaintiff does *not* intend to file a Second Amended Complaint, the following schedule shall apply:

  a. Plaintiff shall file oppositions to Defendants' motions to dismiss by **February 11, 2019**.

  b. Defendants shall file their replies, if any, to Plaintiff's oppositions by **March 29, 2019**.

~~Plaintiff has also proposed the following page limitations~~:

- For Defendants' motions to dismiss, Defendants shall file an omnibus brief of no more than **50 pages**, and each individual Defendant may file an additional brief of no more than **15 pages** each.

- For Plaintiff's oppositions to Defendants' motions to dismiss, Plaintiff shall file a brief of no more than **50 pages** in response to Defendants' omnibus brief, and Plaintiff may file additional briefs of no more than **15 pages** each in response to the individual Defendants' briefs.

- Defendants shall file an omnibus reply brief of no more than **25 pages**, and each individual Defendant may file an additional reply brief of no more than **10 pages** each.

2

~~Defendants Donald J. Trump for President, Inc., Roger Stone, Jared Kushner, and~~ George Papadopoulos ~~have agreed to Plaintiff's proposed page limitations.~~

Defendants Aras Agalarov and Emin Agalarov ~~have agreed to the briefing schedule,~~ but ha~~ve not agreed to file an omnibus brief. They have propos~~ _may file_ ed a **25-page** ~~limit for their~~ opening brief and a **15-page** ~~limit for their reply~~ _reply brief; the plaintiff may file a 25 page in opposition_

Defendant Donald Trump, Jr. ~~agrees to the briefing schedule but reserves the right not to file an omnibus brief. He proposes~~ _may file_ a **25-page** ~~limit for his~~ opening brief and a **15-page** ~~limit for his individual reply~~ _reply brief; the plaintiff may file a 25 page brief in opposition._[1]

_and page limits_

~~In light of the foregoing,~~ ( the Parties' proposed briefing schedule ) is **GRANTED**. ~~The Court shall enter an order setting the briefing schedule described above.~~

**SO ORDERED.**

10/1/18

Judge John G. Koeltl
United States District Judge

---

[1] Plaintiff emailed the criminal defense attorneys for Defendant Paul J. Manafort regarding the proposed briefing schedule and page limitations~~, but~~ has not received a response. Plaintiff does not have contact information ~~for counsel~~ for Defendants the Russian Federation, the GRU, GRU Operative #1, WikiLeaks, Julian Assange, Richard Gates III, or Joseph Mifsud, and therefore was unable to contact these Defendants regarding the proposed schedule and page limitations.

3