UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, | ) | Civil Action No. 1:18-cv-03501 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| | ) | **AND REQUEST FOR** |
| THE RUSSIAN FEDERATION, et al. | ) | **ELECTRONIC NOTIFICATION** |
| | ) | |
| Defendants. | ) | (Filed Electronically) |

Please take notice that Joshua L. Dratel, Esq., hereby appears in this action on behalf of defendant WIKILEAKS and respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

I am an attorney in good standing in the State of New York, as well as the United States District Court for the Southern District of New York.

Dated: October 10, 2018
New York, New York

                                                 Respectfully submitted,

                                               /s/Joshua L. Dratel
                                               Joshua L. Dratel
                                               JOSHUA L. DRATEL, PC
                                               29 Broadway, Suite 1412
                                               New York, New York 10006
                                               (212) 732-0707
                                               jdratel@joshuadratel.com

                                               *Attorneys for Defendant Wikileaks*