**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**DEMOCRATIC NATIONAL COMMITTEE,**

**18 Civ. 3501 (JGK)**

**Plaintiff,**

**ORDER**

**- against -**

**THE RUSSIAN FEDERATION et al.,**

**Defendants.**

**JOHN G. KOELTL, District Judge:**

The Court has received the attached letter from the

Ambassador of the Russian Federation, which will be filed in the

docket of this case.

**SO ORDERED.**

**Dated:    New York, New York**
**          November 9, 2018**

John G. Koeltl
**United States District Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __11-9-18__



**AMBASSADOR**
**OF THE RUSSIAN FEDERATION**
**TO THE USA**



November 8, 2018

Dear Judge Koeltl,

I would like to present my compliments to the U.S. District Court for the Southern District of New York and with reference to the action filed with the Court («Democratic National Committee v. The Russian Federation») have the honor to inform of the following.

All judicial documents regarding the said case which were transmitted by the Honorable Court via the Embassy of the United States of America in the Russian Federation by its diplomatic notes #MFA 80/2018, #MFA 81/2018, #MFA 82/108 dated September 7, 2018, were returned by the diplomatic note of the Ministry of Foreign Affairs of the Russian Federation # 5448/дса dated September 27, 2018 to the Embassy of the United States of America for the reasons set forth in the mentioned Note (a copy is enclosed).

I have the honor to also inform the Honorable Court that exercise of jurisdiction over the pending case by U.S. courts with respect to the Russian Federation is a violation of the international law, more specifically violation

THE HONORABLE JOHN G. KOELTL
  UNITED STATES DISTRICT JUDGE
    UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF NEW YORK
        New York, NY

of jurisdictional immunities of the Russian Federation arising from the principle of the sovereign equality of states.

I have the honor to reaffirm that the Russian Federation did not give consent and does not mean to give it to the proceeding of this case before U.S. courts.

Nothing in the present letter should be interpreted in a way either as a confirmation of appropriate notification of the Russian Federation, the Government of the Russian Federation or executive authorities of the Russian Federation, Russian natural or legal persons, or as a refusal by the Russian Federation of jurisdictional immunities in respect of itself or its property.

I avail myself of this opportunity to renew to the Court the assurances of my highest consideration.

Sincerely,

Anatoly I. Antonov

№ 5448/дса

Министерство Иностранных Дел Российской Федерации свидетельствует свое уважение Посольству Соединенных Штатов Америки и, ссылаясь на ноты Посольства MFA 80/2018, MFA 81/2018, MFA 82/2018 от 7 сентября 2018 года, имеет честь возвратить документы Федерального окружного суда США Южного округа Нью-Йорка по иску «Национальный комитет Демократической партии против Российской Федерации и др.».

Осуществление судами США юрисдикции в отношении Российской Федерации по рассматриваемому делу является нарушением международного права, а именно юрисдикционных иммунитетов Российской Федерации, вытекающих из принципа суверенного равенства государств.

Министерство имеет честь подтвердить, что Российская Федерации не давала и не имеет в виду давать согласие на разбирательство данного дела в судах США.

Приложение:
упомянутое,
на 441 лл.

ПОСОЛЬСТВУ
СОЕДИНЕННЫХ ШТАТОВ АМЕРИКИ

г. Москва

Министерство просит Посольство довести вышеизложенную позицию до сведения компетентных судов США.

Министерство имеет честь также просить о принятии компетентными органами США незамедлительных мер с целью прекращения действий, нарушающих иммунитет Российской Федерации.

Ничто в настоящей ноте не может быть истолковано как подтверждение надлежащего уведомления Российской Федерации, Правительства Российской Федерации или соответствующих органов исполнительной власти Российской Федерации, ее физических и юридических лиц либо как отказ Российской Федерации от юрисдикционных иммунитетов в отношении себя или своей собственности.

Министерство пользуется случаем, чтобы возобновить Посольству уверения в своем уважении.



Москва, « 2/» сентября 2018 года

The Ministry of Foreign Affairs of the Russian Federation presents its compliments to the Embassy of the United States of America and with reference to the its diplomatic notes #MFA 80/2018, #MFA 81/2018, #MFA 82/108 dated September 7, 2018 has the honor to return the documents of the U.S. District Court for the Southern District of New York regarding the case «Democratic National Committee v. the Russian Federation».

The exercise of jurisdiction over the pending case by U.S. courts with respect to the Russian Federation is a violation of the international law, notably violation of jurisdictional immunities of the Russian Federation arising from the principle of the sovereign equality of states.

The Ministry has the honor to reaffirm that the Russian Federation did not give consent and does not mean to extend it to the proceeding of this case before U.S. courts.

The Ministry would appreciate bringing the contents of this note to the attention of the competent U.S. courts.

The Ministry has the honor also to request U.S. competent authorities to take immediate steps in order to cease actions that violate immunity of the Russian Federation.

Nothing in the present note should be interpreted in a way either as confirmation of appropriate notification of the Russian Federation, the Government of the Russian Federation or executive authorities of the Russian Federation, Russian natural or legal persons, or as refusal by the Russian Federation of jurisdictional immunities in respect of itself or its property.

The Ministry of Foreign Affairs of the Russian Federation avails itself of the opportunity to extend to the U.S. Embassy renewed assurance of its highest consideration.

Moscow, September 27, 2018