LAW OFFICES OF

## JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL  　　　　　　　　　　　　　　　　　　　　　　　　STEVEN WRIGHT
—　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Office Manager*
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

　　　　　　　　　　　　　　　　　　　November 19, 2018

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

　　　　　　Re:　*Democratic National Committee v. The Russian Federation (WikiLeaks)*
　　　　　　　　　18 Civ. 3501 (JGK)

Dear Judge Koeltl:

　　　This letter is submitted on behalf of defendant Wikileaks, which I represent in the above-entitled case. In its October 3, 2018, Scheduling Order (ECF Dkt # 181), the Court allotted 15 pages to each defendant beyond the 50 pages allotted for a joint defendants' memo of law in support of a motion to dismiss the Amended Complaint. It is respectfully requested that the Court, as it has done with respect to certain other defendants, allot Wikileaks 25 pages for its individual memo of law. Wikileaks is in many respects in a unique position among the defendants legally and factually, and as a result will be raising issues that the joint memo of law will not be covering. I have spoken to Joseph M. Sellers, Esq., of Cohen Millstein Sellers & Toll, PLLC, counsel for Plaintiffs, and he has informed me that Plaintiffs consent to this application.

　　　Accordingly, it is respectfully requested that the Court allow Wikileaks to file a 25-page separate memo of law in support of its motion to dismiss.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Joshua L. Dratel*

　　　　　　　　　　　　　　　　　　　　　　　Joshua L. Dratel

JLD/