## PIERCE BAINBRIDGE BECK PRICE & HECHT

**BY ECF**                                            November 30, 2018

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *Democratic National Committee v. The Russian Federation (Papadopoulos)*
       18 Civ. 3501 (JGK)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/2018

Dear Judge Koeltl:

     This letter is submitted on behalf of defendant George Papadopoulos, whom I represent in the above-captioned case. In its October 3, 2018, Scheduling Order (ECF Dkt # 181), the Court allotted 15 pages to each defendant beyond the 50 pages allotted for a joint defendants' memo of law in support of a motion to dismiss the Amended Complaint. It is respectfully requested that the Court, as it has done with respect to certain other defendants (*see* ECF Dkt. #190), allot George Papadopoulos 25 pages for his individual memo of law. Papadopoulos is in a unique position among the defendants and will be raising issues that the joint memo of law will not be covering.

     Accordingly, it is respectfully requested that the Court allow Papadopoulos to file a 25-page separate memo of law in support of his motion to dismiss.

                                           Respectfully submitted,

                                           /s/ Caroline J. Polisi
                                           Caroline Johnston Polisi
                                           Pierce Bainbridge Beck Price & Hecht LLP
                                           20 West 23rd Street, Floor 5
                                           New York, NY 10010
                                           cpolisi@piercebainbridge.com
                                           (212) 484-9866

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

11/30/18