UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

DEMOCRATIC NATIONAL COMMITTEE,       Case No. 01:18-CV-3501-JGK-SDA

      Plaintiff,

    v.

RICHARD W. GATES, III,       **NOTICE OF APPEARANCE**

      Defendant.

-----------------------------------------------------------X

    **PLEASE TAKE NOTICE THAT** the Defendant **RICHARD W. GATES III** hereby appears in this action by his attorneys at Fox Horan & Camerini LLP named below and demands that you serve a copy of all notices and other papers in this action upon Mr. Gates at the address stated below.

Dated: New York, New York
       December 5, 2018

                              FOX HORAN & CAMERINI LLP

                              By:_____
                                 William M. Brodsky, Esq.
                              *Attorney for Defendant Richard W. Gates III*
                              825 Third Avenue
                              New York, New York 10022
                              Tel. (212) 480-4800
                              E-mail: wmbrodsky@foxlex.com

TO:   *All counsel of record*
        BY ECF