UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, | Case No. 01:18-CV-3501-JGK-SDA |
| Plaintiff, | |
| v. | **NOTICE OF MOTION** |
| RICHARD W. GATES, III, | |
| Defendant. | |

-----------------------------------------------------------------X

PLEASE TAKE NOTICE that Richard W. Gates, III, will move this Court in Courtroom 14A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007 on a date and at a time to be set by the Court, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing the Amended Complaint herein for failure to state a claim against Mr. Gates.

PLEASE TAKE FURTHER NOTICE that Mr. Gates joins in, relies upon and incorporates herein by reference, each and every argument, insofar as it applies to him, made by each and every other defendant named in the Amended Complaint.

Dated: New York, New York
       December 5, 2018

FOX HORAN & CAMERINI LLP

By:_____
   William M. Brodsky, Esq.
*Attorney for Defendant Richard W. Gates III*
825 Third Avenue
New York, New York 10022
Tel. (212) 480-4800
E-mail: wmbrodsky@foxlex.com