UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE,<br><br>    Plaintiff,<br> v.<br><br>THE RUSSIAN FEDERATION, et al,<br><br>    Defendants. | Civil No. 1:18-cr-03501 (JGK)(SDA)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that the Defendant George Papadopoulos, will move this Court in Courtroom 14A, of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time to be set by the Court, for an Order pursuant to Federal Rules of Civil Procedures 12(b)(6) dismissing the Amended Complaint herein for failure to state a claim against Mr. Papadopoulos.

PLEASE TAKE FURTHER NOTICE that Mr. Papadopoulos joins in, relies upon and incorporates herein by reference, each and every argument, insofar as it applies to him, made by each and every other defendants named in the Amended Complaint.

Dated: December 6, 2018    Respectfully submitted,
   New York, New York

            By:  /s/ Caroline J. Polisi
                Caroline J. Polisi
                Pierce Bainbridge Beck Price & Hecht LLP
                20 West 23rd Street, Fifth Floor
                New York, New York 10010
                (212) 484-9866
                cpolisi@piercebainbridge.com

                *Attorneys for Defendant*
                *George Papadopoulos*

## CERTIFICATE OF SERVICE

    I, Caroline J. Polisi, hereby certify that on December 6, 2018, I caused a true and correct copy of the foregoing to be filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

                                          /s/ Caroline J. Polisi
                                          Caroline J. Polisi