AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Democratic National Committee | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-cv-03501 (JGK) |
| The Russian Federation, et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

George Papadopolous.

Date: 12/06/2018

/s/ Jeffrey R. Alexander
*Attorney's signature*

Jeffrey R. Alexander
*Printed name and bar number*

Pierce Bainbridge Beck Price & Hecht LLP
20 West 23rd Street, 5th Floor
New York, New York 10010
*Address*

jalexander@piercebainbridge.com
*E-mail address*

(212) 484-9866
*Telephone number*

*FAX number*