UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE RUSSIAN FEDERATION *et. al.,*<br><br>　　　　　Defendants. | Case No. 18-CV-03501<br><br>**NOTICE OF MOTION TO DISMISS** |

　　PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of his Motion to Dismiss the Amended Complaint, dated October 3, 2018, Defendant Jared Kushner hereby moves this Court, before the Honorable J. John G. Koeltl, United States District Judge, 500 Pearl St., Courtroom 14A, New York, NY 10007-1312, for an order dismissing the Amended Complaint for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

　　PLEASE TAKE FURTHER NOTICE that Kushner joins in, relies upon, and incorporates herein by reference, each and every argument, insofar as it applies to him, made by each and every other defendant named in the Amended Complaint.

Dated: December 7, 2018　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Abbe David Lowell

　　　　　　　　　　　　　　　　　　　　　　Abbe David Lowell (NY Bar No. AL2981)
　　　　　　　　　　　　　　　　　　　　　　ADLowell@winston.com
　　　　　　　　　　　　　　　　　　　　　　Christopher D. Man (*pro hac*)
　　　　　　　　　　　　　　　　　　　　　　CMan@winston.com
　　　　　　　　　　　　　　　　　　　　　　Kyllan J. Gilmore
　　　　　　　　　　　　　　　　　　　　　　KGilmore@winston.com
　　　　　　　　　　　　　　　　　　　　　　WINSTON & STRAWN LLP

                                        1700 K Street, NW
                                        Washington, DC 20006
                                        T: 1-202-282-5000
                                        F: 1-202-282-5100

                                        *Counsel for Jared Kushner*

TO:
Michael Eisenkraft
Cohen Milstein Sellers & Toll PLLC
88 Pine St. # 14
New York, NY 10005
(212) 838-7797
meisenkraft@cohenmilstein.com

Joseph M. Sellers
Geoffrey A. Graber
Julia A. Horwitz
Alison S. Deich
Eric S. Berelovich
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW ● Fifth Floor Washington, DC 20005
(202) 408-4600
jsellers@cohenmilstein.com
ggraber@cohenmilstein.com
jhorwitz@cohenmilstein.com
adeich@cohenmilstein.com
eberelovich@cohenmilstein.com


      *Attorneys for Plaintiff*
      DEMOCRATIC NATIONAL COMMITTEE