AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Democratic National Committee | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 18-cv-03501 (JGK) |
| The Russian Federation, et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

George Papadopoulos.

Date: 12/07/2018

/s/ Shira Lauren Feldman
*Attorney's signature*

Shira Lauren Feldman
*Printed name and bar number*

Pierce Bainbridge Beck Price & Hecht LLP
20 West 23rd Street, 5th Floor
New York, New York 10010
*Address*

sfeldman@piercebainbridge.com
*E-mail address*

(212) 484-9866
*Telephone number*

*FAX number*