

**GUCCIFER 2.0**
@GUCCIFER_2

👤 Follow

@RogerJStoneJr thanks that u believe in the real #Guccifer2

| RETWEETS | LIKES | |
|----------|-------|--|
| 173 | 405 |          |

7:23 PM - 12 Aug 2016

 31     173     405