# Roger Stone did not join alleged relevant conspiracy