# APPENDIX A

**Appendix A**

Hacked emails related to political campaigns and officials in other countries:

- Macron Emails (France) (https://wikileaks.org/macron-emails/)
- AKP Emails (Turkey) <https://wikileaks.org/akp-emails/>

Other Prominent Leaks and Hacks

- The Panama Papers (https://wikipedia.org/wiki/Panama_Papers) and the Paradise Papers (https://wikipedia.org/wiki/Paradise_Papers) are likely-hacked emails published by the International Consortium of Investigative Journalists.

- The Afghan War Diary (https://wikileaks.org/afg),
Iraq War Logs (https://wikileaks.org/irq)

- Cablegate (https://wikipedia.org/wiki/United_States_diplomatic_cables_leak)

- The Snowden documents (https://search.edwardsnowden.com)

- The Sony Hack (https://www.washingtonpost.com/news/the-switch/wp/2014/12/18/the-sony-pictures-hack-explained/?utm_term=.478173535de5)

- Hacking Team (https://wikipedia.org/wiki/Hacking_Team)

- The Pentagon Papers (https://wikipedia.org/wiki/Pentagon_Papers).