# APPENDIX B

**Appendix B**

- New York Times:
    https://www.nytimes.com/2016/07/26/us/politics/dnc-wikileaks-emailsfundraising.html
    https://www.nytimes.com/2016/07/23/us/politics/dnc-emails-sanders-clinton.html
    https://www.nytimes.com/2016/08/03/us/politics/dnc-email-hack-hillary-clinton-berniesanders.html
- Washington Post:
    https://www.washingtonpost.com/news/post-politics/wp/2016/07/22/oneve-of-democratic-convention-wikileaks-releases-thousands-of-documents-about-clintonthe-campaign-and-internal-deliberations
    https://www.washingtonpost.com/news/acts-of-faith/wp/2016/07/22/wikileaks-democratic-partyofficials-appear-to-discuss-using-sanderss-faith-against-him
    https://www.washingtonpost.com/blogs/erik-wemple/wp/2016/07/24/wikileaks-emails-pro-clintoncnn-political-commentator-pre-checked-op-ed-with-dnc
    https://www.washingtonpost.com/news/post-politics/wp/2016/07/25/dnc-staffers-disparaged-topparty-fundraiser-and-wasserman-schultz-ally/
    https://www.washingtonpost.com/news/the-intersect/wp/2016/08/11/what-to-expect-when-awikileaks-dump-turns-you-into-an-internet-folk-hero/
- ABC:
    https://www.youtube.com/watch?v=lXk4E_LS33Q
    https://abcnews.go.com/Politics/damaging-emails-dnc-wikileaks-dump/story?id=40852448
    https://abcnews.go.com/Politics/top-dnc-officials-wikileaks-email-release/story?id=41078429
- BBC:
    https://www.bbc.com/news/world-us-canada-37639370
- CNN:
    https://edition.cnn.com/2016/07/24/politics/dnc-email-leak-wikileaks/index.html
- Wall Street Journal:
    https://blogs.wsj.com/washwire/2016/07/25/twelve-dnc-emailsreleased-by-wikileaks-that-stand-out/
    https://www.wsj.com/articles/emails-that-helped-cost-dnc-chief-debbie-wasserman-schultz-her-jobshow-democratic-discord-1469399748
- NBC:
    https://www.nbcnews.com/politics/2016-election/top-dnc-official-apologizesinsensitive-email-after-leak-n615606
- The Guardian:
    https://www.theguardian.com/us-news/2016/jul/23/dnc-emails-wikileakshillary-bernie-sanders
- Fox News:
    https://www.foxnews.com/politics/wikileaks-dump-appears-to-show-dncfavored-clinton-campaign
- The Intercept:
    https://theintercept.com/2016/07/22/new-leak-top-dnc-official-wanted-to-usebernie-

sanderss-religious-beliefs-against-him/
- NPR:
    https://www.npr.org/sections/thetwo-way/2016/07/23/487179496/leaked-democratic-party-emailsshow-members-tried-to-undercut-sanders
- PBS:
    https://www.pbs.org/newshour/politics/wikileaks-releases-29-hacked-dnc-voicemails
- CNBC:
    https://www.cnbc.com/2016/07/23/wikileaks-hits-dnc-ahead-of-convention-competes-with-kainevp-nomination.html
    https://www.cnbc.com/2016/07/24/top-dnc-official-apologizes-for-insensitive-email-after-leak.html
- Politico:
    https://www.politico.com/story/2016/07/wikileaks-pushes-leaked-dnc-voicemails-226344
    https://www.politico.com/story/2016/07/dnc-leak-clinton-team-deflected-state-cash-concerns-226191
    https://www.politico.com/story/2016/07/top-dnc-staffer-apologizes-for-email-on-sanders-religion-226072
- USA Today:
    https://usatoday.com/story/news/politics/onpolitics/2016/07/23/dnc-wikileaks-emails-sanderswasserman-schultz-weaver/87475070/
- Vox:
    https://www.vox.com/2016/7/23/12261020/dnc-email-leaks-explained
- Business Insider:
    https://www.businessinsider.com/leaked-dnc-emails-wikileaks-2016-7
    https://www.businessinsider.com/hacked-emails-dnc-weak-passwords-2016-7
- Buzzfeed:
    https://www.buzzfeednews.com/article/rubycramer/dnc-and-clinton-campaign-operations-startedmerging-before-s
    https://www.buzzfeednews.com/article/davidmack/dnc-cybersecurity
    https://www.buzzfeednews.com/article/adolfoflores/leaked-emails-show-dnc-staffers-plottingagainst-sanders-cam
- Huffington Post:
    https://www.huffingtonpost.com/entry/wikileaks-emails-show-dnc-favored-hillary-clintonover_us_57930be0e4b0e002a3134b05
    https://www.huffingtonpost.com/entry/wikileaks-dnc-berniesanders_us_579381fbe4b02d5d5ed1d157
    https://www.huffingtonpost.com/entry/politico-dnc-ken-vogel_us_57951b65e4b02d5d5ed1f8e2
- The Hill:
    https://thehill.com/blogs/ballot-box/presidential-races/288900-leaked-dnc-emails-reveal-secretplans-to-take-on-sanders
    https://thehill.com/homenews/campaign/288899-dnc-members-may-have-looked-to-challengesanders-on-atheism
    https://thehill.com/blogs/blog-briefing-room/289150-politico-reporter-sent-story-to-demcommittee-for-pre-publication

- Gawker:
    - https://gawker.com/leaked-dnc-email-refers-to-potential-latino-voters-as-b-1784216318
    - https://gawker.com/dnc-communications-director-ordered-anti-sanders-articl-1784191906
- Washington Times:
    - https://www.washingtontimes.com/news/2016/jul/23/dnc-officials-worked-against-sanders-duringprimar/
    - https://www.washingtontimes.com/news/2016/aug/10/couple-dnc-emails-host-obama-fundraiserclinton/
    - https://www.washingtontimes.com/news/2016/jul/27/email-leak-outs-the-dnc/
- Yahoo News:
    - https://www.yahoo.com/news/bernie-dnc-email-debbie-wasserman-000000534.html
- Salon:
    - https://www.salon.com/2016/07/22/leaked_dnc_email_sanders_attempt_to_moderate_israel_stance_disturbing_clinton_campaign_used_it_to_marginalize_bernie/
    - https://www.salon.com/2016/07/22/dnc_emails_wasserman_schultz_furiously_pressured_msnbc_after_it_criticized_her_unfair_treatment_of_sanders/