# APPENDIX C

# Appendix C

Other Media Organizations Publishing Documents from Guccifer 2.0 or DCLeaks

**Coverage of Guccifer 2.0's Leaks:**
- The Hill:
  https://thehill.com/policy/cybersecurity/287558-guccifer-20-drops-new-dnc-docs
  https://thehill.com/policy/cybersecurity/292391-exclusive-guccifer-20-hacked-memos-expand-onpennsylvania-house-races
  https://thehill.com/homenews/campaign/291523-leaked-dccc-docs-detail-fl-dem-candidatesweaknesses
- The Intercept:
  https://theintercept.com/2016/10/09/exclusive-new-email-leak-reveals-clinton-campaigns-cozypress-relationship/
  https://theintercept.com/2016/09/13/colin-powell-emails/
- The Daily Caller:
  https://dailycaller.com/2016/10/09/leaked-documents-reveal-which-journalists-are-cozy-with-theclinton-campaign/
  https://dailycaller.com/2016/10/07/revealed-obama-labeled-potential-political-appointments-byrace-gender/
  https://dailycaller.com/2016/09/11/exclusive-internal-party-documents-reveal-dem-congressionalnominee-has-a-shoddy-business-record/
- The Smoking Gun:
  http://www.thesmokinggun.com/documents/crime/dnc-hacker-leaks-trump-oppo-report-647293
  http://www.thesmokinggun.com/buster/democratic-national-committee/guccifer-dccc-hack-645891
  http://www.thesmokinggun.com/documents/crime/dnc-researched-clinton-speeches-travel-records-621985
- Buzzfeed:
  https://www.buzzfeednews.com/article/darrensands/after-leaked-memo-dccc-says-they-sharecommon-goals-with-bla
  https://www.buzzfeednews.com/article/andrewkaczynski/colin-powell-calls-trump-nationaldisgrace-in-personal-email
- Politico:
  https://www.politico.com/story/2016/06/donald-trump-opposition-224397
  https://www.politico.com/states/florida/story/2016/08/dccc-hack-unearths-dirt-on-partys-owncandidates-104744
  https://www.politico.com/story/2016/09/guccifer-hack-leaks-house-strategy-228208
- Vice News:
  https://news.vice.com/en_us/article/8x3yek/democrats-used-a-cheat-sheet-to-deal-with-black-livesmatter-leak-reveals
- Fox News:
  https://www.foxnews.com/tech/hacker-guccifer-2-0-claims-new-dnc-data-leak
- Washington Examiner:

- https://www.washingtonexaminer.com/leaked-papers-appear-to-reveal-dem-pay-for-play-scheme
- https://www.washingtonexaminer.com/hacked-clinton-campaign-worked-with-nyt-reporter-behindscenes
- Washington Post:
  - https://www.washingtonpost.com/news/the-fix/wp/2016/09/14/here-are-the-juiciest-colinpowell-comments-about-trump-and-clinton-from-his-leaked-emails
- Gawker:
  - https://gawker.com/contrary-to-dnc-claim-hacked-data-contains-a-ton-of-pe-1782132678
  - http://gawker.com/this-looks-like-the-dncs-hacked-trump-oppo-file-1782040426

