**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

DEMOCRATIC NATIONAL
COMMITTEE,

*Plaintiff,*

v.

THE RUSSIAN FEDERATION, et al.,

*Defendants.*

Case No. 1:18-cv-3501-JGK-SDA

**DEFENDANT DONALD J. TRUMP FOR PRESIDENT, INC.'S
RULE 7.1 DISCLOSURE STATEMENT**

The undersigned counsel of record for Donald J. Trump for President, Inc. (the "Campaign")

hereby certifies, pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1.1, that the

Campaign has no parent corporation and that no publicly held corporation owns 10% or more of its

stock.

Dated:   December 7, 2018
         New York, New York

/s/ Michael A. Carvin
Michael A. Carvin
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
Tel:  (202) 879-3939
Fax:  (202) 626-1700
macarvin@jonesday.com

*Counsel for Donald J. Trump for President, Inc.*

## CERTIFICATE OF SERVICE

I certify that on December 7, 2018, I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered parties.

Dated:   December 7, 2018

/s/ *Michael A. Carvin*
Michael A. Carvin

*Counsel for Donald J. Trump for President, Inc.*