# Exhibit 1

*Democratic National Committee v. Donald J. Trump for President, Inc., et al.*
(No. 1:18-cv-3501-JGK-SDA)

View email    View source

# Re: No shit

From:DaceyA@dnc.org

To: MARSHALL@dnc.org, MirandaL@dnc.org, PaustenbachM@dnc.org

Date: 2016-05-05 12:23

Subject: Re: No shit

AMEN

Amy K. Dacey | Chief Executive Officer

Democratic National Committee

430 S. Capitol Street, SE Washington, D.C. 20003

202-528-7492 (c) | 202-314-2263 (o)

DaceyA@dnc.org

On 5/5/16, 1:33 AM, "Brad Marshall" <MARSHALL@dnc.org> wrote:

```
>It's these Jesus thing.
>
>> On May 5, 2016, at 1:31 AM, Brad Marshall <MARSHALL@dnc.org> wrote:
>>
>> It might may no difference, but for KY and WVA can we get someone to
>>ask his belief. Does he believe in a God. He had skated on saying he
>>has a Jewish heritage. I think I read he is an atheist. This could
>>make several points difference with my peeps. My Southern Baptist peeps
>>would draw a big difference between a Jew and an atheist.
```

Top

  

| WL Research Community - user contributed research based on documents published by WikiLeaks. (https://our.wikileaks.org) | Tor is an encrypted anonymising network that makes it harder to intercept internet communications, or see where communications are coming from or going to. (https://www.torproject.org) | Tails is a live operating system, that you can start on almost any computer from a DVD, USB stick, or SD card. It aims at preserving your privacy and anonymity. (https://tails.boum.org/) | The Courage Foundation is an international organisation that supports those who risk life or liberty to make significant contributions to the historical record. (https://www.couragefound.org/) | Bitcoin uses peer-to-peer technology to operate with no central authority or banks; managing transactions and the issuing of bitcoins is carried out collectively by the network. (https://www.bitcoin.org/) |

 (https://www.facebook.com/wikileaks)      (https://twitter.com/wikileaks)