# Exhibit 2

*Democratic National Committee v. Donald J. Trump for President, Inc., et al.*
(No. 1:18-cv-3501-JGK-SDA)

View email　　View source

# Bernie narrative

---

From:markpaustenbach@gmail.com

To: mirandal@dnc.org

Date: 2016-05-21 22:23

Subject: Bernie narrative

---

Wondering if there's a good Bernie narrative for a story, which is that
Bernie never ever had his act together, that his campaign was a mess.

Specifically, DWS had to call Bernie directly in order to get the campaign
to do things because they'd either ignored or forgotten to something critical.

She had to call Bernie after the data breach to make his staff to

respond

to our concerns. Even then they didn't get back to us, which is why we had

to shut off their access in order to get them to finally let us know

exactly how they snooped around HFA's data.

Same was true with the standing committee appointments. They never got back

to us with their names (HFA and even O'Malley got there's in six weeks

earlier) for the committees. So, again, the chair had to call Bernie

personally for his staff to finally get us critical information. So, they

gave us an awful list just a few days before we had to make the announcements.

It's not a DNC conspiracy, it's because they never had their act together.



Top

    

WL Research Community - user contributed research based on documents published by WikiLeaks.

(https://our.wikileaks.org/)

Tor is an encrypted anonymising network that makes it harder to intercept internet communications, or see where communications are coming from or going to.

(https://www.torproject.org/)

Tails is a live operating system, that you can start on almost any computer from a DVD, USB stick, or SD card. It aims at preserving your privacy and anonymity.

(https://tails.boum.org/)

The Courage Foundation is an international organisation that supports those who risk life or liberty to make significant contributions to the historical record.

(https://www.couragefound.org/)

Bitcoin uses peer-to-peer technology to operate with no central authority or banks; managing transactions and the issuing of bitcoins is carried out collectively by the network.

(https://www.bitcoin.org/)

 (https://www.facebook.com/wikileaks)   (https://twitter.com/wikileaks)