# Exhibit 4

*Democratic National Committee v. Donald J. Trump for President, Inc., et al.*
(No. 1:18-cv-3501-JGK-SDA)

View email    View source

# Re: Politico - Sanders: Democratic Party hasn't been fair to me

From: hrtsleeve@gmail.com

To: PaustenbachM@dnc.org

CC: MirandaL@dnc.org

Date: 2016-04-24 17:25

Subject: Re: Politico - Sanders: Democratic Party hasn't been fair to me

Spoken like someone who has never been a member of the Democratic Party and has no understanding of what we do.

DWS

On Apr 24, 2016, at 3:19 PM, Paustenbach, Mark <PaustenbachM@dnc.org> wrote:

```
>>> "We're in this race to California, and we're proud of the
campaign we ran."
>
>
> http://www.politico.com/story/2016/04/bernie-sanders-
democratic-party-fairness-222355
>
>
> Mark Paustenbach
> National Press Secretary &
> Deputy Communications Director
> Democratic National Committee
> 202.863.8148
> paustenbachm@dnc.org
```



Top

    

| WL Research Community - user contributed research based on | Tor is an encrypted anonymising network that makes it harder to | Tails is a live operating system, that you can start on almost any | The Courage Foundation is an international organisation that | Bitcoin uses peer-to-peer technology to operate with no central authority or |

| documents published by WikiLeaks. (https://our.wikileaks.org) | intercept internet communications, or see where communications are coming from or going to. (https://www.torproject.org) | computer from a DVD, USB stick, or SD card. It aims at preserving your privacy and anonymity. (https://tails.boum.org/) | supports those who risk life or liberty to make significant contributions to the historical record. (https://www.couragefound.org/) | banks; managing transactions and the issuing of bitcoins is carried out collectively by the network. (https://www.bitcoin.org/) |

(https://www.facebook.com/wikileaks)  (https://twitter.com/wikileaks)