# Exhibit 7

*Democratic National Committee v. Donald J. Trump for President, Inc., et al.*
(No. 1:18-cv-3501-JGK-SDA)

Return to search (/podesta-emails/)

View email | View source | Attachments

# HRC Paid Speeches

From:tcarrk@hillaryclinton.com To:
jpalmieri@hillaryclinton.com, john.podesta@gmail.com,
slatham@hillaryclinton.com, kschake@hillaryclinton.com,
creynolds@hillaryclinton.com, bfallon@hillaryclinton.com
Date:

2016-01-25 00:28 Subject: HRC Paid Speeches

Team, Attached are the flags from HRC's
paid speeches we have from HWA. I put some highlights
below. There is a lot of
policy positions that we should give an extra scrub with
Policy. In terms of
what was opened to the press and what was not, the
Washington Examiner got a
hold of one of the private speech contracts (her speeches
to universities were
typically open press), so this is worth a read
http://www.washingtonexaminer.com/clintons-speeches-are-
cozy-for-wall-streeters-but-closed-to-
journalists/article/2553294/section/author/dan-friedman
*CLINTON ADMITS SHE IS OUT OF TOUCH* *Hillary Clinton:

"I'm Kind Of Far

Removed" From The Struggles Of The Middle Class "Because
The Life I've Lived And

The Economic, You Know, Fortunes That My Husband And I Now
Enjoy." *"And I am

not taking a position on any policy, but I do think there
is a growing sense of

anxiety and even anger in the country over the feeling
that the game is rigged.

And I never had that feeling when I was growing up. Never.
I mean, were there

really rich people, of course there were. My father loved
to complain about big

business and big government, but we had a solid middle
class upbringing. We had

good public schools. We had accessible health care. We had
our little, you

know, one-family house that, you know, he saved up his
money, didn't believe in

mortgages. So I lived that. And now, obviously, I'm kind
of far removed

because the life I've lived and the economic, you know,
fortunes that my husband

and I now enjoy, but I haven't forgotten it." [Hillary
Clinton Remarks at

Goldman-Black Rock, 2/4/14] *CLINTON SAYS YOU NEED TO HAVE
A PRIVATE AND PUBLIC

POSITION ON POLICY* *Clinton: "But If Everybody's
Watching, You Know, All Of The

Back Room Discussions And The Deals, You Know, Then People

Get A Little Nervous,

To Say The Least. So, You Need Both A Public And A Private

Position."* CLINTON:

