# Exhibit 9

*Democratic National Committee v. Donald J. Trump for President, Inc., et al.*
(No. 1:18-cv-3501-JGK-SDA)

View email    View source    Attachments

# Re: New video: Trump isn't trying to bring people together

From:ChristopherR@dnc.org

To: WalkerE@dnc.org

CC: Video-Vetting_d@dnc.org

Date: 2016-05-06 19:44

Subject: Re: New video: Trump isn't trying to bring people together

Attached again ‹ I can swing by if you still can¹t open?

On 5/6/16, 5:20 PM, "Walker, Eric" <WalkerE@dnc.org> wrote:

>Sory this isn't popping up for me for some reason. Can you resend
>
>

```
>
>On May 6, 2016, at 3:59 PM, Christopher, Rebecca
<ChristopherR@dnc.org>
>wrote:
>
>Hi everyone,
>
>Attached is a script for a new video we¹d like to use to mop up some more
>taco bowl engagement, and demonstrate the Trump actually isn¹t trying.
>
>Let me know if you have any flags and thank you!
><TrumpHesTrying-1.docx>
```



Top

    

| WL Research Community - user contributed research based on | Tor is an encrypted anonymising network that makes it harder to | Tails is a live operating system, that you can start on almost any | The Courage Foundation is an international organisation that | Bitcoin uses peer-to-peer technology to operate with no central authority or |

| | | | | |
|---|---|---|---|---|
| documents published by WikiLeaks. (https://our.wikileaks.org) | intercept internet communications, or see where communications are coming from or going to. (https://www.torproject.org) | computer from a DVD, USB stick, or SD card. It aims at preserving your privacy and anonymity. (https://tails.boum.org/) | supports those who risk life or liberty to make significant contributions to the historical record. (https://www.couragefound.org/) | banks; managing transactions and the issuing of bitcoins is carried out collectively by the network. (https://www.bitcoin.org/) |

(https://www.facebook.com/wikileaks)　　　(https://twitter.com/wikileaks)