# Exhibit 10

*Democratic National Committee v. Donald J. Trump for President, Inc., et al.*
(No. 1:18-cv-3501-JGK-SDA)

Return to search (/podesta-emails/)

View email     View source

```
Needy Latinos and 1 easy
call.
```

From:john.podesta@gmail.com To:
hdr29@hrcoffice.com, ha16@hillaryclinton.com CC:
arenteria@hillaryclinton.com Date: 2015-08-21 14:01
Subject: Needy Latinos and 1 easy call.

A few
calls you might consider making: 1) Fedrico Pena. Ken
Salazar who has been an
absolute trooper really wants to get Fedrico Pena on
board. I talked to Pena
early, before March and he hemmed and hawed. Ken had lunch
with him early this
week and reports the following, he's close to committing
but carrying some
baggage. Fed never said this to me but he confided to Ken
that his Cabinet
stints ripped up his family, he gave everything to the
cause and no time to his
family, he went through a messy divorce in the late 90's
and was left really

down and felt like no one reached out to him then so he felt pretty cut off from Clinton World. In 07, the only candidate that asked for his support was Obama, so he endorsed. (by the way, not sure any of this is factually accurate, but this is how he is feeling). His life now revolves around his new wife, Cindy, who is a supporter of yours and came to the fundraiser at the Chambers house. He kind of wants to be with you, but this stuff is still grinding on him. Ken suggests a call to him and was very explicit about making the following four points: 1) you really enjoyed seeing Cindy at the Chambers event and appreciate her support. 2) ask him how he's been doing 3) ask about his views on the race and what she should be doing in Colorado 4) ask that he consider publicly supporting you. On balance, I recommend making this call as much because it's important to Ken who has been great. Pena's cell: 303-294-1824 2) Bill Richardson. I had heard that you were upset that I encouraged a call between WJC and Richardson to bury the hatchet. I did that at the request of Jose Villarreal who pushed me and made the point that Richardson is still on TV

a lot, especially on Univision and Telemundo and not withstanding the fact that
he can be a dick, it was worth getting him in a good place. He had a good
conversation with the President and has been good in his interviews since. I
have pressed Bill, but I think it will take a call from you to get a formal
endorsement. He's on Meet the Press on Sunday. Probably worth a quick call to
ask him to stay stout and publicly endorse, but if it's too galling, don't
bother. Richardson's cell: 505-699-4862 3) Governor Jim Hodges. I just spent a
couple days in South Carolina and did an event with him and Steve Benjamin where
he endorsed. He was really good and I think it sent a strong signal in South
Carolina, following Dick Reilly's endorsement, that the support there is strong
broad and determined. He and his wife Rachel also co hosted a successful
fundraiser with Don and Carol Fowler and Ben and Sydney Rex that I attended.
Worth a quick call to Jim to thank him and Rachel for their support. Hodges
cell: 803-315-0955

Download entire raw dataset for all published Podesta Emails here

(https://file.wikileaks.org/file/podesta-emails/)


Top

    

WL Research Community - user contributed research based on documents published by WikiLeaks.

(https://our.wikileaks.org/)

Tor is an encrypted anonymising network that makes it harder to intercept internet communications, or see where communications are coming from or going to.

(https://www.torproject.org/)

Tails is a live operating system, that you can start on almost any computer from a DVD, USB stick, or SD card. It aims at preserving your privacy and anonymity.

(https://tails.boum.org/)

The Courage Foundation is an international organisation that supports those who risk life or liberty to make significant contributions to the historical record.

(https://www.couragefound.org/)

Bitcoin uses peer-to-peer technology to operate with no central authority or banks; managing transactions and the issuing of bitcoins is carried out collectively by the network.

(https://www.bitcoin.org/)

 (https://www.facebook.com/wikileaks)    (https://twitter.com/wikileaks)