# Exhibit 11

*Democratic National Committee v. Donald J. Trump for President, Inc., et al.*
(No. 1:18-cv-3501-JGK-SDA)

Return to search (/podesta-emails/)

View email    View source

```
This email has also been
         verified
     by Google DKIM
(https://www.wikileaks.org/DKIM-
     Verification.html)
      2048-bit RSA key
```

# Fwd: Hi Mara

```
From:robbymook@gmail.com To: john.podesta@gmail.com Date:
2015-01-19 23:05
Subject: Fwd: Hi Mara
```

---

```
---------- Forwarded message ---------- From:
mara lee <maralee@gmail.com> Date: Mon, Jan 19, 2015 at
5:08 PM Subject:
Fwd: Hi Mara To: Marlon Marshall
<marlondmarshall@gmail.com>, Robert Mook
< robbymook@gmail.com> FYI. Happy to speak out based on my
very
positive experience working with all of you if that helps
- on or off the
record. Let me know. --------- Forwarded message --------
```

```
-- From:
Catanese, David <DCatanese@usnews.com> Date: Mon, Jan 19,
2015 at 6:47 PM
Subject: Hi Mara To: "Maralee@gmail.com"
<Maralee@gmail.com> Hi
Mara, Thanks for getting back to me on Facebook and
providing your e-mail; I do
appreciate it. This is a bit of a sensitive topic, so
forgive me if my
questions are general in nature as I'm only responding to
a tip, but feel
obligated to follow through. I was recently contacted by a
source who claims to
have worked on the 2008 Hillary Clinton campaign and is
alleging that Marlon
Marshall made unwelcome sexual advances and propositions
towards women on the
campaign repeatedly. The allegation is that he would
"corner women, make them
uncomfortable and make suggestions about having sex." The
source encouraged me
to contact women who worked under him in the Nevada
office. I was wondering if
you were able to describe your experience with Marshall
and if any of this rings
true, with you or anyone else you know who worked there.
The source also claims
that Robby Mook was made aware of the issue, but declined
to act on it or
intervene because he is personal friends with Marshall. Do
```

```
you know if there is
any truth to this? Again, my apologies for the personal
nature of the questions,
but it is information that was recently provided to me. If
there's any light you
can shed on this, whether there's truth to it, or if it's
completely off base, I
would appreciate that. I understand the sensitive nature
of the allegations so
am happy to protect your identity at this point, unless
you feel otherwise
compelled to speak out. Thank you for your time.
Sincerely, David *David
Catanese* *Senior Politics Writer* *U.S. News & World
Report*
*TheRun2016.com* -- Mara Lee | +962 (0) 79 545 7386 |
maralee@gmail.com
```

Download entire raw dataset for all published Podesta Emails here

(https://file.wikileaks.org/file/podesta-emails/)

Top

    

WL Research Community - user contributed research based on documents published by WikiLeaks.

(https://our.wikileaks.org/)

Tor is an encrypted anonymising network that makes it harder to intercept internet communications, or see where communications are coming from or going to.

(https://www.torproject.org/)

Tails is a live operating system, that you can start on almost any computer from a DVD, USB stick, or SD card. It aims at preserving your privacy and anonymity.

(https://tails.boum.org/)

The Courage Foundation is an international organisation that supports those who risk life or liberty to make significant contributions to the historical record.

(https://www.couragefound.org/)

Bitcoin uses peer-to-peer technology to operate with no central authority or banks; managing transactions and the issuing of bitcoins is carried out collectively by the network.

(https://www.bitcoin.org/)

 (https://www.facebook.com/wikileaks)　　　(https://twitter.com/wikileaks)