# Exhibit 13

*Democratic National Committee v. Donald J. Trump for President, Inc., et al.*
(No. 1:18-cv-3501-JGK-SDA)

View email    View source

# Re: Pablo!

From:ManriquezP@dnc.org

To: MirandaL@dnc.org, PaustenbachM@dnc.org, WalkerE@dnc.org

Date: 2016-04-28 16:46

Subject: Re: Pablo!

Window closing on this. Need to know asap if we want to offer Jake Tapper questions to ask us.

Sent from my iPhone

On Apr 28, 2016, at 1:11 PM, Manriquez, Pablo <ManriquezP@dnc.org<mailto:ManriquezP@dnc.org>> wrote:

Lmk and I'll call Jason. Might wanna loop Freundlich &/or Dillon here to see if there's any newsworthy oppo Luis can drop

Sent from my iPhone

Begin forwarded message:

From: "Seher, Jason"

<Jason.Seher@turner.com<mailto:Jason.Seher@turner.com>>

Date: April 28, 2016 at 1:01:18 PM EDT

To: "ManriquezP@dnc.org<mailto:ManriquezP@dnc.org>"

<ManriquezP@dnc.org<mailto:ManriquezP@dnc.org>>

Subject: Pablo!

Thanks for facilitating Luis coming on today, and bearing with us through a meelee of GOP nonsense and cancellations and all that.

Any particular points he'll want to make? We're gonna stay Dem focused...

Thanks!

Jason

Jason Seher | CNN

Writer/Producer | The Lead with Jake Tapper

(202) 772-2640 | (856) 979-8021

Top

    

WL Research Community - user contributed research based on documents published by WikiLeaks. (https://our.wikileaks.org)

Tor is an encrypted anonymising network that makes it harder to intercept internet communications, or see where communications are coming from or going to. (https://www.torproject.org)

Tails is a live operating system, that you can start on almost any computer from a DVD, USB stick, or SD card. It aims at preserving your privacy and anonymity. (https://tails.boum.org/)

The Courage Foundation is an international organisation that supports those who risk life or liberty to make significant contributions to the historical record. (https://www.couragefound.org/)

Bitcoin uses peer-to-peer technology to operate with no central authority or banks; managing transactions and the issuing of bitcoins is carried out collectively by the network. (https://www.bitcoin.org/)

 (https://www.facebook.com/wikileaks)    (https://twitter.com/wikileaks)