UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
DEMOCRATIC NATIONAL COMMITTEE,

       Plaintiff,                         Civil Action No. 1:18-cv-03501 (JGK)

   v.

THE RUSSIAN FEDERATION *et al.*,

       Defendants.
------------------------------------ X

## PLAINTIFF'S NOTICE OF INTENT TO AMEND COMPLAINT

Pursuant to this Court's October 1, 2018 Scheduling Order (ECF No. 181), Plaintiff hereby notifies the Court and Defendants that Plaintiff intends to file a Second Amended Complaint. Pursuant to the Court's Order, Plaintiff will file the Second Amended Complaint by January 17, 2019.

Dated:  January 7, 2019                                  Respectfully submitted,

                                                                           */s/ Joseph M. Sellers*

| | |
|---|---|
| Michael Eisenkraft (#6974) | Joseph M. Sellers (admitted *Pro Hac Vice*) |
| Cohen Milstein Sellers & Toll PLLC | Geoffrey A. Graber (admitted *Pro Hac Vice*) |
| 88 Pine St. ● 14th Floor | Julia A. Horwitz (admitted *Pro Hac Vice*) |
| New York, NY 10005 | Alison S. Deich (admitted *Pro Hac Vice*) |
| (212) 838-7797 | Eric S. Berelovich (#7243) |
| | Cohen Milstein Sellers & Toll PLLC |
| | 1100 New York Ave. NW ● Fifth Floor |
| | Washington, DC 20005 |
| | (202) 408-4600 |

*Attorneys for Plaintiff*

1