# BUSCHEL GIBBONS
### Attorneys

One Financial Plaza, Suite 1300
100 SOUTHEAST THIRD AVENUE
FORT LAUDERDALE, FLORIDA 33394
(954) 530-5301

March 4, 2019

The Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 1007-1312

RE: Democratic National Committee v. Russian Federation (1:18-cv-03501-JGK)

Dear Judge Koeltl:

This law firm represents Roger J. Stone, Jr. in the above entitled matter. In the Court's October 3, 2018 scheduling Order (ECF No. 181), the Court allotted 15 pages to each defendant beyond the 50 pages for a joint defendants' memo of law in support of a motion to dismiss the Second Amended Complaint.

Roger Stone's memorandum will be 18 pages – less than 7,000 words. The Court permitted page extension in Stone's motion to dismiss the amended complaint. (Order, ECF No. 209). We respectfully request the Court to allow counsel for Mr. Stone to submit a memorandum 18 pages long.

Thank you for your consideration.

Very truly yours,

/s/ Robert Buschel
BUSCHEL GIBBONS
Robert C. Buschel
(*admitted pro hac vice*)
Attorney for Roger J. Stone, Jr.
(954) 530-5748
Buschel@BGlaw-pa.com

*Counsel for Defendant*
*Roger J. Stone, Jr.*

cc: Counsel of Record (via CM/ECF)