# PIERCE BAINBRIDGE BECK PRICE & HECHT LLP

Jeffrey Alexander
Partner
212-484-9866, ext. 7415
jalexander@piercebainbridge.com

**Via ECF**

March 4, 2019

The Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  Democratic National Committee v. Russian Federation (1:18-cv-03501-JGK)

Dear Judge Koeltl:

This firm represents George Papadopoulos in the above-entitled matter. In the Court's October 3, 2018 scheduling Order (ECF No. 181), the Court allowed 15 pages to each defendant beyond the 50 pages for a joint defendants' memorandum of law in support of a motion to dismiss the Second Amended Complaint.

On January 17, 2019, Plaintiff filed a Second Amended Complaint, adding 63 paragraphs to their previous pleading, including two newly-alleged RICO predicate acts related to Mr. Papadopoulos's 2017 conduct. We respectfully request the Court to allow counsel for Mr. Papadopoulos to submit a memorandum 26 pages long in connection with his motion to dismiss the Second Amended Complaint.

Thank you for your consideration.

Very truly yours,

*/s/ Jeffrey Alexander*
Jeffrey Alexander
Pierce Bainbridge Beck Price & Hecht LLP
20 West 23rd Street, Fifth Floor
New York, NY 10010
(212) 484-9866, ext. 7415
jalexander@piercebainbridge.com

*Counsel for Defendant George Papadopoulos*

cc: Counsel of Record (via CM/ECF)