UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

DEMOCRATIC NATIONAL COMMITTEE,  :          18 Civ. 3501 (JGK)

                Plaintiff,        :          **NOTICE OF MOTION IN
                                                            SUPPORT OF DEFENDANT**
     - against -              :          **WIKILEAKS'S MOTION
                                                            TO DISMISS THE SECOND**
THE RUSSIAN FEDERATION, et al.,       :          **AMENDED COMPLAINT**

             Defendants.     :
--------------------------------------------------------------X

     **PLEASE TAKE NOTICE,** that upon the annexed Declaration of Joshua L. Dratel, Esq.,

and all prior papers and proceedings herein, the defendant, WIKILEAKS, will move before the

Honorable John G. Koeltl, United States District Judge for the Southern District of New York, at

the United States Courthouse located at 500 Pearl Street, New York, at a time and date to be set

by the Court, or as soon thereafter as counsel may be heard, for an Order dismissing the Second

Amended Complaint on the following bases:

    (a)    imposing liability on WikiLeaks for the conduct alleged against it in the FAC

           would violate the First Amendment;

    (b)    as a "user or provider of an interactive computer service," WikiLeaks is immune

           from civil liability pursuant to 47 U.S.C. §230;

    (c)    the Racketeer Influenced and Corrupt Organizations Act ("RICO") causes of

           action are deficient because they fail to allege sufficiently with respect to

           WikiLeaks several elements of a RICO violation, including (1) a RICO enterprise,

           and/or WikiLeaks' operation or management of its affairs; (2) a pattern of

racketeering activity, including the requisite predicate acts; (3) cognizable injury

to plaintiff's business or property; and (4) a RICO conspiracy;

(d)      the cause of action pursuant to 18 U.S.C. §2511 fails because the statute punishes

only *contemporaneous* interception of communications, which is not alleged (and

did not occur) here;

(e)      the cause of action pursuant to 18 U.S.C. §1836 fails because (1) it does not allege

theft of a cognizable trade secret; (2) §1836 does not include conspiratorial or

aiding and abetting liability; and (3) §1836 does not apply extraterritorially to the

conduct alleged against WikiLeaks;

(f)      personal jurisdiction over WikiLeaks is lacking;

(g)      venue is not proper in the Southern District of New York;

(h)      any pendent state law claims should be dismissed pursuant to the abstention

doctrine, and because they fail to state a claim; and

on the grounds set forth in the Memorandum of Law filed December 7. 2018 (ECF Dkt #208) by

WikiLeaks and the Supplemental Memo of Law filed today by WikiLeaks, as well as the

Memorandum(s) of Law filed today and previously on behalf of all defendants, and in any other

defendants' motions, which Wikileaks joins to the extent they inure to WikiLeaks's benefit, as

well as for any such other and further relief as to the Court seems just and proper.

Dated:   New York, New York
         4 March 2019

                                                 /S/ Joshua L. Dratel
                                         Joshua L. Dratel
                                         Joshua L. Dratel, P.C.
                                         29 Broadway, Suite 1412
                                         New York, New York 10006
                                         (212) 732-0707

jdratel@joshuadratel.com
*Attorneys for Defendant WikiLeaks*

To:    CLERK OF THE COURT

       PLAINTIFF'S COUNSEL

       ALL DEFENSE COUNSEL