IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE,<br><br>*Plaintiff,*<br><br>v.<br><br>THE RUSSIAN FEDERATION, et al.,<br><br>*Defendants.* | Case No. 1:18-cv-3501-JGK-SDA<br><br>Oral Argument Requested |

**DEFENDANT DONALD J. TRUMP FOR PRESIDENT, INC.'S
NOTICE OF MOTION TO DISMISS
COUNTS II, III, IV, VIII, XII, AND XIV
OF THE AMENDED COMPLAINT**

James M. Gross
JONES DAY
250 Vesey Street
New York, NY 10281
(212) 326-3939
jgross@jonesday.com

Michael A. Carvin (*pro hac vice*)
   *Counsel of Record*
William D. Coglianese (*pro hac vice*)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
(202) 879-3939
macarvin@jonesday.com
wcoglianese@jonesday.com

*Counsel for Donald J. Trump for President, Inc.*

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendant Donald J. Trump for President, Inc.'s ("the Campaign's") Motion to Dismiss Counts II, III, IV, VIII, XII, and XIV of the Second Amended Complaint; the Exhibits annexed thereto; and all prior pleadings, submissions and proceedings herein, the Campaign moves the United States District Court for the Southern District of New York (located in the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York) for an order granting the Campaign's Motion to Dismiss Counts II, III, IV, VIII, XII, and XIV of the Second Amended Complaint, in accordance with Federal Rule of Civil Procedure 12(b)(6), and for such other and further relief as the Court deems just and proper.

Dated:   March 4, 2019

Respectfully submitted,

/s/ Michael A. Carvin

James M. Gross
JONES DAY
250 Vesey Street
New York, NY 10281
(212) 326-3939
jgross@jonesday.com

Michael A. Carvin (*pro hac vice*)
   *Counsel of Record*
William D. Coglianese (*pro hac vice*)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
(202) 879-3939
macarvin@jonesday.com
wcoglianese@jonesday.com

*Counsel for Donald J. Trump for President, Inc.*

## CERTIFICATE OF SERVICE

I, Michael A. Carvin, certify that on March 4, 2019, I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered parties.

Dated: March 4, 2019                     /s/ Michael A. Carvin
                                         Michael A. Carvin

                                         *Counsel for Defendant Donald J. Trump for President, Inc.*