# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, D.C. 20001.2113

TELEPHONE: +1.202.879.3939 • FACSIMILE: +1.202.626.1700

Direct Number: (202) 879-7643
macarvin@JonesDay.com

March 4, 2019

The Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re: *Democratic National Committee v. Russian Federation* (1:18-cv-03501-JGK)

Dear Judge Koeltl:

    I represent Defendant Donald J. Trump for President, Inc. ("the Campaign") in the above-captioned matter. Pursuant to Rule 2.G of Your Honor's Individual Practices, the Campaign respectfully requests that this Court hear Oral Argument on the Campaign's Motion to Dismiss the Second Amended Complaint, filed on March 4, 2019 (ECF No. 226).

                                        Sincerely,

                                        */s/ Michael A. Carvin*

                                        Michael A. Carvin (*pro hac vice*)
                                        JONES DAY
                                        51 Louisiana Avenue, NW
                                        Washington, DC 20001
                                        (202) 879-3939
                                        macarvin@jonesday.com

                                        *Counsel for Defendant*
                                        *Donald J. Trump for President, Inc.*

cc:    All Counsel of Record (via ECF)

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON