UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE,<br><br>                Plaintiff,<br>  -against-<br>THE RUSSIAN FEDERATION, et al.,<br><br>                Defendants. | Case No. 1:18-cv-03501-JGK |

**NOTICE OF ARAS AGALAROV'S AND EMIN AGALAROV'S
MOTION TO DISMISS SECOND AMENDED COMPLAINT**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Aras Agalarov's and Emin Agalarov's Motion to Dismiss the Second Amended Complaint, defendants Aras Agalarov and Emin Agalarov (collectively, the "Agalarovs") will move this Court, pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), for an order dismissing with prejudice all claims, in their entirety, asserted against the Agalarovs in the Democratic National Committee's Second Amended Complaint (ECF No. 217).  The Agalarovs' motion to dismiss shall be made before the Honorable John G. Koeltl at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, Courtroom 14A, at a time to be determined by the Court.

PLEASE TAKE FURTHER NOTICE that answering papers, if any, shall be filed and served in accordance with the Scheduling Order dated October 1, 2018 (ECF No. 181).

Dated:   New York, New York
         March 4, 2019

Respectfully submitted,

HERBERT SMITH FREEHILLS NEW YORK LLP

By: */s/ Scott S. Balber*
    Scott S. Balber
    Jonathan C. Cross
    Michael P. Jones
    Pamela K. Terry
    450 Lexington Ave, 14th Floor
    New York, New York 10017
    Tel:  (917) 542-7600
    Fax:  (917) 542-7601
    Email:  Scott.Balber@hsf.com
            Jonathan.Cross@hsf.com
            Michael.Jones@hsf.com
            Pamela.Terry@hsf.com

*Attorneys for Defendants
Aras Iskenerovich Agalarov
and Emin Araz Agalarov*

2