UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMOCRATIC NATIONAL COMMITTEE

      Plaintiff,

v.                                            Case No. 1:18-cv-03501-JGK

THE RUSSIAN FEDERATION, et. al.,

      Defendants.
_____/

## DEFENDANT ROGER STONE'S NOTICE OF MOTION TO DISMISS SECOND AMENDED COMPLAINT

      PLEASE TAKE NOTICE that, Defendant Roger Stone respectfully moves this Court to dismiss the RICO, D.C.-law and Virginia-law and related conspiracy claims under Federal Rules of Civil Procedure12(b)(1); and, dismiss all claims for failure to state a claim upon which relief can be granted under Federal Rules of Civil Procedure12(b)(6). Upon the accompanying Motion to Dismiss, Defendant will move this Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 14A, New York, NY 10007, before the Honorable John G. Koeltl, United States District Judge, for an Order dismissing Plaintiff's complaint (ECF No. 217) with prejudice.

PLEASE TAKE FURTHER NOTICE that answering papers, if any, shall be filed and served in accordance with the Scheduling Order dated October 1, 2018 (ECF No. 181).

Dated: March 4, 2019

Respectfully submitted,

| | |
|---|---|
| Grant J. Smith | Robert C. Buschel |
| (*admitted pro hac vice*) | *Counsel of Record* |
| StrategySmith, P.A. | (*admitted pro hac vice*) |
| 401 East Las Olas Boulevard | BUSCHEL GIBBONS, P.A. |
| Suite 130-120 | ONE FINANCIAL PLAZA – SUITE 1300 |
| Fort Lauderdale, FL 33301 | 100 S.E. THIRD AVENUE |
| (954) 328-9064 | FORT LAUDERDALE, FL 33394 |
| gsmith@strategysmith.com | (954) 530-5301 |
| | BUSCHEL@BGLAW-PA.COM |

*Counsel for Roger Stone*

## CERTIFICATE OF SERVICE

I certify that on March 4, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered parties.

/s/ Robert Buschel
Robert C. Buschel
*Counsel for Roger Stone*