UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>THE RUSSIAN FEDERATION, et al,<br><br>　　　　　　Defendants. | Civil No. 1:18-cr-03501 (JGK)(SDA)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the Defendant George Papadopoulos, will move this Court in Courtroom 14A, of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time to be set by the Court, for an Order pursuant to Federal Rules of Civil Procedures 12(b)(6) dismissing the Second Amended Complaint herein for failure to state a claim against Mr. Papadopoulos.

PLEASE TAKE FURTHER NOTICE that Mr. Papadopoulos joins in, relies upon and incorporates herein by reference, each and every argument, insofar as it applies to him, made by each and every other defendants named in the Second Amended Complaint.

Dated: March 4, 2019　　　　　　　　　Respectfully submitted,
　　　　　New York, New York

　　　　　　　　　　　　　　By:　　/s/ Jeffrey R. Alexander
　　　　　　　　　　　　　　　　　　Jeffrey R. Alexander
　　　　　　　　　　　　　　　　　　Pierce Bainbridge Beck Price & Hecht LLP
　　　　　　　　　　　　　　　　　　20 West 23rd Street, Fifth Floor
　　　　　　　　　　　　　　　　　　New York, New York 10010
　　　　　　　　　　　　　　　　　　(212) 484-9866
　　　　　　　　　　　　　　　　　　cpolisi@piercebainbridge.com

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　*George Papadopoulos*

## CERTIFICATE OF SERVICE

I, Jeffrey R. Alexander, hereby certify that on March 4, 2019, I caused a true and correct copy of the foregoing to be filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

/s/ Jeffrey R. Alexander
Jeffrey R. Alexander