

**GUCCIFER 2.0**
@GUCCIFER_2

Follow

@RogerJStoneJr thanks that u believe in the real #Guccifer2

| RETWEETS | LIKES |
|---|---|
| 173 | 405 |



7:23 PM - 12 Aug 2016

 31    173    405