# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Democratic National Committee | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 18-cv-03501-JGK |
| The Russian Federation, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Knight First Amendment Institute at Columbia University, Reporters Committee for Freedom of the Press, and American Civil Liberties Union.

Date: 3/13/19

*Attorney's signature*

Carrie DeCell (CD-0731)
*Printed name and bar number*

475 Riverside Drive, Suite 302
New York, NY 10115
*Address*

carrie.decell@knightcolumbia.org
*E-mail address*

(646) 745-8500
*Telephone number*

*FAX number*