AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Democratic National Committee | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:18-cv-03501-JGK |
| The Russian Federation et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Democratic National Committee

Date:   04/18/2019

*Attorney's signature*

Eric S. Berelovich (EB7243)
*Printed name and bar number*
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave NW, Suite 500
Washington, D.C. 20005

*Address*

eberelovich@cohenmilstein.com
*E-mail address*

(202) 408-4600
*Telephone number*

(202) 408-4699
*FAX number*