UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEMOCRATIC NATIONAL COMMITTEE,

              Plaintiff,

  - against -

THE RUSSIAN FEDERATION et al.,

              Defendants.

---

18cv3501 (JGK)

ORDER
ATTACHMENT UNDER SEAL

**JOHN G. KOELTL, District Judge:**

    The Court has received the attached letter from a member of the public relating to this case. The letter is filed under seal and is not being provided to the parties because it contains personal identifying information. The Court will decide this case based solely on the facts and the law as explained in the parties' filings and not on the basis of any letters filed with the Court.

**SO ORDERED.**

Dated:    New York, New York
           May 22, 2019

                                       /s/ John G. Koeltl
                                      John G. Koeltl
                               United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/23/19