LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006

TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/3/19

JOSHUA L. DRATEL

LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

STEVEN WRIGHT
*Office Manager*

May 30, 2019

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

[signature]
6/3/19
John G. Koeltl, U.S.D.J.

Re: *Democratic National Committee v. The Russian Federation (WikiLeaks)*,
18 Civ. 3501 (JGK)

Dear Judge Koeltl:

This letter is submitted on behalf of defendant Wikileaks, which I represent in the above-entitled case, and seeks a one-week extension – from June 3, 2019, until June 10, 2019 – of the due date for WikiLeaks' Reply Memorandum of Law in support of WikiLeaks' Motion to Dismiss Plaintiff's Second Amended Complaint. I have spoken with Geoffrey A. Graber, Esq., of Cohen Milstein Sellers & Toll PLLC (Plaintiff's Attorneys), and he has informed me that Plaintiff consents to this application. The reasons for the extension are a concurrent deadline next week for pretrial motions in a criminal case, *United States v. Blondet*, 16 Cr. 387 (JMF), as well as the logistical challenges of timely communication and coordination with lawyers overseas who are handling other pressing recent matters related to WikiLeaks.

Accordingly, it is respectfully requested that the due date for WikiLeaks' Reply Memorandum of Law be extended one week until June 10, 2019.

Respectfully submitted,

[signature]

Joshua L. Dratel

JLD/