

The Honorable John G. Koeltl
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 1007-1312

Herbert Smith Freehills New York LLP
450 Lexington Avenue, 14th floor
New York, NY 10017
USA
T  +1 917 542 7600
F  +1 917 542 7601
D  +1 917 542 7810
E  scott.balber@hsf.com
www.herbertsmithfreehills.com

Our ref

Your ref

Date
June 03 2019

<u>**Via ECF**</u>

**Re:  Democratic Nat'l Comm. v. Russian Federation, Case No. 18-cv-03501**

Dear Judge Koeltl:

This Firm represents defendants Aras Agalarov and Emin Agalarov (the "Agalarovs") in the above-referenced action.  Pursuant to Your Honor's Individual Practice 2(G), the Agalarovs respectfully request oral argument on their motion to dismiss all claims asserted against them in the Second Amended Complaint.

Respectfully submitted,

*/s/ Scott S. Balber*

Scott S. Balber

cc:  All Counsel of Record (via ECF)

Herbert Smith Freehills New York LLP and Herbert Smith Freehills, an Australian Partnership, are separate member firms of the international legal practice known as Herbert Smith Freehills.

Herbert Smith Freehills New York LLP is a limited liability partnership registered in England and Wales with registered number OC375072. Its registered office is at Exchange House, Primrose Street, London EC2A 2EG.