

**BUSCHEL GIBBONS, P.A.**
Attorneys
One Financial Plaza
100 S.E. Third Avenue. • Suite 1300
Fort Lauderdale, FL 33394
954-530-5301

**Robert C. Buschel**
*Attorney at Law*
Buschel@BGlaw-pa.com
Direct Line: (954) 530-5748

June 3, 2019

The Honorable John G. Koeltl
United States District Judge
United States District Court
for the Southern District of New York
 Daniel Patrick Moynihan
United States Courthouse
 500 Pearl Street New York, NY 1007-1312

**Via ECF Re:**     **Democratic Nat'l Comm. v. Russian Federation,**
                    **Case No. 18-cv-03501**

Dear Judge Koeltl:

    We represent Defendant Roger Stone in the above-referenced action. Pursuant to Your Honor's Individual Rule of Practice 2(G), Mr. Stone respectfully joins the request for oral argument on his motion to dismiss all claims asserted against him in the Second Amended Complaint.

                                    Respectfully,

                                        /s/
                                    Robert C. Buschel

cc: CM/ECF