# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, D.C. 20001.2113

TELEPHONE: +1.202.879.3939 • FACSIMILE: +1.202.626.1700

Direct Number: (202) 879-7643
macarvin@JonesDay.com

June 4, 2019

The Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Democratic National Committee v. Russian Federation* (1:18-cv-03501-JGK)

Dear Judge Koeltl:

I represent Defendant Donald J. Trump for President, Inc. ("the Campaign") in the above-captioned matter. Pursuant to Rule 2.G of Your Honor's Individual Practices, the Campaign respectfully requests that this Court hear oral argument on the Campaign's Motion for Rule 11 Sanctions, filed on June 4, 2019 (ECF No. 256). The Campaign respectfully suggests that oral argument on this Motion be held on the same date that oral argument is heard on its Motion to Dismiss the Second Amended Complaint (ECF No. 226).

Sincerely,

*/s/ Michael A. Carvin*

Michael A. Carvin (*pro hac vice*)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
(202) 879-3939
macarvin@jonesday.com

*Counsel for Defendant
Donald J. Trump for President, Inc.*

cc:   All Counsel of Record (via ECF)

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON