LAW OFFICES OF

## JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL                                                                                                               STEVEN WRIGHT
—                                                                                                                *Office Manager*
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

June 10, 2019

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:     *Democratic National Committee v. The Russian Federation (WikiLeaks)*,
                      18 Civ. 3501 (JGK)

Dear Judge Koeltl:

      This letter is submitted on behalf of defendant Wikileaks, which I represent in the above-entitled case, and pursuant to Rule 2.G of the Court's Individual Practices respectively requests oral argument on WikiLeaks's Motion to Dismiss the Second Amended Complaint (ECF Dkt #s 206, 207, 208, 224 & 225 & 259).

                                                                 Respectfully submitted,

                                                                 Joshua L. Dratel

JLD/