USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/19

# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

DIRECT NUMBER: (212) 326-3733
JGROSS@JONESDAY.COM

July 15, 2019

VIA OVERNIGHT MAIL

Honorable John G. Koeltl
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*[Handwritten annotation: The Court relied on the ECF version of the Motion to Dismiss the Second Amended Complaint rather than the incorrect courtesy copy. JG Koeltl, U.S.D.J. 7/18/19]*

Re:   *Democratic National Committee v. The Russian Federation, et. al.,*
      Case No. 1:18-cv-3501-JGK-SDA

Dear Judge Koeltl:

It has come to our attention that the set of courtesy copies provided to you on June 4, 2019, of all filings related to Defendant Donald J. Trump for President, Inc.'s Motion to Dismiss the Second Amended Complaint (ECF No. 226), erroneously included an incorrect document at Tab 2. Instead of including a courtesy copy of the Campaign's Memorandum of Law in Support of its Motion to Dismiss the Second Amended Complaint (ECF No. 227), we inadvertently included a copy of the Campaign's Memorandum of Law in Support of its Motion to Dismiss the Amended Complaint (ECF No. 212), which was mooted by the DNC's Second Amended Complaint.

The enclosed courtesy copy binder includes the correct versions of all filings related to the Campaign's Motion to Dismiss the Second Amended Complaint, including the correct version of the Campaign's Memorandum of Law. We sincerely apologize for this oversight.

Respectfully submitted,

James M. Gross

*[RECEIVED stamp: JUL 18 2019, CHAMBERS OF JOHN G. KOELTL U.S.D.J.]*

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES
MADRID • MEXICO CITY • MIAMI • MILAN • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON