# ALAN S. FUTERFAS

ATTORNEY AT LAW

565 FIFTH AVENUE, 7TH FLOOR

NEW YORK, NEW YORK 10017

(212) 684-8400

ELLEN B. RESNICK
RICHARD F. BRUECKNER

BETTINA SCHEIN
OF COUNSEL

asfuterfas@futerfaslaw.com

July 24, 2019

VIA ECF
The Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Democratic National Committee v. Russian Federation* (1:18-cv-03501-JGK)

Dear Judge Koeltl:

  I represent Defendant Donald Trump, Jr. in the above-captioned action. We have been alerted to the fact that, during the July 19, 2019, hearing on Defendants' motions to dismiss the Second Amended Complaint, Your Honor inquired about the fact that Defendant Donald Trump, Jr. waived service of the summons but did not file a motion to dismiss or any other response to the Second Amended Complaint. Through a misunderstanding, we did not file a motion that incorporated all of the arguments set forth in Defendant Donald J. Trump for President, Inc.'s briefing on its motion to dismiss. With this filing, Defendant Donald Trump Jr. incorporates all of those arguments, and respectfully requests that Your Honor treat those arguments as having been similarly made by Defendant Donald J. Trump, Jr. Attached is a formal Notice of Motion to this effect. We sincerely regret any inconvenience this has caused Your Honor.

                 Respectfully yours,

                 ASF/by EBR

                 Alan S. Futerfas

Enc.

cc:   All Counsel of Record (via ECF)