IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE,<br><br>　　　　　　　　*Plaintiff*,<br><br>　　v.<br><br>THE RUSSIAN FEDERATION, et al.,<br><br>　　　　　　　　*Defendants*. | Case No. 1:18-cv-3501-JGK-SDA |

## DEFENDANT DONALD J. TRUMP, JR.'S
## NOTICE OF MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

PLEASE TAKE NOTICE that Defendant Donald J. Trump, Jr., hereby moves this Court for an Order dismissing all claims asserted against him in the Second Amended Complaint, in accordance with Federal Rule of Civil Procedure 12(b)(6).

PLEASE TAKE FURTHER NOTICE that Mr. Trump, Jr., joins in, relies upon, and incorporates herein by references, each and every argument, insofar as it applies to him, made by Defendant Donald J. Trump for President, Inc. ("the Campaign") in the Campaign's briefing on its motion to dismiss the Second Amended Complaint.

Dated:   July 24, 2019                                 Respectfully submitted,

                                                       ASF/by EBR
                                                       _____
                                                       Alan S. Futerfas

                                                       *Counsel for Donald J. Trump, Jr.*