## CERTIFICATE OF SERVICE

I, Ellen B. Resnick, certify that on July 24, 2019, I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered parties.

Dated: July 24, 2019

_____
Ellen B. Resnick
Law Offices of Alan S. Futerfas

*Counsel for Defendant Donald J. Trump, Jr.*