UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------

DEMOCRATIC NATIONAL COMMITTEE,

               Plaintiff,         18 19cv3501 (JGK)

    - against -           10/3/19  <u>ORDER</u>

THE RUSSIAN FEDERATION et al.,

               Defendants.

------

JOHN G. KOELTL, District Judge:

    The Court has received multiple letters from a non-party John Doe that are labeled as being in connection with this case. This case is closed. Judgment has been entered. There is no basis for this person to be submitting documents to the Court. To the extent the John Doe seeks to intervene in this case, either as of right under Federal Rule of Civil Procedure 24(a), or permissively under Federal Rule of Civil Procedure 24(b), the motion is untimely and without merit.

    The John Doe may not continue to file papers in this action, which is closed and in which, in any event, the John Doe has no basis to intervene.

The Clerk is directed not to file any papers in connection with this matter received from the John Doe who can be identified by his mailing address at a motel in North Carolina.

**SO ORDERED.**

Dated:    New York, New York
            October 2, 2019

                                      John G. Koeltl
                              United States District Judge