UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson                    Civil Action No. 1:18-cv-03501

DEMOCRATIC NATIONAL COMMITTEE,                     Racketeer Influenced and
                                                   Corrupt Organization Act (RICO)
Plaintiff,

v.                                                 Judge John G. Koeltl

RUSSIAN FEDERATION, et al;
Defendants.

One Hundred Seventeenth (117th) Emergency Motion for Reconsideration

Yesterday morning I walked away from my quest to save Mankind. I quit. I told God I was through and that if he wanted me to continue, he needed to give me a real sign. Guess what? God gave me a sign via a baseball bat to the head.

Matthew Whitaker is the acting Attorney General

This factual story is unbelievable and there is no way to tell it in a coherent manner.

**US Attorney Matthew Whitaker from Iowa is my father's attorney and the person that had US Attorney Billy Gibbens represent me in my arrest for cyber stalking an FBI Agent in New Orleans. Yes, a US Attorney represented me and gave away all of my rights.**

I am directly connected to Attorney General Matthew Whitaker, Assistant Attorney General for the Environment and Natural Resources Division Jeffery Bossert Clark and Special Prosecutor Robert Mueller. Each of these individuals irreparable harmed me and thus irreparable harmed all Americans. They are responsible for the Genocide of Mankind. (Clark represented BP Oil in my appeal with the 5th Circuit. You must review the extensive docket. 5th Circuit Case: 16-30918 IN RE: DEEPWATER HORIZON LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; ET AL, Plaintiffs v. BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C., Defendants – Appellees.)

I am from Iowa. My father is from Iowa, he is a Republican and he donates to the Republican Party. Matthew Whitaker is from Iowa and he is a Republican. My father retained him as an attorney and donated money to his campaign. Matthew Whitaker was the US Attorney for the Southern District of Iowa.

I have been estranged from my father for most of my adult life but when I was falsely arrested on a Louisiana Warrant (misdemeanor) for Cyber Stalking an FBI Agent my wife called him. I was never charged with a crime. My father left New Orleans and left me in jail because of Matthew Whitaker. My

father is a real sunarcissist. The DOJ put (my own father) me in isolation for 11 days and medicated me against my will. They did the same thing to Coast Guard Commander William Goetzee four months later and he died. The DOJ murdered him. When he was in Federal Court, they had him strapped to a wheelchair and they would tase him when he tried to speak. Read the family's complaint.
Reference: Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York John George Koeltl
Christenson v. Democratic National Committee (1:18-cv-05769) District Court, S.D. New York Judge Colleen McMahon

The information I am sharing with you has been filed in 30 plus cases in four Appeals Courts and three District Courts. It also has been filed with the Supreme Court in the four Writs that I filed. Search Pacer and the Supreme Court for: David Andrew Christenson.

Docket for 1:18-cv-03501 SDNY 113 pages - Motion for Leave to File: Motion to Intervene and Motion to Join filed by David Andrew Christenson on April 24th, 2018. Judge Koeltl docketed over fifty of my pleadings.
Docket 25
Pages 24 – 27 Non-Domestic Stay Away Order FBI Director Robert Mueller is on it. 74 people are listed and I did not know 66 of them. A third of them are court clerks. Two US Senators, a Bishop and a building. They even listed my friends and attorneys.
Page 56 - A press release about my arrest that was a gross mistake on the part of the DOJ.
Pages 57 & 58 - Bond Order and Conditions of Bail. They original asked for $500,000.00 bail for a misdemeanor. Order 3 is no internet so I could not do research. Order 9 waives my rights for a year and is not a requirement for bond. They put an electronic monitoring device on my ankle.
Page 59 Memorandum about US Attorney Billy Gibbens representing me in my arrest and waiving all of my rights. Look at his bill. His job was to keep me in jail or confined to a psychiatric prison.

**I was ordered to leave Louisiana and go to Florida to receive treatment for an unspecified mental illness. They wanted me out of New Orleans while the Danziger Trial was taking place.**

**During Hurricane Katrina the US Military murdered Americans and the Katrina Virus was released because of negligence.**

Read the 50 plus pleadings for the rest of the story.

Godspeed

Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

PENSACOLA 325
17 JAN 2023

Pro se

Chief Judge Laura Taylor Swain
US District Court SD New York
500 Pearl Street
New York, NY 10007-1312

10007-131508

2023 JAN 24  PM 3:08
SDNY PRO SE OFFICE
RECEIVED