Judge John G. Koeltl  January 16th, 2023
US District Court SD New York
500 Pearl Street
New York, NY 10007-1312

Chief Judge Laura Taylor Swain
US District Court SD New York
500 Pearl Street
New York, NY 10007-1312

Judges Koeltl and Swain,

(Truth is always stranger than fiction. Why would Judge Koeltl, and 100 plus Federal Judges, docket my pleadings and letters? If the Supreme Court had just ordered a response to my Writ of Mandamus and Prohibition , 14-10077, we would not be in the Pandemic.)

I have failed Mankind. Mathematically Mankind will cease to exist in a few years. Mathematically Mankind has lost the ability to procreate. Mathematically suicides will outnumber births in a few years. **We are in a Contagious Endemic Suicide Pandemic.** Life expectancies are decreasing at an accelerated rate. Birth rates are negative and accelerating.

I have lived an unbelievable life that was guided. Divinely, a Secret Branch of the Government, Aliens, or maybe I was always in the wrong place at the wrong time. I suffer from *"Moral Injury"*, but somehow I stay positive. Everything in my life was a miracle wrapped in defecated on toilet paper. Even though I could see the miracle I could not get Mankind to see it.

- This is a perfect example. Why would I write this letter, today?

(Anonymously, with the possibility of divine intervention.) It has come to my attention that I was cheated out of monies by the Department of Justice, Pan American World Airways (Pan Am), the U.S. Trustees, Charles Schwab (Agent for the Pan Am Bonds that I owned – 15% and 9%), the bankruptcy attorneys, etc. and possibly the SDNY Bankruptcy Court and SDNY District Court. The Court's actions may or may not have been sinister or criminal.

A simple story. I should never have gone to the Air Force Academy, left the Air Force Academy and returned, and went to work for Pan Am. The forces that guided me are unbelievably. You cannot invent my life.

I was not a stock market investor and I surely was not a bond investor. Why would I purchase two different Pan Am Bonds?

The road I took to Pan Am involved a busted simulator ride at U.S. Air, a girlfriend and the ending of our relationship for a unique reason, being drugged in a bar, being hired by Pan Am during the interview and starting on Monday. I never wanted to be an Airline Pilot.

I turn 65 next month and have nothing to show for my life. I make $30,000.00 as a bus driver for a Assisted Living/Memory Care Facility. I also act as a *"Care Advocate"*. I went from saving the world to helping a few people that are at the gateway to heaven.

Please help to recover what is owed to me so that I can retire in peace knowing that I did everything that I could to save Mankind.

Please review Pacer (search David Andrew Christenson) and my Herculean effort.


Godspeed
Sincerely,
David Andrew Christenson
P.O. Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Movant David Andrew Christenson | Civil Action No. 1:18-cv-03501 |
| DEMOCRATIC NATIONAL COMMITTEE, | Racketeer Influenced and Corrupt Organization Act (RICO) |
| Plaintiff, | |
| v. | Judge John G. Koeltl |
| RUSSIAN FEDERATION, et al; Defendants. | |

Suicide - Amicus (Eight) – Suicide

The Federal Desensitizing Propaganda Machine and the For-Profit Media has done a fantastic job of making us immune to the horrors of the Genocide of Mankind through suicide and murder(s)-suicide(s). Our DNA **had** survival as our number one instinct but that has changed due to man's intervention. Suicide and murder(s)-suicide(s) is now a life choice. (Why I am driven - My younger sister Andrea first attempted suicide in 1976 and my other younger sister Jill successfully committed suicide in 2008. Mathematically suicide will directly touch every American family within the next 10 years.)

You see what I see. Ask yourself one question. Who do you want to make life and death decisions for you, Trump or Obama or neither?

The Presidency of the United States has created the world we live in. Our own Presidents have murdered us. I know that it is easier to be blind to what I am saying then it is to fight for Mankind.

As an Air Force Pilot, I flew support missions for the White House, Secret Service and Air Force One. I watched President George W. Bush fly over New Orleans after Hurricane Katrina and not land because he did not want to get infected with the Katrina Virus. Bush told the world it was because of security but that was a lie. Belle Chase Naval Air Station was fully secured and staffed. The entire Air Force First Special Operation Wing was there as well. Our President knowingly allowed our citizens and soldiers to be infected. Why do you think it took the greatest nation in the world five days to start a rescue operation? This is the same President that committed criminal fraud by telling America that Al Qaeda and Weapons of Mass Destruction were in Iraq so that he could take us back to war. There was no Al Qaeda and no Weapons of Mass Destruction in Iraq.

Read my Emergency Addendum Five, attached, about suicides increasing 300% in New Orleans in the 10 years following Hurricane Katrina. The number of Americans committing suicide doubles every 2 – 3 years nationally.