**Coverage of DCLeaks:**
- The Intercept:
  - https://theintercept.com/2016/07/01/nato-general-emails/
- Buzzfeed:
  - https://www.buzzfeednews.com/article/andrewkaczynski/colin-powell-called-benghazi-a-stupidwitch-hunt-and-condi-r
  - https://www.buzzfeednews.com/article/christophermassie/rice-if-rumsfeld-pentagon-had-donetheir-job-iraq-might-have
  - https://www.buzzfeednews.com/article/andrewkaczynski/colin-powell-blasted-trumps-chiefmilitary-advisor
- The Washington Post:
  - https://www.washingtonpost.com/news/the-fix/wp/2016/09/14/here-are-the-juiciest-colin-powellcomments-about-trump-and-clinton-from-his-leaked-emails
- The New York Times:
  - https://www.nytimes.com/2016/09/23/us/politics/hackers-joe-biden-michelle-obama-hillaryclinton.html
  - https://www.nytimes.com/2016/09/15/us/politics/colin-powell-emails-hack-donald-trump.html
  - https://www.nytimes.com/2016/11/06/technology/how-linkedin-drove-a-wedge-between-microsoftand-salesforce.html
- The Daily Caller:
  - https://dailycaller.com/2016/08/24/soros-organization-secretly-paid-salaries-for-staffers-ofmoldovan-prime-minister/
  - https://dailycaller.com/2016/08/25/leaked-soros-strategy-globalization-will-increase-migrationpressures/
  - https://dailycaller.com/2016/10/07/hacked-emails-hillarys-scummy-press-sec-brags-aboutpressuring-reporter-to-spike-story/
  - https://dailycaller.com/2016/10/06/revealed-hillary-clintons-new-email-address/
- The Hill:
  - https://thehill.com/blogs/ballot-box/291317-gop-emails-leaked-on-site-connected-to-russianhackers
  - https://thehill.com/policy/national-security/291486-thousands-of-soros-docs-released-by-allegedrussia-backed-hackers
  - https://thehill.com/homenews/media/299523-leaked-memo-shows-clinton-was-provided-allquestions-ahead-interview

- Politico:
    https://www.politico.com/story/2016/09/colin-powell-emails-clinton-trump-rumsfeld-228158
    https://www.politico.com/tipsheets/morning-agriculture/2016/10/clinton-camps-cozy-relationshipwith-coca-cola-216866
    https://www.politico.com/story/2016/09/colin-powell-clinton-emails-228135
- The Daily Beast:
    https://www.thedailybeast.com/colin-powell-bill-clinton-is-still-dicking-bimbos
- Vice News:
    https://news.vice.com/en_us/article/kz99gv/colin-powell-insults-clinton-and-calls-trump-nationaldisgrace-in-leaked-emails
- Ars Technica:
    https://arstechnica.com/information-technology/2016/09/hacked-e-mail-account-of-white-houseworker-exposed-in-2013-password-breach/
- Bloomberg:
    https://www.bloomberg.com/opinion/articles/2016-08-16/how-george-soros-threatens-to-makeisrael-a-pariah
- Wall Street Journal:
    https://www.wsj.com/articles/salesforces-m-a-target-list-excluded-twitter-1476834470
    https://www.wsj.com/articles/ipo-hopeful-bloom-energy-enlisted-colin-powell-for-tax-creditextension-1476906978
- Forbes:
    https://www.forbes.com/sites/nancyhuehnergarth/2016/10/17/hacked-emails-show-coca-cola-aimsto-influence-hillary-clinton-and-the-media/
- CNN:
    https://edition.cnn.com/2016/09/14/politics/colin-powell-dcleaks/index.html
    https://edition.cnn.com/2016/09/14/politics/colin-powell-benghazi-stupid-witch-hunt/index.html
- Fox News:
    https://www.foxnews.com/politics/powell-says-israel-has-200-nukes-pointed-at-iran-in-leaked-2015-email
    https://www.foxnews.com/politics/money-talks-from-ferguson-to-unrest-overseas-new-reportsreveal-soros-influence
- NBC News:
    https://www.nbcnews.com/politics/politics-news/white-house-contractors-leaked-email-revealssecret-service-plans-michelle-n652621
    https://www.nbcnews.com/politics/2016-election/colin-powell-calls-trump-national-disgracehacked-emails-n648011
- Washington Examiner:
    https://www.washingtonexaminer.com/hacked-documents-reveal-soros-plans-for-more-internetregulation
    https://www.washingtonexaminer.com/18-things-we-learned-from-colin-powells-leaked-emails
    https://www.washingtonexaminer.com/hacked-clinton-feared-losing-women-to-dangerous-trump