You just have to sort of figure out how to -- getting back

to that word,

"balance" -- how to balance the public and the private

efforts that are

necessary to be successful, politically, and that's not

just a comment about

today. That, I think, has probably been true for all of

our history, and if you

saw the Spielberg movie, Lincoln, and how he was

maneuvering and working to get

the 13th Amendment passed, and he called one of my

favorite predecessors,

Secretary Seward, who had been the governor and senator

from New York, ran

against Lincoln for president, and he told Seward, I need

your help to get this

done. And Seward called some of his lobbyist friends who

knew how to make a

deal, and they just kept going at it. I mean, politics is

like sausage being

made. It is unsavory, and it always has been that way, but

we usually end up

where we need to be. But if everybody's watching, you

know, all of the back room

discussions and the deals, you know, then people get a

little nervous, to say

the least. So, you need both a public and a private

position. And finally, I

think -- I believe in evidence-based decision making. I want to know what the

facts are. I mean, it's like when you guys go into some kind of a deal, you

know, are you going to do that development or not, are you going to do that

renovation or not, you know, you look at the numbers. You try to figure out

what's going to work and what's not going to work. [Clinton Speech For National

Multi-Housing Council, 4/24/13] *CLINTON TALKS ABOUT HOLDING WALL STREET

ACCOUNTABLE ONLY FOR POLITICAL REASONS* *Clinton Said That The Blame Placed On

The United States Banking System For The Crisis "Could Have Been Avoided In

Terms Of Both Misunderstanding And Really Politicizing What Happened."* "That

was one of the reasons that I started traveling in February of '09, so people

could, you know, literally yell at me for the United States and our banking

system causing this everywhere. Now, that's an oversimplification we know, but

it was the conventional wisdom. And I think that there's a lot that could have

been avoided in terms of both misunderstanding and really politicizing what

happened with greater transparency, with greater openness

on all sides, you
know, what happened, how did it happen, how do we prevent
it from happening?
You guys help us figure it out and let's make sure that we
do it right this
time. And I think that everybody was desperately trying to
fend off the worst
effects institutionally, governmentally, and there just
wasn't that opportunity
to try to sort this out, and that came later." [Goldman
Sachs AIMS Alternative
Investments Symposium, 10/24/13] *Clinton: "Even If It May
Not Be 100 Percent
True, If The Perception Is That Somehow The Game Is
Rigged, That Should Be A
Problem For All Of Us." *"Now, it's important to recognize
the vital role that
the financial markets play in our economy and that so many
of you are
contributing to. To function effectively those markets and
the men and women
who shape them have to command trust and confidence,
because we all rely on the
market's transparency and integrity. So even if it may not
be 100 percent true,
if the perception is that somehow the game is rigged, that
should be a problem
for all of us, and we have to be willing to make that
absolutely clear. And if
there are issues, if there's wrongdoing, people have to be

held accountable and

we have to try to deter future bad behavior, because the

public trust is at the

core of both a free market economy and a

democracy." [Clinton Remarks to

Deutsche Bank, 10/7/14] *CLINTON SUGGESTS WALL STREET

INSIDERS ARE WHAT IS

NEEDED TO FIX WALL STREET* *Clinton Said Financial Reform

"Really Has To Come

From The Industry Itself." *"Remember what Teddy Roosevelt

did. Yes, he took on

what he saw as the excesses in the economy, but he also

stood against the

excesses in politics. He didn't want to unleash a lot of

nationalist,

populistic reaction. He wanted to try to figure out how to

get back into that

balance that has served America so well over our entire

nationhood. Today,

there's more that can and should be done that really has

to come from the

industry itself, and how we can strengthen our economy,

create more jobs at a

time where that's increasingly challenging, to get back to

Teddy Roosevelt's

square deal. And I really believe that our country and all

of you are up to

that job." [Clinton Remarks to Deutsche Bank, 10/7/14]

*Speaking About The

Importance Of Proper Regulation, Clinton Said "The People

That Know The Industry

Better Than Anybody Are The People Who Work In The
Industry."* "I mean, it's

still happening, as you know. People are looking back and
trying to, you know,

get compensation for bad mortgages and all the rest of it
in some of the

agreements that are being reached. There's nothing magic
about regulations, too

much is bad, too little is bad. How do you get to the
golden key, how do we

figure out what works? And the people that know the
industry better than anybody

are the people who work in the industry. And I think there
has to be a

recognition that, you know, there's so much at stake now,
I mean, the business

has changed so much and decisions are made so quickly, in
nano seconds

basically. We spend trillions of dollars to travel around
the world, but it's

in everybody's interest that we have a better framework,
and not just for the

United States but for the entire world, in which to
operate and trade."

[Goldman Sachs AIMS Alternative Investments Symposium,
10/24/13] *CLINTON ADMITS

NEEDING WALL STREET FUNDING* *Clinton Said That Because
Candidates Needed Money

From Wall Street To Run For Office, People In New York

Needed To Ask Tough

Questions About The Economy Before Handing Over Campaign

Contributions.

*"Secondly, running for office in our country takes a lot

of money, and

candidates have to go out and raise it. New York is

probably the leading site

for contributions for fundraising for candidates on both

sides of the aisle, and

it's also our economic center. And there are a lot of

people here who should ask

some tough questions before handing over campaign

contributions to people who

were really playing chicken with our whole

economy." [Goldman Sachs AIMS

Alternative Investments Symposium, 10/24/13] *Clinton: "It

Would Be Very

Difficult To Run For President Without Raising A Huge

Amount Of Money And

Without Having Other People Supporting You Because Your

Opponent Will Have Their

Supporters."* "So our system is, in many ways, more

difficult, certainly far

more expensive and much longer than a parliamentary

system, and I really admire

the people who subject themselves to it. Even when I, you

know, think they

should not be elected president, I still think, well, you

know, good for you I

guess, you're out there promoting democracy and those

crazy ideas of yours. So I

think that it's something -- I would like -- you know,
obviously as somebody who

has been through it, I would like it not to last as long
because I think it's

very distracting from what we should be doing every day in
our public business.

I would like it not to be so expensive. I have no idea how
you do that. I

mean, in my campaign -- I lose track, but I think I raised
$250 million or some

such enormous amount, and in the last campaign President
Obama raised 1.1

billion, and that was before the Super PACs and all of
this other money just

rushing in, and it's so ridiculous that we have this kind
of free for all with

all of this financial interest at stake, but, you know,
the Supreme Court said

that's basically what we're in for. So we're kind of in
the wild west, and, you

know, it would be very difficult to run for president
without raising a huge

amount of money and without having other people supporting
you because your

opponent will have their supporters. So I think as hard as
it was when I ran, I

think it's even harder now." [Clinton Speech For General
Electric's Global

Leadership Meeting – Boca Raton, FL, 1/6/14] *CLINTON

TOUTS HER RELATIONSHIP TO

WALL STREET AS A SENATOR* *Clinton: As Senator, "I
Represented And Worked With"

So Many On Wall Street And "Did All I Could To Make Sure
They Continued To

Prosper" But Still Called For Closing Carried Interest
Loophole. *In remarks at

Robbins, Gellar, Rudman & Dowd in San Diego, Hillary
Clinton said, "When I

was a Senator from New York, I represented and worked with
so many talented

principled people who made their living in finance. But
even thought I

represented them and did all I could to make sure they
continued to prosper, I

called for closing the carried interest loophole and
addressing skyrocketing CEO

pay. I also was calling in '06, '07 for doing something
about the mortgage

crisis, because I saw every day from Wall Street literally
to main streets

across New York how a well-functioning financial system is
essential. So when I

raised early warnings about early warnings about subprime
mortgages and called

for regulating derivatives and over complex financial
products, I didn't get

some big arguments, because people sort of said, no, that
makes sense. But boy,

have we had fights about it ever since." [Hillary

Clinton's Remarks at Robbins

Geller Rudman & Dowd in San Diego, 9/04/14] *Clinton On
Wall Street: "I Had

Great Relations And Worked So Close Together After 9/11 To
Rebuild Downtown, And

A Lot Of Respect For The Work You Do And The People Who Do
It." *"Now, without

going over how we got to where we are right now, what
would be your advice to

the Wall Street community and the big banks as to the way
forward with those two

important decisions? SECRETARY CLINTON: Well, I
represented all of you for

eight years. I had great relations and worked so close
together after 9/11 to

rebuild downtown, and a lot of respect for the work you do
and the people who

do it, but I do -- I think that when we talk about the
regulators and the

politicians, the economic consequences of bad decisions
back in '08, you know,

were devastating, and they had repercussions throughout
the world." [Goldman

Sachs AIMS Alternative Investments Symposium, 10/24/13]
*CLINTON TALKS ABOUT THE

CHALLENGES RUNNING FOR OFFICE* *Hillary Clinton Said There
Was "A Bias Against

People Who Have Led Successful And/Or Complicated Lives,"
Citing The Need To

Divese Of Assets, Positions, And Stocks.* "SECRETARY

CLINTON: Yeah. Well,

you know what Bob Rubin said about that. He said, you

know, when he came to

Washington, he had a fortune. And when he left Washington,

he had a small --

MR. BLANKFEIN: That's how you have a small fortune, is you

go to

Washington. SECRETARY CLINTON: You go to Washington.

Right. But,

you know, part of the problem with the political

situation, too, is that there

is such a bias against people who have led successful

and/or complicated lives.

You know, the divestment of assets, the stripping of all

kinds of positions, the

sale of stocks. It just becomes very onerous and

unnecessary." [Goldman Sachs

Builders And Innovators Summit, 10/29/13] *CLINTON

SUGGESTS SHE IS A MODERATE*

*Clinton Said That Both The Democratic And Republican

Parties Should Be

"Moderate." *"URSULA BURNS: Interesting. Democrats?

SECRETARY CLINTON: Oh,

long, definitely. URSULA BURNS: Republicans? SECRETARY

CLINTON: Unfortunately,

at the time, short. URSULA BURNS: Okay. We'll go back to

questions. SECRETARY

CLINTON: We need two parties. URSULA BURNS: Yeah, we do

need two parties.

SECRETARY CLINTON: Two sensible, moderate, pragmatic

parties." [Hillary Clinton

Remarks, Remarks at Xerox, 3/18/14] *Clinton: "Simpson-

Bowles… Put Forth The

Right Framework. Namely, We Have To Restrain Spending, We

Have To Have Adequate

Revenues, And We Have To Incentivize Growth. It's A Three-

Part Formula… And They

Reached An Agreement. But What Is Very Hard To Do Is To

Then Take That Agreement

If You Don't Believe That You're Going To Be Able To Move

The Other Side."*

SECRETARY CLINTON: Well, this may be borne more out of

hope than experience in

the last few years. But Simpson-Bowles -- and I know you

heard from Erskine

earlier today -- put forth the right framework. Namely, we

have to restrain

spending, we have to have adequate revenues, and we have

to incentivize growth.

It's a three-part formula. The specifics can be negotiated

depending upon

whether we're acting in good faith or not. And what

Senator Simpson and Erskine

did was to bring Republicans and Democrats alike to the

table, and you had the

full range of ideological views from I think Tom Coburn to

Dick Durbin. And

they reached an agreement. But what is very hard to do is

to then take that

agreement if you don't believe that you're going to be

able to move the other

side. And where we are now is in this gridlocked

dysfunction. So you've got

Democrats saying that, you know, you have to have more

revenues; that's the sine

qua non of any kind of agreement. You have Republicans

saying no, no, no on

revenues; you have to cut much more deeply into spending.

Well, looks what's

happened. We are slowly returning to growth. It's not as

much or as fast as

many of us would like to see, but, you know, we're

certainly better off than our

European friends, and we're beginning to, I believe, kind

of come out of the

long aftermath of the '08 crisis. [Clinton Speech For

Morgan Stanley, 4/18/13]

*Clinton: "The Simpson-Bowles Framework And The Big

Elements Of It Were Right…

You Have To Restrain Spending, You Have To Have Adequate

Revenues, And You Have

To Have Growth."* CLINTON: So, you know, the Simpson-

Bowles framework and the

big elements of it were right. The specifics can be

negotiated and argued over.

But you got to do all three. You have to restrain

spending, you have to have

adequate revenues, and you have to have growth. And I

think we are smart enough

to figure out how to do that. [Clinton Speech For Morgan

Stanley, 4/18/13]

*CLINTON IS AWARE OF SECURITY CONCERNS AROUND

BLACKBERRIES* *Clinton: "At The

State Department We Were Attacked Every Hour, More Than

Once An Hour By Incoming

Efforts To Penetrate Everything We Had. And That Was True

Across The U.S.

Government."* CLINTON: But, at the State Department we

were attacked every hour,

more than once an hour by incoming efforts to penetrate

everything we had. And

that was true across the U.S. government. And we knew it

was going on when I

would go to China, or I would go to Russia, we would leave

all of our electronic

equipment on the plane, with the batteries out, because

this is a new frontier.

And they're trying to find out not just about what we do

in our government.

They're trying to find out about what a lot of companies

do and they were going

after the personal emails of people who worked in the

State Department. So it's

not like the only government in the world that is doing

anything is the United

States. But, the United States compared to a number of our

competitors is the

only government in the world with any kind of safeguards,

any kind of checks and

balances. They may in many respects need to be

strengthened and people need to

be reassured, and they need to have their protections

embodied in law. But, I

think turning over a lot of that material intentionally or

unintentionally,

because of the way it can be drained, gave all kinds of

information not only to

big countries, but to networks and terrorist groups, and

the like. So I have a

hard time thinking that somebody who is a champion of

privacy and liberty has

taken refuge in Russia under Putin's authority. And then

he calls into a Putin

talk show and says, President Putin, do you spy on people?

And President Putin

says, well, from one intelligence professional to another,

of course not. Oh,

thank you so much. I mean, really, I don't know. I have a

hard time following

it. [Clinton Speech At UConn, 4/23/14] *Hillary Clinton:

"When I Got To The

State Department, It Was Still Against The Rules To Let

Most -- Or Let All

Foreign Service Officers Have Access To A Blackberry." *"I

mean, let's face it,

our government is woefully, woefully behind in all of its

policies that affect

the use of technology. When I got to the State Department,

it was still against

the rules to let most -- or let all Foreign Service

Officers have access to a

Blackberry. You couldn't have desktop computers when Colin

Powell was there.

Everything that you are taking advantage of, inventing and

using, is still a

generation or two behind when it comes to our

government." [Hillary Clinton

Remarks at Nexenta, 8/28/14] *Hillary Clinton: "We

Couldn't Take Our Computers,

We Couldn't Take Our Personal Devices" Off The Plane In

China And Russia. *"I

mean, probably the most frustrating part of this whole

debate are countries

acting like we're the only people in the world trying to

figure out what's going

on. I mean, every time I went to countries like China or

Russia, I mean, we

couldn't take our computers, we couldn't take our personal

devices, we couldn't

take anything off the plane because they're so good, they

would penetrate them

in a minute, less, a nanosecond. So we would take the

batteries out, we'd

leave them on the plane." [Hillary Clinton Remarks at

Nexenta, 8/28/14]

*Clinton Said When She Got To State, Employees "Were Not

Mostly Permitted To

Have Handheld Devices."* "You know, when Colin Powell

showed up as Secretary of

State in 2001, most State Department employees still

didn't even have computers

on their desks. When I got there they were not mostly permitted to have

handheld devices. I mean, so you're thinking how do we operate in this new

environment dominated by technology, globalizing forces? We have to change, and

I can't expect people to change if I don't try to model it and lead it."

[Clinton Speech For General Electric's Global Leadership Meeting – Boca Raton,

FL, 1/6/14] *Hillary Clinton Said You Know You Can't Bring Your Phone And

Computer When Traveling To China And Russia And She Had To Take Her Batteries

Out And Put them In A Special Box. *"And anybody who has ever traveled in other

countries, some of which shall remain nameless, except for Russia and China,

you know that you can't bring your phones and your computers. And if you do,

good luck. I mean, we would not only take the batteries out, we would leave the

batteries and the devices on the plane in special boxes. Now, we didn't do that

because we thought it would be fun to tell somebody about. We did it because we

knew that we were all targets and that we would be totally vulnerable. So it's

not only what others do to us and what we do to them and

how many people are
involved in it. It's what's the purpose of it, what is
being collected, and how
can it be used. And there are clearly people in this room
who know a lot about
this, and some of you could be very useful contributors to
that conversation
because you're sophisticated enough to know that it's not
just, do it, don't do
it. We have to have a way of doing it, and then we have to
have a way of
analyzing it, and then we have to have a way of sharing
it." [Goldman Sachs
Builders And Innovators Summit, 10/29/13] *Hillary Clinton
Lamented How Far
Behind The State Department Was In Technology, Saying
"People Were Not Even
Allowed To Use Mobile Devices Because Of Security Issues."
*"Personally,
having, you know, lived and worked in the White House,
having been a senator,
having been Secretary of State, there has traditionally
been a great pool of
very talented, hard-working people. And just as I was
saying about the credit
market, our personnel policies haven't kept up with the
changes necessary in
government. We have a lot of difficulties in getting—when
I got to the State
Department, we were so far behind in technology, it was

embarrassing. And, you

know, people were not even allowed to use mobile devices

because of security

issues and cost issues, and we really had to try to push

into the last part of

the 20th Century in order to get people functioning in

2009 and '10." [Goldman

Sachs Builders And Innovators Summit, 10/29/13] *CLINTON

REMARKS ARE PRO

KEYSTONE AND PRO TRADE* *Clinton: "So I Think That

Keystone Is A Contentious

Issue, And Of Course It Is Important On Both Sides Of The

Border For Different

And Sometimes Opposing Reasons…" *"So I think that

Keystone is a contentious

issue, and of course it is important on both sides of the

border for different

and sometimes opposing reasons, but that is not our

relationship. And I think

our relationship will get deeper and stronger and put us

in a position to

really be global leaders in energy and climate change if

we worked more closely

together. And that's what I would like to see us

do." [Remarks at tinePublic,

6/18/14] *Hillary Clinton Said Her Dream Is A Hemispheric

Common Market, With

Open Trade And Open Markets. *"My dream is a hemispheric

common market, with

open trade and open borders, some time in the future with

energy that is as

green and sustainable as we can get it, powering growth and opportunity for

every person in the hemisphere." [05162013 Remarks to Banco Itau.doc, p. 28]

*Hillary Clinton Said We Have To Have A Concerted Plan To Increase Trade; We

Have To Resist Protectionism And Other Kinds Of Barriers To Trade. *"Secondly, I

think we have to have a concerted plan to increase trade already under the

current circumstances, you know, that Inter-American Development Bank figure is

pretty surprising. There is so much more we can do, there is a lot of low

hanging fruit but businesses on both sides have to make it a priority and it's

not for governments to do but governments can either make it easy or make it

hard and we have to resist, protectionism, other kinds of barriers to market

access and to trade and I would like to see this get much more attention and be

not just a policy for a year under president X or president Y but a consistent

one." [05162013 Remarks to Banco Itau.doc, p. 32] *CLINTON IS MORE FAVORABLE TO

CANADIAN HEALTH CARE AND SINGLE PAYER* *Clinton Said Single-Payer Health Care

Systems "Can Get Costs Down," And "Is As Good Or Better On

Primary Care," But

"They Do Impose Things Like Waiting Times." *"If you look at countries that are

comparable, like Switzerland or Germany, for example, they have mixed systems.

They don't have just a single-payer system, but they have very clear controls

over budgeting and accountability. If you look at the single-payer systems,

like Scandinavia, Canada, and elsewhere, they can get costs down because, you

know, although their care, according to statistics, overall is as good or better

on primary care, in particular, they do impose things like waiting times, you

know. It takes longer to get like a hip replacement than it might take here."

[Hillary Clinton remarks to ECGR Grand Rapids, 6/17/13]

*Clinton Cited President

Johnson's Success In Establishing Medicare And Medicaid And Said She Wanted To

See The U.S. Have Universal Health Care Like In Canada.*

"You know, on

healthcare we are the prisoner of our past. The way we got to develop any kind

of medical insurance program was during World War II when companies facing

shortages of workers began to offer healthcare benefits as an inducement for

employment. So from the early 1940s healthcare was seen as

a privilege

connected to employment. And after the war when soldiers came back and went

back into the market there was a lot of competition, because the economy was so

heated up. So that model continued. And then of course our large labor unions

bargained for healthcare with the employers that their members worked for. So

from the early 1940s until the early 1960s we did not have any Medicare, or our

program for the poor called Medicaid until President Johnson was able to get

both passed in 1965. So the employer model continued as the primary means by

which working people got health insurance. People over 65 were eligible for

Medicare. Medicaid, which was a partnership, a funding partnership between the

federal government and state governments, provided some, but by no means all

poor people with access to healthcare. So what we've been struggling with

certainly Harry Truman, then Johnson was successful on Medicare and Medicaid,

but didn't touch the employer based system, then actually Richard Nixon made a

proposal that didn't go anywhere, but was quite far reaching. Then with my

husband's administration we worked very hard to come up

with a system, but we
were very much constricted by the political realities that
if you had your
insurance from your employer you were reluctant to try
anything else. And so
we were trying to build a universal system around the
employer-based system. And
indeed now with President Obama's legislative success in
getting the Affordable
Care Act passed that is what we've done. We still have
primarily an
employer-based system, but we now have people able to get
subsidized insurance.
So we have health insurance companies playing a major role
in the provision of
healthcare, both to the employed whose employers provide
health insurance, and
to those who are working but on their own are not able to
afford it and their
employers either don't provide it, or don't provide it at
an affordable price.
We are still struggling. We've made a lot of progress. Ten
million Americans
now have insurance who didn't have it before the
Affordable Care Act, and that
is a great step forward. (Applause.) And what we're going
to have to continue
to do is monitor what the costs are and watch closely to
see whether employers
drop more people from insurance so that they go into what

we call the health

exchange system. So we're really just at the beginning. But we do have

Medicare for people over 65. And you couldn't, I don't think, take it away if

you tried, because people are very satisfied with it, but we also have a lot of

political and financial resistance to expanding that system to more people. So

we're in a learning period as we move forward with the implementation of the

Affordable Care Act. And I'm hoping that whatever the shortfalls or the

glitches have been, which in a big piece of legislation you're going to have,

those will be remedied and we can really take a hard look at what's succeeding,

fix what isn't, and keep moving forward to get to affordable universal

healthcare coverage like you have here in Canada. [Clinton Speech For

tinePublic - Saskatoon, CA, 1/21/15]

Download entire raw dataset for all published Podesta Emails here

(https://file.wikileaks.org/file/podesta-emails/)

Top

    

WL Research Community - user contributed research based on documents published by WikiLeaks.

(https://our.wikileaks.org)

Tor is an encrypted anonymising network that makes it harder to intercept internet communications, or see where communications are coming from or going to.

(https://www.torproject.org/)

Tails is a live operating system, that you can start on almost any computer from a DVD, USB stick, or SD card. It aims at preserving your privacy and anonymity.

(https://tails.boum.org/)

The Courage Foundation is an international organisation that supports those who risk life or liberty to make significant contributions to the historical record.

(https://www.couragefound.org/)

Bitcoin uses peer-to-peer technology to operate with no central authority or banks; managing transactions and the issuing of bitcoins is carried out collectively by the network.

(https://www.bitcoin.org/)

 (https://www.facebook.com/wikileaks)   (https://twitter.com/wikileaks)