**The Manhattan Federal Courthouse (500 Pearl Street where you work Judge Koeltl) is how far from where the World Trade Centers were located? When the World Trade Centers came crashing down**

**blocks from the Federal Courthouse there was the largest and most deadly release of Chemical Warfare Contaminates that the world has ever seen. The true tragedy is that this release was nothing compared to what was released in New Orleans during Hurricane Katrina. Remember that Hurricane Katrina was the perfect incubator with high temperatures, high solids and high humidity. The perfect suicide cocktail was created, The Katrina Virus.**

I feel more pain for our soldiers and veterans than anyone else because they are the ones that protect all Americans. I also feel pain for the family members who suffer because of their loss and because many commit suicide as well.

War Hero Army Sargent Daniel Somer's suicide note is attached.

Here is what he said at the end of his suicide note:

*This is what brought me to my actual final mission. Not suicide, but a mercy killing. I know how to kill, and I know how to do it so that there is no pain whatsoever. It was quick, and I did not suffer. And above all, now I am free. I feel no more pain. I have no more nightmares or flashbacks or hallucinations. I am no longer constantly depressed or afraid or worried*

*I am free.*

*I ask that you be happy for me for that. It is perhaps the best break I could have hoped for. Please accept this and be glad for me.*

*Daniel Somers*

IG report: 300,000 vets died while waiting for health care at VA
Published September 03, 2015 FoxNews.com
http://www.foxnews.com/politics/2015/09/03/ig-report-close-to-300000-vets-died-while-waiting-for-health-care-at-va/
WASHINGTON – More than 300,000 American military veterans likely died while waiting for health care -- and nearly twice as many are still waiting -- according to a new Department of Veterans Affairs inspector general report.

Attachment 2: Cover Sheet. "At the request of the Chairman of the U.S. House Committee on Veterans' Affairs, the VA Office of Inspector General (OIG) evaluated the merit of allegations of mismanagement at the Veterans Health Administration's (VHA) Health Eligibility Center (HEC)."

What angers me most is that this report is disguised. **They died, committed suicide, while waiting for psychiatric care.**

The last attachment is an assortment of main stream for-profit media articles about suicide, etc. Why is it that so many different demographic groups of Americans are committing suicide and no one cares?

Conclusion: Mathematically Mankind will cease to exist by October 12th, 2050. This is not a prediction or prophecy. The problem is that I can't tell you when we pass the point of no return. We may already be past it. I don't know if we can reverse the Genocide. I do know that with every day passing our chances of survival become smaller and smaller. Our grandchildren will pay the ultimate price.

## THE SINS OF THE FATHERS

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on May 25th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

United States of America

v.

Paul J. Manafort and Richard W. Gates III
Defendants

Criminal Docket No. 1:17-cr-201
(ABJ/DAR)
Judge Amy Berman Jackson

**Emergency** Addendum Five to Writ of Mandamus and Prohibition

# I failed my God, my country, my family, my friends.

# My mortal sin is that I failed Mankind.

**Suicides in New Orleans have increased more than 300% since Hurricane Katrina. Mathematically suicides will outnumber births worldwide in the next 32 years at current growth progressions.**

New Orleans was the epicenter for the release of the Katrina Virus. I lived in New Orleans. People that I knew have committed suicide. Soldiers, Veterans and their family members have committed suicide. The events in this one city represent a microcosm for what is going to happen to the world.

The Katrina Virus is the perfect military weapon: organic, easy to disperse and dissipates in five days with the result being the opposing army committing suicide.

I wrote the Rand Corporation (Chairman Paul Kaminski and President Michael Rich) and sent my hardback books on January 16th, 2012, the four letters are attached. This is why they are involved.

This is the criminal cover-up that has been perpetrated on the American People by Special Counsel/FBI Director Robert Mueller. He took an oath and was entrusted to protect us, not murder us.

Here are the highlights from the following article from the New Orleans Times Picayune which is attached.

They blame the suicides on mental illness

# The mental illness is Manmade. We murdered ourselves.

This is another perfect example of Federal Desensitizing Propaganda

They still cover-up the truth that could save us

The truth is much worse than what the article states, remember that

**New Orleans suicides skyrocketed after Katrina. Here's where we are now**
Updated 4:20 PM; Posted 2:14 PM
http://www.nola.com/health/index.ssf/2018/03/new_orleans_suicide_data.html
By Chelsea Brastedcbrasted@nola.com

> - New Orleanians were killing themselves at a rate near triple what it had been before the storm.
>
> - In a June 2006 story for The New York Times, Orleans Parish Coroner Dr. Jeffrey Rouse said the suicide rate, which is measured per 100,000 residents, had jumped from fewer than 9 before Katrina to more than 26 after it.
>
> - He and another expert noted the number was likely higher because some deaths remained unclassified or may have been incorrectly termed accidents. (More of the cover-up)
>
> - A decade later, Rouse teamed up with RAND Corp. to study New Orleans' continued high suicide numbers.
>
> - Nationally, The Trace reports that between 2013 and 2016, suicide accounts for 61.6 percent of gun deaths.
>
> - In Louisiana in 2015, researchers reported, about 75 percent of gun deaths were suicides.
>
> - Still, the most common thread in all the cases researchers examined was chronic **mental illness**.

We have failed ourselves.


Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on March 30th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson